IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIPARIUS VENTURES LLC,<br><br>Plaintiff,<br><br>v.<br><br>LOGITECH INTERNATIONAL S.A.<br>KONINKLIJKE PHILIPS ELECTRONICS N.V.<br>U.S. ROBOTICS and<br>CISCO SYSTEMS, INC.<br><br>Defendants. | 07CV6121<br>JUDGE DARRAH<br>MAG.JUDGE DENLOW<br><br>JURY TRIAL DEMANDED   JH<br><br>FILED<br>OCT 3 0 2007<br>OCT. 30, 2007<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Riparius Ventures LLC ("Riparius"), complains of Defendants, Logitech International S.A., ("Logitech"), Koninklijke Philips Electronics N.V. ("Philips"), U.S. Robotics ("U.S. Robotics") and Cisco Systems, Inc., ("Cisco") as follows:

1.  This is a claim for patent infringement arising under the patent laws of the United States, Title 35, United States Code. This Court has exclusive jurisdiction over the subject matter under 28 U.S.C. § 1338(a).

2.  Riparius Ventures LLC is a Maryland limited liability company. Riparius owns all right, title and interest in and has standing to sue for infringement of United States Patent Nos. 7,016,481 and 7,139,371, each entitled "Remote Internet Telephony Device."

3.  Logitech International S.A. ("Logitech") is an alien corporation, a joint stock company incorporated under the laws of Switzerland, with its headquarters at Apples, Switzerland. Logitech has an office in the United States: Logitech International S.A. c/o Logitech, Inc., 6505 Kaiser Drive, Fremont, California. Logitech sells cordless VoIP phones,

such as the Logitech Cordless Internet Handset. These phones are offered for sale throughout the United States, and in this District, via a website, http://www.logitech.com, and at retailers listed on the same website, including Wal-Mart and CDW.

4. Koninklijke Philips Electronics N.V. ("Philips") is an alien corporation organized under the laws of the Netherlands, with headquarters at Breitner Center, Amstelplein 2, 1096 BC Amsterdam, The Netherlands. Philips sells cordless VoIP phones, such as the model 321 and 433 cordless internet phones. These products are offered for sale throughout the United States and in this District, at retailers such as Wal-Mart and over the internet from Amazon.com.

5. U.S. Robotics is a privately-held company located at 935 National Parkway, Schaumburg, Illinois. U.S. Robotics sells cordless VoIP phones, such as the U.S. Robotics model USR 9630 Cordless Skype Dual Phone. These products are offered for sale throughout the United States and in this District via, for example, the U.S. Robotics website and at the Skype Store on Skype's website.

6. Cisco Systems, Inc. ("Cisco") is a California corporation, with its headquarters at 170 West Tasman Drive, San Jose, California. Linksys is a division of Cisco Systems, Inc., and is based in Irvine, California according to Cisco. Linksys sells cordless VoIP phones, such as the CIT300 and CIT310. These products are offered for sale throughout the United States and in this District, such as on the Dell website, and by Amazon.com.

7. Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b).

8. The defendants have infringed the '481 and '371 patents in connection with the manufacture, importation, sale, offer for sale, and use of internet telephony devices, including at least their VoIP telephones. Additional products may be identified in the course of discovery. At

present, the asserted claim is claim 1 of each patent. Additional claims may be identified in the course of discovery. The defendants were given notice of the '481 patent and the published application for the '371 patent, and its claims have not substantially changed.

9. The infringement has injured Riparius, which is entitled to recover damages adequate to compensate it for the infringement, but in no event less than a reasonable royalty.

10. On information and belief, the infringement has been willful and deliberate and has injured and will continue to injure Riparius unless and until this Court enters an injunction prohibiting further infringement of the '481 and '371 patents.

WHEREFORE, Riparius respectfully demands judgment against defendants and against their subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A. An award of damages adequate to compensate Riparius for the infringement that has occurred, together with prejudgment interest from the date infringement of the patents in suit began, including pre-issue damages pursuant to 35 U.S.C. § 154(d);

B. Increased damages as permitted under 35 U.S.C. § 284;

C. A finding that this case is exceptional and an award to Plaintiff of its attorneys' fees and costs as provided by 35 U.S.C. § 285;

D. A permanent injunction prohibiting further infringement, inducement and contributory infringement of the patents in suit; and,

E. Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

Riparius Ventures LLC demands a trial by jury on all issues so triable.

                    RIPARIUS VENTURES LLC

                    *[signature]*

                    Joseph N. Hosteny
                    Arthur A. Gasey
                    Niro, Scavone, Haller and Niro
                    181 West Madison Street, Suite 4600
                    Chicago, Illinois 60602
                    Phone: (312) 236-0733
                    hosteny@nshn.com
                    gasey@nshn.com