FILED
OCT 3 0 2007
OCT. 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
JH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIPARIUS VENTURES, LLC, ) | 07CV6121 |
| ) | |
| Plaintiff, ) | JUDGE DARRAH |
| vs. ) | MAG. JUDGE DENLOW |
| ) | |
| LOGITECH INTERNATIONAL S.A., ) | |
| KONINKLIJKE PHILIPS ELECTRONICS ) | JURY TRIAL DEMANDED |
| N.V., U.S. ROBOTICS and CISCO ) | |
| SYSTEMS, INC. | |
| Defendants. | |

## LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT

Pursuant to Local Rule 3.4, plaintiff provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. §290:

1. Name and address of plaintiff:

    - Riparius Ventures, LLC, 375 Padonia Road West, Suite 201, Timonium, Maryland 21093.

2. Names and addresses of defendants:

    - Logitech International S.A., c/o Logitech, Inc., 6505 Kaiser Drive, Fremont, California 94555;

    - Koninklijke Philips Electronics N.V., Breitner Center, Amstelplein 2, 1096 BC Amsterdam, The Netherlands;

    - U.S. Robotics, 935 National Parkway, Schaumburg, Illinois 60173; and

    - Cisco Systems, Inc., 170 West Tasman Drive, San Jose, California 95156.

3. Name of Inventor: David McElvaney.

4. Patent Numbers Involved: U.S. Patent Nos. 7,016,481 and 7,139,371.

Respectfully submitted,

_____
Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Attorneys for Riparius Ventures, LLC