# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RIPARIUS VENTURES, LLC, ) | |
| ) | |
| Plaintiffs, ) | No. 07-CV-6121 |
| ) | |
| v. ) | |
| ) | Judge John W. Darrah |
| LOGITECH INTERNATIONAL S.A., ) | |
| KONINKLIJKE PHILIPS ) | |
| ELECTRONICS N.V., ) | Magistrate Judge Denlow |
| U.S. ROBOTICS and CISCO SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT U.S. ROBOTICS' CORPORATE DISCLOSURE STATEMENT

Defendant, U.S. Robotics, by and through their undersigned attorneys, files the following statement pursuant to Fed. R. Civ. P. 7.1. U.S. Robotics' parent corporation is Rockstar Holding Corporation. Further, no publicly held corporations currently own 10% or more of U.S. Robotics' stock.

Respectfully submitted,

Dated: November 28, 2007

/s/ Jason S. Shull
Timothy C. Meece
Jason S. Shull
Shawn P. Gorman
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

*Attorneys for Defendant,*
*U.S. Robotics*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Defendant U.S. Robotics' **CORPORATE DISCLOSURE STATEMENT** was served electronically in accordance with LR5.9 on the above-identified date on the following counsel of record.

> Joseph N. Hosteny
> Arthur A. Gasey
> Niro, Scavone, Haller and Niro
> 181 West Madison Street
> Suite 4600
> Chicago, Illinois  60602
>
> *Attorneys for Plaintiff,*
> *Riparius Ventures LLC*

/s/ Jason S. Shull
*One of the Attorneys for Defendant,*
*U.S. Robotics*