**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RIPARIUS VENTURES, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07-CV-6121 |
| | ) | |
| v. | ) | |
| | ) | Judge John W. Darrah |
| LOGITECH INTERNATIONAL S.A., | ) | |
| KONINKLIJKE PHILIPS | ) | |
| ELECTRONICS N.V., | ) | Magistrate Judge Denlow |
| U.S. ROBOTICS and CISCO SYSTEMS, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT LOGITECH INTERNATIONAL S.A.'S
CORPORATE DISCLOSURE STATEMENT**

Defendant, Logitech International S.A. ("LISA"), by and through its undersigned attorneys, files the following statement pursuant to Fed. R. Civ. P. 7.1. LISA has no parent corporation. Further, no publicly held corporations currently own 10% or more of LISA's stock.

Respectfully submitted,

Dated: November 28, 2007

/s/ Jason S. Shull
Timothy C. Meece
Jason S. Shull
Shawn P. Gorman
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone:    (312) 463-5000
Facsimile:    (312) 463-5001

*Attorneys for Defendant,
Logitech International S.A.*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Defendant Logitech International S.A.'s **CORPORATE DISCLOSURE STATEMENT** was served electronically in accordance with LR5.9 on the above-identified date on the following counsel of record.

Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller and Niro
181 West Madison Street
Suite 4600
Chicago, Illinois 60602

*Attorneys for Plaintiff,*
*Riparius Ventures LLC*

/s/ Jason S. Shull
*One of the Attorneys for Defendant,*
*Logitech International S.A.*