# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| RIPARIUS VENTURES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 6121 |
| | ) | |
| LOGITECH INTERNATIONAL, S.A. | ) | Judge John W. Darrah |
| KONINKLUKE PHILIPS ELECTRONICS | ) | Magistrate Judge Morton Denlow |
| N.V., | ) | |
| U.S. ROBOTICS and | ) | |
| CISCO SYSTEMS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR ENLARGEMENT OF TIME FOR
DEFENDANT TO ANSWER COMPLAINT**

Defendant Cisco Systems, Inc. ("Cisco" or "Defendant") hereby moves this Court pursuant to Federal Rule of Civil Procedure 6(b), for a thirty-day extension of time from November 28, 2007 to December 28, 2007, to answer the complaint of Plaintiff Riparius Ventures LLC ("Riparius" or "Plaintiff"). In support of its motion, Cisco states as follows:

1. Cisco was served with the complaint on November 8, 2007. Accordingly, its responsive pleading was due on November 28, 2007.

2. Cisco recently retained counsel to represent it in this action. Counsel requires additional time to investigate the factual and legal issues raised by the complaint prior to filing a responsive pleading.

3. This is Cisco's first request for an extension of time in this matter.

    4.  Counsel for Plaintiff has been consulted about this request and has no objection to the extension.

    WHEREFORE, Cisco requests that the Court enter an order extending the time in which Cisco may answer, to and including December 28, 2007.

                Respectfully submitted,

                 **CISCO SYSTEMS, INC.**


                By:  /s/ Richard F. O'Malley, Jr.
                    One of its attorneys

Richard F. O'Malley, Jr.
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000 (telephone)
(312) 853-7036 (facsimile)


OF COUNSEL:

Jared Bobrow (*pro hac vice* pending)
Douglas E. Lumish (*pro hac vice* pending)
Joseph Lee (*pro hac vice* pending)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California  94065
(650) 802-3000 (telephone)
(650) 802-3100 (facsimile)

Attorneys for Defendant
CISCO SYSTEMS, INC.

Dated: November 29, 2007

## CERTIFICATE OF SERVICE

I, Richard F. O'Malley, Jr., an attorney, hereby certify that I caused a true and correct copy of the foregoing **Agreed Motion for Enlargement of Time for Defendant to Answer Complaint** to be served by ECF upon:

> Arthur Anthony Gasey (gasey@nshn.com)
> Joseph Nevi Hosteny, III (hosteny@nshn.com)
> Niro, Scavone, Haller & Niro
> 181 West Madison Street, Suite 4600
> Chicago, Illinois  60602
> (312) 236-0733 (telephone)
>
> *Counsel for Plaintiff Riparius Ventures LLC*
>
>
> Timothy C. Meece (tmeece@bannerwitcoff.com)
> Jason S. Shull (jshull@bannerwitcoff.com)
> Banner & Witcoff, Ltd.
> 10 South Wacker Drive, Suite 3000
> Chicago, Illinois  60606
> (312) 463-5000 (telephone)
>
> *Counsel for Defendant Logitech International S.A.*
>
>
> Shawn Patrick Gorman (sgorman@bannerwitcoff.com)
> Timothy C. Meece (tmeece@bannerwitcoff.com)
> Jason S. Shull (jshull@bannerwitcoff.com)
> Banner & Witcoff, Ltd.
> 10 South Wacker Drive, Suite 3000
> Chicago, Illinois  60606
> (312) 463-5000 (telephone)
>
> *Counsel for Defendant U.S. Robotics*

this 29th day of November, 2007.

> /s/ Richard F. O'Malley, Jr.
> Richard F. O'Malley, Jr.

CH1 4080206v.1