# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RIPARIUS VENTURES LLC,         ) | |
| ) | |
|     Plaintiff,         ) | |
| ) | |
|   v.         ) | Case No. 07 CV 6121 |
| ) | |
| LOGITECH INTERNATIONAL, S.A.         ) | Judge John W. Darrah |
| KONINKLUKE PHILIPS ELECTRONICS         ) | Magistrate Judge Morton Denlow |
| N.V.,         ) | |
| U.S. ROBOTICS and         ) | |
| CISCO SYSTEMS, INC.         ) | |
| ) | |
|     Defendants.         ) | |

## NOTICE OF MOTION

To:    Arthur A. Gasey (gasey@nshn.com)
         Joseph N. Hosteny (hosteny@nshn.com)
         Shawn Patrick Gorman (sgorman@bannerwitcoff.com)
         Timothy C. Meece (tmeece@bannerwitcoff.com)
         Jason S. Shull (jshull@bannerwitcoff.com)

        PLEASE TAKE NOTICE that on Thursday, December 13, 2007 at 9:00 a.m., at the scheduled time for the Court to hear motions, we shall appear before the Honorable John W. Darrah, in the courtroom usually occupied by him, Room 1203, at 219 South Dearborn Street, Chicago, Illinois, and then and there present the Agreed Motion for Enlargement of Time for Defendant to Answer Complaint, which is hereby served upon you.

                                          Respectfully submitted,

                                          **CISCO SYSTEMS, INC.**

                                          By:  /s/ Richard F. O'Malley, Jr.
                                                 One of its attorneys

Richard F. O'Malley, Jr.
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000 (telephone)
(312) 853-7036 (facsimile)


OF COUNSEL:

Jared Bobrow (*pro hac vice* pending)
Douglas E. Lumish (*pro hac vice* pending)
Joseph Lee (*pro hac vice* pending)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065
(650) 802-3000 (telephone)
(650) 802-3100 (facsimile)

Attorneys for Defendant
CISCO SYSTEMS, INC.

Dated: November 29, 2007

## CERTIFICATE OF SERVICE

I, Richard F. O'Malley, Jr., an attorney, hereby certify that I caused a true and correct copy of the foregoing **Notice of Agreed Motion for Enlargement of Time for Defendant to Answer Complaint** to be served by ECF upon:

>Arthur Anthony Gasey (gasey@nshn.com)
>Joseph Nevi Hosteny, III (hosteny@nshn.com)
>Niro, Scavone, Haller & Niro
>181 West Madison Street, Suite 4600
>Chicago, Illinois  60602
>(312) 236-0733 (telephone)
>
>*Counsel for Plaintiff Riparius Ventures LLC*
>
>
>Timothy C. Meece (tmeece@bannerwitcoff.com)
>Jason S. Shull (jshull@bannerwitcoff.com)
>Banner & Witcoff, Ltd.
>10 South Wacker Drive, Suite 3000
>Chicago, Illinois  60606
>(312) 463-5000 (telephone)
>
>*Counsel for Defendant Logitech International S.A.*
>
>
>Shawn Patrick Gorman (sgorman@bannerwitcoff.com)
>Timothy C. Meece (tmeece@bannerwitcoff.com)
>Jason S. Shull (jshull@bannerwitcoff.com)
>Banner & Witcoff, Ltd.
>10 South Wacker Drive, Suite 3000
>Chicago, Illinois  60606
>(312) 463-5000 (telephone)
>
>*Counsel for Defendant U.S. Robotics*

this 29th day of November, 2007.

>>>/s/ Richard F. O'Malley, Jr.
>>>Richard F. O'Malley, Jr.

CH1 4080270v.1