## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6121 | **DATE** | December 6, 2007 |
| **CASE TITLE** | Riparius Ventures v. Logitech International, et al. | | |

**DOCKET ENTRY TEXT:**

Defendant's Agreed Motion for an Enlargement of Time for Defendant to Answer Complaint [21], [22] is granted. Responsive pleadings are to be filed on or before December 28, 2007.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|