IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIPARIUS VENTURES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07 CV 6121 |
| ) | |
| LOGITECH INTERNATIONAL S.A., ) | Judge John W. Darrah |
| KONINKLIJKE PHILIPS ) | Presiding Magistrate Judge Morton Denlow |
| ELECTRONICS N.V., ) | |
| U.S. ROBOTICS and ) | |
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.2, the undersigned counsel for Defendant Cisco Systems, Inc. ("Cisco") hereby certifies that Barclays Global Investors N.A. and related entities Barclay Global Fund Advisors, Barclays Global Investors Ltd, Barclays Global Investors Japan Trust and Banking Company Limited, and Barclays Global Investors Japan Limited (collectively "Barclays") together have beneficial ownership of more than 5% of Cisco's stock, based on information set forth in a Schedule 13G filed with the Securities and Exchange Commission on January 23, 2007 by Barclays. Counsel will amend this disclosure if any such additional party is identified.

Dated: December 28, 2007  Respectfully submitted,


By: /s/ Nicole E. Kopinski

Richard F. O'Malley, Jr.
Nicole E. Kopinski
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
romalley@sidley.com
nkopinski@sidley.com

OF COUNSEL:

Jared Bobrow (*Pro Hac Vice Pending*)
Douglas E. Lumish (*Pro Hac Vice Pending*)
Joseph H. Lee (*Pro Hac Vice Pending*)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
jared.bobrow@weil.com
doug.lumish@weil.com
joseph.lee@weil.com

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I, Nicole E. Kopinski, an attorney, hereby certify that I caused a true and correct copy of the foregoing Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 Disclosure Statement to be served by ECF upon:

>Arthur Anthony Gasey (gasey@nshn.com)
>Joseph Nevi Hosteny, III (hosteny@nshn.com)
>NIRO, SCAVONE, HALLER & NIRO
>181 West Madison Street, Suite 4600
>Chicago, Illinois 60602
>(312) 236-0733 (telephone)
>Counsel for Plaintiff Riparius Ventures LLC
>
>Timothy C. Meece (tmeece@bannerwitcoff.com)
>Jason S. Shull (jshull@bannerwitcoff.com)
>BANNER & WITCOFF, LTD.
>10 South Wacker Drive, Suite 3000
>Chicago, Illinois 60606
>(312) 463-5000 (telephone)
>Counsel for Defendant Logitech International S.A.
>
>Shawn Patrick Gorman (sgorman@bannerwitcoff.com)
>Timothy C. Meece (tmeece@bannerwitcoff.com)
>Jason S. Shull (jshull@bannerwitcoff.com)
>BANNER & WITCOFF, LTD.
>10 South Wacker Drive, Suite 3000
>Chicago, Illinois 60606
>(312) 463-5000 (telephone)
>Counsel for Defendant U.S. Robotics

this 28th day of December, 2007.

                                                /s/ Nicole E. Kopinski
                                                Nicole E. Kopinski