IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIPARIUS VENTURES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  07-CV-6121 |
| v. ) | |
| ) | Honorable John W. Darrah |
| LOGITECH INTERNATIONAL S.A. ) | Magistrate Judge Morton Denlow |
| KONINKLIJKE PHILIPS ELECTRONICS N.V. , ) | |
| U.S. ROBOTICS and ) | |
| CISCO SYSTEMS, INC. ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## PLAINTIFF'S REPLY TO DEFENDANT CISCO'S COUNTERCLAIMS

Plaintiff Riparius hereby responds to Cisco Systems, Inc. ("Cisco") counterclaim against

Counterclaim-defendant Riparius Ventures LLC ("Riparius").


## NATURE OF THE ACTION

1.      The counterclaim cause of action is for a declaratory judgment of patent invalidity
and patent non-infringement.

**RESPONSE:**

Admitted that Cisco seeks declaratory judgments of invalidity and non-infringement.

Otherwise, denied.


## THE PARTIES

2.      Defendant/Counterclaimant Cisco is a corporation organized and existing under
the laws of California, having a principal place of business at 170 West Tasman Drive, San Jose,
California 95134.

**RESPONSE:**

Admitted.

3.    Upon information and belief, Plaintiff/Counterclaim-defendant Riparius is a Maryland limited liability company, with its principal place of business at 375 Padonia Road West, Suite 201, Timonium, Maryland 21093.

**RESPONSE:**

Admitted.

## JURISDICTION AND VENUE

4.    This Court has subject-matter jurisdiction over Cisco's Counterclaim pursuant to 28 U.S.C. §§ 1367 and 1338(a), because Cisco's claim for declaratory relief is so related to the claims of patent infringement asserted by Riparius covering U.S. Patent Nos. 7,016,481 ("the '481 patent") and 7,139,371 ("the '371 patent") (collectively "the patents in suit"), and within the Court's original jurisdiction, that they form a part of the same case or controversy. Venue is proper in this district pursuant to 28 U.S.C. § 1391. In addition, venue is also proper in this district because the Court has supplemental jurisdiction over this counterclaim.

**RESPONSE:**

Admitted that there is subject matter jurisdiction. Admitted that venue is proper.

Otherwise, denied.

5.    Through its allegations of patent infringement against Cisco, Riparius has consented to personal jurisdiction in this Court.

**RESPONSE:**

Admitted.

## FIRST CAUSE OF ACTION (Declaration of Invalidity)

6.    Each claim of the patents in suit is invalid for failure to meet the requirements of the Patent Laws of the United States, including particularly 35 U.S.C. §§ 101 et seq.

**RESPONSE:**

Denied.

7.      Based on Riparius's Complaint and allegations of patent infringement, an actual and justiciable controversy of sufficient immediacy exists between Cisco and Riparius concerning the invalidity of the patents in suit.  A judicial declaration of invalidity is necessary and appropriate to resolve this controversy.

**RESPONSE:**

Denied.

### SECOND CAUSE OF ACTION (Declaration of Non-Infringement)

8.      Cisco is not infringing and has not infringed, directly or indirectly, any valid claim of the patents in suit.

**RESPONSE:**

Denied.

9.      Based on Riparius's Complaint and allegations of patent infringement, an actual and justiciable controversy of sufficient immediacy exists between Cisco and Riparius concerning the non-infringement of the patents in suit by Cisco.  A judicial declaration of non-infringement is necessary to resolve this controversy.

**RESPONSE:**

Admitted that a controversy exists. Otherwise, denied.

### AFFIRMATIVE DEFENSES

1.      Cisco's counterclaims fail to state a claim upon which relief can be granted.

2.      Riparius reserves the right to supplement its affirmative defenses.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable of right by jury.

RIPARIUS VENTURES LLC


/s/ Joseph N. Hosteny
Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller and Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
hosteny@nshn.com
gasey@nshn.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 4, 2008 the foregoing **PLAINTIFF'S REPLY TO DEFENDANT CISCO'S COUNTERCLAIMS** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court.  A courtesy copy has been hand delivered to Judge Darrah's office at 219 South Dearborn, Room No. 1288, Chicago, Illinois.

| | |
|---|---|
| Timothy C. Meece | Richard F. O'Malley, Jr. |
| Jason S. Shull | Nicole E. Kopinski |
| Shawn P. Gorman | Sidley Austin LLP |
| 10 South Wacker Drive – Suite 3000 | One South Dearborn Street |
| Chicago, IL  60606 | Chicago, IL  60603 |
| tmeece@bannerwitcoff.com | romalley@sidley.com |
| jshull@bannercoff.com | nkopinski@sidley.com |
| sgorman@bannerwitcoff.com | Telephone:  312-853-7000 |
| Telephone  312-463-5420 | Fax:  312-853-7036 |
| Fax:  312-463-5001 | |
| | Attorneys for Defendant |
| Attorneys for Defendants | Cisco Systems, Inc. |
| U.S. Robotics and Logitech | |
| International S.A. | |

/s/ Joseph N. Hosteny