## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

RECEIVED
DEC 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of

Riparius Ventures LLC, Plaintiff
vs.
Logitech International, S.A. Koninkluke Philips Electronics N.V., U.S. Robotics and Cisco Systems, Inc., Defendants

Case Number: 07 CV 6121

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cisco Systems, Inc.

FILED
JAN 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Jared Bobrow |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jared Bobrow |

| FIRM |
|---|
| Weil, Gotshal & Manges LLP |

| STREET ADDRESS |
|---|
| 201 Redwood Shores Parkway |

| CITY/STATE/ZIP |
|---|
| Redwood Shores, CA 94065 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 650-802-3000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐