IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIPARIUS VENTURES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-CV-6121 |
| v. | ) |
| | ) Honorable John W. Darrah |
| LOGITECH INTERNATIONAL S.A. | ) Magistrate Judge Morton Denlow |
| KONINKLIJKE PHILIPS ELECTRONICS N.V., | ) |
| U.S. ROBOTICS and | ) |
| CISCO SYSTEMS, INC. | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |
| | ) |

## NOTICE OF FILING OF SERVICE OF SUMMONS

PLEASE TAKE NOTICE that the attached documentation of service upon Logitech International S.A., Cisco Systems, Inc. and U.S. Robotics was filed electronically with the Court.

RIPARIUS VENTURES LLC

/s/ Joseph N. Hosteny
Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller and Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
hosteny@nshn.com
gasey@nshn.com

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Telephone No: | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT | | |
| Plaintiff: RIPARIUS VENTURES LLC | | |
| Defendant: LOGITECH INTERNATIONAL S.A. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: 07CV6121 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; JURY TRIAL DEMANDED

3. a. Party served:         LOGITECH INTERNATIONAL S.A.
   b. Person served:        CATHERINE VALENTINE
                            AGENT FOR SERICE

4. Address where the party was served:    6505 KAISER DRIVE
                                           FREMONT, CA

5. I served the party:
   b. **by substituted service.** On: Fri., Nov. 09, 2007 at: 12:07PM by leaving the copies with or in the presence of:
   GALE BARTLETT
   (1) **(Business)** Authorized to Accept the Service of Process. I informed him or her of the general nature of the papers.

7. **Person Who Served Papers:**                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PAT MIRANDA                                         d. **The Fee** for Service was:
   b. LaSALLE PROCESS SERVERS L.P.                        e. I am: (3) registered California process server
      29 SOUTH LaSALLE ST, SUITE 956                         (i) Independent Contractor
      CHICAGO, IL 60603                                      (ii) Registration No.:    768
   c. 312-263-0620                                            (iii) County:             Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Nov. 09, 2007

Judicial Council Form                     PROOF OF SERVICE                (PAT MIRANDA)
Rule 2.150.(a)&(b) Rev January 1, 2007                                                       2630620.25579

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RIPARIUS VENTURES LLC

V.

LOGITECH INTERNATIONAL S.A.,
KONINKLIJKE PHILIPS ELECTRONICS N.V.,
U.S. ROBOTICS and CISCO SYSTEMS, INC.

CASE NUMBER: **07CV6121**
ASSIGNED JUDGE: **JUDGE DARRAH**
DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE DENLOW**

TO: (Name and address of Defendant)

Logitech International S.A.
c/o Logitech, Inc.
6505 Kaiser Drive
Fremont, California 21093

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, Illinois 60602   312-236-0733

an answer to the complaint which is herewith served upon you, within ___Twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

OCT 3 0 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

　　Executed on _____　　_____
　　　　　　　　　　　Date　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT | | | | |
| Plaintiff: RIPARIUS VENTURES LLC | | | | |
| Defendant: LOGITECH INTERNATIONAL S.A. | | | | |
| **PROOF OF SERVICE OF SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: 07CV6121 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; JURY TRIAL DEMANDED

3. a. Party served:          CISCO SYSTEMS, INC.
   b. Person served:         MARY OOLEY
                             AUTHORIZED AGENT

4. Address where the party was served:    300 EAST TASMAN
                                          SAN JOSE, CA  95156

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Nov. 08, 2007 (2) at: 4:25PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. THOMAS J BOWMAN JR.                     d. *The Fee for Service was:*
   b. **LaSALLE PROCESS SERVERS L.P.**        e. I am: (3) registered California process server
      29 SOUTH LaSALLE ST, SUITE 956              (i) Owner
      CHICAGO, IL  60603                          (ii) Registration No.:    25
   c. 312-263-0620                                (iii) County:             Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, Nov. 09, 2007

   Judicial Council Form POS-010        PROOF OF SERVICE        (THOMAS J BOWMAN JR.)    2630620.25577
   Rule 2.150.(a)&(b) Rev January 1, 2007    OF SUMMONS

440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RIPARIUS VENTURES LLC

V.

LOGITECH INTERNATIONAL S.A.,
KONINKLIJKE PHILIPS ELECTRONICS N.V.,
U.S. ROBOTICS and CISCO SYSTEMS, INC.

CASE NUMBER: **07CV6121**
ASSIGNED JUDGE: **JUDGE DARRAH**
DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE DENLOW**

TO: (Name and address of Defendant)

Cisco Systems, Inc.
170 West Tasman Drive
San Jose, California 95156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, Illinois 60602   312-236-0733

an answer to the complaint which is herewith served upon you, within ___Twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

OCT 3 0 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
               Date                                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

07CV6121

# Affidavit of Process Server

| Riparius Ventures LLC | vs | Logtech International, et al. | 07CV6121 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I **Aaron Willoughby**, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **U.S. Robotics**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

☒ **Summons and Complaint**

by serving (NAME) **Lourdes Vina CT Corporation Authorize To Accept**
at ☐ ~~Home~~ **Service**
☒ Business **208 South LaSalle St Chicago IL Chicago IL Ste 814**
☒ on (DATE) **11-8-07** at (TIME) **2:10 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely **Lourdes Vina**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ DATE TIME, ( ) _____ DATE TIME,
( ) _____ DATE TIME, ( ) _____ DATE TIME, ( ) _____ DATE TIME

**Description:**
☐ Male ☒ White Skin ☒ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☒ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☒ 36-50 Yrs. ☒ 5'4"-5'8" ☒ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois  County of Cook

_____ SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this **8** day of **November** 20 **07**

NOTARY PUBLIC

**OFFICIAL SEAL**
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RIPARIUS VENTURES LLC

V.

LOGITECH INTERNATIONAL S.A.,
KONINKLIJKE PHILIPS ELECTRONICS N.V.,
U.S. ROBOTICS and CISCO SYSTEMS, INC.

CASE NUMBER: **07CV6121**

ASSIGNED JUDGE: **JUDGE DARRAH**

DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE DENLOW**

TO: (Name and address of Defendant)

U.S. Robotics
935 National Parkway
Schaumburg, Illinois 60173

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, Illinois 60602   312-236-0733

an answer to the complaint which is herewith served upon you, within ____Twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

OCT 3 0 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   Date                 Signature of Server

                                                _____
                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 15, 2008, the foregoing **NOTICE OF FILING** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court. A courtesy copy has been hand delivered to Judge Darrah's office at 219 South Dearborn, Room No. 1288, Chicago, Illinois.

>
> Timothy C. Meece
> Jason S. Shull
> Shawn Patrick Gorman
> Banner & Witcoff, Ltd.
> 10 South Wacker Drive, Suite 3000
> Chicago, IL 60606
> (312)463-5000
> Email: tmeece@bannerwitcoff.com
> jshull@bannerwitcoff.com
> sgorman@bannerwitcoff.com


          /s/ Joseph N. Hosteny