## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Riparius Ventures LLC

                        Plaintiff,

v.                                                  Case No.: 1:07−cv−06121
                                                       Honorable John W. Darrah

Logitech International S.A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2008:

      MINUTE entry before Judge John W. Darrah :Status hearing held and continued to 1/31/08 at 9:00 a.m. This case is consolidated with lead case 07 C 3063, Riparius Ventures v. Ascalade Communications. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.