# Bruce MacDowell Maggs

School of Computer Science

Carnegie Mellon University

Pittsburgh, PA 15213

(412) 268-7654

fax: (412) 268-5576

bmm@cs.cmu.edu

125 Woodland Road

Pittsburgh, PA  15232

(412) 420-6819

## Research Interests

Networks for parallel and distributed computer systems.

## Employment

*Carnegie Mellon University*
Professor of Computer Science, July 2004–present.
Professor of Electrical and Computer Engineering (by courtesy), July 2004–present.
Associate Professor of Computer Science, with tenure, July 1999–July 2004.
Associate Professor of Computer Science, July 1997–July 1999.
Assistant Professor of Computer Science, January 1994–July 1997.

*Akamai Technologies, Inc.*
Vice President for Research, January 1, 2000–present.
Vice President for Research and Development, April 1, 1999–December 31, 1999.
Senior Research Scientist, January 15, 1999–March 31, 1999.

*Massachusetts Institute of Technology*
Visiting Associate Professor of Computer Science, September 1998–January 1999.

*NEC Research Institute, Inc.*
Research Scientist (Permanent Status), October 1993–January 1994.
Research Scientist (Provisional Status), September 1990–October 1993.

*Massachusetts Institute of Technology*
Postdoctoral Associate, September 1989–September 1990.

## Education

*Massachusetts Institute of Technology*
Ph.D., Computer Science, September 1989.
Thesis title: *Locality in Parallel Computation*
Thesis supervisor: Charles E. Leiserson

S.M., Electrical Engineering and Computer Science, June 1986.
Thesis title: *Communication-Efficient Parallel Graph Algorithms*

S.B., Computer Science and Engineering, June 1985.
Thesis title: *Computing Minimum Spanning Trees on a Fat-Tree Architecture*

*University of Illinois at Urbana-Champaign*
September 1981–May 1983.

EXHIBIT
1

## II. Publications

### Chapters in Books

[1] "Parallel algorithms," G. E. Blelloch and B. M. Maggs. In M. J. Atallah, editor, *Handbook of Algorithms and Theory of Computation*, CRC Press, Boca Raton, FL, November 1998, chapter 47.

[2] "Parallel algorithms," G. E. Blelloch and B. M. Maggs. In A. B. Tucker, Jr., editor, *The Computer Science and Engineering Handbook*, CRC Press, Boca Raton, FL, 1997, pp. 277–315.

### Refereed Journal Papers

[1] Globally distributed content delivery, J. Dilley, B. Maggs, J. Parikh, H. Prokop, R. Sitaraman, and B. Weihl. *IEEE Internet Computing*, September/October 2002, pp. 50–58.

[2] "Protocols for asymmetric communication channels," M. Adler and B. M. Maggs. *Journal of Computer and Systems Sciences*, Vol. 63, No. 4, December 2001, pp. 573–596.
Originally appeared in the *Proceedings of the 39th Annual Symposium on Foundations of Computer Science* (FOCS), October 1998, pp. 522–533.

[3] "On the bisection width and expansion of butterfly networks," C. F. Bornstein, A. Litman, B. M. Maggs, R. K. Sitaraman, and T. Yatzkar. *Theory of Computing Systems*, Vol. 34, No. 6, November 2001, pp. 491–518.
Originally appeared in the *Proceedings of the 12th International Parallel Processing Symposium* (IPPS), March 1998, pp. 144–150.

[4] "On the benefit of supporting virtual channels in wormhole routers," R. J. Cole, B. M. Maggs, and R. K. Sitaraman. *Journal of Computer and System Sciences*, Vol. 62, No. 1, February 2001, pp. 152–177.
Originally appeared in the *Proceedings of the 8th ACM Symposium on Parallel Algorithms and Architectures* (SPAA), June 1996, pp. 131–141.

[5] "Improved routing and sorting on multibutterflies," B. M. Maggs and B. Vöcking. *Algorithmica*, Vol. 28, No. 4, 2000, pp. 438–464.
Originally appeared in the *Proceedings of the 28th Annual ACM Symposium on the Theory of Computing* (STOC), May 1997, pp. 517–530.

[6] "Sorting-based selection algorithms for hypercubic networks," P. Berthomé, A. Ferreira, B. M. Maggs, S. Perennes, and C. G. Plaxton. *Algorithmica*, Vol. 26, No. 2, 2000, pp. 237–254.
Originally appeared in the *Proceedings of the 7th International Parallel Processing Symposium* (IPPS), April 1993, pp. 89–95.

[7] "Fast algorithms for finding O(congestion+dilation) packet routing schedules," F. T. Leighton, B. M. Maggs, and A. W. Richa. *Combinatorica*, Vol. 19, No. 3, 1999, pp. 375–401.
Originally appeared in the *Proceedings of the 28th Hawaii International Conference on System Sciences* (HICSS), Volume 2, January, 1995, pp. 555–563.

[8] "Simple algorithms for routing on butterfly networks with bounded queues," B. M. Maggs and R. K. Sitaraman. *SIAM Journal on Computing*, Vol. 28, No. 3, June 1999, pp. 984–1003.
Originally appeared in the *Proceedings of the 24th Annual ACM Symposium on the Theory of Computing* (STOC), May 1992, pp. 150–161.

[9] "Tight analyses of two local load balancing algorithms," B. Ghosh, F. T. Leighton, B. M. Maggs, S. Muthukrishnan, C. G. Plaxton, R. Rajaraman, A. W. Richa, R. E. Tarjan, and D. Zuckerman. *SIAM Journal on Computing*, Vol. 29, No. 1, February 1999, pp. 29–64.
Originally appeared in the *Proceedings of the 27th Annual ACM Symposium on the Theory of Computing* (STOC), May 1995, pp. 548–558.

[10] "On the fault tolerance of some popular bounded-degree networks," F. T. Leighton, B. M. Maggs, and R. K. Sitaraman. *SIAM Journal on Computing*, Vol. 27, No. 5, October 1998, pp. 1303–1333.
Originally appeared in the *Proceedings of the 33rd Annual Symposium on Foundations of Computer Science* (FOCS), October 1992, pp. 542–552.

[11] "An experimental analysis of parallel sorting algorithms," G. E. Blelloch, C. E. Leiserson, B. M. Maggs, C. G. Plaxton, S. Smith, and M. Zagha. *Theory of Computing Systems*, Vol. 31, No. 2, March/April 1998, pp. 135–167.
Originally appeared as "A comparison of sorting algorithms for the Connection Machine CM-2," in the *Proceedings of the 3rd Annual ACM Symposium on Parallel Algorithms and Architectures* (SPAA), July 1991, pp. 3–16.

[12] "Reconfiguring arrays with faults part I: worst-case faults," R. J. Cole, B. M. Maggs, and R. K. Sitaraman. *SIAM Journal on Computing*, Vol. 26, No. 6, December 1997, pp. 1581–1611.
Originally appeared as "Multi-scale emulation: A technique for reconfiguring arrays with faults," in the *Proceedings of the 25th Annual ACM Symposium on the Theory of Computing* (STOC), May 1993, pp. 561–572.

[13] "Work-preserving emulations of fixed-connection networks," R. R. Koch, F. T. Leighton, B. M. Maggs, S. B. Rao, A. L. Rosenberg, and E. J. Schwabe. *Journal of the ACM*, Vol. 44, No. 1, January 1997, pp. 104–147.
Originally appeared in the *Proceedings of the 21st Annual ACM Symposium on Theory of Computing* (STOC), May 1989, pp. 227–240.

[14] "On-line algorithms for path selection in a nonblocking network," S. Arora, F. T. Leighton, and B. M. Maggs. *SIAM Journal on Computing*, Vol. 25, No. 3, June 1996, pp. 600–625.
Originally appeared in the *Proceedings of the 22nd Annual ACM Symposium on Theory of Computing* (STOC), May 1990, pp. 149–158.

[15] "A maximum likelihood stereo algorithm," I. J. Cox, S. L. Hingorani, B. M. Maggs, S. B. Rao. *Computer Vision and Image Understanding*, Vol. 63, No. 3, May 1996, pp. 542–567.
Originally appeared as "Stereo without disparity gradient smoothing: a Bayesian sensor fusion solution," in D. Hogg and R. Boyle, ed., *Proceedings of the British Machine Vision Conference*, Springer-Verlag, September 1992, pp. 337-346.

[16] "Randomized routing and sorting on fixed-connection networks," F. T. Leighton, B. M. Maggs, S. B. Rao, and A. G. Ranade. *Journal of Algorithms*, Vol. 17, No. 1, July 1994, pp. 157–205.
Originally appeared as "Universal packet routing algorithms," T. Leighton, B. Maggs, and S. Rao. *Proceedings of the 29th Annual Symposium on Foundations of Computer Science* (FOCS), October 1988, pp. 256–271. Note: this conference paper was later broken into two journal papers.

[17] "Packet routing and job-shop scheduling in $O$(congestion+dilation) steps," F. T. Leighton, B. M. Maggs, S. B. Rao. *Combinatorica*, Vol. 14, No. 2, 1994, pp. 167–180.

Originally appeared as "Universal packet routing algorithms," T. Leighton, B. Maggs, and S. Rao. *Proceedings of the 29th Annual Symposium on Foundations of Computer Science* (FOCS), October 1988, pp. 256–271. Note: this conference paper was later broken into two journal papers.

[18] "A parallel algorithm for reconfiguring a multibutterfly network with faulty switches," A. V. Goldberg, B. M. Maggs, and S. A. Plotkin. *IEEE Transactions on Computers*, Vol. 43, No. 3, March 1994, pp. 321–326.

[19] "Fast algorithms for routing around faults in multibutterflies and randomly-wired splitter networks," F. T. Leighton and B. M. Maggs. *IEEE Transactions on Computers*, Vol. 41, No. 5, May 1992, pp. 578–587.
Originally appeared as "Expanders might be practical: fast algorithms for routing around faults on multibutterflies," in the *Proceedings of the 30th Annual Symposium on Foundations of Computer Science* (FOCS), October 1989, pp. 384–389.

[20] "Fast algorithms for bit-serial routing on a hypercube," W. A. Aiello, F. T. Leighton, B. M. Maggs, and M. Newman. *Mathematical Systems Theory*, Vol. 24, No. 4, 1991, pp. 253–271.
Originally appeared in the *Proceedings of the 2nd Annual ACM Symposium on Parallel Algorithms and Architectures* (SPAA), July 1990, pp. 55–64.

[21] "Communication-efficient parallel algorithms for distributed random-access machines," C. E. Leiserson and B. M. Maggs. *Algorithmica*, Vol. 3, No. 1, 1988, pp. 53–77.
Originally appeared in the *Proceedings of the 1986 International Conference on Parallel Processing* (ICPP), August 1986, pp. 861–868.

[22] "Minimum-cost spanning tree as a path-finding problem," B. M. Maggs and S. A. Plotkin. *Information Processing Letters*, Vol. 26, No. 6, January 1988, pp. 291–293.

### Refereed Conference and Workshop Papers Not Also Appearing in Journals

[1] "Quorum placement in networks: minimizing network congestion," D. Golovin, A. Gupta, B. M. Maggs, F. Oprea, and M. Reiter, *Proceedingss of the 18th Annual ACM SIGACT-SIGOPS Symposium on Principles of Distributed Computing* (PODC), July, 2006.

[2] "Simultaneous scalability and security for data-intensive web applications," A. Manjhi, A. Ailamaki, B. M. Maggs, T. C. Mowry, C. Olston, and A. Tomasic. *Proceedings of ACM SIGMOD 2006* (SIGMOD), June, 2006.

[3] "Finding effective support-tree preconditioners," B. M. Maggs, G. L. Miller, O. Parekh, R. Ravi, and S. L. M. Woo. *Proceedings of the 17th Annual ACM Symposium on Parallel Algorithms and Architectures* (SPAA), July 2005.

[4] "Quorum placement in networks to minimize access delays," A. Gupta, B. Maggs, F. Oprea, and M. Reiter, *Proceedings of the 17th Annual ACM SIGACT-SIGOPS Symposium on Principles of Distributed Computing* (PODC), July, 2005.

[5] "On hierarchical routing in doubling metrics," H. T-H. Chan, A. Gupta, B. M. Maggs, and S. Zhou, *Proceedings of the 16th Annual ACM-SIAM Symposium on Discrete Algorithms* (SODA), January 2005.

[6] "A scalability service for dynamic web applications," C. Olston, A. Manjhi, C. Garrod, A. Ailamaki, B. M. Maggs, and T. C. Mowry, *Proceedings of the 2nd Biennial Conference on Innovative Data Systems Research* (CIDR), January 2005.

[7] "A methodology for estimating interdomain Web traffic demand," A. Feldmann, N. Kammen-huber, O. Maennel, B. Maggs, R. De Prisco, and R. Sundaram. *Proceedings of the Internet Measurement Conference 2004* (IMC), October 2004.

[8] "An analysis of live streaming workloads on the Internet," K. Sripanidkulchai, B. Maggs, and H. Zhang. *Proceedings of the Internet Measurement Conference 2004* (IMC), October 2004.

[9] "Availability, usage, and deployment characteristics of the Domain Name System", J. Pang, J. Hendricks, A. Akella, S. Seshan, B. Maggs, and R. De Prisco. *Proceedings of the Internet Measurement Conference 2004* (IMC), October 2004.

[10] "Simultaneous source location", K. Andreev, C. Garrod, B. Maggs, and A. Meyerson. *Proceedings of the 7th International Workshop on Approximation Algorithms for Combinatorial Optimization Problems* (APPROX), August, 2004.

[11] "Locating Internet routing instabilities", A. Feldmann, O. Maennel, Z. Morley Mao, A. Berger, and B. Maggs. *Proceedings of the ACM SIGCOMM 2004 Conference* (SIGCOMM), August, 2004.

[12] "A comparison of overlay routing and multihoming route control", A. Akella, J. Pang, A. Shaikh, B. Maggs, and S. Seshan. *Proceedings of the ACM SIGCOMM 2004 Conference* (SIGCOMM), August, 2004.

[13] "The feasibility of supporting large-scale live streaming applications with dynamic application end-points," K. Sripanidkulchai, A. Ganjam, B. Maggs, and H. Zhang. *Proceedings of the ACM SIGCOMM 2004 Conference* (SIGCOMM), August, 2004.

[14] "A measurement-based analysis of multihoming", A. Akella, B. Maggs, S. Seshan, A. Shaihk, and R. Sitaraman. *Proceedings of the ACM SIGCOMM 2003 Conference on Applications, Technologies, Architectures, and Protocols for Computer Communication* (SIGCOMM), August, 2003.

[15] "Designing overlay multicast networks for streaming", K. Andreev, B. Maggs, A. Meyerson, and R. Sitaraman, *Proceedings of the Fifteenth Annual ACM Symposium on Parallel Algorithms and Architectures* (SPAA), June 2003.

[16] "Efficient content location using interest-based locality in peer-to-peer systems", K. Sripanidkulchai, B. M. Maggs, and H. Zhang. *Proceedings of the 22nd Annual Joint Conference of the IEEE Computer and Communications Societies* (INFOCOM'03), April 2003.

[17] "Space-efficient finger search on degree-balanced search trees", G. E. Blelloch, B. M. Maggs, and S. L. M. Woo. *Proceedings of the 14th Annual ACM-SIAM Symposium on Discrete Algorithms* (SODA), January 2003, pp. 374–383.

[18] "Tradeoffs between parallelism and fill in nested dissection," C. F. Bornstein, B. M. Maggs, and G. L. Miller, *Proceedings of the Eleventh Annual ACM Symposium on Parallel Algorithms and Architectures* (SPAA), June 1999, pp. 191–200.

[19] "On balls and bins with deletions," R. Cole, A. Frieze, B. M. Maggs, M. Mitzenmacher, A. W. Richa, R. K. Sitaraman, and E. Upfal, *Proceedings of the 2nd International Workshop on Randomization and Approximation Techniques in Computer Science* (RANDOM), October 1998, pp. 145–158.

[20] "Randomized protocols for low-congestion circuit routing in multistage interconnection networks," R. Cole, B. M. Maggs, F. Meyer auf der Heide, M. Mitzenmacher, A. W. Richa, K. Schröder, R. K. Sitaraman, and B. Vöcking. *Proceedings of the 29th Annual ACM Symposium on the Theory of Computing* (STOC), May 1998, pp. 378–388.

[21] "Parallel Gaussian elimination with linear work and fill," C. F. Bornstein, B. M. Maggs, G. Miller, and R. Ravi. *Proceedings of the 38th Annual Symposium on Foundations of Computer Science* (FOCS), October 1997, pp. 274–283.

[22] "Exploiting locality for data management in systems of limited bandwidth," B. M. Maggs, F. Meyer auf der Heide, B. Vöcking, and M. Westermann. *Proceedings of the 38th Annual Symposium on Foundations of Computer Science* (FOCS), October 1997, pp. 284–293.

[23] "Routing on butterfly networks with random faults," R. Cole, B. Maggs, and R. Sitaraman. *Proceedings of the 36th Annual Symposium on Foundations of Computer Science* (FOCS), October 1995, pp. 558–570.

[24] "An algorithm for finding predecessors in integer sets," B. Maggs and M. Rauch. *Proceedings of the 3rd Workshop on Algorithms and Data Structures* (WADS). Vol. 709 of Lecture Notes in Computer Science, Spring-Verlag, August 1993, pp. 483–493.

[25] "Approximate load balancing on dynamic and asynchronous networks," W. Aiello, B. Awerbuch, B. Maggs, and S. Rao. *Proceedings of the 25th Annual ACM Symposium on the Theory of Computing* (STOC), May 1993, pp. 632–641.

[26] "Empirical evaluation of randomly-wired multistage networks," D. Lisinski, T. Leighton, and B. Maggs. *Proceedings of the 1990 International Conference on Computer Design* (ICCD), September 1990, pp. 380–385.

## Technical Reports

[1] "Competitive analysis of call admission algorithms that allow delay," A. Feldmann, B. M. Maggs, J. Sgall, D. D. Sleator, and A. Tomkins. Technical Report CMU-CS-95-102, School of Computer Science, Carnegie Mellon University, Pittsburgh, PA 15213, January 1995.

## Other Publications - Surveys and Position Papers

[1] "A survey of congestion+dilation results for packet scheduling," B. M. Maggs. *Proceedings of the 40th Conference on Information Science and Systems* (CISS), March 2006.

[2] "Real-time emulations of bounded-degree networks," B. M. Maggs and E. J. Schwabe, *Information Processing Letters*, Vol. 6, No. 5, June 1998, pp. 269–276.

[3] "A critical look at three of parallel computing's maxims," B. M. Maggs. *Proceedings of the 1996 International Symposium on Parallel Architectures, Algorithms, and Networks* (I-SPAN '96), June 1996, pp. 1–7.

[4] "Parallel algorithms," G. E. Blelloch and B. M. Maggs, *ACM Computing Surveys*, Vol. 28, No. 1, March 1996, pp. 51–54.

[5] "Models of parallel computation: a survey and synthesis," B. M. Maggs, L. R. Matheson, and R. E. Tarjan. *Proceedings of the 28th Hawaii International Conference on System Sciences* (HICSS), Volume 2, January, 1995, pp. 61–70.

[6] "The hidden cost of low bandwidth communication," G. E. Blelloch, B. M. Maggs, and G. L. Miller. In U. Vishkin, ed., *Developing a Computer Science Agenda for High-Performance Computing*, ACM Press, 1994, pp. 22–25.

[7] "Randomly wired multistage networks." *Statistical Science*, B. M. Maggs. Vol. 8, No. 1, February, 1993, pp. 70–75.

[8] "Beyond parallel random-access machines," B. M. Maggs. In J. L. C. Sanz, ed., *Opportunities and Constraints of Parallel Computing*, Springer-Verlag, 1989, pp. 83–84.

Patents

> U.S. Patent Number 7,010,578, "Internet Content Delivery Service with Third Party Cache Interface Support," D. M. Lewin, B. Maggs, and J. J. Kloninger, March 7, 2006.

> U.S. Patent Number 6,665,726, "Method and System for Fault Tolerant Media Streaming over the Internet," F. T. Leighton, D. M. Lewin, D. Shaw, and B. Maggs, December 16, 2003.

> U.S. Patent Number 5,521,591, "Switching Networks with Expansive and/or Dispersive Logical Clusters for Message Routing," S. A. Arora, T. F. Knight, Jr., F. T. Leighton, B. M. Maggs, and E. Upfal, May 28, 1996.

## III. Evidence of External Reputation

Awards

> Daniel L. Slotnick Award for Most Original Paper for "Communication-efficient parallel graph algorithms," C. E. Leiserson and B. M. Maggs, *Proceedings of the 1986 International Conference on Parallel Processing,* August 1986, IEEE, pp. 861–868.

## Distinguished Lecture Series Talks

> "Experimenting with a Content Delivery Network"
> Boston University (11/03),
> Johns Hopkins University (11/03)

> "Global Internet Content Delivery"
> University of Illinois at Chicago (12/02),
> IBM Silicon Valley Laboratory (5/02).

> "Some Problems Related to Content Delivery"
> University of Massachusetts, Amherst (10/01).

## Keynote Addresses at Conferences and Workshops

> "A Methodology for Estimating Interdomain Web Traffic"
> Heinz Nixdorf Symposium (1/06).

> "Lessons in Engineering Self-Managing Networks,"
> Microsoft Self-Managing Networks Summit, 2005: Making Networks Self-Aware (6/05).

> "'A Comparison of Overlay Routing and Multihoming Route Control,"
> High Performance Switching and Routing Workshop, (04/04),

> "Designing Overlay Multicast Networks for Streaming",
> Tenth International Colloquium on Structural Information and Communication Complexity (SIROCCO 2003) (6/03).

> "Some Problems Related to Content Delivery"
> ACM/IEEE International Symposium on Cluster Computing and the Grid (CCGrid2001) (5/01),
> Third NYC Metro Area Distributed Systems Meeting (NMADS-3) (04/01),
> International Symposium on Parallel Architectures, Algorithms, and Networks (I-SPAN '00) (12/00),
> Ninth IEEE International Symposium on High Performance Distributed Computing (HPDC) (8/00).

"Global Internet Content Delivery"
21st Annual ACM Symposium on Principles of Distributed Computing (PODC '02) (7/02),
INFORMATIK '99, International Workshop on Communication and Data Management in Large Networks, Heinz Nixdorf Institute, University of Paderborn, Paderborn, Germany (10/99).

"Multibutterflies: The Most Powerful Multistage Interconnection Networks Known"
Computing: the Australasian Theory Symposium, Sydney, Australia (2/97).

"Improved Routing and Sorting on Multibutterflies"
Midwest Theory Day, Chicago, IL (12/96).

"A Critical Look at Three of Parallel Computing's Maxims"
1996 International Symposium on Parallel Architectures, Algorithms, and Networks (I-SPAN '96), Beijing, China (6/96).

"What Makes a Good Routing Network?"
International Workshop on Interconnection Networks, Centre International de Rencontres Mathematiques, Luminy, France (7/95).

## One-Hour Plenary Session Invited Lectures at Conferences and Workshops

"Designing Overlay Multicast Networks for Commercial Streaming"
Workshop on Network Management and Design, Institute for Mathematics and its Applications (IMA), University of Minnesota (5/03).

"Challenges in Building a Reliable System of Tens of Thousands of Servers"
Dependability in Real Life, Second High Dependability Computing Consortium Workshop (5/01).

"Variations on Nested Dissection"
Symposium on High Performance Computing and Networks, Fordham University (3/99).

"Protocols for Asymmetric Communication Channels"
Symposium on Parallel and Distributed Computing and Networks, National University of Singapore (7/98).

"Multibutterflies: The Most Powerful Multistage Interconnection Networks Known"
Workshop on Complexity Issues in Distributed and Parallel Computation, Fields Institute, Toronto, Canada (6/98).

"Work-Preserving Network Emulations"
2nd Workshop on Parallel Algorithms (WOPA), New Orleans, LA (5/91).

## Invited Lectures in Academia and Industry

"A Methodology for Estimating Interdomain Web Traffic"
Massachusetts Institute of Technology (2/05).

"Using Akamai Traces to Drive End System Multicast Simulations"
Workshop on Building Scalable Simulations of Complex Socio-Technical Systems, 5th Symposium of the Los Alamos Computer Science Institute (LACSI) (11/04).

"Designing Overlay Multicast Networks for Streaming"
Arizona State University (4/04), University of California at Berkeley (4/04), Northeastern University (11/03), Technical University of Munich (9/03).

"How Akamai Uses Consistent Hashing"
Special Session on Probabilistic Methods in Combinatorics and the Internet, 108th Annual Meeting of the American Mathematical Society (AMS), (1/02).

"Content Delivery on September 11"
The Internet Under Crisis Conditions: Learning from the Impact of September 11, a Computer Science and Telecommunications Board Workshop, National Research Council (3/02).

"Some Problems Related to Content Delivery"
Northeastern University (4/01), The College of William and Mary (4/01), University of California, San Diego (1/01), University of Southern California (9/00), University of Arizona (9/00), Arizona State University (9/00), University of California, Santa Barbara (5/00).

"Global Internet Content Delivery"
Stanford University (5/02), Lucent Bell Laboratories (11/99), University of Michigan (11/99),

"Using Internet Measurements to Direct Clients to Servers"
OPENSIG '99 Workshop, Open Signalling for ATM, Internet and Mobile Networks, Pittsburgh, PA (10/99).

"Variations on Nested Dissection"
National Cheng Kung University, Tainan, Tawain (7/99), Heinz Nixdorf Institute, University of Paderborn, Paderborn, Germany (12/98), Massachusetts Institute of Technology (9/98),

"Protocols for Asymmetric Communication Channels"
Universidade Federal do Rio de Janeiro (3/00), Dagstuhl-Seminar on Parallel and Distributed Algorithms (7/99), Massachusetts Institute of Technology (10/98), North-eastern University (10/98), Cornell University (2/98).

"Multibutterflies: The Most Powerful Multistage Interconnection Networks Known"
Special Session on Interconnection Networks, International Symposium on Parallel Architectures, Algorithms, and Networks (I-SPAN '00), (12/00), Department of Computer and Information Engineering, National Sun Yat-Sen University, Kaohsiung, Taiwan (7/98), Kent Ridge Digital Laboratories, National University of Singapore (7/98), AT&T Labs Research (2/98), Academia Sinica, Nankang, Taiwan (12/97), National Chiao Tung University, Hsinchu, Taiwan (12/97), University of Texas at Austin (8/97), Massachusetts Institute of Technology (5/97), India Institute of Technology, Bombay, India (1/97).

"A Critical Look at Three of Parallel Computing's Maxims"
University of Illinois at Chicago (12/96), Beijing University of Aeronautics and Astronautics (6/96), IBM Tokyo Research Laboratory (6/96).

"What Makes a Good Routing Network?"
New York Academy of Sciences (1/96), Massachusetts Institute of Technology (11/95).

"Reconfiguring Parallel Computers with Faulty Components,"
University of Waterloo, Waterloo, Canada (3/95), University of Aizu, Aizu-Wakamatsu, Japan (12/94), National Tsing Hua University, Hsinchu, Taiwan (12/94), Academia Sinica, Nankang, Taiwan (12/94), The Johns Hopkins University (12/94), New Jersey Institute of Technology (4/94), University of Texas at Austin (12/93), University of Central Florida (10/93), Dagstuhl-Seminar on Parallel and Distributed

Algorithms (9/93), Universität des Saarlandes, Saarbrücken, Germany (9/93), DI-MACS Workshop on Parallel Algorithms for Unstructured and Dynamic Problems (6/93), Princeton University (4/93), Massachusetts Institute of Technology (4/93), University of Pennsylvania (2/93).

"Simple Algorithms for Routing on Butterfly Networks with Bounded Queues," University of Maryland (4/92).

"A Comparison of Sorting Algorithms for the Connection Machine CM-2," University of Massachusetts (3/93), New York University (11/92), University of Illinois (4/92), University of British Columbia (2/92).

"Asymptotically Optimal Schedules for Packet Routing," SIAM Annual Meeting, Chicago, IL (7/90).

"Fault-Tolerant Routing Algorithms for Multibutterfly Networks," NEC C & C Research Laboratories, Yokohama, Japan (8/91), ACM Symposium on Gigabit Networks, Washington, DC (7/91), SIAM Int. Conf. on Industrial and Applied Math., Washington, DC (7/91), University of Maryland (2/91), University of Illinois (1/91), Washington University, St. Louis (1/91), Harvard University (4/90), Cornell University (4/90), AT & T Bell Laboratories (3/90), Duke University (2/90), IBM Thomas J. Watson Research Center (2/90), Rice University (2/90), Bell Communications Research (2/90), NEC Research Institute (1/90), Yale University (12/89).

"Universal Packet Routing Algorithms," Microelectronics Consortium of North Carolina (2/90), Fordham University (2/89), IBM Thomas J. Watson Research Center (2/89).

"Communication-Efficient Parallel Graph Algorithms," Southern Methodist University (8/86), Massachusetts Institute of Technology (4/86).

## Summer School Lectures

*School on Models and Algorithms for the WWW*, International Center for Mechanical Sciences (CISM), Udine, Italy, (6/02).
"Internet Content Delivery"
"Content Delivery on 9/11"
"Delivering Streaming Content on the Internet"
"Challenges in Building a Reliable System with Tens of Thousands of Servers"
"A Little Bit about Akamai's Business"
"Akarouting: A Better Way to Go"

*School on the Foundations of Computer Science (ADFOCS)*, Max-Planck Institute, Saarbrücken, Germany, (9/01).
"Challenges in Building a Reliable System with Tens of Thousands of Servers"
"Delivering Streaming Content on the Internet"

*Short Course on Networking*, National Sun Yat-Sen University, Kaohsiung, Taiwan (7/99).
"Theory of Interconnection Networks I"
"Theory of Interconnection Networks II"
"Theory of Interconnection Networks III"
"Universal Routing Algorithms"
"Routing on the Internet"
"Streaming Media"

*Summer Institute on Parallel and Distributed Computing*, Academia Sinica, Nankang, Taiwan (7/98).
"Variations on Nested Dissection"
"Exploiting Locality for Data Management in Networks of Limited Bandwidth"
"On the Bisection Width and Expansion of Butterfly Networks"
"Protocols for Asymmetric Communication Channels"
"Multibutterflies: The Most Powerful Multistage Interconnection Networks Known"

*Summer School on Architectures and Programming Paradigms for Parallel Computers*, Padova Ricerche, Padova, Italy (6/96).
"Universal Routing Algorithms"

## Consulting

*Team Play, Inc.*
Consultant in copyright litigation case. Fall 2005.

*Toshiba, Inc.*
Consultant. Summer 2005.

*America Online, Inc.*
Consultant in patent litigation case. Fall 2004–present.

*SkillSoft Corporation*
Consultant in patent litigation case. September 2004–March 2005.

*Yahoo!, Inc.*
Consultant in patent litigation case, February 2003–September 2003.

*Grainger, Inc.*
Consultant in patent litigation case, January 2003–June 2003.

*Lexmark, Inc.*
Expert witness in Lexmark v. Static Control Components, Winter 2003–present.

*FreeMarkets, Inc.*
Helped defend against threat of patent litigation, Fall 2002.

*Newport Opticom, Inc.*
Helped design multistage optical interconnection network, Fall 2001.

*Democratic National Committee*
Helped to architect the DNC's web-site infrastructure, Spring 2001.

*Thinking Machines, Inc.*
Supersort project. Improved the speed of the CM-2 library sort routine by a factor of ten, Summer 1990.

## Technical Advisory Boards

*Agami*, October, 2004–present.

*Personity*, October, 2000–October, 2002 (acquired by Openwave Systems, Inc.).

*Eizel Technologies*, September, 2000–April, 2003 (acquired by Nokia Corp.).

*Kuokoa Networks*, July, 2000–November, 2002 (folded).

*LaunchCyte* `http://www.launchcyte.com`, May, 2000–October, 2002.

*Storm Systems*, February, 2000–June, 2000 (acquired by Redleaf).

## IV. External Professional Activities

Elected ACM Member at Large, May 2006. Term: July 1, 2006–June 30.

Member of ISAT (DARPA Information Science and Technology Study Group), September 2004–October 2005.

Co-Chair of the Organizing Committee for the DIMACS Special Year on Massively Parallel Computation, September 1993–August 1994.

Member of the DIMACS Executive Committee, July 1993–June 1994.

### Editorial Positions

Associate Editor, *IEEE Transactions on Parallel and Distributed Systems*, November 2000–September 2002.

Guest Editor, Special Issue, "ACM Symposium on Parallel Algorithms and Architectures," of *Theory of Computing Systems*, with Susanne E. Hambrusch, Vol. 32, No. 3, May/June 1999.

Managing Editor and Co-Founder, *Journal of Interconnection Networks* (JOIN), August 1998–present.

Field Editor, *Discrete Mathematics and Theoretical Computer Science*, January 1996–October 2001.

Author of 65 referee reports for 24 journals.

### Steering Committees

Member of the Steering Comittee for the Internet Measurement Conference (IMC), October 2004–present.

Member of the Steering Committee (Treasurer) for the ACM Symposium on Parallel Algorithms and Architectures (SPAA), May 1991–August 1996.

Member of the Steering Committee/Advisory Board for the Dartmouth Institute for Advanced Graduate Studies in Parallel Computation (DAGS/PC), May 1991–August 1993.

### Program Chair Service

Chair of the Program Committee for HotWeb 2006: the First IEEE Workshop on Hot Topics in Web Systems and Technologies (HOTWEB), November 2006.

Chair of the Program Committee for the 14th Annual ACM Symposium on Parallel Algorithms and Architectures (SPAA), August 2002.

Co-Chair of the Program Committee for the 1997 International Symposium on Parallel Architectures, Algorithms, and Networks (I-SPAN '97), December 1997.

Organizer of a DIMACS workshop on Graph Embeddings and Parallel Architecture, January 1992.

**Program Committee Service**

Member of the Program Committee for PAM 2007: the Eigth Passive and Active Measurement Conference (PAM), April 2007.

Member of the Program Committee for the Internet Measurement Conference (IMC), October 2005.

Member of the Program Committee for the ACM SIGCOMM 2005 Conference (SIGCOMM), August 2005.

Member of the Program Committee of the World Wide Web 2005 Conference (WWW) - Performance and Reliability track, May 2005.

Member of the Program Committee for the Workshop on Real-World Large Distributed Systems (WORLDS), December 2004.

Member of the Program Committee for the Workshop on Combinatorial and Algorithmic Aspects of Networking (CAAN), August 2004.

Global Chair of the Program Committee for Topic 11: Routing and Communication in Interconnection Networks, European Conference on Parallel Computing (Euro-Par 2002), August 2002.

Member of the Program Committee for the Workshop on Performance and Architecture of Web Servers (PAWS-2001), June 2001.

Vice Chair of the Program Committee for the International Conference on High Performance Computing (HiPC 2001), December, 2001.

Vice Chair of the Program Committee for Topic 06: Complexity Theory and Algorithms, European Conference on Parallel Computing (Euro-Par 2001) August, 2001.

Member of the Program Committee for the 20th Annual ACM Symposium on Principles of Distributed Computing (PODC '01), August 2001.

Member of the Program Committee for the IEEE International Symposium on Cluster Computing and the Grid (CCGrid 2001), May 2001.

Member of the Program Committee for the 5th Annual International Computing and Combinatorics Conference (COCOON '99), July 1999.

Vice Chair of the Program Committee for Topic 15: Routing and Communication in Interconnection Networks, European Conference on Parallel Computing (Euro-Par 1999), August 1999.

Member of the Program Committee for the 1999 International Symposium on Parallel Architectures, Algorithms, and Networks (I-SPAN '99), June 1999.

Member of the Program Committee for the 2nd International Workshop on Discrete Algorithms and Methods for Mobile Computing and Communications (DIAL M for Mobility), October 1998.

Member of the Program Committee for the third Workshop on Randomized Parallel Computing (WRPC), March 1998.

Member of the Program Committee for Computing: The Australasian Theory Symposium (CATS), February 1998.

Member of the Program Committee for the 9th Annual ACM Symposium on Parallel Algorithms and Architectures (SPAA), June 1997.

Member of the Program Committee for the second Workshop on Randomized Parallel Computing (WRPC), April 1997.

Member of the Program Committee for the 8th Annual ACM–SIAM Symposium on Discrete Algorithms (SODA), January 1997.

Vice-chair of the Program Committee for the 1996 International Symposium on Parallel Architectures, Algorithms, and Networks (I-SPAN '96), June 1996.

Member of the Program Committee for the Workshop on Randomized Parallel Computing (WRPC), April 1996.

Member of the Program Committee for the 6th Annual IEEE Symposium on Parallel and Distributed Algorithms (SPDP), October 1995.

Member of the Program Committee for the 9th International Parallel Processing Symposium (IPPS), April 1995.

Member of the Program Committee for the 1994 International Symposium on Parallel Architectures, Algorithms, and Networks (I-SPAN '94), December 1994.

Member of the Program Committee for the 5th Annual IEEE Symposium on Parallel and Distributed Processing (SPDP), October 1994.

Member of the Program Committee for the 26th Annual ACM Symposium on Theory of Computing (STOC), May 1994.

Member of the Program Committee for the 5th Annual ACM–SIAM Symposium on Discrete Algorithms (SODA), January 1994.

Member of the Program Committee for the 5th Annual ACM Symposium on Parallel Algorithms and Architectures (SPAA), June 1993.

## Grant Proposal Reviewing

Member of NSF Proposal Review Panel, 2005.

Member of NSF SBIR Review Panel, 2004.

Member of NSF Proposal Review Panel, 2002.

Member of NSF Proposal Review Panel, 2001.

Reviewer of 9 grant proposals for 3 funding agencies (prior to NSF panel review process).

## V. Contracts and Grant Support

Co-PI NSF NeTS Grant CNS–0520192 *NeTS ProWiN: Self-Managing Wireless Networks: Bringing Order to Chaotic Wireless Deployments*, September 2005–August 2008, $750,000.

Co-PI NSF Grant CNF–0433540 *Cybertrust Center: Security Through Interaction Modeling (STIM)*, October 2004–September 2008, $5,208,090.

PI NSF NeTS Grant CNF–0435382 *NeTS-NR: A Measurement-Driven Approach to Internet Protocol and Systems Design*, September 2004–August 2007, $1,150,000.

Claude Worthington Benedum Foundation *Center for Appalachian Network Access (CANA)*, June 2003–June 2005, $125,000.

Appalachian Regional Commission *Center for Appalachian Network Access (CANA)*, June 2003–December 2004, $125,000.

IL (Ike) Morris *Center for Appalachian Network Access (CANA)*, May 2004, $100,000.

MountainTop Technologies *Center for Appalachian Network Access (CANA)*, $15,000.

Co-PI NSF Grant CCR–0205523 *ITR: Scalable Molecular Electronics*, September 2002–August 2004, $1,500,000.

Coauthor of proposal NSF-CNPq Collaborative Research Grant CCR–9900304 : *Parallel Elimination Orders with Applications in Operations Research and Scientific Computing*, September 1999–August 2002, $199,094.

PI ARPA Contract N00014–95–1–1246, *Algorithmic methods for communication, computation, and memory management in scalable HPC systems*, July 1995–July 1998, $1,192,374.

NEC Research Institute Fellowship, February 1995–June 1995, $22,762.

National Science Foundation Young Investigator Award CCR–94–57766, 1994–1998, $205,530.

## VI. Teaching

### Carnegie Mellon University

15-410 Operating System Design and Implementation, Spring 2006, 2005, 2004, with David Eckhardt.

15-853 Algorithms in the Real World, Fall 2005, 2003, 2002, 2000, with Guy Blelloch.

15-213 Introduction to Computer Systems, Spring 2003 (with Seth Goldstein), 2001 (with Guy Belloch).

15-441 Computer Networking, Fall 2001, with Srini Seshan.

15-251 Great Theoretical Ideas in Computer Science, Spring 2000, with Steven Rudich.

15-299 Mathematical Foundations of Computer Science, Spring 1998.

15-740 Basic Computer Systems, Fall 1997, 1996, 1995, with Randy Bryant.

15-211 Fundamental Structures of Computer Science I, Spring 1997 (with Guy Blelloch, Gary Miller, and Danny Sleator), 1996 (with Avrim Blum and Danny Sleator), 1995 (with Avrim Blum), 1994 (with Avrim Blum, Jim Morris, and Danny Sleator).

15-840(A) Advanced Topics in Computer Systems: Introduction to Parallel Computer Architecture, Fall 1994, with Adam Beguelin.

15-850(A) Advanced Topics in Theory: Advanced Parallel Algorithms, Fall 1994, with Gary Miller.

### Massachusetts Institute of Technology

18.996 Topics in Theoretical Computer Science: Internet Research Problems, Spring 2002, with Tom Leighton, Ravi Sundaram, and Shang-Hua Teng

6.046/18.410 Introduction to Algorithms, Fall 1998, with Shafi Goldwasser.

6.849/18.436 Advanced Parallel and VLSI Computation, Spring 1993, with Tom Leighton.

6.84s Parallel Algorithms and Architectures, Summer 1989, 1988, 1987, teaching assistant.

6.848/18.435 Theory of VLSI and Parallel Computation, Fall 1986, teaching assistant.

### Princeton University

CS 597E Parallel Algorithms and Architectures, Fall 1992.

CS 597E Parallel Algorithms and Architectures, Spring 1991, with Bob Tarjan.

**Southern Methodist University**

CS 3358 Data Structures, Summer 1986.

## VIII. Advising

**Current Ph. D. Students**

Charlie Garrod (with Chris Olston)

Amit Manjhi (with Todd Mowry and Chris Olston)

Anat Talmy, ECE

Maverick Woo (with Guy Blelloch)

Shuheng Zhou, ECE (with Greg Ganger)

**Graduated Ph. D. Students**

Konstantin Andreev (Math/ACO), Carnegie Mellon University, *Approximation Algorithms for Network Design and Graph Partitioning Problems*, December 2005, Chatham Financial Corporation.

Hal Burch, Carnegie Mellon University (Co-Chair with Gary Miller), *Measuring an IP Network in situ*, May 2005, Computer Emergency Response Team (CERT).

Kunwadee (Kay) Sripanidkulchai (ECE), Carnegie Mellon University (Co-Chair with Hui Zhang), *A Measurement Driven Approach to Designing Peer-to-Peer Systems*, May 2005, IBM Research.

Claudson Bornstein, Carnegie Mellon University (Co-Chair with Gary Miller), *Nearly Optimal Gaussian Elimination*, August 1998. Adjunto Professor (Associate Professor), Universidade Federal do Rio de Janeiro.

Andréa Richa, Carnegie Mellon University (Chair), *On Distributed Network Resource Allocation*, June 1998. Associate Professsor, Arizona State University.

Anja Feldmann, Carnegie Mellon University (Co-Chair with Danny Sleator), *On-line Call Admission for High-Speed Networks*, September 1995. Professor, Technical University of Munich.

Ramesh Sitaraman, Princeton University (Principal Reader), *Communication and Fault Tolerance in Parallel Computers*, January 1993. Associate Professor, University of Massachusetts, Amherst. (Technically, Bob Tarjan was Ramesh's advisor.)

**Graduated Masters Students**

Jack Lin (5th-year Masters), *Detecting BGP Misconfigurations*, December 2003.

## Ph.D. Thesis Committees Served On

Ningning Hu, Carnegie Mellon University, April 2006.

Takayuki Osogami, Carnegie Mellon University, May 2005.

Adam Wierman, Carnegie Mellon University, February 2005.

Sanjay Rao, Carnegie Mellon University, August 2004.

Eugene Ng, Carnegie Mellon University, December 2003.

Harald Räcke, University of Paderborn, Germany, December 2003.

Nikhil Bansal, Carnegie Mellon University, December 2003.

Geoff Atkinson, Carnegie Mellon University (MATH/ACO), April, 2003.

Christian Scheideler, University of Paderborn, Germany, June 2000.

Carl Burch, Carnegie Mellon University, April 2000.

Girija Narlikar, Carnegie Mellon University, February 1999.

Ye Zhang, Carnegie Mellon University (Architecture), January 1999.

Berthold Vöcking, University of Paderborn, Germany, December 1998.

Daniel Tunkelang, Carnegie Mellon University, November 1998.

Margaret Reid-Miller, Carnegie Mellon University, May 1998.

Rajaraman Rajmohan, University of Texas at Austin, August 1997.

Jonathan Hardwick, Carnegie Mellon University, July 1997.

Ville Leppänan, University of Turku, Finland, November 1996.

Keith Gremban, Carnegie Mellon University, April 1996.

Louxin Zhang, University of Waterloo, Canada, (External Examiner), February 1995.

## IX. University Service

CSD Admissions Committee, Spring 2006.

Herbert A. Simon Visiting Scholar Committee, December 2005–present.

SCS Review Committee, October 2005–present.

CSD Teaching Track Recruiting Committee, Spring 2005, 2006.

Distinguished Lecture Series Chair, June 2005–present.

Newell Award Committee, May 2004.

CSD Speakers Club, October 2003–present.

Innovation Review Panel, Innovation Transfer Office, February 2003, June 2002.

University Committee on Tenure Appointments, November 2001–November 2003.

CSD Faculty Recruiting Committee, October 1997–May 1998.

CSD Doctoral Review Committee, September 2002–present, January 2000–December 2001, May 1997–August 1998.

SCS/ACM Distinguished Dissertation Committee, May 2001–present, May 1997–August 1997.

CSD ACM Thesis Award Committee, May 1995–August 1995.

## X. Philanthropic Activities

Member of the Board, Andrew Carnegie Society, July 1, 2005–July 30, 2007.

Member of the Board, Mentoring Partnership of Southwestern Pennsylvania, December 2003–February 2006.

Co-Founder of CANA (Center for Appalachian Network Access) `http://www.canacenter.org`, June 2003–present.

Big Brother to Jerome Kelley, Big Brothers and Big Sisters of Greater Pittsburgh, January 1997–June 2005. 2004 Big Brother of the Year, Greater Pittsburgh.

## XI. Personal Information

Born May 9, 1963. U.S. citizen. Avid runner, infielder, and hockey player. Fraternity house manager and President of Tau Beta Pi chapter in college. High school track letterman and student senator.

Photographed the world's longest slide rule for the *Guinness Book of World Records*.

Created Avatar, an interactive multi-player dungeons and dragons game, with A. Shapira and C. D. Sides. Since 1979 this program has recorded over one million user hours on the PLATO system at the University of Illinois.



US007016481B2

(12) **United States Patent**
McElvaney

(10) Patent No.: **US 7,016,481 B2**
(45) Date of Patent: **Mar. 21, 2006**

(54) **REMOTE INTERNET TELEPHONY DEVICE**

(75) Inventor: **David McElvaney**, Monkton, MD (US)

(73) Assignee: **Riparius Ventures, LLC**, Timonium, MD (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1007 days.

(21) Appl. No.: **09/734,163**

(22) Filed: **Dec. 11, 2000**

(65) **Prior Publication Data**

US 2001/0001610 A1     May 24, 2001

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/734,857, filed on Oct. 23, 1996.

(51) **Int. Cl.**
*H04M 1/64* (2006.01)
*H04M 3/00* (2006.01)

(52) **U.S. Cl.** .................. **379/88.17**; 379/67.1; 379/76; 379/72; 379/88.11; 379/88.12; 379/88.18; 379/265.01; 379/265.09

(58) **Field of Classification Search** ................ 455/412, 455/413, 414, 451, 461, 462, 465; 379/67.1, 379/72, 76, 88.17, 88.18, 265.01, 265.09
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,006,088 A | * | 12/1999 | Couse ......................... | 455/415 |
| 6,438,384 B1 | * | 8/2002 | Chen ........................... | 455/462 |
| 6,728,546 B1 | * | 4/2004 | Peterson et al. ............. | 455/462 |
| 6,731,751 B1 | * | 5/2004 | Papadopoulos ........ | 379/399.01 |
| 6,826,174 B1 | * | 11/2004 | Erekson et al. ............. | 370/352 |

* cited by examiner

*Primary Examiner*—Allan Hoosain
(74) *Attorney, Agent, or Firm*—Max Stul Oppenheimer

(57) **ABSTRACT**

A device and process to allow remote receipt and placement of Internet Telephony connections (calls) using emulation of traditional POTS telephone service through a combination of software and a specialized cordless handset appliance. The system allows ringing and answering of inbound calls, dialing of outbound numbers, and signaling of handset status, as well as traditional telephony capabilities such as memory dialing, redial and radio channel controls. Voice control of dialing may also be implemented under software control. This system is easily adapted for operation with most PC based Internet Telephony software systems.

**16 Claims, 23 Drawing Sheets**



**EXHIBIT 2**

USR000008

**U.S. Patent**    Mar. 21, 2006    Sheet 1 of 23    US 7,016,481 B2

FIGURE 1



USR000009

FIGURE 2



Received call

| | |
|---|---|
| Call detected by Software event | 201 |
| Check status of handset (DSR= high) | 202 |
| If ready (DSR= high), ring on RTS
If not send reject/busy or simply allow
timeout. | 203 |
| Wait for answer (DSR = Low) | 204 |

Outgoing Call

200 Initial Setup Steps:

1. Connect phone on a COM port
2. Connect Audio cables
3. Select default sound system mixer (if more than one.
4. Set volumes to 50% for Record Mic and Playback Wav , disable Playback Mic and Record Wav to prevent feedback.
5. Run Internet Telephony software to allow it to get control of the sound system
6. Run sample control program (fig 5)
7. Verify that program detects phone on com port and test ring it.
8. Choose Internet Telephony Service
9. Enable Dialer
10. Hit Talk button to play dialtone and trigger auto recovery if sound system is set up incorrectly (no default device).



| | |
|---|---|
| Wait for off hook (DSR = Low) | 205 |
| | 213 return to idle if DSR=high |
| Play Audio file for dial tone and listen for DTMF or on hook | 206 |
| DTMF detected...assemble number until # (send) key then release audio input | 207 |
| Send number to Application with callto:// or appropriate command. | 208 |
| Monitor application for connect indication and play ringing audio file to output. | 209 |
| On Connect event, disable ringing and release audio output to application.  If no Connect, timeout and return to dial tone. | 210 |
| | 211 No answer |

Figure 3



USR000011

Figure 4 Simplified Block
Diagram





Figure 5  Graphical user interface

Figure 6   Visual Basic Program Listing

```
' _____

'Sample listing for setup of DTMF recognition and serial port operations related to use of the Cordless
Internet Telephone  to emulate a POTS call using one of several service providers.


   Misc. (Types, Enums, Constants...)
' _____


' Means to use a default or automatic value
Global Const ttAutomatic = -1

' Errors used by ttLib
Enum ttErrors
    tteNoError = 0
    tteUnknown
    tteNotSupported
    tteOutOfMemory
    tteWaveDeviceDidNotOpen
    tteWrongState
    tteBadParameter
End Enum

' Most ttLib functions return a success value
Enum ttSuccessValue
    ttscFailure = 0
    ttscSuccess = -1
End Enum

' Used by ttInitializeExInfo and ttInitialize()
Enum ttCallbackMethods
    ttcmPostMessage = 0      ' PostMessage to a given window
    ttcmSendMessage = 1      ' SendMessage to a given window


    ttcmDirectFunction = 2   ' Call a function DIRECTLY FROM THE RECOGNIZER THREAD
End Enum

' Used by ttInitializeEx()
Type ttInitializeExInfo
    StructSize As Long           ' LenB(ttInitializeExInfo)

    CallbackMethod As ttCallbackMethods   ' Desired form of callback
    CallbackInfo1 As Long        ' If CB method is DirectFunction, this is a
                                 ' Function pointer of a CallbackType function.
                                 ' If CB method is Send/PostMessage, this is
                                 ' the target hWnd.
    CallbackInfo2 As Long        ' If CB method is Send/PostMessage, this is the
                                 ' window message to send or ttAutomatic.

    MinNoise As Long             ' Noise gate level or ttAutomatic
    ToneDuration As Long         ' Number of 12.75ms sampling windows needed
                                 ' for tone or ttAutomatic
    SilenceDuration As Long      ' Number of 12.75ms sampling windows needed
                                 ' for silence or ttAutomatic
    SignalToNoise As Long        ' Signal to noise ratio or ttAutomatic
    RowRatio As Long             ' Primary to harmonic ratio for rows or
```

```
                              ' ttAutomatic
     ColRatio As Long                    ' Primary to harmonic ratio for columns or
                              ' ttAutomatic
     DeviceOverride As Long              ' Audio input device to use or ttAutomatic
End Type
'  _____



'  _____
' Interface functions
'  _____

' You call Initialize() or InitializeEx() when you first load the DLL or
' when you want to change some of the parameters.  They are NOT meant to
' be called while recognition is in progress.  The results of calling them
' while recognition is in progress are undefined.
' The ttInitializeExInfo struct passed to InitializeEx() will be returned
' with all ttAUTOMATIC values replaced by their defaults.  The struct can
' freed immediately.
Declare Function ttInitialize Lib "ttLib" (ByVal Method As ttCallbackMethods, ByVal CallbackInfo1 As
Long) As ttSuccessValue
Declare Function ttInitializeEx Lib "ttLib" (ttLibInitializeExInfo As ttInitializeExInfo) As ttSuccessValue

' Starts up recognition
Declare Function ttBeginRecognition Lib "ttLib" () As ttSuccessValue

' Stops recognition.  Failing to call this is an easy way to crash your app.
Declare Function ttEndRecognition Lib "ttLib" () As ttSuccessValue

' Returns an error value.
Declare Function ttGetErrorVal Lib "ttLib" () As ttErrors
'  _____


' This is the prototype to use for callbacks functions.  With VB6, this is
' useless unless you really know what you're doing.  With VB5, it should
' be a breeze.
' Sub CallbackProc(ByVal Char As Byte)



'The following Communications constants are from win32api.txt:
  _____

'EscapeCommFunction values
Global Const SETXOFF = 1
Global Const SETXON = 2
Global Const SETRTS = 3
Global Const CLRRTS = 4
Global Const SETDTR = 5
Global Const CLRDTR = 6
Global Const RESETDEV = 7
Global Const GETMAXLPT = 8
Global Const GETMAXCOM = 9
Global Const GETBASEIRQ = 10
```

USR000015

```
'Global variables & constants

Public CommPorts() As String
Public PortExists As Boolean
Public Com1PortInUse As Boolean
Public Com2PortInUse As Boolean
Public PortOpen As Integer
Public PortOpen As Boolean
Public NumberOfPorts As Integer

Public ValidPort As Boolean
Public dtmf As String
Public getting_tone As Boolean

'API declares:

Declare Function PlaySound _
     Lib "winmm.dll" _
     Alias "PlaySoundA" _
     (ByVal lpszName As String, ByVal hModule As Long, ByVal dwFlags As Long) As Long


Public Declare Function EscapeCommFunction _
     Lib "kernel32" _
     (ByVal nCid As Long, _
     ByVal nFunc As Long) _
     As Long


Public Declare Function timeGetTime _
     Lib "winmm.dll" () _
     As Long
```

```
Public Sub Delay(DelayInMilliseconds As Single)
'Delay timer with approximately 1-msec. resolution.
'Uses the API function timeGetTime.
'Rolls over 24 days after the last Windows startup.
Dim Timeout As Single
Timeout = DelayInMilliseconds + timeGetTime()
Do Until timeGetTime() >= Timeout
     DoEvents
Loop
End Sub
```

```
Public Sub ShutDown()
'Close the port.
If Form1.MSComm1.PortOpen = True Then
     Form1.MSComm1.PortOpen = False
```

```
End If
End Sub


Private Const WM_LBUTTONUP = &H202
Public dialing As Boolean
Public dialtoneplaying As Boolean
Public talking As Boolean
_____


Private Sub CallbackTarget_MouseUp(Button As Integer, Shift As Integer, X As Single, Y As Single)
    ' When the recognizer gets a valid tone, it sends a window message with
    ' both the LPARAM and the WPARAM as the ASCII value of the key.  Since we
    ' specified WM_LBUTTONUP as the message and CallbackTarget.hWnd as the window
    ' in our call to ttInitializeEx() -- this MouseUp event ends up firing when
    ' a key is recognized!
    ' For a normal WM_LBUTTONUP message, the X position of the mouse is in the
    ' low word of the LPARAM.  Since VB uses that for the X parameter... the
    ' key's ASCII value is now in X!  Note that CallbackTarget's ScaleMode is
    ' vbPixels.  If it was something else, VB would have multiplied the real
    ' low word of LPARAM by something to make X (i.e., if ScaleMode = vbTwips,
    ' we'd want to do txtKeys.SelText = Chr$(X \ Screen.TwipsPerPixelx)).  Don't
    ' sweat it.  Just make sure your callback.target's ScaleMode is vbPixels!

    Status.SelStart = Len(Status.Text)
    Status.SelText = Chr$(X)
End Sub


_____


Private Sub EnableDialer_Click()

    If PickMSIM.Value = False And PickDialpad.Value = False And PickPhoneFree.Value = False Then
        MsgBox "You must select a program first"
        Exit Sub
    End If



    PortNumber = Text1.Text
    If Form1.MSComm1.PortOpen = True Then Form1.MSComm1.PortOpen = False
    Form1.MSComm1.CommPort = PortNumber
    If Form1.MSComm1.PortOpen = False Then Form1.MSComm1.PortOpen = True


_____


    'start capturing tones

    If ttBeginRecognition = ttscFailure Then
        MsgBox "Failed to start DTMF recognition! Is your sound system in use by another program?" &
vbNewLine & "Error " & CStr(ttGetErrorVal), vbExclamation
        Exit Sub
    End If
    Status.Text = ""
    dialing = True
    If PickDialpad.Value = True Then Timer1.Enabled = True
```

```
If PickMSIM.Value = True Then Timer2.Enabled = True
If PickPhoneFree.Value = True Then Timer3.Enabled = True
EnableDialer.Enabled = False
Command2.Enabled = False
Text1.Enabled = False
Text2.Text = "Listening on com port " & PortNumber

End Sub
```

--------------------------------------------------

```
Private Sub Command2_Click()
PortNumber = Text1.Text
Call ringit
Call ringit ' sometimes the detection circuit needs a second ring
End Sub
```

--------------------------------------------------

```
Private Sub ringit()
'rings the handset until answered
If MSComm1.PortOpen = True Then MSComm1.PortOpen = False
'Change Comm port here
MSComm1.CommPort = PortNumber
If MSComm1.PortOpen = False Then MSComm1.PortOpen = True
Dim Commhandle As Long
Commhandle = Form1.MSComm1.CommID

Do
    Dim Timeout As Single
    Timeout = timeGetTime() + 500
    Do
        RTSOn = SETRTS
        Success = EscapeCommFunction(Commhandle, RTSOn)
        Delay (25)
        RTSOn = CLRRTS
        Success = EscapeCommFunction(Commhandle, RTSOn)
        Delay (25)
    Loop While (timeGetTime() <= Timeout)
Delay (1000)
'Wait for off hook
Loop While MSComm1.DSRHolding = True
If MSComm1.PortOpen = True Then MSComm1.PortOpen = False

End Sub
```

--------------------------------------------------

```
Private Sub Reset_Click()
'reset everything and stop timers
    ttEndRecognition
    If Form1.MSComm1.PortOpen = True Then Form1.MSComm1.PortOpen = False
    Call dialtone_off
    Timer1.Enabled = False
    Timer2.Enabled = False
    Timer3.Enabled = False
```

```
      EnableDialer.Enabled = True
      Command2.Enabled = True
      Delay (1000) 'give the phone a second to settle in case they just hung up
      Call Text1_Change
End Sub
```

```
Private Sub Command4_Click()
      Dim htmlpath
      htmlpath = App.Path & "\index.html"
      frmBrowser.StartingAddress = htmlpath
      frmBrowser.Show
End Sub
```

```
Private Sub Form_Load()
'set up state variables
      dialing = False
      dialtoneplaying = False
      talking = False
      Text1.Text = 1
      PortNumber = Text1.Text
      Call Text1_Change
```

```
'set up dtmf detector
Dim IEI As ttInitializeExInfo
      With IEI
          .StructSize = LenB(IEI)

          .CallbackMethod = ttcmPostMessage

          ' CallbackInfo1 is the target window for window-based callbacks
          .CallbackInfo1 = CallbackTarget.hWnd

          ' CallbackInfo2 is the WM to send for window-based callbacks
          .CallbackInfo2 = WM_LBUTTONUP

          ' Use the defaults...
          .ColRatio = ttAutomatic
          .DeviceOverride = ttAutomatic
          .MinNoise = ttAutomatic
          .RowRatio = ttAutomatic
          .SignalToNoise = ttAutomatic
          .SilenceDuration = ttAutomatic
          .ToneDuration = ttAutomatic
      End With

      If ttInitializeEx(IEI) = ttscFailure Then
          MsgBox "Failed to initialize ttLib!" & vbNewLine & "Error " & CStr(ttGetErrorVal), vbExclamation
          Unload Me
          Exit Sub
      End If

      ' ttInitializeEx will have filled in all the ttAutomatic values, so
```

USR000019

```
' we can see what they are now if you uncomment the box below...
'MsgBox "Tone duration is " & Format$(IEI.ToneDuration * 12.75, "#.##") & vbNewLine & _
    "Silence duration is " & Format$(IEI.SilenceDuration * 12.75, "#.##"), _
    vbInformation, "Info"


End Sub


Private Sub PickDialpad_Click()
    PickMSIM.Value = False
    PickPhoneFree.Value = False
End Sub

Private Sub PickMSIM_Click()
    PickDialpad.Value = False
    PickPhoneFree.Value = False
End Sub

Private Sub PickPhoneFree_Click()
    PickMSIM.Value = False
    PickDialpad.Value = False
End Sub


Private Sub Text1_Change()
' check for DSR on selected port to sense a device
'note that IR ports also give a positive response, it might not be the phone

    On Error Resume Next
    If Text1.Text = "" Then Exit Sub
    If Text1.Text > 0 And Text1.Text < 3 Then PortNumber = Text1.Text
    If Form1.MSComm1.PortOpen = True Then Form1.MSComm1.PortOpen = False
    Form1.MSComm1.CommPort = PortNumber
    If Form1.MSComm1.PortOpen = False Then Form1.MSComm1.PortOpen = True
    If Form1.MSComm1.DSRHolding = True Then
        Text2.Text = "Device found on port"
        Command2.Visible = True ' display a test ring button
    Else
        Text2.Text = "Device not ready or not found on com port"
        Command2.Visible = False
    End If
    If Text1.Text > 2 Then Text1.Text = 1
End Sub



Private Sub Timer1_Timer()
If dialing = True And Form1.MSComm1.DSRHolding = False Then

    'check to see if I should start dialtone
    If dialtoneplaying = False And Status.Text = "" Then Call dialtone_on

    'wait for right number of digits, and kill dialtone on the first one
    If Len(Status.Text) > 0 Then
        Call dialtone_off
        If Len(Status.Text) > 9 Then
            ' recognition is ended
```

USR000020

```
            ttEndRecognition
            'run the application
            AppActivate ("Dialpad.com [")
            'send it the right keystrokes to dial
            SendKeys "{TAB 13}" & "~" & "{BKSP}" & Status.Text & "~", 0
            dialing = False
            talking = True
         End If

      End If  ' if flag = true

   End If

   'reset everything on a hangup
   If talking = True And Form1.MSComm1.DSRHolding = True Then
      talking = False
      AppActivate ("Dialpad.com [")
      SendKeys "%{F4}", 1 'alt F4 closes window
      DoEvents
      Delay (300)
      AppActivate ("Dialpad")
      SendKeys "%vr", 1
      Delay 10000
      dialing = True
      Call EnableDialer_Click
   End If
   If dialing = True And MSComm1.DSRHolding = True And Status.Text > "" Then
         Call dialtone_off
         Status.Text = ""
   End If
End Sub
_____


Private Sub Timer2_Timer()
'This timer routine is for Microsoft Instant Messenger/Net2Phone
' don't waste time if phone is on hook
If dialing = True And Form1.MSComm1.DSRHolding = False Then

   'check to see if I should start dialtone
      If dialtoneplaying = False And Status.Text = "" Then Call dialtone_on

      'wait for right number of digits, and kill dialtone on the first one
      If Len(Status.Text) > 0 Then
         Call dialtone_off
         If Len(Status.Text) > 10 Then
            ' recognition is ended
            ttEndRecognition
            'run the application
            AppActivate ("MSN Mess")
            SendKeys "%TCD", 1
            AppActivate ("Phone Call")
            SendKeys Status.Text & "~"
            dialing = False
            talking = True
            Status.Text = ""
         End If

   End If  ' if flag = true
End If
```

```
If talking = True And Form1.MSComm1.DSRHolding = True Then
    talking = False
    AppActivate ("Phone Call")
    SendKeys "%U", 1
    Delay (500)
    EnableDialer_Click
End If
    If dialing = True And MSComm1.DSRHolding = True And Status.Text > "" Then
        Call dialtone_off
        Status.Text = ""
    End If
End Sub
```

---

```
Private Sub Form_Unload(Cancel As Integer)

'shut down and release audio hardware
    If Form1.MSComm1.PortOpen = True Then Form1.MSComm1.PortOpen = False
    Call dialtone_off
    ' Make sure recognition is ended!
    ttEndRecognition
End Sub
```

---

```
Private Sub dialtone_on()
'plays the dialtone wav
    On Error Resume Next
    dialtoneplaying = True
    'Declare sound playing api variables
        SND_ASYNC = &H1
        'Play the sound asynchronously -- return immediately after beginning to play the sound and have it play
in the background.
        SND_FILENAME = &H20000
        'lpszName is a string identifying the filename of the .wav file to play.
        SND_LOOP = &H8
        'Continue looping the sound until this function is called again ordering the looped playback to stop.
SND_ASYNC must also be specified.
        SND_PURGE = &H40
        'Stop playback of any waveform sound. lpszName must be an empty string.Dim SYNC As Long
    Dim wav As String
    wav = "c:\windows\dialtone.wav"
    If wav = "" Then Exit Sub
    SYNC = SND_ASYNC Or SND_LOOP
    Dim R As Long
    R = PlaySound(wav, 0, SND_FILENAME Or SND_ASYNC Or SND_LOOP)

    If R = 0 Then MsgBox ("Error! I couldn't get control of the speaker to play dialtone, but the call may still
work.  You may have to stop other audio programs or check device settings in Control panel, Multimedia,
Playback (Use preferred device only)")

End Sub
Private Sub dialtone_off()
    On Error Resume Next
    dialtoneplaying = False
    'Declare sound playing api variables
        SND_ASYNC = &H1
        'Play the sound asynchronously -- return immediately after beginning to play the sound and have it play
in the background.
        SND_FILENAME = &H20000
```

```
    'lpszName is a string identifying the filename of the .wav file to play.
    SND_LOOP = &H8
    'Continue looping the sound until this function is called again ordering the looped playback to stop.
SND_ASYNC must also be specified.
    SND_PURGE = &H40
    'Stop playback of any waveform sound. lpszName must be an empty string.Dim SYNC As Long
    SND_NODEFAULT = &H2

    wav = "c:\windows\off.wav"
    R = PlaySound("", 0, SND_PURGE Or SND_NODEFAULT)
End Sub
——————————————————————————————————————————————

Private Sub Timer3_Timer()
' this timer is for Phonefree
' don't waste time if phone is on hook

If dialing = True And Form1.MSComm1.DSRHolding = False Then
'check to see if I should start dialtone

If dialtoneplaying = False And Status.Text = "" Then Call dialtone_on
    'wait for right number of digits, and kill dialtone on the first one

If Len(Status.Text) > 0 Then
    Call dialtone_off

    If Len(Status.Text) > 10 Then
        ' recognition is ended
        ttEndRecognition
        'run the application
        AppActivate ("PhoneFree")
        SendKeys Status.Text & "~"
        dialing = False
        talking = True
        Status.Text = ""
    End If

    End If ' if flag = true
End If
If talking = True And Form1.MSComm1.DSRHolding = True Then
    talking = False

    ' Uncomment this when Phonefree gets their hotkeys working again
    'In the meantime, just hope the other party hangs up within 15 seconds

    'AppActivate ("PhoneFree")
    'SendKeys "+H", 1
    Delay (3000)
    'SendKeys "%N", 1
    'EnableDialer_Click
    Call Reset_Click
End If
If dialing = True And MSComm1.DSRHolding = True And Status.Text > "" Then
    Call dialtone_off
    Status.Text = ""
End If
End Sub
```

**U.S. Patent**   Mar. 21, 2006   Sheet 16 of 23   US 7,016,481 B2

Figure 7  DTMF detection software parameter tuning

| score | Noise Gate | Noise/Signal | Tone Duration | Silence Duration | Prl/Harmonic Ratio |
|---|---|---|---|---|---|
| 0 | 0 | 1 | 1 | 1 | 0 |
| 0 | 450495 | 1 | 1 | 1 | 0 |
| 0 | 0 | 1 | 1 | 1 | 25 |
| 0 | 450495 | 25 | 1 | 1 | 0 |
| 0 | 450495 | 50 | 1 | 1 | 0 |
| 0 | 1000000 | 25 | 1 | 1 | 0 |
| 0 | 1000000 | 50 | 1 | 1 | 0 |
| 0 | 0 | 1 | 10 | 1 | 12 |
| 0 | 0 | 1 | 10 | 1 | 25 |
| 0 | 495050 | 12 | 5 | 1 | 0 |
| 0 | 495050 | 12 | 10 | 1 | 0 |
| 0 | 495050 | 12 | 1 | 5 | 0 |
| 0 | 495050 | 12 | 1 | 10 | 0 |
| 0 | 495050 | 12 | 1 | 1 | 12 |
| 0 | 495050 | 12 | 1 | 1 | 25 |
| 1 | 1000000 | 1 | 1 | 1 | 0 |
| 1 | 0 | 1 | 1 | 1 | 12 |
| 1 | 450495 | 1 | 1 | 1 | 25 |
| 1 | 0 | 1 | 5 | 1 | 25 |
| 1 | 0 | 1 | 1 | 5 | 25 |
| 1 | 0 | 1 | 10 | 10 | 0 |
| 1 | 0 | 1 | 1 | 10 | 12 |
| 1 | 0 | 1 | 1 | 10 | 25 |
| 2 | 0 | 1 | 1 | 5 | 0 |
| 2 | 0 | 25 | 10 | 1 | 0 |
| 2 | 1000000 | 1 | 10 | 1 | 0 |
| 2 | 0 | 1 | 10 | 5 | 0 |
| 3 | 0 | 25 | 1 | 1 | 0 |
| 4 | 450495 | 1 | 10 | 1 | 0 |
| 4 | 0 | 25 | 1 | 10 | 0 |
| 4 | 0 | 1 | 5 | 1 | 12 |
| 5 | 0 | 1 | 1 | 10 | 0 |
| 5 | 450495 | 1 | 1 | 1 | 12 |
| 5 | 0 | 50 | 1 | 10 | 0 |
| 6 | 0 | 25 | 1 | 5 | 0 |
| 6 | 0 | 25 | 1 | 1 | 25 |
| 6 | 0 | 1 | 1 | 5 | 12 |
| 6 | 0 | 50 | 10 | 1 | 0 |
| 7 | 1000000 | 1 | 1 | 1 | 12 |
| 7 | 0 | 50 | 1 | 1 | 12 |
| 7 | 0 | 50 | 1 | 1 | 25 |
| 8 | 0 | 50 | 1 | 1 | 0 |
| 8 | 0 | 1 | 5 | 1 | 0 |
| 8 | 0 | 25 | 1 | 1 | 12 |
| 8 | 0 | 1 | 5 | 10 | 0 |
| 8 | 0 | 50 | 5 | 1 | 0 |
| 9 | 0 | 1 | 10 | 1 | 0 |
| 9 | 0 | 1 | 5 | 5 | 0 |
| 9 | 1000000 | 1 | 5 | 1 | 0 |
| 9 | 1000000 | 1 | 1 | 5 | 0 |

USR000024

| | | | | | |
|---|---|---|---|---|---|
| 9 | 1000000 | 1 | 1 | 10 | 0 |
| 9 | 1000000 | 1 | 1 | 1 | 25 |
| 9 | 0 | 50 | 1 | 5 | 0 |
| 10 | 450495 | 1 | 5 | 1 | 0 |
| 10 | 450495 | 1 | 1 | 5 | 0 |
| 10 | 450495 | 1 | 1 | 10 | 0 |
| 10 | 0 | 25 | 5 | 1 | 0 |

USR000025

Figure 8 DTMF Detection Library function

```
// ─────────────────────────────────────────
// Main.c - Murphy McCauley
Sun, Oct 1 / 2000
// The interface and heart of ttLib
// ─────────────────────────────────────────


// ─────────────────────────────────────────
// Misc
// ─────────────────────────────────────────

// This is the main file
#define MAIN


// ─────────────────────────────────────────
// Includes
// ─────────────────────────────────────────

#include "ttLib.h"
#include "Main.h"
#include "DFT.h"
#include "Util.h"

#include <math.h>              // For floor() (I think that's all...)
#include <process.h>    // For threading
#include <mmsystem.h>   // For audio

// ─────────────────────────────────────────



// ─────────────────────────────────────────
// Callback settings (File scope variables)
// ─────────────────────────────────────────

// This is a function pointer to the function to call when a key has been
// recognized.  This function implements a callback behavior.
GotKeyType          pGotKeyFunc;

// If the callback method is one that calls a function, this is a pointer to
// the function to call.
CallbackType    pCallbackFunc;

// If the callback method is one that notifies via a window, this is the
// window that recieves the notification.
HWND            pCallbackWindow;

// If the callback method is one that notifies via a window, this is the
// window message to send.
int                     pCallbackMessage;
```

```
// ————————————————————————————————

// ————————————————————————————————
// Misc variables (File scope variables)
// ————————————————————————————————

// WAVEHDRs for the chunks
WAVEHDR     pWaves[NUM_CHUNKS];

// Pointer to the entire audio data buffer (for all chunks)
short * pWaveData;

// Pointers within pWaveData -- one for each chunk
short * pChunkData[NUM_CHUNKS];

// Handle of the audio input device
HWAVEIN phDev;

// The waveform format
WAVEFORMATEX pFormat;

// When TRUE, the decoding loop will exit
volatile BOOL pQuitNow = FALSE;

// Handle of the recognizer thread
HANDLE phThread;

// Audio device to open
UINT pAudioDevice = WAVE_MAPPER;

// Translates a row and column into a key
static char pKeys[4][4] = {{'1', '2', '3', 'O'}, // O - Flash Override (FO/A)
                           {'4', '5', '6', 'F'}, // F - Flash (F/B)
                           {'7', '8', '9', 'I'}, // I - Immediate (I/C)
                           {'*', '0', '#', 'P'}};;// P - Priority (P/D)


// ————————————————————————————————


// ————————————————————————————————
// Recognizer settings (File scope variables)
// ————————————————————————————————

// This is a noise gate to stop excessively noisy signal from being
// considered as a tone candidate.
int pMinNoise = DEFAULT_MIN_NOISE;

// This is the number of sampling intervals that must pass until
// a key is considered pressed (currently a 12.75ms sampling interval
// is hard coded).  I suggest 3 - 3 * 12.75 = 38.25
int pToneDur = DEFAULT_TONE_DURATION;

// This is the number of sampling intervals that must pass between
// keys (currently a 12.75ms sampling interval is hard coded).
// I suggest 3 - 3 * 12.75 = 38.25
int pSilenceDur = DEFAULT_SILENCE_DURATION;
```

```
// This determines how much stronger the detected tones must be
// compared with the rest of the signal.  Likely range is 10 - 50.
int pSignalToNoise = DEFAULT_SIGNAL_TO_NOISE;

// These are the ratio between the primary tone and its harmonic.
// The higher they are, the stronger the primary tone must be in
// comparison, which will make the thing less likely to misfire.
// Likely range is 0 - 25.  In my testing, most sources are noisy
// enough to throw this off rather easily for at least on frequency.
// I suspect this is due to the tone generators.
int pRowRatio = DEFAULT_ROW_RATIO;
int pColRatio = DEFAULT_COL_RATIO;


// ─────────────────────────────────────────────────



// ─────────────────────────────────────────────────
// Misc. internal functions
// ─────────────────────────────────────────────────

int CalcNumSamples(double MS, int Rate) {
        double T;
        T = MS * (Rate / 1000.0);
        if (floor(T) < T) {
                return (int)(floor(T) + 1);
        } else {
                return (int)floor(T);
        }
}


unsigned __stdcall ThreadProc (LPVOID Dummy) {
        BOOL TempB;

        TempB = Recognize();

        if ( (TempB == FALSE) && (gLastError == tteNoError) ) {
                SetError(tteUnknown);
        }

        _endthreadex(TempB);
        return TempB; // Just for style


// ─────────────────────────────────────────────────



// ─────────────────────────────────────────────────
// Callback handling functions
// ─────────────────────────────────────────────────

// These functions (xCB()) implement callback methods
void SendMessageCB (char Key) {
        SendMessage(pCallbackWindow, pCallbackMessage, Key, Key);
}
void PostMessageCB (char Key) {
        PostMessage(pCallbackWindow, pCallbackMessage, Key, Key);
}
```

```
void DirectFunctionCB (char Key) {
        pCallbackFunc(Key);
}


// Used to set up a callback method -- a fairly silly (but
// straightforward) implementation.
BOOL SetCallback(ttCallbackMethods Method, int CB) {
        switch (Method) {
                case ttcmPostMessage:
                        pCallbackWindow = (HWND)CB;
                        pGotKeyFunc = PostMessageCB;
                        if (!pCallbackWindow) {
                                SetError(tteBadParameter);
                                return FALSE;
                        }
                        break;
                case ttcmSendMessage:
                        pCallbackWindow = (HWND)CB;
                        pGotKeyFunc = SendMessageCB;
                        if (!pCallbackWindow) {
                                SetError(tteBadParameter);
                                return FALSE;
                        }
                        break;
                case ttcmDirectFunction:
                        pCallbackFunc = (CallbackType)CB;
                        pGotKeyFunc = DirectFunctionCB;
                        if (!pCallbackFunc) {
                                SetError(tteBadParameter);
                                return FALSE;
                        }
                        break;
                default:
                        SetError(tteNotSupported);
                        return FALSE;


        return TRUE;
}
// ----------------------------------------------------------



// ----------------------------------------------------------
// Interface functions (prototyped in ttInterface.h)
// ----------------------------------------------------------

TouchToneErrors EXPORT ttGetErrorVal() {
        TouchToneErrors ret;
        ret = gLastError;
        gLastError = 0;
        return ret;
}


BOOL EXPORT ttInitializeEx (ttInitializeExInfo * Info) {
        SetError(tteNoError);
```

```
if (Info->StructSize != sizeof(ttInitializeExInfo)) {
        SetError(tteNotSupported);
        return FALSE;
}
if (!SetCallback(Info->CallbackMethod, Info->CallbackInfo1)) {
        return FALSE;
}

pCallbackMessage= autosetp(&Info->CallbackInfo2, DEFAULT_CALLBACK_MESSAGE);

pMinNoise              = autosetp(&Info->MinNoise,              DEFAULT_MIN_NOISE);
pToneDur               = autosetp(&Info->ToneDuration,  DEFAULT_TONE_DURATION);
pSilenceDur = autosetp(&Info->SilenceDuration,DEFAULT_SILENCE_DURATION);
pSignalToNoise = autosetp(&Info->SignalToNoise, DEFAULT_SIGNAL_TO_NOISE);
pRowRatio              = autosetp(&Info->RowRatio,              DEFAULT_ROW_RATIO);
pColRatio              = autosetp(&Info->ColRatio,              DEFAULT_COL_RATIO);

pAudioDevice   = (UINT)autosetp(&Info->DeviceOverride, DEFAULT_DEVICE);

return TRUE;
}


BOOL EXPORT ttInitialize (ttCallbackMethods Method, int CB) {
        SetError(tteNoError);

        if (!SetCallback(Method, CB)) {
                return FALSE;
        }

        pCallbackMessage = DEFAULT_CALLBACK_MESSAGE;
        pMinNoise              = DEFAULT_MIN_NOISE;
        pToneDur               = DEFAULT_TONE_DURATION;
        pSilenceDur = DEFAULT_SILENCE_DURATION;
        pSignalToNoise = DEFAULT_SIGNAL_TO_NOISE;
        pRowRatio              = DEFAULT_ROW_RATIO;
        pColRatio              = DEFAULT_COL_RATIO;

        pAudioDevice   = DEFAULT_DEVICE;

        return TRUE;
}


BOOL EXPORT ttBeginRecognition () {
        int ThreadID;

        if (phThread) {
                SetError(tteWrongState);
                return FALSE;
        }

pFormat.wFormatTag = WAVE_FORMAT_PCM;
pFormat.nChannels = 1;
pFormat.nSamplesPerSec = 11025; // 11kHz
pFormat.wBitsPerSample = 16;
pFormat.nBlockAlign = (pFormat.nChannels * pFormat.wBitsPerSample) / 8;
pFormat.nAvgBytesPerSec = pFormat.nBlockAlign * pFormat.nSamplesPerSec;
```

USR000030

```
pFormat.cbSize = 0;

        if (!phDev) {
                waveInOpen(&phDev, pAudioDevice, &pFormat, 0, 0, CALLBACK_NULL);
        }
if (!phDev) {
                SetError(tteWaveDeviceDidNotOpen);
                return FALSE;
        }

        waveInStart(phDev);

        phThread = (HANDLE)_beginthreadex(
          NULL,
          0,
          ThreadProc,
          NULL,
          0,
          &ThreadID);

        if (phThread) {
                return TRUE;
        } else {
                waveInReset(phDev);
                waveInClose(phDev);
                phDev = 0;
                return FALSE;
        }
}


BOOL EXPORT ttEndRecognition () {
        if (!phThread) {
                // It's not running!
                SetError(tteWrongState);
                return FALSE;
        }

        // Tell the thread to quit
        pQuitNow = TRUE;

        // Wait for the thread to finish, then clean it up
        WaitForSingleObject(phThread, INFINITE);
        CloseHandle(phThread);
        phThread = NULL;

        // Reset this...
        pQuitNow = FALSE;

        // Close and clean up the wave device
  if (phDev) {
        waveInClose(phDev);
                phDev = NULL;
        }

        return TRUE;
}

// ----------------------------------------------------------------
```

US 7,016,481 B2

1

# REMOTE INTERNET TELEPHONY DEVICE

This is a continuation-in-part of U.S. application Ser. No. 08/734,857, filed Oct. 23, 1996.

## FIELD AND BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to the field of Internet Telephony, and in particular, the emulation of POTS call placement and receipt using a specialized remote cordless telephone handset.

### 2. Background Information

The recent surge in Internet Telephony software and infrastructure creation has provided the public with the ability to make and receive voice calls from a PC to other PC's and telephones. More advanced systems such as the Trident™ system developed by Pagoo also allow inbound calling from a telephone to a user PC, and similar services are expected to appear in the near future from ITXC and other Internet Telephony Service Providers. Current systems rely on audio ringing via speakers or other sound card/DSP based devices to play a ringing sound that notifies the user of an inbound call.

This has created the situation where even with volume set high, a user is required to stay within audio range of their computer to receive a call, and then quickly reduce the volume as the call is accepted, or alternatively, stay in front of the computer at any time a call is expected. There is currently no way to remotely answer an inbound call, or dial without replacing the entire PC sound system with a custom device. Even such custom devices attempt to interface a standard two wire telephone, creating the problem of echo, which most DSP based processing cannot fully eliminate. Additionally, operating a PC with multiple sound devices such as a Voice modem, Sound Card, and telephone adapter can cause massive user confusion as PC standard audio must now be mapped to the proper device for each use. The best example is the standard WAV file, which may be music, game sound effects, a Windows alert sound, Internet Telephony Voice or an Internet Telephony "Ring". Mapping of a WAV file to the correct device and maintaining those mappings is usually beyond an average user's capability, and automated mapping often has unintended and undesirable results. USB based solutions which also add an additional sound system suffer from some of the same issues, and are additionally limited by the USB specification to approximately 12 ft. range from the computer.

## SUMMARY OF THE INVENTION

A specialized cordless telephone is provided with the means to signal device ready status, trigger a standard telephone ring, and transport audio, control and DTMF tones to a standard PC soundcard and I/O port. In one embodiment, a connection is made to a standard RS232 port available on most personal computers for the ring and status signal, as well as an audio connection to the microphone and speaker outputs of the pc's existing sound card. The specialized telephone is accompanied by software that provides for detecting the presence of the telephone on any port, providing ready status where "ready" is defined as either (1) on hook in base or (2) out of base, not in use with radios and security codes synchronized. The software provides an interface to standard Internet Telephony systems in the simplest possible terms which may be characterized as "Unit Ready"

2

and "Ring Unit". The audio portion of the device operates independently, and may be used under manual control if desired. The combined hardware and software portions, allow Internet Telephony applications to sense, off hook, issue a dial tone, receive DTMF tones, and provide audible remote ring for an outbound call, as well as ring and connect inbound calls. This allows full emulation of the POTS line user experience.

Additionally, the remote handset, with a range exceeding 400 ft, may be used to trigger events and programs via DTMF tones or voice commands, monitor an audio stream such as stock market data, or even, when combined with popular home automation equipment, control appliances, lighting and other devices from anywhere within range. Further embodiments of the invention may include USB port signaling, on-board DTMF decode, on-board voice capabilities, remote LCD display, and a full IP telephony support engine integrated with the base unit to eliminate need for the PC.

It is an object of the invention to provide a device and method for remote cordless internet telephony.

It is a further object of the invention to provide a device and method for communication over a digital network wherein a handset may be located more than 12 feet from a computer providing access to the digital network.

It is a further object of the invention to provide a device and method for communication over a digital network wherein a handset may be located more than 400 feet from a computer providing access to the digital network.

## BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and still other objects of this invention will become apparent, along with various advantages and features of novelty residing in the present embodiments, from study of the following drawings, in which:

FIG. 1 is an overview block diagram of the specialized cordless telephone appliance.

FIG. 2 is a flow chart of the interaction of software and hardware to emulate POTS line operation.

FIG. 3 is a connection diagram and block diagram of various embodiments of the invention.

FIG. 4 is a more simplified block diagram of one embodiment of the invention.

FIG. 5 is a graphical user interface window typical of an Internet telephony application driver or direct interface.

FIG. 6 is a listing of a typical Microsoft Visual Basic driver program to enable operation with several Internet telephony programs.

FIG. 7 is a table of experimental variables in the DTMF detection algorithm that were tuned to the optimum settings for platform (PC and sound card) independence.

FIG. 8 is a listing the DTMF detection algorithm selected as optimum.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

In the following description of the preferred embodiment, references are made to the accompanying drawings. It is to be understood that other embodiments may be utilized and that other structural, logical and electrical changes may be made without departing from the scope of the present invention. This is to specifically include changes in packaging such as building the base electronics into a PC enclosure, or plug in card or inclusion into a monitor or other display device.

US 7,016,481 B2

3

In FIG. 1 an overview of a remote Internet Telephony appliance is shown generally, which in the current preferred embodiment consists of a PC 100, Cordless handset base unit 105 and cordless handset 107. In one embodiment the Base 105 and Handset 107 communicate using standard 900 mhz radios with multichannel capability, security codes and compander circuitry for noise reduction. In non-programmed operation the Audio In 102 and Audio Out 101 are always live, and capable of relaying the input/output of the PC 100 sound system to the Base 105, and if activated, the handset 107. Under program control, the PC 100 additionally monitors Status Out 103 and can produce a 20 hz square is wave on Ringer In 104 to trigger an optically isolated ring circuit in the Base 105. The Status In 105 from the base is a composite logic signal that is true if the handset is either on hook, or off hook but not in talk mode. The 20 hz ring signal is interpreted in the Base 105 as a trigger to suppress audio, enable the handset ring circuit, and engage the remote ring generator while the 20 hz input exists.

In FIG. 2 the progress of the software to emulate a POTS call is depicted. Initial Setup 200 shows the manual setup required by a user to establish the operable PC configuration. On an inbound call a software incoming call event 201 is triggered by an Internet Telephony program such as Microsoft NetMeeting, Dialpad, Pagoo ITXC WebTalk Now (TM), Avaya Softphone (TM), Microsoft Instant Messenger with Net2Phone or other software based on such technology. The appliance software verifies the status of handset 202, and following the logic in 203, either rings or rejects the incoming call. Since some Internet Telephony systems allow multiple calls, the software may optionally be configured to accept an additional inbound event, even if currently in use.

An outgoing call begins with activation of the Internet Telephony program, which automatically triggers the appliance software to enter the Wait for off hook state 205. Upon detection of a change in the Status Out 103, the program triggers Windows to play a dial tone audio file, and engages Audio In 102 monitoring 206 for DTMF tones. Fast Fourier analysis is used at 207 to detect and collect a sequence of tones, Dial tone is disengaged on the first tone detection. The collection of tones may be terminated by use of a send key or predetermined if the telephony system has a fixed length format, after which the input must be released to allow voice communication to commence, and the digits are sent in 208 to the telephony application. The appliance software may also use a sequence of digits to trigger other events, such as run a program, shut down the PC, or translate to an email address if desired or required by the Internet Telephony software. After passing a called number and event to the Internet Telephony software, the appliance software then monitors at 209 for a connection event, and plays a ring sound emulation to the Audio In 102. Detection of the connection event 210 triggers the appliance software to release control of both audio lines 101 and 102 to the Internet Telephony application and return to idle 205 upon call termination as indicated by 103 Status In transitioning to true.

FIG. 3. Depicts a preferred embodiment where PC 100 connects to the specialized handset base 105 containing recharger 305, interface electronics, and a handset page button 304, via an Audio cable 301 containing Audio in and out 102 and 101 and also a Serial Port Cable 303 containing Status and Ringer signals 103 and 104. The Handset 107 contains a DTMF Keypad 307, headset jack 306, and LCD display 111 which may be used in future embodiments for call progress and remote control application prompts.

4

The unit may optionally connect using a USB port to implement additional advanced features such as, but not limited to direct access to the LCD 111 from the PC.

In FIG. 4, The relevant hardware is depicted in more detail. An originated Internet telephone call begins when the user presses a Talk button on the DTMF keypad 307. This sends an off hook indication via DTMF+Control 411, to the Control Chip 425, which then causes the RF Module 401 to select a clear RF channel to the base RF Module 451 and raises the Carrier 485 signal. The Base Control Chip 470 indicates off hook via Interface Signal conditioning 480 and the Status Out line 103 to the connected PC 100. The off hook condition as indicated by Status Out 103 is time buffered by several seconds to prevent minor radio interference from causing disconnects.

The PC 100 then commences the software actions described in FIG. 2, item 206, by playing dial tone through Audio In 102 which is conditioned in 480 and sent to Base Compander 460. The Base Compander 460 compresses the audio stream and forwards it to the Base RF Module 451 via Audio In 452. The dial tone is transmitted via RF Communications 106 to the Cordless Handset 107 and received in HS RF Module 401.

In one embodiment, 900 mhz RF modules are used but this is not to preclude use of other legal frequencies. The HS RF Module 401 demodulates the Audio 415 (shown as two way for simplicity) which is expanded in the HS Compander 440 and played via Spkr Out 431 to Speaker 430.

The User then proceeds with the call by dialing a number on DTMF Keypad 307 which is scanned by HS Control Chip 425 and transmitted as audio through HS RF Module 401 and RF Communications 106 to Base 105. The Base RF Module 451 decodes the Audio Out 453 which is expanded in Base Compander 460 and sent to the PC 100 via Audio Out 466, and Signal Conditioning 480, where the signal is tailored to operate with either PC line input or microphone input levels. In alternative preferred embodiments, the handset DTMF 307 may be scanned and sent by HS Control Chip 425 and Data+Ctl 426 as data, not audio, to be decoded and rendered into DTMF tones in Base 105 by Base Control Chip 470.

The PC 100 proceeds as described in FIG. 2 step 207 by rapidly performing Discrete Fourier transforms to interpret the incoming tones. Software adjustments for application name, number of tones, background level, signal to noise, harmonic level, and tone/silence duration allow the program to be tailored to the particular system in use if required. Optimum default parameters and ranges have been determined experimentally as summarized in FIG. 6. After the appropriate number of tones is collected for the selected is Internet Telephony Application, the software proceeds as in FIG. 2. Step 208 through 210 to complete the call.

At any time, the call may be terminated by the user via the Talk button on the DTMF keypad 307, or hanging up the Handset 107 in Base 105. Either action causes the HS Control Chip 425 to signal an on-hook condition to HS RF Module 401 to drop Carrier from the RF Communications 106. This results in loss of Carrier Signal in Base RF Module 451 which is communicated via Carrier line 480 to Base Control Chip 470 and further to the PC 100 via Ready and Carrier Detected 477, and Status Out 105. The PC software reacts as appropriate to terminate the existing call or abort dialing. As mentioned above, this action is time buffered several seconds to allow for momentary loss of signal without forcing immediate disconnect.

Inbound calls commence per FIG. 2 step 201 with a software event in the in use Internet Telephony software.

US 7,016,481 B2

5

The PC application responds to the inbound call as described in steps **202** by reading the status of Status Out **103** which is fed through Interface Signal Conditioning **480**, via Ready and Carrier Detect line **477**. This line is typically high (logical True) if the unit is ready to receive a call, and can be considered the equivalent of "on-hook" for a POTS telephone. If Status Out **103** is true, the software applies the 20 hz ring signal to Ringer In **104** via a precision timer program, and continues to monitor Status Out **103** for a False condition as in FIG. 2 Step **204**. The Ringer In **104** signal is passed via an isolation circuit in Interface Signal Conditioning **480** to the Base Control chip **470**. The Base Control Chip **470** sends a ring command via Data **475** line to the Base RF Module **451**. The ring command is demodulated by Handset RF Module **401** and interpreted by HS Control Chip **425**. The HS Control Chip **425** then monitors DTMF Keypad **307** for a key press indicating that the user has answered the call. Upon detection of the key press, the handset raises Carrier **485** via the Handset Control Chip **425**, Data+Ctl **426**, and both RF Modules **401** and **451**.

Additional features include a Page button **478**, which manually triggers ringing of the Handset **107** as described above, but without the external stimulus on the Ringer In **104** line. A small display such as LCD **111** may also be optionally included for text display at the handset. The Battery and Chrg **445** circuit is included to maintain optimal battery charge in conjunction with Battery Charger **490** when Handset **107** is resting in Base **105**. Main Mic **420** may also be supplemented with an additional microphone and audio subtraction circuit to reduce background noise.

FIG. **5** depicts the graphical user window of one typical embodiment of the PC software required to interface between the present invention and a Windows based PC. In Port Detection **500**, the user may select a communications port, and the software will confirm presence of a device and allow a test ring to be generated, to confirm operation. The user selects an internet telephony program of choice in App. Select **510**, and enables dialtone and dialing with Enable/ reset **520**. Detected tones are displayed in Tone Display **530**, and are automatically pasted into the selected application as pseudo-keystrokes or mouseclicks as required by that specific program.

FIG. **6** is a sample listing of Visual Basic code to generate the critical functions for the user interface depicted in FIG. 5. Functions documented in the listing include location of the unit (which communications port), ringing, Internet telephony software selection, dial tone generation, tone dialing and display, reset on hangup, and remote control of the selected Internet Telephony Application. A web browser and graphical HTML help are provided for connection and setup instructions. Similar software can be easily developed by one skilled in the art for other operating systems.

FIG. **7** shows the summary of experimentation that was required to determine reliable DTMF detection parameters for the PC software. Since PC platforms and sound systems vary widely in performance, a group of 10 systems ranging from a low end Dell Pentium 120 with Soundblaster 16 sound to new HP Pentium III 700 systems with integrated Riptide™ sound system was selected as representative of the average user PC, and the DTMF detection tuning parameters were tested on each machine to determine if a single setting would perform well in most systems. This experimentation was performed using a variety of popular PC systems from Dell Gateway, Hewlett Packard, Compaq, and generic manufacturers, with sound systems from Creative Labs, Crystal, ESS, Riptide, Aureal, and Yamaha. Care was taken to include systems up to five years old and the most recent

6

consumer and business models. All sound systems were configured to 50% volume levels for record and playback, Mic boost off and auto gain control off, and then tested for operation in the volume range from 20% to 75% which would be compatible with voice applications. Reliability scoring ranged from 0 (no detection) to 10 (perfect), and was used to determine that the Primary/Harmonic ratio (which would separate DTMF from similar sounds such as music) could not be used on all PC sound systems. The defaults developed in this test were then re-tested on all systems, and set as defaults in the DTMF detection code.

FIG. **8** is a listing of the C code for the DTMF detection library function after optimization. This library function can be called by any user program to detect digits, and runs continuously until stopped.

In other embodiments of the invention, a different approach was taken with respect to the audio path separation. As shown in FIG. 7, a standard Cordless Telephone Circuit **720** was modified only to the extent of adding a balanced Hybrid Circuit **710** to separate transmit and receive audio from the POTS Tip and Ring **715**. The hybrid design was attempted both with a passive version built around a Midcom 82107 transformer (a model designed specifically for such a purpose), and with an active version based around a dual operational amplifier and PNP transistor driver. In the Midcom transformer based version, minimal support circuits were required, and excellent isolation from the PC was obtained, but difficulties occurred as the standard 30 db separation obtained between transmit and receive presented a problem with echo on loud (>70 db) inbound audio. As POTS lines are rung by 20 hz AC, this model could be made to ring by simply playing a 20 hz signal, however this made this model inappropriate for use where the system would also output music, which could cause occasional false rings.

While such a version would be suitable for half duplex operation, or use with a fully echo suppressed transmission media, it could not adequately fulfill a consumer level role.

Active op-amp based hybrid circuits were also developed and tested, but even though higher (40 to 50 db) audio separation was achieved, the potential for echo remained at high (>70 db) volumes, and user testing indicated that a typical user would not be likely to set proper volume levels. User tests showed that the average user responded to all sound quality issues by increasing volume, which increased echo, therefore making the hybrid circuit approach sub-optimal.

In the preferred embodiment of the present invention as described in FIG. 4, the problems of echo, signaling, and sound quality are address by creation of a unique device, rather than adapting existing 2 wire telephony instruments to a computer audio environment.

The circuitry differs significantly from a standard telephone. Instead of transmit and receive audio driving a shared 48 vdc biased telephone line through a transformer, the entire circuit is separated into isolated millivolt level audio transmit and receive. The audio signals are never coupled, except as side-tone in the physical handset, so the possibility of electronically induced echo is virtually eliminated. The ringing and on/off hook functions have also been changed to 3 Vdc RS232 compatible signals and changed in character to reflect the more computer oriented "ready" signal from a simple hook relay. Ringing uses the same frequency as a standard phone, but operates at 3 vdc, not the 50–100 VAC of a phone line, and on a separate communication line from the audio signal.

As Internet telephony is digitized at the source, there is no transmission loss, and any echo will be amplified and

US 7,016,481 B2

| 7 | 8 |

retransmitted. This requires a solution that entirely separates transmit and receive. Past efforts in this field include using digital signal processors and pattern matching to subtract the audio signals, but the construction of a purely computer oriented device and removing the troublesome telephony signal mix provides a simpler and more effective solution. Even advanced signal processing techniques can only approximate a clean signal, where true separation provides it inherently.

The novel device described in this application overcomes the deficiencies of telephone adapters, digital signal processors, and standard audio devices such as microphone and speaker combinations, by creation of a new hardware software device that can emulate the capabilities of a sophisticated cordless telephone while retaining the interface compatibility and simplicity to work with any standard PC.

While a specific embodiment of the invention has been shown and described in detail to illustrate the application of the principles of the invention, it will be understood that the invention may be embodied otherwise without departing from such principles and that various modifications, alternate constructions, and equivalents will occur to those skilled in the art given the benefit of this disclosure. Thus, the invention is not limited to the specific embodiment described herein, but is defined by the appended claims.

What is claimed is:

1. A remote cordless internet telephony device comprising:

a remote cordless telephone comprising a remote cordless telephone handset and a remote cordless telephone base unit;

said remote cordless telephone handset comprising a microphone, a speaker, a dialpad, a handset rf transceiver for communication with a base unit transceiver, circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver, circuitry for translating input from said handset rf transceiver means to an electrical signal as an input to said speaker, and circuitry for translating a keypress on said dialpad into a DTMF tone as an input to said handset rf transmitter;

said remote cordless telephone base unit connected to a computer, comprising a base unit rf transceiver for communication with said handset rf transceiver, means for determining whether said communication represents a DTMF signal or audio information, circuitry for translating communications from said handset rf transceiver into digital form for transmission to a computer, circuitry for receiving digital data from said computer and translating said digital data to a form suitable for transmission to said base unit rf transceiver, and means for transmitting signals between said base unit rf transceiver and said computer;

and a computer having a connection to a digital telephony network and a connection to said remote cordless telephone bass unit, said computer executing software programmed to

accept data from said remote cordless telephone base unit,

transmit audio information input from said remote cordless telephone base unit to said digital telephony network,

receive audio information input from said digital telephony network, convert said audio information input to a form suitable for said remote cordless telephone base unit and transmit said audio information input to said cordless telephone unit;

wherein said software is compatible with telephony software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call over the Internet

whereby one user may carry on a voice conversation with a second user over said digital telephony network.

2. A device as in claim 1 having an effective range between said remote cordless handset and said remote cordless telephone base of more than twelve feet.

3. A device as in claim 1 having an effective range between said remote cordless handset and said remote cordless telephone base of more than 400 feet.

4. A device as in claim 1 wherein said connection between said computer and said remote cordless telephone base unit comprises an RS232 for ring and status signals and a computer sound card.

5. A device as in claim 1 wherein said connection between said computer and said remote cordless telephone base unit comprises a Universal Serial Bus for ring and status signals and a computer sound card.

6. A device as in claim 1 wherein said software is programmed to detect the presence of the remote cordless telephone on any port, providing ready status where "ready" is defined as either (1) on hook in base or (2) out of base, not in use with radios and security codes synchronized.

7. A device as in claim 1 wherein said remote cordless base unit comprises circuits separated into isolated millivolt level audio transmit and receive.

8. A device as in claim 1 wherein ringing information operates at 3vdc, and on a separate communication line from the audio signal.

9. A device as in claim 1 wherein said telephony software is based on Dialpad (™) technology.

10. A device as in claim 1 wherein said telephony software is based on Microsoft Netmeeting (™) technology.

11. A device as in claim 1 wherein said telephony software is based on ITXC Webtalk Now (™) technology.

12. A device as in claim 1 wherein said telephony software is based on Avaya Softphone (™) technology.

13. A device as in claim 1 wherein said telephony software is based on Net-2-Phone (™) technology.

14. A device as in claim 1 further comprising the functions of voicemail navigation, or selections from a telephone system auto-attendant.

15. A device as in claim 1 wherein said connection between said computer and said remote cordless telephone base unit comprises a USB port.

16. A device as in claim 1 wherein said connection between said computer and said remote cordless telephone base unit comprises a serial port.

* * * * *