IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: DAVID McELVANEY
For:    REMOTE INTERNET TELEPHONY DEVICE
Filed: herewith

Serial No.: N/A    Art Unit: N/A    Examiner: N/A

### Petition to Make Application Special

Applicant petitions that the attached application be advanced out of turn, as authorized by 37 CFR 1.102 and MPEP 708.02, because of actual infringement.

As required by 37 CFR 1.17(h), a petition fee of $130 is enclosed.

A statement of David McElvaney is attached as required by MPEP 708.02.


Respectfully submitted,

Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD   21153
(410) 837-5127


12/14/2005 CCHAU1    00000054 150620    11299439
05 FC:1464        15.00 DA      115.00 OP

USR000227

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: DAVID McELVANEY
For:    REMOTE INTERNET TELEPHONY DEVICE
Filed: herewith
Serial No.: N/A    Art Unit: N/A    Examiner: N/A
Attorney Docket: RIPV0501

AFFIDAVIT OF DAVID McELVANEY

1.  I am the named inventor of the above-referenced invention, for which an application for U.S. Patent is being submitted herewith.

2.  This affidavit is being submitted for the purpose of requesting the United States Patent and Trademark Office to advance the above-referenced application out of turn.

3.  There is at least one infringing device on the market.

4.  Attached hereto is a description of one such infringing device. I have made a rigid comparison of the device with the claims of the above-referenced application and, in my opinion, some of the claims are unquestionably infringed.

5.  I have good knowledge of the pertinent prior art.

6.  I have reviewed the Information Disclosure Statement being submitted with the above-referenced application and it reflects the references most closely related to the subject matter encompassed by the claims.  A copy of each reference is provided herewith.


I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

David McElvaney

Dated: 12/06/05



The whole world
can talk for free.

- Home
- Products
- Help
- Contact Us

**Shopping cart**
Your cart is currently empty.

- 
- Skype Accessories
  - Phones
  - Headsets
  - Skype Starter Kit
- Help (Store)
- Have you considered becoming a Skype Reseller?

**Skype is not a telephony replacement service and cannot be used for emergency dialing.**



Part number CIT200

$129.99 Buy Now

# Linksys Cordless Internet Telephony Kit

USR000229

**Manufacturer's Description:**

Get cordless handset convenience when you use Skype! Now you don't have to sit in front of your computer when you want to talk to your friends. The Linksys Cordless Internet Telephony Kit comes with the Handset and its charger, and a USB Base Station that plugs into your computer. With the included Skype program running on your PC, the Handset can read and display your contact list on its built-in illuminated display. Just choose who you want to talk to from the menu, press a button, and get ready to talk.

**More info**

Of course, the Handset supports SkypeOut dialing as well as your Skype contact list. It rings when you have a Skype or SkypeIn call coming in, and shows the caller's ID on the screen. The Handset also supports call waiting and Skype's optional Voicemail service. When you're on a call, you can hit the Mute button for privacy, or use the speakerphone function to let everyone join in. You can even use the phone as an intercom -- each Base Station supports up to four handsets.

In short, the Linksys Cordless Internet Telephony Kit gives you all the functionality of a regular phone, through Skype. You'll get the convenience of a cordless phone and all its features, plus the high-quality voice reception that you get from Skype on your PC, without being tied to your computer.

**Compatibility Requirements:**

- Internet Connection (cable/DSL/other)
- PC with 400 MHz Processor
- 128 MB RAM
- One Available USB Connection
- 15 MB Hard Disk Space Available for Installation
- Windows XP, 2000
- Skype Application (Included) Installed on PC
- CD-ROM Drive

**What's in the box:**

- Handset
- 2 NiMH Batteries
- Charger with Power Adapter
- USB Base Station with 5 foot USB Cable
- Quick Installation Guide
- Setup Wizard CD with Skype Software
- Registration Information Card

**Certifications:**

- Skype Certified

Powered by Brightpoint

Privacy Policy General Terms and Conditions

Linksys.com – Company/News@Linksys/Press Releases/CIT200          http://www.linksys.com/servlet/Satellite?childpagename=US%2FLay...



Downloads | Sitemap | Login/Product Registration

SEARCH



United States [change]     PRODUCTS   WHERE TO BUY | SUPPORT   LEARNING CENTER | COMPANY | PARTNERS

**News@Linksys**

Home » Company » News@Linksys » Press Releases » Press Release

### News@Linksys

- Press Releases
- Reviews & Awards
- News Stories & Features
- Video Vault
- Events
- Media Resources

**Press Releases**

**Linksys and Skype Team Up To Launch New Cordless Handset To Drive Internet Phone Calling**

Related Products: CIT200

**New Cordless Internet Phone Provides Convenient Use of Free Skype Internet Calls**

**IRVINE, CA and LUXEMBOURG - Oct. 11, 2005** - Linksys®, a Division of Cisco Systems, Inc., the recognized leading provider of voice, wireless and networking hardware for the consumer, Small Office/Home Office (SOHO) and small business user, and Skype, the Global Internet Communications Company, today announced their global relationship that will include marketing a new cordless phone that takes free Skype Internet phone calling off the computer and puts it into the hands of callers.

The new **Internet Telephony Kit (CIT200)** provides callers with a convenient alternative to making free Skype calls while sat at their computer, giving them the freedom to make free Skype calls wherever they are in the home or office.

The CIT200 will be available from 17 October from more than 3,000 online and high street retailers throughout North America, Latin America, Asia Pacific, Europe, the Middle East and Africa.

The Internet Telephony Kit includes a handset, charger and a USB base station that plugs into a computer's USB port. The handset lets callers take their free Skype calling off the PC and into other rooms using the compatible USB base station. The handset can read and display callers' Skype contact list on its built-in illuminated display, letting callers know which of their Skype contacts are online and ready to be called. The handset also supports SkypeOut, SkypeIn and Skype Voicemail, low-cost premium services that lets callers make and receive calls to family, friends and colleagues using traditional landlines or cell phones, and send and receive messages up to 10 minutes long

The handset also includes a number of convenient features for Skype users:

- Supports call waiting
- Mute button
- 3 available ring tones
- Intercom support to between multiple handsets
- Built-in speakerphone
- Color LCD panel
- Up to 120 hour standby time and 10 hour talk time
- Hold Button
- Caller ID
- Address Book that supports up 120 contacts
- Ringer -Off/On switch
- Navigation button for screen
- Utilizes voice encryption for high security
- Headset jack for connecting a headset
- Uses DECT wireless technology so won't interfere with 2.4GHz phones or devices
- Single base station supports up to four additional DECT based phones
- Handset locater button on USB base station
- Handset is light and comfortable to use (4.23 oz/ 0.12kg)

"Skype pioneered free Internet phone calls and our rapid growth has recently jumped to more than 170,000 new users signing up everyday. We are sure our new relationship with Linksys will boost this rate further by giving people worldwide the opportunity to cut phone bills and enjoy the convenience of making and receiving free Skype calls on the CIT200 wherever they are, in the home or office, away from their computer," said James Bilefield, Vice President of Business Development for Skype. "We offer Skype on a range of different devices for the convenience of our callers, and teaming up with a world leader in high quality products such as Linksys is an exciting strategic advance. We look forward to releasing a number of great new products with Linksys in the future."

"We both share the same vision of providing our customers with easy to use and affordable solutions that enhance the user's experience of the Internet which is why we

USR000231

Linksys.com – Company/News@Linksys/Press Releases/CIT200          http://www.linksys.com/servlet/Satellite?childpagename=US%2FLay...

believe our new relationship will boost the next stage of global growth in Internet phone calling," said Malachy Moynihan, Linksys Vice President of Engineering and Product Marketing. "Linksys believes Internet phone calling will be one of the most daily used Internet applications by consumers over the next few years. It's our commitment to provide these users with products that enhance their lifestyle and make networking easier."

### Pricing and Availability
The CIT200 is rolling out world wide through select major retailers, online retailers and distributors for an Estimated Street Price of $129.99.

### About Linksys
Founded in 1988, Linksys, a Division of Cisco Systems, Inc. (NASDAQ: CSCO) is the recognized leader in Voice, Wireless and Ethernet networking hardware for consumer, SOHO and small business users. Linksys is dedicated to making networking easy and affordable for its customers, offering innovative, award-winning products that seamlessly integrate with a variety of devices and applications. Linksys also provides award-winning product support to its customers. For more information, visit www.linksys.com .

### About Skype Technologies S.A.
Skype, the Global Internet Communications Company™, allows people everywhere to make free, unlimited, superior quality voice calls via its award-winning innovative peer-to-peer software for Windows, Linux, Mac OS X, and Pocket PC platforms. Skype is available in 27 languages and is the fastest growing voice communications offering worldwide. Since its launch in August 2003, Skype has been downloaded more than 180 million times in 225 countries and territories. 58 million people are registered to use Skype's free services, with more than 3 million people using Skype simultaneously at any one time. Skype earns revenue through its premium service offerings, and has a growing network of global affiliates, and a community of developers working with the Skype APIs. Skype Technologies SA is headquartered in Luxembourg and has offices in London and Estonia. www.skype.com

Skype is not a telephony replacement service and cannot be used for emergency calling.

### About Cisco Systems
Cisco Systems, Inc. (NASDAQ: CSCO), the worldwide leader in networking for the Internet, celebrates 20 years of commitment to technology innovation, industry leadership, and corporate social responsibility. Information about Cisco can be found at http://www.cisco.com. For ongoing news, go to http://newsroom.cisco.com.

# # #

Linksys is a registered trademark or trademark of Cisco Systems, Inc. and/or its affiliates in the U.S. and certain other countries. Other brands and products are trademarks or registered trademarks of their respective holders. Copyright © 2005 Cisco Systems, Inc. All rights reserved.



© 1992-2005 Cisco Systems, Inc. All rights reserved.
Terms & Conditions | Privacy Statement | Cookie Policy | Careers | Contact Us



11/10/2005 10:44 AM

USR000232



## 22-11-2004 RTX Telecom A/S signs marketing and license agreement with Skype

## RTX Telecom A/S signs marketing and license agreement with Skype enabling RTX to develop cordless Internet telephones compatible with Skype

RTX and Skype have signed a marketing and license agreement enabling RTX to develop ODM telephone designs for telephone manufacturers as well as private labelled products for telephone manufacturers, operators, distributors and retailers. The first result of the cooperation is the introduction of a 2-in-1 cordless telephone for Internet telephony using Skype and ordinary telephony using the Public Switched Telephone Network (PSTN). The agreement is expected to accelerate the consumer mass market's uptake of Internet telephony via Skype.

Today RTX, a leader in wireless product development, announced an agreement to develop handsets for cordless Internet telephony with Skype Technologies S.A, the Global P2P Telephony Company™ that is changing the telecommunications world by offering consumers free, high-quality calls worldwide.

Easy-to-use handsets are a key driver in securing a consumer mass market uptake of Voice over the Internet (VoIP). By giving consumers convenient cordless handsets that eliminate the need to sit in front of a PC to use Internet telephony, the telephone will shorten time-to-market and lower entry-barriers for a host of manufacturers. This will accelerate the introduction of a broad selection of handsets to consumers around the world.

The handset allows the end user to decide whether to make a free Skype call via the Internet or use the analogue telephone line. As well as giving users mobility away from the PC, the telephone also provides a highly intuitive user interface and bridges the gap between the switched telephone network and the future world of VoIP.

The cordless aspect of the product is provided by DECT – the well-established and familiar wire-free technology used across the world for existing cordless telephony applications. The telephone base station itself is easily connected to the PC via a USB interface and to the ordinary telephone line via the normal telephone jack.

"Skype and RTX share the vision of harnessing the power of the Internet to give consumers more flexible, cost-effective, yet high-quality telephony. Internet telephony is transforming the nature of the telecommunications industry, and industry experts expect it to become the de facto method for voice communications within the near future. Our development and marketing agreement with RTX is proof of our commitment to lead this development," says Niklas Zennström, CEO and Co-founder of Skype.

"Until recently, only technophiles have benefited from VoIP telephony. However, the technology is rapidly maturing, driven by Skype and other innovative companies. We see the greatest opportunity being the price-conscious mass market, where ease-of-use is essential. This is why we have developed a platform for low-cost cordless telephony for both VoIP and standard PSTN, with the added benefit of being able to use a cordless handset, rather than a PC. The first product to be launched is an Olympia branded Cordless DUALphone available now in Scandinavia," says Jorgen Elbaek, CEO of RTX Telecom.

### About RTX Telecom

RTX Telecom is a wireless product development company with 200 engineering experts. The focus is on advanced wireless communication standards that include GSM/GPRS, DECT, Bluetooth, TD-SCDMA, 802.11a/b/g, VoIP and others. RTX Telecom provides individually tailored turnkey solutions where a customer's specification is turned into a fully tested product, ready for the market in the shortest possible time. The company is listed on the Copenhagen Stock Exchange and the customer list includes many of the world's leading manufacturers of wireless communication devices. RTX Products, a subsidiary of RTX Telecom, is supplying OEM/ODM products, mainly designed by RTX Telecom.

MEDIA CONTACT:

RTX Telecom A/S
Jorgen Elbaek, CEO
Tel.: +45 96 32 23 00

USR000233

http://www.rtx.dk/Default.aspx?ID=143&M=News&PID=622&New...

press@rtx.dk

**RTX Telecom A/S** - Stroemmen 6 DK-9400 - Noerresundby Denmark
Tel. +45 96322300 Fax. +45 96322310 e-mail: sales@rtx.dk
WEB: http://www.rtx.dk VAT no. DK 17002147

12/3/2005 2:24 PM

USR000234



## 22-03-2004 RTX Pushing the Envelope in Wireless VoIP for Consumers

### RTX Pushing the Envelope in Wireless VoIP for Consumers; Establishes U.S. Subsidiary to Spearhead Effort in North America

Atlanta, GA – March 22, 2004 - RTX Telecom A/S, Danish wireless-technology expert, is moving ahead rapidly with product designs to kick-start the consumer wireless voice-over-IP (VoIP) market. It has also established a subsidiary, RTX America Inc., to accelerate participation by the PC and telecommunications industries in the rapidly-growing VoIP opportunity.

At the Cellular Telecommunications & Internet Association (CTIA) Wireless conference, here this week, RTX will demonstrate cordless phone sets designed to provide wireless VoIP access through a PC's USB port, in addition to a standard interface to public-switched telephone networks (PSTNs). This provides consumers with streamlined access to regular telephone services and VoIP using a single cordless telephone.

This will be the first of what will be a suite of products, including a VoFI (802.11-enabled VoIP) phone.

It's Timely

"Wireless VoIP is becoming a hot trend and RTX Telecom is establishing itself as a supplier of the key system components and platforms that will bring this technology to consumers in the home," said J. Gerry Purdy, Ph.D. principal analyst with MobileTrax.

"The VoIP trend started with a focus on the enterprise, not the consumer market. With technologies that can leapfrog the costs and installation complexities of enterprise VoIP, such as RTX is offering, the market could experience a big surge in consumer VoIP demand," said Connie Wong, Director of Wireless Communications, Semico Research Corp.

"RTX has been servicing the consumer electronics industry for the last 10 years with competitive, advanced, cordless phones and other wireless products. Bringing the features and reliability to VoIP that consumers have come to expect from their telephone products is a natural extension of our business," said Jorgen Elbaek, president and CEO of RTX Telecom.

"I believe RTX's wireless expertise and technology will be the enabler for bringing VoIP to the consumer, and this market will be driven from North America," stated Chris Tubis, CEO of RTX America. Chris Tubis joined RTX to establish a North American beachhead for the Aalborg, Denmark-based wireless technology company. He is a Silicon Valley veteran, formerly vice-president of National Semiconductor's Wireless Communications Group and president of Ultra RF.

**RTX Telecom A/S** - Stroemmen 6 DK-9400 - Noerresundby Denmark
Tel. +45 96322300 Fax. +45 96322310 e-mail: sales@rtx.dk
WEB: http://www.rtx.dk VAT no. DK 17002147

USR000235



## 30-06-2005 DUALphone the world's first US DECT Cordless Phone

**RTX Telecom, a world leader in wireless product development, today announced that the RTX developed Cordless DUALphone has received FCC approval as the first US DECT product in the world.**
The Cordless DUALphone has been successfully launched in more than 45 other DECT markets in Europe, Africa and Asia, giving mobility to many Skype users in these regions. Now US-based Skype users will soon be able to cut the cords and move away from the PC when using Skype.

The DUALphone concept allows the same cordless handset to be used to place or receive calls both via the analog telephone network and via the Internet, using e.g. Skype as a softphone.

DECT (Digital Enhanced Cordless Telecommunication), a worldwide standard for cordless phones, has gained FCC approval in April 2005. The biggest advantage for DECT cordless phones, compared to other digital cordless phones operating in ISM bands such as the 2.4GHz band and the 5.8GHz band, is that they operate in a frequency band dedicated to DECT products, making these cordless phones truly "WiFi-friendly".

For many years, RTX Telecom has served the industry as a design house for wireless products. Now US DECT can be added to the large portfolio of technologies and products that RTX Telecom can develop for clients around the world. The latest addition to this list of products and clients has been the wireless gamepad developed for the Microsoft Xbox360.

"The opening of the US DECT frequency band will create a lot of opportunities for new cordless products to be introduced in the US market. RTX Telecom is certainly ready to help customers design and develop products that fulfill both market and FCC requirements," says Jorgen Elbaek, CEO and President of RTX Telecom.

"I am very excited to see the world's first US DECT product which RTX has developed. I am surprised at how fast RTX has developed the phone; the standard is extremely new. I see the potential of the US DECT market as huge, because US DECT offers excellent audio quality, and does not conflict with US WiFi systems, which is a major problem with the existing US cordless phones," says Erich Kamperschroer, Chairman of the DECT Forum.

For more information please contact: Jorgen Elbaek, CEO and President, RTX Telecom Tel: +45 9632 2300 Email: je@rtx.dk

Chris Tubis, CEO, RTX America, Inc Tel: +1 (408) 441-8600 Email: ct@rtxamerica.com

**RTX Telecom A/S - Stroemmen 6 DK-9400 - Noerresundby Denmark
Tel. +45 96322300 Fax. +45 96322310 e-mail: sales@rtx.dk
WEB: http://www.rtx.dk VAT no. DK 17002147**

USR000236

12/09/2005  14:47    4105602049                    RIPARIUS                                    PAGE  02/03

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### In re Patent Application of: DAVID McELVANEY
### Filed: herewith
### For: REMOTE INTERNET TELEPHONY DEVICE

#### Information Disclosure Statement

Attached hereto is an Information Disclosure Statement filed in accordance with Applicant's duty pursuant to 37 CFR 1.56.

As provided by 37 CFR 1.97, this submission should not be construed as a representation that a search has been made nor as an admission that the material cited is material to patentability.

This IDS is being filed:

      with the application

_signature_

DAVID McELVANEY

## INFORMATION DISCLOSURE STATEMENT                                    Sheet 1 of 1

| Substitute FORM PTO-1449 (Rev. 8-830)  U.S. DEPARTMENT OF COMMERCE  PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. RV0501 | SERIAL NO. Not available |
|---|---|---|
| LIST OF ART CITED BY APPLICANT | APPLICANT DAVID McELVANEY | |
| (Use several sheets if necessary) | FILING DATE *NFD | |

### U.S. PATENT DOCUMENTS

| Examiner Initial | Document Number | | | | | | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6 | 0 | 0 | 6 | 0 | 8 | 8 | 12/21/99 | Couse | | | 7/11/97 |
| | 6 | 4 | 3 | 8 | 3 | 8 | 4 | 8/20/02 | Chen | | | 11/29/99 |
| | 6 | 7 | 3 | 1 | 7 | 5 | 1 | 5/4/04 | Pepadopoulos | | | 8/8/00 |
| | 6 | 8 | 2 | 6 | 1 | 7 | 4 | 11/30/04 | Erekson, et al | | | 3/2/00 |
| | 6 | 7 | 2 | 8 | 5 | 4 | 6 | 4/27/04 | Peterson, et al | | | 8/26/99 |

### FOREIGN PATENT DOCUMENTS

| | Document Number | Date | Country | Class | Subclass | Translation Yes    No |
|---|---|---|---|---|---|---|
| | | | | | | |

USR000237

Sheet 1 of 1

## INFORMATION DISCLOSURE STATEMENT

| Substitute FORM PTO-1449   U.S. DEPARTMENT OF COMMERCE (Rev. 8-830)   PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. RV0501 | SERIAL NO. Not available |
|---|---|---|
| LIST OF ART CITED BY APPLICANT | APPLICANT DAVID McELVANEY | |
| (Use several sheets if necessary) | FILING DATE December 12, 2005 | |

### U.S. PATENT DOCUMENTS

| Examiner Initial | Document Number | | | | | | | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6 | 0 | 0 | 6 | 0 | 8 | 8 | 12/21/99 | Couse | | | 7/11/97 |
| | 6 | 4 | 3 | 8 | 3 | 8 | 4 | 8/20/02 | Chen | | | 11/29/99 |
| | 6 | 7 | 3 | 1 | 7 | 5 | 1 | 5/4/04 | Papadopoulos | | | 8/8/00 |
| | 6 | 8 | 2 | 6 | 1 | 7 | 4 | 11/30/04 | Erekson, et al | | | 3/2/00 |
| | 6 | 7 | 2 | 8 | 5 | 4 | 6 | 4/27/04 | Peterson, et al | | | 8/26/99 |

### FOREIGN PATENT DOCUMENTS

| | Document Number | Date | Country | Class | Subclass | Translation Yes     No |
|---|---|---|---|---|---|---|
| | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Page, Etc.) - COPIES ATTACHED

| | | |
|---|---|---|
| | | New York Times, 11/21/05 "Skype Says Radio Shack to Sell Kits For Its Web-Based Phone Service" |
| | | Skype web page (www.skype.com/company/news/2005/skype_radioshack.html, "RadioShack Brings Skype-Ready Products to Customers Nationwide" |
| | | Skypelight web page (www.skypelight.com/company/news/2004/rtxannouncement.html), dated 11/22/04, "RTX Telecom A/S signs marketing and license agreement with Skype enabling RTX to develop cordless Internet telephones compatible with Skype" |
| | | RTX web page (www.rtx.dk/Default.aspx?ID=143&M=News&PID=622&New): "RTX Telecom signs marketing and license agreement with Skype" (dated 11/22/04), "RTX Pushing the Envelope in Wireless VoIP for Consumers" (dated 3/22/04) and "DUALphone the world's first US DECT Cordless Phone (dated 6/30/2005) |
| | | Linksys web page (www.linksys.com), "Linksys and Skype Team Up to Launch New Cordless Handset to Drive Internet Phone Calling (dated 10/11/2005) |
| | | Skypemart web page (www.skypemart.com/direct/skypeusa/itemdetl.jsp?prod=2806, "Linksys Cordless Internet Telephony Kit", and prod=2831, "Cordless Dual Phone" |
| | | Global sources web page (www.telecom.globalsources.com/si/600881986049/ProductDet), "Dongguan Hi-Tech Digital Technology, Ltd HT-380VP VoIP Phone" |
| | | Eutectics, Inc. web page (www.eutecticsinc.com/solutions/voip/eutectics.html), IPP700 - Cordless |
| | | Topcom web page (www.topcom.net/product.php?groep=1&cat=26&catsub=84), Butler 4012USB VoIP |
| | | Amazon.com web page (www.amazon.com/qp/product/product-description/B00005MIT), AT&T 6100 Cordless Voice-Over-Internet Telephone (Mica) |
| | | Welltec web page (www.welltech.com/product_e_09.htm), DU-100 SIP cordless phone |

| Examiner | Date Considered |
|---|---|
| | |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

MAZ STUL OPPENHEIMER
P.O. BOX 50
STEVENSON, MD 21153

**COPY MAILED**

JAN 3 1 2006

**OFFICE OF PETITIONS**

In re Application of                :
McElvaney, David                    :
Application No. 11/299,439          :           ON PETITION
Filed: December 13, 2005            :
Attorney Docket No. RV0501          :

This is a decision on the petition under 37 CFR §1.102(d), filed December 13, 2005, to make the above-identified application special.

The petition requests that the above-identified application be made special under the accelerated examination procedure set forth in M.P.E.P. § 708.02, Section II: Infringement.

The petition is **GRANTED.**

A grantable petition to make an application special under 37 CFR §1.102(d) and MPEP §708.02, Section II: Infringement, must be accompanied by the required fee pursuant to 37 CFR 1.17(h) and a statement by the applicant, assignee, or attorney/agent registered to practice before the office alleging:

   (A) That there is an infringing device or product actually on the market or method in use;

   (B) That a rigid comparison of the alleged infringing device, product, or method with the claims of the application has been made, and that, in his or her opinion, some of the claims are unquestionably infringed; and

   (C) That he or she has made or caused to be made a careful and thorough search of the prior art or has a good knowledge of the pertinent prior art.

   Applicant must provide one copy of each of the references deemed most closely related to the subject matter encompassed by the claims if said references are not already of record.

The petition complies with all the above stated requirements.   Accordingly, the above-identified application has been accorded "special" status

Telephone inquires concerning this decision should be directed to Paralegal Liana Chase at (571) 272-3206.  All other inquires concerning either the examination or status of the application should be directed to the Technology Center.

This matter is being referred to the Technology Center Art Unit 2645 for expedited prosecution.

David Bucci
Petitions Examiner
Office of Petitions



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/299,439 | 12/13/2005 | David McElvaney | RV0501 | 9090 |

| | |
|---|---|
| 7590          03/16/2006 | **EXAMINER** |
| Max Stul Oppenheimer | ESCALANTE, OVIDIO |
| P.O. Box 50 | |
| Stevenson, MD  21153 | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2645 | |

DATE MAILED: 03/16/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

USR000240

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 11/299,439 | MCELVANEY, DAVID |
| | Examiner | Art Unit | |
| | Ovidio Escalante | 2645 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE _3_ MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on _13 December 2005_.
2a) ☐ This action is **FINAL**.    2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) _1-16_ is/are pending in the application.
   4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5) ☐ Claim(s) _____ is/are allowed.
6) ☒ Claim(s) _1-16_ is/are rejected.
7) ☐ Claim(s) _____ is/are objected to.
8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.
10) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some * c) ☐ None of:
    1. ☐ Certified copies of the priority documents have been received.
    2. ☐ Certified copies of the priority documents have been received in Application No. _____.
    3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08)
   Paper No(s)/Mail Date _12/13/05_.
4) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____ .
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: _____.

Application/Control Number: 11/299,439                                    Page 2
Art Unit: 2645

## DETAILED ACTION

### Information Disclosure Statement

1.       The information disclosure statement submitted on December 13, 2005 was received. The

submission is in compliance with the provisions of 37 CFR 1.97.  Accordingly the information

disclosure statement is being considered by the examiner.

### Double Patenting

2.       The nonstatutory double patenting rejection is based on a judicially created doctrine
grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or
improper timewise extension of the "right to exclude" granted by a patent and to prevent possible
harassment by multiple assignees.   A nonstatutory obviousness-type double patenting rejection
is appropriate where the conflicting claims are not identical, but at least one examined
application claim is not patentably distinct from the reference claim(s) because the examined
application claim is either anticipated by, or would have been obvious over, the reference
claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re
Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225
USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re
Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163
USPQ 644 (CCPA 1969).
         A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may
be used to overcome an actual or provisional rejection based on a nonstatutory double patenting
ground provided the conflicting application or patent either is shown to be commonly owned
with this application, or claims an invention made as a result of activities undertaken within the
scope of a joint research agreement.
         Effective January 1, 1994, a registered attorney or agent of record may sign a terminal
disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR
3.73(b).

3.       Claim 1 is provisionally rejected on the ground of nonstatutory obviousness-type double

patenting as being unpatentable over claim 1 of copending Application No. 09/734,163

Although the conflicting claims are not identical, they are not patentably distinct from each other

because claims in the continuation are broader than those in the present application. For example,

claim 1 of this application is substantially the same as claim 1 of the application except that

claim 1 of this application does not require the keypress data to be DTMF tones.

Application/Control Number: 11/299,439                                   Page 3
Art Unit: 2645

      This is a <u>provisional</u> obviousness-type double patenting rejection because the conflicting

claims have not in fact been patented.

### Claim Rejections - 35 USC § 112

4.    The following is a quotation of the second paragraph of 35 U.S.C. 112:

    The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the
    subject matter which the applicant regards as his invention.

5.    Claims 9-13 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for

failing to particularly point out and distinctly claim the subject matter which applicant regards as

the invention.

      Claims 9-13 contains the trademark/trade name Dialpad™, Microsoft Netmeeting™,

ITXC WebTalk Now™, Avaya Softphone™, Net-2-Phone™. Where a trademark or trade name

is used in a claim as a limitation to identify or describe a particular material or product, the claim

does not comply with the requirements of 35 U.S.C. 112, second paragraph. See *Ex parte*

*Simpson*, 218 USPQ 1020 (Bd. App. 1982). The claim scope is uncertain since the trademark or

trade name cannot be used properly to identify any particular material or product. A trademark

or trade name is used to identify a source of goods, and not the goods themselves. Thus, a

trademark or trade name does not identify or describe the goods associated with the trademark or

trade name. In the present case, the trademark/trade name is used to identify/describe telephony

software and, accordingly, the identification/description is indefinite.

### Claim Rejections - 35 USC § 102

6.    The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

    A person shall be entitled to a patent unless –

USR000243

Application/Control Number: 11/299,439                                    Page 4
Art Unit: 2645

> (e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.

7.      Claims 1-7 and 14-16 rejected under 35 U.S.C. 102(e) as being anticipated by Erekson et

al. US Patent 6,826,174.

        *Regarding claim 1*, Erekson teaches a remote cordless Internet telephony device

comprising:

        a remote cordless telephone comprising a remote cordless telephone handset (66), (col. 7,

lines 32-38) and a remote cordless telephone base unit (64), (col. 7, lines 38-47; col. 14, lines 40-

42);

        said remote cordless telephone handset comprising a microphone, (col. 4, lines 10-12), a

speaker, (col. 4, lines 13-15), a dialpad, (col. 9, lines 4-13), a handset rf transceiver (col. 7, lines

32-38) for communication with a base unit transceiver, (fig. 1; fig. 6; col. 7, lines 29-43; col. 4,

lines 10-14), circuitry for translating audio information input to said microphone to an rf signal

as an input to said handset rf transceiver, (col. 4, lines 10-15; col. 7, lines 38-45), circuitry for

translating input from said handset rf transceiver means to an electrical signal as an input to said

speaker, (col. 4, lines 10-15; col. 7, lines 38-45), and circuitry for translating a keypress (DTMF

digits) on said dialpad into data representing said keypress as an input to said handset rf

transceiver, (col. 9, lines 4-13);

        said remote cordless telephone base unit (64) connected to a computer (20/120), (fig. 2;

col. 8, lines 38-50; col. 14, lines 40-42), comprising a base unit rf transceiver for communication

with said handset rf transceiver, (col. 7, lines 38-45), means for determining whether said

communication represents data representing a keypress or audio information, (col. 9, lines 4-13),

USR000244

Application/Control Number: 11/299,439                                            Page 5
Art Unit: 2645

circuitry for translating communications from said handset rf transceiver into digital form for

transmission to a computer, (col. 8, lines 38-65), circuitry for receiving digital data from said

computer and translating said digital data to a form suitable for transmission to said base unit rf

transceiver, and means for transmitting signals between said base unit rf transceiver and said

computer, (col. 8, lines 38-65);

and a computer (20 or 120) having a connection to a digital telephony network and a

connection to said remote cordless telephone base unit, (fig. 2; col. 2, lines 55-60; col. 7, lines

29-38), said computer executing software programmed to:

accept data from said remote cordless telephone base unit, (col. 8, lines 51-66),

transmit audio information input from said remote cordless telephone base unit to

said digital telephony network, (col. 4, lines 7-30; col. 4, lines 56-64),

receive audio information input from said digital telephony network, convert said

audio information to a form suitable for said remote cordless telephone base unit and

transmit said audio information input to said cordless telephone base unit, (col. 4, lines 7-

30);

wherein said software is compatible with telephony software utilized by Internet

telephony providers so as to allow emulation of a cordless POTS telephone call over the

Internet, (col. 1, lines 24-26; col. 2, lines 56-62; col. 3, lines 5-9; col. 4, lines 7-34);

whereby one user may carry on a voice conversation with a second user over said

digital telephony network, (col. 4, lines 52-55).

Application/Control Number: 11/299,439                                    Page 6
Art Unit: 2645

 *Regarding claim 2*, Erekson, as applied to claim 1, teaches having an effective range between said remote cordless handset and said remote cordless telephone base of more than twelve feet, (col. 8, lines 9-15).

 *Regarding claim 3*, Erekson, as applied to claim 1, teaches having an effective range between said remote cordless handset and said remote cordless telephone base of more than 400 feet, (col. 8, lines 9-15).

 *Regarding claim 4*, Erekson, as applied to claim 1, teaches wherein said connection between said computer and said remote cordless telephone base unit comprises an RS232 for ring and status signal and a computer sound card, (col. 8, lines 41-42; fig. 4; col. 10, lines 9-31).

 *Regarding claim 5*, Erekson, as applied to claim 1, teaches wherein said connection between said computer and said remote cordless telephone base unit comprises a Universal Serial Bus for ring and status signal and a computer sound card, (col. 7, lines 28-32).

 *Regarding claim 6*, Erekson, as applied to claim 1, teaches wherein said software is programmed to detect the presence of the remote cordless telephone on any port, providing ready status where "ready" is defined as either (1) on hook in base or (2) out of base, not in use with radios and security codes synchronized, (col. 11, lines 27-36).

 *Regarding claim 7*, Erekson, as applied to claim 1, teaches wherein said remote cordless base unit comprises circuits separated into isolated millivolt level audio transmit and receive, (col. 9, lines 53-67).

 *Regarding claim 14*, Erekson, as applied to claim 1, teaches functions of voicemail navigation, or selections from a telephone system auto-attendant, (col. 2, lines 25-31).

USR000246

Application/Control Number: 11/299,439                                    Page 7
Art Unit: 2645

*Regarding claims 15-16*, Erekson, as applied to claim 1, teaches said connection between

said computer and said remote cordless base nit comprises a USB port or serial port, (col. 8, lines

41-42; fig. 4; col. 10 lines 9-31)

### Claim Rejections - 35 USC § 103

8.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

9.      The factual inquiries set forth in *Graham* v. *John Deere Co.*, 383 U.S. 1, 148 USPQ 459

(1966), that are applied for establishing a background for determining obviousness under 35

U.S.C. 103(a) are summarized as follows:

1.     Determining the scope and contents of the prior art.
2.     Ascertaining the differences between the prior art and the claims at issue.
3.     Resolving the level of ordinary skill in the pertinent art.
4.     Considering objective evidence present in the application indicating obviousness
       or nonobviousness.

10.     Claim 8 is rejected under 35 U.S.C. 103(a) as being unpatentable over Erekson.

*Regarding claim 8*, Erekson, as applied to claim 1, teaches wherein ringing information

operates within the 5 Vdc threshold, and on a separate communication line from the audio signal,

(col. 10, lines 60-col. 11, line 12). Erekson does not specifically teach that the voltage is 3 Vdc,

however the Examiner takes Official Notice that the use of 3 Vdc was well known and it would

have been obvious that the cordless phone would be at or around 3 Vdc since the standard

cordless phone, at the time the invention was made, was between 2.4 Vdc and 3.6 Vdc.

Application/Control Number: 11/299,439                                    Page 8
Art Unit: 2645

Therefore, it would have been obvious to use 3 Vdc so that the cordless phone can

operate using standard available batteries

11.      Claim 1 is rejected under 35 U.S.C. 103(a) as being unpatentable over Peterson et al. US

Patent 6,728,546 in view of Erekson.

    *Regarding claim 1*, Peterson teaches a remote cordless Internet telephony device

comprising:

        a remote cordless telephone comprising a remote cordless telephone handset(30) and a

cordless telephone base unit (22), (fig. 2,3; col. 7, lines 19-22; col. 9, line 67-col. 10, line 2);

        said remote cordless telephone handset comprising a microphone, a speaker, a dialpad, a

handset rf transceiver for communication with a base unit transceiver, (fig. 3), circuitry for

translating audio information input to said microphone to an rf signal as an input to said handset

rf transceiver, (col. 21, lines 5-9), circuitry for translating input from said handset rf transceiver

means to an electrical signal as an input to said speaker, (col. 21, lines 5-9), and circuitry for

translating a keypress on said dialpad into data representing said keypress as an input to said

handset rf transceiver, (col. 22, lines 51-65);

        said remote cordless telephone base unit connected to a computer (20), comprising a base

unit rf transceiver (16) for communication with said handset rf transceiver, (fig. 1A and fig. 2),

means for determining whether said communication represents data representing a keypress or

audio information, (col. 7, lines 50-55,58-61; col. 22, lines 51-53), circuitry for translating

communications from said handset rf transceiver into digital form for transmission to a

computer, (col. 8, lines 10-18), circuitry for receiving digital data from said computer and

translating said digital data to a form suitable for transmission to said base unit rf transceiver,

USR000248

Application/Control Number: 11/299,439                    Page 9
Art Unit: 2645

(col. 8, lines 3-8), and means for transmitting signals between said base unit rf transceiver and

said computer, (col. 7, lines 28-67);

and a computer having a connection to a digital telephony network and a connection to

said remote cordless telephone base unit, (col. 7, lines 64-67), said computer executing software

programmed to:

accept data from said remote cordless telephone base unit, (col. 7, lines 58-64),

transmit audio information input from said remote cordless telephone base unit to

said digital telephony network, (col. 7, lines 64-67),

receive audio information input from said digital telephony network, convert said

audio information to a form suitable for said remote cordless telephone base unit and

transmit said audio information input to said cordless telephone base unit, (col. 8, lines 1-

8);

wherein said software is compatible with telephony software utilized by Internet

telephony providers so as to allow emulation of a cordless POTS telephone call over the

Internet, (col. 1, lines 34-47; col. 9, lines 35-43);

whereby one user may carry on a voice conversation with a second user over said

digital telephony network, (col. 8, lines 20-23,43-45).

Peterson does not specifically teach that the cordless base unit can be remote.

In the same field of endeavor Erekson teaches that the cordless base unit can be a

separate and remote unit, (fig. 2; col. 8, lines 37-42). Erekson further teaches that the base unit

can easily be integrated into other devices to create a stand-alone VoIP cordless telephone, (col.

14, lines 40-43).

USR000249

Application/Control Number: 11/299,439                                           Page 10
Art Unit: 2645

Therefore, it would have been obvious to one of ordinary skill in the art at the time the

invention was made to modify Peterson by using a remote cordless base unit to release the

requirement that the user placing a VoIP call be in the near vicinity of the connection origin.

### *Conclusion*

12.    The prior art made of record and not relied upon is considered pertinent to applicant's

disclosure.

"Creative Makes the Call with VoIP Blaster" teaches of connecting a cordless telephone

to a PC via a plug-and-play USB device to make PC-to-PC call using a cordless phone. The PC

uses VoIP Blaster to allow a user to communicate with another person using VoIP.

"AT&T Labs Trials Netergy's Technology and Service Offerings in Home Wireless

Broadband Environment" teaches of using a cordless phone to make VoIP calls.

13.    Any response to this action should be mailed to:

> Commissioner for Patents
> P.O. Box 1450
> Alexandria, Virginia 22313-1450

or faxed to:

> (571) 273-8300, (for formal communications intended for entry)

Or:

> (571) 273-7537, (for informal or draft communications, please label
> "PROPOSED" or "DRAFT")

Hand-delivered responses should be brought to:

> Customer Service Window
> Randolph Building
> 401 Dulany Street
> Alexandria, VA 22314

USR000250

Application/Control Number: 11/299,439                                    Page 11
Art Unit: 2645

14.     Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Ovidio Escalante whose telephone number is 571-272-7537. The

examiner can normally be reached on M-Th from 6:30AM to 4:00PM. The examiner can also be

reached on alternate Fridays.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Fan S Tsang can be reached on 571-272-7547. The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

        Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).


                                        Ovidio Escalante
                                        Primary Patent Examiner
                                        Group 2645
                                        March 3, 2006


O.E./oe

Sheet 1 of 1

# INFORMATION DISCLOSURE STATEMENT

| Substitute FORM PTO-1449    U.S. DEPARTMENT OF COMMERCE (Rev. 8-830)    PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. RV0501 | SERIAL NO. Not available |
|---|---|---|
| LIST OF ART CITED BY APPLICANT | APPLICANT DAVID McELVANEY | |
| (Use several sheets if necessary) | FILING DATE December 12, 2005 | |

## U.S. PATENT DOCUMENTS

| Examiner Initial | Document Number | | | | | | | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OE | 6 | 0 | 0 | 6 | 0 | 8 | 8 | 12/21/99 | Couse | 455 | 415 | 7/11/97 |
| OE | 6 | 4 | 3 | 8 | 3 | 8 | 4 | 8/20/02 | Chen | 455 | 462 | 11/29/99 |
| OE | 6 | 7 | 3 | 1 | 7 | 5 | 1 | 5/4/04 | Papadopoulos | 379 | 399.01 | 8/8/00 |
| OE | 6 | 8 | 2 | 6 | 1 | 7 | 4 | 11/30/04 | Erekson, et al | 370 | 352 | 3/2/00 |
| OE | 6 | 7 | 2 | 8 | 5 | 4 | 6 | 4/27/04 | Peterson, et al | 455 | 462 | 8/26/99 |

## FOREIGN PATENT DOCUMENTS

| | Document Number | Date | Country | Class | Subclass | Translation Yes    No |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Page, Etc.) - COPIES ATTACHED

| | |
|---|---|
| OE | New York Times, 11/21/05 "Skype Says Radio Shack to Sell Kits For Its Web-Based Phone Service" |
| | Skype web page (www.skype.com/company/news/2005/skype_radioshack.html, "RadioShack Brings Skype-Ready Products to Customers Nationwide" |
| | Skypelight web page (www.skypelight.com/company/news/2004/rtxannouncement.html), dated 11/22/04, "RTX Telecom A/S signs marketing and license agreement with Skype enabling RTX to develop cordless Internet telephones compatible with Skype" |
| | RTX web page (www.rtx.dk/Default.aspx?ID=143&N=News&PID=622&New): "RTX Telecom signs marketing and license agreement with Skype" (dated 11/22/04), "RTX Pushing the Envelope in Wireless VoIP for Consumers" (dated 3/22/04) and "DUALphone the world's first US DECT Cordless Phone (dated 6/30/2005) |
| | Linksys web page (www.linksys.com), "Linksys and Skype Team Up to Launch New Cordless Handset to Drive Internet Phone Calling (dated 10/11/2005) |
| | Skypemart web page (www.skypemart.com/direct/skypeusa/itemdetl.jsp?prod=2806, "Linksys Cordless Internet Telephony Kit", and prod=2831, "Cordless Dual Phone" |
| | Global sources web page (www.telecom.globalsources.com/si/600881986049/ProductDet), "Dongguan Hi-Tech Digital Technology, Ltd HT-380VP VoIP Phone" |
| | Eutectics, Inc. web page (www.eutecticsinc.com/solutions/voip/eutectics.html), IPP700 - Cordless |
| | Topcom web page (www.topcom.net/product.php?group=1&cat=26&catsub=84), Butler 4012USB VoIP |
| | Amazon.com web page (www.amazon.com/gp/product/product-description/B00005MIT), AT&T 6100 Cordless Voice-Over-Internet Telephone (Mica) |
| OE | Welltec web page (www.welltech.com/product_e_09.html), DU-100 SIP cordless phone |

| Examiner    Ovidio E realante | Date Considered    2/24/06 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

USR000252

| Notice of References Cited | Application/Control No. 11/299,439 | Applicant(s)/Patent Under Reexamination MCELVANEY, DAVID | |
|---|---|---|---|
| | Examiner Ovidio Escalante | Art Unit 2645 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-6,728,546 | 04-2004 | Peterson et al. | 455/462 |
| * | B | US-6,826,174 | 11-2004 | Erekson et al. | 370/352 |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | PR Newswire, 'Creative Makes the Call with VoIP Blaster' [online] November 15, 2000 [retrieved on March 2, 2006]. Retrieved from the Internet:<URL:http://proquest.umi.com/pqdweb?did=63796300&sid=1&Fmt=3&clientId=19649&RQT=309&VName=PQD>. |
| | V | Business Wire, 'AT&T Labs Trials Netergy's Technology and Service Offerings in Home Wireless Broadband Environment' [online] September 12, 2000 [retrieved on March 2, 2006]. Retrieved from the Interent: <URL:http://proquest.umi.com/pqdweb?did=59949829&sid=1&Fmt=3&clientId=19649&RQT=309&VName=PQD>. |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

USR000253

05/16/2006  13:33   410-837-4492            USM        RECEIVED       PAGE   01
                                                   CENTRAL FAX CENTER

                                                    MAY 1 6 2006

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: DAVID McELVANEY

Serial No.:     11/299,439              Art Unit: 2614
Filing Date:    December 13, 2005       Examiner: Ovidio ESCALANTE
For:                REMOTE INTERNET TELEPHONY DEVICE

                                                **Attorney Docket: RV0501**

---

May 16, 2006

By Facsimile to Commissioner of Patents and Trademarks
                    (571) 273-8300
From: Max Stul Oppenheimer (voice 410-837-5127)

**Attention Examiner  Ovidio ESCALANTE**

Transmitted for filing in the above-referenced matter are
 12  pages including this transmittal sheet, consisting of:

   Certificate of transmission
   Response to Office Action Dated March 16, 2006
   Record of Interview
   Terminal Disclaimer
   Authorization to Charge Deposit Account

                    Max Stul Oppenheimer
                    Reg. No. 33,203
                    P. O. Box 50
                    Stevenson, MD  21153
                    (410) 837-5127

### CERTIFICATE OF TRANSMITTAL BY FACSIMILE
Date of Transmission:  May 16, 2006
Facsimile Number: (571) 273-8300

I hereby certify that the above attached paper is being transmitted by facsimile to the Commissioner
for Patents, PO Box 1450, Alexandria, VA  22313-1450, at the above number in accordance with
Rule 1.6(d) and MPEP 502.01, on the date indicated above.

PAGE 1/12 ª RCVD AT 5/16/2006 1:30:28 PM [Eastern Daylight Time] ª SVR:USPTO-EFXRF-5/1 ª DNIS:2738300 ª CSID:410 837 4492 ª DURATION (mm-ss):03-32

USR000254

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: DAVID McELVANEY
For:  REMOTE INTERNET TELEPHONY DEVICE
Filed: December 13, 2005

   Serial No.: 11/299,439     Art Unit: 2614   Examiner: Ovidio ESCALANTE

May 16, 2006

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

Transmitted for filing in the above-referenced application are:

   Certificate of transmission
   Response to Office Action Dated March 16, 2006
   Record of Interview
   Terminal Disclaimer

Authorization to charge our deposit account is also enclosed.

Respectfully submitted,

Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD  21153
(410) 837-5127

USR000255

05/16/2006  13:33   410-837-4492           USM          RECEIVED       PAGE  03
                                                   CENTRAL FAX CENTER

                                                    MAY 1 6 2006

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: DAVID McELVANEY
For:    REMOTE INTERNET TELEPHONY DEVICE
Filed:  December 13, 2005

   Serial No.: 11/299,439     Art Unit: 2614     Examiner: Ovidio ESCALANTE

### RESPONSE TO OFFICE ACTION MAILED MARCH 16, 2006

## AMENDMENTS

In response to action mailed March 16, 2006, please amend the application as follows:

1. Please cancel claims 9-13 without prejudice.

2. Please amend Claim 1 by adding the word "direct", changing "and a computer having a connection to a digital telephony network" to "and a computer having a direct connection to a digital telephony network".

## OTHER DOCUMENTS FILED HEREWITH

Filed herewith are a Terminal Disclaimer under 37 CFR 1.321 and a Record of Interview.

Also enclosed are a complete set of claims as amended, and an authorization to charge deposit account.

## DISCUSSION

The pending application was filed on December 13, 2005 as a continuation of U.S. Non-Provisional Application Serial No. 09/734,163 (filed December 11, 2000), now U. S. Patent 7,016,481 (issued March 21, 2006 ), which was a continuation-in-part of U.S. Non-Provisional Application Serial No. 08/734,857 (filed October 23, 1996) (now U.S. Patent 6,859,525, issued February 22, 2005).

A Petition to Make Special was granted on January 31, 2006 on the grounds that infringing devices are on the market.

Paragraph 3 of the Office Action provisionally rejects Claim 1 for nonstatutory obvious-type double patenting over Claim 1 of the '163 application. As the '163 application issued after the Office Action, in the interest of timely conclusion of prosecution of the pending application, Applicants treat the rejection as an actual rejection. In response, Applicants are filing herewith a terminal disclaimer. The pending application and the '163 application are commonly owned.

USR000256

Paragraph 5 of the Office Action rejects claims 9-13 as indefinite because they refer to specific products by their trademark designation. Applicants believe the claims as drafted are sufficiently definite: they refer to specific mass-marketed software as said software existed on the date the parent application was filed. However, in the interest of timely conclusion of prosecution of the pending application, Applicants are requesting cancellation of the claims without prejudice.

Paragraph 7 of the Office Action rejects claims 1-7 and 14-16 as anticipated by Erekson, et. al. (U.S. Patent 6,826,174, filed March 2, 2000 and issued November 30, 2004). If Erekson is in fact in conflict with the current claims, Applicants believe that David McElvaney is the first inventor and reserve the right to file an additional application which will provoke an interference. However, Applicants do not believe that Erekson anticipates the claimed invention. Erekson discloses a device for interfacing a standard ("POTS") telephone to the internet through a specialized modem (Erekson states "[i]n its simplest embodiment, this invention contains three components: the host application, the modem functionality, and the functionality of the podule." Col. 9, lines 53-55). Among the functions of the specialized modem are translation of a dialed telephone number into a specific telephone number or internet address previously associated with said telephone number and stored in a database (Col 9 lines 8-13); a second function is to optimize a dial-up connection to attempt to overcome latency problems inherent in such VOIP connections (Col 3 lines 59-62). The claimed invention does not require a specialized modem, but connects directly to the digital network, and does not suffer from the latency problems which Erekson uses the specialized modem to overcome, and (as pointed out in the Applicants' specification) "operating a PC with multiple sound devices such as a Voice modem...can cause massive user confusion" (Specification, Page 2 lines 5-6). In Applicants' view, Claim 1 (from which the other claims depend) is distinguishable from Erekson, in that it provides for "a computer having a connection to a digital telephony network..." (Page 13, line 18) while the Erekson disclosure provides a computer connected to a specialized modem (which is not a part of a digital telephony network). Accordingly, Applicants believe the claims are allowable over Erekson. In order to highlight this distinction, and in the interest of promptly concluding prosecution of the pending application Applicants are amending Claim 1, changing the referenced language to "a computer having a direct connection to a digital telephony network..." so as to avoid an interpretation that would encompass connection to a digital telephony network through a specialized modem as described in Erekson.

Specifically with reference to the rejection of Claim 7 over Erekson, Applicants note that Claim 7 is limited to millivolt level while Erekson appears to contemplate operating voltages of about 40Vdc (see col 9 lines 57-62), which one of skill in the art would not describe as millivolt level voltages.

Paragraph 10 of the Office Action rejects Claim 8 as obvious over Erekson in light of Official Notice that cordless phones operated between 2.4 Vdc and 3.6 Vdc. Applicants believe the above analysis meets the rejection. In addition, Applicants believe that the Official Notice goes to the battery voltage of cordless phones, while the Claim limitation refers to the ringing voltage of the invention. In contrast to the 3 Vdc ringing voltage of the invention, the Erekson reference appears to contemplate a ringing voltage of about 200-250 Vdc (see col 10 lines 65-67 and col 11 lines 1-10).

Similarly, Claim 7 should be allowable as it is limited to millivolt level.

USR000257

Paragraph 11 of the Office Action rejects Claim 1 as obvious in light of the combination of Erekson and Peterson (U.S. Patent 6,728,546). Applicants believe the above discussion of Erekson also overcomes this rejection.

Applicants believe the above arguments and amendments overcome the rejections and the application is now in condition for allowance. Should there be remaining issues which might be resolved by a telephone interview, the Examiner is invited to contact the undersigned.

Respectfully submitted,

Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD  21153
(410) 837-5127

USR000258

05/16/2006  13:33   410-837-4492              USM                      PAGE  06

CLAIMS AS AMENDED

What is claimed is:

1 (currently amended). A remote cordless internet telephony device comprising: a remote cordless telephone comprising a remote cordless telephone handset and a remote cordless telephone base unit; said remote cordless telephone handset comprising a microphone, a speaker, a dialpad, a handset rf transceiver for communication with a base unit transceiver, circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver, circuitry for translating input from said handset rf transceiver means to an electrical signal as an input to said speaker, and circuitry for translating a keypress on said dialpad into data representing said keypress as an input to said handset rf transceiver;

said remote cordless telephone base unit connected to a computer, comprising a base unit rf transceiver for communication with said handset rf transceiver, means for determining whether said communication represents data representing a keypress or audio information, circuitry for translating communications from said handset rf transceiver into digital form for transmission to a computer, circuitry for receiving digital data from said computer and translating said digital data to a form suitable for transmission to said base unit rf transceiver, and means for transmitting signals between said base unit rf transceiver and said computer;

and a computer having a <u>direct</u> connection to a digital telephony network and a connection to said remote cordless telephone base unit, said computer executing software programmed to

accept data from said remote cordless telephone base unit,
transmit audio information input from said remote cordless telephone base unit to said digital telephony network,
receive audio information input from said digital telephony network, convert said audio information input to a form suitable for said remote cordless telephone base unit and transmit said audio information input to said cordless telephone base unit;

wherein said software is compatible with telephony software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call over the Internet;

whereby one user may carry on a voice conversation with a second user over said digital telephony network.

2. (original) A device as in claim 1 having an effective range between said remote cordless handset and said remote cordless telephone base of more than twelve feet.

3. (original) A device as in claim 1 having an effective range between said remote cordless handset and said remote cordless telephone base of more than 400 feet.

4. (original) A device as in claim 1 wherein said connection between said computer and said remote

PAGE 6/12 * RCVD AT 5/16/2006 1:30:28 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-5/1 * DNIS:2738300 * CSID:410 837 4492 * DURATION (mm-ss):03-32

USR000259

cordless telephone base unit comprises an RS232 for ring and status signal and a computer sound card.

5. (original) A device as in claim 1 wherein said connection between said computer and said remote cordless telephone base unit comprises a Universal Serial Bus for ring and status signal and a computer sound card.

6. (original) A device as in claim 1 wherein said software is programmed to detect the presence of the remote cordless telephone on any port, providing ready status where "ready" is defined as either (1) on hook in base or (2) out of base, not in use with radios and security codes synchronized.

7. (original) A device as in claim 1 wherein said remote cordless base unit comprises circuits separated into isolated millivolt level audio transmit and receive.

8. (original) A device as in claim 1 wherein ringing information operates at 3 vdc, and on a separate communication line from the audio signal.

9. (Cancelled)

10. (Cancelled)

11. (Cancelled)

12. (Cancelled)

13. (Cancelled).

14. (original) A device as in claim 1 further comprising the functions of voicemail navigation, or selections from a telephone system auto-attendant.

15. (original) A device as in Claim 1 wherein said connection between said computer and said remote cordless telephone base unit comprises a USB port.

16. (original) A device as in Claim 1 wherein said connection between said computer and said remote cordless telephone base unit comprises a serial port.

USR000260

PTO/SB/96 (12-05)
Approved for use through 07/31/2006, OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: Riparius Ventures, LLC

Application No./Patent No./Control No.: 11/299,430         Filed/Issue Date: 12May2004

Entitled: REMOTE INTERNET TELEPHONY DEVICE

Riparius Ventures, LLC , a LLD
_____ (Name of Assignee)                  (Type of Assignee e.g. corporation, partnership, university, government agency, etc.)

states that it is:

1. [✓] the assignee of the entire right, title, and interest; or

2. [ ] an assignee of less than the entire right, title and interest
(The extent (by percentage) of its ownership interest is _____%)

in the patent application/patent identified above by virtue of either:

A.[✓] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or a true copy of the original assignment is attached.
OR
B.[ ] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

1. From: _____  To: _____
The document was recorded in the United States Patent and Trademark Office at
Reel _____, Frame _____, or for which a copy thereof is attached.

2. From: _____  To: _____
The document was recorded in the United States Patent and Trademark Office at
Reel _____, Frame _____, or for which a copy thereof is attached.

3. From: _____  To: _____
The document was recorded in the United States Patent and Trademark Office at
Reel _____, Frame _____, or for which a copy thereof is attached.

[ ] Additional documents in the chain of title are listed on a supplemental sheet.

As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.
[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_Michael J. McCarthy_                              5/16/06
Signature                                          Date

Michael J. McCarthy                                410-837-5127
Printed or Typed Name                              Telephone Number

President
Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

USR000261

05/16/2006  13:33   410-837-4492         USM       RECEIVED
CENTRAL FAX CENTER      PAGE  08

MAY 1 6 2006

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE


In re Patent Application of: DAVID McELVANEY
For:     REMOTE INTERNET TELEPHONY DEVICE
Filed: December 13, 2005

   Serial No.: 11/299,439     Art Unit: 2614     Examiner: Ovidio ESCALANTE

RECORD OF INTERVIEW

A telephone interview was conducted on April 3, 2006, between Examiner Ovidio Escalante and Applicants' attorney, Max Stul Oppenheimer.

All pending claims were discussed.  The prior art of record was discussed.

Applicants' attorney advised that the copending application had been issued and that a terminal disclaimer would be filed to resolve the double patenting rejection.

The parties specifically discussed the difference between Claim 1, which specifies "a computer having a connection to a digital telephony network..." and the Erekson patent in which the computer is connected to a specialized modem (which is not part of a digital network) rather than directly to the digital network.

The parties also discussed the possibility of an interference between the application and the Erekson patent and the possibility of amending Claim 1 to "a computer having a direct connection to a digital telephony network..." in order to clarify that the claimed invention does not require a specialized modem as described in Erekson.

Agreement was not reached, but Applicants' attorney agreed to present the arguments formally.

USR000262

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: DAVID McELVANEY
For:   REMOTE INTERNET TELEPHONY DEVICE
Filed: December 13, 2005

Serial No.: 11/299,439    Art Unit: 2614    Examiner: Ovidio ESCALANTE


Authorization to Charge Deposit Account


May 16, 2006

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

Transmitted for filing in the above-referenced case are:

    Response to Office Action and related documents
    Terminal Disclaimer and related documents

Applicant is entitled to Small Entity status.

The Commissioner is authorized to charge any fees relating to the
above filing or credit any overpayment to our Deposit Account No.
15-0620.  A duplicate copy of this sheet is enclosed.

Respectfully submitted,

Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD  21153
(410) 837-5127

USR000263

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE


In re Patent Application of: DAVID McELVANEY
For:     REMOTE INTERNET TELEPHONY DEVICE
Filed:   December 13, 2005

Serial No.: 11/299,439    Art Unit: 2614    Examiner: Ovidio ESCALANTE


Authorization to Charge Deposit Account


May 16, 2006

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

Transmitted for filing in the above-referenced case are:

    Response to Office Action and related documents
    Terminal Disclaimer and related documents

Applicant is entitled to Small Entity status.

The Commissioner is authorized to charge any fees relating to the
above filing or credit any overpayment to our Deposit Account No.
15-0620. A duplicate copy of this sheet is enclosed.

Respectfully submitted,



        /Duplicate -- Original Signed/
        Max Stul Oppenheimer
        Reg. No. 33,203
        P. O. Box 50
        Stevenson, MD  21153
        (410) 837-5127

USR000264

05/16/2006  13:33    410-837-4492           USM             PAGE  09
  05/16/2006  13:07   4185620849            RIPARIUS        PAGE  02/03
    05/16/2006  12:25    410-937-4492        USM             PAGE  02

PTO/SB/26 (09-04)
Approved for use through 07/31/2006, OMB 0651-0031
U.S. Patent and Trademark Office U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A "PRIOR" PATENT | Docket Number (Optional) RV0501 |
|---|---|

In re Application of: McElvaney

Application No.: 11,299,439

Filed: 12/13/05

For: Remote Internet Telephony Device

The owner*, Riparius Ventures, LLC _____ of ____100____ percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term prior patent No. 6,869,635 _____ as the term of said prior patent is defined in 35 U.S.C. 154 and 173, and as the term of said prior patent is presently shortened by any terminal disclaimer. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of the term of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 and 173 of the prior patent, "as the term of said prior patent is presently shortened by any terminal disclaimer," in the event that said prior patent later:
    expires for failure to pay a maintenance fee;
    is held unenforceable;
    is found invalid by a court of competent jurisdiction;
    is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321;
    has all claims canceled by a reexamination certificate;
    is reissued; or
    is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. [✓]  For submissions on behalf of a business/organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the business/organization.

    I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

2. [ ]  The undersigned is an attorney or agent of record.  Reg. No. _____

_Michael J. McCarthy_ (signature)                    5/16/06
                                    Signature                              Date

                            Michael J. McCarthy, President
                            Typed or printed name

                                            410-837-5127
                                            Telephone Number

[✓]  Terminal disclaimer fee under 37 CFR 1.20(d) included.

        WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

*Statement under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner). Form PTO/SB/96 may be used for making this certification. See MPEP § 324.

This collection of information is required by 37 CFR 1.321. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

USR000265



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

|  | 7590 | 06/19/2006 |
|---|---|---|

Max Stul Oppenheimer
P.O. Box 50
Stevenson, MD 21153

| EXAMINER |
|---|
| ESCALANTE, OVIDIO |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2614 | |

DATE MAILED: 06/19/2006

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/299,439 | 12/13/2005 | David McElvaney | RV0501 | 9090 |

TITLE OF INVENTION: REMOTE INTERNET TELEPHONY DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $1000 | 09/19/2006 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

| If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status: | If the SMALL ENTITY is shown as NO: |
|---|---|
| A. If the status is the same, pay the TOTAL FEE(S) DUE shown above. | A. Pay TOTAL FEE(S) DUE shown above, or |
| B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or | B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above. |

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

Page 1 of 3

PTOL-85 (Rev. 01/06) Approved for use through 04/30/2007.

USR000266

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or **Fax**    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

7590    06/19/2006

Max Stul Oppenheimer
P.O. Box 50
Stevenson, MD 21153

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/299,439 | 12/13/2005 | David McElvaney | RV0501 | 9090 |

TITLE OF INVENTION: REMOTE INTERNET TELEPHONY DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $1000 | 09/19/2006 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| ESCALANTE, OVIDIO | 2614 | 379-067100 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    (B) RESIDENCE: (CITY and STATE or COUNTRY) .

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. The following fee(s) are enclosed:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):
☐ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

The Director of the USPTO is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.
NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 01/06) Approved for use through 04/30/2007.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

USR000267

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/299,439 | 12/13/2005 | David McElvaney | RV0501 | 9090 |

| | |
|---|---|
| 7590    06/19/2006 | EXAMINER |
| Max Stul Oppenheimer | ESCALANTE, OVIDIO |
| P.O. Box 50 | ART UNIT      PAPER NUMBER |
| Stevenson, MD 21153 | 2614 |

DATE MAILED: 06/19/2006

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702.  Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101   or (571)-272-4200.

Page 3 of 3

PTOL-85 (Rev. 01/06) Approved for use through 04/30/2007.

USR000268

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 11/299,439 | MCELVANEY, DAVID |
| | Examiner | Art Unit | |
| | Ovidio Escalante | 2614 | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to <u>5/16/06</u>.

2. ☒ The allowed claim(s) is/are <u>1-8 and 14-16</u>.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All  b) ☐ Some*  c) ☐ None  of the:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the

         International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☒ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☒ hereto or 2) ☐ to Paper No./Mail Date _____.

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of

      Paper No./Mail Date _____.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☒ Notice of References Cited (PTO-892)

2. ☒ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☐ Information Disclosure Statements (PTO-1449 or PTO/SB/08),
    Paper No./Mail Date _____

4. ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material

5. ☐ Notice of Informal Patent Application (PTO-152)

6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____.

USR000269

Application/Control Number: 11/299,439                                    Page 2

Art Unit: 2614

## DETAILED ACTION

1.      This action is in response to applicant's amendment filed on May 16, 2006. **Claims 1-8**

**and 14-16** are now pending in the present application.

## REASONS FOR ALLOWANCE

2.      The following is an examiner's statement of reasons for allowance: the application is

allowable for the reasons set forth on pages 3-5 of the Applicant's response filed on May 16,

2006.

*Regarding claim 1*, as noted therein, the claimed invention requires *inter alia* a remote

cordless Internet telephony device comprising a cordless telephone handset and cordless

telephone base unit wherein the base unit is connected to a computer and wherein the telephony

device translates a keypress on the dialpad of the cordless phone into data represented said

keypress and wherein the computer has a direct connection to a digital telephony network

whereas the closest prior art Erekson only teach of a cordless telephone handset and cordless

telephone based unit which is connected to a computer and wherein the computer is connected to

a telephone network via modem. Erekson does not teach or suggest a computer having a direct

connection to a digital telephone network since Erekson relies upon a voice modem to connect to

a telephone network.

As stated by the Applicant their claimed invention does not require a specialized modem

but connects directly to the digital network and does not suffer for the latency problems which

Erekson uses the specialized modem to overcome.

USR000270

Application/Control Number: 11/299,439                                   Page 3
Art Unit: 2614

The prior art of record Peterson teaches of a cordless phone device connecting to a base

unit in a computer. Peterson does not specifically teach or suggest that the computer connects

directly to a digital telephone network.

The prior art of record Papadopoulos teaches of a cordless computer telephone device

which allows a user to use a cordless telephone to having conversation via a computer.

Papadopoulos does not teach or suggest connecting the computer directly to a digital network.

The prior art of record Couse teaches of a cordless phone connecting to a telephone

network integration device and to a personal computer. Couse does not teach or suggest the base

unit transmitting the keypress signals to the computer and having a computer in direct connection

to a digital telephony network.

Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the issue

fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for

Allowance."

### *Conclusion*

3.      Any response to this action should be mailed to:

        Commissioner for Patents
        P.O. Box 1450
        Alexandria, Virginia 22313-1450

or faxed to:

        (571) 273-8300, (for formal communications intended for entry)

Or:
        (571) 273-7537, (for informal or draft communications, please label
        "PROPOSED" or "DRAFT")

Application/Control Number: 11/299,439                                    Page 4
Art Unit: 2614

Hand-delivered responses should be brought to:

Customer Service Window
Randolph Building
401 Dulany Street
Alexandria, VA 22314

4.     Any inquiry concerning this communication or earlier communications from the
examiner should be directed to Ovidio Escalante whose telephone number is 571-272-7537. The
examiner can normally be reached on M-Th from 6:30AM to 4:00PM. The examiner can also be
reached on alternate Fridays.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, Fan S Tsang can be reached on 571-272-7547. The fax phone number for the
organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent
Application Information Retrieval (PAIR) system. Status information for published applications
may be obtained from either Private PAIR or Public PAIR. Status information for unpublished
applications is available through Private PAIR only. For more information about the PAIR
system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR
system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

OVIDIO ESCALANTE
PATENT EXAMINER

*Ovidio Escalante*

Ovidio Escalante
Primary Patent Examiner
Group 2614
June 12, 2006

O.E./oe

USR000272

Form PTO-948 (Rev. 06/03)
Application No. _11/299,439_

U.S. DEPARTMENT OF COMMERCE
U.S. Patent and Trademark Office

## NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

The drawing(s) filed (insert date) _12-13-05_ are:
A. ___ approved by the Draftsperson under 37 CFR 1.84 or 1.152.
B. _✓_ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 for the reasons indicated below. Corrected drawings are required.

**1. DRAWINGS.** 37 CFR 1.84(a): Acceptable categories of drawings: Black ink or Color (3 sets required).
___ Color drawings are not acceptable until petition is granted. Fig(s)
___ Pencil and non black ink not permitted. Fig(s)
**2. PHOTOGRAPHS.** 37 CFR 1.84(b)
___ One (1) full-tone set is required. Fig(s)
___ Photographs may not be mounted. 37 CFR 1.84(e)
___ Photographs must meet paper size requirements of 37 CFR 1.84(f). Fig(s)
___ Poor quality (half-tone). Fig(s)
**3. TYPE OF PAPER.** 37 CFR 1.84(e)
___ Paper not flexible, strong, white, and durable. Fig(s)
___ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not accepted. Fig(s)
**4. SIZE OF PAPER.** 37 CFR 1.84(f): Acceptable sizes:
21.0 cm by 29.7 cm (DIN size A4) or
21.6 cm by 27.9 cm (8 1/2x 11 inches)
___ All drawing sheets not the same size. Sheet(s)
___ Drawings sheets not an acceptable size. Fig(s)
**5. MARGINS.** 37 CFR 1.84(g): Acceptable margins:
Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
___ Margins not acceptable. Fig(s)
_____ Top (T) _____ Left (L)
_____ Right (R) _____ Bottom (B)
**6. VIEWS.** 37 CFR 1.84(h)
REMINDER: Specification may require revision to correspond to drawing changes, e.g., if Fig. 1 is changed to Fig. 1A, Fig 1B and Fig. 1C, etc., the specification, at the Brief Description of the Drawings, must likewise be changed.
_✓_ Views not labeled separately or properly. Fig(s) _6 - 8_
**7. SECTIONAL VIEWS.** 37 CFR 1.84(h)(3)
___ Sectional designation should be noted with Arabic or Roman numbers. Fig(s)

**8. ARRANGEMENT OF VIEWS.** 37 CFR 1.84(i)
___ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s)
**9. SCALE.** 37 CFR 1.84(k)
___ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction. Fig(s)
**10. CHARACTER OF LINES, NUMBERS, & LETTERS.** 37 CFR 1.84(l)
___ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (poor line quality). Fig(s)
**11. SHADING.** 37 CFR 1.84(m)
___ Solid black areas pale. Fig(s)
___ Solid black shading not permitted. Fig(s)
**12. NUMBERS, LETTERS, & REFERENCE CHARACTERS.** 37 CFR 1.84(p)
___ Numbers and reference characters not plain and legible. Fig(s)
_✓_ Figure legends are poor. Fig(s) _4_
___ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(1) Fig(s)
___ English alphabet not used. 37 CFR 1.84(p)(2) Fig(s)
___ Numbers, letters and reference characters must be at least 32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3). Fig(s)
**13. LEAD LINES.** 37 CFR 1.84(q)
___ Lead lines missing. Fig(s)
**14. NUMBERING OF SHEETS OF DRAWINGS.** 37 CFR 1.84(t)
___ Sheets not numbered consecutively, and in Arabic numbers beginning with number 1. Sheet(s)
**15. NUMBERING OF VIEWS.** 37 CFR 1.84(u)
___ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s)
**16. DESIGN DRAWINGS.** 37 CFR 1.152
___ Surface shading shown not appropriate. Fig(s)
___ Solid black surface shading is not permitted except when used to represent the color black as well as color contrast. Fig(s)

**COMMENTS:** _Poor Quality Screen Shot._

Reviewer _J. Chase_                Date _6-8-06_
If you have questions, call (703) 305-8404.         Attachment to Paper No. _20060607_

✿ U.S. GOVERNMENT PRINTING OFFICE: 2003-300-153

USR000273

| *Notice of References Cited* | Application/Control No. 11/299,439 | Applicant(s)/Patent Under Reexamination MCELVANEY, DAVID | |
|---|---|---|---|
| | Examiner Ovidio Escalante | Art Unit 2614 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2003/0039242 | 02-2003 | Moore, Richard JR. | 370/354 |
| * | B | US-6,731,751 | 05-2004 | Papadopoulos, Costas | 379/399.01 |
| * | C | US-2005/0180406 | 08-2005 | Sagiv, Ovadia | 370/353 |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | JP 06-311255 | 04-1994 | Japan | Tadashi | H04M 11/00 |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | Electronic Times: The hub of the family network - Brief Article [online]. November, 29, 1999 [retrieved on 2006-06-07]. Retrieved from the Internet: <URL:http://www.findarticles.com/p/articles/mi_m0WVI/is_1999_Nov_29/ai_58265896/print.□□□□□□ |
| | V | InnoMedia Incorporated, Innomedia partners with Chinese ISP Tekson to provide cost savings for customers. May 16, 2000. |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    Notice of References Cited                    Part of Paper No. 20060607

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: **Mail**  Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

or **Fax** (571) 273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

7590        06/19/2006

Max Stul Oppenheimer
P.O. Box 50
Stevenson, MD 21153

07/31/2006 EAYALEW2 00000083 150620    11299439

| 01 FC:2501 | 700.00 OP |
| 02 FC:1504 | 300.00 OP |
| 03 FC:8001 | 30.00 DA |

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| attached | (Depositor's name) |
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/299,439 | 12/13/2005 | David McElvaney | RV0501 | 9090 |

TITLE OF INVENTION: REMOTE INTERNET TELEPHONY DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $1000 | 09/19/2006 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| ESCALANTE, OVIDIO | 2614 | 379-067100 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Max Stul Oppenheimer

2  _____

3  _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Riparius Ventures, LLC            Timonium, MD   USA

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. The following fee(s) are enclosed:

☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☒ Advance Order - # of Copies   10

4b. Payment of Fee(s):

☒ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☒ The Director is hereby authorized to charge the required fee(s), or credit any overpayment, to Deposit Account Number  attached  (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

The Director of the USPTO is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.
NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date  7/27/06

Typed or printed name  Max Stul Oppenheimer    Registration No.  33,203

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 01/06) Approved for use through 04/30/2007.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**In re Patent Application of: DAVID McELVANEY**
**For:　REMOTE INTERNET TELEPHONY DEVICE**
**Filed: December 13, 2005**

Serial No.: 11/299,439　　Art Unit: 2614　Examiner: Ovidio ESCALANTE

Authorization to Charge Deposit Account

July 27, 2006

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

Transmitted for filing in the above-referenced case are:

> **Assignment**
> **Response to Draftsperson's Review**
> **Issue Fee**
> **Check in the amount of $1,000**

**Applicant is entitled to Small Entity status.**

The Commissioner is authorized to charge any fees relating to the above filing or credit any overpayment to our Deposit Account No. 15-0620.  A <u>duplicate copy</u> of this sheet is enclosed.

Respectfully submitted,

/Duplicate -- Original Signed/
Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD  21153
(410) 837-5127

USR000276



OIPE
IAP25
JUL 27 2006
PATENT & TRADEMARK OFFICE

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**In re Patent Application of: DAVID McELVANEY**
**For:   REMOTE INTERNET TELEPHONY DEVICE**
**Filed:  December 13, 2005**

**Serial No.:** 11/299,439   **Art Unit:** 2614   **Examiner:** Ovidio ESCALANTE

July 27, 2006

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

Transmitted for filing in the above-referenced application are:

Assignment
Response to Draftsperson's Review
Part B Issue Fee Transmittal

Authorization to charge our deposit account is also enclosed.

Kindly date stamp and return the enclosed stamped, self-addressed postcard acknowledging receipt of the above.

Respectfully submitted,

Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD  21153
(410) 837-5127

CERTIFICATE OF MAILING BY EXPRESS MAIL
I HEREBY CERTIFY that on the date indicated above, the above-listed document(s) or fee(s) are being
mailed by EXPRESS MAIL, No. EQ691086844US, postage prepaid to the Commissioner for Patents, PO Box
1450, Alexandria, VA  22313-1450.

EQ691086844US

USR000277



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: DAVID McELVANEY
For:   REMOTE INTERNET TELEPHONY DEVICE
Filed: December 13, 2005

Serial No.: 11/299,439    Art Unit: 2614   Examiner: Ovidio ESCALANTE

## LETTER TO DRAFTSPERSON

July 27, 2006

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Sir:

In response to the Notice of Draftsperson's Patent Drawing Review dated June 8, 2006, Applicant submits herewith formal drawings of Figures 4, 6, 7 and 8, correcting the format errors noted in the Review. The Review also indicates "poor quality screen shot" in the Comments section. Applicant assumes this refers to Figure 5. In order to expedite issue, Applicant is also submitting a formal drawing of Figure 5.

No new matter has been added.

It is respectfully submitted that all formal drawing requirements have been satisfied and approval is requested. If Applicant has misunderstood the Draftsperson's comments, please call the undersigned.

Respectfully submitted,

Max Stul Oppenheimer
Reg. No. 33,203
P.O. Box 50
Stevenson, MD 21153
(410) 837-5127



Figure 4 Simplified Block
Diagram



# Figure 6

```
' ------------------------------------------------------------------------
'Sample listing for setup of DTMF recognition and serial port operations related to use of the Cordless
Internet Telephone  to emulate a POTS call using one of several service providers.


Misc. (Types, Enums, Constants...)
' ------------------------------------------------------------------------

' Means to use a default or automatic value
Global Const ttAutomatic = -1

' Errors used by ttLib
Enum ttErrors
    tteNoError = 0
    tteUnknown
    tteNotSupported
    tteOutOfMemory
    tteWaveDeviceDidNotOpen
    tteWrongState
    tteBadParameter
End Enum

' Most ttLib functions return a success value
Enum ttSuccessValue
    ttscFailure = 0
    ttscSuccess = -1
End Enum

' Used by ttInitializeExInfo and ttInitialize()
Enum ttCallbackMethods
    ttcmPostMessage = 0       ' PostMessage to a given window
    ttcmSendMessage = 1       ' SendMessage to a given window


    ttcmDirectFunction = 2    ' Call a function DIRECTLY FROM THE RECOGNIZER THREAD
End Enum

' Used by ttInitializeEx()
Type ttInitializeExInfo
    StructSize As Long              ' LenB(ttInitializeExInfo)

    CallbackMethod As ttCallbackMethods    ' Desired form of callback
    CallbackInfo1 As Long           ' If CB method is DirectFunction, this is a
                                    ' Function pointer of a CallbackType function.
                                    ' If CB method is Send/PostMessage, this is
                                    ' the target hWnd.
    CallbackInfo2 As Long           ' If CB method is Send/PostMessage, this is the
                                    ' window message to send or ttAutomatic.

    MinNoise As Long                ' Noise gate level or ttAutomatic
    ToneDuration As Long            ' Number of 12.75ms sampling windows needed
```

```
                              ' for tone or ttAutomatic
    SilenceDuration As Long        ' Number of 12.75ms sampling windows needed
                              ' for silence or ttAutomatic
    SignalToNoise As Long            ' Signal to noise ratio or ttAutomatic
    RowRatio As Long              ' Primary to harmonic ratio for rows or
                              ' ttAutomatic



    ColRatio As Long                ' Primary to harmonic ratio for columns or
                              ' ttAutomatic
    DeviceOverride As Long            ' Audio input device to use or ttAutomatic
End Type

' ------------------------------------------------------------------------



' ------------------------------------------------------------------------
' Interface functions
' ------------------------------------------------------------------------

' You call Initialize() or InitializeEx() when you first load the DLL or
' when you want to change some of the parameters.  They are NOT meant to
' be called while recognition is in progress.  The results of calling them
' while recognition is in progress are undefined.
' The ttInitializeExInfo struct passed to InitializeEx() will be returned
' with all ttAUTOMATIC values replaced by their defaults.  The struct can
' freed immediately.
Declare Function ttInitialize Lib "ttLib" (ByVal Method As ttCallbackMethods, ByVal CallbackInfo1 As
Long) As ttSuccessValue
Declare Function ttInitializeEx Lib "ttLib" (ttLibInitializeExInfo As ttInitializeExInfo) As ttSuccessValue

' Starts up recognition
Declare Function ttBeginRecognition Lib "ttLib" () As ttSuccessValue

' Stops recognition.  Failing to call this is an easy way to crash your app.
Declare Function ttEndRecognition Lib "ttLib" () As ttSuccessValue

' Returns an error value.
Declare Function ttGetErrorVal Lib "ttLib" () As ttErrors
' ------------------------------------------------------------------------



' This is the prototype to use for callbacks functions.  With VB6, this is
' useless unless you really know what you're doing.  With VB5, it should
' be a breeze.
' Sub CallbackProc(ByVal Char As Byte)



'The following Communications constants are from win32api.txt:
--------------------------------------------------------------------------------
```

USR000281

```
'EscapeCommFunction values
Global Const SETXOFF = 1
Global Const SETXON = 2
Global Const SETRTS = 3
Global Const CLRRTS = 4
Global Const SETDTR = 5
Global Const CLRDTR = 6
Global Const RESETDEV = 7
Global Const GETMAXLPT = 8
Global Const GETMAXCOM = 9
Global Const GETBASEIRQ = 10



-------------------------------------------------------------------------------------
'Global variables & constants

Public CommPorts() As String
Public PortExists As Boolean
Public Com1PortInUse As Boolean
Public Com2PortInUse As Boolean
Public PortNumber As Integer
Public PortOpen As Boolean
Public NumberOfPorts As Integer

Public ValidPort As Boolean
Public dtmf As String
Public getting_tone As Boolean

'API declares:

Declare Function PlaySound _
    Lib "winmm.dll" _
    Alias "PlaySoundA" _
    (ByVal lpszName As String, ByVal hModule As Long, ByVal dwFlags As Long) As Long


Public Declare Function EscapeCommFunction _
    Lib "kernel32" _
    (ByVal nCid As Long, _
    ByVal nFunc As Long) _
    As Long


Public Declare Function timeGetTime _
    Lib "winmm.dll" () _
    As Long



-------------------------------------------------------------------------------------


Public Sub Delay(DelayInMilliseconds As Single)
'Delay timer with approximately 1-msec. resolution.
'Uses the API function timeGetTime.
```

USR000282

```
'Rolls over 24 days after the last Windows startup.
Dim Timeout As Single
Timeout = DelayInMilliseconds + timeGetTime()
Do Until timeGetTime() >= Timeout
    DoEvents
Loop
End Sub



-----------------------------------------------------------------------------------


Public Sub ShutDown()
'Close the port.
If Form1.MSComm1.PortOpen = True Then
    Form1.MSComm1.PortOpen = False
End If
End Sub



Private Const WM_LBUTTONUP = &H202
Public dialing As Boolean
Public dialtoneplaying As Boolean
Public talking As Boolean


-----------------------------------------------------------------------------------


Private Sub CallbackTarget_MouseUp(Button As Integer, Shift As Integer, X As Single, Y As Single)
    ' When the recognizer gets a valid tone, it sends a window message with
    ' both the LPARAM and the WPARAM as the ASCII value of the key.  Since we
    ' specified WM_LBUTTONUP as the message and CallbackTarget.hWnd as the window
    ' in our call to ttInitializeEx() -- this MouseUp event ends up firing when
    ' a key is recognized!
    ' For a normal WM_LBUTTONUP message, the X position of the mouse is in the
    ' low word of the LPARAM.  Since VB uses that for the X parameter... the
    ' key's ASCII value is now in X!  Note that CallbackTarget's ScaleMode is
    ' vbPixels.  If it was something else, VB would have multipled the real
    ' low word of LPARAM by something to make X (i.e., if ScaleMode = vbTwips,
    ' we'd want to do txtKeys.SelText = Chr$(X \ Screen.TwipsPerPixelx)).  Don't
    ' sweat it.  Just make sure your callback target's ScaleMode is vbPixels!

    Status.SelStart = Len(Status.Text)
    Status.SelText = Chr$(X)
End Sub
-----------------------------------------------------------------------------------


Private Sub EnableDialer_Click()

    If PickMSIM.Value = False And PickDialpad.Value = False And PickPhoneFree.Value = False Then
        MsgBox "You must select a program first"
        Exit Sub
    End If
```

USR000283

```
PortNumber = Text1.Text
If Form1.MSComm1.PortOpen = True Then Form1.MSComm1.PortOpen = False
Form1.MSComm1.CommPort = PortNumber
If Form1.MSComm1.PortOpen = False Then Form1.MSComm1.PortOpen = True


    -----------------------------------------------------------------------------------


    'start capturing tones

    If ttBeginRecognition = ttscFailure Then
        MsgBox "Failed to start DTMF recognition! Is your sound system in use by another program?" &
vbNewLine & "Error " & CStr(ttGetErrorVal), vbExclamation
        Exit Sub
    End If
  Status.Text = ""
  dialing = True
  If PickDialpad.Value = True Then Timer1.Enabled = True
  If PickMSIM.Value = True Then Timer2.Enabled = True
  If PickPhoneFree.Value = True Then Timer3.Enabled = True
  EnableDialer.Enabled = False
  Command2.Enabled = False
  Text1.Enabled = False
  Text2.Text = "Listening on com port " & PortNumber

End Sub


    -----------------------------------------------------------------------------------

Private Sub Command2_Click()
PortNumber = Text1.Text
Call ringit
Call ringit ' sometimes the detection circuit needs a second ring
End Sub


    -----------------------------------------------------------------------------------

Private Sub ringit()
'rings the handset until answered
If MSComm1.PortOpen = True Then MSComm1.PortOpen = False
'Change Comm port here
MSComm1.CommPort = PortNumber
If MSComm1.PortOpen = False Then MSComm1.PortOpen = True
Dim Commhandle As Long
Commhandle = Form1.MSComm1.CommID

Do
    Dim Timeout As Single
    Timeout = timeGetTime() + 500
    Do
        RTSOn = SETRTS
        Success = EscapeCommFunction(Commhandle, RTSOn)
        Delay (25)
        RTSOn = CLRRTS
        Success = EscapeCommFunction(Commhandle, RTSOn)
```

USR000284

```
        Delay (25)
    Loop While (timeGetTime() <= Timeout)
Delay (1000)
'Wait for off hook
Loop While MSComm1.DSRHolding = True
If MSComm1.PortOpen = True Then MSComm1.PortOpen = False

End Sub



--------------------------------------------------------------------

Private Sub Reset_Click()
'reset everything and stop timers
    ttEndRecognition
    If Form1.MSComm1.PortOpen = True Then Form1.MSComm1.PortOpen = False
    Call dialtone_off
    Timer1.Enabled = False
    Timer2.Enabled = False
    Timer3.Enabled = False
    EnableDialer.Enabled = True
    Command2.Enabled = True
    Delay (1000) 'give the phone a second to settle in case they just hung up
    Call Text1_Change
End Sub


--------------------------------------------------------------------

Private Sub Command4_Click()
    Dim htmlpath
    htmlpath = App.Path & "\index.html"
    frmBrowser.StartingAddress = htmlpath
    frmBrowser.Show
End Sub


--------------------------------------------------------------------

Private Sub Form_Load()
'set up state variables
    dialing = False
    dialtoneplaying = False
    talking = False
    Text1.Text = 1
    PortNumber = Text1.Text
    Call Text1_Change
--------------------------------------------------------------------

'set up dtmf detector
Dim IEI As ttInitializeExInfo
    With IEI
        .StructSize = LenB(IEI)

        .CallbackMethod = ttcmPostMessage
```

```
    ' CallbackInfo1 is the target window for window-based callbacks
    .CallbackInfo1 = CallbackTarget.hWnd

    ' CallbackInfo2 is the WM to send for window-based callbacks
    .CallbackInfo2 = WM_LBUTTONUP

    ' Use the defaults...
    .ColRatio = ttAutomatic
    .DeviceOverride = ttAutomatic
    .MinNoise = ttAutomatic
    .RowRatio = ttAutomatic
    .SignalToNoise = ttAutomatic
    .SilenceDuration = ttAutomatic
    .ToneDuration = ttAutomatic
End With

If ttInitializeEx(IEI) = ttscFailure Then
    MsgBox "Failed to initialize ttLib!" & vbNewLine & "Error " & CStr(ttGetErrorVal), vbExclamation
    Unload Me
    Exit Sub
End If

' ttInitializeEx will have filled in all the ttAutomatic values, so
' we can see what they are now if you uncomment the box below...
'MsgBox "Tone duration is " & Format$(IEI.ToneDuration * 12.75, "#.##") & vbNewLine & _
    "Silence duration is " & Format$(IEI.SilenceDuration * 12.75, "#.##"), _
    vbInformation, "Info"

End Sub

-----------------------------------------------------------------------------------------
Private Sub PickDialpad_Click()
    PickMSIM.Value = False
    PickPhoneFree.Value = False
End Sub
-----------------------------------------------------------------------------------------
Private Sub PickMSIM_Click()
    PickDialpad.Value = False
    PickPhoneFree.Value = False
End Sub
-----------------------------------------------------------------------------------------
Private Sub PickPhoneFree_Click()
    PickMSIM.Value = False
    PickDialpad.Value = False
End Sub
-----------------------------------------------------------------------------------------

Private Sub Text1_Change()
' check for DSR on selected port to sense a device
'note that IR ports also give a positive response, it might not be the phone

    On Error Resume Next
    If Text1.Text = "" Then Exit Sub
    If Text1.Text > 0 And Text1.Text < 3 Then PortNumber = Text1.Text
    If Form1.MSComm1.PortOpen = True Then Form1.MSComm1.PortOpen = False
```

USR000286

```
Form1.MSComm1.CommPort = PortNumber
If Form1.MSComm1.PortOpen = False Then Form1.MSComm1.PortOpen = True
If Form1.MSComm1.DSRHolding = True Then
    Text2.Text = "Device found on port"
    Command2.Visible = True ' display a test ring button
Else
    Text2.Text = "Device not ready or not found on com port"
    Command2.Visible = False
End If
If Text1.Text > 2 Then Text1.Text = 1
End Sub
```

----------------------------------------------------------------------------------

```
Private Sub Timer1_Timer()
If dialing = True And Form1.MSComm1.DSRHolding = False Then

  'check to see if I should start dialtone
    If dialtoneplaying = False And Status.Text = "" Then Call dialtone_on

    'wait for right number of digits, and kill dialtone on the first one
    If Len(Status.Text) > 0 Then
        Call dialtone_off
        If Len(Status.Text) > 9 Then
            ' recognition is ended
            ttEndRecognition
            'run the application
            AppActivate ("Dialpad.com [")
            'send it the right keystrokes to dial
            SendKeys "{TAB 13}" & "~" & "{BKSP}" & Status.Text & "~", 0
            dialing = False
            talking = True
        End If
    End If

  End If  ' if flag = true

End If

'reset everything on a hangup
If talking = True And Form1.MSComm1.DSRHolding = True Then
    talking = False
    AppActivate ("Dialpad.com [")
    SendKeys "%{F4}", 1 'alt F4 closes window
    DoEvents
    Delay (300)
    AppActivate ("Dialpad")
    SendKeys "%vr", 1
    Delay 10000
    dialing = True
    Call EnableDialer_Click
End If
If dialing = True And MSComm1.DSRHolding = True And Status.Text > "" Then
        Call dialtone_off
        Status.Text = ""
```

USR000287

```
End If
End Sub
-----------------------------------------------------------------------------------

Private Sub Timer2_Timer()
'This timer routine is for Microsoft Instant Messenger/Net2Phone
' don't waste time if phone is on hook
If dialing = True And Form1.MSComm1.DSRHolding = False Then

'check to see if I should start dialtone
    If dialtoneplaying = False And Status.Text = "" Then Call dialtone_on

    'wait for right number of digits, and kill dialtone on the first one
    If Len(Status.Text) > 0 Then
      Call dialtone_off
        If Len(Status.Text) > 10 Then
          ' recognition is ended
          ttEndRecognition
          'run the application
          AppActivate ("MSN Mess")
          SendKeys "%TCD", 1
          AppActivate ("Phone Call")
          SendKeys Status.Text & "~"
          dialing = False
          talking = True
          Status.Text = ""
      End If

   End If  ' if flag = true
End If
If talking = True And Form1.MSComm1.DSRHolding = True Then
    talking = False
    AppActivate ("Phone Call")
    SendKeys "%U", 1
    Delay (500)
    EnableDialer_Click
End If
    If dialing = True And MSComm1.DSRHolding = True And Status.Text > "" Then
        Call dialtone_off
        Status.Text = ""
    End If
End Sub
-----------------------------------------------------------------------------------

Private Sub Form_Unload(Cancel As Integer)

'shut down and release audio hardware
    If Form1.MSComm1.PortOpen = True Then Form1.MSComm1.PortOpen = False
    Call dialtone_off
    ' Make sure recognition is ended!
    ttEndRecognition
End Sub


-----------------------------------------------------------------------------------
Private Sub dialtone_on()
'plays the dialtone wav
```

```
On Error Resume Next
dialtoneplaying = True
'Declare sound playing api variables
    SND_ASYNC = &H1
    'Play the sound asynchronously -- return immediately after beginning to play the sound and have it
play in the background.
    SND_FILENAME = &H20000
    'lpszName is a string identifying the filename of the .wav file to play.
    SND_LOOP = &H8
    'Continue looping the sound until this function is called again ordering the looped playback to stop.
SND_ASYNC must also be specified.
    SND_PURGE = &H40
    'Stop playback of any waveform sound. lpszName must be an empty string.Dim SYNC As Long
Dim wav As String
wav = "c:\windows\dialtone.wav"
If wav = "" Then Exit Sub
SYNC = SND_ASYNC Or SND_LOOP
Dim R As Long
R = PlaySound(wav, 0, SND_FILENAME Or SND_ASYNC Or SND_LOOP)

    If R = 0 Then MsgBox ("Error! I couldn't get control of the speaker to play dialtone, but the call may still
work.  You may have to stop other audio programs or check device settings in Control panel, Multimedia,
Playback (Use preferred device only)")

End Sub
Private Sub dialtone_off()
    On Error Resume Next
    dialtoneplaying = False
    'Declare sound playing api variables
    SND_ASYNC = &H1
    'Play the sound asynchronously -- return immediately after beginning to play the sound and have it
play in the background.
    SND_FILENAME = &H20000
    'lpszName is a string identifying the filename of the .wav file to play.
    SND_LOOP = &H8
    'Continue looping the sound until this function is called again ordering the looped playback to stop.
SND_ASYNC must also be specified.
    SND_PURGE = &H40
    'Stop playback of any waveform sound. lpszName must be an empty string.Dim SYNC As Long
    SND_NODEFAULT = &H2

    wav = "c:\windows\off.wav"
    R = PlaySound("", 0, SND_PURGE Or SND_NODEFAULT)
End Sub
--------------------------------------------------------------------------------------------------------

Private Sub Timer3_Timer()
' this timer is for Phonefree
' don't waste time if phone is on hook

If dialing = True And Form1.MSComm1.DSRHolding = False Then
'check to see if I should start dialtone

If dialtoneplaying = False And Status.Text = "" Then Call dialtone_on
    'wait for right number of digits, and kill dialtone on the first one
```

USR000289

```
If Len(Status.Text) > 0 Then
    Call dialtone_off

    If Len(Status.Text) > 10 Then
        ' recognition is ended
        ttEndRecognition
        'run the application
        AppActivate ("PhoneFree")
        SendKeys Status.Text & "~"
        dialing = False
        talking = True
        Status.Text = ""
    End If

    End If  ' if flag = true
End If
If talking = True And Form1.MSComm1.DSRHolding = True Then
    talking = False

' Uncomment this when Phonefree gets their hotkeys working again
    'In the meantime, just hope the other party hangs up within 15 seconds

    'AppActivate ("PhoneFree")
    'SendKeys "+H", 1
    Delay (3000)
    'SendKeys "%N", 1
    'EnableDialer_Click
    Call Reset_Click
End If
If dialing = True And MSComm1.DSRHolding = True And Status.Text > "" Then
    Call dialtone_off
    Status.Text = ""
End If
End Sub
```

USR000290

## Figure 7  DTMF detection software parameter tuning

| score | Noise Gate | Noise/Signal | Tone Duration | Silence Duration | Pri/Harmonic Ratio |
|---|---|---|---|---|---|
| 0 | 0 | 1 | 1 | 1 | 0 |
| 0 | 450495 | 1 | 1 | 1 | 0 |
| 0 | 0 | 1 | 1 | 1 | 25 |
| 0 | 450495 | 25 | 1 | 1 | 0 |
| 0 | 450495 | 50 | 1 | 1 | 0 |
| 0 | 1000000 | 25 | 1 | 1 | 0 |
| 0 | 1000000 | 50 | 1 | 1 | 0 |
| 0 | 0 | 1 | 10 | 1 | 12 |
| 0 | 0 | 1 | 10 | 1 | 25 |
| 0 | 495050 | 12 | 5 | 1 | 0 |
| 0 | 495050 | 12 | 10 | 1 | 0 |
| 0 | 495050 | 12 | 1 | 5 | 0 |
| 0 | 495050 | 12 | 1 | 10 | 0 |
| 0 | 495050 | 12 | 1 | 1 | 12 |
| 0 | 495050 | 12 | 1 | 1 | 25 |
| 1 | 1000000 | 1 | 1 | 1 | 0 |
| 1 | 0 | 1 | 1 | 1 | 12 |
| 1 | 450495 | 1 | 1 | 1 | 25 |
| 1 | 0 | 1 | 5 | 1 | 25 |
| 1 | 0 | 1 | 1 | 5 | 25 |
| 1 | 0 | 1 | 10 | 10 | 0 |
| 1 | 0 | 1 | 1 | 10 | 12 |
| 1 | 0 | 1 | 1 | 10 | 25 |
| 2 | 0 | 1 | 1 | 5 | 0 |
| 2 | 0 | 25 | 10 | 1 | 0 |
| 2 | 1000000 | 1 | 10 | 1 | 0 |
| 2 | 0 | 1 | 10 | 5 | 0 |
| 3 | 0 | 25 | 1 | 1 | 0 |
| 4 | 450495 | 1 | 10 | 1 | 0 |
| 4 | 0 | 25 | 1 | 10 | 0 |
| 4 | 0 | 1 | 5 | 1 | 12 |
| 5 | 0 | 1 | 1 | 10 | 0 |
| 5 | 450495 | 1 | 1 | 1 | 12 |
| 5 | 0 | 50 | 1 | 10 | 0 |
| 6 | 0 | 25 | 1 | 5 | 0 |
| 6 | 0 | 25 | 1 | 1 | 25 |
| 6 | 0 | 1 | 1 | 5 | 12 |
| 6 | 0 | 50 | 10 | 1 | 0 |
| 7 | 1000000 | 1 | 1 | 1 | 12 |
| 7 | 0 | 50 | 1 | 1 | 12 |
| 7 | 0 | 50 | 1 | 1 | 25 |
| 8 | 0 | 50 | 1 | 1 | 0 |
| 8 | 0 | 1 | 5 | 1 | 0 |
| 8 | 0 | 25 | 1 | 1 | 12 |
| 8 | 0 | 1 | 5 | 10 | 0 |
| 8 | 0 | 50 | 5 | 1 | 0 |
| 9 | 0 | 1 | 10 | 1 | 0 |

USR000291

| | | | | | |
|---|---|---|---|---|---|
| 9 | 0 | 1 | 5 | 5 | 0 |
| 9 | 1000000 | 1 | 5 | 1 | 0 |
| 9 | 1000000 | 1 | 1 | 5 | 0 |
| 9 | 1000000 | 1 | 1 | 10 | 0 |
| 9 | 1000000 | 1 | 1 | 1 | 25 |
| 9 | 0 | 50 | 1 | 5 | 0 |
| 10 | 450495 | 1 | 5 | 1 | 0 |
| 10 | 450495 | 1 | 1 | 5 | 0 |
| 10 | 450495 | 1 | 1 | 10 | 0 |
| 10 | 0 | 25 | 5 | 1 | 0 |

USR000292

Figure 8 DTMF Detection Library function

```
// -------------------------------------------------------------------
// Main.c - Murphy McCauley
Sun, Oct 1 / 2000
// The interface and heart of ttLib
// -------------------------------------------------------------------


// -------------------------------------------------------------------
// Misc
// -------------------------------------------------------------------

// This is the main file
#define MAIN


// -------------------------------------------------------------------
// Includes
// -------------------------------------------------------------------

#include "ttLib.h"
#include "Main.h"
#include "DFT.h"
#include "Util.h"

#include <math.h>                 // For floor() (I think that's all...)
#include <process.h>    // For threading
#include <mmsystem.h>   // For audio


// -------------------------------------------------------------------


// -------------------------------------------------------------------
// Callback settings (File scope variables)
// -------------------------------------------------------------------

// This is a function pointer to the function to call when a key has been
// recognized.  This function implements a callback behavior.
GotKeyType              pGotKeyFunc;

// If the callback method is one that calls a function, this is a pointer to
// the function to call.
CallbackType    pCallbackFunc;

// If the callback method is one that notifies via a window, this is the
// window that recieves the notification.
HWND                    pCallbackWindow;

// If the callback method is one that notifies via a window, this is the
// window message to send.
int                             pCallbackMessage;
```

```
// --------------------------------------------------------------------


// --------------------------------------------------------------------
// Misc variables (File scope variables)
// --------------------------------------------------------------------

// WAVEHDRs for the chunks
WAVEHDR        pWaves[NUM_CHUNKS];

// Pointer to the entire audio data buffer (for all chunks)
short * pWaveData;

// Pointers within pWaveData -- one for each chunk
short * pChunkData[NUM_CHUNKS];

// Handle of the audio input device
HWAVEIN phDev;

// The waveform format
WAVEFORMATEX pFormat;

// When TRUE, the decoding loop will exit
volatile BOOL pQuitNow = FALSE;

// Handle of the recognizer thread
HANDLE phThread;

// Audio device to open
UINT pAudioDevice = WAVE_MAPPER;

// Translates a row and column into a key
static char pKeys[4][4] = {{'1', '2', '3', 'O'}, // O - Flash Override (FO/A)
                           {'4', '5', '6', 'F'}, // F - Flash (F/B)
                           {'7', '8', '9', 'I'}, // I - Immediate (I/C)
                           {'*', '0', '#', 'P'}};// P - Priority (P/D)


// --------------------------------------------------------------------


// --------------------------------------------------------------------
// Recognizer settings (File scope variables)
// --------------------------------------------------------------------

// This is a noise gate to stop excessively noisy signal from being
// considered as a tone candidate.
int pMinNoise = DEFAULT_MIN_NOISE;

// This is the number of sampling intervals that must pass until
// a key is considered pressed (currently a 12.75ms sampling interval
// is hard coded).  I suggest 3 -- 3 * 12.75 = 38.25
int pToneDur = DEFAULT_TONE_DURATION;

// This is the number of sampling intervals that must pass between
// keys (currently a 12.75ms sampling interval is hard coded).
// I suggest 3 -- 3 * 12.75 = 38.25
int pSilenceDur = DEFAULT_SILENCE_DURATION;
```

```
// This determines how much stronger the detected tones must be
// compared with the rest of the signal.  Likely range is 10 - 50.
int pSignalToNoise = DEFAULT_SIGNAL_TO_NOISE;

// These are the ratio between the primary tone and its harmonic.
// The higher they are, the stronger the primary tone must be in
// comparison, which will make the thing less likely to misfire.
// Likely range is 0 - 25.  In my testing, most sources are noisy
// enough to throw this off rather easily for at least on frequency.
// I suspect this is due to the tone generators.
int pRowRatio = DEFAULT_ROW_RATIO;
int pColRatio = DEFAULT_COL_RATIO;

// ------------------------------------------------------------------



// ------------------------------------------------------------------
// Misc. internal functions
// ------------------------------------------------------------------

int CalcNumSamples(double MS, int Rate) {
        double T;
        T = MS * (Rate / 1000.0);
        if (floor(T) < T) {
                return (int)(floor(T) + 1);
        } else {
                return (int)floor(T);
        }
}


unsigned __stdcall ThreadProc (LPVOID Dummy) {
        BOOL TempB;

        TempB = Recognize();

        if ( (TempB == FALSE) && (gLastError == tteNoError) ) {
                SetError(tteUnknown);
        }

        _endthreadex(TempB);
        return TempB; // Just for style

// ------------------------------------------------------------------



// ------------------------------------------------------------------
// Callback handling functions
// ------------------------------------------------------------------

// These functions (xCB()) implement callback methods
void SendMessageCB (char Key) {
        SendMessage(pCallbackWindow, pCallbackMessage, Key, Key);
}
void PostMessageCB (char Key) {
        PostMessage(pCallbackWindow, pCallbackMessage, Key, Key);
}
```

USR000295

```
void DirectFunctionCB (char Key) {
        pCallbackFunc(Key);
}


// Used to set set up a callback method -- a fairly silly (but
// straightforward) implementation.
BOOL SetCallback(ttCallbackMethods Method, int CB) {
        switch (Method) {
                case ttcmPostMessage:
                        pCallbackWindow = (HWND)CB;
                        pGotKeyFunc = PostMessageCB;
                        if (!pCallbackWindow) {
                                SetError(tteBadParameter);
                                return FALSE;
                        }
                        break;
                case ttcmSendMessage:
                        pCallbackWindow = (HWND)CB;
                        pGotKeyFunc = SendMessageCB;
                        if (!pCallbackWindow) {
                                SetError(tteBadParameter);
                                return FALSE;
                        }
                        break;
                case ttcmDirectFunction:
                        pCallbackFunc = (CallbackType)CB;
                        pGotKeyFunc = DirectFunctionCB;
                        if (!pCallbackFunc) {
                                SetError(tteBadParameter);
                                return FALSE;
                        }
                        break;
                default:
                        SetError(tteNotSupported);
                        return FALSE;
        }

        return TRUE;
}
// -----------------------------------------------------------------------



// -----------------------------------------------------------------------
// Interface functions (prototyped in ttInterface.h)
// -----------------------------------------------------------------------

TouchToneErrors EXPORT ttGetErrorVal() {
        TouchToneErrors ret;
        ret = gLastError;
        gLastError = 0;
        return ret;
}


BOOL EXPORT ttInitializeEx (ttInitializeExInfo * Info) {
        SetError(tteNoError);
```

```
if (Info->StructSize != sizeof(ttInitializeExInfo)) {
        SetError(tteNotSupported);
        return FALSE;
}
if (!SetCallback(Info->CallbackMethod, Info->CallbackInfo1)) {
        return FALSE;
}

pCallbackMessage= autosetp(&Info->CallbackInfo2, DEFAULT_CALLBACK_MESSAGE);

pMinNoise              = autosetp(&Info->MinNoise,              DEFAULT_MIN_NOISE);
pToneDur               = autosetp(&Info->ToneDuration,  DEFAULT_TONE_DURATION);
pSilenceDur    = autosetp(&Info->SilenceDuration,DEFAULT_SILENCE_DURATION);
pSignalToNoise = autosetp(&Info->SignalToNoise, DEFAULT_SIGNAL_TO_NOISE);
pRowRatio              = autosetp(&Info->RowRatio,             DEFAULT_ROW_RATIO);
pColRatio              = autosetp(&Info->ColRatio,              DEFAULT_COL_RATIO);

pAudioDevice   = (UINT)autosetp(&Info->DeviceOverride,  DEFAULT_DEVICE);

return TRUE;
}


BOOL EXPORT ttInitialize (ttCallbackMethods Method, int CB) {
        SetError(tteNoError);

        if (!SetCallback(Method, CB)) {
                return FALSE;
        }

        pCallbackMessage = DEFAULT_CALLBACK_MESSAGE;
        pMinNoise             = DEFAULT_MIN_NOISE;
        pToneDur              = DEFAULT_TONE_DURATION;
        pSilenceDur   = DEFAULT_SILENCE_DURATION;
        pSignalToNoise = DEFAULT_SIGNAL_TO_NOISE;
        pRowRatio             = DEFAULT_ROW_RATIO;
        pColRatio             = DEFAULT_COL_RATIO;

        pAudioDevice   = DEFAULT_DEVICE;

        return TRUE;
}


BOOL EXPORT ttBeginRecognition () {
        int ThreadID;

        if (phThread) {
                SetError(tteWrongState);
                return FALSE;
        }

pFormat.wFormatTag = WAVE_FORMAT_PCM;
pFormat.nChannels = 1;
pFormat.nSamplesPerSec = 11025; // 11kHz
pFormat.wBitsPerSample = 16;
pFormat.nBlockAlign = (pFormat.nChannels * pFormat.wBitsPerSample) / 8;
pFormat.nAvgBytesPerSec = pFormat.nBlockAlign * pFormat.nSamplesPerSec;
```

```
pFormat.cbSize = 0;

        if (!phDev) {
                waveInOpen(&phDev, pAudioDevice, &pFormat, 0, 0, CALLBACK_NULL);
        }
if (!phDev) {
                SetError(tteWaveDeviceDidNotOpen);
                return FALSE;
        }

        waveInStart(phDev);

        phThread = (HANDLE)_beginthreadex(
          NULL,
          0,
          ThreadProc,
          NULL,
          0,
          &ThreadID);

        if (phThread) {
                return TRUE;
        } else {
                waveInReset(phDev);
                waveInClose(phDev);
                phDev = 0;
                return FALSE;
        }
}


BOOL EXPORT ttEndRecognition () {
        if (!phThread) {
                // It's not running!
                SetError(tteWrongState);
                return FALSE;
        }

        // Tell the thread to quit
        pQuitNow = TRUE;

        // Wait for the thread to finish, then clean it up
        WaitForSingleObject(phThread, INFINITE);
        CloseHandle(phThread);
        phThread = NULL;

        // Reset this...
        pQuitNow = FALSE;

        // Close and clean up the wave device
   if (phDev) {
        waveInClose(phDev);
                phDev = NULL;
        }

        return TRUE;
}

// ---------------------------------------------------------------------
```

USR000298

Figure 5  Graphical user interface



 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/299,439 | 11/21/2006 | 7139371 | RV0501 | 9090 |

7590          11/01/2006
Max Stul Oppenheimer
P.O. Box 50
Stevenson, MD  21153

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571) 272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

APPLICANT(s) (up to 18 names are included below, see PAIR WEB site http://pair.uspto.gov for additional applicants):

David McElvaney, Sparks, MD;

IR103 (Rev. 12/04)

USR000300