

2001-1944

| UTILITY SER. NO. | 08 /734857 | PATENT DATE | | PATENT NUMBER | |
|---|---|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/734,857 | 10/23/96 | 370 | 90 389 | 2645 2118 | MFH HOOSAIN |

**APPLICANTS**

DAVID MCELVANEY, MONKTON, MD.

**CONTINUING DATA*********************
VERIFIED

None AH

**FOREIGN/PCT APPLICATIONS************
VERIFIED

none AH

FOREIGN FILING LICENSE GRANTED 01/08/97      ***** SMALL ENTITY *****

| Foreign priority claimed ☐ yes ☒ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☒ no | | MD | 2 | 7 | 2 | $385.00 | |
| Verified and Acknowledged   Examiner's initials | | | | | | | |

**ADDRESS**

MAX STUL OPPENHEIMER
P O BOX 50
STEVENSON MD 21153

**TITLE**

INTERNET TELEPHONY DEVICE

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

BEST AVAILABLE COPY

| PARTS OF APPLICATION FILED SEPARATELY | | Applications Examiner |
|---|---|---|

| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED | |
|---|---|---|---|
| | Assistant Examiner | Total Claims | Print Claim |

| ISSUE FEE | | DRAWING | | |
|---|---|---|---|---|
| Amount Due | Date Paid | Sheets Drwg. | Figs. Drwg. | Print Fig. |

| | | Primary Examiner | ISSUE BATCH NUMBER |
|---|---|---|---|
| Label Area | | PREPARED FOR ISSUE | |

**WARNING:** The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 8/92)

(FACE)

EXHIBIT
6

BEST AVAILABLE COPY

## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 370 | 352 | | |
| | 353 | | |
| | 380 | AH | |
| | 389 | 6/18/98 | AH |
| | 392 | | |
| | 396 | | |
| | 401 | | |
| | 404 | | |
| | 427 | | |
| | 435 | | |
| | 450 | | |
| | 465 | | |
| | 485 | | |
| 379 | 90.01 | | |
| | 93.01 | | |
| | 93.05 | 6/18/98 | AH |
| | 93.09 | | |
| | 100.15 | | |
| | 100.16 | | |
| 370 | 352 | 10/19/98 | AH |
| | 389 | 8/26/99 | |
| | 392 | | |
| 370 | 352 | 4/20/99 | AH |
| | 389 | | |
| | 392 | 8/16/99 | |
| | 401 | | |
| | 260 | 7/17/03 | |
| 381 | 83,93,94 | | |
| 709 | 227,230 | | |
| | 232 | | |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| | | | |

## SEARCH NOTES

| | Date | Exmr. |
|---|------|-------|
| APS Text/Image Search | 6/17/98 | AH |
| APS Text/Image Search | 10/19/98 | AH |
| APS Text/Image Search | 10/21/98 | AH |
| APS Text/Image Search | 4/20/99 | AH |
| APS Text/Image Search | 8/16/99 | AH |
| Submitted Search Request to TC2600 Library/EIC | | |
| Talk to Director Dwyer E oot | 7/10/03 7/17/03 | TT AH |

(RIGHT OUTSIDE)

USR000353

Staple Issue Slip Here

BEST AVAILABLE COPY

| POSITION | | ID NO. | DATE |
|---|---|---|---|
| CLASSIFIER | | 308    49 | 11/22/96 |
| EXAMINER | | | 35C |
| TYPIST | | 484 | 1-8-97 |
| VERIFIER | | 210 | 1/10 |
| CORPS CORR. | | | |
| SPEC. HAND | | | |
| FILE MAINT. | | | |
| DRAFTING | | | |

## INDEX OF CLAIMS

| Final | Original | Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 6 7/19 | 10 19/20 | 4 22 | 8 22 | 4 99 | | | | |
| | (1) | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| | 2 | ✓ | ✓ | ✓ | ✓ | | | | | |
| | 3 | ✓ | ✓ | ✓ | ✓ | | | | | |
| | 4 | ✓ | ✓ | ✓ | ✓ | | | | | |
| | 5 | ✓ | ✓ | ✓ | ✓ | | | | | |
| | 6 | ✓ | ✓ | ✓ | ✓ | | | | | |
| | 7 | ✓ | ✓ | ✓ | ✓ | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 10 | | | | | | | | | |
| | 11 | | | | | | | | | |
| | 12 | | | | | | | | | |
| | 13 | | | | | | | | | |
| | 14 | | | | | | | | | |
| | 15 | | | | | | | | | |
| | 16 | | | | | | | | | |
| | 17 | | | | | | | | | |
| | 18 | | | | | | | | | |
| | 19 | | | | | | | | | |
| | 20 | | | | | | | | | |
| | 21 | | | | | | | | | |
| | 22 | | | | | | | | | |
| | 23 | | | | | | | | | |
| | 24 | | | | | | | | | |
| | 25 | | | | | | | | | |
| | 26 | | | | | | | | | |
| | 27 | | | | | | | | | |
| | 28 | | | | | | | | | |
| | 29 | | | | | | | | | |
| | 30 | | | | | | | | | |
| | 31 | | | | | | | | | |
| | 32 | | | | | | | | | |
| | 33 | | | | | | | | | |
| | 34 | | | | | | | | | |
| | 35 | | | | | | | | | |
| | 36 | | | | | | | | | |
| | 37 | | | | | | | | | |
| | 38 | | | | | | | | | |
| | 39 | | | | | | | | | |
| | 40 | | | | | | | | | |
| | 41 | | | | | | | | | |
| | 42 | | | | | | | | | |
| | 43 | | | | | | | | | |
| | 44 | | | | | | | | | |
| | 45 | | | | | | | | | |
| | 46 | | | | | | | | | |
| | 47 | | | | | | | | | |
| | 48 | | | | | | | | | |
| | 49 | | | | | | | | | |
| | 50 | | | | | | | | | |

| Final | Original | Date |
|---|---|---|
| | 51 | |
| | 52 | |
| | 53 | |
| | 54 | |
| | 55 | |
| | 56 | |
| | 57 | |
| | 58 | |
| | 59 | |
| | 60 | |
| | 61 | |
| | 62 | |
| | 63 | |
| | 64 | |
| | 65 | |
| | 66 | |
| | 67 | |
| | 68 | |
| | 69 | |
| | 70 | |
| | 71 | |
| | 72 | |
| | 73 | |
| | 74 | |
| | 75 | |
| | 76 | |
| | 77 | |
| | 78 | |
| | 79 | |
| | 80 | |
| | 81 | |
| | 82 | |
| | 83 | |
| | 84 | |
| | 85 | |
| | 86 | |
| | 87 | |
| | 88 | |
| | 89 | |
| | 90 | |
| | 91 | |
| | 92 | |
| | 93 | |
| | 94 | |
| | 95 | |
| | 96 | |
| | 97 | |
| | 98 | |
| | 99 | |
| | 100 | |

SYMBOLS

| Symbol | Meaning |
|---|---|
| ✓ | Rejected |
| – | Allowed |
| . (Through numeral) | Canceled |
| + | Restricted |
| N | Non-elected |
| I | Interference |
| A | Appeal |
| O | Objected |

(LEFT INSIDE)

USR000354





IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: David McElvaney

Serial No.:                    Art Unit:

Filing Date:            Examiner:

For: Internet Telephony Device


TRANSMITTAL LETTER


October 23, 1996

Honorable Commissioner of Patents and Trademarks
Patent and Trademark Office
Washington, D.C. 20231

Sir:

Transmitted for filing in the above-referenced case are:

CHECK IN THE AMOUNT OF $375
SPECIFICATION
2 SHEETS OF DRAWINGS
INFORMATION DISCLOSURE STATEMENT
OATH AND POWER OF ATTORNEY
ASSIGNMENT
SMALL ENTITY DECLARATIONS (2)
CERTIFICATE OF EXPRESS MAIL

The Commissioner is authorized to charge any additional fees to our
Deposit Account No. 15-0620. A duplicate copy of this sheet is
enclosed.

Respectfully submitted,

Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD  21153
(410) 706-1875

USR000355

08/734857



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: David McElvaney

Serial No.:                          Art Unit:

Filing Date:                         Examiner:

For: Internet Telephony Device

Honorable Commissioner of Patents and Trademarks
Patent and Trademark Office
Washington, D.C. 20231

**CERTIFICATE OF MAILING BY EXPRESS MAIL**

**I HEREBY CERTIFY that on the date indicated below, the following to be filed in the above captioned application were mailed by EXPRESS MAIL, No. EM513483380US, postage prepaid to the Commissioner of Patents and Trademarks, Washington DC 20231:**

> **Check in the amount of $375**
> **Specification**
> **2 Sheets of Drawings**
> **Information Disclosure Statement**
> **Oath and Power of Attorney**
> **Assignment**
> **Small entity declaration (2)**
> **Letter of Transmittal**

Respectfully submitted,

Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD  21153
(410) 706-1875

Dated:  October 23, 1996

USR000356

*Figure 1*

(8) Internet

(7) Modem or Network Connection

(6) PC

Internet PC

(1) Handset

(2) Interface cord

(3) Input

(4) Output

Line In

Mic In

Line Out

Spkr Out

(5) Exploded view of sound card connection

USR000357



# Figure 2: Telephone handset to PC sound card adaptor

Suitable for external cable or integration with a PC sound card

RIPARIUS

(plugs not req'd if integrated on sound card)

**(14) Output**
Tip and Ring1
mini phone plug
Shield/gnd

**(13) Input**
Tip and Ring1
mini phone plug
Shield/gnd

Speaker bypass jack

**(11) Interface cable (showing options)**

stereo bypass switch

on/off

resistive volume adjustment and / or audio amplifier

resistive volume adjustment

Options

Optional Macintosh Battery

Telephone keypad tone generator

**(1) Handset**

**(12)**

4 wire handset connector AMP 5-641334-3 or equiv

+mic
t-spkr
gnd spkr
gnd mic

**(10) Jack**

Sound Card

Line In
(15) Mic In
Line Out
(16) Spkr Out

This drawing describe an adaptor cable (or integrated sound card circuit) to connect telephone handsets to a variety of PC sound cards. Optional features include amplification, generation of standard DTMF dialing tones, bypass switching of stereo output and volume adjustment.

© RIPARIUS Corporation 8/14/96

USR000358

08/734857

COVER PAGE

TITLE:              Internet Telephony Device

INVENTOR:        David McElvaney

ASSIGNEE:

APPLICATION NO.:

FILING DATE:

RELATED APPLICATIONS:

EXAMINER:

ART UNIT:


PATENT ATTORNEY:        MAX STUL OPPENHEIMER (Reg 33,203)
                        P.O. Box 50
                        Stevenson, MD   21153
                        USA

                        (410)-706-1875



PAPER:  Initial Application Package

FILED:  October 23, 1996

USR000359

TITLE: Internet Telephony Device

INVENTOR: David McElvaney

**FIELD AND BACKGROUND OF THE INVENTION**

Field of the Invention

The present invention relates to the field of communications, and, more specifically, to a system and device which facilitate the transmission and receipt of voice data between a talker and a listener over the internet or other digital network in an interactive fashion.

Background Information

20    The invention described and claimed herein comprises a novel device to facilitate digital network telephony by connecting a standard telephone handset to a computer sound card so as to allow voice communication using an integrated microphone and speaker.

Recent advances in data compression technology have enabled transmission of voice conversations over digital networks, such as

1

USR000360

the internet or private digital networks.  This is accomplished by
providing at least two users with access to the internet and with
computer hardware and internet telephony software.  The hardware
typically comprises a personal computer equipped with a sound card
having both a "Line-In" or "Microphone-In" port and a "Line-Out" or
"Speaker-Out" port, a microphone connected to the Microphone-In or
Line-In port, one or more speakers connected to the Line-Out or
Speaker-Out port; a central processing unit capable of converting
analogue voice data to digital data and vice-versa; and means for
transmitting and receiving data over a telephone line (typically a
modem).  Suitable internet telephony software includes COOL
TALK(TM), available from Netscape Communications or INTERNET PHONE
VERSION 4.0(TM), available from Vocaltec.

Such a system operates as follows.  For simplicity, it is assumed
that there are two users, a "talker" and a "listener"; in practice,
the parties to a conversation change roles, but the process is the
same with respect to the then-current talker and the then-current
listener; in the case of full-duplex communication, each party may
simultaneously be a talker and a listener.  A talker's voice is
captured by a microphone connected to the sound card interfaced
with the local user's computer via the sound card's "Line-In" or
"Microphone-In" line.  It is then digitized and compressed, using
the CPU and internet telephony software.  The digitized and
compressed data is then transmitted to the internet using a modem,
where it is retrieved by the listener's computer, using a second

2

USR000361

modem.  The listener's computer decompresses the data and feeds it
to a soundcard having a line-out or speaker-out port connected to a
speaker, where it is converted to analog form which may be heard by
the listener.

This system offers the ability to use the internet infrastructure
to carry voice conversations, with all the attendant advantages
over written communications.  However, as currently implemented, it
suffers from at least four disadvantages.

The first disadvantage is the requirement of a microphone and at
least one separate speaker, which require space and may be
difficult to place so as to be convenient for use.  The microphone
in particular must be close enough to the user to receive a
sufficient signal strength to survive the various processes and
transmissions which are required, yet may interfere with operation
of the computer if placed in its most natural location.

The locations of the microphone prevent the consistent and clear
20  capture by the microphone of the local user's voice.  The distance
the local user's voice must travel from the user's mouth to the
microphone diminishes the decibel level at which the user's voice
reaches the microphone.  This distance not only prevents the
microphone from capturing the local user's voice when at low
decibels, but allows background noise to enter into the sound
stream captured by the microphone.  This can result in both

3

USR000362

"choppy" and "dirty" captures of the user's voice that is transmitted to a remote user. Choppy captures occur when the talker lowers the decibel level of his or her voice below that which the microphone will recognize. This results in the word or words of lowered decibel level not being captured. The incompletely captured sentence is transmitted through the system to the listener's speaker or speakers. Thus, the remote user does not understand the meaning of the local user's communication because of its lack of completeness or "choppiness." Dirty captures occur

10    when the talker is in a setting where background noise is present. When the decibel level of the background noise reaching the microphone approaches or exceeds that of the talker's voice reaching the microphone, the resulting sound captured by the microphone is either of both the talker's voice and the background noise or solely the background noise. The resulting combination of voice and background noise or pure background noise that is then transmitted to the listener and rendered difficult or impossible to comprehend. In half duplex mode, background noise alone can "lock" the conversation into send-only mode where the user remote from the

20    source of background noise cannot respond.

A related, but more serious disadvantage of a separate microphone and speaker is acoustic echo or feedback, generated when a microphone picks up the sound from a speaker and retransmits it to the talker, whose own microphone may pick it up and retransmit it to the listener and so forth.

4

USR000363

Finally, separate speaker and microphone configurations make privacy of communications difficult and admit background noise, while also creating an unacceptably high level of background noise when used in a business environment.

Prior solutions to these problems have tended to work against each other. To prevent or reduce the poor capture of a talker's communication, the microphone's sensitivity has been increased. However, this increased sensitivity also increases the amount of background noise captured by the microphone and increases feedback problems. Similarly, to prevent or reduce the reception of background noise captured by the microphone, the microphone's sensitivity is decreased. However, this decreased sensitivity also decreases the quality and quantity of captured low decibel communications, resulting in "choppy" communications.

**SUMMARY OF THE INVENTION**

It is therefore an object of the invention to provide a system which facilitates digital network telephony without the need for separate microphone and speaker.

5

USR000364

It is a further object of the invention to provide a system which does not generate feedback, and provides superior recording performance.

A principal feature of the invention is a connection between a standard telephone handset and the sound card of a computer so as to allow voice communication using the integrated microphone and speaker of the handset.

Among the advantages of the invention are the reduction or elimination of feedback and the elimination of the need for separately purchased and separately located microphone and speaker, as well as improved recording capability for voice enabled application software.

These and other objects, features and advantages which will be apparent from the discussion which follows are achieved, in accordance with the invention, by providing a novel device to

20   facilitate internet telephony by connecting a standard telephone handset to a computer sound card so as to allow voice communication using an integrated microphone and speaker.

For a better understanding of the invention, its advantages and objects, reference is made to the accompanying drawings and descriptive matter in which a preferred embodiment of the invention

6

USR000365

is illustrated.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention is illustrated by way of example and not limited to
the figures of the accompanying drawings, in which like references
indicate similar elements and in which:

Figure 1 is an overview of a system utilizing the novel device.
10   Figure 2 is a detailed schematic of the preferred embodiment, also
showing the optional features of a battery, a telephone keypad tone
generator, a resistive volume adjustment or audio amplifier, a
stereo bypass switch and a speaker bypass jack.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to the drawings, the invention is a novel device to
facilitate internet telephony by connecting a standard telephone
handset to a computer sound card so as to allow voice communication
20   using an integrated microphone and speaker shown in overview in
Figure 1.

For simplicity, only one setup is shown.  In practice, each
participant would have a similar setup.

A communication system is constructed, having:

7

USR000366

telephone handset (1), connected by


interface cord (2) to


the input (3) and output (4) ports of soundcard (5),
said soundcard being engaged to personal computer (6) and said
personal computer (6) having a modem or other connection (7) to
10    the a digital network, here the internet (8),


said computer (6) running communications software, a
suitable example being NETSCAPE (TM), and running , a suitable
example being COOLTALK(TM), both available from Netscape
Communications.


Referring to Figure 2, the interface is shown in detail. Telephone
handset (1) has a jack (10), typically adapted to receive a plug
commonly referred to as a four-wire handset plug (or RJ14 plug).
20    Interface cable (11) comprises four wires terminating in a four-
wire handset plug (12) at a first end, and in plugs adapted to fit
input and output ports of soundcard (5) at a second end.  In the
first preferred embodiment, said second end comprises two wires
connected to each of input plug (13) and output plug (14).  The
wiring diagram is described below with reference to Figure 3.


8

USR000367

The sound card has at least one input port (15), commonly referred to as a "Line-In" or "Microphone-In" jack; and at least one output port (16), commonly referred to as a "Line-Out" or "Speaker-Out" jack.

When the output plug (14) is inserted into input port (15) and the input plug (13) is inserted into the output port (16) a full-duplex-capable connection between the handset and sound card is achieved.

The following experiments were conducted to confirm the operation and advantages of the invention.

First a conventional internet telephony link was established as follows. A ZEOS PANTERA(TM) brand pentium 133 desktop PC using a CREATIVE LABS SOUNDBLASTER 16(TM) soundcard was connected to ALTEC LANSING AC55(TM) speakers and a QUICKSHOT(TM) electret microphone. The PC was loaded with INTERNET PHONE VERSION 4.0(TM) internet telephony software, running in half-duplex speakerphone mode, and an internet connection was established across an ETHERNET(TM) LAN using a dedicated ISDN router. Using this configuration of hardware and software, a link was established with another, remote user. As expected, the voice quality was variable and suffered from dropped data and feedback. In addition, there was a time delay on the order of 1/2 second between one user's completion of a sentence and the other user's receipt of the sound.

20

9

USR000368

Next, an internet telephony link was established using a prototype of the invention.  The prototype was constructed as follows.  A ZEOS PANTERA(TM) brand pentium 133 desktop PC using a CREATIVE LABS SOUNDBLASTER 16(TM) soundcard was connected to a specially constructed device created by attaching a custom-built cable (illustrated in Figure 2), having a four-wire handset plug at one end and two mini-phone plugs at the other end, further having two pairs of two wires, one pair being connected from the earpiece pins

10   of the four-wire handset plug to a speaker-out jack of the soundcard, and the second pair being connected from the microphone pins of the four-wire handset plug to a microphone-in jack of the soundcard, to the four-wire handset jack in the handset of a CONAIR SW220(TM) modular telephone and to the microphone-in and speaker-out jacks of the soundcard, respectively.  The PC was loaded with INTERNET PHONE VERSION 4.0(TM) internet telephony software, running in half-duplex speakerphone mode, and an internet connection was established across an ETHERNET(TM) LAN using a dedicated ISDN router.  Again, a link was established with another, remote user.

20   This time, the voice quality was dramatically improved and approached normal telephone quality.  There was no noticeable dropped data and no noticeable feedback.  In addition, the time delay between one user's completion of a sentence and the other user's receipt of the sound dropped to less than 1/4 second, due to the improved switchover time resulting from lowered background noise.

10

USR000369

In order to adapt the above system for use with a MACINTOSH(TM) computer, it is necessary to add an external power supply since the typical MACINTOSH(TM) soundcard does not provide external power. This addition is within the skill of those of ordinary skill in the art, and simply requires adding a battery-powered or line-powered power supply to the microphone.

Thus, there has been described a novel device to facilitate digital network, such as internet, telephony by connecting a standard telephone handset to a computer sound card so as to allow voice communication using an integrated microphone and speaker that has a number of novel features, and a manner of making and using the invention.

While a specific embodiment of the invention has been shown and described in detail to illustrate the application of the principles of the invention, it will be understood that the invention may be embodied otherwise without departing from such principles and that various modifications, alternate constructions, and equivalents will occur to those skilled in the art given the benefit of this disclosure.

For example, a soundcard could be constructed with a four-wire handset jack instead of the standard mini-phone jacks, thereby allowing connection of a standard telephone handset with

11

USR000370

commercially available telephone handset cords.  Alternatively, a telephone handset could be constructed with a hardwired cord terminating in suitable mini-phone plugs, thereby allowing direct connection to a conventional soundcard.

Furthermore, it would be obvious to one skilled in the art how to connect a resistive volume control so as to allow a user to adjust the volume to taste, or to incorporate a standard keytone generator in the handset to allow not only voice but tone generation, thereby enabling the use of touchtone activated devices (for example, voicemail access).

It would also be advantageous to equip the above-described handset with a switch, preferably a pressure-sensitive switch, that would detect when the handset was out of use (for example, resting on a telephone cradle or on a desk) and when the handset was in use. Such a switch could be connected to an automatic bypass switch to deactivate any external speakers and activate the handset microphone and speaker when the handset is in use.

Thus, the invention is not limited to the specific embodiment described herein, but is defined by the appended claims.

12

USR000371

**CLAIMS**

What is claimed is:

1. A digital network telephony device comprising:

        a telephone handset comprising a microphone and a speaker, said microphone being connected to at least two microphone wires and said speaker being connected to at least two speaker wires;

        a computer system comprising a computer sound card having an input jack and an output jack and means for receiving and transmitting digital audio signals, means for compressing and decompressing said audio signals, means for transmitting compressed audio signals to a digital network, means for receiving compressed audio signals from said digital network; and

        means for connecting the microphone wires to the input jack and for connecting the speaker wires to the output jack.

2. A device as in claim 1 wherein said means for connecting the microphone wires to the input jack and for connecting the speaker wires to the output jack comprises a cable having a four-wire handset jack at a first end thereof and two mini-phone plugs at a

13

USR000372

second end thereof, one of said mini-phone plugs being designated a
microphone plug and being connected to the microphone wires and the
second of said mini-phone plugs being designated a speaker plug and
being connected to the speaker wires.

3.  A device as in claim 1, further comprising a resistive volume
control for controlling the loudness of the speaker.

4.  A device as in claim 1, further comprising a keytone generator
**10**  operatively connected to the microphone wires.

5.  A device as in claim 1, further comprising an external power
supply for powering said microphone.

6.  A device as in claim 1, further comprising an automatic bypass
switch to deactivate any external speakers and activate the handset
microphone and speaker when the handset is in use.

7.  A device for connecting

a telephone handset comprising a microphone and a speaker, said
microphone being connected to at least two microphone wires and
said speaker being connected to at least two speaker wires;  with

a computer system comprising a computer sound card having an input
jack and an output jack and means for receiving and transmitting

14

USR000373

audio signals, means for compressing and decompressing said audio signals, means for transmitting compressed audio signals to a digital network, means for receiving compressed audio signals from the digital network;

said device comprising a cable comprising two microphone wires and two speaker wires, each wire having a first and a second end, said wires being connected at said first end to a plug adapted to connect to said telephone handset and being connected at said second end to a plug adapted to connect to said computer sound card.

15

USR000374

08-734857

TITLE: Internet Telephony Device

INVENTOR: David McElvaney

**ABSTRACT**

A novel device to facilitate digital network, such as
the internet, telephony by connecting a standard
telephone handset to a computer sound card so as to
allow voice communication using an integrated microphone
and speaker is provided in which a specialized cable
having a four-wire handset or equivalent telephone jack
at one end and a pair of jacks adapted to engage the
input and output ports of a computer soundcard at a
second end connects a standard telephone handset to a
computer soundcard or, in a second embodiment, in which
a telephone handset is provided with a cable having a
pair of jacks adapted to engage the input and output
ports of a computer soundcard.

USR000375



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE


In re Patent Application of: David McElvaney

Serial No.:                    Art Unit:

Filing Date:            Examiner:

For: Internet Telephony Device


DECLARATION AND POWER OF ATTORNEY
(Sole Inventor)


As the above named inventor, I hereby declare that:

20          My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original and first inventor of the subject matter which is claimed and for which a patent is sought on the invention entitled:

Internet Telephony Device
the specification of which is attached hereto.

30          I hereby state that I have reviewed and understand the contents of the above identified specification, including claims.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, 1.56(a) and understand that information is material to patentability as defined in Title 37, Code of Federal Regulations, 1.56.

40          I do not know and do not believe this invention was ever known or used in the United States of America before our invention thereof, or patented or described in any printed publication in any country before my invention thereof or more than one year prior to this application, that the same was not in public use or on sale in the United States of America more than one year prior to this application, that the invention has not been patented or made the subject of an inventor's certificate issued before the date of this application in any country foreign to the United States of America on an application filed by me or my legal representatives or assigns more than twelve months prior to this application, and that no application 50          for patent or inventor's certificate on this invention has been filed in any country foreign to the United States of America prior to this application by me or my legal representatives or assigns.

And I hereby appoint Max Stul Oppenheimer, Registration No. 33,203 my attorney with full power of substitution and renovation, to

prosecute this application and to transact all business in the Patent and Trademark Office connected therewith and direct that all correspondence be forwarded to:

Max Stul Oppenheimer
P.O. Box 50
Stevenson, MD  21153
(410) 706-1793

10          I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of inventor: David McElvaney

Citizenship:  USA

Inventor's signature _____  Date: 10/23/96

Residence Address :  704 Maplehurst Lane

          Monkton, MD 21111

USR000377



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: David McElvaney

Serial No.:                          Art Unit:

Filing Date:              Examiner:

For: Internet Telephony Device

VERIFIED STATEMENT (DECLARATION CLAIMING SMALL ENTITY STATUS
(37 CFR 1.9(f) & 1.27(b))--INDEPENDENT INVENTOR

As a below named inventor, I hereby declare that I qualify as an independent inventor as defined
in 37 CFR 1.9(c) for purposes of paying reduced fees to the Patent and Trademark Office regarding
the above invention described in:

**20**

|x| the specification filed herewith.

|__| application serial number _____

|__| patent number _____, issued _____.

I have not assigned, granted, conveyed or licensed and am under no obligation under contract or
law to assign, grant, convey or license, any rights in the invention to any person who would not
qualify as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or
to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a
nonprofit organization under 37 CFR 1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or
am under an obligation under contract or law to assign, grant, convey or license any rights in the
invention is listed below:*

|__| No such person, concern, or organization

|x| Persons, concerns or organizations listed below*

**40**

*Note: Separate verified statements are required from each named person, concern
or organization having rights to the invention averring to their status as small entities. (37
CFR 1.27)

NAME_____RIPARIUS CORPORATION_____

ADDRESS_____375 W. Padonia Rd. Suite 200._____
                    Timonium MD 21093

|__| INDIVIDUAL   |x| SMALL BUSINESS CONCERN   |__| NONPROFIT
                                                      ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification or any
change in status resulting in loss of entitlement to small entity status prior to paying, or at
the time of paying, the earliest of the issue fee or any maintenance fee due after the date on
which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

**60**

I hereby declare that all statements made herein of my own knowledge are true and
that all statements made on information and belief are believed to be true; and further that these
statements were made with the knowledge that willful false statements and the like so made are
punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States
Code, and that such willful false statements may jeopardize the validity of the application, any
patent issuing thereon, or any patent to which this verified statement is directed.

David McElvaney          _David M. Elvaney_      10/23/96
NAME OF INVENTOR        SIGNATURE OF INVENTOR     DATE

USR000378



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

re Patent Application of: David McElvaney

Serial No.:              Art Unit:

Filing Date:         Examiner:

For: Internet Telephony Device

### VERIFIED STATEMENT (DECLARATION CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) & 1.27(b))--SMALL BUSINESS CONCERN

**10** As a below named assignee, I hereby declare that I qualify as a Small Business Concern as defined in 37 CFR 1.9(c) for purposes of paying reduced fees to the Patent and Trademark Office regarding the above invention described in:

     |X|    the specification filed herewith.

     |_|    application serial number _____

     |_|    patent number _____ , issued _____ .

**20** I have not assigned, granted, conveyed or licensed and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person who would not qualify as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey or license any rights in the invention is listed below:*

     |X|    No such person, concern, or organization

     |_|    Persons, concerns or organizations listed below*

**30**      *Note: Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

NAME_____

ADDRESS_____

       _____

     |_| INDIVIDUAL    |_| SMALL BUSINESS CONCERN |_| NONPROFIT ORGANIZATION

**40**      I acknowledge the duty to file, in this application or patent, notification or any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

     I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

RIPARIUS CORPORATION, ASSIGNEE

By:

**50** *Michael J. McCarthy*         Date: _10/23/96_

     PRESIDENT

10



## UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

Bib Data Sheet

**CONFIRMATION NO. 1857**

| SERIAL NUMBER 08/734,857 | FILING DATE 10/23/1996 RULE | CLASS 370 | GROUP ART UNIT 2645 | ATTORNEY DOCKET NO. |
|---|---|---|---|---|

APPLICANTS

   DAVID MCELVANEY, MONKTON, MD;

** CONTINUING DATA ************************ None AH

** FOREIGN APPLICATIONS ******************* None AH

IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** SMALL ENTITY **
** 01/08/1997

| Foreign Priority claimed ☐ yes ☒ no 35 USC 119 (a-d) conditions met ☐ yes ☒ no ☐ Met after Allowance Verified and Acknowledged  Examiner's Signature  Initials | STATE OR COUNTRY MD | SHEETS DRAWING 2 | TOTAL CLAIMS 7 | INDEPENDENT CLAIMS 2 |
|---|---|---|---|---|

ADDRESS
MAX STUL OPPENHEIMER
P O BOX 50
STEVENSON , MD
21153

TITLE
INTERNET TELEPHONY DEVICE

| FILING FEE RECEIVED 385 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

USR000380

**08/734857**

PATENT APPLICATION SERIAL NO. _____

### U.S. DEPARTMENT OF COMMERCE
### PATENT AND TRADEMARK OFFICE
### FEE RECORD SHEET

310 CS 15-0620 01/06/97 0873.857
10.00CK
31003 201

PTO-1556
(5/87)

USR000381

**08/734857**

310 CS 15-0620 01/06/97 08734857
10.00CK
31003 201

PATENT APPLICATION SERIAL NO. _____

## U.S. DEPARTMENT OF COMMERCE
### PATENT AND TRADEMARK OFFICE
### FEE RECORD SHEET

PTO-1556
(5/87)

USR000382

1.  5,732,143, Mar. 24, 1998, Noise cancellation apparatus; Douglas Andrea, et al., 381/71.6, 71.13, 71.7 [IMAGE AVAILABLE]

2.  5,724,106, Mar. 3, 1998, Hand held remote control device with trigger button; Sidney David Autry, et al., 348/734; 341/176; 345/158, 161, 167; 348/601 [IMAGE AVAILABLE]

3.  5,675,390, Oct. 7, 1997, Home entertainment system combining complex processor capability with a high quality display; Jeffrey Schindler, et al., 345/327, 132; 348/441, 725, 731; 455/6.3 [IMAGE AVAILABLE]

4.  5,673,325, Sep. 30, 1997, Noise cancellation apparatus; Douglas Andrea, et al., 381/92; 379/387, 419; 381/71.1, 94.1 [IMAGE AVAILABLE]

5.  5,650,831, Jul. 22, 1997, Adjustable power remote control drive; Randall Farwell, 348/734; 345/158; 348/729; 455/38.3 [IMAGE AVAILABLE]

6.  5,633,920, May 27, 1997, Smart phone; Dan Kikinis, et al., 379/130; 455/492; 345/905; 379/357, 396 [IMAGE AVAILABLE]

7.  5,633,916, May 27, 1997, Universal messaging service using single voice grade telephone line within a client/server architecture; Bruce Goldhagen, et al., 379/67, 88, 89, 93.24 [IMAGE AVAILABLE]

=>

USR000383

```
       (FILE 'USPAT' ENTERED AT 08:08:17 ON 17 JUN 1998)
                  SET PAGELENGTH 99
                  SET AUHELP NONE
L1        228 S SOUND CARD
L2         13 S PACKARD BELL
L3          0 S L2 AND L1
L4      23854 S SPEAKER
L5         98 S L4 AND L1
L6       7305 S HANDSET
L7          8 S L6 AND L5
L8      45842 S PC OR (PERSONAL COMPUTER)
L9      31894 S PC
L10     31894 S L9 AND L8
L11         7 S L9 AND L7


=>
```

USR000384

4TH PATENT of Level 1 printed in FULL format.

5,606,599                                    379/93.0⁹

<=2>  GET 1st DRAWING SHEET OF 8

Feb. 25, 1997

Method and apparatus for automatically converting from an
analog voice mode to a simultaneous voice and data mode for
a multi-modal call over a telephone line

INVENTOR: O'Mahony, Barry, Banks, Oregon
Bhasker, Narjala, Portland, Oregon

ASSIGNEE-AT-ISSUE: Intel Corporation, Santa Clara, California (02)

APPL-NO: 265,314

FILED: Jun. 24, 1994

CERTCORR: Aug. 12, 1997 a Certificate of Correction was issued for this patent

INT-CL: [6] H04M 11#00

US-CL: 379#93; 379#98; 379#88; 379#89

CL: 379

SEARCH-FLD: 379#93, 94, 96, 97, 98, 100; 348#16, 17; 375#222, 240; 370#125,
58.1, 110.1, 69.1, 32.1, 84; 381#29-31, 106; 333#14

REF-CITED:

| | U.S. PATENT DOCUMENTS | | | |
|---|---|---|---|---|
| 4,805,208 | 2/1989 | * | Schwartz | 379#93 |
| 5,086,453 | 2/1992 | * | Senoo et al. | 379#93 |
| 5,091,877 | 2/1992 | * | Itoh et al. | 385#200 |
| 5,182,762 | 1/1993 | * | Shirai et al. | 375#240 |
| 5,200,962 | 4/1993 | * | Kao et al. | 371#41 |
| 5,250,940 | 10/1993 | * | Valentaten et al. | 345#189 |
| 5,283,638 | 2/1994 | * | Engberg et al. | 348#14 |
| 5,325,423 | 6/1994 | * | Lewis | 379#90 |
| 5,359,644 | 10/1994 | * | Tanaka et al. | 379#96 |
| 5,365,576 | 11/1994 | * | Tsumura et al. | 379#93 |
| 5,428,608 | 6/1995 | * | Freeman et al. | 379#93 |
| 5,440,585 | 8/1995 | * | Pastridge, III | 375#222 |
| 5,452,289 | 9/1995 | * | Sharma et al. | 370#32.1 |
| 5,463,616 | 10/1995 | * | Kruse et al. | 370#24 |
| 5,502,727 | 3/1996 | * | Catanzaro et al. | 370#84 |

OTHER PUBLICATIONS

Stockford, Paul, "Voice View Offers Voice and Data Over a Single Analog Line",
article appearing in Voice Processing Magazine, Jul. 1992.

USR000385

Pat. No. 5606599, *

PRIM-EXMR: Kuntz, Curtis

ASST-EXMR: Palan, Stephen

LEGAL-REP: Blakely, Sokoloff, Taylor & Zafman

ABST:
   An enhanced micro-controller having multiple operating modes, including an
idle mode, an analog voice mode, a digital data mode, and a simultaneous voice
and data mode, and control logic for establishing multiple logical connections
and voice as well as data transmission protocols over these logical connections
with another DCE, when switching from the analog voice mode to the simultaneous
voice and data mode, is provided to a DCE designed to support multi-modal voice
and/or data calls over a single analog-loop telephone line. In one embodiment,
the establishment of the voice transmission protocol includes joint negotiation
of the voice compression/decompression algorithm to be used by the mode
transition initiating and responding DCEs.

NO-OF-CLAIMS: 18

EXMPL-CLAIM:  <=18>  4

NO-OF-FIGURES: 9

NO-DRWNG-PP: 8

SUM:

BACKGROUND OF THE INVENTION

   1. Field of the Invention

   The present invention relates to the field of Data Communication. More
specifically, the present invention relates to data circuit terminating
equipments (DCEs) such as modems for transmitting voice and data over
analog-loop telephone lines.

   2. Background Information

   Current DCEs that support transmission of both voice and data over a single
analog-loop telephone line typically implement the support in one of two
approaches. Under the first approach, a DCE operates in one of two switchable
modes, a voice mode and a data mode, whereas under the second approach, a DCE
operates in a single continuous combined voice and data mode.

   More specifically, under the first approach, both the calling and answering
DCEs start out in the voice mode, where analog voice signals are bypassed from
the transmitting telephone coupled to one of the DCEs onto the analog-loop
telephone line, and similarly from the analog-loop telephone line to the
receiving telephone coupled to the other DCE. While the DCEs are in voice mode,
no data are transmitted by the DCEs on behalf of data transmitting equipments
(DTEs), such as computers, coupled to the DCEs at both end of the connection. To
switch into the data mode, one of the DTEs would cause its DCE to transmit a
predetermined signal pattern on its behalf. Upon detection of the predetermined
signal pattern, the other DCE would acknowledge. If the acknowledgment is

USR000386

Pat. No. 5606599, *

received by the initiating DCE within a predetermined time period, the DCEs would jointly establish a data transmission protocol, enter the data mode, and mute the DCE's voice path. The DTEs can now transmit data to each other through their respective DCEs and over the analog-loop telephone line. At the end of data transmission, the DTE that initiated the mode switching would cause its DCE to transmit another predetermined signal pattern on its behalf, return to the voice mode, and unmute the voice path. Likewise, upon detection of this other predetermined signal pattern, the other DCE would also forward the signal to its DTE, return to the voice mode, and unmute the voice path. Voice signals are once again bypassed from the transmitting telephone onto the telephone line, and from the telephone line to the receiving telephone.

Typically, the data transmission protocol jointly established by the calling and answering DCEs as an integral par of switching from the voice mode to the data mode is a High Level Data Link (HDLC) frame based type protocol.

Under the second approach, the DCEs always operate in a single continuous combined voice and data mode. The DCEs jointly establish a data transmission protocol at star up. The analog voice signals received from the coupled telephones are digitized by the DCEs or forwarded to the coupled DTEs for digitization. The DCEs transmit the digitized voice signals intermixed with the data received from the coupled DTEs. Conversely, the digitized voice signals received from the analog-loop telephone line are converted back into analog voice signals by the DCEs or forwarded to the coupled DTEs for conversion. The DCEs then forward the analog voice signals to the telephones.

Typically, the data transmission protocol jointly established by the calling and answering DCEs as an integral part of the initial start up of the single continuous combined voice and data mode is also a High Level Data Link (HDLC) frame based type of protocol. Except for "marking" the digitized voice to facilitate their identification and conversion back to analog voice signals, the digitized voice are otherwise handled as if they are data.

The first approach has the disadvantage that there is no voice communication between the connected parties during data transmission. Thus, DCEs implementing the first approach are really suitable only for applications where voice communication is unnecessary during data transmission or data transmission is merely required intermittently and for short durations.

The second approach has the disadvantage that the DCEs on both ends of the connection must support continuous combined voice and data mode. Therefore, for applications frequently involving "unacquainted" users, an initial phone call using "standalone" telephones directly coupled to another analog-loop telephone line must be made to establish the fact that such continuous combined voice and data call can be made between two DCE coupled telephones. Thus, DCEs implementing the second approach are really suitable only for applications involving primarily "acquainted" users.

With the continuing increase in the capabilities microprocessor based desktop computers, they are being applied to more and more applications that require simultaneous voice and data communications between two users. A particular example of these applications is personal conferencing where users at different sites cooperate orally and interactively with a shared workspace application on the creation or review of documents. Another example is remote technical support where the support engineers communicate orally with the users as well as

Pat. No. 5606599, *

interacting remotely with programs executing on the users' systems for diagnostic or demonstration purposes. Due to the disadvantages discussed above, neither types of DCEs serve these applications well. As a result, most users of these applications resort to two telephone lines, with one dedicated for voice communication, and the other dedicated to data communication.

Thus, it is desirable to be able to support multi-modal voice and data communication between two users over a single analog-loop telephone line that is more flexible and user friendly, U.S pat. application, Ser. No. 08/265,455, filed contemporaneously, entitled Method and Apparatus for Making a Multi-Modal Voice and/or Data Call over a single Analog-Loop Telephone Line, discloses such method and apparatus. At least four modes, an idle mode, an analog voice mode, a digital data mode, and a simultaneous voice and data mode are supported in the disclosed method and apparatus.

It is further desirable then to be able to automatically convert from the analog voice mode to the simultaneous voice and data mode, including establishment of voice as well as data transmission protocols, in a flexible and user friendly manner, for making multi-modal voice and/or data call over a single analog-loop telephone line. As will be disclosed in more detail below, the present invention provides for such method and apparatus that advantageously achieves these and other desirable results.


SUMMARY OF THE INVENTION

The present invention advantageously achieves the desired results by providing an otherwise conventional DCE with an enhanced micro-controller having multiple operating modes, including an idle mode, an analog voice mode, a digital data mode, and a simultaneous voice and data (SVD) mode, and control logic for operating in and transitioning the DCE between these operating modes, responsive to local events/commands and remote commands. In particular, the control logic is provided with the capabilities for establishing multiple logical connections with another DCE at the other end of an analog-loop telephone line, and voice as well as data transmission protocols over these logical connections with the other DCE, when switching from the analog voice mode to the SVD mode.

More specifically, the control logic is provided with the capabilities to initiate, or to respond to the initiation by the other DCE for transitioning the DCE from the analog voice mode to the SVD mode. In one embodiment, the control logic initiates the mode transition, responsive to a local "dial" command received, using a predetermined "start up" signal pattern, and responds to the other DCE's initiation for mode transition using a predetermined "confirmation".

Additionally, the control logic is equipped with the capabilities to jointly establish at least two logical connections with the other DCE, one for voice and the other for data, and the voice and data transmission protocols over these logical connections, after "confirmation". In one embodiment, the control logic jointly establish the logical connections and the transmission protocols by establishing a multiple logical channel error-corrected modem connection/protocol in accordance to International Telecommunication Union Technical Standardization Sector's (ITU-T) Recommendation V.42.

USR000388

Pat. No. 5606599, *

Furthermore, the control logic is equipped with the capabilities to jointly negotiate the voice compression/decompression algorithms, and preferably the data compression/decompression algorithms with the other DCE, as an integral part of establishing the multiple logical connections and transmission protocols. In one embodiment, the control logic uses the exchange identification (XID) frames of the V.42 protocol to negotiate and establish the voice compression/decompression algorithms. The control logic negotiates and establishes the data compression/decompression algorithms in accordance to ITU-T's Recommendation V.42bis.

When negotiating the voice compression/decompression algorithm, the control logic of the above described embodiment sets the group identifier of the data link layer subfield of a XID frame to private parameter negotiation, and the first parameter identifier of the parameter field of the data link layer subfield to a predetermined SVD parameter set identifier. The control logic of the mode transition initiating DCE nominates voice compression/decompression algorithms using additional parameters in the parameter field. The control logic of the mode transition initiating DCE may further supply a voice quality versus data rate tradeoff preference as another additional parameter in the parameter field. The control logic of the mode transition responding DCE replies with a parameter identifying the selected voice compression/decompression algorithm, factoring into its selection the voice quality versus data rate tradeoff preference if provided. The control logic of the mode transition initiating DCE then determines the voice blocking factor based on the voice compression/decompression algorithm selected, and informs the mode transition responding DCE.

DRWDESC:
BRIEF DESCRIPTION OF DRAWINGS

FIGS. 1a-1d illustrate four embodiments of DCEs incorporating teachings of the present invention.

FIGS. 2a-2b illustrate the operating modes and mode transition rules of the enhanced micro-controllers of FIGS. 1a-1d responsive to various local events/commands or remote commands.

FIG. 3 illustrates the method steps of the present invention performed by the mode transition initiating and responding DCEs for converting a call from the analog voice mode to the SVD mode.

FIG. 4 illustrates the method steps employed by one embodiment of the enhanced micro-controllers of the mode transition initiating and responding DCEs for establishing a voice transmission protocol for the logical voice connection.

FIG. 5 illustrates exemplary voice parameters employed by one embodiment of the enhanced micro-controllers of the mode transition initiating and responding DCEs for voice compression/decompression algorithm negotiation, when establishing the voice transmission protocol.

DETDESC:

DETAILED DESCRIPTION

Pat. No. 5606599, *

In the following description for purposes of explanation, specific numbers, materials and configurations are set forth in order to provide a thorough understanding of the present invention. However, it will be apparent to one skilled in the art that the present invention may be practiced without the specific details. In other instances, well known systems are shown in diagrammatic or block diagram form in order not to obscure the present invention.

Referring now to FIGS. 1a-1d, four block diagrams illustrating four embodiments of DCEs incorporating teachings of the present invention are shown. As illustrated, a DCE 18a, 18b', 18b", 18c' or 18c" in accordance to the present invention comprises an enhanced micro-controller 202 incorporating teachings of the present invention. The DCE 18a, 18b', 18b", 18c' or 18c" further comprises a universal asynchronous receiver/transmitter (UART) 201, a data pump digital signal processor 204, data equipment attachment adapter circuitry (DAA) 206, and predetermined start up signal detection circuitry 210.

Additionally, for the first and second embodiments designed to support standalone telephones, the DCE 18a, 18b', or 18b" further comprises enhanced switching circuitry 208, and analog to digital and digital to analog conversion circuitry (CODEC) 212. For these embodiments, the enhanced switching circuitry 208 includes the conventional "loop current detector" for detecting when the standalone telephone goes off hook an starts drawing loop current, whereas the CODEC 212 includes the conventional "local phone interface" for combining the voice signals with the DC voltage for the telephone. The DCE 18a or 18b' further comprises a "local" voice compression/decompression digital signal processor 214, whereas the DCE 18b" further comprises block transfer circuitry 203. The DCE 18b" relies on the processing engine of the DTE for voice compression/decompression. The DCE 18a or 18b' may be packaged as a separate unit from the DTE or an integral part of the DTE, whereas the DCE 18b" is intended to be packaged as an integral part of the DTE.

For the third and fourth embodiments designed to support integrated telephony circuitry, the data pump digital signal processor 204 of DCE 18c' or 18c" is further provided with the "CODEC" capabilities. The DCE 18c' or 18c" further comprises block transfer circuitry 203. The DCE 18c' further comprises a "local" voice compression/decompression digital signal processor 214, whereas the DCE 18c" relies on the processing engine of the DTE for voice compression/decompression. Both embodiments of the DCE 18c' and 8c" are intended to be packaged as an integral part of the DTE.

The micro-controller 202, as will be described in more details below, operates the DCE 18b', 18b", 18c', and 18c" in at least four modes, transitioning the DCE 18b', 18b", 18c', and 18c" between these operating modes responsive to local events or commands, as well as remote commands as appropriate.

The switching circuitry 208, if used, responsive to the multi-modal micro-controller 202, dynamically configures signal paths for the signals being received or to be transmitted over a coupled analog-telephone line. The signal paths for the embodiments 18c' and 18c" without the switching circuitry are preconfigured. For further description of the switching circuitry 208, see the above identified U.S. patent application, Ser. No. 08/265,455,, which is hereby fully incorporated by reference.

USR000390

Pat. No. 5606599, *

The data pump digital signal processor 204 and the voice compression/decompression digital signal processor 214 are intended to represent a broad category of digital signal processors known in the art. Their constitutions and functions are well known, and will not be further described. Preferably, the data pump digital signal processor 204 is a high performance digital signal processor capable of supporting a transmission rate of 14,400 bps or higher, whereas the voice compression/decompression digital signal processor 214 is also a high performance digital signal processor capable of supporting a compression/decompression rate of 9600 bps.

The UART 201, the DAA 206, the CODEC 212, and the start up signal detection circuitry 210 are all intended to represent a broad category of these elements found in many DCEs. Similarly, the block transfer circuitry 203 is intended to represent a broad category of the element found in many computer systems. Their constitutions and functions are well known, and will not be further described.

Referring now to FIGS. 2a-2b, two state diagrams illustrating the operating modes and transitional rules of the enhanced micro-controllers of FIGS. 1a-1d are shown. As illustrated, the enhanced micro-controller 202, responsive to local events or commands as well as remote commands, controls the operation of the DCE 18c', or 18c" in one of four modes, an idle mode 302, an analog voice mode 304, a digital data mode 308, and a simultaneous voice and data (SVD) mode 306.

In particular, during operation, as illustrated in FIG. 2a, from the analog voice mode 304, the micro-controller 202 of either a call originating or a call responding DCE 18a, 18b', 18b", 18c', or 18c" either returns the DCE 18a, 18b', 18b", 18c', or 18b" to the idle mode 302, upon detection of a local telephone being returned to an "on hook" condition from an "off hook" condition; or places the DCE 18a, 18b', 18b", 18c', or 18c", in the SVD mode 306, upon receipt of a "dial" command from a local DTE, and operates the DCE 18a, 18b', 18b", 18c', or 18c" accordingly. Under the SVD mode 306, the microcontroller 202 causes digitized voice as well as data to be exchanged with the other DCE 18a, 18b', 18b", 18c', or 18c" at the other end of the analog-loop telephone line.

Either the call originating or the call responding DCE 18a, 18b', 18b", 18c', or 18c" may receive the "dial" command from the local DTE. In other words, either the call originating or the call responding DCE 18a, 18b', 18b", 18c', or 18c" may initiate transitioning the call from the analog voice mode 304 to the SVD mode 306.

Additionally, during operation, as illustrated by FIG. 2b, from the analog voice mode 304, the micro-controller 202 of either the call originating or the call responding DCE 18a, 18b", 18b", 18c40 , or 18c" places the DCE 18a, 18b', 18b", 18c', or 18c" in the SVD mode 306, upon detection of receiving a predetermined "start up" signal pattern from the other DCE 18a, 18b', 18b", 18c', or 18c" at the other end of the analog-loop telephone line connection, and operates the DCE 18a, 18b', 18b", 18c', or 18c" accordingly. Since either the call originating or the call responding DCE 18a, 18b', 18b", 18c', or 18c" may initiate the mode transition, the predetermined "start up" signal pattern receiving DCE 18a, 18b', 18b", 18c', 18c" may be either the call originating or the call responding DCE 18a, 18b', 18b ", 18c',or 18c"

For the embodiments illustrated in FIGS. 1a-1b, the "loop current detector" of the switching circuitry 208 is also used to detect the "on hook" and "off

Pat. No. 5606599, *

hook" conditions of the standalone telephone 20a. For the embodiments illustrated in FIGS. 1c-1d, the DTE simulates the "on hook" and "off hook" conditions of the integrated telephony circuitry 20b.

The manner in which the "dial" command is provided to the call originating or the call responding DCE 18a, 18b', 18b", 18c', or 18c" is protocol dependent. For example, under Telecommunication Industry Association (TIA) and Electronic Industry Association (EIA) 602 protocol, the "dial" command is provided by the "ATD" modem command.

The predetermined "start up" signal pattern unambiguously identifies to the mode transition responding DCE 18a, 18b', 18b", 18c', or 18c" the mode transition initiating DCE's desire to transition the call from the analog voice mode 304 to the SVD mode 306. The predetermined "start up" signal pattern is also protocol dependent. For examples, the predetermined "start up" signal pattern may be defined using ITU-T Recommendation V.25 or Draft Recommendation V.8 (see the corresponding ITU-T Recommendations for further details). As a further example, the predetermined "start up" signal pattern may be based on Bell Communication Research's (Bellcore) Analog Display Services Interface (ADSI) Customer Premises Equipment (CPE) Alerting Signal (see Bellcore publications TR-NWT-000030 and TR-NWT-001273 for further details).

In one embodiment, as will be described in more details below, the other DCE 18a, 18b', 18b", 18c', or 18c" confirms its support for SVD mode operation. Upon confirmation, as will be described in more details below, the mode transition initiating and responding DCEs 18a, 18b', 18b", 18c', or 18c" jointly establish multiple logical connections, and voice and data transmission protocols over these multiple logical connections. Upon establishing the logical connections and the transmission protocols, preferably the mode transition initiating as well as the responding DCE 18a, 18b', 18b", 18c', or 18c" multiplex voice and data onto the single analog-loop telephone line. Preferably, voice are transmitted without error correction at predetermined desired fix time intervals, whereas data are transmitted with error correction in between the fixed time intervals.

For further descriptions of the other non-SVD operating modes, the manners in which the DCE is operated in each of the other non-SVD operating modes, and other operating mode transitions, see the above identified and incorporated by reference U.S. patent application, Ser. No. 08/265,455. For further descriptions of multiplexing voice and data on an analog-loop telephone line, see U.S. patent application, Ser. No. 08/265,455, entitled Method and Apparatus for Multiplexing Voice and Data onto an Analog-Loop Telephone Line, which is hereby fully incorporated by reference.

Referring now to FIG. 3, a block diagram illustrating the method steps of the present invention performed by the DCEs for converting a call from the analog voice mode to the SVD mode is shown. As illustrated, the mode transition initiating and responding DCEs 18a, 18b', 18b", 18c', or 18c" first cooperate to convert the voice connection to a modem connection, block 402. Next, the mode transition initiating and responding DCEs 18a, 18b', 18b", 18c', or 18c" then cooperate to establish a multiple logical channel protocol for the modem connection, block 404. The multiple logical channel protocol should have at least two logical channels, one for voice transmission and one for data transmission. Upon establishing the multiple logical channel protocol, the mode transition initiating and responding DCEs 18a, 18b', 18b", 18c', or 18c"

Pat. No. 5606599, *

cooperate to establish a data transmission protocol for the logical data channel(s), block 406. Preferably, the data transmission protocol is error corrected, and data compressed. Similarly, the mode transition initiating and responding DCEs 18a, 18b', 18b", 18c', or 18c" cooperate to establish a voice transmission protocol for the logical voice channel(s), block 408. Preferably, the voice transmission protocol is voice compressed. Although the present invention is being described with the data transmission protocol being jointly established before the voice transmission protocol, the present invention may be practiced with the order reversed.

In one embodiment, the mode transition initiating and responding DCEs 18a, 18b', 18b", 18c', or 18c" use the predetermined "start up" signal pattern and a predetermined "confirmation" to convert the voice connection to a modem connection, block 402. As described earlier, the predetermined "start up" signal pattern unambiguously identifies to the mode transition responding DCE 18a, 18b', 18b", 18c', or 18c" the mode transition initiating DCE's desire to transition the call from the analog voice mode 304 to the SVD mode 306. Conversely, the predetermined "confirmation" unambiguously confirms to the mode transition initiating DCE 18a, 18b', 18b", 18c', or 18c", the mode transition responding DCE's ability to support the SVD mode of operation.

Similar to the predetermined "start up" signal pattern, the predetermined "confirmation" is protocol dependent. For example, the predetermined "confirmation" may be complementarily defined using ITU-T Recommendation V.25 or Draft Recommendation V.8 (see the corresponding ITU-T Recommendations for further details). As a further example, the predetermined "confirmation" may also be complementarily based on Bellcore's ADSI Dual Tone Multifrequency (DTMF) confirmation signal (See also Bellcore publications TR-NWT-000030 and TR-NWT-001273 for further details).

Still referring to FIG. 3, in one embodiment, the mode transition initiating and responding DCEs 18a, 18b', 18b", 18c', or 18c jointly use V.42 detection phase to establish the multiple logical channel connection, block 404. Briefly, the mode transition initiating DCE 18a, 18b', 18b", 18c', or 18c (or the "calling" DCE as referred to by Recommendation V.42) repeatedly transmits a predetermined originator detection pattern (ODP) until the answerer detection pattern (ADP) is received or the detection phase timer expires. Concurrently, the mode transition responding DCE 18a, 18b', 18b", 18c', or 18c (or the "answering" DCE as referred to by Recommendation V.42) repeatedly transmits 1-bits (mark) and monitors for the ODP. The "answering" DCE 18a, 18b', 18b", 18c', or 18c" continues to transmit the 1-bit until either the ODP is received or expiration of the detection phase timer. Upon detection of the ODP, the "answering" DCE 18a, 18b', 18b", 18c', or 18c" transmits the ADP.

Upon detection of the ADP by the "calling" DCE 18a, 18b', 18b", 18c', or 18c", the multiple logical channel connection is established by virtue of the fact that both DCEs support the V.42 protocol which provides for multiple logical connections designated by Data Link Connection Identifiers (DCLIs). On the other hand, if ADP is not detected by the "calling" DCE 18a, 18b', 18b", 18c', or 18c" within the predetermined detection phase time interval, establishment of multiple logical channel connection has failed. In such event, the DCEs 18a, 18b', 18b", 18c', or 18c" would remain and continue to operate in the analog voice mode 302.

USR000393

Pat. No. 5606599, *

Note that each DCE 18a, 18b', 18b", 18c', or 18c" is also equipped with the capability to detect for start of protocol phase when acting in the role of an "answerer", in the event a connection attempt is being made by a DCE without the teachings of the present invention, such as a DCE that implements a non-error correcting transmission protocol. For further description of the detection phase of the V.42 recommendation, see also Volume III-Fascicle III.1 Data Communication Over The Telephone Network, Series V Recommendations published by the ITU-T.

Still referring to FIG. 3, in the above described V.42 embodiment, the "calling" and "answering" DCEs 18a, 18b', 18b", 18c', or 18c" jointly use V.42 protocol phase to establish the data transmission protocol for the logical data channel, block 406. Briefly, the "calling" and "answering" DCEs 18a, 18b', 18b", 18c', or 18c" use the exchange identification (XID) frames provided by Recommendation V.42 to negotiate and set the variable parameters. Optionally, the "calling" and "answering" DCEs 18a, 18b', 18b", 18c', or 18c" use the XID frames to negotiate and jointly establish data compression/decompression procedures provided by Recommendation V.42bis.

For further description of the protocol phase and XID frames of Recommendation V.42, see also Volume III- Fascicle III. 1 Data Communication Over The Telephone Network. Series V Recommendations published by the ITUT. For further description of the data compression/decompression procedures of the Recommendation V.42bis, see Data Communication Over The Telephone Network - Data Compression Procedures For Data Circuit Terminating Equipment (DCE) Using Error Correction Procedures, Recommendation V.42bis published by the ITU-T.

Still referring to FIG. 3, the "calling" and "answering" DCEs 18a, 18b', 18b", 18c', or 18c" also jointly use V.42's protocol phase to establish the voice transmission protocol for the logical voice channel, block 408. More specifically, the "calling" and "answering" DCEs 18a, 18b', 18b", 18c', or 18c" use the XID frames to negotiate and set the voice compression/decompression algorithm, and the voice blocking factor.

Referring now to FIG. 4, a block diagram illustrating the method steps employed by the above described V.42 embodiment of the enhanced micro-controllers of the "calling" and "answering" DCEs for establishing a voice transmission protocol for the logical voice connection is shown. As illustrated, the "calling" DCE 18a, 18b', 18b", 18c', or 18c" transmits an XID frame with the group identifier of the data link layer subfield set to private parameter negotiation, and the first parameter identifier of the parameter field of the data link layer subfield set to a predetermined SVD parameter set identifier, block 422. The "calling"DCE 18a, 18b', 18b", 18c', or 18c" nominates voice compression/decompression algorithms using additional parameters in the parameter field. The "calling" DCE 18a, 18b', 18b", 18c', or 18c" may nominate a manufacturer's voice compression/decompression algorithm if a manufacturer identifier has previously been supplied during the initial V.42 protocol establishment for the logical data connection. The "calling" DCE 18a, 18b', 18b", 18c', or 18c" may further supply a voice quality versus data rate tradeoff preference as another additional parameter in the parameter field.

The "answering" DCE 18a, 18b', 18b", 18c', or 18c" replies with an XID frame with the group identifier set to private parameter negotiation, the first parameter identifier set to a predetermined SVD parameter set identifier, and the second parameter identifier identifying the selected voice

USR000394

compression/decompression algorithm, factoring in its selection the voice quality versus data rate tradeoff preference if provided, block 424. Then, the "calling" DCE 18a, 18b', 18b", 18c', or 18c" determines the voice blocking factor based on the selected voice compression/decompression algorithm, and informs the "answering" DCE 18a, 18b', 18b", 18c', or 18c". The "calling" DEC 18a, 18b', 18b", 18c', or 18c" transmits another XID frame with the group identifier set to private parameter negotiation, the first parameter identifier set to a predetermined SVD parameter set identifier, and the second parameter identifier identifying the voice blocking factor, block 426. Optionally, the "calling" DCE 18a, 18b', 18b", 18c', or 18c" includes a third parameter identifying usage of frame sequence number is to enabled.

In one embodiment, the voice blocking factor is determined by dividing the time duration of the predetermined desired nominal fix interval for transmitting voice by the time duration of the smallest block of sampled voice that can be compressed by the selected voice compression/decompression algorithm. The time duration of the desired nominal fix interval is predetermined based on desired voice quality, principally but not exclusively, an user's perception of voice delay. For example, if the time duration of the predetermined desired nominal fix interval for transmitting voice is 60 ms, and the time duration of the smallest block of sampled voice that can be compressed by the selected voice compression/decompression algorithm is 30 ms, the voice blocking factor is two (60 ms divided by 30 ms).

Referring now to FIG. 5, a table illustrating exemplary voice parameters employed by the above described V.42 embodiment of the enhanced micro-controllers of the "calling" and "answering" DCEs for voice compression/decompression algorithm negotiation when establishing the voice transmission protocol is shown. As illustrated, there are seven exemplary voice parameters 432-444. The first exemplary voice parameter 432 is the parameter set identifier, which is set to a predetermined unique value denoting SVD parameter set. The second exemplary voice parameter 434 is the standard voice algorithm identifier which is set to a predetermined unique value denoting the standard voice algorithm. The third exemplary voice parameter 436 is the "calling" DCE's manufacturer specific voice algorithm identifier which is set to a predetermined unique value denoting the "calling" DCE's manufacturer specific voice algorithm. The fourth exemplary voice parameter 438 is the "answering" DCE's manufacturer specific voice algorithm identifier which is set to a predetermined unique value denoting the "answering" DCE's manufacturer specific voice algorithm. The fifth exemplary voice parameter 440 is the voice blocking factor for the HDLC frames which is set to a computed numeric value denoting the maximum number of voice frames per HDLC frame. The sixth exemplary voice parameter 442 is the frame sequence number enabling flag which is set to a predetermined setting denoting "enabling" if frame sequence number is to be started. Lastly, the seventh exemplary voice parameter 444 is the voice quality versus data rate preference indicator which is set to one of a number of predetermined indicator values denoting the "calling" DCE's preference.

While the present invention has been described in terms of presently preferred and alternate embodiments, those skilled in the art will recognize that the invention is not limited to the embodiments described. The method and apparatus of the present invention can be practiced with modification and alteration within the spirit and scope of the appended claims. The description is thus to be regarded as illustrative instead of limiting on the present invention.

Pat. No. 5606599, *

CLAIMS: What is claimed is:

[*1]    1. An improved micro-controller of a data circuit terminating equipment (DCE), wherein the improvements comprise:

(a) first control logic for transmitting to another DCE a first at least one information frame to nominate a plurality of voice compression/decompression algorithms to be used with a voice transmission protocol for transmitting voice between the two DCEs during operation, the other DCE being coupled to the DCE through an analog-loop telephone line, the first at least one information frame being transmitted to the other DCE in accordance to a frame based transmission protocol that provides for multiple logical channels, one of which is to be used for said voice transmissions;

(b) second control logic for determining a voice blocking factor for the voice transmission protocol responsive to a second at least one information frame containing a voice compression/decompression algorithm selection response from the other DCE to the voice compression/decompression algorithm nominations, said determination taking in account at least a first and a second timing factor, the first timing factor being a desired nominal fixed time interval for transmitting voice, and the second timing factor being amount of time required to compress/decompress a smallest block of sampled voice using the selected voice compression/decompression algorithm;

(c) third control logic for transmitting a third at least one information frame to the other DCE to inform the other DCE of the determined voice blocking factor; and

(d) fourth control logic for initializing the DCE to transmit voice to the other DCE in accordance to the voice transmission protocol, using the selected voice compression/decompression algorithm and the determined voice blocking factor.

[*2]    2. The improved micro-controller as set forth in claim 1, wherein the first control logic includes in the first at least one information frame a voice quality versus data rate preference in conjunction with the voice compression/decompression algorithm nominations to aid the other DCE in selecting one of the nominated voice compression/decompression algorithms.

[*3]    3. The improved micro-controller as set forth in claim 1, wherein the improvements further comprise:

(e) operating logic for transmitting voice to the other DCE through one of the logical channels in accordance to the voice transmission protocol using the selected voice compression/decompression algorithm and the determined voice blocking factor.

[*4]    4. An improved micro-controller of a data circuit terminating equipment (DCE), wherein the improvements comprise:

(a) first control logic for selecting a voice compression/decompression algorithm from a plurality of voice compression/decompression algorithms nominations contained in a first at least one information frame received from another DCE coupled to the DCE through an analog-loop telephone line, the first at least one information frame being transmitted from the other DCE to the DCE

USR000396

Pat. No. 5606599, *4

in accordance to a frame based transmission protocol that provides for a plurality of logical channels, the selected voice compression/decompression algorithm being used in association with a voice transmission protocol for subsequent transmission of voice between the two DCEs through one of the logical channels;

(b) second control logic for transmitting a second at least one information frame to the other DCE to inform the other DCE of the selected voice compression/decompression algorithm; and

(c) third control logic for initializing the DCE to transmit voice to the other DCE in accordance to the voice transmission protocol using the selected voice compression/decompression algorithm and a voice blocking factor, responsive to receiving the voice blocking factor through a third at least one information frame from the other DCE.

[*5]    5. The improved micro-controller as set forth in claim 4, wherein the first control logic, when making said selection, further factors into consideration a voice quality versus data rate preference received in conjunction with the voice compression/decompression algorithm nominations from the other DCE through said first at least one information frame.

[*6]    6. The improved micro-controller as set forth in claim 4, wherein the improvements further comprise:

(d) operating logic for transmitting voice to the other DCE in accordance to the voice transmission protocol using the selected voice compression/decompression algorithm and the received voice blocking factor.

[*7]    7. An improved data circuit terminating equipment (DCE), wherein the improvements comprise:

(a) a micro-controller having operating logic for operating the DCE in at least an analog voice mode or a simultaneous voice and data (SVD) mode during a call, and control logic for switching the DCE's operating mode from the analog voice mode to the SVD mode during the call including establishment of voice and data transmission protocols to be used by the operating logic while operating in the SVD mode,

the control logic including

(a.1) first logic for converting a voice connection over an analog-loop telephone line to another DCE to a modem connection,

(a.2) second logic for establishing a transmission protocol for the modem connection with the other DCE, the transmission protocol being frame based and providing for at least a first and a second logical channels,

(a.3) third logic for establishing a data transmission protocol for data transmission through the first logical channel, and

(a.4) fourth logic for establishing a voice transmission protocol for voice transmission through the second logical channel, wherein when executed as a result of the first logic being an initiator of the conversion of the voice connection to the modem connection,

USR000397

Pat. No. 5606599, *7

the fourth logic transmits to the other DCE a first at least one information frame to nominate a first plurality of voice compression/decompression algorithms to be used with the voice transmission protocol for transmitting voice between the two DCEs through the second logical channel;

the fourth logic further determines a first voice blocking factor responsive to a second at least one information frame containing a response from the other DCE selecting a first voice compression/decompression algorithm, said determination taking into account at least a first and a second timing factor, the first timing factor being a desired nominal fixed time interval for transmitting voice, and the second timing factor being amount of time required to compress/decompress a smallest block of sampled voice using the first voice compression/decompression algorithm; and

the fourth logic further transmits a third at least one information frame to inform the other DCE of the first voice blocking factor.

[*8]    8. The improved DCE as set forth in claim 7, wherein the fourth logic further includes in the first at least one information frame a voice quality versus data rate preference in conjunction with the voice compression/decompression algorithm nominations to aid the other DCE in selecting one of the nominated voice compression/decompression algorithms.

[*9]    9. The improved DCE as set forth in claim 7, wherein when executed as a result of the first logic being a responder of the conversion of the voice connection to the modem connection, the fourth logic selects a second voice compression/decompression algorithm among a second plurality of voice compression/decompression algorithms nominations contained in a fourth at least one information frame received from the other DCE, the fourth at least one information frame being transmitted in accordance to the frame based transmission protocol,

the fourth logic further transmits a fifth at least one information frame to the other DCE to inform the other DCE of the selection of the second voice compression/decompression algorithm; and

the fourth logic further receives a second voice blocking factor from the other DCE for use with the voice transmission protocol in conjunction with the second voice compression/decompression algorithm, the second voice blocking factor being determined and provided by the other DCE in response to the selection of the second voice compression/decompression algorithm.

[*10]    10. The improved DCE as set forth in claim 9, wherein the fourth logic, when selecting the second voice compression/descompression algorithm, further factors into consideration voice quality versus data rate preference received in conjunction with the second plurality of voice compression/decompression algorithms nominations from the other DCE through said fourth at least one information frame.

[*11]    11. A method for establishing a voice transmission protocol by a first data circuit terminating equipment (DCE) with a second DCE coupled to the first DCE, the method comprising the steps of:

a) transmitting to the second DCE by the first DCE a first at least one information frame to nominate a plurality of voice compression/decompression

USR000398

Pat. No. 5606599, *11

algorithms for use with a voice transmission protocol for transmitting voice between the DCEs, the first at least one information frame being transmitted in accordance with a frame based transmission protocol that provides for a plurality of logical channels, one of which is to be used for said voice transmissions;

b) determining by the first DCE a voice blocking factor for use with the voice transmission protocol, responsive to receiving a second at least one information frame containing a voice compression/decompression algorithm selection response from the second DCE, said determination taking into account at least a first and a second timing factor, the first timing factor being a desired nominal fixed time interval for transmitting voice, and the second timing factor being amount of time required to compress/decompress a smallest block of sampled voice using the selected voice compression/decompression algorithm; and

c) transmitting a third at least one information frame by the first DCE to the second DCE to inform the second DCE of the determined voice blocking factor.

[*12]   12. The method as set forth in claim 11, wherein, step (a) further includes including in said first at least one information frame a voice quality versus data rate preference with the voice compression/decompression algorithm nominations to aid the second DCE in making the selection.

[*13]   13. A method for establishing a voice transmission protocol by a first data circuit terminating equipment (DCE) with a second DCE, the method comprising the step of:

(a) receiving by the first DCE from the second DCE a first at least one information frame containing a plurality of voice compression/decompression algorithm nominations for use with a voice transmission protocol for transmitting voice between the DCEs, said first at least one information frame being transmitted in accordance to a frame based transmission protocol that provides for a plurality of logical channels, one of which is to be used for said voice transmissions;

(b) selecting one of the nominated compression/decompression algorithms by the first DCE;

(c) transmitting a second at least one information frame by the first DCE to the second DCE to inform the second DCE of the selection; and

(d) receiving by the first DCE from the second DCE a third at least one information frame containing a voice blocking factor for use with the voice transmission protocol, said voice block factor being determined and provided in response to said voice compression/decompression algorithm selection.

[*14]   14. The method as set forth in claim 13, wherein,

step (a) further comprises including in the first at least one information frame by the first DCE a voice quality versus data rate preference in with the voice compression/decompression algorithm nominations; and

the selection in step (b) by the first DCE is made factoring in the voice quality versus data rate preference received from the second DCE.

USR000399

Pat. No. 5606599, *14

[*15]    15. A method for converting a multi-modal voice, data, or voice and data call over a single analog-loop telephone line between two data circuit terminating equipments (DCEs) from an analog voice mode to a simultaneous voice and data (SVD) mode during a call, the method comprising the steps of:

(a) the two DCEs jointly converting a voice connection over the telephone line between each other over which the call is being conducted into a modem connection;

(b) the two DCEs jointly establishing with each other a frame based transmission protocol for the modem connection, the frame based transmission protocol providing for at least a first and a second logical channel;

(c) the two DCEs jointly establishing a data transmission protocol for transmitting data over the first logical channel; and

(d) the two DCEs jointly establishing a voice transmission protocol for transmitting voice over the second logical channel, including

(d.1) a first of the two DCEs transmitting to a second of the DCEs a first at least one information frame of the frame based transmission protocol to nominate a plurality of voice compression/decompression algorithms for use with the voice transmission protocol for transmitting voice between the two DCEs through the second logical channel;

(d.2) the first DCE determining a voice blocking factor for the voice transmission protocol based on a response contained in a second at least one information frame received from the second DCE identifying a selected voice compression/decompression algorithm, said determination factoring into account a first and a second timing factor, the first timing factor being a desired nominal fixed time interval for transmitting voice, and the second timing factor being amount of time required to compress/decompress a smallest block of sampled voice using the selected voice compression/decompression algorithm; and

(d.3) the first DCE transmitting to the second DCE a third at least one information frame to inform the second DCE of the determined voice block for the voice transmission protocol.

[*16]    16. The method as set forth in claim 15, wherein step (d.1) further includes the first DCE including in said first at least one information frame a voice quality versus data rate preference with the voice compression/decompression algorithm nominations to the second DCE.

[*17]    17. The method as set forth in claim 15, wherein

step (d.1) includes the second DCE selecting the selected voice compression/decompression algorithm from the number of voice compression/decompression algorithms nominations contained in the first at least one information frame, and

the second DCE transmitting the second at least one information frame to inform the first DCE of the selected voice compression/decompression algorithm; and

Pat. No. 5606599, *17

step (d.3) includes the second DCE receiving the third at least one information frame containing the determined voice blocking factor for use with the voice transmission protocol.

[*18]    18. The method as set forth in claim 17, wherein step (d.1) further includes the second DCE, when making the selection, factoring into consideration a voice quality versus data rate preference received in conjunction with the voice compression/decompression algorithms nominations from the second DCE, through the first at least one information frame.

USR000401