8TH PATENT of Level 1 printed in FULL format.

5,617,423

<=2>  GET 1st DRAWING SHEET OF 27

Apr. 1, 1997

Voice over data modem with selectable voice compression

INVENTOR: Li, Ping, New Brighton, Minnesota
Gunn, Timothy D., Mounds View, Minnesota
Davis, Jeffrey P., Ham Lake, Minnesota

ASSIGNEE-AT-ISSUE: Multi-Tech Systems, Inc., Mounds View, Minnesota (02)

APPL-NO: 271,496

FILED: Jul. 7, 1994

REL-US-DATA:
   Continuation-in-part of Ser. No. 161,915, Dec. 3, 1993 now patented 5,453,986
Which is a continuation-in-part of Ser. No. 142,807, Oct. 25, 1993 now patented
5,535,204 Which is a continuation-in-part of Ser. No. 02,467, Jan. 8, 1993 now
patented 5,452,289

INT-CL: [6] H04J 3#12; H04L 12#56

US-CL: 370#426; 370#468; 370#495; 375#222; 379#97

CL: 370;375;379

SEARCH-FLD: 370#110.1, 109, 118, 79, 76, 80, 94.2, 94.1, 84, 24, 31, 112, 81,
83; 379#89; 375#222, 377; 341#51, 61; 395#2, 2.41, 2.32

REF-CITED:

|  | U.S. PATENT DOCUMENTS | | | |
|---|---|---|---|---|
| Re. 34,034 | 8/1992 | * | O'Sullivan | 379#59 |
| 3,304,372 | 2/1967 | * | Filipowsky et al. | |
| 3,789,165 | 1/1974 | * | Campanella | 179#170.2 |
| 3,904,830 | 9/1975 | * | Every, Sr. et al. | |
| 3,973,081 | 8/1976 | * | Hutchins | |
| 3,997,732 | 12/1976 | * | Every, Sr. et al. | |
| 4,100,377 | 7/1978 | * | Flanagan | |
| 4,107,471 | 8/1978 | * | Reed | |
| 4,205,202 | 5/1980 | * | Kahn | 370#81 |
| 4,284,850 | 8/1981 | * | Clingenpeel | 370#81 |
| 4,354,273 | 10/1982 | * | Araseki et al. | 375#27 |
| 4,377,860 | 3/1983 | * | Godbole | 370#84 |
| 4,403,322 | 9/1983 | * | Kato et al. | 370#110.1 |
| 4,425,661 | 1/1984 | * | Moses et al. | |
| 4,445,213 | 4/1984 | * | Baugh et al. | 370#94 |
| 4,476,559 | 10/1984 | * | Brolin et al. | 370#110.1 |
| 4,479,195 | 10/1984 | * | Herr et al. | 364#900 |
| 4,479,213 | 10/1984 | * | Galand et al. | 370#118 |
| 4,495,620 | 1/1985 | * | Steele et al. | 370#118 |

USR000402

Pat. No. 5617423, *

| | | | | |
|---|---|---|---|---|
| 4,500,987 | 2/1985 | * | Hasegawa | 370#60 |
| 4,524,244 | 6/1985 | * | Faggin et al. | |
| 4,534,024 | 8/1985 | * | Maxemchuk et al. | 370#85 |
| 4,546,212 | 10/1985 | * | Crowder, Sr. | |
| 4,578,537 | 3/1986 | * | Faggin et al. | |
| 4,587,651 | 5/1986 | * | Nelson et al. | 370#88 |
| 4,593,389 | 6/1986 | * | Wurzburg et al. | 370#110.1 |
| 4,598,397 | 7/1986 | * | Nelson et al. | 370#110.1 |
| 4,609,788 | 9/1986 | * | Miller et al. | |
| 4,629,829 | 12/1986 | * | Puhl et al. | 379#58 |
| 4,652,703 | 3/1987 | * | Lu et al. | 379#339 |
| 4,660,218 | 4/1987 | * | Hashimoto | 379#93 |
| 4,670,874 | 6/1987 | * | Sato et al. | 370#110.1 |
| 4,697,281 | 9/1987 | * | O'Sullivan | 379#59 |
| 4,700,341 | 10/1987 | * | Huang | 370#80 |
| 4,707,831 | 11/1987 | * | Weir et al. | 370#94 |
| 4,718,082 | 1/1988 | * | Parker et al. | 379#98 |
| 4,740,963 | 4/1988 | * | Eckley | 370#110.1 |
| 4,750,169 | 6/1988 | * | Carse et al. | 370#109 |
| 4,751,510 | 6/1988 | * | De Saint Michel et al. | 340#825.07 |
| 4,751,736 | 6/1988 | * | Gupta et al. | 381#31 |
| 4,757,527 | 7/1988 | * | Beniston et al. | 379#410 |
| 4,764,955 | 8/1988 | * | Galand et al. | 379#411 |
| 4,807,250 | 2/1989 | * | Tanaka | 375#28 |
| 4,809,271 | 2/1989 | * | Kondo et al. | 370#110.1 |
| 4,813,040 | 3/1989 | * | Futato | 370#111 |
| 4,827,085 | 5/1989 | * | Yaniv et al. | 178#18 |
| 4,835,765 | 5/1989 | * | Bergmans et al. | 370#32.1 |
| 4,839,802 | 6/1989 | * | Wonak et al. | 364#200 |
| 4,845,746 | 7/1989 | * | Li | 379#411 |
| 4,847,900 | 7/1989 | * | Wakim | 379#424 |
| 4,862,449 | 8/1989 | * | Hoefkens et al. | 370#32.1 |
| 4,864,559 | 9/1989 | * | Perlman | 370#60 |
| 4,866,732 | 9/1989 | * | Carey et al. | |
| 4,887,265 | 12/1989 | * | Felix | 370#94.1 |
| 4,890,282 | 12/1989 | * | Lambert et al. | 370#79 |
| 4,890,316 | 12/1989 | * | Walsh et al. | 379#98 |
| 4,901,333 | 2/1990 | * | Hodgkiss | |
| 4,905,282 | 2/1990 | * | McGlynn et al. | 375#222 |
| 4,912,756 | 3/1990 | * | Hop | 379#60 |
| 4,912,758 | 3/1990 | * | Arbel | 379#388 |
| 4,914,650 | 4/1990 | * | Sriram | 370#60 |
| 4,926,448 | 5/1990 | * | Kraul et al. | |
| 4,932,048 | 6/1990 | * | Kenmochi et al. | 379#67 |
| 4,935,954 | 6/1990 | * | Thompson et al. | 379#89 |
| 4,942,569 | 7/1990 | * | Maeno | 370#60 |
| 4,953,210 | 8/1990 | * | McGlynn et al. | 375#222 |
| 4,965,789 | 10/1990 | * | Bottau et al. | 370#79 |
| 4,972,457 | 11/1990 | * | O'Sullivan | 379#59 |
| 4,972,462 | 11/1990 | * | Shibata | 379#89 |
| 4,972,483 | 11/1990 | * | Carey | 381#31 |
| 4,977,591 | 12/1990 | * | Chen et al. | 379#410 |
| 4,991,169 | 2/1991 | * | Davis et al. | 370#77 |
| 4,995,059 | 2/1991 | * | Ishikawa | |
| 4,998,241 | 3/1991 | * | Brox et al. | 370#32.1 |
| 5,001,710 | 3/1991 | * | Gawrys et al. | 370#110.1 |

USR000403

Pat. No. 5617423, *

| 5,001,745 | 3/1991 | * | Pollock | 379#96 |
| 5,005,183 | 4/1991 | * | Carey et al. | |
| 5,008,901 | 4/1991 | * | Wallach et al. | |
| 5,008,926 | 4/1991 | * | Misholi | 379#89 |
| 5,014,232 | 5/1991 | * | Andre | 364#724.19 |
| 5,020,058 | 5/1991 | * | Holden et al. | 370#109 |
| 5,025,443 | 6/1991 | * | Gupta | 370#76 |
| 5,036,513 | 7/1991 | * | Greenblatt | 370#125 |
| 5,044,010 | 8/1991 | * | Frenkiel et al. | 379#61 |
| 5,046,188 | 9/1991 | * | Molnar | 379#94 |
| 5,051,720 | 9/1991 | * | Kittirutsunetorn | 340#310 |
| 5,062,133 | 10/1991 | * | Melrose | 379#94 |
| 5,065,395 | 11/1991 | * | Shenoi et al. | 370#81 |
| 5,065,425 | 11/1991 | * | Lecomte et al. | 379#93 |
| 5,081,647 | 1/1992 | * | Bremer | |
| 5,083,310 | 1/1992 | * | Drory | 381#30 |
| 5,086,471 | 2/1992 | * | Tanaka et al. | 381#36 |
| 5,099,472 | 3/1992 | * | Townsend et al. | 370#32.1 |
| 5,107,519 | 4/1992 | * | Ishikawa | |
| 5,115,429 | 5/1992 | * | Hluchyj et al. | 370#84 |
| 5,121,385 | 6/1992 | * | Tominaga et al. | 370#80 |
| 5,127,001 | 6/1992 | * | Steagall et al. | 370#62 |
| 5,127,041 | 6/1992 | * | O'Sullivan | 379#59 |
| 5,132,966 | 7/1992 | * | Hayano et al. | 370#79 |
| 5,136,586 | 8/1992 | * | Greenblatt | 370#110.4 |
| 5,138,662 | 8/1992 | * | Amano et al. | 381#36 |
| 5,146,470 | 9/1992 | * | Fujii et al. | |
| 5,150,410 | 9/1992 | * | Bertrand | 380#28 |
| 5,151,937 | 9/1992 | * | Chujo et al. | 379#410 |
| 5,153,897 | 10/1992 | * | Sumiyoshi et al. | 375#8 |
| 5,162,812 | 11/1992 | * | Aman et al. | 375#34 |
| 5,164,982 | 11/1992 | * | Davis | 379#96 |
| 5,177,734 | 1/1993 | * | Cummiskey et al. | 370#32.1 |
| 5,182,762 | 1/1993 | * | Shirai et al. | 375#222 |
| 5,187,591 | 2/1993 | * | Guy et al. | 358#425 |
| 5,187,692 | 2/1993 | * | Haneda et al. | 367#135 |
| 5,193,110 | 3/1993 | * | Jones et al. | 379#94 |
| 5,195,130 | 3/1993 | * | Weiss et al. | 379#98 |
| 5,208,812 | 5/1993 | * | Dudek et al. | 370#100.1 |
| 5,208,850 | 5/1993 | * | Kino | 379#88 |
| 5,214,656 | 5/1993 | * | Chung et al. | 371#43 |
| 5,228,026 | 7/1993 | * | Albrow et al. | 370#29 |
| 5,233,660 | 8/1993 | * | Chen | 381#38 |
| 5,235,595 | 8/1993 | * | O'Dowd | 370#94.1 |
| 5,249,218 | 9/1993 | * | Sainton | 379#59 |
| 5,258,983 | 11/1993 | * | Lane et al. | 370#118 |
| 5,261,027 | 11/1993 | * | Taniguchi et al. | 395#2 |
| 5,263,019 | 11/1993 | * | Chu | 370#32.1 |
| 5,272,695 | 12/1993 | * | Makino et al. | 370#32.1 |
| 5,276,703 | 1/1994 | * | Budin et al. | |
| 5,278,900 | 1/1994 | * | Van Gerwen et al. | 379#410 |
| 5,282,197 | 1/1994 | * | Kreitzer | 370#76 |
| 5,283,638 | 2/1994 | * | Engberg et al. | 348#14 |
| 5,283,819 | 2/1994 | * | Glick et al. | 379#90 |
| 5,289,539 | 2/1994 | * | Maruyama | 379#410 |
| 5,295,136 | 3/1994 | * | Ashley et al. | 370#32.1 |

USR000404

Pat. No. 5617423, *

| | | | | |
|---|---|---|---|---|
| 5,305,312 | 4/1994 | * | Fornek et al. | 370#62 |
| 5,307,413 | 4/1994 | * | Denzer | 370#109 |
| 5,309,562 | 5/1994 | * | Li | 395#200 |
| 5,313,498 | 5/1994 | * | Sano | |
| 5,317,604 | 5/1995 | * | Osterweil | 370#118 |
| 5,319,682 | 6/1994 | * | Clark | 375#377 |
| 5,327,520 | 7/1994 | * | Chen | 395#2.28 |
| 5,355,365 | 10/1994 | * | Bhat et al. | 370#85.13 |
| 5,365,577 | 11/1994 | * | Davis et al. | 379#96 |
| 5,371,853 | 12/1994 | * | Kao et al. | 395#2.32 |
| 5,384,780 | 1/1995 | * | Lomp et al. | 370#94.1 |
| 5,390,239 | 2/1995 | * | Morris et al. | 379#93 |
| 5,406,557 | 4/1995 | * | Baudoin et al. | 370#61 |
| 5,414,796 | 5/1995 | * | Jacobs | 395#2.3 |
| 5,416,776 | 5/1995 | * | Panazarella et al. | 370#85.11 |
| 5,438,614 | 8/1995 | * | Rozman et al. | 379#93 |
| 5,444,770 | 8/1995 | * | Davis et al. | 379#99 |
| 5,452,289 | 9/1995 | * | Sharma et al. | 370#32.1 |
| 5,471,470 | 11/1995 | * | Sharma et al. | 370#81 |
| 5,473,676 | 12/1995 | * | Frick et al. | 379#99 |
| 5,479,407 | 12/1995 | * | Ko et al. | 370#94.1 |
| 5,490,060 | 2/1996 | * | Malec et al. | 364#401 |
| 5,493,609 | 2/1996 | * | Winseck, Jr. et al. | 379#96 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0364866A3 | 4/1990 | * | European Patent Office (EPO) |
| 0429054A3 | 5/1991 | * | European Patent Office (EPO) |
| 0443548A3 | 8/1991 | * | European Patent Office (EPO) |
| 488865A2 | 6/1992 | * | European Patent Office (EPO) |
| 0510411A2 | 10/1992 | * | European Patent Office (EPO) |
| 0526104A2 | 2/1993 | * | European Patent Office (EPO) |
| 0582537A3 | 2/1994 | * | European Patent Office (EPO) |
| 0581528A1 | 2/1994 | * | European Patent Office (EPO) |
| 0582537A2 | 2/1994 | * | European Patent Office (EPO) |
| 0614305A3 | 9/1994 | * | European Patent Office (EPO) |
| 0630141A2 | 12/1994 | * | European Patent Office (EPO) |
| 63-054052 | 8/1988 | * | Japan |
| 3162052 | 7/1991 | * | Japan |
| 2210237 | 1/1989 | * | United Kingdom |
| 2260670 | 4/1993 | * | United Kingdom |
| 2268663 | 1/1994 | * | United Kingdom |
| WO91/07044 | 5/1991 | * | World Intellectual Property Organization (WIPO) |
| WO91/15067 | 10/1991 | * | World Intellectual Property Organization (WIPO) |
| WO92/06550 | 4/1992 | * | World Intellectual Property Organization (WIPO) |
| WO92/20028 | 11/1992 | * | World Intellectual Property Organization (WIPO) |
| WO93/11643 | 6/1993 | * | World Intellectual Property Organization (WIPO) |
| WO93/22869 | 11/1993 | * | World Intellectual Property Organization (WIPO) |
| WO94/26056 | 11/1994 | * | World Intellectual Property Organization (WIPO) |

Pat. No. 5617423, *

OTHER PUBLICATIONS

AT&T Microelectronics, "High Speed Data Pump Chip Sets," published in Dec. 1991.
AT&T Microelectronics, "WE DSP16C Digital Signal Processor/CODEC Preliminary Data Sheet," 32 pages, published in May, 1991.
AT&T Microelectronics, "T7540 Digital Telephone CODEC Data Sheet Addendum," pp. 1-4, published in Jul., 1991.
AT&T Microelectronics, "T7540 Digital Telephone CODEC Preliminary Data Sheet," pp. 1-64, published in Jan., 1991.
Zilog Intelligent Peripheral Controllers, "Z84C01 Z80 CPU with Clock Generator/Controller," pp. 43-73, published in 1991.
Zilog Intelligent Peripheral Controllers, "Z84C90 CMOS Z80 KIO Serial/Parallel/counter/timer," pp. 205-224, published in 1991.
U.S. West Caller ID publication, received Jul. 18, 1994, one page.
J.D. Mills, et al., "A Data and Boice System for the General Service Telephone Network," IECON, pp. 1143-1148, 1987.
Copy of European Search Report (Application No. EP 94304742), completed Jun. 8, 1995 by Examiner Mikkelsen.
"TechTips-A Periodic Round-up of Technical Applications, Notes, and Information on MultiTech's Data Communications Products" by MultiTech Systems, vol. 2, No. 2, May 1992.
"MultiX25-X.25 PAD, The New MultiX25 PAD 8 Port X.25 Packet Assembler/Disassembler for Public and Private Data Networks," by MultiTech Systems. Mar. 1992.
Y. Akaiwa et al., "An Integrated Voice and Data Radio Access System," 1992, pp. 255-258, IEEE.
CCITT V.42, "Error-Correcting Procedures for DCES Using Asynchronous-to-Synchronous Conversion", vol. VIII, pp. 296-370, dated 1988.
European Search Report for Application No. EP 93403164 completed on Sep. 21, 1995 by Examiner Lambley; 4 pages.
S. Casale et al., "Statistical Voice/High-Speed Data Multiplexing on a 64 KBIT/S Channel", IEEE, pp. 459-464, dated 1991.
T. Komiya et al, "An Approach to the Multifunction Graphic Terminal for the ISDN Environment", IEEE, pp. 32-36, dated 1988.
D. Gulick et al., "Interface for the ISDN to Your PC with A Voice/Data Board", Electronic Design, pp. 85-88, dated Dec. 10, 1987.
S. Sasaki et al., "Variable Rate Voice Coding System", IEEE, pp. 364-367, dated 1992.
IBM Technical Disclosure Bulletin, Method and Apparatus for the Statistical Multiplexing of Voice, Data, and Image Signals, 35, No. 5, pp. 409-411, dated Nov. 1992.
IBM Technical Disclosure Bulletin, Speech Data Adaptive Multiplexer, 27, No. 2, p. 969, dated Jul. 1994.
Copy of PCT Search Report dated Apr. 25, 1996 by Areste Canosa for Application No. PCT/US95/05034 (8 pages).
Copy of PCT Search Report dated Apr. 10, 1996 by J. Lange for Application No. PCT/US95/14826 (7 pages).
Copy of PCT Search Report dated Mar. 28, 1996 by M. Vandevenne for Application No. PCT/US95/14829 (8 pages).
Canadian Application No. 2,104,701, Computer-Based Multifunction Personal Communications System, pp. 1-105, and 52 sheets of drawings, dated Jul. 9, 1994.
V. Cuperman, et al., Backward Adaptive Configurations For Low-Delay Vector Excitation Coding, Advances In Speech Coding, pp. 13-23, dated Jan. 1, 1991.
Copy of European Search Report dated Apr. 18, 1996 by S. Lambley for

Pat. No. 5617423, *

Application No. EP 93403164 (5 pages).
Copy of PCT Search Report dated May 24, 1996 by C. Canosa Areste for Application
No. PCT/US95/14253 (6 pages).
European Search Report for Application No. PCT/US 95/07720 mailed on Nov. 24,
1995 by C. Mikkelsen; 3 pages.
A.R. Noerpel et al., "Radio Link Access Procedure For A Wireless Access
Comunications System", IEEE-Supercomm/ICC, vol. 2, pp. 1111-1115, dated May,
1994.

PRIM-EXMR: Olms, Douglas W.

ASST-EXMR: Nguyen, Chau T.

LEGAL-REP: Schwegman, Lundberg, Woessner & Kluth, P.A.

ABST:

    A personal communications system enables the operator to simultaneously
transmit voice and data communication to a remote site. The personal
communications system is equipped with two telephone line interfaces to allow
connection between two remote sites. The connection between the first remote
site and the local site may operate in a voice over data communications mode to
simultaneously send compressed voice and data. A digital transmission protocol
which is consistent with current packet standards is used to create an
independent channel through use of a modified supervisory packet for negotiating
communication parameters, including the speech compression algorithm, the speech
compression ratio, the communication multiplex scheme, and other operations
needed for control of remote hardware interfaces.

NO-OF-CLAIMS: 17

EXMPL-CLAIM: <=157> 1

NO-OF-FIGURES: 28

NO-DRWNG-PP: 27

PARCASE: This patent application is a Continuation-In-Part of U.S. patent
application Ser. No. 08/161,915 filed Dec. 3, 1993 entitled "DUAL PORT INTERFACE
FOR A COMPUTER-BASED MULTIFUNCTION PERSONAL COMMUNICATIONS SYSTEM", U.S. Pat.
No. 5,453,986, the complete application of which is hereby incorporated by
reference, which application is also a Continuation-In-Part of U.S. patent
application Ser. No. 08/142,807 filed Oct. 25, 1993, now U.S. Pat. No.
5,535,204, entitled "RINGDOWN AND RINGBACK SIGNALLING FOR A COMPUTER-BASED
MULTIFUNCTION PERSONAL COMMUNICATIONS SYSTEM", the complete application of which
is hereby incorporated by reference, which application is also a
Continuation-In-Part of U.S. patent application Ser. No. 08/002,467, U.S. Pat.
No. 5,452,289, filed Jan. 8, 1993 entitled "COMPUTER-BASED MULTIFUNCTION
PERSONAL COMMUNICATIONS SYSTEM", the complete application of which, including
the microfiche appendix, is also hereby incorporated by reference.

SUM:

FIELD OF THE INVENTION

USR000407

Pat. No. 5617423, *

The present invention relates to communications systems and in particular to
computer assisted digital communications having a voice over data communications
ability which allows feed-through communications to a third party.


## BACKGROUND OF THE INVENTION

A wide variety of communications alternatives are currently available to
telecommunications users. For example, facsimile transmission of printed matter
is available through what is commonly referred to as a stand-alone fax machine.
Alternatively, fax-modem communication systems are currently available for
personal computer users which combine the operation of a facsimile machine with
the word processor of a computer to transmit documents held on computer disk.
Modem communication over telephone lines in combination with a personal computer
is also known in the art where file transfers can be accomplished from one
computer to another. Also, simultaneous voice and modem data transmitted over
the same telephone line has been accomplished in several ways.

Modem technology has recently multiplexed the transmission of various
nonstandard data with standard digital data, such as voice over data
communications, creating a hybrid datastream of standard and nonstandard data.
Accepted negotiation methods may be employed to negotiate parameters for the
standard data transfer, however, the additional multiplexing of nonstandard data
into the datastream creates problems in negotiating consistent data parameters
for the nonstandard data transfer. Furthermore, improvements in the hardware and
software used to tranmit and receive the hybrid datastream have generated a
variety of options for nonstandard data transfer. For example, in voice over
data transmissions, the nonstandard communication parameters which must be
negotiated include parameters specifying the speech compression algorithm and
speech compression ratio used in the voice data transfer.

Present modem negotiation methods employ escape sequences for communications
parameter negotiation, and may result in interruption of the data transfer if a
protocol must be renegotiated.

Therefore, there is a need in the art for a means for negotiating nonstandard
data transmission parameters which does not rely on the use of escape sequences
to negotiate the data parameters.

There is also a need in the art for a method of negotiating data transmission
parameters during the data transmission, without interruption of the
transmission or the use of escape sequences.


## SUMMARY OF THE INVENTION

The present disclosure describes a complex computer assisted communications
system. The subject of the present invention is a personal communications system
which includes components of software and hardware operating in conjunction with
a personal computer. The user interface control software operates on a personal
computer, preferably within the Microsoft Windows Registered TM environment. The
software control system communicates with hardware components linked to the
software through the personal computer serial communications port. The hardware
components include telephone communication equipment, digital signal processors,
and hardware to enable both fax and data communication with a hardware

USR000408

Pat. No. 5617423, *

components at a remote site connected through a standard telephone line. The functions of the hardware components are controlled by control software operating within the hardware component and from the software components operating within the personal computer.

Communications between the software components running on the personal computer and the local hardware components over the serial communications link is by a special packet protocol for digital data communications. This bi-directional communications protocol allows uninterrupted bidirectional full-duplex transfer of both control information and data communication.

The major functions of the present system are a telephone function, a voice mail function, a fax manager function, a multi-media mail function, a show and tell function, a terminal function and an address book function. The telephone function allows the present system to operate, from the users perspective, as a conventional telephone using either hands-free, headset or handset operation. The telephone function is more sophisticated than a standard telephone in that the present system converts the voice into a digital signal which can be processed with echo cancellation, compressed, stored as digital data for later retrieval and transmitted as digital voice data concurrent with the transfer of digital information data.

The voice over data (show and tell) component of the present system enables the operator to simultaneously transmit voice and data communication to a remote site. This voice over data function dynamically allocates data bandwidth over the telephone line depending on the demands of the voice grade digitized signal.

A modified supervisory packet is described which can be used to negotiate data communication parameters. In one embodiment, the modified supervisory packet negotiates nonstandard data transmission parameters, such as the speech compression algorithm and speech compression ratio, in voice over data communications. By using a supervisory packet the need for escape sequences is obviated and data transmission parameter negotiation occurs without an interruption in the transmission of data. In addition, data transmission parameters can be renegotiated and changed in real time throughout the data transmission. This method may also be employed for negotiation of standard communications parameters or protocols.

DRWDESC:
DESCRIPTION OF THE DRAWINGS

In the drawings, where like numerals describe like components throughout the several views,

FIG. 1 shows the telecommunications environment within which the present invention may operate in several of the possible modes of communication;

FIG. 2 is the main menu icon for the software components operating on the personal computer;

FIG. 3 is a block diagram of the hardware components of the present system;

FIG. 4 is a key for viewing the detailed electrical schematic diagrams of FIGS. 5A-10C to facilitate understanding of the interconnect between the drawings;

USR000409

Pat. No. 5617423, *

FIGS. 5A-5C, 6A-6C, 7A-7C, 8A-8B, 9A-9C and 10A-10C are detailed electrical schematic diagrams of the circuitry of the hardware components of the present system;

FIG. 11 is a signal flow diagram of the speech compression algorithm;

FIG. 12 is a detailed function flow diagram of the speech compression algorithm;

FIG. 13 is a detailed function flow diagram of the speech decompression algorithm;

FIG. 14 is a detailed function flow diagram of the echo cancellation algorithm;

FIG. 15 is a detailed function flow diagram of the voice/data multiplexing function;

FIG. 16 is a perspective view of the components of a digital computer compatible with the present invention; and

FIG. 17 is a block diagram of the software structure compatible with the present invention.

DETDESC:

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The specification for the multiple inventions described herein includes the present description, the drawings and a microfiche appendix. In the following detailed description of the preferred embodiment, reference is made to the accompanying drawings which form a part hereof, and in which is shown by way of illustration specific embodiments in which the inventions may be practiced. These embodiments are described in sufficient detail to enable those skilled in the art to practice the invention, and it is to be understood that other embodiments maybe utilized and that structural changes may be made without departing from the spirit and scope of the present inventions. The following detailed description is, therefore, not to be taken in a limiting sense, and the scope of the present inventions is defined by the appended claims.

FIG. 1 shows a typical arrangement for the use of the present system. Personal computer 10 is running the software components of the present system while the hardware components 20 include the data communication equipment and telephone headset. Hardware components 20 communicate over a standard telephone line 30 to one of a variety of remote sites. One of the remote sites maybe equipped with the present system including hardware components 20a and software components running on personal computer 10a. In one alternative use, the local hardware components 20 maybe communicating over standard telephone line 30 to facsimile machine 60. In another alternative use, the present system maybe communicating over a standard telephone line 30 to another personal computer 80 through a remote modem 70. In another alternative use, the present system maybe communicating over a standard telephone line 30 to a standard telephone 90. Those skilled in the art will readily recognize the wide variety of communication interconnections possible with the present system by reading and understanding the following detailed description.

USR000410

Pat. No. 5617423, *

The ornamental features of the hardware components 20 of FIG. 1 are claimed as part of Design Patent Application Number 29/001368, filed Nov. 12, 1992 entitled "Telephone/Modem case for a Computer-Based Multifunction Personal Communications System" assigned to the same assignee of the present inventions and hereby incorporated by reference.

GENERAL OVERVIEW

The present inventions are embodied in a commercial product by the assignee, MultiTech Systems, Inc. The software component operating on a personal computer is sold under the commercial trademark of MultiExpressPCS TM personal communications software while the hardware component of the present system is sold under the commercial name of MultiModemPCS TM , Intelligent Personal Communications System Modem. In the preferred embodiment, the software component runs under Microsoft Registered TM Windows Registered TM however those skilled in the art will readily recognize that the present system is easily adaptable to run under any single or multi-user, single or multi-window operating system.

The present system is a multifunction communication system which includes hardware and software components. The system allows the user to connect to remote locations equipped with a similar system or with modems, facsimile machines or standard telephones over a single analog telephone line. The software component of the present system includes a number of modules which are described in more detail below.

FIG. 2 is an example of the Windows Registered TM -based main menu icon of the present system operating on a personal computer. The functions listed with the icons used to invoke those functions are shown in the preferred embodiment. Those skilled in the art will readily recognize that a wide variety of selection techniques may be used to invoke the various functions of the present system. The icon of FIG. 2 is part of Design Patent Application Number 29/001397, filed Nov. 12, 1992 entitled "Icons for a Computer-Based Multifunction Personal Communications System" assigned to the same assignee of the present inventions and hereby incorporated by reference.

The telephone module allows the system to operate as a conventional or sophisticated telephone system. The system converts voice into a digital signal so that it can be transmitted or stored with other digital data, like computer information. The telephone function supports PBX and Centrex features such as a call waiting, call forwarding, caller ID and three-way calling. This module also allows the user to mute, hold or record a conversation. The telephone module enables the handset, headset or hands-free speaker telephone operation of the hardware component. It includes on-screen push button dialing, speed-dial of stored numbers and digital recording of two-way conversations.

The voice mail portion of the present system allows this system to operate as a telephone answering machine by storing voice messages as digitized voice files along with a time/date voice stamp. The digitized voice files can be saved and sent to one or more destinations immediately or at a later time using a queue scheduler. The user can also listen to, forward or edit the voice messages which have been received with a powerful digital voice editing component of the present system. This module also creates queues for outgoing messages to be sent at preselected times and allows the users to create outgoing messages with the voice editor.

Pat. No. 5617423, *

The fax manager portion of the present system is a queue for incoming and outgoing facsimile pages. In the preferred embodiment of the present system, this function is tied into the Windows "print" command once the present system has been installed. This feature allows the user to create faxes from any Windows Registered TM -based document that uses the "print" command. The fax manager function of the present system allows the user to view queued faxes which are to be sent or which have been received. This module creates queues for outgoing faxes to be sent at preselected times and logs incoming faxes with time/date stamps.

The multi-media mail function of the present system is a utility which allows the user to compose documents that include text, graphics and voice messages using the message composer function of the present system, described more fully below. The multi-media mail utility of the present system allows the user to schedule messages for transmittal and queues up the messages that have been received so that can be viewed at a later time.

The show and tell function of the present system allows the user to establish a data over voice (DOV) communications session. When the user is transmitting data to a remote location similarly equipped, the user is able to talk to the person over the telephone line while concurrently transferring the data. This voice over data function is accomplished in the hardware components of the present system. It digitizes the voice and transmits it in a dynamically changing allocation of voice data and digital data multiplexed in the same transmission. The allocation at a given moment is selected depending on the amount of voice digital information required to be transferred. Quiet voice intervals allocate greater space to the digital data transmission.

The terminal function of the present system allows the user to establish a data communications session with another computer which is equipped with a modem but which is not equipped with the present system. This feature of the present system is a Windows Registered TM -based data communications program that reduces the need for issuing "AT" commands by providing menu driven and "popup" window alternatives.

The address book function of the present system is a database that is accessible from all the other functions of the present system. This database is created by the user inputting destination addresses and telephone numbers for data communication, voice mail, facsimile transmission, modem communication and the like. The address book function of the present system may be utilized to broadcast communications to a wide variety of recipients. Multiple linked databases have separate address books for different groups and different destinations may be created by the users. The address book function includes a textual search capability which allows fast and efficient location of specific addresses as described more fully below.


HARDWARE COMPONENTS

FIG. 3 is a block diagram of the hardware components of the present system corresponding to reference number 20 of FIG. 1. These components form the link between the user, the personal computer running the software component of the present system and the telephone line interface. As will be more fully described below, the interface to the hardware components of the present system is via a serial communications port connected to the personal computer. The interface

USR000412

Pat. No. 5617423, *

protocol is well ordered and defined such that other software systems or
programs running on the personal computer may be designed and implemented which
would be capable of controlling the hardware components shown in FIG. 3 by using
the control and communications protocol defined below.

In the preferred embodiment of the present system three alternate telephone
interfaces are available: the telephone handset 301, a telephone headset 302,
and a hands-free microphone 303 and speaker 304. Regardless of the telephone
interface, the three alternative interfaces connect to the digital telephone
coder-decoder (CODEC) circuit 305.

The digital telephone CODEC circuit 305 interfaces with the voice control
digital signal processor (DSP) circuit 306 which includes a voice control DSP
and CODEC. This circuit does digital to analog (D/A) conversion, analog to
digital (A/D) conversion, coding/decoding, gain control and is the interface
between the voice control DSP circuit 306 and the telephone interface. The CODEC
of the voice control circuit 306 transfers digitized voice information in a
compressed format to multiplexor circuit 310 to analog telephone line interface
309.

The CODEC of the voice control circuit 306 is actually an integral component
of a voice control digital signal processor integrated circuit, as described
more fully below. The voice control DSP of circuit 306 controls the digital
telephone CODEC circuit 305, performs voice compression and echo cancellation.

Multiplexor (MUX) circuit 310 selects between the voice control DSP circuit
306 and the data pump DSP circuit 311 for transmission of information on the
telephone line through telephone line interface circuit 309.

The data pump circuit 311 also includes a digital signal processor (DSP) and
a CODEC for communicating over the telephone line interface 309 through MUX
circuit 310. The data pump DSP and CODEC of circuit 311 performs functions such
as modulation, demodulation and echo cancellation to communicate over the
telephone line interface 309 using a plurality of telecommunications standards
including FAX and modem protocols.

The main controller circuit 313 controls the DSP data pump circuit 311 and
the voice control DSP circuit 306 through serial input/output and clock timer
control (SIO/CTC) circuits 312 and dual port RAM circuit 308 respectively. The
main controller circuit 313 communicates with the voice control DSP 306 through
dual port RAM circuit 308. In this fashion digital voice data can be read and
written simultaneously to the memory portions of circuit 308 for high speed
communication between the user (through interfaces 301, 302 or 303/304) and the
personal computer connected to serial interface circuit 315 and the remote
telephone connection connected through the telephone line attached to line
interface circuit 309.

As described more fully below, the main controller circuit 313 includes, in
the preferred embodiment, a microprocessor which controls the functions and
operation of all of the hardware components shown in FIG. 3. The main controller
is connected to RAM circuit 316 and an programmable and electrically erasable
read only memory (PEROM) circuit 317. The PEROM circuit 317 includes
non-volatile memory in which the executable control programs for the voice
control DSP circuits 306 and the main controller circuits 313 operate.

USR000413

Pat. No. 5617423, *

The RS232 serial interface circuit 315 communicates to the serial port of the personal computer which is running the software components of the present system. The RS232 serial interface circuit 315 is connected to a serial input/output circuit 314 with main controller circuit 313. SIO circuit 314 is in the preferred embodiment, a part of SIO/CTC circuit 312.

FUNCTIONAL OPERATION OF THE HARDWARE COMPONENTS

Referring once again to FIG. 3, the multiple and selectable functions described in conjunction with FIG. 2 are all implemented in the hardware components of FIG. 3. Each of these functions will be discussed in turn.

The telephone function 115 is implemented by the user either selecting a telephone number to be dialed from the address book 127 or manually selecting the number through the telephone menu on the personal computer. The telephone number to be dialed is downloaded from the personal computer over the serial interface and received by main controller 313. Main controller 313 causes the data pump DSP circuit 311 to seize the telephone line and transmit the DTMF tones to dial a number. Main controller 313 configures digital telephone CODEC circuit 305 to enable either the handset 301 operation, the microphone 303 and speaker 304 operation or the headset 302 operation. A telephone connection is established through the telephone line interface circuit 309 and communication is enabled. The user's analog voice is transmitted in an analog fashion to the digital telephone CODEC 305 where it is digitized. The digitized voice patterns are passed to the voice control circuit 306 where echo cancellation is accomplished, the digital voice signals are reconstructed into analog signals and passed through multiplexor circuit 310 to the telephone line interface circuit 309 for analog transmission over the telephone line. The incoming analog voice from the telephone connection through telephone connection circuit 309 is passed to the integral CODEC of the voice control circuit 306 where it is digitized. The digitized incoming voice is then passed to digital telephone CODEC circuit 305 where it is reconverted to an analog signal for transmission to the selected telephone interface (either the handset 301, the microphone/speaker 303/304 or the headset 302). Voice Control DSP circuit 306 is programmed to perform echo cancellation to avoid feedback and echoes between transmitted and received signals, as is more fully described below.

In the voice mail function mode of the present system, voice messages maybe stored for later transmission or the present system may operate as an answering machine receiving incoming messages. For storing digitized voice, the telephone interface is used to send the analog speech patterns to the digital telephone CODEC circuit 305. Circuit 305 digitizes the voice patterns and passes them to voice control circuit 306 where the digitized voice patterns are digitally compressed. The digitized and compressed voice patterns are passed through dual port ram circuit 308 to the main controller circuit 313 where they are transferred through the serial interface to the personal computer using a packet protocol defined below. The voice patterns are then stored on the disk of the personal computer for later use in multi-media mail, for voice mail, as a pre-recorded answering machine message or for later predetermined transmission to other sites.

For the present system to operate as an answering machine, the hardware components of FIG. 3 are placed in answer mode. An incoming telephone ring is detected through the telephone line interface circuit 309 and the main

USR000414

controller circuit 313 is alerted which passes the information off to the
personal computer through the RS232 serial interface circuit 315. The telephone
line interface circuit 309 seizes the telephone line to make the telephone
connection. A prerecorded message may be sent by the personal computer as
compressed and digitized speech through the RS232 interface to the main
controller circuit 313. The compressed and digitized speech from the personal
computer is passed from main controller circuit 313 through dual port ram
circuit 308 to the voice control DSP circuit 306 where it is uncompressed and
converted to analog voice patterns. These analog voice patterns are passed
through multiplexor circuit 310 to the telephone line interface 309 for
transmission to the caller. Such a message may invite the caller to leave a
voice message at the sound of a tone. The incoming voice messages are received
through telephone line interface 309 and passed to voice control circuit 306.
The analog voice patterns are digitized by the integral CODEC of voice control
circuit 306 and the digitized voice patterns are compressed by the voice control
DSP of the voice control circuit 306. The digitized and compressed speech
patterns are passed through dual port ram circuit 308 to the main controller
circuit 313 where they are transferred using packet protocol described below
through the RS232 serial interface 315 to the personal computer for storage and
later retrieval. In this fashion the hardware components of FIG. 3 operate as a
transmit and receive voice mail system for implementing the voice mail function
117 of the present system.

     The hardware components of FIG. 3 may also operate to facilitate the fax
manager function 119 of FIG. 2. In fax receive mode, an incoming telephone call
will be detected by a ring detect circuit of the telephone line interface 309
which will alert the main controller circuit 313 to the incoming call. Main
controller circuit 313 will cause line interface circuit 309 to seize the
telephone line to receive the call. Main controller circuit 313 will also
concurrently alert the operating programs on the personal computer through the
RS232 interface using the packet protocol described below. Once the telephone
line interface seizes the telephone line, a fax carrier tone is transmitted and
a return tone and handshake is received from the telephone line and detected by
the data pump circuit 311. The reciprocal transmit and receipt of the fax tones
indicates the imminent receipt of a facsimile transmission and the main
controller circuit 313 configures the hardware components of FIG. 3 for the
receipt of that information. The necessary handshaking with the remote facsimile
machine is accomplished through the data pump 311 under control of the main
controller circuit 313. The incoming data packets of digital facsimile data are
received over the telephone line interface and passed through data pump circuit
311 to main controller circuit 313 which forwards the information on a packet
basis (using the packet protocol described more fully below) through the serial
interface circuit 315 to the personal computer for storage on disk. Those
skilled in the art will readily recognize that the FAX data could be transferred
from the telephone line to the personal computer using the same path as the
packet transfer except using the normal AT stream mode. Thus the incoming
facsimile is automatically received and stored on the personal computer through
the hardware components of FIG. 3.

     A facsimile transmission is also facilitated by the hardware components of
FIG. 3. The transmission of a facsimile maybe immediate or queued for later
transmission at a predetermined or preselected time. Control packet information
to configure the hardware components to send a facsimile are sent over the RS232
serial interface between the personal computer and the hardware components of
FIG. 3 and are received by main controller circuit 313. The data pump circuit

USR000415

Pat. No. 5617423, *

311 then dials the recipient's telephone number using DTMF tones or pulse
dialing over the telephone line interface circuit 309. Once an appropriate
connection is established with the remote facsimile machine, standard facsimile
handshaking is accomplished by the data pump circuit 311. Once the facsimile
connection is established, the digital facsimile picture information is received
through the data packet protocol transfer over serial line interface circuit
315, passed through main controller circuit 313 and data pump circuit 311 onto
the telephone line through telephone line interface circuit 309 for receipt by
the remote facsimile machine.

The operation of the multi-media mail function 121 of FIG. 2 is also
facilitated by the hardware components of FIG. 3. A multimedia transmission
consists of a combination of picture information, digital data and digitized
voice information. For example, the type of multimedia information transferred
to a remote site using the hardware components of FIG. 3 could be the multimedia
format of the MicroSoft Registered TM Multimedia Wave Registered TM format with
the aid of an Intelligent Serial Interface (ISI) card added to the personal
computer. The multimedia may also be the type of multimedia information
assembled by the software component of the present system which is described
more fully below.

The multimedia package of information including text, graphics and voice
messages (collectively called the multimedia document) maybe transmitted or
received through the hardware components shown in FIG. 3. For example, the
transmission of a multimedia document through the hardware components of FIG. 3
is accomplished by transferring the multimedia digital information using the
packet protocol described below over the RS232 serial interface between the
personal computer and the serial line interface circuit 315. The packets are
then transferred through main controller circuit 313 through the data pump
circuit 311 on to the telephone line for receipt at a remote site through
telephone line interface circuit 309. In a similar fashion, the multimedia
documents received over the telephone line from the remote site are received at
the telephone line interface circuit 309, passed through the data pump circuit
311 for receipt and forwarding by the main controller circuit 313 over the
serial line interface circuit 315.

The show and tell function 123 of the present system allows the user to
establish a data over voice communication session. In this mode of operation,
full duplex data transmission maybe accomplished simultaneously with the voice
communication between both sites. This mode of operation assumes a like
configured remote site. The hardware components of the present system also
include a means for sending voice/data over cellular links. The protocol used
for transmitting multiplexed voice and data include a supervisory packet
described more fully below to keep the link established through the cellular
link. This supervisory packet is an acknowledgement that the link is still up.
The supervisory packet may also contain link information to be used for
adjusting various link parameters when needed. This supervisory packet is sent
periodically when data is not being sent and if the packet is not acknowledged
after a specified number of attempts, the protocol would then give an indication
that the cellular link is down and then allow the modem to take action. The
action could be for example; change speeds, retrain, or hang up. The use of
supervisory packets is a novel method of maintaining inherently intermittent
cellular links when transmitting multiplexed voice and data.

USR000416

Pat. No. 5617423, *

The voice portion of the voice over data transmission of the show and tell
function is accomplished by receiving the user's voice through the telephone
interface 301, 302 or 303 and the voice information is digitized by the digital
telephone circuit 305. The digitized voice information is passed to the voice
control circuit 306 where the digitized voice information is compressed using a
voice compression algorithm described more fully below. The digitized and
compressed voice information is passed through dual port RAM circuit 308 to the
main controller circuit 313. During quiet periods of the speech, a quiet flag is
passed from voice control circuit 306 to the main controller 313 through a
packet transfer protocol described below by a dual port RAM circuit 308.

Simultaneous with the digitizing compression and packetizing of the voice
information is the receipt of the packetized digital information from the
personal computer over interface line circuit 315 by main controller circuit
313. Main controller circuit 313 in the show and tell function of the present
system must efficiently and effectively combine the digitized voice information
with the digital information for transmission over the telephone line via
telephone line interface circuit 309. As described above and as described more
fully below, main controller circuit 313 dynamically changes the amount of voice
information and digital information transmitted at any given period of time
depending upon the quiet times during the voice transmissions. For example,
during a quiet moment where there is no speech information being transmitted,
main controller circuit 313 ensures that a higher volume of digital data
information be transmitted over the telephone line interface in lieu of
digitized voice information.

Also, as described more fully below, the packets of digital data transmitted
over the telephone line interface with the transmission packet protocol
described below, requires 100 percent accuracy in the transmission of the
digital data, but a lesser standard of accuracy for the transmission and receipt
of the digitized voice information. Since digital information must be
transmitted with 100 percent accuracy, a corrupted packet of digital information
received at the remote site must be re-transmitted. A retransmission signal is
communicated back to the local site and the packet of digital information which
was corrupted during transmission is retransmitted. If the packet transmitted
contained voice data, however, the remote site uses the packets whether they
were corrupted or not as long as the packet header was intact. If the header is
corrupted, the packet is discarded. Thus, the voice information may be corrupted
without requesting retransmission since it is understood that the voice
information must be transmitted on a real time basis and the corruption of any
digital information of the voice signal is not critical. In contrast to this the
transmission of digital data is critical and retransmission of corrupted data
packets is requested by the remote site.

The transmission of the digital data follows the CCITT V.42 standard, as is
well known in the industry and as described in the CCITT Blue Book, volume VIII
entitled Data Communication over the Telephone Network, 1989. The CCITT V.42
standard is hereby incorporated by reference. The voice data packet information
also follows the CCITT V.42 standard, but uses a different header format so the
receiving site recognizes the difference between a data packet and a voice
packet. The voice packet is distinguished from a data packet by using undefined
bits in the header (80 hex) of the V.42 standard. The packet protocol for voice
over data transmission during the show and tell function of the present system
is described more fully below.

USR000417

Pat. No. 5617423, *

Since the voice over data communication with the remote site is full-duplex, incoming data packets and incoming voice packets are received by the hardware components of FIG. 3. The incoming data packets and voice packets are received through the telephone line interface circuit 309 and passed to the main controller circuit 313 via data pump DSP circuit 311. The incoming data packets are passed by the main controller circuit 313 to the serial interface circuit 315 to be passed to the personal computer. The incoming voice packets are passed by the main controller circuit 313 to the dual port RAM circuit 308 for receipt by the voice control DSP circuit 306. The voice packets are decoded and the compressed digital information therein is uncompressed by the voice control DSP of circuit 306. The uncompressed digital voice information is passed to digital telephone CODEC circuit 305 where it is reconverted to an analog signal and retransmitted through the telephone line interface circuits. In this fashion full-duplex voice and data transmission and reception is accomplished through the hardware components of FIG. 3 during the show and tell functional operation of the present system.

Terminal operation 125 of the present system is also supported by the hardware components of FIG. 3. Terminal operation means that the local personal computer simply operates as a "dumb" terminal including file transfer capabilities. Thus no local processing takes place other than the handshaking protocol required for the operation of a dumb terminal. In terminal mode operation, the remote site is assumed to be a modem connected to a personal computer but the remote site is not necessarily a site which is configured according to the present system. In terminal mode of operation, the con, hand and data information from personal computer is transferred over the RS232 serial interface circuit 315, forwarded by main controller circuit 313 to the data pump circuit 311 where the data is placed on the telephone line via telephone line interface circuit 309.

In a reciprocal fashion, data is received from the telephone line over telephone line interface circuit 309 and simply forwarded by the data pump circuit 311, the main controller circuit 313 over the serial line interface circuit 315 to the personal computer.

As described above, and more fully below, the address book function of the present system is primarily a support function for providing telephone numbers and addresses for the other various functions of the present system.

DETAILED ELECTRICAL SCHEMATIC DIAGRAMS

The detailed electrical schematic diagrams comprise FIGS. 5A-C, 6A-C, 7A-C, 8A-B, 9A-C and 10A-C. FIG. 4 shows a key on how the schematic diagrams may be conveniently arranged to view the passing of signals on the electrical lines between the diagrams. The electrical connections between the electrical schematic diagrams are through the designators listed next to each wire. For example, on the right side of FIG. 5A, address lines A0-A19 are attached to an address bus for which the individual electrical lines may appear on other pages as A0-A19 or may collectively be connected to other schematic diagrams through the designator "A" in the circle connected to the collective bus. In a like fashion, other electrical lines designated with symbols such as RNGL on the lower left-hand side of FIG. 5A may connect to other schematic diagrams using the same signal designator RNGL.

USR000418

Pat. No. 5617423, *

Beginning with the electrical schematic diagram of FIG. 7C, the telephone line connection in the preferred embodiment is through connector J2 which is a standard six-pin modular RJ-11 jack. In the schematic diagram of FIG. 7C, only the tip and ring connections of the first telephone circuit of the RJ-11 modular connector are used. Ferrite beads FB3 and FB4 are placed on the tip and ring wires of the telephone line connections to remove any high frequency or RF noise on the incoming telephone line. The incoming telephone line is also overvoltage protected through SIDACTOR R4. The incoming telephone line may be full wave rectified by the full wave bridge comprised of diodes CR27, CR28, CR29 and CR31. Switch S4 switches between direct connection and full wave rectified connection depending upon whether the line is a non-powered leased line or a standard telephone line. Since a leased line is a "dead" line with no voltage, the full-wave rectification is not needed.

Also connected across the incoming telephone line is a ring detect circuit, Optical isolator U32 (part model number CNY17) senses the ring voltage threshold when it exceeds the breakdown voltages on zener diodes CR1 and CR2. A filtering circuit shown in the upper right corner of FIG. 7C creates a long RC delay to sense the constant presence of an AC ring voltage and buffers that signal to be a binary signal out of operational amplifier U25 (part model number TLO82). Thus, the RNGL and J1RING signals are binary signals for use in the remaining portions of the electrical schematic diagrams to indicate a presence of a ring voltage on the telephone line.

The present system is also capable of sensing the caller ID information which is transmitted on the telephone line between rings. Between the rings, optically isolated relays U30, U31 on FIG. 7C and optically isolated relay U33 on FIG. 7B all operate in the period between the rings so that the FSK modulated caller ID information is connected to the CODEC and data pump DSP in FIGS. 8A and 8B, as described more fully below.

Referring now to FIG. 7B, more of the telephone line filtering circuitry is shown. Some of the telephone line buffering circuitry such as inductor L1 and resistor R1 are optional and are connected for various telephone line standards used around the word to meet local requirements. For example, Switzerland requires a 22 millihenry inductor and 1K resistor in series the line. For all other countries, the 1K resistor is replaced with a 0 ohm resistor.

Relay U29 shown in FIG. 7B is used to accomplish pulse dialing by opening and shorting the tip and ring wires. Optical relay X2 is engaged during pulse dialing so that the tip and ring are shorted directly. Transistors Q2 and Q3 along with the associated discrete resistors comprise a holding circuit to provide a current path or current loop on the telephone line to grab the line.

FIG. 7A shows the telephone interface connections between the hardware components of the present system and the handset, headset and microphone.

The connections T1 and T2 for the telephone line from FIG. 7B are connected to transformer TR1 shown in the electrical schematic diagram of FIG. 8B. Only the AC components of the signal pass through transformer TR1. The connection of signals attached to the secondary of TR1 is shown for both transmitting and receiving information over the telephone line.

Incoming signals are buffered by operational amplifiers U27A and U27B. The first stage of buffering using operational amplifier U27B is used for echo

USR000419

Pat. No. 5617423, *

suppression so that the transmitted information being placed on the telephone
line is not fed back into the receive portion of the present system. The second
stage of the input buffering through operational amplifier U27A is configured
for a moderate amount of gain before driving the signal into CODEC U35.

CODEC chip U35 on FIG. 8B, interface chip U34 on FIG. 8A and digital signal
processor (DSP) chip U37 on FIG. 8A comprise a data pump chip set manufactured
and sold by AT&T Microelectronics. A detailed description of the operation of
these three chips in direct connection and cooperation with one another is
described in the publication entitled "AT&T V.32bis/V.32/FAX High-Speed Data
Pump Chip Set Data Book" published by AT&T Microelectronics, December 1991,
which is hereby incorporated by reference. This AT&T data pump chip set
comprises the core of an integrated, two-wire full duplex modem which is capable
of operation over standard telephone lines or leased lines. The data pump chip
set conforms to the telecommunications specifications in CCITT recommendations
V.32bis, V.32, V.22bis, V.22, V.23, V.21 and is compatible with the Bell 212A
and 103 modems. Speeds of 14,400, 9600, 4800, 2400, 1200, 600 and 300 bits per
second are supported. This data pump chip set consists of a ROM-coded DSP16A
digital signal processor U37, and interface chip U34 and an AT&T T7525 linear
CODEC U35. The AT&T V.32 data pump chip set is available from AT&T
Microelectronics.

The chip set U34, U35 and U37 on FIGS. 8A and 8B perform all A/D, D/A,
modulation, demodulation and echo cancellation of all signals placed on or taken
from the telephone line. The CODEC U35 performs DTMF tone generation and
detection, signal analysis of call progress tones, etc. The transmission of
information on the telephone line from CODEC U35 is through buffer U28A, through
CMOS switch U36 and through line buffer U25. The CMOS switch U36 is used to
switch between the data pump chip set CODEC of circuit 310 (shown in FIG. 3) and
the voice control CODEC of circuit 306 (also shown in FIG. 3). The signal lines
AOUTN and AOUTP correspond to signals received from the voice control CODEC of
circuit 306. CODEC U35 is part of circuit 311 of FIG. 3.

The main controller of controller circuit 313 and the support circuits 312,
314, 316, 317 and 308 are shown in FIGS. 5A-5C. In the preferred embodiment of
the present system, the main controller is a Z80180 eight-bit microprocessor
chip. In the preferred implementation, microcontroller chip U17 is a Z80180
microprocessor, part number Z84CO1 by Zilog, Inc. of Campbell, Calif. (also
available from Hitachi Semiconductor as part number HD64180Z). The Zilog Z80180
eight-bit microprocessor operates at 12 MHz internal clock speed by means of an
external crystal XTAL, which in the preferred embodiment, is a 24.576 MHz
crystal. The crystal circuit includes capacitors C4 and C5 which are 20 pf
capacitors and resistor R28 which is a 33 ohm resistor. The crystal and support
circuitry is connected according to manufacturer's specifications found in the
Zilog Intelligent Peripheral Controllers Data Book published by Zilog, Inc. The
product description for the Z84CO1 Z80180 CPU from the Z84CO1 Z80 CPU Product
Specification pgs. 43-73 of the Zilog 1991 Intelligent Peripheral Controllers
databook is hereby incorporated by reference.

The Z80180 microprocessor in microcontroller chip U17 is intimately connected
to a serial/parallel I/O counter timer chip U15 which is, in the preferred
embodiment, a Zilog 84C90 CMOS Z80 KIO serial/parallel/counter/timer integrated
circuit available from Zilog, Inc. This multi-function I/O chip U15 combines the
functions of a parallel input/output port, a serial input/output port, bus
control circuitry, and a clock timer circuit in one chip. The Zilog Z84C90

Pat. No. 5617423, *

product specification describes the detailed internal operations of this circuit
in the Zilog Intelligent Peripheral Controllers 1991 Handbook available from
Zilog, Inc. Z84C90 CMOS Z80KIO Product specification pgs. 205-224 of the Zilog
1991 Intelligent Peripheral Controllers databook is hereby incorporated by
reference.

Data and address buses A and B shown in FIG. 5A connect the Z80180
microprocessor in microcontroller U17 with the Z80 KIO circuit U15 and a gate
array circuit U19, and to other portions of the electrical schematic diagrams.
The gate array U19 includes miscellaneous latch and buffer circuits for the
present system which normally would be found in discrete SSI or MSI integrated
circuits. By combining a wide variety of miscellaneous support circuits into a
single gate array, a much reduced design complexity and manufacturing cost is
achieved. A detailed description of the internal operations of gate array U19 is
described more fully below in conjunction with schematic diagrams of FIGS.
10A-10C.

The memory chips which operate in conjunction with the Z80 microprocessor in
microcontroller chip U17 are shown in FIG. 5C. The connections A, B correspond
to the connections to the address and data buses, respectively, found on FIG.
5A. Memory chips U16 and U13 are read-only memory (ROM) chips which are
electrically alterable in place. These programmable ROMs, typically referred to
as flash PROMs or Programmable Erasable Read Only Memories (PEROMs) hold the
program code and operating parameters for the present system in a non-volatile
memory. Upon power-up, the programs and operating parameters are transferred to
the voice control. DSP RAM U12, shown in FIG. 9B.

In the preferred embodiment, RAM chip U14 is a pseudostatic RAM which is
essentially a dynamic RAM with a built-in refresh. Those skilled in the art will
readily recognize that a wide variety memory chips may be used and substituted
for pseudo-static RAM U14 and flash PROMs U16 and U13.

Referring once again to FIG. 3, the main controller circuit 313 communicates
with the voice control DSP of circuit 306 through dual port RAM circuit 308. The
digital telephone CODEC circuit 305, the voice control DSP and CODEC circuit
306, the DSP RAM 307 and the dual port RAM 308 are all shown in detailed
electrical schematic diagrams of FIGS. 9A-9C.

Referring to FIG. 9A, the DSP RAM chips U6 and U7 are shown with associated
support chips. Support chips U1 and U2 are in the preferred embodiment part
74HCT244 which are TTL-level latches used to capture data from the data bus and
hold it for the DSP RAM chips U6 and U7. Circuits U3 and U4 are also latch
circuits for also latching address information to control DSP RAM chips U6 and
U7. Once again, the address bus A and data bus B shown in FIG. 9A are multi-wire
connections which, for the clarity of the drawing, are shown as a thick bus wire
representing a grouping of individual wires.

Also in FIG. 9A, the DSPRAMs U6 and U7 are connected to the voice control DSP
and CODEC chip U8 as shown split between FIGS. 9A and 9B. DSP/CODEC chip U8 is,
in the preferred embodiment, part number WE Registered TM DSP16C, digital signal
processor and CODEC chip manufactured and sold by AT&T Microelectronics. This is
a 16-bit programmable DSP with a voice band sigma-delta CODEC on one chip.
Although the CODEC portion of this chip is capable of analog-to-digital and
digital-to-analog signal acquisition and conversion system, the actual D/A and
A/D functions for the telephone interface occur in digital telephone CODEC

Pat. No. 5617423, *

chip U12 (corresponding to digital telephone CODEC circuit 305 of FIG. 3). Chip U8 includes circuitry for sampling, data conversion, anti-aliasing filtering and anti-imaging filtering. The programmable control of DSP/CODEC chip U8 allows it to receive digitized voice from the telephone interface (through digital telephone CODEC chip U12) and store it in a digitized form in the dual port RAM chip U11. The digitized voice can then be passed to the main controller circuit 313 where the digitized voice maybe transmitted to the personal computer over the RS232 circuit 315. In a similar fashion, digitized voice stored by the main controller circuit 313 in the dual port RAM U11 may be transferred through voice control DSP chip U8, converted to analog signals by telephone CODEC U12 and passed to the user. Digital telephone CODEC chip U12 includes a direct telephone handset interface on the chip.

The connections to DSP/CODEC chip U8 are shown split across FIGS. 9A and 9B. Address/data decode chips U9 and U10 on FIG. 9A serve to decode address and data information from the combined address/data bus for the dual port RAM chip U11 of FIG. 9B. The interconnection of the DSP/CODEC chip U8 shown on FIGS. 9A and 9B is described more fully in the WE Registered TM DSP16C Digital Signal Processor/CODEC Data Sheet published May, 1991 by AT&T Microelectronics, which is hereby incorporated by reference.

The Digital Telephone CODEC chip U12 is also shown in FIG. 9B which, in the preferred embodiment, is part number T7540 Digital Telephone CODEC manufactured and sold by AT&T Microelectronics. A more detailed description of this telephone CODEC chip U12 is described in the T7540 Digital Telephone CODEC Data Sheet and Addendum published July, 1991 by AT&T Microelectronics, which is hereby incorporated by reference.

Support circuits shown on FIG. 9C are used to facilitate communication between CODEC chip U12, DSP/CODEC chip U8 and dual port RAM U11. For example, an 8 KHz clock is used to synchronize the operation of CODEC U12 and DSP/CODEC U8.

The operation of the dual port RAM U11 is controlled both by DSP U8 and main controller chip U17. The dual port operation allows writing into one address while reading from another address in the same chip. Both processors can access the exact same memory locations with the use of a contention protocol such that when one is reading the other cannot be writing. In the preferred embodiment, dual port RAM chip U11 is part number CYZC131 available from Cyprus Semiconductor. This chip includes built in contention control so that if two processors try to access the same memory location at the same time, the first one making the request gets control of the address location and the other processor must wait. In the preferred embodiment, a circular buffer is arranged in dual port RAM chip U11 comprising 24 bytes. By using a circular buffer configuration with pointers into the buffer area, both processors will not have a contention problem.

The DSPRAM chips U6 and U7 are connected to the DSP chip U8 and also connected through the data and address buses to the Zilog microcontroller U17. In this configuration, the main controller can download the control programs for DSP U8 into DSPRAMs U6 and U7. In this fashion, DSP control can be changed by the main controller or the operating programs on the personal computer, described more fully below. The control programs stored in DSP chips U6 and U7 originate in the flash PEROM chips U16 and U17. The power-up control routine operating on controller chip U17 downloads the DSP control routines into DSP RAM chips U6 and U7.

USR000422

Pat. No. 5617423, *

The interface between the main controller circuit 313 and the personal computer is through SIO circuit 314 and RS232 serial interface 315. These interfaces are described more fully in conjunction with the detailed electrical schematic diagrams of FIG. 6A-6C. RS232 connection J1 is shown on FIG. 6A with the associated control circuit and interface circuitry used to generate and receive the appropriate RS232 standard signals for a serial communications interface with a personal computer. FIG. 6B is a detailed electrical schematic diagram showing the generation of various voltages for powering the hardware components of the electrical schematic diagrams of hardware components 20. The power for the present hardware components is received on connector J5 and controlled by power switch S34. From this circuitry of FIG. 6B, plus and minus 12 volts, plus five volts and minus five volts are derived for operating the various RAM chips, controller chips and support circuitry of the present system. FIG. 6C shows the interconnection of the status LED's found on the front display of the box 20.

Finally, the "glue logic" used to support various functions in the hardware components 20 are described in conjunction with the detailed electrical schematic diagrams of FIGS. 10A-10C. The connections between FIGS. 10A and 10C and the previous schematic diagrams is made via the labels for each of the lines. For example, the LED status lights are controlled and held active by direct addressing and data control of latches GA1 and GA2. For a more detailed description of the connection of the glue logic of FIGS. 10A-10C, the gate array U19 is shown connected in FIGS. 5A and 5B.

PACKET PROTOCOL BETWEEN THE PC AND THE HARDWARE COMPONENT

A special packet protocol is used for communication between the hardware components 20 and the personal computer (PC) 10. The protocol is used for transferring different types of information between the two devices such as the transfer of DATA, VOICE, and QUALIFIED information. The protocol also uses the BREAK as defined in CCITT X.28 as a means to maintain protocol synchronization. A description of this BREAK sequence is also described in the Statutory Invention Registration entitled "ESCAPE METHODS FOR MODEM COMMUNICATIONS", to Timothy D. Gunn filed Jan. 8, 1993, which is hereby incorporated by reference.

The protocol has two modes of operation. One mode is packet mode and the other is stream mode. The protocol allows mixing of different types of information into the data stream without having to physically switch modes of operation. The hardware component 20 will identify the packet received from the computer 10 and perform the appropriate action according to the specifications of the protocol. If it is a data packet, then the controller 313 of hardware component 20 would send it to the data pump circuit 311. If the packet is a voice packet, then the controller 313 of hardware component 20 would distribute that information to the Voice DSP 306. This packet transfer mechanism also works in the reverse, where the controller 313 of hardware component 20 would give different information to the computer 10 without having to switch into different modes. The packet protocol also allows commands to be sent to either the main controller 313 directly or to the Voice DSP 306 for controlling different options without having to enter a command state.

Packet mode is made up of 8 bit asynchronous data and is identified by a beginning synchronization character (01 hex) followed by an ID/LI character and then followed by the information to be sent. In addition to the ID/LI

USR000423

Pat. No. 5617423, *

character codes defined below, those skilled in the art will readily recognize
that other ID/LI character codes could be defined to allow for additional types
of packets such as video data, or alternate voice compression algorithm packets
such as Codebook Excited Linear Predictive Coding (CELP) algorithm, GSM, RPE,
VSELP, etc.

Stream mode is used when large amounts of one type of packet (VOICE, DATA, or
QUALIFIED) is being sent. The transmitter tells the receiver to enter stream
mode by a unique command. Thereafter, the transmitter tells the receiver to
terminate stream mode by using the BREAK command followed by an "AT" type
command. The command used to terminate the stream mode can be a command to enter
another type of stream mode or it can be a command to enter back into packet
mode.

Currently there are 3 types of packets used: DATA, VOICE, and QUALIFIED.
Table 1 shows the common packet parameters used for all three packet types.
Table 2 shows the three basic types of packets with the sub-types listed.


TABLE 1: Packet Parameters

    1. Asynchronous transfer

    2. 8 bits, no parity

    3. Maximum packet length of 128 bytes

    IDentifier byte = 1

    InFormation = 127

    4. SPEED

    variable from 9600 to 57600

    default to 19200


TABLE 2: Packet Types

    1. Data

    2. Voice

    3. Qualified:

    a. COMMAND

    b. RESPONSE

    c. STATUS

    d. FLOW CONTROL

USR000424

e. BREAK

f2. ACK

g. NAK

h. STREAM

A Data Packet is shown in Table 1 and is used for normal data transfer
between the controller 313 of hardware component 20 and the computer 10 for such
things as text, file transfers, binary data and any other type of information
presently being sent through modems. All packet transfers begin with a synch
character 01 hex (synchronization byte). The Data Packet begins with an ID byte
which specifies the packet type and packet length. Table 3 describes the Data
Packet byte structure and Table 4 describes the bit structure of the ID byte of
the Data Packet. Table 5 is an example of a Data Packet with a byte length of 6.
The value of the LI field is the actual length of the data field to follow, not
counting the ID byte. TABLE 3 [See Original Patent for Chemical Structure
Diagram]

TABLE 4 [See Original Patent for Chemical Structure Diagram]

TABLE 5 [See Original Patent for Chemical Structure Diagram]

The Voice Packet is used to transfer compressed VOICE messages between the
controller 313 of hardware component 20 and the computer 10. The Voice Packet is
similar to the Data Packet except for its length which is, in the preferred
embodiment, currently fixed at 23 bytes of data. Once again, all packets begin
with a synchronization character chosen in the preferred embodiment to be 01 hex
(01H). The ID byte of the Voice Packet is completely a zero byte: all bits are
set to zero. Table 6 shows the ID byte of the Voice Packet and Table 7 shows the
Voice Packet byte structure. TABLE 6 [See Original Patent for Chemical Structure
Diagram]

TABLE 7 [See Original Patent for Chemical Structure Diagram]

The Qualified Packet is used to transfer commands and other non-data/voice
related information between the controller 313 of hardware component 20 and the
computer 10. The various species or types of the Qualified Packets are described
below and are listed above in Table 2. Once again, all packets start with a
synchronization character chosen in the preferred embodiment to be 01 hex (01H).
A Qualified Packet starts with two bytes where the first byte is the ID byte and
the second byte is the QUALIFIER type identifier. Table 8 shows the ID byte for
the Qualified Packet, Table 9 shows the byte structure of the Qualified Packet
and Tables 10-12 list the Qualifier Type byte bit maps for the three types of
Qualified Packets. TABLE 8 [See Original Patent for Chemical Structure Diagram]

The Length Identifier of the ID byte equals the amount of data which follows
including the QUALIFIER byte (QUAL byte + DATA). If LI = 1, then the Qualifier

USR000425

Pat. No. 5617423, *

Packet contains the Q byte only. TABLE 9 [See Original Patent for Chemical
Structure Diagram]

The bit maps of the Qualifier Byte (QUAL BYTE) of the Qualified Packet are
shown in Tables 10-12. The bit map follows the pattern whereby if the QUAL byte
= 0, then the command is a break. Also, bit 1 of the QUAL byte designates
ack/nak, bit 2 designates flow control and bit 6 designates stream mode command.
Table 10 describes the Qualifier Byte of Qualified Packet, Group 1 which are
immediate commands. Table 11 describes the Qualifier Byte of Qualified Packet,
Group 2 which are stream mode commands in that the command is to stay in the
designated mode until a BREAK + INIT command string is sent. Table 12 describes
the Qualifier Byte of Qualified Packet, Group 3 which are information or status
commands.

TABLE 10
Qualifier Byte of Qualified Packet: Group 1

| 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | |
|---|---|---|---|---|---|---|---|---|
| x | x | x | x | x | x | x | X | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | = break |
| 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | = ACK |
| 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | = NAK |
| 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | = xoff or stop sending data |
| 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | = xon or resume sending |
| | * | * | * | * | * | * | * | data 0 |
| 0 | 0 | 0 | 1 | 0 | 0 | 0 | * | = cancel fax |

TABLE 11
Qualifier Byte of Qualified Packet: Group 2

| 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | |
|---|---|---|---|---|---|---|---|---|
| x | x | x | x | x | x | x | X | |
| 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | = stream command mode |
| 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | = stream data |
| 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | = stream voice |
| 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | = stream video |
| 0 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | = stream A |
| 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | = stream B |
| 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | = stream C |

The Qualifier Packet indicating stream mode and BREAK attention is used when
a large of amount of information is sent (voice, data . . . ) to allow the
highest throughput possible. This command is mainly intended for use in DATA
mode but can be used in any one of the possible modes. To change from one mode
to another, a break-in it sequence would be given. A break "AT . . . < cr > "
type command would cause a change in state and set the serial rate from the "AT"
command.

USR000426

Pat. No. 5617423, *
TABLE 12
Qualifier Byte of Qualified Packet: Group 3

| 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | |
|---|---|---|---|---|---|---|---|---|
| x | x | x | x | x | x | x | X | |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | = commands |
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | = responses |
| 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | = status |

## CELLULAR SUPERVISORY PACKET

In order to determine the status of the cellular link, a supervisory packet
shown in Table 13 is used. Both sides of the cellular link will send the
cellular supervisory packet every 1 to 3 seconds. Upon receiving the cellular
supervisory packet, the receiving side will acknowledge it using the ACK field
of the cellular supervisory packet. If the sender does not receive an
acknowledgement within one second, it will repeat sending the cellular
supervisory packet up to 12 times. After 12 attempts of sending the cellular
supervisory packet without an acknowledgement, the sender will disconnect the
line. Upon receiving an acknowledgement, the sender will restart its 3 second
timer. Those skilled in the art will readily recognize that the timer values and
wait times selected here may be varied without departing from the spirit or
scope of the present invention. TABLE 13 [See Original Patent for Chemical
Structure Diagram]

## SPEECH COMPRESSION

The Speech Compression algorithm described above for use in the voice mail
function, the multimedia mail function and the show and tell function of the
present system is all accomplished via the voice control circuit 306. Referring
once again to FIG. 3, the user is talking either through the handset, the
headset or the microphone/speaker telephone interface. The analog voice signals
are received and digitized by the telephone CODEC circuit 305. The digitized
voice information is passed from the digital telephone CODEC circuit 305 to the
voice control circuits 306. The digital signal processor (DSP) of the voice
control circuit 306 is programmed to do the voice compression algorithm. The
source code programmed into the voice control DSP is attached in the microfiche
appendix. The DSP of the voice control circuit 306 compresses the speech and
places the compressed digital representations of the speech into special packets
described more fully below. As a result of the voice compression algorithm, the
compressed voice information is passed to the dual port ram circuit 308 for
either forwarding and storage on the disk of the personal computer via the RS232
serial interface or for multiplexing with conventional modem data to be
transmitted over the telephone line via the telephone line interface circuit 309
in the voice-over-data mode of operation Show and Tell function 123).

## SPEECH COMPRESSION ALGORITHM

USR000427

Pat. No. 5617423, *

To multiplex high-fidelity speech with digital data and transmit both over the over the telephone line, a high available bandwidth would normally be required. In the present invention, the analog voice information is digitized into 8-bit PCM data at an 8 Khz sampling rate producing a serial bit stream of 64,000 bps serial data rate. This rate cannot be transmitted over the telephone line. With the Speech Compression algorithm described below, the 64 kbs digital voice data is compressed into a 9200 bps encoding bit stream using a fixed-point (non-floating point) DSP such that the compressed speech can be transmitted over the telephone line using a 9600 baud modem transmission. This is an approximately 7 to one compression ratio. This is accomplished in an efficient manner such that enough machine cycles remain during real time speech compression to allow real time acoustic and line echo cancellation in the same fixed-point DSP.

Even at 9200 bps serial data rate for voice data transmission, this bit rate leaves little room for concurrent conventional data transmission. A silence detection function is used to detect quiet intervals in the speech signal and substitute conventional data packets in lieu of voice data packets to effectively time multiplex the voice and data transmission. The allocation of time for conventional data transmission is constantly changing depending upon how much silence is on the voice channel.

The voice compression algorithm of the present system relies on a model of human speech which shows that human speech contains redundancy inherent in the voice patterns. Only the incremental innovations (changes) need to be transmitted. The algorithm operates on 160 digitized speech samples (20 milliseconds), divides the speech samples into time segments of 5 milliseconds each, and uses predictive coding on each segment. With this algorithm, the current segment is predicted as best as possible based on the past recreated segments and a difference signal is determined. The difference value is compared to the stored difference values in a lookup table or code book, and the address of the closest value is sent to the remote site along with the predicted gain and pitch values for each segment. In this fashion, four 5 ms speech segments can be reduced to a packet of 23 bytes or 184 bits (46 bits per sample segment). By transmitting 184 bits every 20 milliseconds, an effective serial data transmission rate of 9200 bps is accomplished.

To produce this compression, the present system includes a unique Vector Quantization (VQ) speech compression algorithm designed to provide maximum fidelity with minimum compute power and bandwidth. The VQ algorithm has two major components. The first section reduces the dynamic range of the input speech signal by removing short term and long term redundancies. This reduction is done in the waveform domain, with the synthesized part used as the reference for determining the incremental "new" content. The second section maps the residual signal into a code book optimized for preserving the general spectral shape of the speech signal.

FIG. 11 is a high level signal flow block diagram of the speech compression algorithm used in the present system to compress the digitized voice for transmission over the telephone line in the voice over data mode of operation or for storage and use on the personal computer. The transmitter and receiver components are implemented using the programmable voice control DSP/CODEC circuit 306 shown in FIG. 3.

USR000428

Pat. No. 5617423, *

The DC removal stage 1101 receives the digitized speech signal and removes the D.C. bias by calculating the long-term average and subtracting it from each sample. This ensures that the digital samples of the speech are centered about a zero mean value. The pre-emphasis stage 1103 whitens the spectral content of the speech signal by balancing the extra energy in the low band with the reduced energy in the high band.

The system finds the innovation in the current speech segment by subtracting 1109 the prediction from reconstructed past samples synthesized from synthesis stage 1107. This process requires the synthesis of the past speech samples locally (analysis by synthesis). The synthesis block 1107 at the transmitter performs the same function as the synthesis block 1113 at the receiver. When the reconstructed previous segment of speech is subtracted from the present segment (before prediction), a difference term is produced in the form of an error signal. This residual error is used to find the best match in the code book 1105. The code book 1105 quantizes the error signal using a code book generated from a representative set of speakers and environments. A minimum mean squared error match is determined in 5 ms segments. In addition, the code book is designed to provide a quantization error with spectral rolloff (higher quantization error for low frequencies and lower quantization error for higher frequencies). Thus, the quantization noise spectrum in the reconstructed signal will always tend to be smaller than the underlying speech signal.

The channel corresponds to the telephone line in which the compressed speech bits are multiplexed with data bits using a packet format described below. The voice bits are sent in 100 ms packets of 5 frames each, each frame corresponding to 20 ms of speech in 160 samples. Each frame of 20 ms is further divided into 4 sub-blocks or segments of 5 ms each. In each sub-block of the data consists of 7 bits for the long term predictor, 3 bits for the long term predictor gain, 4 bits for the sub-block gain, and 32 bits for each code book entry for a total 46 bits each 5 ms. The 32 bits for code book entries consists of four 8-bit table entries in a 256 long code book of 1.25 ms duration. In the code book block, each 1.25 ms of speech is looked up in a 256 word code book for the best match. The 8-bit table entry is transmitted rather than the actual samples. The code book entries are pre-computed from representative speech segments. (See the DSP Source Code in the microfiche appendix.)

On the receiving end 1200, the synthesis block 1113 at the receiver performs the same function as the synthesis block 1107 at the transmitter. The synthesis block 1113 reconstructs the original signal from the voice data packets by using the gain and pitch values and code book address corresponding to the error signal most closely matched in the code book. The code book at the receiver is similar to the code book 1105 in the transmitter. Thus the synthesis block recreates the original pre-emphasized signal. The de-emphasis stage inverts the pre-emphasis operation by restoring the balance of original speech signal.

The complete speech compression algorithm is summarized as follows:

a) Remove any D.C. bias in the speech signal.

b) Pre-emphasize the signal.

c) Find the innovation in the current speech segment by subtracting the prediction from reconstructed past samples. This step requires the synthesis of the past speech samples locally (analysis by synthesis) such that the residual

USR000429

Pat. No. 5617423, *

error is fed back into the system.

   d) Quantize the error signal using a code book generated from a
representative set of speakers and environments. A minimum mean squared error
match is determined in 5 ms segments. In addition, the code book is designed to
provide a quantization error with spectral rolloff (higher quantization error
for low frequencies and lower quantization error for higher frequencies). Thus,
the quantization noise spectrum in the reconstructed signal will always tend to
be smaller than the underlying speech signal.

   e) At the transmitter and the receiver, reconstruct the speech from the
quantized error signal fed into the inverse of the function in step c above. Use
this signal for analysis by synthesis and for the output to the reconstruction
stage below.

   f) Use a de-emphasis filter to reconstruct the output.

   The major advantages of this approach over other low-bit-rate algorithms are
that there is no need for any complicated calculation of reflection coefficients
(no matrix inverse or lattice filter computations). Also, the quantization noise
in the output speech is hidden under the speech signal and there are no pitch
tracking artifacts: the speech sounds "natural", with only minor increases of
background hiss at lower bit-rates. The computational load is reduced
significantly compared to a VSELP algorithm and variations of the same algorithm
provide bit rates of 8, 9.2 and 16 Kbit/s. The total delay through the analysis
section is less than 20 milliseconds in the preferred embodiment. The present
algorithm is accomplished completely in the waveform domain and there is no
spectral information being computed and there is no filter computations needed.


DETAILED DESCRIPTION OF THE SPEECH COMPRESSION ALGORITHM

   The speech compression algorithm is described in greater detail with
reference to FIGS. 11 through 13, and with reference to the block diagram of the
hardware components of the present system shown at FIG. 3. Also, reference is
made to the detailed schematic diagrams in FIGS. 9A-9C. The voice compression
algorithm operates within the programmed control of the voice control DSP
circuit 306. In operation, the speech or analog voice signal is received through
the telephone interface 301, 302 or 303 and is digitized by the digital
telephone CODEC circuit 305. The CODEC for circuit 305 is a companding mu -law
CODEC. The analog voice signal from the telephone interface is band-limited to
about 3,500 Hz and sampled at KHz by digital telephone CODEC 305. Each sample is
encoded into 8-bit PCM data producing a serial 64 kb/s signal. The digitized
samples are passed to the voice control DSP/CODEC of circuit 306. There, the
8-bit mu -law PCM data is converted to 13-bit linear PCM data. The 13-bit
representation is necessary to accurately represent the linear version of the
logarithmic 8-bit mu -law PCM data. With linear PCM data, simpler mathematics
may be performed on the PCM data.

   The voice control DSP/CODEC of circuit 306 correspond to the single
integrated circuit U8 shown in FIGS. 9A and 9B as a WE Registered TM DSP16C
Digital Signal Processor/CODEC from AT&T Microelectronics which is a combined
digital signal processor and a linear CODEC in a single chip as described above.
The digital telephone CODEC of circuit 305 corresponds to integrated circuit U12
shown in FIG. 9(b) as a T7540 companding mu -law CODEC.

USR000430

Pat. No. 5617423, *

The sampled and digitized PCM voice signals from the telephone mu -law CODEC U12 shown in FIG. 9B are passed to the voice control DSP/CODEC U8 via direct data lines clocked and synchronized to an 8 KHz clocking frequency. The digital samples are loaded into the voice control DSP/CODEC U8 one at a time through the serial input and stored into an internal queue held in RAM and converted to linear PCM data. As the samples are loaded into the end of the queue in the RAM of the voice control DSP U8, the samples at the head of the queue are operated upon by the voice compression algorithm. The voice compression algorithm then produces a greatly compressed representation of the speech signals in a digital packet form. The compressed speech packets are then passed to the dual port RAM circuit 308 shown in FIG. 3 for use by the main controller circuit 313 for either transferring in the voice-over-data mode of operation or for transfer to the personal computer for storage as compressed voice for functions such as telephone answering machine message data, for use in the multi-media documents and the like.

In the voice-over-data mode of operation, voice control DSP/CODEC circuit 306 of FIG. 3 will be receiving digital voice PCM data from the digital telephone CODEC circuit 305, compressing it and transferring it to dual port RAM circuit 308 for multiplexing and transfer over the telephone line. This is the transmit mode of operation of the voice control DSP/CODEC circuit 306 corresponding to transmitter block 1100 of FIG. 11 and corresponding to the compression algorithm of FIG. 12.

Concurrent with this transmit operation, the voice control DSP/CODEC circuit 306 is receiving compressed voice data packets from dual port RAM circuit 308, uncompressing the voice data and transferring the uncompressed and reconstructed digital PCM voice data to the digital telephone CODEC circuit 305 for digital to analog conversion and eventual transfer to the user through the telephone interface 301, 302, 304. This is the receive mode of operation of the voice control DSP/CODEC circuit 306 corresponding to receiver block 1200 of FIG. 11 and corresponding to the decompression algorithm of FIG. 13. Thus the voice-control DSP/CODEC circuit 306 is processing the voice data in both directions in a full-duplex fashion.

The voice control DSP/CODEC circuit 306 operates at a clock frequency of approximately 24.576 MHz while processing data at sampling rates of approximately 8 KHz in both directions. The voice compression/decompression algorithms and packetization of the voice data is accomplished in a quick and efficient fashion to ensure that all processing is done in real-time without loss of voice information. This is accomplished in an efficient manner such that enough machine cycles remain in the voice control DSP circuit 306 during real time speech compression to allow real time acoustic and line echo cancellation in the same fixed-point DSP.

In programmed operation, the availability of an eight-bit sample of PCM voice data from the mu -law digital telephone CODEC circuit 305 causes an interrupt in the voice control DSP/CODEC circuit 306 where the sample is loaded into internal registers for processing. Once loaded into an internal register it is transferred to a RAM address which holds a queue of samples. The queued PCM digital voice samples are converted from 8-bit mu -law data to a 13-bit linear data format using table lookup for the conversion. Those skilled in the art will readily recognize that the digital telephone CODEC circuit 305 could also be a linear CODEC.

USR000431

Pat. No. 5617423, *

Referring to FIG. 11, the digital samples are shown as speech entering the transmitter block 1100. The transmitter block, of course, is them ode of operation of the voice-control DSP/CODEC circuit 306 operating to receive local digitized voice information, compress it and packetize it for transfer to the main controller circuit 313 for transmission on the telephone line. The telephone line connected to telephone line interface 309 of FIG. 3 corresponds to the channel 1111 of FIG. 11.

A frame rate for the voice compression algorithm is 20 milliseconds of speech for each compression. This correlates to 160 samples to process per frame. When 160 samples are accumulated in the queue of the internal DSPRAM, the compression of that sample frame is begun.

The voice-control DSP/CODEC circuit 306 is programmed to first remove the DC component 1101 of the incoming speech. The DC removal is an adaptive function to establish a center base line on the voice signal by digitally adjusting the values of the PCM data. The formula for removal of the DC bias or drift is as follows: [See equation in original]

The removal of the DC is for the 20 millisecond frame of voice which amounts to 160 samples. The selection of alpha is based on empirical observation to provide the best result.

Referring to FIG. 12, the voice compression algorithm in a control flow diagram is shown which will assist in the understanding of the block diagram of FIG. 11. The analysis and compression begin at block 1201 where the 13-bit linear PCM speech samples are accumulated until 160 samples representing 20 milliseconds of voice or one frame of voice is passed to the DC removal portion of code operating within the programmed voice control DSP/CODEC circuit 306. The DC removal portion of the code described above approximates the base line of the frame of voice by using an adaptive DC removal technique.

A silence detection algorithm 1205 is also included in the programmed code of the DSP/CODEC 306. The silence detection function is a sun, nation of the square of each sample of the voice signal over the frame. If the power of the voice frame falls below a preselected threshold, this would indicate a silent frame. The detection of a silence frame of speech is important for later multiplexing of the V-data and C-data described below. During silent portions of the speech, the main controller circuit 313 will transfer conventional digital data (C-data) over the telephone line in lieu of voice data (V-data). The formula for computing the power is [See equation in original]

If the power PWR is lower than a preselected threshold, then the present voice frame is flagged as containing silence (See Table 15). The 160-sample silent frame is still processed by the voice compression algorithm; however, the silent frame packets are discarded by the main controller circuit 313 so that digital data maybe transferred in lieu of voice data.

The rest of the voice compression is operated upon in segments where there are four segments per frame amounting to 40 samples of data per segment. It is only the DC removal and silence detection which is accomplished over an entire

USR000432

Pat. No. 5617423, *

20 millisecond frame. The pre-emphasis 1207 of the voice compression algorithm
shown in FIG. 12 is the next step. The formula for the pre-emphasis is

S(n) = S(n) - tau *S(n - 1) where tau = 0.55

Each segment thus amounts to five milliseconds of voice which is equal to 40
samples. Pre-emphasis then is done on each segment. The selection of tau is
based on empirical observation to provide the best result.

The pre-emphasis essentially flattens the signal by reducing the dynamic
range of the signal. By using pre-emphasis to flatten the dynamic range of the
signal, less of a signal range is required for compression making the
compression algorithm operate more efficiently.

The next step in the speech compression algorithm is the long-term predictor
(LTP). The long-term prediction is a method to detect the innovation in the
voice signal. Since the voice signal contains many redundant voice segments, we
can detect these redundancies and only send information about the changes in the
signal from one segment to the next. This is accomplished by comparing the
linear PCM data of the current segment on a sample by sample basis to the
reconstructed linear PCM data from the previous segments to obtain the
innovation information and an indicator of the error in the prediction.

The first step in the long term prediction is to predict the pitch of the
voice segment and the second step is to predict the gain of the pitch. For each
segment of 40 samples, a long-term correlation lag PITCH and associated LTP gain
factor beta [j](where j = 0, 1, 2, 3 corresponding to each of the four segments
of the frame) are determined at 1209 and 1211, respectively. The computations
are done as follows.

From MINIMUM PITCH (40) to MAXIMUM PITCH (120) for indices 40 through 120
(the pitch values for the range of previous speech viewed), the voice control
DSP circuit 306 computes the cross correlation between the current speech
segment and the previous speech segment by comparing the samples of the current
speech segment against the reconstructed speech samples of the previous speech
segment using the following formula: [See equation in original]


where

j = 40, . . . 120

S = current sample of current segment

S' = past sample of reconstructed previous segment

n[k] = 0, 40, 80, 120 (the subframe index)

and where the best fit is

Sxy = MAX [Sxy (j)] where j = 40, . . . 120.

The value of j for which the peak occurs is the PITCH. This is a 7 bit value
for the current segment calculated at 1209. The value of j is an indicator of

USR000433

Pat. No. 5617423, *

the delay or lag at which the cross correlation matches the best between the
past reconstructed segment and the current segment. This indicates the pitch of
the voice in the current frame. The maximum computed value of j is used to
reduce the redundancy of the new segment compared to the previous reconstructed
segments in the present algorithm since the value of j is a measure of how close
the current segment is to the previous reconstructed segments.

Next, the voice control DSP circuit 306 computes the LTP gain factor beta at
1211 using the following formula in which Sxy is the current segment and Sxx is
the previous reconstructed segment: [See Original Patent for Chemical Structure
Diagram]

The value of the LTP gain factor beta is a normalized quantity between zero
and unity for this segment where beta is an indicator of the correlation between
the segments. For example, a perfect sine wave would produce a beta which would
be close to unity since the correlation between the current segments and the
previous reconstructed segments should be almost a perfect match so the LTP gain
factor is one.

The LTP gain factor is quantized from a LTP Gain Table. This table is
characterized in Table 14. TABLE 14 [See Original Patent for Chemical Structure
Diagram]

The gain value of beta is then selected from this table depending upon which
zone or range beta [segment ]was found as depicted in Table 14. For example, if
beta [segment ]is equal to 0.45, then beta is selected to be 2. This technique
quantizes the beta into a 3-bit quantity.

Next, the LTP (Long Term Predictor) filter function 1213 is computed. The
pitch value computed above is used to perform the long-term analysis filtering
to create an error signal e(n). The normalized error signals will be transmitted
to the other site as an indicator of the original signal on a per sample basis.
The filter function for the current segment is as follows:

e(n) = S(n) - beta * S'(n - pitch) where n = 0, 1, . . . 39

Next, the code book search and vector quantization function 1215 is
performed. First, the voice control DSP circuit 306 computes the maximum sample
value in the segment with the formula:

GAIN = MAX[ SYMBOL OMITTED e(n) SYMBOL OMITTED ] where n = 0, 1, . . . . 39

This gain different than the LTP gain. This gain is the maximum amplitude in
the segment. This gain is quantized using the GAIN table described in the DSP
Source Code attached in the microfiche appendix. Next, the voice control DSP
circuit 306 normalizes the LTP filtered speech by the quantized GAIN value by
using the maximum error signal SYMBOL OMITTED e(n) SYMBOL OMITTED (absolute
value for e(n)) for the current segment and dividing this into every sample in
the segment to normalize the samples across the entire segment. Thus the e(n)
values are all normalized to have values between zero and one using the
following:

USR000434

Pat. No. 5617423, *

e(n) = e(n)/GAIN n = 0 . . . 39

Each segment of 40 samples is comprised of four subsegments of 10 samples each. The voice control DSP circuit 306 quantizes 10 samples of e(n) with an index into the code book. The code book consists of 256 entries (256 addresses) with each code book entry consisting of ten sample values. Every entry of 10 samples in the code book is compared to the 10 samples of each subsegment. Thus, for each subsegment, the code book address or index is chosen based on a best match between the 10-sample subsegment and the closest 10-sample code book entry. The index chosen has the least difference according to the following minimization formula: [See equation in original]

where x[i] = the input vector of 10 samples, and y[i] = the code book vector of 10 samples

This comparison to find the best match between the subsegment and the code book entries is computationally intensive. A brute force comparison may exceed the available machine cycles if real time processing is to be accomplished. Thus, some shorthand processing approaches are taken to reduce the computations required to find the best fit. The above formula can be computed in a shorthand fashion by precomputing and storing some of the values of this equation. For example, by expanding out the above formula, some of the unnecessary terms may be removed and some fixed terms may be precomputed: [See equation in original]

where x[i]<2 > is a constant so it may be dropped from the formula, and where the value of 1/2 SIGMA y[i]<2 > may be precomputed and stored as the eleventh value in the code book so that the only real-time computation involved is the following formula: [See equation in original]

Thus, for a segment of 40 samples, we will transmit 4 code book indexes corresponding to 4 subsegments of 10 samples each. After the appropriate index into the code book is chosen, the LTP filtered speech samples are replaced with the code book samples. These samples are then multiplied by the quantized GAIN in block 1217.

Next, the inverse of the LTP filter function is computed at 1219:

e(n) = e(n) + beta *S'(n - pitch) n = 0, . . . , 39

S'(i) = S'(n) n = 40, . . . 120; i = 0, . . . (120 - 40)

S'(i) = e(i) i = 0, . . . 40

The voice is reconstructed at the receiving end of the voice-over-data link according to the reverse of the compression algorithm as shown as the decompression algorithm in FIG. 13. The synthesis of FIG. 13 is also performed in the compression algorithm of FIG. 12 since the past segment must be synthesized to predict the gain and pitch of the current segment.

USR000435

Pat. No. 5617423, *

ECHO CANCELLATION ALGORITHM

The use of the speaker 304 and the microphone 303 necessitates the use of an acoustical echo cancellation algorithm to prevent feedback from destroying the voice signals. In addition, a line echo cancellation algorithm is needed no matter which telephone interface 301, 302 or 303/304 is used. The echo cancellation algorithm used is an adaptive echo canceler which operates in any of the modes of operation of the present system whenever the telephone interface is operational. In particular the echo canceller is operational in a straight telephone connection and it is operational in the voice-over-data mode of operation.

In the case of a straight telephone voice connection between the telephone interface 301, 302, 303/304 and the telephone line interface 309 in communication with an analog telephone on the other end, the digitized PCM voice data from digital telephone CODEC 305 is transferred through the voice control DSP/CODEC circuit 306 where it is processed in the digital domain and converted back from a digital form to an analog form by the internal linear CODEC of voice-control DSP/CODEC circuit 306. Since digital telephone CODEC circuit 305 is a mu -law CODEC and the internal CODEC to the voice-control DSP/CODEC circuit 306 is a linear CODEC, a mu -law-to-linear conversion must be accomplished by the voice control DSP/CODEC circuit 306.

In addition, the sampling rate of digital telephone CODEC 305 is slightly less than the sampling rate of the linear CODEC of voice control DSP/CODEC circuit 306 so a slight sampling conversion must also be accomplished. The sampling rate of digital telephone mu -law CODEC 305 is 8000 samples per second and the sampling rate of the linear CODEC of voice control DSP/CODEC circuit 306 is 8192 samples per second.

Referring to FIG. 14 in conjunction with FIG. 3, the speech or analog voice signal is received through the telephone interface 301, 302 or 303 and is digitized by the digital telephone CODEC circuit 305 in an analog to digital conversion 1401. The CODEC for circuit 305 is a companding mu -law CODEC. The analog voice signal from the telephone interface is band-limited to about 3,500 Hz and sampled at 8 kHz with each sample encoded into 8-bit PCM data producing a serial 64 kb/s signal. The digitized samples are passed to the voice control DSP of circuit 306 where they are immediately converted to 13-bit linear PCM samples.

Referring again to FIG. 14, the PCM digital voice data y(n) from telephone CODEC circuit 305 is passed to the voice control DSP/CODEC circuit 306 where the echo estimate signal y(n) in the form of digital data is subtracted from it. The substraction is done on each sample on a per sample basis.

Blocks 1405 and 1421 are gain control blocks g[m ]and g[s], respectfully. These digital gain controls are derived from tables for which the gain of the signal may be set to different levels depending upon the desired level for the voice signal. These gain levels can be set by the user through the level controls in the software as shown in FIG. 49. The gain on the digitized signal is set by multiplying a constant to each of the linear PCM samples.

In an alternate embodiment, the gain control blocks g[m ]and g[s ]may be controlled by sensing the level of the speaker's voice and adjusting the gain

Pat. No. 5617423, *

accordingly. This automatic gain control facilitates the operation of the
silence detection described above to assist in the time allocation between
multiplexed data and voice in the voice over data mode of operation.

In voice over data mode, the output of gain control block g[m] is placed in a
buffer for the voice compression/decompression algorithm 1425 instead of sample
rate converter 1407. The samples in this mode are accumulated, as described
above, and compressed for multiplexing and transmission by the main controller
313. Also in voice over data mode, the gain control block 1421 receives
decompressed samples from the voice compression/decompression algorithm 1425
instead of sample rate converter 1423 for output.

The echo canceler of FIG. 14 uses a least mean square (LMS) method of
adaptive echo cancellation. The echo estimate signal subtracted from the
incoming signal at 1403 is determined by function 1411. Function 1411 is a an
FIR (finite impulse response) filter having in the preferred embodiment an
impulse response which is approximately the length of delay though the acoustic
path. The coefficients of the FIR filter are modeled and tailored after the
acoustic echo path of the echo taking into account the specific physical
attributes of the box that the speaker 304 and microphone 303 are located in and
the proximity of the speaker 304 to the microphone 303. Thus, any signal placed
on to the speaker is sent through the echo cancellation function 1411 to be
subtracted from the signals received by the microphone 303 after an appropriate
delay to match the delay in the acoustic path. The formula for echo replication
of function box 1411 is: [See equation in original]

and the result of the subtraction of the echo cancellation signal y(n) from
the microphone signal y(n) is

e(n) = y(n) - y(n).

The LMS coefficient function 1413 provides adaptive echo cancellation
coefficients for the FIR filter of 1411. The signal is adjusted based on the
following formula: [See equation in original]

where

i = 0, . . . N - 1

N = # of TAPS

n = Time Index

beta = 2< - 7 >

k = 1000

The echo cancellation of functions 1415 and are identical to the functions of
1413 and 1411, respectively. The functions 1407 and 1423 of FIG. 14 are sample
rate conversions as described above due to the different sampling rates of the
digital telephone CODEC circuit 305 and the voice control CODEC of circuit

USR000437

Pat. No. 5617423, *

306.

VOICE OVER DATA PACKET PROTOCOL

As described above, the present system can transit voice data and
conventional data concurrently by using time multiplex technology. The digitized
voice data, called V-data carries the speech information. The conventional data
is referred to as C-data. The V-data and C-data multiplex transmission is
achieved in two modes at two levels: the transmit and receive modes and data
service level and multiplex control level. This operation is shown
diagrammatically in FIG. 15.

In transmit mode, the main controller circuit 313 of FIG. 3 operates in the
data service level 1505 to collect and buffer data from both the personal
computer 10 (through the RS232 port interface 315) and the voice control DSP
306. In multiplex control level 1515, the main controller circuit 313
multiplexes the data and transmits that data out over the phone line 1523. In
the receive mode, the main controller circuit 313 operates in the multiplex
control level 1515 to demultiplex the V-data packets and the C-data packets and
then operates in the data service level 1505 to deliver the appropriate data
packets to the correct destination: the personal computer 10 for the C-data
packets or the voice control DSP circuit 306 for V-data.

TRANSMIT MODE

In transmit mode, there are two data buffers, the V-data buffer 1511 and the
C-data buffer 1513, implemented in the main controller RAM 316 and maintained by
main controller 313. When the voice control DSP circuit 306 engages voice
operation, it will send a block of V-data every 20 ms to the main controller
circuit 313 through dual port RAM circuit 308. Each V-data block has one sign
byte as a header and 23 bytes of V-data, as described in Table 15 below. TABLE
15 [See Original Patent for Chemical Structure Diagram]


The sign byte header is transferred every frame from the voice control DSP to
the controller 313. The sign byte header contains the sign byte which identifies
the contents of the voice packet. The sign byte is defined as follows:

00 hex = the following V-data contains silent sound

01 hex = the following V-data contains speech information

If the main controller 313 is in transmit mode for V-data/C-data
multiplexing, the main controller circuit 313 operates at the data service level
to perform the following tests. When the voice control DSP circuit 306 starts to
send the 23-byte V-data packet through the dual port RAM to the main controller
circuit 313, the main controller will check the V-data buffer to see if the
buffer has room for 23 bytes. If there is sufficient room in the V-data buffer,
the main controller will check the sign byte in the header preceding the V-data
packet. If the sign byte is equal to one ( indicating voice information in the
packet ), the main controller circuit 313 will put the following 23 bytes of
V-data into the V-data buffer and clear the silence counter to zero. Then the

USR000438

Pat. No. 5617423, *

main controller 313 sets a flag to request that the V-data be sent by the main controller at the multiplex control level.

If the sign byte is equal to zero (indicating silence in the V-data packet), the main controller circuit 313 will increase the silence counter by 1 and check if the silence counter has reached 5. When the silence counter reaches 5, the main controller circuit 313 will not put the following 23 bytes of V-data into the V-data buffer and will stop increasing the silence counter. By this method, the main controller circuit 313 operating at the service level will only provide non-silence V-data to the multiplex control level, while discarding silence V-data packets and preventing the V-data buffer from being overwritten.

The operation of the main controller circuit 313 in the multiplex control level is to multiplex the V-data and C-data packets and transmit them through the same channel. At this control level, both types of data packets are transmitted by the HDLC protocol in which data is transmitted in synchronous mode and checked by CRC error checking. If a V-data packet is received at the remote end with a bad CRC, it is discarded since 100% accuracy of the voice channel is not ensured. If the V-data packets were re-sent in the event of corruption, the real-time quality of the voice transmission would be lost. In addition, the C-data is transmitted following a modem data communication protocol such as CCITT V.42.

In order to identify the V-data block to assist the main controller circuit 313 to multiplex the packets for transmission at his level, and to assist the remote site in recognizing and de-multiplexing the data packets, a V-data block is defined which includes a maximum of five V-data packets. The V-data block size and the maximum number of blocks are defined as follows:

The V-data block header = 80 h;

The V-data block size = 23;

The maximum V-data block size = 5;

The V-data block has higher priority to be transmitted than C-data to ensure the integrity of the real-time voice transmission. Therefore, the main controller circuit 313 will check the V-data buffer first to determine whether it will transmit V-data or C-data blocks. If V-data buffer has V-data of more than 69 bytes, a transmit block counter is set to 5 and the main controller circuit 313 starts to transmit V-data from the V-data buffer through the data pump circuit 311 onto the telephone line. Since the transmit block counter indicates 5 blocks of V-data will be transmitted in a continuous stream, the transmission will stop either at finish the 115 bytes of V-data or if the V-data buffer is empty. If V-data buffer has V-data with number more than 23 bytes, the transmit block counter is set 1 and starts transmit V-data. This means that the main controller circuit will only transmit one block of V-data. If the V-data buffer has V-data with less than 23 bytes, the main controller circuit services the transmission of C-data.

During the transmission of a C-data block, the V-data buffer condition is checked before transmitting the first C-data byte. If the V-data buffer contains more than one V-data packet, the current transmission of the C-data block will be terminated in order to handle the V-data.

Pat. No. 5617423, *

RECEIVE MODE

On the receiving end of the telephone line, the main controller circuit 313
operates at the multiplex control level to de-multiplex received data to V-data
and C-data. The type of block can be identified by checking the first byte of
the incoming data blocks. Before receiving a block of V-data, the main
controller circuit 313 will initialize a receive V-data byte counter, a backup
pointer and a temporary V-data buffer pointer. The value of the receiver V-data
byte counter is 23, the value of the receive block counter is 0 and the backup
pointer is set to the same value as the V-data receive buffer pointer. If the
received byte is not equal to 80 hex (80 h indicating a V-data packet), the
receive operation will follow the current modem protocol since the data block
must contain C-data. If the received byte is equal to 80 h, the main controller
circuit 313 operating in receive mode will process the V-data. For a V-datablock
received, when a byte of V-data is received, the byte of V-data is put into the
V-data receive buffer, the temporary buffer pointer is increased by 1 and the
receive V-data counter is decreased by 1. If the V-data counter is down to zero,
the value of the temporary V-data buffer pointer is copied into the backup
pointer buffer. The value of the total V-data counter is added with 23 and the
receive V-data counter is reset to 23. The value of the receive block counter is
increased by 1. A flag to request service of V-data is then set. If the receive
block counter has reached 5, the main controller circuit 313 will not put the
incoming V-data into the V-data receive buffer but throw it away. If the total
V-data counter has reached its maximum value, the receiver will not put the
incoming V-data into the V-data receive buffer but throw it away.

At the end of the block which is indicated by receipt of the CRC check bytes,
the main controller circuit 313 operating in the multiplex control level will
not check the result of the CRC but instead will check the value of the receive
V-data counter. If the value is zero, the check is finished, otherwise the value
of the backup pointer is copied back into the current V-data buffer pointer. By
this method, the receiver is insured to de-multiplex the V-data from the
receiving channel 23 bytes at a time. The main controller circuit 313 operating
at the service level in the receive mode will monitor the flag of request
service of V-data. If the flag is set, the main controller circuit 313 will get
the V-data from the V-data buffer and transmit it to the voice control DSP
circuit 306 at a rate of 23 bytes at a time. After sending a block of V-data, it
decreases 23 from the value in the total V-data counter.

USER INTERFACE DESCRIPTION

The hardware components of the present system are designed to be controlled
by an external computing device such as a personal computer. As described above,
the hardware components of the present system maybe controlled through the use
of special packets transferred over the serial line interface between the
hardware components and the personal computer. Those skilled in the art will
readily recognize that the hardware components of the present systems maybe
practiced independent of the software components of the present systems and that
the preferred software description described below is not to be taken in a
limiting sense.

The combination of the software components and hardware components described
in the present patent application may conveniently be referred to as a

USR000440

Pat. No. 5617423, *

Personal Communication System (PCS). The present system provides for the following functions:

1. The control and hands-off operation of a telephone with a built-in speaker and microphone.

2. Allowing the user to create outgoing voice mail messages with a voice editor, and logging incoming voice mail messages with a time and date stamp.

3. Creating queues for outgoing faxes including providing the ability for a user to send faxes from unaware applications through a print command; also allowing the user the user to receive faxes and logging incoming faxes with a time and date stamp.

4. Allowing a user to create multi-media messages with the message composer. The message can contain text, graphics, picture, and sound segments. A queue is created for the outgoing multi-media messages, and any incoming multi-media messages are logged with a time and date stamp.

5. Providing a way for a user to have a simultaneous data and voice connection over a single communication line.

6. Providing terminal emulation by invoking an external terminal emulation program.

7. Providing address book data bases for all outbound calls and queues for the telephone, voice mail, fax manager, multi-media mail and show-and-tell functions. A user may also search through the data base using a dynamic pruning algorithm keyed on order insensitive matches.

FIG. 16 shows the components of a computer system that may be used with the PCS. The computer includes a keyboard 101 by which a user may input data into a system, a computer chassis 103 which holds electrical components and peripherals, a screen display 105 by which information is displayed to the user, and a pointing device 107, typically a mouse, with the system components logically connected to each other via internal system bus within the computer. The PCS software runs on a central processing unit 109 within the computer.

FIG. 17 reveals the high-level structure of the PCS software. A main menu function 111 is used to select the following subfunctions: setup 113, telephone 115, voice mail 117, fax manager 119, multi-media mail 121, show & tell 123, terminal 125, and address book 127.

The preferred embodiment of the present system currently runs under Microsoft Windows Registered TM software running on an IBM Registered TM personal computer or compatible. However, it will be recognized that other implementations of the present inventions are possible on other computer systems and windowing software without loss of scope or generality.


MODIFIED SUPERVISORY PACKET AS AN INDEPENDENT CHANNEL FOR NEGOTIATION OF NONSTANDARD COMMUNICATIONS PARAMETERS

In one embodiment, hardware components 20 incorporate a modified packet protocol for negotiation of nonstandard communications parameters. The

Pat. No. 5617423, *

modified supervisory packet is formatted using the same open flag, address, CRC, and closing flag formatting bytes which are found in the CCITT V.42 standard data supervisory packet, as is well known in the industry and as is described in the CCITT Blue Book, volume VIII entitled Data Communication over the Telephone Network, 1989 referenced above. In the modified packet protocol embodiment, the set of CCITT standard header bytes (control words) has been extended to include nonstandard control words used to signal transmission of a nonstandard communication command. The use of a nonstandard control word should cause no problems with other data communication terminals, for example, when communicating with a non-PCS modem system, since the nonstandard packet will be ignored by a non-PCS system.

Table 16 offers one embodiment of the present invention showing a modified supervisory packet structure. It should be noted that Table 16 does not depict the CCITT standard formatting bytes: open flag, address, CRC, and closing flag, but such bytes are inherent to using the CCITT standard. The modified supervisory packet is distinguished from a V.42 standard packet by using a nonstandard control word, such as 80 hex, as the header. TABLE 16 [See Original Patent for Chemical Structure Diagram]

The modified supervisory packet is transmitted by the HDLC protocol in which data is transmitted in synchronous mode and checked by CRC error checking. The use of a modified supervisory packet eliminates the need for an escape command sent over the telephone line to interrupt data communications, providing an independent channel for negotiation of communication parameters. Such an embodiment provides a means for negotiating nonstandard communication parameters. It may, however, also be used as an alternative means for programming standard communications parameters.

The modified supervisory packet may be used for communication and control applications between two hardware components. For example, one hardware component may remotely control the other hardware component using a modified supervisory packet as a communications means. Another example is the use of a modified supervisory packet for negotiation of protocols for voice or video communications between hardware components. Yet another example is the use of a modified supervisory packet for selecting a multiplexing scheme for transmitting a variety of multiplexed communications, such as multiplexed data, voice, and video transmissions.

In one embodiment, the modified supervisory packet is encoded with different function codes to provide an independent communications channel between hardware components. This provides a means for real time negotiation and programming of communications parameters throughout the transmission of data without the need for conventional escape routines. The modified supervisory packet may be encoded with a function code using several methods. For example, in one embodiment, the function code is embedded in the packet as one of the data words and is located in a predetermined position. In an alternate embodiment, the supervisory packet header may itself serve to indicate not only that the packet is a nonstandard supervisory packet but also the function to be performed by that packet. In such an embodiment, for example, a different nonreserved header could be assigned to each function code. These embodiments are not limiting and other methods known to those skilled in the art may be employed to encode the function code into the modified supervisory packet.

USR000442

Pat. No. 5617423, *

MODIFIED SUPERVISORY PACKET FOR NEGOTIATION OF NONSTANDARD SPEECH COMPRESSION
ALGORITHM AND COMPRESSION RATIO

In one embodiment of the present invention, the modified supervisory packet
provides an alternate vehicle for negotiating choice of speech compression
algorithms and speech compression ratios in the voice over data operation mode
of the present invention. There exist several speech compression algorithms,
including CELP + , VCELP, TrueSpeech, and MultiTech's own Vector Quantization. A
number of speech compression ratios may be selected for the voice component of
the voice over data transmission. Examples of available speech compression
ratios include 9.5, 16, 32, and 64 KHz, but this list is not exhaustive or
limiting.

Referring once again to FIG. 1, a system consisting of PCS modem 20 and data
terminal 10 are connected via phone line 30 to a second PCS system comprised of
PCS modem 20A and data terminal 10A. Therefore, calling modem 20 initializes
communication with receiving modem 20A. In one embodiment of the present
invention, a speech compression command is sent via a modified supervisory data
packet as the request for speech compression algorithm and ratio negotiation.
Encoded in the speech compression command is the particular speech compression
algorithm and the speech compression ratio desired by the calling PCM modem 20.
Several methods for encoding the speech compression algorithm and compression
ratio exist. For example, in embodiments where the function is embedded in the
header byte, the first data byte of the modified supervisory packet could be
used to identify the speech compression algorithm using a binary coding scheme
(e.g., 00 h for Vector Quantization, 01 h for CELP + , 02 h for VCELP, and 03 h
for TrueSpeech, etc.). A second data byte could be used to encode the speech
compression ratio (e.g., 00 h for 9.5 KHz, 01 h for 16 KHz, 02 h for 32 KHz, and
03 h for 64 KHz, etc. ). This embodiment of the speech compression command
supervisory packet is shown in Table 17. TABLE 17 [See Original Patent for
Chemical Structure Diagram]

Alternatively, as stated above, the function code could be stored in a
predetermined one of the packet data bytes. It should be apparent that other
function code encoding methods could be used. Again, these methods are given
only for illustrative purposes and not limiting.

In either case, the receiving PCS modem 20A will recognize the speech
compression command and will respond with an acknowledge packet using, for
instance, a header byte such as hex 81. The acknowledge packet will alert the
calling modem 20 that the speech compression algorithm and speech compression
ratio selected are available by use of the ACK field of the supervisory packet
shown in Table 16. Receipt of the acknowledge supervisory packet will cause the
calling modem 20 to transmit all voice over data information according to the
selected speech compression algorithm and compression ratio.

If the receiving PCS modem 20A does not support the speech compression
algorithm or the speech compression ratio requested in the speech compression
command supervisory packet then no acknowledge packet will be sent by the
receiving PCS modem 20A. The calling modem 20 will negotiate the parameters by
transmitting alternative communication parameter requests. If none of the
requested communication parameters are acknowledged, then the calling modem 20

USR000443

Pat. No. 5617423, *

may terminate the negotiation.

The frequency of which the speech compression command supervisory packet is transmitted will vary with the application. For moderate quality voice over data applications, the speech compression algorithm need only be negotiated at the initialization of the phone call. For applications requiring more fidelity, the speech compression command supervisory packet may be renegotiated during the call to accommodate new parties to the communication which have different speech compression algorithm limitations or to actively tune the speech compression ratio as the quality of the communications link fluctuates.

Therefore, those skilled in the art will recognize that other applications of the speech compression command supervisory packet may be employed which allow for varying transmission rates of the speech compression command supervisory packet and different and more elegant methods of speech compression algorithm and compression ratio negotiation, depending on the available hardware and particular application. Additionally, a number of encoding methods can be used to encode the supervisory packet speech compression algorithm and the speech compression ratio, and this method was demonstrated solely for illustrative purposes and is not limiting.

Of course a new supervisory packet may be allocated for use as a means for negotiating multiplexing scheme for the various types of information sent over the communications link. For example, if voice over data mode is employed, there exist several methods for multiplexing the voice and digital data. The multiplexing scheme may be selected by using a modified supervisory packet, called a multiplex supervisory packet, to negotiate the selection of multiplexing scheme.

Similarly, another supervisory packet could be designated for remote control of another hardware device. For example, to control the baud rate or data format of a remote modem, a remote control supervisory packet could be encoded with the necessary selection parameters needed to program the remote device.

Those skilled in the art will readily appreciate that there exist numerous other unidirectional and bidirectional communication and control applications in which the supervisory packet may be used. The examples given are not limiting, but are specific embodiments of the present invention offered for illustrative purposes.

The present inventions are to be limited only in accordance with the scope of the appended claims, since others skilled in the art may devise other embodiments still within the limits of the claims.

CLAIMS: We claim:

[*1]    1. A method for negotiating communications parameters between a plurality of transceivers in a packet network, comprising the steps of:

uniquely encoding a packet to identify the packet as a communications parameter negotiation request;

encoding the packet with codes designating communications parameters; and

Pat. No. 5617423, *1

negotiating the communications parameters, comprising the steps of:

(a) transmitting the packet from a first transceiver to a second transceiver, the packet identifying a particular voice compression parameter;

(b) receiving the packet in a second transceiver, wherein the second transceiver recognizes the packet and transmits an acknowledgement packet if the voice compression parameter is acceptable;

(c) if the first transceiver receives the acknowledgement packet, then using the particular voice compression parameter for communications: and

(d) if the first transceiver does not receive the acknowledgement packet, then selecting another voice compression parameter and returning to step (a).

[*2]    2. The method of claim 1 wherein the step of negotiating further comprises the step of:

(e) if all communications parameters are requested and not acknowledged, terminating the negotiating step.

[*3]    3. The method for negotiating communications parameters according to claim 1, wherein the communications parameters are negotiated for speech compression algorithm selection.

[*4]    4. The method for negotiating communications parameters according to claim 1, wherein the communications parameters are negotiated for speech compression ratio selection.

[*5]    5. The method for negotiating communications parameters according to claim 1, wherein the communications parameters are negotiated for multiplex scheme selection.

[*6]    6. The method for negotiating communications parameters according to claim 1, wherein the communications parameters are negotiated as codes for remote control of a hardware component.

[*7]    7. The method of claim 1, wherein the packet is a supervisory packet which is modified to negotiate voice compression parameters.

[*8]    8. The method for negotiating communications parameters according to claim 2, wherein the communications parameters are negotiated for speech compression algorithm selection.

[*9]    9. The method for negotiating communications parameters according to claim 2, wherein the communications parameters are negotiated for speech compression ratio selection.

[*10]    10. The method for negotiating communications parameters according to claim 2, wherein the communications parameters are negotiated for multiplex scheme selection.

[*11]    11. The method for negotiating communications parameters according to claim 2, wherein the communications parameters are negotiated as codes for remote control of a hardware component.

USR000445

Pat. No. 5617423, *11

[*12]    12. The method of claim 2 wherein the packet is a supervisory packet which is modified to negotiate voice compression parameters.

[*13]    13. A communication module for use with a personal computer, comprising:

communications interface means connected for communicating to the personal computer for transferring data between the personal computer and the communications module;

communication line interface means for connection to a communication line and for full duplex digital communication over the communication line;

voice interface means for receiving local voice signals from a local user and for conveying remote voice signals from a remote user to the local user;

full-duplex conversion means connected to the voice interface means for converting the local voice signals into outgoing digital voice data and for converting incoming digital voice data into the remote voice signals;

digital signal processor means connected to the full-duplex conversion means for compressing the outgoing digital voice data into compressed outgoing digital voice data packets and for decompressing compressed incoming digital voice data packets into the incoming digital voice data, each of the compressed outgoing digital voice data packets having headers and each of the compressed incoming digital voice data packets having headers;

main control means connected to the communication line interface means, connected for receiving the compressed outgoing digital voice data packets from the digital signal processor means, connected for receiving outgoing computer digital data packets from the personal computer through the communications interface means, operable for multiplexing the compressed outgoing digital voice data packets and the computer digital data packets to produce multiplexed outgoing data and for sending the multiplexed outgoing data to the communication line interface means for transmission over the communication line;

the main control means further operable for receiving multiplexed incoming data from the communication line interface means, the multiplexed incoming data containing incoming computer digital data packets multiplexed with the compressed incoming digital voice data packets, the main control means further operable for demultiplexing the incoming computer digital data packets and the compressed incoming digital voice data packets, and for sending the incoming computer digital data packets to the personal computer through the communications interface means and for sending the compressed incoming digital voice data packets to the digital signal processor means; and

the main control means further operable for negotiating communications parameters with a remote site, the communications parameters negotiated by sending a modified supervisory packet encoded with a particular communications parameter code to the remote site over the communication line and by receiving an acknowledgement supervisory packet for acceptable communications parameters from the remote site over the communication line.

[*14]    14. The communication module of claim 13, wherein the communications parameters are negotiated for speech compression algorithm selection.

USR000446

Pat. No. 5617423, *14

[*15]    15. The communication module of claim 13, wherein the communications parameters are negotiated for speech compression ratio selection.

[*16]    16. The communication module of claim 13, wherein the communications parameters are negotiated for multiplex scheme selection.

[*17]    17. The communication module of claim 13, wherein the communications parameters are negotiated as codes for remote control of a hardware component.



# UNITED STATES DEPARTMENT OF COMMERCE
## Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/734,857 | 10/23/96 | MCELVANEY D | |

LM02/0624

MAX STUL OPPENHEIMER
P O BOX 50
STEVENSON MD 21153

| EXAMINER |
|---|
| HOOSAIN, A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2742 | |

DATE MAILED: 06/24/98

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)

*U.S. GPO: 1998-437-638/80022

1- File Copy

USR000448

| | Application No. 08/734,857 | Applicant(s) McElvaney |
|---|---|---|
| ***Office Action Summary*** | Examiner Allan Hoosain | Group Art Unit 2742 |



☒ Responsive to communication(s) filed on *Oct 23, 1996* _____ .

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ____*3*____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1-7* _____ is/are pending in the application.

    Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) *1-7* _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐approved ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

      ☐ received.

      ☐ received in Application No. (Series Code/Serial Number) _____ .

      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ____*2*____

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- ***SEE OFFICE ACTION ON THE FOLLOWING PAGES*** ---

USR000449

Serial Number: 08/734,857                                    Page 2

Art Unit: 2742

## DETAILED ACTION

### *Oath/Declaration*

It does not identify the post office address of each inventor and it does not say whether the given

residence address is the same as Inventor's Post Office address.  A post office address is an

address at which an inventor customarily receives his or her mail and may be either a home or

business address.  The post office address should include the ZIP Code designation.

### *Claim Rejections - 35 USC § 102*

1.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
>
>> (e) the invention was described in a patent granted on an application for patent by another filed in the
>> United States before the invention thereof by the applicant for patent, or on an international application
>> by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371© of this title
>> before the invention thereof by the applicant for patent.

2. Claims 1-7 are rejected under 35 U.S.C. 102(e) as being anticipated  by **Schindler et al** (US

Patent 5,675,390).

Serial Number: 08/734,857

Art Unit: 2742

As to Claims l,7, with respect to Figures 6-7, 16, **Schindler et al.** teach a home entertainment

system (digital network telephony device) comprising:

a telephone handset, 1622, inherently comprising a microphone and a speaker, said microphone

being inherently connected to at least two microphone wires and said speaker being inherently

connected to at least two speaker wires (Col. 20, lines 52-54);

a computer system, Figures 1 and 3, comprising a computer sound card, 320, having an input

jack, 620, and an output jack, 618, and Mixer and Codec means, 616, for receiving and

transmitting digital audio signals, Synthesis means, 610 and 612, for compressing and

decompressing said audio signals, Modem means, 1526, for transmitting compressed audio signals

to a digital network, Modem means, 1526, for receiving compressed audio signals from said

digital network (Figure 15); and

coupling means for inherently connecting the microphone wires to the input jack and for

connecting the speaker wires to the output jack (Col. 20, lines 51-55).

As to Claim 2, in addition to the information above, **Schindler et al** further teach a home

entertainment system (device) as in claim 1, wherein said coupling means for connecting the

microphone wires to the input jack and for connecting the speaker wires to the output jack

comprises inherently a cable having a phone I/O (four-wire handset jack) at a first end thereof and

two mini-phone plugs at a second end thereof, one of said mini-phone plugs being designated a

microphone plug and being connected to the microphone wires and the second of said mini-phone

Serial Number: 08/734,857                             Page 4

Art Unit: 2742

plugs being designated a speaker plug and being connected to the speaker wires (Figure 16, 1622 and 320, and Figure 7, 618 and 620).

As to Claim 3, in addition to the information above, **Schindler et al.** further teach a home entertainment system (device) as in claim l, further comprising a resistive volume control for controlling the loudness of the speaker (Col. 6, lines 9-23).

As to Claim 4, in addition to the information above, **Schindler et al**. further teach a home entertainment system (device) as in claim l, further comprising a keyboard, 126, (keytone generator) operatively connected to the microphone wires (Figure 10 and Col. 14, lines 24-31).

As to Claim 5, in addition to the information above, **Schindler et al** further teach a home entertainment system (device) as in claim l, further comprising an 'power on' external power supply for powering said microphone (Col. 13, lines 60-65).

As to Claim 6, in addition to the information above, **Schindler et al** further teach a home entertainment system (device) as in claim l, further comprising toggles (an automatic bypass switch) to deactivate any external speakers and activate the handset microphone and speaker when the handset is in use (Col. 13, lines 54-60).

USR000452

Serial Number: 08/734,857                                                      Page 5

Art Unit: 2742

### *Conclusion*

3.     The prior art made of record and not relied upon is considered pertinent to applicant's

disclosure.

**Kikinis et al** (US Patent 5,633,920) teach a smart phone with a data connection for connecting a

handset to a PC.

**Engberg et al** (US patent 5,283,638) teach a computer workstation interconnecting handsets and

speakers.

4.**Any response to this action should be mailed to:**

Commissioner of Patents and Trademarks

Washington, D.C. 20231

**or faxed to:**

(703) 308-9051, (for formal communications intended for entry)

**Or:**

(703) 308-5403 (for informal or draft communications, please label

"PROPOSED" or "DRAFT")

Serial Number: 08/734,857                                      Page 6

Art Unit: 2742

Hand-delivered responses should be brought to Crystal Park II, 2121 Crystal Drive, Arlington. VA., Sixth Floor (Receptionist).

Any inquiry concerning this communication or earlier communications from the examiner should be directed to **Allan Hoosain** whose telephone number is (703) 305-4012. The examiner can normally be reached on Monday to Friday from 7 am to 5:30 pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, **Krista Zele**, can be reached on (703) 305-4701.

All Internet e-mail communications will be made of record in the application file. PTO employees do not engage in Internet communications where there exists a possibility that sensitive information could be identified or exchanged unless the record includes a properly signed express waiver of the confidentiality requirements of 35 U.S.C. 122. This is more clearly set forth in the Interim Internet Usage Policy published in the Official Gazette of the Patent and Trademark on February 25, 1997 at 1195 OG 89.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 305-3900.

**Allan Hoosain**

**Patent Examiner**

**June 19, 1998**

WELLINGTON CHIN
SUPERVISORY PATENT EXAMINER
GROUP 2700

| | Application No. 08/734,857 | Applicant(s) McElvaney | |
|---|---|---|---|
| ***Notice of References Cited*** | Examiner Allan Hoosain | Group Art Unit 2742 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | 5,675,390 | 10/97 | Schindler et al. | 348 | 552 |
| B | 5,633,920 | 5/97 | Kikinis et al. | 379 | 130 |
| C | 5,283,638 | 2/94 | Engberg et al. | 348 | 14 |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

### NON-PATENT DOCUMENTS

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

U. S. Patent and Trademark Office
PTO-892 (Rev. 9-95)   **Notice of References Cited**   Part of Paper No. ___3___

USR000455

FORM PTO-1449 (Substitute)

| ATTY. DOCKET NO. | SERIAL NO. 08/734,857 |

**LIST OF PRIOR ART CITED BY APPLICANT**

*(Use several sheets if necessary)*

| APPLICANT David McElvaney |
| FILING DATE October 23, 1996 | GROUP 2742 |

### U.S. PATENT DOCUMENTS

| *Examiner Initial | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|---|
| A H | A | 5,553,122 | 09/03/96 | Haber et al. | 379 | 90 | 01/28/94 |
| A H | A | 5,404,455 | 04/04/95 | Daly et al. | 395 | 275 | 12/31/91 |
| A H | A | 5,526,408 | 06/11/96 | Yekutiely | 379 | 90 | 02/26/94 |
| | A | | | | | | |
| | A | | | | | | |
| | A | | | | | | |
| | A | | | | | | |
| | A | | | | | | |
| | AI | | | | | | |
| | A | | | | | | |
| | A | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | A | | | | | | |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | A | | | | | | |
| | A | | | | | | |

### OTHER PRIOR ART *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | AR | | | | | |
|---|---|---|---|---|---|---|
| | AS | | | | | |
| | AT | | | | | |

| EXAMINER ALLAN KOOSAIN | DATE CONSIDERED 6/18/98 |

***EXAMINER:** INitial if reference considered, whether or not citation is in conformance with mpep 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.*

Form 10-6

USR000456

From PTO 948 (Rev. 10-94)          U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office          Application No. 08/734857

## NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

PTO Draftpersons review all originally filed drawings regardless of whether they are designated as formal or informal. Additionally, patent Examiners will review the drawings for compliance with the regulations. Direct telephone inquiries concerning this review to the Drawing Review Branch, 703-305-8404.

The drawings filed (insert date) 10/23/96 are
A. ____ not objected to by the Draftsperson under 37 CFR 1.84 or 1.152.
B. ____ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 as
indicated below. The Examiner will require submission of new, corrected
drawings when necessary. Corrected drawings must be submitted
according to the instructions on the back of this Notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ___ Not black solid lines. Fig(s)_____
   ___ Color drawings are not acceptable until petition is granted.
   Fig(s)_____
2. PHOTOGRAPHS. 37 CFR 1.84(b)
   ___ Photographs are not acceptable until petition is granted.
   Fig(s)_____
   ___ Photographs not properly mounted (must use brystol board or
   photographic double-weight paper). Fig(s)_____
   ___ Poor quality (half-tone). Fig(s)_____
3. GRAPHIC FORMS. 37 CFR 1.84 (d)
   ___ Chemical or mathematical formula not labeled as separate figure.
   Fig(s)_____
   ___ Group of waveforms not presented as a single figure, using
   common vertical axis with time extending along horizontal axis.
   Fig(s)_____
   ___ Individuals waveform not identified with a separate letter
   designation adjacent to the vertical axis. Fig(s)_____
4. TYPE OF PAPER. 37 CFR 1.84(e)
   ___ Paper not flexible, strong, white, smooth, nonshiny, and durable.
   Sheet(s)_____
   ✓ Erasures, alterations, overwritings, interlineations, cracks, creases,
   and folds copy machine marks not accepted. Fig(s) 1-2
   ___ Mylar, velum paper is not acceptable (too thin). Fig(s)_____
5. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   ___ 21.6 cm. by 35.6 cm. (8 1/2 by 14 inches)
   ___ 21.6 cm. by 33.1 cm. (8 1/2 by 13 inches)
   ___ 21.6 cm. by 27.9 cm. (8 1/2 by 11 inches)
   ___ 21.0 cm. by 29.7 cm. (DIN Size A4)
   ___ All drawing sheets not the same size. Sheet(s)_____
   ___ Drawing sheet not an acceptable size. Sheet(s)_____
6. MARGINS. 37 CFR 1.84(g): Acceptable margins:

   Paper size

   |  | 21.6 cm. X 35.6 cm. (8 1/2 X 14 inches) | 21.6 cm. X 33.1 cm. (8 1/2 X 13 inches) | 21.6 cm. X 27.9 cm. (8 1/2 X 11 inches) | 21.0 cm. X 29.7 cm. (DIN Size A4) |
   |---|---|---|---|---|
   | T | 5.1 cm. (2") | 2.5 cm. (1") | 2.5 cm. (1") | 2.5cm. |
   | L | .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 2.5 cm. |
   | R | .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.5 cm. |
   | B | .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.0 cm. |

   ___ Margins do not conform to chart above.
   Sheet(s)_____
   ___Top (T) ___Left (L) ___Right (R) ___Bottom (B)
7. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to
   drawing changes.
   ___ All views not grouped together. Fig(s)_____
   ___ Views connected by projection lines or lead lines.
   Fig(s)_____
   ___ Partial views. 37 CFR 1.84(h) 2

___ View and enlarged view not labled separatly or properly.
Fig(s)_____
___ Sectional views. 37 CFR 1.84 (h) 3
___ Hatching not indicated for sectional portions of an object.
Fig(s)_____
___ Cross section not drawn same as view with parts in cross section
with regularly spaced parallel oblique strokes. Fig(s)_____
8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   ___ Words do not appear on a horizontal, left-to-right fashion when
   page is either upright or turned so that the top becomes the right
   side, except for graphs. Fig(s)_____
9. SCALE. 37 CFR 1.84(k)
   ___ Scale not large enough to show mechanism with crowding
   when drawing is reduced in size to two-thirds in reproduction.
   Fig(s)_____
   ___ Indication such as "actual size" or scale 1/2" not permitted.
   Fig(s)_____
10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR
    1.84(l)
    ___ Lines, numbers & letters not uniformly thick and well defined,
    clean, durable, and black (except for color drawings).
    Fig(s)_____
11. SHADING. 37 CFR 1.84(m)
    ___ Solid black shading areas not permitted.
    Fig(s)_____
    ___ Shade lines, pale, rough and blurred. Fig(s)_____
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR
    1.84(p)
    ___ Numbers and reference characters not plain and legible. 37 CFR
    1.84(p)(l) Fig(s)_____
    ___ Numbers and reference characters not oriented in same direction
    as the view. 37 CFR 1.84(p)(l) Fig(s)_____
    ___ English alphabet not used. 37 CFR 1.84(p)(2)
    Fig(s)_____
    ✓ Numbers, letters, and reference characters do not measure at least
    .32 cm. (1/8 inch) in height. 37 CFR(p)(3)
    Fig(s) 1-2
13. LEAD LINES. 37 CFR 1.84(q)
    ___ Lead lines cross each other. Fig(s)_____
    ___ Lead lines missing. Fig(s)_____
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
    ___ Sheets not numbered consecutively, and in Arabic numerals,
    beginning with number 1. Sheet(s)_____
15. NUMBER OF VIEWS. 37 CFR 1.84(u)
    ___ Views not numbered consecutively, and in Arabic numerals,
    beginning with number 1. Fig(s)_____
    ✓ View numbers not preceded by the abbreviation Fig.
    Fig(s) 1-2
16. CORRECTIONS. 37 CFR 1.84(w)
    ___ Corrections not made from prior PTO-948.
    Fig(s)_____
17. DESIGN DRAWING. 37 CFR 1.152
    ___ Surface shading shown not appropriate. Fig(s)_____
    ___ Solid black shading not used for color contrast.

COMMENTS:

ATTACHMENT TO PAPER NO._____          REVIEWER _____          DATE 1/8/97

PTO Copy

USR000457



**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of: McElvaney
For:   **Internet Telephony Device**
Filed:  **Oct 23 1996**

Serial No.: 08/734,857      Art Unit: 2742      Examiner: Hoosain, A.

AMENDMENT

Honorable Commissioner of Patents and Trademarks
Patent and Trademark Office
Washington, D.C. 20231

Sir:

In response to action dated June 24, 1998, please amend the
above-referenced application as follows:

In the Claims:

Please amend Claim 1 by replacing "An digital network" with "A
digital network" at page 13 line 3.


Comments

Applicant requests a purely typographical correction of Claim 1.

Substantively, all of the pending claims have been rejected,
under 35 USC 102(e), as anticipated by Schindler et al (US Patent
5,675,390, filed on July 17, 1995 and issued on October 7, 1997).
The pending application was filed after the Schindler
application, but before the Schindler patent issued.

The core of the rejection rests on the assertion that several of
the elements of the pending claims are inherent in the Schindler
disclosure.  Of greatest importance, element 1622 (Schindler
Figure 16) is asserted to represent a handset, inherently
comprising a microphone and a speaker (each inherently connected
to at least two wires) and inherently comprising coupling means
for connecting the microphone wires to an input jack and means
for connecting the speaker wires to an output jack.

Element 1622 is not labelled as a "handset" but is simply
identified as a "phone/voice i/o" (and, as discussed below,
appears to be a speakerphone type device)[.]  Applicant has tried

USR000458

without success to locate a written description of Element 1622 in the Schindler patent. Without such a description, Applicant asserts that the reference is not enabling as to that element, and therefore cannot anticipate the Applicant's claims.

Applicant further notes that Element 1622 is illustrated as connected between the output of SOUND/AUDIO DSP (320) and a Modem (322). Since Applicant's claims all are limited to a telephone handset connected to the input and output of a soundcard, the reference does not anticipate the claims.

This distinction appears to be confirmed (and an even more significant distinction presented) in the text of Schindler (column 20, lines 54-59) where it is stated that advanced features "include a voice capability coupled to the sound card 320 and modem 322 for providing a separate voice channel when video conferencing is not desired..." and where it is further stated that "A set of amplified speakers are indicated at 1624 which are driven directly by the sound card 320 with no need for independent amplification." The emphasized language indicates that Schindler element 1622 cannot be a handset, but rather is a circuit or other means (the details of which are not specified) for allowing the device to function as a speakerphone. The pending application specifically is limited to "a telephone handset" (Claim 1, page 13 line 7 and Claim 7, page 14 line 17, all other claims being dependent on Claim 1 or Claim 7). As pointed out in the pending application (pages 2 to 5), internet telephony using a handset rather than separate speakers and microphone (i.e., a speakerphone) overcomes several disadvantages of the speakerphone configuration (e.g., background noise, choppy communications, acoustic echo, and synchronization delay).

Applicant respectfully urges that the Claims are allowable over Schindler, and favorable action is solicited. Should the examiner disagree, Applicant requests the courtesy of an interview in order to bring prosecution to a prompt conclusion.

The Draftsperson's comments have been noted and corrected drawings will be submitted in a timely fashion.

Respectfully submitted,

Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD  21153
410-706-1793

USR000459

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**In re Patent Application of: McElvaney**
**For:     Internet Telephony Device**
**Filed:  Oct 23 1996**

Serial No.: 08/734,857      Art Unit: 2742      Examiner: Hoosain, A.


Honorable Commissioner of Patents and Trademarks
Patent and Trademark Office
Washington, D.C. 20231

## CERTIFICATE OF MAILING

Date of Deposit <u>August 12, 1998</u>

    I hereby certify that the following attached paper(s) or fee
is being deposited with the U.S. Postal Service with sufficient
first class postage on the date indicated above and is addressed
to the Commissioner of Patents and Trademarks, Washington, D. C.
20231:

       **Letter of Transmittal**
       **Amendment**
       **Certificate of Mailing**
       **Return Postcard**


Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD  21153
(410) 706-1793



# COVER PAGE

**TITLE:**      **Internet Telephony Device**

**INVENTOR(S):**      **McElvaney**

**ASSIGNEE(S):**      **Riparius Ventures, Inc.**

**SERIAL NO.:**      **08/734,857**

**FILING DATE:**      **Oct 23 1996**

**RELATED APPLICATIONS:**

98 AUG 17 PH 2:36
GROUP 2700
RECEIVED

**PAPER:**      **Response to Office Action Dated June 24, 1998**

**FILED:**      **August 12, 1998**

**PATENT ATTORNEY:**

**MAX STUL OPPENHEIMER**
**(Registration No. 33,203)**
**P.O. Box 50**
**Stevenson, MD  21153**
**USA**

**(410)-706-1793**

**ATTORNEY DOCKET #: RIPTEL9601**

USR000461



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: McElvaney
For:    Internet Telephony Device
Filed:  Oct 23 1996

Serial No.: 08/734,857    Art Unit: 2742    Examiner: Hoosain, A.


TRANSMITTAL LETTER


August 12, 1998

Honorable Commissioner of Patents and Trademarks
Patent and Trademark Office
Washington, D.C. 20231

Sir:

Transmitted for filing in the above-referenced case are:

    **Amendment**
    **Certificate of Mailing by Express Mail**
    **Return Postcard**


Respectfully submitted,



Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD  21153
(410) 706-1793



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/734,857 | 10/23/96 | MCELVANEY | D |

LM61/1023

MAX STUL OPPENHEIMER
P O BOX 50
STEVENSON MD 21153

| EXAMINER |
|---|
| HOOSAIN, A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2742 | |

**DATE MAILED:**
10/23/98

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

| | Application No. | Applicant(s) | |
|---|---|---|---|
| ***Office Action Summary*** | **08/734,857** | **McElvaney** | |
| | Examiner | Group Art Unit | |
| | **Allan Hoosain** | **2742** |  |

☒ Responsive to communication(s) filed on *Aug 13, 1998* _____.

☒ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ____ **3** ____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

   ☒ Claim(s) *1-7* _____ is/are pending in the application.

   Of the above, claim(s) _____ is/are withdrawn from consideration.

   ☐ Claim(s) _____ is/are allowed.

   ☒ Claim(s) *1-7* _____ is/are rejected.

   ☐ Claim(s) _____ is/are objected to.

   ☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

   ☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

   ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

   ☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

   ☐ The specification is objected to by the Examiner.

   ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

   ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

      ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

         ☐ received.

         ☐ received in Application No. (Series Code/Serial Number) _____ .

         ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

      *Certified copies not received: _____ .

   ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

   ☒ Notice of References Cited, PTO-892

   ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___ *2* ___

   ☐ Interview Summary, PTO-413

   ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

   ☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

USR000464

Serial Number: 08/734,857                                                Page 2

Art Unit: 2742

## DETAILED ACTION

### *Oath/Declaration*

It does not identify the post office address of each inventor and it does not say whether the given

residence address is the same as Inventor's Post Office address.  A post office address is an

address at which an inventor customarily receives his or her mail and may be either a home or

business address.  The post office address should include the ZIP Code designation.

### *Claim Rejections - 35 USC § 102*

1.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --

> > (e) the invention was described in a patent granted on an application for patent by another filed in the
> > United States before the invention thereof by the applicant for patent, or on an international application
> > by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371© of this title
> > before the invention thereof by the applicant for patent.

2.  Claims 1-7 are rejected under 35 U.S.C. 102(e) as being anticipated  by **Schindler et al** (US

Patent 5,675,390).

Serial Number: 08/734,857

Page 3

Art Unit: 2742

As to Claims 1,7, with respect to Figures 6-7, 16, **Schindler et al.** teach a home entertainment

system (digital network telephony device) comprising:

a telephone handset, 1622, inherently comprising a microphone and a speaker, said microphone

being inherently connected to at least two microphone wires and said speaker being inherently

connected to at least two speaker wires (Col. 20, lines 52-54);

a computer system, Figures 1 and 3, comprising a computer sound card, 320, having an input

jack, 620, and an output jack, 618, and Mixer and Codec means, 616, for receiving and

transmitting digital audio signals, Synthesis means, 610 and 612, for compressing and

decompressing said audio signals, Modem means, 1526, for transmitting compressed audio signals

to a digital network, Modem means, 1526, for receiving compressed audio signals from said

digital network (Figure 15); and

coupling means for inherently connecting the microphone wires to the input jack and for

connecting the speaker wires to the output jack (Col. 20, lines 51-55).

As to Claim 2, in addition to the information above, **Schindler et al** further teach a home

entertainment system (device) as in claim 1, wherein said coupling means for connecting the

microphone wires to the input jack and for connecting the speaker wires to the output jack

comprises inherently a cable having a phone I/O (four-wire handset jack) at a first end thereof and

two mini-phone plugs at a second end thereof, one of said mini-phone plugs being designated a

microphone plug and being connected to the microphone wires and the second of said mini-phone

USR000466

Serial Number: 08/734,857                                                                 Page 4

Art Unit: 2742

plugs being designated a speaker plug and being connected to the speaker wires (Figure 16, 1622

and 320, and Figure 7, 618 and 620).

As to Claim 3, in addition to the information above, **Schindler et al.** further teach a home

entertainment system (device) as in claim l, further comprising a resistive volume control for

controlling the loudness of the speaker (Col. 6, lines 9-23).

As to Claim 4, in addition to the information above, **Schindler et al**. further teach a home

entertainment system (device) as in claim l, further comprising a keyboard, 126, (keytone

generator) operatively connected to the microphone wires (Figure 10 and Col. 14, lines 24-31).

As to Claim 5, in addition to the information above, **Schindler et al** further teach a home

entertainment system (device) as in claim l, further comprising an 'power on' external power

supply for powering said microphone (Col. 13, lines 60-65).

As to Claim 6, in addition to the information above, **Schindler et al** further teach a home

entertainment system (device) as in claim l, further comprising toggles (an automatic bypass

switch) to deactivate any external speakers and activate the handset microphone and speaker

when the handset is in use (Col. 13, lines 54-60).

Serial Number: 08/734,857                                                    Page 5

Art Unit: 2742

### *Response to Arguments*

3.     Applicant's arguments filed 8/13/98 have been fully considered but they are not persuasive

because of the following:

a) Applicant argues that Element 1622 is not labeled as a 'handset' but is simply identified as a

'phone voice I/O' (and, as discussed below appears to be a speakerhone type device).

  Examiner respectfully disagrees because **Schindler et al**. teach that the 'phone voice I/O'

capability is 'coupled' to the sound card. Applicant's Claim 1 recites 'connecting means' and

Applicant's Figure 1 shows that a telephone handset is 'connected' to the sound card 'microphone

in' and 'speaker out' connectors. Examiner respectfully believes that the use of the word

'coupled' by **Schindler et al**. is the same as Applicant's 'connecting means' for connecting a

'phone voice I/O' to **Schindler et al's**. 'Speaker out' and 'microphone in' connectors as shown in

**Schindler et al's**. Figure 7.

b) Applicant argues that Applicant tried without success to locate a written description of

Element 1622 in the **Schindler** Patent. Without such a description, Applicant asserts that the

reference is not enabling as to that element, and therefore cannot anticipate the Applicant's

Claims.

  Examiner respectfully disagrees because even though there is not a written description of

element 1622, the connection of Element 1622 to the PC home entertainment system as shown in

Figure 16 is sufficient for anticipating Applicant's invention. As shown in Applicant's Figure 1

and Specification at Page 8, lines 7-10, Applicant's handset is connected to the sound card and

USR000468

Serial Number: 08/734,857                                                                 Page 6

Art Unit: 2742

modem within a PC for establishing a network connection. Similarly, **Schindler et al**. teach in

Figure 16 and Col. 20, lines 52-58, that the 'phone voice I/O' capability forms a network

connection through a sound card and modem within a PC. This is more clearly shown in Figure

15, labels 1512, 1514 and 1526, 1528 and at Col. 19, lines 58-60. **Schindler et al.** clearly shows

that the 'phone voice I/O' capability is external to the PC and modem internal to the PC in much

the same way that Applicant's handset is external to the PC and modem internal to the PC.

c) Applicant argues and further notes that Element 1622 is illustrated as connected between the

output of Sound/Audio DSP (320) and a modem 322. Since Applicant's claims all are limited to

a telephone handset connected to the input and output of a soundcard, the reference does not

anticipate the claims. Also, the teachings of **Schindler et al**. at Col. 20, lines 54-59, emphasizes

that the 'phone voice I/O' capability cannot be a handset, but rather is a circuit or other means

(the details or which are not specified) for allowing the device to function as a speakerphone.

Examiner respectfully disagrees because **Schindler et al**. teach a speakerphone capability at Col.

16, lines 26-35. Surely, if **Schindler et al**. intended for the 'phone voice I/O' capability to be a

'speakerphone' **Schindler et al**. would have used 'speakerphone voice I/O' instead of 'phone

voice I/O'. The use of the word 'phone' by **Schindler et al**. strongly suggests a telephone and,

hence, a telephone handset. If the 'speakers amplified' capability, 1624, was intended to be part

of a 'speakerphone' then why is it shown outside the PC? It is well known that speakerphones

are 'handless' or 'cordless' telephones. And as shown in Figure 1, 'amplified speakers' capability,

1624, is externally connected to the PC. Finally, **Schindler et al**. teach the internal advanced

Serial Number: 08/734,857                                                    Page 7

Art Unit: 2742

capabilities e.g. Figure 16, label 1630 and external advanced capabilities e.g. Figure 16, labels 1624 and 1622. Since capability 1624 is externally connected to the PC as shown in Figure 1, then surely, in addition to the reasons given above, capability 1622 is externally connected to the PC.

d) Examiner noted that Applicant did not respond to Examiner's 'Oath/Declaration' comment with respect to the 'address' in Applicant's Oath/Declaration. Examiner respectfully asks Applicant to respond to Examiner's comment.


### *Conclusion*

4.      The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

**Tamura** (US Patent 5,750,911) teaches a computer with an external sound source connected to a sound card.

**DorEl** (US patent 5,721,951) teaches a PC which has a sound card which is connected to external sound systems using standard jacks.


5.      **THIS ACTION IS MADE FINAL. Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).**

     **A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action. In the event a first reply is filed within**

USR000470

Serial Number: 08/734,857                                                                 Page 8

Art Unit: 2742

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the

advisory action.  In no event, however, will the statutory period for reply expire later than

SIX MONTHS from the mailing date of this final action.

6.       Any response to this final action should be mailed to:

          Box AF

          Commissioner of Patents and Trademarks

          Washington, D.C. 20231

or faxed to:

          (703) 308-9051, (for formal communications; please mark

          "EXPEDITED PROCEDURE")

Or:

Serial Number: 08/734,857                                                Page 9

Art Unit: 2742

(703) 308-5403 (for informal or draft communications, please label

"PROPOSED" or "DRAFT")


Hand-delivered responses should be brought to Crystal Park II, 2121 Crystal

Drive, Arlington. VA., Sixth Floor (Receptionist).


7.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Allan Hoosain whose telephone number is (703) 305-4012.

The examiner can normally be reached on Monday to Friday from 7 am to 5:30 pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Krista Zele, can be reached on (703) 305-4701.

Communications via Internet e-mail regarding this application, other than those

under 35 U.S.C. 132 or which otherwise require a signature, may be used by the applicant

and should be addressed to [krista.zele@uspto.gov].

All Internet e-mail communications will be made of record in the application file.

PTO employees do not engage in Internet communications where there exists a possibility

that sensitive information could be identified or exchanged unless the record includes a

properly signed express waiver of the confidentiality requirements of 35 U.S.C. 122. This is

Serial Number: 08/734,857                                    Page 10

Art Unit: 2742

more clearly set forth in the Interim Internet Usage Policy published in the Official Gazette

of the Patent and Trademark on February 25, 1997 at 1195 OG 89.

   Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the Group receptionist whose telephone number is (703)

305-3900.

Allan Hoosain   *AH*

Patent Examiner

October 21, 1998

CHAU NGUYEN
PRIMARY EXAMINER

USR000473

# Notice of References Cited

| Application No. 08/734,857 | Applicant(s) McElvaney | |
|---|---|---|
| Examiner Allan Hoosain | Group Art Unit 2742 | Page 1 of 1 |

## U.S. PATENT DOCUMENTS

| | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| X | A | 5,675,390 | 10/97 | Schindler et al. | 348 | 552 |
| X | B | 5,633,920 | 5/97 | Kikinis et al. | 379 | 130 |
| X | C | 5,283,638 | 2/94 | Engberg et al. | 348 | 14 |
| | D | 5,721,951 | 2/98 | DorEl | 395 | 830 |
| | E | 5,750,911 | 5/98 | Tamura | 84 | 602 |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

## NON-PATENT DOCUMENTS

| | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | U | | |
| | V | | |
| | W | | |
| | X | | |

USR000474

## Official

FAX RECEIVED

MAR 1 1999

Group 2700

Max Stul Oppenheimer, PC
P. O. Box 50
Stevenson, MD 21153

# CONFIDENTIAL

FAX TO: **EXAMINER HOOSAIN**
  AT: USPTO
FAX NO: 703-308-5403
  DATE: March 1, 1999

FROM: Max Oppenheimer

[3] Pages including this cover sheet

**If you have received this transmission in error**
please notify us immediately by telephone at 410-705-1793. Thank you.

The information contained in this transmission is confidential and is intended only for the use of the addressee. Any dissemination, distribution, copying or other use of the information contained in this transmission, except by or by permission of the addressee, is strictly prohibited.

US APPLICATION 08/734,857
Inventor: McElvaney
Title: Internet Telephony Device
Filed: October 23, 1996
Art Unit: 2742

USR000475

**Official**

FAX RECEIVED

MAR 1 1999

Group 2700

Max Stul Oppenheimer, PC
P. O. Box 50
Stevenson, MD 21153

March 1, 1999

Re: **US APPLICATION 08/734,857**
Inventor: **McElvaney**
Title: **Internet Telephony Device**
Filed: **October 23, 1996**
Art Unit: **2742**

BY FAX TO Examiner Allan Hoosain
703-308-5403

Dear Examiner Hoosain,

This will confirm our plans to discuss the above-referenced case by phone at 2:30PM on March 3. I will initiate the call.

We appear to be at odds concerning the import of Element 1622 of US patent 5,675,390, and concerning the non-obviousness of our claimed invention. I would like to discuss resolving these issues by filing two affidavits.

The first affidavit would be signed by an expert in the field of telecommunications with over 30 years experience. His affidavit would state that he had reviewed the '390 patent and concluded that Element 1622 could not be (and would not have been interpreted by one skilled in the art as) a telephone handset. It would also state that a speakerphone is not the equivalent of a telephone handset (for reasons stated in the specification). The affidavit would include his detailed reasoning, to enable you to evaluate the soundness of his conclusions.

The second affidavit would be signed by a senior official of a leading internet telephony company and would state that his company is a volume purchaser of an internet telephone handset embodying the claimed invention and further that his company uses the handset in its own trade show exhibits because of its superior design characteristics (including, specifically, the limited acoustic echo described in the specification). He would also state that the concept of coupling a telephone handset to a soundcard is a significantly better alternative and the first he has encountered.

I would like to discuss whether affidavits of this sort would overcome your rejections.

USR000476

Re: **US APPLICATION 08/734,857**
Inventor: **McElvaney**
Title: **Internet Telephony Device**
Filed: **October 23, 1996**
Art Unit: **2742**

I also wish to advise you that we have received a search report in a PCT application and will be filing an IDS with the new references. They are:

| US Patent | Issued | Inventor | Filed |
|-----------|--------|----------|-------|
| 4,991,197 | 02/05/91 | Morris | 09/01/88 |
| 5,408,520 | 04/18/95 | Clark | 12/03/93 |
| 5,515,423 | 05/07/96 | Beck | 12/03/93 |
| 5,606,599 | 02/25/97 | O'Mahony | 06/24/94 |
| 5,761,294 | 06/02/98 | Shaffer | 07/18/96 |
| 5,822,406 | 10/13/98 | Brown | 09/26/97 |

If you need further information prior to our call, or if you need to reschedule the time of the call, please let me know.

I can be reached at 410-706-1793.

Thank you for taking the time discuss the case by phone.

Sincerely,

Max Stul Oppenheimer



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/734,857 | 10/23/96 | MCELVANEY | D |

LM41/0311

MAX STUL OPPENHEIMER
P O BOX 50
STEVENSON MD 21153

| EXAMINER |
|---|
| HOOSAIN,A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2742 | |

DATE MAILED: 03/11/99

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

USR000478

| *Interview Summary* | Application No. 08/734,857 | Applicant(s) McElvaney | |
|---|---|---|---|
| | Examiner Allan Hoosain | Group Art Unit 2742 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Allan Hoosain (PTO Personnel)*        (3) _____

(2) *Mr. Max Oppenheimer (Applicant's Representative)*     (4) _____

Date of Interview _____ *Mar 9, 1999* _____

Type: ☒ Telephonic   ☐ Personal (copy is given to   ☐ applicant   ☐ applicant's representative).

Exhibit shown or demonstration conducted:   ☒ Yes   ☐ No.  If yes, brief description:
*Unofficial Request*
_____

Agreement ☐ was reached.   ☒ was not reached.

Claim(s) discussed: *1* _____

Identification of prior art discussed:
*Schindler et al.* _____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
*Examiner and Applicant's Representative discussed Examiner's consideration and possible entry of Affidavits for overcoming the prior art on 3/5/99 and 3/9/99. Examiner consulted with Primary Chau Nguyen on 3/9/99. Examiner told Applicant's representative that the PTO will consider all official responses from Applicant and will give a response only after an official response has been received. Applicant's representative indicated to Examiner that Applicant will file an official response.*

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

1.  ☒  It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2.  ☐  Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.  Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

*Allan Hoosain*

Examiner Note:  You must sign and stamp this form unless it is an attachment to a signed Office action.

U. S. Patent and Trademark Office
PTO-413 (Rev. 10-95)   Interview Summary   Paper No. _7_

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: McElvaney
For:   Internet Telephony Device
Filed:  Oct 23 1996

Serial No.: 08/734,857      Art Unit: 2742      Examiner: Hoosain, A.


REQUEST FOR RECONSIDERATION


Honorable Commissioner of Patents and Trademarks
Patent and Trademark Office
Washington, D.C. 20231

Sir:

Applicant requests reconsideration of the final rejection of all claims.

The core of the rejections rests on U.S. Patent 5,675,390, filed on July 17, 1995 and issued on October 7, 1997 (Schindler et al).

For a proper 102 rejection, the reference must teach every aspect of the claimed invention either explicitly or implicitly.

The applicants claims are limited to devices having a telephone handset.

The examiner asserts that element 1622 of the '390 patent (shown in Figure 16) is a handset, inherently comprising a microphone and a speaker (each inherently connected to at least two wires) and inherently comprising coupling means for connecting the microphone wires to an input jack and means for connecting the speaker wires to an output jack.

Element 1622 is not described in the specification of the '390 patent. Applicant therefore respectfully requests that the rejection be withdrawn since the reference is not enabling.

Referring to the '390 drawings, the data flow with respect to Element 1622 is illustrated by a unidirectional arrow. Since data flows in only one direction, Element 1622 cannot be a telephone handset (which requires that signals flow in two directions); alternatively, the reference is not enabling.

Finally, Element 1622 is shown as connected between the output of SOUND/AUDIO DSP (320) and a Modem (322). Thus, this reference

USR000480

cannot anticipate claims limited to a telephone handset connected to the input and output of a soundcard.

For the above reasons, Applicant respectfully urges that the Claims are allowable over Schindler, and favorable action is solicited.

Should the examiner disagree with Applicant's argument, Applicant requests consideration of the affidavit of Dennis M. Bogley, which is submitted herewith.

Applicant will supply a new oath as requested.


Respectfully submitted,


Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD  21153
410-706-1793

USR000481

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: McElvaney
For:    Internet Telephony Device
Filed:  Oct 23 1996

**Serial No.: 08/734,857    Art Unit: 2742    Examiner: Hoosain, A.**

## RULE 132 AFFIDAVIT OF Dennis M. Bogley

STATE OF   Maryland                          |
                                             | SS
COUNTY OF  Montgomery                        |

I, Dennis M. Bogley, BEING FIRST DULY SWORN, DEPOSE AND SAY THAT:

1.    I am the Vice-President (Operations) of NewComm Net, Inc.

2.    I have a 30 year background in Information Management and Telecommunications, including positions as Director of Program Management for Northern Telecom where I was responsible for the installation and integration of large telecommunications systems; Manager of the Systems Integration Programs Office for Digital Equipment Corporation where I directed the design, integration and management of information and telecommunications technologies; and Regional Operations Manager for Ericsonn Wireless Communications, where I directed implementation of a 326 cell PCS network.

3.    I have reviewed U.S. Patent 5,675,390; in particular I have analyzed the item marked "1622" in the figures to determine how its function would be understood by those in the telecommunications field.

4.    It is my professional opinion that item 1622 is not a telephone handset, nor could a telephone handset operate if connected in the manner shown for item 1622.

5.    More specifically, I note that item 1622 is not described in the text of the patent.  The patent is therefore uninstructive in terms of the function of item 1622. However, it can be determined from the block diagram that

USR000482

item 1622 could not be an operative telephone handset. A telephone handset would require a two-way connection to a sound card. The block diagram in Figure 16 indicates a one-way connection between the sound card output (note that a one-way arrow is used, indicating to those in the telecommunications field that this is output only; this interpretation is supported by the fact that the inventor uses two-way arrows appropriately in all other sections of Figure 16) through the undefined item 1622 to the modem (again, a one-way output by virtue of the one-way arrow). There is no indication of two-way flow to the sound card involving item 1622.

6. Given that the patent is assigned to Gateway, and that Gateway multimedia products have used the Ensoniq sound card, and that the Ensoniq sound card provides a speaker phone audio I/O connector, one might reasonably speculate that item 1622 is a voicemodem circuit or is meant to represent the speakerphone audio I/O connector of an Ensoniq sound card. A speakerphone is not the equivalent of a telephone handset. Among other differences:

> 1. Speakerphones present the problem of feedback or acoustic echo, while handsets do not;
>
> 2. Speakerphones present a different, less "natural" feel to one used to a telephone handset.

7. In summary, item 1622 of U.S. Patent 5,675,390 cannot be a telephone handset, nor would it suggest to those in the telecommunications field that a telephone handset might be substituted for item 1622 and be operative.

Dennis M. Bogley

Sworn and subscribed to before me this 3rd day of
February , 1999.

Notary

My commission expires: 1/1/03

USR000483

FAX RECEIVED
MAR 12 1999
Group 2700

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: McElvaney
For:   Internet Telephony Device
Filed:  Oct 23 1996

Serial No.: 08/734,857      Art Unit: 2742      Examiner: Hoosain, A.

## TRANSMITTAL LETTER

March 12, 1999

Honorable Commissioner of Patents and Trademarks
Patent and Trademark Office
Washington, D.C. 20231

Sir:

Transmitted for filing in the above-referenced case are:

    Petition for Extension of Time
    Request for Reconsideration
    Affidavit of Dennis M. Bogley
    Certificate of Facsimile Transmission

The Commissioner is authorized to charge any fees for the above
filings to our deposit account No. 15-0620.  A duplicate copy of
this page is enclosed.

Respectfully submitted,

Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD  21153
(410) 706-1793

## CERTIFICATE OF TRANSMITTAL BY FACSIMILE

Date of Transmission:  March 12, 1999  Facsimile Number: 703-308-5403

I hereby certify that the above listed items are being transmitted by
facsimile to the Commissioner of Patents and Trademarks, Washington, D. C.
20231, at the above number in accordance with Rule 1.6(d), on the date
indicated above.

02/15/1999 KUN001 00000002 050620 08734857
01 FC:216  190.00 CH

TWO
[MONTH EXTENSION GRANTED]
By Direction
Primary Examiner
[Clerk], Group 260        Date  3/15/99

**Official**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

FAX RECEIVED
MAR 1 2 1999

Group 2700

In re Patent Application of: McElvaney
For:   Internet Telephony Device
Filed: Oct 23 1996

Serial No.: 08/734,857      Art Unit: 2742      Examiner: Hoosain, A.

## FAX COVER PAGE

March 12, 1999

**By Facsimile to Commissioner of Patents and Trademarks  703-308-5403**

From: Max Stul Oppenheimer  (voice 410-706-1793)

**Attention Examiner  HOOSAIN**

_____9_____  Pages including this page

USR000485

**Official** FAX RECEIVED

MAR 1 2 1999

Group 2700

**COVER PAGE**

TITLE:        Internet Telephony Device

INVENTOR(S):  McElvaney

ASSIGNEE(S):  Riparius Ventures, Inc.

SERIAL NO.:   08/734,857

FILING DATE:  Oct 23 1996


PAPER:   Request for Reconsideration

FILED:   March 11, 1999


PATENT ATTORNEY:

**MAX STUL OPPENHEIMER**
**(Registration No. 33,203)**
**P.O. Box 50**
**Stevenson, MD  21153**
**USA**

**(410)-706-1793**


**ATTORNEY DOCKET #: RIPTEL9601**

USR000486



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**In re Patent Application of: McELVANEY**
**For: Internet Telephony Device**
**Filed: Oct 23 1996**

**Serial No.: 08/734,857      Art Unit: 2742      Examiner: HOOSAIN, A.**

Information Disclosure Statement
Filing Under 37 CFR 1.97

RECEIVED
MAR 22 1999
Group 2700

Dated:  March 15, 1999

Filed herewith in the above referenced case is an Information
Disclosure Statement, and copies of cited documents.  Applicant
requests consideration of the cited references.

I hereby certify that each item of information contained in the
information disclosure statement was cited in a communication
from the IPEA in a counterpart PCT application not more than
three months prior to filing this statement.


Respectfully submitted,


Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD  21153
(410) 706-1793

USR000487

GAU 2742



MAR 15 1999

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: McELVANEY
For:    Internet Telephony Device
Filed:  Oct 23 1996

Serial No.: 08/734,857      Art Unit: 2742      Examiner: HOOSAIN, A.


TRANSMITTAL LETTER


March 15, 1999

Honorable Commissioner of Patents and Trademarks
Patent and Trademark Office
Washington, D.C. 20231

Sir:

*RECEIVED*

*MAR 22 1999*

*Group 2700*

Transmitted for filing in the above-referenced case are:

>   **Information Disclosure Statement**
>   **Certificate of Mailing by Express Mail**
>   **Return Postcard**

The Commissioner is authorized to charge any fees required by
this filing to our Deposit Account No. 15-0620.  A duplicate copy
of this sheet is enclosed.

Respectfully submitted,

Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD   21153
(410) 706-1793

CERTIFICATE OF MAILING BY EXPRESS MAIL
Dated: March 15, 1999
I HEREBY CERTIFY that on the date indicated above, the above-listed
document(s) or fee(s) are being mailed by EXPRESS MAIL, No. EI459660675US,
postage prepaid to the Commissioner of Patents and Trademarks, Washington DC
20231.

EI459660675US

USR000488



# COVER PAGE

**TITLE:**          **Internet Telephony Device**

**INVENTOR(S):**    **McELVANEY**

**ASSIGNEE(S):**    **Riparius Ventures, Inc.**

**SERIAL NO.:**     **08/734,857**

**FILING DATE:**    **Oct 23 1996**


**PAPER:**    **Information Disclosure Statement**

**FILED:**    **March 15, 1999**


**PATENT ATTORNEY:**

**MAX STUL OPPENHEIMER**
**(Registration No. 33,203)**
**P.O. Box 50**
**Stevenson, MD  21153**
**USA**

**(410)-706-1793**

**ATTORNEY DOCKET #: RIPTEL9601**



RECEIVED IN APPLICATION 08/734,857
Attorney Docket: RIPTEL9601

Transmittal/authorization to charge deposit account (2)
Information Disclosure Statement
Certificate of Mailing by Express Mail

Filed: March 15, 1999

USR000490