20/9,K/1     (Item 1 from file: 47)
DIALOG(R)File  47:Gale Group Magazine DB(TM)
(c) 2003 The Gale group. All rts. reserv.

04608713     SUPPLIER NUMBER: 18712893     (THIS IS THE FULL TEXT)
**Let Windows answer the phone: voice-enabled modems, TAPI, and SVD bode
    powerful telephony. (telephony application programing interface,
    simultaneous voice and data) (includes related article on Microsoft Phone
    telephony software) (Product Information)**
Simon, Barry
PC Magazine, v15, n18, p241(3)
Oct 22, 1996
ISSN: 0888-8507     LANGUAGE: English     RECORD TYPE: Fulltext; Abstract
WORD COUNT:   2927     LINE COUNT:  00223

ABSTRACT:  Windows 95 includes a variety of features and functions that let
the computer manage a telephone and the calls it receives. Telephony
features are accessed through Microsoft's telephone application programming
interface (TAPI). Simultaneous voice and data (SVD) lets users toggle
between data and voice modes or in some cases exchange both concurrently.
The advent of voice-enabled modems has increased the range of functions
available through computer-telephone integration. These features include
caller identification, PC-based voice mail, automatic routing to fax
machines, and automatic phone dialers. Windows 95's Phone Dialer works as a
TAPI call manager. The Unimodem file in Windows 95's system subdirectory
functions as the TAPI service provider.

TEXT:
     Picture this: Your phone rings, but you've trained yourself not to
answer it, because the computer processes incoming calls. First, the
computer checks for a fax tone. If a tone is found, the call is
automatically routed to your fax software.
     Next, the computer grabs the incoming phone number using caller ID. It
then checks your PIM to figure out who is calling, and if the computer
fails to find the number there, it checks a CD-ROM containing a regional
telephone directory.
     It's just about the third ring and a dialog pops up telling you who is
calling, if that has been determined. If the information's from your PIM,
the whole record pops up. The dialog lets you leave the call unanswered,
send it to voice mail, or pick it up using your computer microphone and
speakers as a speakerphone. If you take no action, voice mail is
automatically invoked.
     And--most remarkably--you're doing this with your standard modem,
without specialized, expensive hardware.
     .This fantasy involves bits and pieces of technology that aren't yet in
place, but it's close to becoming a reality. The revolutionary replacement
of specialized telephony hardware with off-the-shelf computer hardware that
is already affecting midsize PBX systems has reached the low end, where it
will impact SOHO and home users.
     In this article, we'll take a look at the pieces that make up the
telephony technology puzzle, from hardware features to the various APIs in
Windows 95. Along the way, I'll also highlight a few pitfalls.
     The Voice-enabled Modem
     Modem manufacturers have hit a brick wall with analog phone lines,
which won't allow reliable data transmission at rates much above 28.8 Kbps
(or, with very clean lines, 33.6 Kbps). Although there will likely be one
more generation of modems (to create support for H.324 video compression),
much of the focus of modem manufacturers will be in adding voice
capabilities. And system manufacturers looking for something to distinguish
them from the crowd will find this an attractive technology to offer. With

USR000587

the exception of the prices for modems with SVD features (discussed below), this means that the current $30 to $50 premiums on fully voice-enabled modems will plummet in the next year, as economies of scale kick in and the technology itself matures.

Currently, voice-enabled modems offer one or more of the following features:

* Audio telephony device: Dials and answers the phone without initiating or attempting to initiate a data connection. Traditional modems can dial the phone, but they require you to switch off the modem before you can start talking.

* **Speakerphone** : Could be a **headset** or handset **connected** to your **computer** . The modem has an **input / output** **jack** or some other way to connect to your **sound** **card** , or, like the Creative Labs Phone Blaster cards, the modem is a combined sound/modem card. You can then use the microphone and **speakers** you already have for your phone.

* Telephone answering device (TAD): Provides the ability to connect to voice mail software.

* Caller ID: You can now buy this service, which transmits the telephone number of the calling party to you between the first and second rings, from most phone companies. You don't need a separate device to get caller ID from the phone line--with a voice-enabled modem, this information can be used by programs on the computer that make the right API calls.

* Incoming call auto-detect: Distinguishes between incoming fax and nonfax calls.

* Simultaneous voice/data (SVD): Provides the ability to send data over voice lines during a voice call or at least shift back and forth between voice and data within a single call.

A modem can call itself "voice enabled" even if it has only a subset of these properties. At one point in telephony's history, confusion abounded about the precise specs of these features, so software and hardware had to be carefully matched. Now, except for SVD, the features are standardized for most modems. To be sure that your modem will be able to use general-purpose software and not just the proprietary software that ships with it, you can confirm that your modem is implementing voice features under the UniModem/V spec (discussed below).

Tapi Overview

Underlying Windows' telephony capabilities is TAPI, the Telephony Application Programming Interface, a specification developed jointly by Intel and Microsoft. The overall scheme (see Figure 1) is similar to MAPI, the Messaging API discussed in this column in our issue of May 28, 1996. Since MAPI and TAPI are both part of Microsoft's WOSA (Windows Open Service Architecture), it is not surprising that similarities exist between the two.

MAPI relies on service providers (such as fax and Internet Mail) and a primary client (usually Microsoft Exchange Inbox). A program can call MAPI directly and set up a full-fledged MAPI session. Or a program--typically one with a Send item in its File Menu--can be MAPI-aware and make a simple call to the primary MAPI client.

Similarly, TAPI manipulates the "phone" through a set of service providers. For modems that use "plain old telephone service" (or POTS, the name used in the communications industry for standard analog telephone lines), these service providers are also a part of Windows 95 and are called UniModem and UniModem/V. (The V stands for voice.)

Third parties can write their own service providers, as some makers of PBXs have done; Microsoft has also released a service provider for ISDN.

The Tapi Call Manager

Analogous to the primary MAPI client is the TAPI call manager. Programs can use any TAPI services or can use TAPI through the call manager. A program can interact with the call manager in one of two ways: it can either pass along a telephone number, which the call manager can call, or it can ask the call manager for your local phone number. The

USR000588

latter is useful if the program in question needs to know your area code. Windows ships with a call manager called Phone Dialer (see Figure 2), but you can replace it with another program. Microsoft Phone, for example, does exactly that. (For more details, see the sidebar "Microsoft Phone: Sophisticated Voice Mail.")

Since Windows 95 relies on its Registry for most system settings instead of on .INI files, you might expect that the call manager is registered in the Registry--but it isn't. In your Windows 95 directory, you'll find a file called Telephon.ini that has a section called (HandoffPriorities) with an item named "RequestMakeCall." If you had installed Microsoft Phone, the entry might read

RequestMakeCall=C:\PROGRA 1\MSPHON 1\MSPHONE.EXE,DIALER.EXE

The first program after the equal sign is the call manager (in this case, Microsoft Phone), but if that program cannot be located and if other programs are in the list, those other options are used instead. Here, for example, Phone Dialer would be used if Microsoft Phone has been moved or deleted.

By the way, if you've ever looked at the list of calling cards in the telephone location dialog (from Control Panel, call up Modems, hit Dialing Properties, and check the box labeled Dial using Calling Card to get to the list shown in Figure 3), this list is also stored in Telephon.ini, in the (Cards) section.

Programs can sidestep the call manager and directly make TAPI calls through the published API.

Visual Basic programmers who want to access TAPI will want to look at customer controls that encapsulate TAPI. One set of such controls is Visual Voice, from Stylus Innovation (617-621-9545).

Unimodem

The TAPI service provider for POTS is called UniModem. It resides in two files in the system subdirectory of your Windows 95 directory, Unimodem.tsp and Unimodem.vxd. The filenames are the same whether you are using UniModem or UniModem/V (UniModem's voice-enhanced successor), but the dates and sizes are different. The original UniModem shipped with Windows 95; its files have the standard Windows 95 date of 7/11/95. These files total 70K. UniModem/V, which must be installed by a voice-enabled modem's setup program (or during the plug-and-play installation of its drivers), is dated 11/27/95 and totals 97K in size.

UniModem is patterned after the Windows printer driver model. Once, programs had to track specialized printer codes for dozens of printer models. Under Windows, however, the programs make calls to basic graphics commands and let the printer driver worry about the translation instead. Similarly, communications programs have had to track AT codes for scores of modems. Under TAPI/UniModem, the AT codes are stored in the Windows 95 Registry in the following key:

HKEY--LOCAL--MACHINE\System\CurrentControlSet\Services\Class\Modem

Under this key, you'll find subkeys with numbers (0000,0001, and so on) and subkeys for operations. For example, with the Supra 288i modem I used for testing, there is a subkey, SpeakerPhoneEnable, with the data pair 1="at#vls=6<cr>". A telephony program can find and use this information.

Tapi Woes

TAPI allows multiple 32-bit programs to share a single modem. For example, you could have Exchange Inbox monitoring a fax line or Microsoft Phone a telephone line, yet still be able to have ProComm use the phone line in order to dial out. But be aware that this capability holds true only if the communications program is 32-bit and understands and uses TAPI. If you run, say, an answering-machine program that monitors the phone line using TAPI, you should expect problems if you try to run Windows 3.1 and DOS communications programs.

For Windows 3.1 programs, you're out of luck--they won't be able to use the modem until you exit the program monitoring the line. My Windows

USR000589

3.1 PIM (which hasn't been upgraded to Windows 95) no longer auto-dials for me unless I first exit Microsoft Phone.

Sometimes, if you have a dial-up Internet connection, you can reconfigure the communications program to use that connection, because, not surprisingly, Windows 95 Dial-Up Networking understands TAPI. For example, WinCIM 2.x is not TAPI-aware, so it won't dial with Microsoft Phone loaded, but it will work through an Internet connection using Dial-Up Networking.

There is a way for DOS programs to use a modem even though a TAPI-aware program is monitoring the line for incoming calls. Add the line
     comlautoassign=2
to the (386Enh) section of your System.ini file. Note that the line starts with com, not comm, and that the 1 after com stands for the comm port number used by the modem.

Simultaneous Voice and Data

Another aspect of voice-enabled modems is the issue of being able to talk and send binary data during a single phone call. At the most basic level, you would be able to shift between voice and data transmissions, a useful function for online ordering, for instance, during which product information could be sent to you as data. VoiceView is a common spec for this switched mode. It is supported by many modems, although there have been reports of compatibility problems during sessions that involve modems from different manufacturers that use VoiceView.

More interesting but still in its early stages is SVD, which relies on the fact that voice doesn't require the full bandwidth of a phone line. Initially, the biggest market for SVD will be the gaming market, where cool interactive games will depend on the ability to yell "Die, dog!" into a headset as you are shooting down your opponent's plane on-screen.

In the longer term, you can expect technical-support staff to make heavy use of SVD: A support person could download your Autoexec.bat or look at your system directory just as you are describing the problems over the phone. You can also expect airline reservations and online banking and sales personnel to use it (if those industries don't turn first to SVD over the Internet).

SVD comes in analog and digital varieties: ASVD and DSVD, respectively. ASVD uses some voice-compression algorithms but still sends voice as an analog signal. DSVD encodes voice as a digital data stream. With either spec, special codecs are used to squeeze voice to roughly 8 Kbps, and the potential exists to use silence-detection technology to cut that rate down even more.

ASVD has the advantage of allowing music to be sent as part of the analog stream, because ASVD affords better fidelity than does on-the-fly digital conversion. At the present time, however, DSVD has a standards advantage. At this writing, the ITU was expected to approve a 28.8-Kbps DSVD specification (For more information, consult G.729 Annex A; you'll also see mention of V.70 and V.75, the specifications for SVD handshaking). On the other hand, the only ITU-approved ASVD specification is for 14.4 Kbps. Discussions of a 28.8-Kbps ASVD spec are in the air but are not yet definitive.

DSVD modems have heftier premiums than voice-enabling modems (the premiums for DSVD typically lie in the $150 range), in part because the encoding requires extra computing power in the modem. (Most modems already have a digital signal processor (DSP); DSVD modems need a second DSP or a more powerful one than is used for non-DSVD modems.) DSVD is still in a growth phase. You should expect the potential for problems with communications between DSVD modems from different vendors. The wisest course is to be sure that the DSVD code resides in flash ROM that can be upgraded as the need arises. The price premiums on ASVD modems will be clear only when the actual modems appear this fall, but they should be lower than those for DSVD.

To add to the confusion, it may be that software SVD will make the wars among hardware specs irrelevant. Microsoft's NetMeeting program (for

collaboration over the Internet), uses Digital SVD to allow voice contact. The voice channel requires 4.8 to 16 Kbps, depending on the level of quality desired.

Although the confluence of the voice telephone and the data modem hasn't gotten the attention other communications trends have, it will have a profound influence on how people interact in the near future.

Barry Simon is a contributing editor of PC Magazine.

Related article: Microsoft Phone - Sophisticated Voice Mail

The Microsoft Phone Windows telephony software showcases the variety of functions a voice-enabled modem can have. For now, Phone is available not in the retail channel but bundled only with those voice modems whose manufacturers have licensed it. Among the modems that include Phone are the SupraFAXModem 288i PnP and the Creative Labs Phone Blaster 28.8 PnP.

The basic interface, shown in the screenshot, looks similar to Windows Dialer in that there is a push-button phone pad and speed-dialing entries. There are multiple tabs for speed-dial entries, and the program stores previous numbers that you've dialed in a drop-down list. Phone can also search your MAPI address book for numbers to match the names you type.

Where Phone goes beyond mere dialers is in the way it reacts to incoming calls, and in the Speaker and Messages functionalities. When a call comes in, Phone's look changes to show the incoming phone number, the name of the number's owner, and various response options, such as Answering or Screening the Call, or Taking a Message. Screening the Call lets you listen to the message coming in and answer it if you wish, and Taking a Message works in the background.

If you have caller ID, Phone will display the incoming number, and if that number is in your MAPI address book, it will also display the name of the number's owner.

You can assign any .WAV file to your phone greeting, and you can maintain multiple greetings that change, depending on your schedule. Messages received are stored in Exchange Inbox. You can set up the program to have multiple mailboxes with an overall greeting ("Press 1 for Mailbox 1," and so on) and separate greetings for each mailbox. Mailboxes can also be set up to send faxes to a number the caller is asked to enter.

Mailboxes can be accessed by calling in, pressing the star key on a Touch-tone phone, and entering the password for the desired mailbox. The program includes Microsoft Voice, a text-to-speech module. When you phone in, Voice can read your Exchange e-mail, or it can fax the e-mail to a number you type into the phone. You can also configure Phone to call or page you whenever a new message arrives.

Once the computer has access to the voice stream from the outside, Microsoft Phone can make sophisticated voice mail systems just a matter of having the right software.

  -Barry Simon

Microsoft Phone takes advantage of a variety of telephony options using voice-enabled modems.

COPYRIGHT 1996 Ziff-Davis Publishing Company

COMPANY NAMES:  Microsoft Corp.--Products
DESCRIPTORS:  Operating systems--Design and construction;
Computer-Telephone integration--Standards; Computer software industry--
Products
PRODUCT/INDUSTRY NAMES:  7372600 (Communication Software Pkgs); 7372502
(Systems Software Pkgs (Micro))
SIC CODES:  7372  Prepackaged software
TICKER SYMBOLS:  MSFT
TRADE NAMES:  Microsoft Windows 95 (Operating system)--Design and
construction
FILE SEGMENT:  CD File 275

...     phone, but they require you to switch off the modem before you can

start talking.

    * **Speakerphone** : Could be a **headset** or handset **connected** to your **computer** . The modem has an **input / output jack** or some other way to connect to your **sound card** , or, like the Creative Labs Phone Blaster cards, the modem is a combined sound/modem card. You can then use the microphone and **speakers** you already have for your phone.

    * Telephone answering device (TAD): Provides the ability to connect.

USR000592

25/3,K/1      (Item 1 from file: 15)
DIALOG(R)File  15:ABI/Inform(R)
(c) 2003 ProQuest Info&Learning. All rts. reserv.

01342558  99-91954
**The Internet phone**
Lilley, Vic
Management Accounting-London  v74n11  PP: 36  Dec 1996
ISSN: 0025-1682  JRNL CODE: MAC
WORD COUNT: 912

...TEXT: these rising costs, must be worth some investigation by any
progressive management accountant.

The internet  **phone**  allows you to make  **phone**  calls on the internet to
anywhere in the world, for the cost of a local call. It works by using a
personal  **computer**  with a typical internet  **connection** , internet  **phone**
software, a  **microphone**  and  **loud   speakers**  (or a headset) and a  **sound
card**  and its software.

The software examined here is the Intel Internet Phone, but there are...


25/3,K/2      (Item 1 from file: 141)
DIALOG(R)File 141:Readers Guide
(c) 2003 The HW Wilson Co. All rts. reserv.

03268207    H.W. WILSON RECORD NUMBER: BRGA96018207   (USE FORMAT 7 FOR
FULLTEXT)
**Internet Phone.**
Karagiannis, Konstantinos.
Popular Electronics (1989) v. 13 (Feb. 1996) p. 20-1+
WORD COUNT: 1491

   (USE FORMAT 7 FOR FULLTEXT)

TEXT:
...    innovative company) provides us with yet another option, the
Internet Phone.

     A SOUND SOLUTION
Internet  **Phone**  is a piece of software that lets you use the Internet to
speak with any other user, from anywhere, for only the cost of a local
**phone**  call (assuming, of course, that your Net connection is a local
**phone**  call). To use the program, you need at least a 486SX-25 PC with 8MB
...

...a 14,400 or faster modem, and a Winsock-1.1-compatible TCP/IP Internet
**connection** . Also, your  **computer**  must have a standard,
Windows-compatible  **sound   card** , a  **microphone** , and  **speakers**  or
**headphones** .

    You can download an evaluation copy of the software from our first
site of the...


25/3,K/3      (Item 1 from file: 275)
DIALOG(R)File 275:Gale Group Computer DB(TM)
(c) 2003 The Gale Group. All rts. reserv.

USR000593

02028127    SUPPLIER NUMBER: 18890509    (USE FORMAT 7 OR 9 FOR FULL TEXT)
**Spare your fingers: speak to your PC. (Dragon Systems' DragonDictate speech**
**recognition software) (Software Review)(Evaluation)(Brief Article)**
Nilsson, B. A.
Computer Life, v3, n12, p281(2)
Dec, 1996
DOCUMENT TYPE: Evaluation Brief Article    ISSN: 1076-9862
LANGUAGE: English    RECORD TYPE: Fulltext
WORD COUNT:    856    LINE COUNT:  00067

...    ATTACH THE HEADSET TO YOUR COMPUTER
     In the DragonDictate package you'll find a headset- **microphone**  combo
that has two mini  **phone**  plugs at the end of the cable. Plug the cable's
red lead into the  **microphone**  input on the  **sound    card** . If you want to
listen to the  **computer**  using the ear piece,  **plug**  the black lead into a
**speaker**  output jack. If you prefer listening through the  **speakers**
themselves, leave the black lead unplugged.
     2. INSTALL THE SOFTWARE
     DragonDictate's installation routine creates...


 **25/3,K/4**     **(Item 1 from file: 647)**
DIALOG(R)File 647:CMP  Computer Fulltext
(c) 2003 CMP Media, LLC. All rts. reserv.

01077639    CMP ACCESSION NUMBER: HPC19960101S0118
**Net telephones today? You make the call**  (Gear + Gadgets-Your Guide To New
Hardware)
John Eckhouse
HOME PC, 1996, n 301, PG291
PUBLICATION DATE: 960101
JOURNAL CODE: HPC    LANGUAGE: English
RECORD TYPE: Fulltext
SECTION HEADING: Reviews
WORD COUNT: 396

...     the necessary software to work may undermine its general-and
practical-appeal.
     The Jabra-net  **plugs**  into your  **PC 's sound    card**  and provides
excellent sound quality. Using it with the Jabra Ear  **Phone** , which
contains both a  **speaker**  and a  **microphone**  in one extremely small,
lightweight piece, makes the Jabra-net far less annoying to use than a
typical  **telephone    headset** . It's also a lot handier than using a
**microphone**  and  **speakers**  for your  **phone**  calls.
     With a Sound Blaster-compatible sound card and TAPI-compatible  modem
(the Telephony Application...
?

USR000594

```
File 349:PCT FULLTEXT 1979-2002/UB=20030508,UT=20030501
         (c) 2003 WIPO/Univentio
File 348:EUROPEAN PATENTS 1978-2003/Apr W04
         (c) 2003 European Patent Office

? ds

Set     Items    Description
S1      6356     (TELEPHONE? OR PHONE?)(3N)(HANDSET OR HAND()SET)
R)
S2      50021    (CONNECT? OR INSERT? OR PLUG?)(5N)(COMPUTER? OR WORKSTATION
                  OR PC OR LAPTOP)
S3      1626     SOUND()CARD? OR SOUNDCARD?
S4      31922    (TWO OR 2)(3N)WIRE?
S5      32648    SPEAKER? OR LOUDSPEAKER? OR (LOUD OR AUDIO OR MUSIC OR SOU-
                  ND)(3N)SPEAKER?
S6      22876    MICROPHONE? OR MICRO()PHONE?
S7      32       INPUT()OUTPUT(3N)JACK?
S8      6859     INTERNET(5N)TELEPHONE?
S9      7        S1(S)S2(S)S3
S10     1        S9(S)S4
S11     6        S9 NOT S10
S12     13       S1(S)S3(S)S5(S)S6
S13     10       S12 NOT S9
S14     47700    IC=H04L?
S15     680      S1 AND S14
S16     0        S15(S)S6(S)S7
S17     0        S15(S)S7
S18     0        S15(S)S7
S19     53       S15(S)S5(S)S6
S20     3        S19(S)S3
S21     0        S20 NOT (S9 OR S12)
S22     3        S19(S)S4
S23     2        S22 NOT (S9 OR S12)
S24     99       (HEADSET?? OR HEAD()SET?? OR HEADPHONE? OR HEAD()PHONE?)(S-
                  )S2(S)S5
S25     55       S24(S)S6
S26     33       S25(S)(TELEPHONE? OR PHONE?)
S27     33       S26 NOT (S12 OR S9 OR S22)
S28     29       S27 AND PY=1997:2003
S29     4        S27 NOT S28
```

USR000595

```
10/3,K/1      (Item 1 from file: 349)
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00427775    **Image available**
```

**INTERNET TELEPHONY DEVICE**
**DISPOSITIF DE TELEPHONIE POUR L'INTERNET**
Patent Applicant/Assignee:
  RIPARIUS VENTURES INC,
  McELVANEY David W,
Inventor(s):
  McELVANEY David W,
Patent and Priority Information (Country, Number, Date):
  Patent:              WO 9818238 A1 19980430
  Application:         WO 97US18645 19971015  (PCT/WO US9718645)
  Priority Application: US 96734857 19961023
Designated States: AL AM AT AU AZ BB BG BR BY CA CH CN CZ DE DK EE ES FI GB
  GE HU IL IS JP KE KG KP KR KZ LK LR LS LT LU LV MD MG MK MN MW MX NO NZ
  PL PT RO RU SD SE SG SI SK TJ TM TR TT UA UG US UZ VN GH KE LS MW SD SZ
  UG ZW AM AZ BY KG KZ MD RU TJ TM AT BE CH DE DK ES FI FR GB GR IE IT LU
  MC NL PT SE BF BJ CF CG CI CM GA GN ML MR NE SN TD TG
Publication Language: English
Fulltext Word Count: 2811

Fulltext Availability:
  Claims

Claim
...  microphone and speaker when the handset is in use.

  7 A device for connecting
  a **telephone   handset**  comprising a microphone and a speaker,
  said microphone being connected to at least  **two**  microphone  **wires**
  and said speaker being connected to at least  **two**  speaker  **wires** ; with
  a computer system comprising a computer  **sound   card**  having an
  input jack and an output jack and means for receiving and
  14
  transmitting...

...for receiving compressed audio signals
  from the digital network;
  said device comprising a cable comprising  **two**  microphone  **wires**
  and  **two**  speaker  **wires** , each  **wire**  having a first and a second end,
  said wires being connected at said first end to a plug adapted to
  connect to said  **telephone   handset**  and being connected at said
  second end to a  **plug**  adapted to  **connect**  to said  **computer   sound**
   **card** ,
  15
?
```

USR000596

11/3,K/1    (Item 1 from file: 349)
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00985142    **Image available**
INTEGRATING SIP CONTROL MESSAGING INTO EXISTING COMMUNICATION CENTER
    ROUTING INFRASTRUCTURE
INTEGRATION D'UNE MESSAGERIE DE CONTROLE DE PROTOCOLE DE DECLENCHEMENT DE
    SESSION DANS UNE INFRASTRUCTURE D'ACHEMINEMENT EXISTANTE D'UN CENTRE DE
    COMMUNICATION
Patent Applicant/Assignee:
  GENESYS TELECOMMUNICATIONS LABORATORIES INC, 11th floor, 1155 Market
    Street, San Francisco, CA 94013, US, US (Residence), US (Nationality)
Inventor(s):
  KIKINIS Dan, 20264 Ljepava Drive, Saratoga, CA 95070, US,
Legal Representative:
  BOYS Donald R (agent), P.O. Box 187, Aromas, CA 95004, US,
Patent and Priority Information (Country, Number, Date):
  Patent:              WO 200315326 A1 20030220 (WO 0315326)
  Application:         WO 2002US23720 20020726 (PCT/WO US0223720)
  Priority Application: US 2001927301 20010810
Designated States: AE AG AL AM AT AU AZ BA BB BG BR BY BZ CA CH CN CO CR CU
  CZ DE DK DM DZ EC EE ES FI GB GD GE GH GM HR HU ID IL IN IS JP KE KG KP
  KR KZ LC LK LR LS LT LU LV MA MD MG MK MN MW MX MZ NO NZ OM PH PL PT RO
  RU SD SE SG SI SK SL TJ TM TN TR TT TZ UA UG UZ VN YU ZA ZM ZW
  (EP) AT BE BG CH CY CZ DE DK EE ES FI FR GB GR IE IT LU MC NL PT SE SK TR
  (OA) BF BJ CF CG CI CM GA GN GQ GW ML MR NE SN TD TG
  (AP) GH GM KE LS MW MZ SD SL SZ TZ UG ZM ZW
  (EA) AM AZ BY KG KZ MD RU TJ TM
Publication Language: English
Filing Language: English
Fulltext Word Count: 9062

Fulltext Availability:
  Claims

Claim
... have PC-comiected telephones. Ali 1/0 cable completes this interface
  via connection from a **telephone receiver** /transceiver apparatus such
  as on telephone 53 to a **sound card** installed on an associated PC such
  as PCNDU 45. Individual one's of headsets such...the A-N designation, in
  a communication center. Each workstation 404 there is illustrated a **PC**
  406 **connected** to LAN 403 and a PCconnected IP phone 407. In workstation
  405 there is illustrated a LAN- **connected PC** 408 and a **connected** IP
  phone 409. There may be more equipment types provided in and operational
  in a...are connected to their respective PCs 409 and 407. The comiection
  is through the PC **sound card** enabling the IP phones to take calls
  through - 19 the PC. In this case, all...


11/3,K/2    (Item 2 from file: 349)
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00936129    **Image available**
AN AUDIO INTERFACE SYSTEM FOR MEDICAL USE
SYSTEME INTERFACE AUDIO A USAGE MEDICAL
Patent Applicant/Assignee:
  BANG & OLUFSEN MEDICOM A S, Gimsinglundvej 20, DK-7600 Struer, DK, DK
    (Residence), DK (Nationality), (For all designated states except: US)

Patent Applicant/Inventor:
  BAEKGAARD Knud Erik, Hartmannsvej 155, DK-7500 Holstebro, DK, DK
    (Residence), DK (Nationality), (Designated only for: US)
  ANDERSEN Bjorn Knud, Danmarksgade 42, DK-7600 Struer, DK, DK (Residence),
    DK (Nationality), (Designated only for: US)
Legal Representative:
  PATENT TACTICS (agent), George Brock-Nannestad, Resedavej 40, DK-2820
    Gentofte, DK,
Patent and Priority Information (Country, Number, Date):
  Patent:            WO 200269804 A1 20020912  (WO 0269804)
  Application:      WO 2002DK135 20020301  (PCT/WO DK0200135)
  Priority Application: DK 2001336 20010301
Designated States: AE AG AL AM AT (utility model) AU AZ BA BB BG BR BY BZ
  CA CH CN CO CR CU CZ (utility model) DE (utility model) DK (utility
  model) DM DZ EC EE (utility model) ES FI (utility model) GB GD GE GH GM
  HR HU ID IL IN IS JP KE KG KP KR KZ LC LK LR LS LT LU LV MA MD MG MK MN
  MW MX MZ NO NZ OM PH PL PT RO RU SD SE SG SI SK (utility model) SL TJ TM
  TN TR TT TZ UA UG US UZ VN YU ZA ZM ZW
  (EP) AT BE CH CY DE DK ES FI FR GB GR IE IT LU MC NL PT SE TR
  (OA) BF BJ CF CG CI CM GA GN GQ GW ML MR NE SN TD TG
  (AP) GH GM KE LS MW MZ SD SL SZ TZ UG ZM ZW
  (EA) AM AZ BY KG KZ MD RU TJ TM
Publication Language: English
Filing Language: English
Fulltext Word Count: 6005

Fulltext Availability:
  Detailed Description

Detailed Description
... a further embodiment of the invention the electronic source for audio
signals is a soundcard **connected** to a personal **computer** . This
embodiment permits the reception of audio files via data transmission
networks and conversion into...

...In a further embodiment of the invention the electronic source for audio
signals is a **receiver** for **telephone** signals.
In a further embodiment of the invention the audio signals are
standardised physiological signals...


**11/3,K/3**    **(Item 3 from file: 349)**
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00571806    **Image available**
**COMPUTER-TELEPHONE-SOUND CARD INTERFACE METHOD AND APPARATUS**
**DISPOSITIF ET PROCEDE D'INTERFACE DE CARTE SON POUR ORDINATEUR-TELEPHONE**
Patent Applicant/Assignee:
  GO2CALL COM LLC,
Inventor(s):
  NIX John A Jr,
Patent and Priority Information (Country, Number, Date):
  Patent:            WO 200035179 A1 20000615  (WO 0035179)
  Application:      WO 99US29254 19991210  (PCT/WO US9929254)
  Priority Application: US 98111739 19981210
Designated States: AU CA CN JP MX AT BE CH CY DE DK ES FI FR GB GR IE IT LU
  MC NL PT SE
Publication Language: English
Fulltext Word Count: 6297

USR000598

Fulltext Availability:
  Detailed Description

Detailed Description
... of external speakers which are also coupled to the sound card .
  Presently, several products which **connect** a telephone to a personal
  **computer** are available. One existing product is the "VoiceNet" by
  Columbia-Tel. The "Voice Net" connects a telephone to a personal computer
  **sound    card** . When using this device, the **telephone    handset** can be
  operated in one of two possible modes. In the first mode, the telephone
  ...

...second mode, the telephone is connected to the audio interface to the PC
  through the **sound    card** . In order to switch back and forth between
  these two modes, the user must manually...

...is a further object of the invention to provide a signal converter for
  connecting a
  **telephone    handset** to the **sound    card** of a personal computer,
  It is another object of the invention to provide a signal converter which
  automatically switches audio signals between an external microphone and
  external speakers **connected** to a personal **computer** and a **telephone
  handset** when the personal computer modem has seized the line and the
  **handset** of the **telephone** is lifted off of the hook.

  It is a still further object of the invention...


  **11/3,K/4    (Item 4 from file: 349)**
  DIALOG(R)File 349:PCT FULLTEXT
  (c) 2003 WIPO/Univentio. All rts. reserv.

00554701    **Image available**
**METHOD  AND  APPARATUS  FOR  PROVIDING  INTEGRATED  ROUTING  FOR  PSTN  AND  IPNT
    CALLS  IN  A  CALL  CENTER
PROCEDE  ET  APPAREIL  ASSURANT  UN  ROUTAGE  INTEGRE  D'APPELS  DE  RTPC  ET  DE
    TELEPHONIE  DE  RESEAU  A  PROTOCOLE  INTERNET  DANS  UN  CENTRE  D'APPELS**
Patent Applicant/Assignee:
  GENESYS TELECOMMUNICATIONS LABORATORIES INC,
Inventor(s):
  SHENKMAN Grigory,
Patent and Priority Information (Country, Number, Date):
  Patent:              WO 200018074 A1 20000330 (WO 0018074)
  Application:         WO 99US20258 19990902  (PCT/WO US9920258)
  Priority Application: US 98160558 19980924
Designated States: AE AL AM AT AU AZ BA BB BG BR BY CA CH CN CR CU CZ DE DK
  DM EE ES FI GB GD GE GH GM HR HU ID IL IN IS JP KE KG KP KR KZ LC LK LR
  LS LT LU LV MD MG MK MN MW MX NO NZ PL PT RO RU SD SE SG SI SK SL TJ TM
  TR TT UA UG UZ VN YU ZA ZW GH GM KE LS MW SD SL SZ UG ZW AM AZ BY KG KZ
  MD RU TJ TM AT BE CH CY DE DK ES FI FR GB GR IE IT LU MC NL PT SE BF BJ
  CF CG CI CM GA GN GW ML MR NE SN TD TG
Publication Language: English
Fulltext Word Count: 5103
Fulltext Availability:
  Detailed Description

Detailed Description
... 31 As briefly described with reference to the background section,
  agent stations 31-37 have **PC - connected** telephones. An 1/0 cable
  completes this interface via connection from a **telephone    receiver**

USR000599

/transceiver apparatus such as on telephone 53 to a **sound    card**
installed on an associated PC such as PC/VDU 45. Individual one's of
headsets...


**11/3,K/5    (Item 5 from file: 349)**
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00519612    **Image available**
**MANAGING    BANDWIDTH    ON   DEMAND   FOR   INTERNET   PROTOCOL   MESSAGING   WITH**
    **CAPABILITY   FOR   TRANSFORMING   TELEPHONY   CALLS   FROM   ONE   MEDIA   TYPE   TO**
    **ANOTHER MEDIA TYPE**
**GESTION DE LARGEUR DE BANDE SUR DEMANDE POUR MESSAGERIE IP AVEC POSSIBILITE**
    **DE TRANSFORMATION D'APPELS TELEPHONIQUES D'UN TYPE DE MEDIA A UN AUTRE**
Patent Applicant/Assignee:
    GENESYS TELECOMMUNICATIONS LABORATORIES INC,
Inventor(s):
    PICKERING Richard B,
    GISBY Douglas,
Patent and Priority Information (Country, Number, Date):
    Patent:          WO 9950964 A2 19991007
    Application:     WO 99US4249 19990225  (PCT/WO US9904249)
    Priority Application: US 9850673 19980330
Designated States: AL AM AT AU AZ BA BB BG BR BY CA CH CN CU CZ DE DK EE ES
    FI GB GD GE GH GM HR HU ID IL IN IS JP KE KG KP KR KZ LC LK LR LS LT LU
    LV MD MG MK MN MW MX NO NZ PL PT RO RU SD SE SG SI SK SL TJ TM TR TT UA
    UG UZ VN YU ZW GH GM KE LS MW SD SL SZ UG ZW AM AZ BY KG KZ MD RU TJ TM
    AT BE CH CY DE DK ES FI FR GB GR IE IT LU MC NL PT SE BF BJ CF CG CI CM
    GA GN GW ML MR NE SN TD TG
Publication Language: English
Fulltext Word Count: 5821


Fulltext Availability:
    Detailed Description

Detailed Description
...  call center embodiment of Fig. 1. For example, any number of
    individuals having an Internet **connected**  PC , a telephone, and an
    apparatus capable of providing integration of the **telephone    receiver** ,
    PC **sound    card** , and PC modem can use the software of the present
    invention for the purpose of...


**11/3,K/6    (Item 6 from file: 349)**
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00415747    **Image available**
**A METHOD AND AN APPARATUS FOR TRANSFERRING OF SOUND**
**PROCEDE ET DISPOSITIF DE TRANSFERT DU SON**
Patent Applicant/Assignee:
    TELEFONAKTIEBOLAGET LM ERICSSON (publ),
    SILEN Lars,
Inventor(s):
    SILEN Lars,
Patent and Priority Information (Country, Number, Date):
    Patent:          WO 9806208 A2 19980212
    Application:     WO 97FI462 19970801  (PCT/WO FI9700462)
    Priority Application: FI 963089 19960805


USR000600

&lt;

Designated States: AL AM AT AU AZ BA BB BG BR BY CA CH CN CU CZ DE DK EE ES
  FI GB GE GH HU IL IS JP KE KG KP KR KZ LC LK LR LS LT LU LV MD MG MK MN
  MW MX NO NZ PL PT RO RU SD SE SG SI SK SL TJ TM TR TT UA UG US UZ VN YU
  ZW GH KE LS MW SD SZ UG ZW AM AZ BY KG KZ MD RU TJ TM AT BE CH DE DK ES
  FI FR GB GR IE IT LU MC NL PT SE BF BJ CF CG CI CM GA GN ML MR NE SN TD
  TG
Publication Language: English
Fulltext Word Count: 6020
Fulltext Availability:
  Claims

Claim
...   mobile telephones 2 (such as GSM, NMT, CDMA, ARP), LAN telephone
    arrangements 1 comprising a **sound   card** 1' of the prior art type and a
    network telephone apparatus accordin,gr to the...

...operating in them, to communicate with each other through suitable links
   or gateways 5. Several **computers** 20 may be **connected** to one LAN
   network 4. The signal is transferred from and to the LAN network...

...user identified by a subscriber number and by computer's user
   identification. To enable a **connection** , the **computer** 20 must be
   "logged in". The call is routed from said gateway 5 to the...

...an operational connection further to the terminal apparatus, such as to
   wireless or fixed line **telephones** or a **handset   connected** to a
   **computer** . When one wishes to use various telephone services, or
   so-called intelligent network (IN) services...

...use them at one or several locations or addresses. When making a call
   from a **computer** 20 **connected** to the network 4 to another device in
   the same network, it is not necessary ...computers 20 can also be an
   Internet network to which eg. a PC or a **workstation** device 20 has been
   **connected** . The **PC** device 20 may consist of a central processing unit
   CPU, memories, such as program and...

...graphic's, video, pictures, sound and text. In this case the PC has eg.
   a **sound   card** or similar, to which a microphone and/or speaker can be
   connected for transmitting and...
?

USR000601

13/3,K/1      (Item 1 from file: 348)
DIALOG(R)File 348:EUROPEAN PATENTS
(c) 2003 European Patent Office. All rts. reserv.

01548172
**Audio-video communications and storage device**
**Gerat zur Audio/Video-Kommunikation und Speichervorrichtung**
**Appareil de communication audio-video et dispositif de stockage**
PATENT ASSIGNEE:
  Briggs, Alan, (3859980), 66 Huxley Road, London E10 5QU, (GB), (Applicant
    designated States: all)
INVENTOR:
  Briggs, Alan, 66 Huxley Road, London E10 5QU, (GB)
LEGAL REPRESENTATIVE:
  Pearce, Anthony Richmond (34741), MARKS & CLERK, Alpha Tower, Suffolk
    Street Queensway, Birmingham B1 1TT, (GB)
PATENT (CC, No, Kind, Date): EP 1289295  A1  030305 (Basic)
APPLICATION (CC, No, Date):  EP 2001306967 010816;
DESIGNATED STATES: AT; BE; CH; CY; DE; DK; ES; FI; FR; GB; GR; IE; IT; LI;
  LU; MC; NL; PT; SE; TR
EXTENDED DESIGNATED STATES: AL; LT; LV; MK; RO; SI
INTERNATIONAL PATENT CLASS: H04N-007/14
ABSTRACT WORD COUNT: 113
NOTE:
  Figure number on first page: 1

LANGUAGE (Publication,Procedural,Application): English; English; English
FULLTEXT AVAILABILITY:
Available Text  Language   Update    Word Count
     CLAIMS A  (English)  200310        344
     SPEC A    (English)  200310       1863
Total word count - document A       2207
Total word count - document B          0
Total word count - documents A + B  2207

...SPECIFICATION a graphics card 17. Audio signals are taken from the
  decoder 13 and passed to **speakers** 18 via a **sound  card** 20 which also
  receives audio signals from the encoder 6. The graphics card 17 also
  receives video signals from the recorder 4. A modified **telephone
  handset** unit 22 is also provided to enable the user to control the basic
  functions of the videophone. The **telephone  handset** unit 22 is
  operably connected to the camera 1, the **microphone** 2, the message
  recorders 4 and 14 and the display screen 16 via a control...


13/3,K/2      (Item 1 from file: 349)
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00878958     **Image available**
**COMPUTER   SYSTEM   WITH   INTEGRATED   TELEPHONY,   HANDWRITING   AND   SPEECH
    RECOGNITION FUNCTIONS**
**SYSTEME  INFORMATIQUE A FONCTIONS INTEGREES DE TELEPHONIE, D'ECRITURE ET DE
    RECONNAISSANCE VOCALE**
Patent Applicant/Inventor:
  DITZIK Richard J, 307 Surrey Drive, Bonita, CA 91902, US, US (Residence),
    US (Nationality)
Legal Representative:
  BEUERLE Stephen C (et al) (agent), Lyon & Lyon LLP, Suite 4700, 633 West
    Fifth Street, Los Angeles, CA 90071-2066, US,

Patent and Priority Information (Country, Number, Date):
  Patent:                    WO 200213184 A1 20020214 (WO 0213184)
  Application:               WO 2000US40624 20000809  (PCT/WO US0040624)
  Priority Application: WO 2000US40624 20000809
Designated States: AE AG AL AM AT AU AZ BA BB BG BR BY BZ CA CH CN CR CU CZ
  DE DK DM DZ EE ES FI GB GD GE GH GM HR HU ID IL IN IS JP KE KG KP KR KZ
  LC LK LR LS LT LU LV MA MD MG MK MN MW MX MZ NO NZ PL PT RO RU SD SE SG
  SI SK SL TJ TM TR TT TZ UA UG UZ VN YU ZA ZW
  (EP) AT BE CH CY DE DK ES FI FR GB GR IE IT LU MC NL PT SE
  (OA) BF BJ CF CG CI CM GA GN GW ML MR NE SN TD TG
  (AP) GH GM KE LS MW MZ SD SL SZ TZ UG ZW
  (EA) AM AZ BY KG KZ MD RU TJ TM
Publication Language: English
Filing Language: English
Fulltext Word Count: 5474


Fulltext Availability:
  Detailed Description

Detailed Description
... above, the system may be comprised of a
telephone handset device 9, microphone means 11, **audio   speaker** (s) 12,
  **audio / sound   card** means 13, DSP co-processor and electronic card
  means
14, video codex means 15, and...


 **13/3,K/3     (Item 2 from file: 349)**
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00832189     **Image available**
**APPARATUS  FOR SELECTIVELY CONNECTING A TELEPHONE TO A TELEPHONE NETWORK OR
   THE INTERNET AND METHODS OF USE**
**APPAREIL   PERMETTANT  DE   CONNECTER   SELECTIVEMENT UN TELEPHONE A UN RESEAU
   TELEPHONIQUE OU A INTERNET ET PROCEDES D'UTILISATION**
Patent Applicant/Assignee:
  ACTIONTEC ELECTRONICS INC, 760 North Mary Avenue, Sunnyvale, CA 94086, US
  , US (Residence), US (Nationality)
Inventor(s):
  CHANG Tsung-Yen Dean, 13800 La Paloma Road, Los Altos Hills, CA 94022, US
  ,
  LI Chuang, 19884 Charters Avenue, Saratoga, CA 95070, US,
  HO Chee Hin, 7148 Chiala Lane, San Jose, CA 95129, US,
  GU Bin Lang, 1474 Hollenbeck Avenue, Sunnyvale, CA 94087, US,
Legal Representative:
  PISANO Nicola A (et al) (agent), c/o Fish & Neave, 1251 Avenue of the
  Americas, New York, NY 10020, US,
Patent and Priority Information (Country, Number, Date):
  Patent:                    WO 200165809 A1 20010907 (WO 0165809)
  Application:               WO 2001US40225 20010301  (PCT/WO US0140225)
  Priority Application: US 2000517194 20000302
Designated States: AE AG AL AM AT AU AZ BA BB BG BR BY BZ CA CH CN CO CR CU
  CZ DE DK DM DZ EE ES FI GB GD GE GH GM HR HU ID IL IN IS JP KE KG KP KR
  KZ LC LK LR LS LT LU LV MA MD MG MK MN MW MX MZ NO NZ PL PT RO RU SD SE
  SG SI SK SL TJ TM TR TT TZ UA UG UZ VN YU ZA ZW
  (EP) AT BE CH CY DE DK ES FI FR GB GR IE IT LU MC NL PT SE TR
  (OA) BF BJ CF CG CI CM GA GN GW ML MR NE SN TD TG
  (AP) GH GM KE LS MW MZ SD SL SZ TZ UG ZW
  (EA) AM AZ BY KG KZ MD RU TJ TM
Publication Language: English

USR000603

Filing Language: English
Fulltext Word Count: 9646

Fulltext Availability:
  Detailed Description

Detailed Description
...  a standard analog
  telephone circuit and a personal computer or Internet
  appliance equipped with a **sound   card** , **microphone** , **speaker**
  30 and modem. As used herein,, a `""PC"` refers not only to a
  previously known personal computer having a **sound    card** ,
  **speakers** , and modem, but also to any and all other
  computing devices capable of establishing a...

...used in conventional
  telephones, whether or not embodied in the form of a
  previously known **telephone   receiver** and **handset** .

  In accordance with the present invention, the
  user may place an out-going call with...


  **13/3,K/4     (Item 3 from file: 349)**
  DIALOG(R)File 349:PCT FULLTEXT
  (c) 2003 WIPO/Univentio. All rts. reserv.

  00811493     **Image available**
  **ELECTRONIC TRANSLATOR FOR ASSISTING COMMUNICATIONS**
  **TRADUCTEUR ELECTRONIQUE PERMETTANT DE FACILITER LA COMMUNICATION**
  Patent Applicant/Assignee:
    INTERACTIVE SOLUTIONS INC, 2150 Whitfield Industrial Way, Sarasota, FL
      34243-4046, US, US (Residence), US (Nationality)
  Inventor(s):
    GREENE Morgan Jr, 6628 Case Ave., Bradenton, FL 34207-5620, US,
    GREENE Virginia, 6628 Case Ave., Bradenton, FL 34207-5620, US,
    NEWMAN Harry E, 351 Tahitian Drive, Ellenton, FL 34222, US,
    YUHAS Mark J, 2904 Homasassa Road, Sarasota, FL 34239, US,
    DORETY Michael F, 1963 Rolling Green Circle, Sarasota, FL 34240, US,
  Legal Representative:
    BLAKE William A (et al) (agent), Jones, Tullar & Cooper, P.C., P.O. Box
      2266 Eads Station, Arlington, VA 22202, US,
  Patent and Priority Information (Country, Number, Date):
    Patent:              WO 200145088 A1 20010621 (WO 0145088)
    Application:         WO 2000US32452 20001212  (PCT/WO US0032452)
    Priority Application: US 99171106 19991216; US 2000610675 20000707
  Designated States: AE AG AL AM AT AU AZ BA BB BG BR BY BZ CA CH CN CR CU CZ
    DE DK DM DZ EE ES FI GB GD GE GH GM HR HU ID IL IN IS JP KE KG KP KR KZ
    LC LK LR LS LT LU LV MA MD MG MK MN MW MX MZ NO NZ PL PT RO RU SD SE SG
    SI SK SL TJ TM TR TT TZ UA UG UZ VN YU ZA ZW
    (EP) AT BE CH CY DE DK ES FI FR GB GR IE IT LU MC NL PT SE TR
    ((OAPI utility model)) BF BJ CF CG CI CM GA GN GW ML MR NE SN TD TG
    (AP) GH GM KE LS MW MZ SD SL SZ TZ UG ZW
    (EA) AM AZ BY KG KZ MD RU TJ TM
  Publication Language: English
  Filing Language: English
  Fulltext Word Count: 7171

  Fulltext Availability:
    Detailed Description

USR000604

Detailed Description
...  22 also supplies output signals to a number of audio devices,
   including one or more **speakers**  3 ) 8, one or more assisted learning
   devices including a cochlear implant 40 and a hearing aid 42, while the
   PCMCIA card 23 supplies audio signals
   5
   to a **receiver**  43 in the **telephone**  36 (again, the **sound**  **card**  22
   could also be used for this purpose). A left channel in the **sound**  **card**
    22 is employed for sending output signals to the telephone 36, cochlear
   implant 40 and...

...can be selectively turned on or off, is employed for sending output
   signals to the **speakers**  38. The video card 24 supplies output video
   signals to a display device, such as...


 **13/3,K/5     (Item 4 from file: 349)**
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00759142    **Image available**
**COMPUTER - TELEPHONE INTERFACE METHOD AND APPARATUS**
**PROCEDE INTERFACE TELEPHONE-ORDINATEUR ET APPAREIL**
Patent Applicant/Assignee:
   GO2CALL COM INC, Suite 201, 990 Grove Street, Evanston, IL 60201, US, US
   (Residence), US (Nationality)
Inventor(s):
   NIX John A Jr, Apt. 2 West, 814 Michigan Avenue, Evanston, IL 60202, US,
   SPEAR Laurence A, 1410 Chicago Avenue, Apt. 605, Evanston, IL 60202, US,
Legal Representative:
   FLYNN Terri S (et al) (agent), Reinhart, Boerner, Van Deuren, Norris &
   Rieselbach, S.C., Suite 2100, 1000 North Water Street, Milwaukee, WI
   53202, US,
Patent and Priority Information (Country, Number, Date):
   Patent:              WO 200072568 A1 20001130 (WO 0072568)
   Application:         WO 2000US14006 20000519  (PCT/WO US0014006)
   Priority Application: US 99135230 19990521
Designated States: AU CA CN JP MX
   (EP) AT BE CH CY DE DK ES FI FR GB GR IE IT LU MC NL PT SE
Publication Language: English
Filing Language: English
English Abstract
   ...which a general purpose personal computer is enabled to pass audio
   signals directly between a **sound**  **card**  to a **telephone**  **handset** .
   Under "normal" operation (306), the **telephone**  **handset**  is connected
   directly to the telephone network, allowing normal telephone operation
   such as ringing or...

...the handset is lifted. The personal computer's audio signals are passed
   directly between the **sound**  **card**  and the external **speakers**  and
   **microphones** . Once the handset is lifted (300), and a specified key on
   the touch-tone pad...

...The interface system disconnects the telephone from the telephone
   network, disconnets the personal computer's **microphone**  and **speakers** ,
   powers the telepone, and passes audio signals between the **sound**  **card**
   and **telephone**  **handset** . After the **handset**  is returned to on-hook
   (308), the interface system, returns to "normal" operation (306).

USR000605

13/3,K/6      (Item 5 from file: 349)
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00566547    **Image available**
PERSONAL COMMUNICATOR AUTHENTICATION
AUTHENTIFICATION D'UN DISPOSITIF DE COMMUNICATIONS PERSONNELLES
Patent Applicant/Assignee:
   COMSENSE TECHNOLOGIES LTD,
   ATSMON Alon,
Inventor(s):
   ATSMON Alon,
Patent and Priority Information (Country, Number, Date):
   Patent:              WO 200029920 A2 20000525 (WO 0029920)
   Application:         WO 99IB2110 19991116  (PCT/WO IB9902110)
   Priority Application: IL 127072 19981116; IL 127569 19981214; US 99115231
      19990108; US 99122687 19990303; US 99143220 19990709; US 99145342
      19990723; WO 99IL470 19990827; US 99153858 19990914; WO 99IL506
      19990916; WO 99IL521 19991001; WO 99IL525 19991004
Designated States: AL AM AT AU AZ BA BB BG BR BY CA CH CN CR CU CZ DE DK DM
   EE ES FI GB GE GH GM HR HU ID IL IS JP KE KG KP KR KZ LC LK LR LS LT LU
   LV MA MD MG MK MN MW MX NO NZ PL PT RO RU SD SE SG SI SK SL TJ TM TR TT
   TZ UA UG US US US US US US US US UZ VN YU ZW GH GM KE LS MW SD SL SZ TZ UG
   ZW AM AZ BY KG KZ MD RU TJ TM AT BE CH CY DE DK ES FI FR GB GR IE IT LU
   MC NL PT SE BF BJ CF CG CI CM GA GN GW ML MR NE SN TD TG
Publication Language: English
Fulltext Word Count: 19298

Fulltext Availability:
   Detailed Description

Detailed Description
...  systems can be calibrated by combining self testing and cross-testing.

   In some cases, the **microphone** and/or the **sound   card** are sensitive
   enough to receive, from the object, an RIF signal associated with
   generating the acoustic signals, even if an acoustic signal is not sent
   (e.g., no **loudspeaker** is present). Alternatively or additionally, the
   object may detect RIF signals generated by the **speaker** or **sound
   card** while generating the ultrasound. These RIF signals are generally
   less affected by lack of line of sight than ultrasonic signals. In an
   exemplary embodiment, a device for communication with a **telephone
   handset** (or other devices where the **speaker** and **microphone** are
   displaced), can be made small, by allowing the detection of sounds from
   the telephone to be emulated by the detection of RF fields from the
   telephone **speaker** . Thus, a smart-card can be made small and placed
   against the telephone **microphone** and still receive signals from the
   telephone **loudspeaker** . Alternatively or additionally, the device may
   transmit RF fields to generate an electrical signals at the telephone
   **microphone** . These transmitted and received signals may be ultrasonic or
   they may be sonic, for example...

13/3,K/7      (Item 6 from file: 349)
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00557830    **Image available**
A METHOD TO USE ACOUSTIC SIGNALS FOR COMPUTER COMMUNICATIONS
EMPLOI DE SIGNAUX ACOUSTIQUES POUR COMMUNICATIONS PAR ORDINATEUR

Patent Applicant/Assignee:
  COMSENSE TECHNOLOGIES LTD,
  ATSMON Alon,
  ANTEBI Amit,
  ALTMAN Nathan,
  LEV Zvi,
  COHEN Moshe,
Inventor(s):
  ATSMON Alon,
  ANTEBI Amit,
  ALTMAN Nathan,
  LEV Zvi,
  COHEN Moshe,
Patent and Priority Information (Country, Number, Date):
  Patent:          WO 200021203 A1 20000413 (WO 0021203)
  Application:     WO 99IL521 19991001 (PCT/WO IL9900521)
  Priority Application: IL 126444 19981002; IL 127072 19981116; IL 127569
    19981214; US 99115231 19990108; US 99122687 19990303; US 99143220
    19990709; US 99145342 19990723; WO 99IL470 19990827; US 99153858
    19990914; WO 99IL506 19990916
Designated States: AE AL AM AT AU AZ BA BB BG BR BY CA CH CN CR CU CZ DE DK
  DM EE ES FI GB GD GE GH GM HR HU ID IL IN IS JP KE KG KP KR KZ LC LK LR
  LS LT LU LV MD MG MK MN MW MX NO NZ PL PT RO RU SD SE SG SI SK SL TJ TM
  TR TT TZ UA UG US US US US US US US UZ VN YU ZA ZW GH GM KE LS MW SD SL
  SZ TZ UG ZW AM AZ BY KG KZ MD RU TJ TM AT BE CH CY DE DK ES FI FR GB GR
  IE IT LU MC NL PT SE BF BJ CF CG CI CM GA GN GW ML MR NE SN TD TG
Publication Language: English
Fulltext Word Count: 20112

Fulltext Availability:
  Detailed Description

Detailed Description
... systems can be calibrated by combining self testing and cross-testing.

  In some cases, the **microphone** and/or the **sound    card** are sensitive
  enough to receive, from the object, an RF signal associated with
  generating the acoustic signals, even if an acoustic signal is not sent
  (e.cr., no **loudspeaker** is present). Alternatively or additionally, the
  object may detect RF signals crenerated by the **speaker** or **sound    card**
  while generating the ultrasound. These RF signals are generally less
  affected by lack of line of sight than ultrasonic signals. In an
  exemplary embodiment, a device for communication with a **telephone**
  **handset** (or other devices where the **speaker** and **microphone** are
  displaced), can be made small, by allowing the detection of sounds from
  the telephone to be emulated by the detection of RF fields from the
  telephone **speaker** . Thus, a smart-card can be made small and placed
  against the telephone **microphone** and still receive signals from the
  telephone **loudspeaker** . Alternatively or additionally, the device may
  transmit RF fields to generate an electrical signals at the telephone
  **microphone** . These transmitted and received signals may be ultrasonic or
  they may be sonic, for example...


  **13/3,K/8      (Item 7 from file: 349)**
  DIALOG(R)File 349:PCT FULLTEXT
  (c) 2003 WIPO/Univentio. All rts. reserv.

  00557647    **Image available**
  **CARD FOR INTERACTION WITH A COMPUTER**

USR000607

CARTE PERMETTANT D'INTERAGIR AVEC UN ORDINATEUR
Patent Applicant/Assignee:
  COMSENSE TECHNOLOGIES LTD,
  ANTEBI Amit,
  ATSMON Alon,
  LEV Zvi,
  COHEN Moshe,
Inventor(s):
  ANTEBI Amit,
  ATSMON Alon,
  LEV Zvi,
  COHEN Moshe,
Patent and Priority Information (Country, Number, Date):
  Patent:            WO 200021020 A2 20000413 (WO 0021020)
  Application:       WO 99IL525 19991004  (PCT/WO IL9900525)
  Priority Application: IL 126444 19981002; IL 127072 19981116; IL 127569
    19981214; US 99115231 19990108; US 99122687 19990303; US 99143220
    19990709; US 99145342 19990723; WO 99IL470 19990827; US 99153858
    19990914; WO 99IL506 19990916; WO 99IL521 19991001
Designated States: AE AL AM AT AU AZ BA BB BG BR BY CA CH CN CR CU CZ DE DK
  DM EE ES FI GB GD GE GH GM HR HU ID IL IN IS JP KE KG KP KR KZ LC LK LR
  LS LT LU LV MD MG MK MN MW MX NO NZ PL PT RO RU SD SE SG SI SK SL TJ TM
  TR TT TZ UA UG US US US US US US US US UZ VN YU ZA ZW GH GM KE LS MW SD
  SL SZ TZ UG ZW AM AZ BY KG KZ MD RU TJ TM AT BE CH CY DE DK ES FI FR GB
  GR IE IT LU MC NL PT SE BF BJ CF CG CI CM GA GN GW ML MR NE SN TD TG
Publication Language: English
Fulltext Word Count: 22786

Fulltext Availability:
  Detailed Description

Detailed Description
... by combining self testing and cross-testing.

  LOW FREQUENCY RF DETECTION
  In some cases, the **microphone** and/or the **sound   card** are sensitive
  enough to receive, from the smart-card, an RF signal associated with
  generating the acoustic signals, even if an acoustic signal is not sent
  (e.cr., no **loudspeaker** is present). In some cases, only an RF signal is
  generated. Alternatively or additionally, the object may detect RF
  signals generated by the **speaker** or **sound   card** while generating the
  ultrasound. These RF signals are generally less affected by lack of line
  of sight than ultrasonic signals. In an exemplary embodiment, a device
  for communication with a **telephone   handset** (or other devices where
  the **speaker** and **microphone** are displaced), can be made small, by
  allowing the detection of sounds from the telephone to be emulated by the
  detection of RF fields from the telephone **speaker** . Thus, a smart-card
  can be made small and placed against the telephone **microphone** and still
  receive signals from the telephone **loudspeaker** . Alternatively or
  additionally, the device may transmit RF fields to generate electrical
  signals at the telephone **microphone** . These transmitted and received
  signals may be ultrasonic or they may be sonic, for example...


 13/3,K/9      (Item 8 from file: 349)
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00504454    **Image available**
METHOD AND SYSTEM FOR TOTALLY VOICE ACTIVATED DIALING

PROCEDE ET SYSTEME DE NUMEROTATION A COMMANDE TOTALEMENT VOCALE
Patent Applicant/Assignee:
  ALCATEL USA INC,
Inventor(s):
  SCHIER John,
Patent and Priority Information (Country, Number, Date):
  Patent:              WO 9935806 A1 19990715
  Application:         WO 99US286 19990107  (PCT/WO US9900286)
  Priority Application: US 985351 19980109
Designated States: CN JP AT BE CH CY DE DK ES FI FR GB GR IE IT LU MC NL PT
  SE
Publication Language: English
Fulltext Word Count: 5481


Fulltext Availability:
  Detailed Description


Detailed Description
...  to the present invention, A user on a telecommunications network
  initiates a call using a  **telephone**
  3
   **handset**  1, which is connected to a local network IO on a local switch
  200 of...

...the art will understand that other devices may be used in place of a
  conventional  **telephone**  with  **handset**  (such as, for example,
  wireless/cellular phones, headset phones,  **speakerphones** , computer
  configurations with a  **microphone** , modem and a  **sound    card** ) without
  departing from the scope and spirit of the present invention.

  The local switch 200...


 **13/3,K/10    (Item 9 from file: 349)**
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00503224    **Image available**
**HEADSET WITH MOUTHPIECE**
**CASQUE D'ECOUTE AVEC MICROPHONE**
Patent Applicant/Assignee:
  HOLAKOVSZKY Lssszlo,
  NAGYKALNAY Endre,
  SZILAGYI Andrsss,
Inventor(s):
  HOLAKOVSZKY Lssszlo,
  NAGYKALNAY Endre,
  SZILAGYI Andrsss,
Patent and Priority Information (Country, Number, Date):
  Patent:              WO 9934576 A1 19990708
  Application:         WO 97HU89 19971228  (PCT/WO HU9700089)
  Priority Application: WO 97HU89 19971228
Designated States: AU BR CA CN JP KR NZ RU US AT BE CH DE DK ES FI FR GB GR
  IE IT LU MC NL PT SE
Publication Language: English
Fulltext Word Count: 2902


Fulltext Availability:
  Detailed Description

USR000609

Detailed Description
...  quasi-stereo or stereo sound quality,
   which is much better than that of the one
    **speaker** devices; it can be worn comfortably
   while the hands remain free. It can be used...

...for telephone at home or in
   the office freeing the user from holding a
   usual **telephone  handset** ; therefore the user can
   continue his work or other activity during the
   call. Very advantageously...

...device according to the
   invention is more advantageous than other
   devices with headset or external **speaker**
    **microphone**  when computer multimedia programs
   are used with a **sound   card** and voice
   synthesizer, and when a call is made by means
   of a computer via...
?

USR000610

23/3,K/1      (Item 1 from file: 349)
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00832167    **Image available**
**VOICE-OVER-IP INTERFACE FOR STANDARD HOUSEHOLD TELEPHONE**
**INTERFACE VOIP POUR TELEPHONE DOMESTIQUE NORMALISE**
Patent Applicant/Assignee:
  3COM CORPORATION, 5400 Bayfront Plaza, Santa Clara, CA 95052-8145, US, US
    (Residence), US (Nationality)
Inventor(s):
  EREKSON Rich, 4760 South 3350 West, Roy, UT 84067, US,
  ALDRIDGE Timothy W, 939 East Edgefield Road, Sandy, UT 84094, US,
  PRICE Tim U, 568 East Water Lily Drive, Salt Lake City, UT 84106, US,
Legal Representative:
  MASCHOFF Eric L (et al) (agent), Workman, Nydegger & Seeley, 1000 Eagle
    Gate Tower, 60 East South Temple, Salt Lake City, UT 84111, US,
Patent and Priority Information (Country, Number, Date):
  Patent:              WO 200165786 A1 20010907 (WO 0165786)
  Application:         WO 2000US28386 20001013  (PCT/WO US0028386)
  Priority Application: US 2000516857 20000302
Designated States: JP
Publication Language: English
Filing Language: English
Fulltext Word Count: 9481
Fulltext Availability:
  Detailed Description

Detailed Description
...  telephone and a host computer. The interface analyzes and converts
   analog voice signals from the **telephone  handset  microphone** into
   digital packets for transmission according to a VoIP protocol across an
   attached communication network...

...digital packets are converted by the interface into an analog signal for
   transmission by the **telephone  handset  speaker** . The circuitry
   comprises a podule and a dual CODEC modem. The podule is capable of...

...the headset according to inputs from the attached modem DSP. The podule
   also converts the **two - wire** telephone connection a four-wire
   connection and imitates the isolation barrier responses of POTS. The...

...The software and circuitry interface being able to generate a ring
   signal in the attached **telephone  handset** after io detecting an
   incoming VoIP call. The interface also generating error tones and dial...


23/3,K/2      (Item 2 from file: 349)
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00797931    **Image available**
**AN OBJECT ORIENTED VIDEO SYSTEM**
**SYSTEME VIDEO ORIENTE-OBJET**
Patent Applicant/Assignee:
  ACTIVESKY INC, Suite 101, 730 Bair Island Road, Redwood City, CA 94063,
    US, US (Residence), US (Nationality), (For all designated states
    except: US)
Patent Applicant/Inventor:
  GONZALEZ Ruben, 6 Herrington Close, Arundel Hills, QLD 4214, AU, AU

```
   (Residence), AU (Nationality), (Designated only for: US)
Legal Representative:
  WEBBER David Brian (et al) (agent), Davies Collison Cave, 1 Little
    Collins Street, Melbourne, VIC 3000, AU,
Patent and Priority Information (Country, Number, Date):
  Patent:              WO 200131497 A1 20010503 (WO 0131497)
  Application:         WO 2000AU1296 20001020  (PCT/WO AU0001296)
  Priority Application: AU 993603 19991022; AU 20008661 20000707
Designated States: AE AG AL AM AT AU AZ BA BB BG BR BY BZ CA CH CN CR CU CZ
  DE DK DM DZ EE ES FI GB GD GE GH GM HR HU ID IL IN IS JP KE KG KP KR KZ
  LC LK LR LS LT LU LV MA MD MG MK MN MW MX MZ NO NZ PL PT RO RU SD SE SG
  SI SK SL TJ TM TR TT TZ UA UG US UZ VN YU ZA ZW
  (EP) AT BE CH CY DE DK ES FI FR GB GR IE IT LU MC NL PT SE
  (OA) BF BJ CF CG CI CM GA GN GW ML MR NE SN TD TG
  (AP) GH GM KE LS MW MZ SD SL SZ TZ UG ZW
  (EA) AM AZ BY KG KZ MD RU TJ TM
Publication Language: English
Filing Language: English
Fulltext Word Count: 58245

Fulltext Availability:
  Detailed Description

Detailed Description
...  local device or remote program execution.

  Multipart Wireless VideoConferencing Process
  Figure 35 shows a multiparty wireless videoconferencing system
  involving two or more wireless client telephony devices. In this
  application, two or more participants may set up a number...

...device through a PCMCIA slot, a compact flash port or other connection
  interface. A wireless phone handset can be used for the PDA wireless
  connection (1 1312). A link can be established...
...may include a video camera (I 1307) for digital video capture and one or
  more microphones for audio capture. The client telephony device
  includes the video encoder (00 Video 1 5...

...the compressed video and audio signals and render them appropriately to
  the user display and speaker outputs using the process previously
  described. This embodiment may also include direct video manipulation or
  ...
?
```

USR000612

29/3,K/1      (Item 1 from file: 349)
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00333135    **Image available**
NOISE CANCELLATION HEADSET FOR USE WITH STAND OR WORN ON EAR
CASQUE A SUPPRESSION DU BRUIT A UTILISER SUR UN SUPPORT OU PORTE SUR
    L'OREILLE
Patent Applicant/Assignee:
  ANDREA ELECTRONICS CORPORATION,
Inventor(s):
  ANDREA Douglas,
  TOPF Martin,
Patent and Priority Information (Country, Number, Date):
  Patent:          WO 9615646 A1 19960523
  Application:     WO 95US13839 19951025  (PCT/WO US9513839)
  Priority Application: US 94339126 19941114; US 9432594 19941221; US
    95485047 19950607; US 95535353 19951023
Designated States: AL AM AT AU BB BG BR BY CA CH CN CZ DE DK EE ES FI GB GE
  HU IS JP KE KG KP KR KZ LK LR LS LT LU LV MD MG MK MN MW MX NO NZ PL PT
  RO RU SD SE SG SI SK TJ TM TT UA UZ VN KE LS MW SD SZ UG AT BE CH DE DK
  ES FR GB GR IE IT LU MC NL PT SE BF BJ CF CG CI CM GA GN ML MR NE SN TD
  TG
Publication Language: English
Fulltext Word Count: 9541
Fulltext Availability:
  Detailed Description

Detailed Description
...  receiver of any computer sound card, A converter plug
   (not shown) is plugged into the **microphone** jack 96 for
   compatibility with other media cards, e,g,,
   SoundBlaster's computer cards. The **headset** cable wiring
   80 connects the **headset** 10 to external communication
   equipment, After the adapter 95 is plugged into the
   appropriate jacks the switch function 100 on the **headset**
   allows the wearer to execute multimedia and speech
   recognition application, telecommunicate from your home
   to the office via computer **telephone** , and use voice
   commands for interactive games. Accordingly, the adapter
   95 has the capability of being plugged into any sound
   cards of communication networks, like **telephone** systems,
   computers, voice recognition monitors, or the like.

   The in-line module case 85 has...

29/3,K/2      (Item 2 from file: 349)
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00323978    **Image available**
MULTIMEDIA COMPUTER KEYBOARD
CLAVIER D'ORDINATEUR MULTIMEDIA
Patent Applicant/Assignee:
  SC & T INTERNATIONAL INC,
Inventor(s):
  COPLAND James L,
  CRUNK Gary B,
  MUERZL Klaus,

Patent and Priority Information (Country, Number, Date):
  Patent:            WO 9606486 A1 19960229
  Application:       WO 95US10329 19950815  (PCT/WO US9510329)
  Priority Application: US 94292571 19940818
Designated States: AT AU BR CA CN JP KP KR AT BE CH DE DK ES FR GB GR IE IT
  LU MC NL PT SE
Publication Language: English
Fulltext Word Count: 5268


Fulltext Availability:
  Detailed Description
Detailed Description
...  excessive external hardware
  components while providing features such as high-quality
  multimedia sound, text, voice, **telephone** , CD-ROM drive and
  floppy disk interfacing;
  2. To provide a multimedia computer keyboard that...multimedia universal
  computer
  keyboard connecting cable means that unites features like a
  standard keyboard cable, **speaker** cables, power cable,
  **telephone** cable, CD-ROM drive cable, floppy disk and
  **microphone** cable. The cable unification means also provides
  the multimedia computer keyboard with an efficient, non...

...cards;
  6. To provide a fully-integrated, multimedia
  computer keyboard means that combines high performance
  **speakers** means with features like volume, treble, bass,
  balance, equalizers, LED indicators and control panels;
  7. To provide integrated features such as an
  attached pivoting, retractable or internal hands-free
  **microphone** means, external **microphone** jacks means, **headphone**
  jacks means, external **speaker** jacks means for additional
  **speakers** , hands-free **telephone** capabilities, an integrated CDROM disk
  drive means and floppy disk drive means.

  S. To provide...


 **29/3,K/3     (Item 3 from file: 349)**
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00319594   **Image available**
**VOICE OVER DATA MODEM WITH SELECTABLE VOICE COMPRESSION**
**MODEM VOIX/DONNEES AVEC COMPRESSION VOCALE SELECTIONNABLE**
Patent Applicant/Assignee:
  MULTI-TECH SYSTEMS INC,
Inventor(s):
  LI Ping,
  GUNN Timothy D,
  DAVIS Jeffrey P,
Patent and Priority Information (Country, Number, Date):
  Patent:            WO 9602102 A1 19960125
  Application:       WO 95US7720 19950619  (PCT/WO US9507720)
  Priority Application: US 94271496 19940707
Designated States: CA JP AT BE CH DE DK ES FR GB GR IE IT LU MC NL PT SE
Publication Language: English
Fulltext Word Count: 20124

USR000614

Fulltext Availability:
  Detailed Description

Detailed Description
...  interface to the hardware
   components of the present system is via a serial communications port
   **connected** to the personal **computer** . The interface protocol is well
   ordered
   and defined such that other software systems or programs...

...communications protocol defined below
   In the prefer-red embodiment of the present system three
   alternate **telephone** inter-faces are available: the **telephone** handset
   301, a **telephone** **headset** 302, and a hands- free **microphone** 303 and
   **speaker** 304.

   Regardless of the telephone interface, the three alternative interfaces
   connect to the digital telephone...

 **29/3,K/4     (Item 4 from file: 349)**
DIALOG(R)File 349:PCT FULLTEXT
(c) 2003 WIPO/Univentio. All rts. reserv.

00283551    **Image available**
**COMPUTER COMMUNICATIONS DEVICE**
**DISPOSITIF DE COMMUNICATION POUR ORDINATEUR**
Patent Applicant/Assignee:
  FREADMAN Tommyca,
Inventor(s):
  FREADMAN Tommyca,
Patent and Priority Information (Country, Number, Date):
  Patent:             WO 9501698 A1 19950112
  Application:        WO 94US7377 19940630  (PCT/WO US9407377)
  Priority Application: US 9386681 19930702
Designated States: CA JP AT BE CH DE DK ES FR GB GR IE IT LU MC NL PT SE
Publication Language: English
Fulltext Word Count: 1844

Fulltext Availability:
  Detailed Description

Detailed Description
...  hereinafter, one feature of this invention resides,
   briefly stated, in a communications device for a **computer** **connected**
   to a **telephone** line. The device includes a housing accessible to
   a human operator; means, e.g., a **microphone** , for converting sounds
   spoken by the operator into outgoing voice signals; and means,,
   e.g., a **speaker** and/or **headphones** , for converting incoming voice
   signals into sounds heard by the operator;
   The device also includes an interface operatively **connected** to
   the housing, the **computer** and the **telephone** line, as well as
   2
   control means for conducting the outgoing and incoming voice
   signals to and from the **telephone** line in a **telephone** mode of
   operation in which the housing serves as a **telephone** handset, and
   for conducting the outgoing and incoming voice signals to and from
   the computer...
?

USR000615

```
File 344:Chinese Patents Abs Aug 1985-2003/Feb
        (c) 2003 European Patent Office
File 347:JAPIO Oct 1976-2003/Jan(Updated 030506)
        (c) 2003 JPO & JAPIO
File 350:Derwent WPIX 1963-2003/UD,UM &UP=200330
        (c) 2003  Thomson Derwent

? ds

Set      Items     Description
S1      326622     TELEPHONE? OR PHONE?
S2       33793     S1 AND (HANDSET OR HAND()SET)
S3     4075248     CONNECT? OR INSERT? OR PLUG?
S4      672960     COMPUTER? OR WORKSTATION OR PC OR LAPTOP
S5         395     SOUND()CARD? OR SOUNDCARD?
S6       83056     (TWO OR 2)(3N)WIRE?
S7       77225     SPEAKER? OR LOUDSPEAKER? OR (LOUD OR AUDIO OR MUSIC OR SOU-
                   ND)(3N)SPEAKER?
S8       39117     MICROPHONE? OR MICRO()PHONE?
S9          37     INPUT()OUTPUT(3N)JACK?
S10      10224     INTERNET AND TELEPHONE?
S11         22     S2 AND S3 AND S4 AND S5
S12          1     S11 AND S6
S13         11     S11 AND S7 AND S8
S14          0     S13 AND S9
S15          2     S13 AND JACK?
S16          1     S15 NOT S12
S17       1437     S2 AND S7 AND S8
S18         17     S17 AND S5
S19         15     S18 NOT (S12 OR S15)
S20         11     S11 NOT S18
S21          6     S19 NOT S11
S22         84     (HEADSET?? OR HEAD()SET?? OR HEADPHONE? OR HEAD()PHONE?) A-
                   ND S3 AND S4 AND S7
S23         17     S22 AND S5
S24          7     S23 AND S8
S25          3     S24 NOT (S12 OR S15 OR S18 OR S11)
S26        138     (HEADSET?? OR HEAD()SET?? OR HEADPHONE? OR HEAD()PHONE?) A-
                   ND S1 AND S3 AND S4
S27         44     S26 AND S8
S28         26     S27 AND S7
S29         22     S28 NOT (S24 OR S12 OR S15 OR S18 OR S11)
```

USR000616

```
12/3,K/1     (Item 1 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

011844923   **Image available**
WPI Acc No: 1998-261833/199823
Related WPI Acc No: 2001-327590
XRPX Acc No: N98-206380
```

   **Digital network telephony device - has conventional** telephone    handset
   **linked by adapting cable into jack sockets for microphone and speakers on**
   sound    card

```
Patent Assignee: RIPARIUS VENTURES INC (RIPA-N); MCELVANEY D W (MCEL-I)
Inventor: MCELVANEY D W
Number of Countries: 074  Number of Patents: 004
Patent Family:
```

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|-----------|------|------|-------------|------|------|------|---|
| WO 9818238 | A1 | 19980430 | WO 97US18645 | A | 19971015 | 199823 | B |
| AU 9747586 | A | 19980515 | AU 9747586 | A | 19971015 | 199838 | |
| EP 960507 | A1 | 19991201 | EP 97910133 | A | 19971015 | 200001 | |
| | | | WO 97US18645 | A | 19971015 | | |
| ES 2144982 | T1 | 20000701 | EP 97910133 | A | 19971015 | 200036 | |

```
Priority Applications (No Type Date): US 96734857 A 19961023
Patent Details:
Patent No Kind Lan Pg  Main IPC    Filing Notes
WO 9818238    A1 E 21 H04L-012/28
    Designated States (National): AL AM AT AU AZ BB BG BR BY CA CH CN CZ DE
    DK EE ES FI GB GE HU IL IS JP KE KG KP KR KZ LK LR LS LT LU LV MD MG MK
    MN MW MX NO NZ PL PT RO RU SD SE SG SI SK TJ TM TR TT UA UG US UZ VN
    Designated States (Regional): AT BE CH DE DK EA ES FI FR GB GH GR IE IT
    KE LS LU MC MW NL OA PT SD SE SZ UG ZW
AU 9747586    A       H04L-012/28   Based on patent WO 9818238
EP 960507     A1 E    H04L-012/28   Based on patent WO 9818238
    Designated States (Regional): AT BE CH DE DK ES FI FR GB GR IE IT LI LU
    MC NL PT SE
ES 2144982    T1       H04L-012/28   Based on patent EP 960507
```

... **has conventional** telephone    handset **linked by adapting cable into**
   **jack sockets for microphone and speakers on** sound    card

...Abstract (Basic): The device comprises a **telephone    handset** with a
   microphone and a loudspeaker. The microphone is **connected** to at least
   **two** microphone **wires** , and the loudspeaker is **connected** to at
   least **two** loudspeaker **wires** .
      ...

...A **computer** system includes a **computer    sound    card** with an input
   jack and an output jack. There is a mechanism for receiving and...

...are transmitted to a digital network by a suitable transmitting
   arrangement. There is also a **receiver** unit for the reception of
   compressed audio signals from the digital network. The microphone wires
   are **connected** to the input jack, and the loudspeaker wires are
   **connected** to the output jack...

...ADVANTAGE - Controlled audio environment of **handset** increases audio
   quality and reduces line switching delays
...Title Terms: **TELEPHONE ;**
?

USR000617

16/3,K/1     (Item 1 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003 Thomson Derwent. All rts. reserv.

014161818   **Image available**
WPI Acc No: 2001-646046/200174
  **Digital** telephone **recording apparatus using** computer **and method thereof**
Patent Assignee: APPLIED NETWORK SYSTEMS CORP (NETW-N)
Inventor: LEE T H
Number of Countries: 001  Number of Patents: 001
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|---|---|---|---|---|---|---|---|
| KR 2001045118 | A | 20010605 | KR 9948272 | A | 19991103 | 200174 | B |

Priority Applications (No Type Date): KR 9948272 A 19991103
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|---|---|---|---|---|---|
| KR 2001045118 | A | | 1 | H04M-001/00 | |

  **Digital** telephone **recording apparatus using** computer **and method thereof**

Abstract (Basic):
...      A digital **telephone** recording apparatus using a **computer** and
  a method thereof are provided to store **telephone** conversation in a
  **computer** , to execute automatic searching using the previously inputted
  contents, and to easily execute management by...
...      playback relay apparatus(100) is comprised of a resistance
  part(30), a transformer(40), and **connection** **jacks** (50,51). The
  resistances(31,32) of the resistance part(30) respectively are
  **connected** with a transmitter and a **receiver** between a **telephone** (1)
  and a **handset** (11) in parallel. The transformer(40) has a primary coil
  **connected** directly to the resistances(31,32) of the resistance
  part(30). The **connection** **jacks** (50,51) are provided to **connect** the
  **speaker** and **microphone** of a **sound** **card** (110) to the secondary
  coil of the transformer(40). The first switch(61) is installed at the
  resistance(31) **connected** to the **receiver** of the **handset** (11). The
  transmitting unit of the **handset** (11) is **connected** with the
  resistance(30) through the second switch(62). The secondary side of the
  transformer(40) is **connected** to the **connection** **jacks** (50,51)
  through an impedance transformer(70). The third switch(63) is installed
  at the **connection** **jack** (50) **connected** with the **speaker** of the
  **sound** **card** (110). The switches(61-63) are selected and controlled by
  the output terminals(P1-P3...
...Title Terms: **TELEPHONE** ;
?

USR000618

20/3,K/1      (Item 1 from file: 347)
DIALOG(R)File 347:JAPIO
(c) 2003 JPO & JAPIO. All rts. reserv.

06529631    **Image available**
**HANDSET** DEVICE INTERNET **PHONE** CALL

PUB. NO.:      2000-115354 [JP 2000115354 A]
PUBLISHED:     April 21, 2000 (20000421)
INVENTOR(s):   SUZUKI HARUO
APPLICANT(s):  FUJITSU I-NETWORK SYSTEMS LTD
APPL. NO.:     10-280942 [JP 98280942]
FILED:         October 02, 1998 (19981002)

**HANDSET** DEVICE INTERNET **PHONE** CALL

ABSTRACT
PROBLEM TO BE SOLVED: To provide a **handset** device for Internet **phone**
call, that is used for satisfaction an internet **telephone** system, easy
to ensure secrecy confidentiality of a speech and excellent in operability.

SOLUTION: This **handset** device 11 consists of a main body section 20
having a loudspeaker 22 and a hook switch 23 and a **handset** 21 which is a
voice input output means and **connected** to the main body section 20. The
main body section 20 is **connected** to voice input output ports 15a, 15b
and an MIDI port 15c of a **sound card** 15 attached to an extension slot
of a personal **computer** 12 and **connected** to the **handset** 21 and the
loudspeaker 23 to configure a voice input output form in response to...

... or off-hook information from the hook switch 23 so as to realize an
internet **telephone** system that ensures confidentiality of **telephone**
call speech and offers user-friendliness by combining the **handset** with
an existing internet telephone set.

COPYRIGHT: (C)2000,JPO


20/3,K/2      (Item 1 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003 Thomson Derwent. All rts. reserv.

015076465    **Image available**
WPI Acc No: 2003-136983/200313
  **Multimedia providing system**
Patent Assignee: HONG I P (HONG-I); JUNG Y C (JUNG-I)
Inventor: HONG I P; JUNG Y C
Number of Countries: 001  Number of Patents: 001
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|-----------|------|------|-------------|------|------|------|---|
| KR 2002067199 | A | 20020822 | KR 20017622 | A | 20010215 | 200313 | B |

Priority Applications (No Type Date): KR 20017622 A 20010215
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|-----------|------|-----|-----|----------|--------------|
| KR 2002067199 | A | | 1 | G06F-017/00 | |

Abstract (Basic):
...        The system comprises a server(2) **connected** to an XDSL(x
    Digital Subscriber Line) and controlling the system, a front desk **PC**
    (11) **connected** to the server via a router(1), a DVD(Digital Versatile

USR000619

Disk) juke box(3...

...audio data via the server by playing the DVD selected by a customer, a
client **PC** (5) **connected** to the router via a LAN(Local Area Network)
cable(4) and performing specific functions, a direct web **phone** (6)
**connected** to a line diversified from the LAN cable, and a TV **receiver**
(10) **connected** to an MPEG(Moving Picture Expert Group) decoder(7) and
a **sound** **card** (8). The server runs software by using corresponding
modules(21-29...


**20/3,K/3    (Item 2 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

014813348    **Image available**
WPI Acc No: 2002-634054/200268
   Telephone   connection **apparatus having both generic** phone **function**
   **and internet** phone **function**
Patent Assignee: HOONTECH JH (HOON-N)
Inventor: KIM B H
Number of Countries: 001  Number of Patents: 001
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|---|---|---|---|---|---|---|---|
| KR 2002028503 | A | 20020417 | KR 200059532 | A | 20001010 | 200268 | B |

Priority Applications (No Type Date): KR 200059532 A 20001010
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|---|---|---|---|---|---|
| KR 2002028503 | A | | 1 | H04L-012/66 | |


   Telephone   connection **apparatus having both generic** phone **function**
   **and internet** phone **function**

Abstract (Basic):
...       A **telephone**   **connection** apparatus having both a generic
   **phone** function and an Internet **phone** function is provided to use one
   abbreviated key both as the abbreviated key of an Internet **phone** and
   the abbreviated key of a generic **phone** by utilizing the functions of
   the Internet **phone** and the functions of a **computer** , as well as the
   functions of the generic **phone** , to a maximum using one generic **phone**

...       A **telephone**   **connection** apparatus having both a generic
   **phone** function and an Internet **phone** function consists of a ring
   detector(5), a relay(3), a transformer(4), an input/output splitting
   circuit(9), a **sound**   **card** input front-end mix circuit(14), an echo
   cancellation part(15), an analog switch, a dial signal detector(6), a
   **telephone** input circuit(12), a **telephone** output circuit(10), a
   **telephone**   **handset** circuit(7), a speaker **phone** circuit(8), a
   headphone input/output circuit(13), and a microcomputer(16). The ring
   detector(5) detects a call signal through a generic **telephone**
   line(2). The relay(3), **connected** to the end of the ring detector(5),
   switches on or off the line(2...

...insulation function. The input/output splitting circuit(9) separates the
   input/output signal of the **telephone** line(2). The **sound**   **card**
   input front-end mix circuit(14) mixes the input of the **telephone**
   line(2) with the input of the generic **telephone** and transfers it to
   the line input terminal of a **sound**   **card** . The echo cancellation
   part(15) cancels the echo of an inputted or outputted signal. The
   analog switch(S), **connected** between the input/output terminals of the

USR000620

sound    card  and the input/output splitting circuit(9), controls
circuit  **connection** . The dial signal detector(6) detects a dial signal
inputted through the  **telephone**  line(2) and the input/output splitting
circuit(9). The  **telephone**  input/output circuits(12,10) mixes
**telephone**  input/output signals through the analog switch. The
**telephone   handset**  circuit(7),  **connected**  to the  **telephone**
input/output circuits(12,10), is  **connected**  with a  **telephone**
handset (22). The speaker  **phone**  circuit(8),  **connected**  to the
**telephone**  input/output circuits(12,10), is  **connected**  with a speaker
**phone** (23,24). The headphone input/output circuit(13),  **connected**  to
the  **telephone**  input/output circuits(12,10), is  **connected**  with a
headphone set(25). The microcomputer(16) controls the relay(3), detects
a ring signal, controls the input/output of the  **sound   card** ,
receives a user's key input, and outputs it through a display...
Title Terms:  **TELEPHONE** ;


 **20/3,K/4      (Item 3 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

014760665   **Image available**
WPI Acc No: 2002-581369/200262
  **Apparatus for**  connecting   telephone  and  computer  **using game port**
Patent Assignee: CHOI S H (CHOI-I)
Inventor: RA I S
Number of Countries: 001  Number of Patents: 001
Patent Family:
Patent No    Kind   Date     Applicat No   Kind   Date      Week
KR 2002017877  A   20020307  KR 200051408   A   20000831  200262  B

Priority Applications (No Type Date): KR 200051408 A 20000831
Patent Details:
Patent No   Kind Lan Pg   Main IPC    Filing Notes
KR 2002017877 A    1 H04M-011/00

   **Apparatus for**  connecting  telephone  **and**  computer  **using game port**

Abstract (Basic):
...          An apparatus for  **connecting**  a  **telephone**  and a  **computer**
   using a game port is provided to drive  PC -based various application
   programs through a  **telephone** .
...          If a caller hooks a  **telephone**  off and pushes a P.S switch, a
   main system is  **connected**  to a  PC . If the caller dials a  **telephone**
   number, the dialing signal is transmitted to the  PC  through the
   **sound   card** . A picture S/W installed in the  PC  analyzes the
   **telephone**  number and transmits data to a modem so that the modem can
   execute dialing. In a receiving side  PC , a modem receives the
   **telephone**  call in an auto response mode and splits it into a modem
   signal and a generic  **telephone**  signal. As the modem receives the
   picture data signal sent from the calling side and enters a picture
   communication mode automatically, an image is displayed on the monitor
   of the  PC . The voice signal is sent to a  **telephone**  through the
   **sound   card** . The  **receiver**  holds the  **telephone** , push a P.S switch,
   and conducts a picture call with the caller...
...Title Terms:  **CONNECT** ;


 **20/3,K/5      (Item 4 from file: 350)**

USR000621

DIALOG(R)File 350:Derwent WPIX
(c) 2003 ·Thomson Derwent. All rts. reserv.

014760443    **Image available**
WPI Acc No: 2002-581147/200262
  **System for enabling user to hear voice signal of** computer **with mobile**
  phone
Patent Assignee: ALTOTECH CO LTD (ALTO-N)
Inventor: HAN Y S
Number of Countries: 001  Number of Patents: 001
Patent Family:
Patent No    Kind  Date     Applicat No   Kind  Date     Week
KR 2002017443 A   20020307  KR 200050780   A    20000830  200262 B ·

Priority Applications (No Type Date): KR 200050780 A 20000830
Patent Details:
Patent No  Kind Lan Pg   Main IPC     Filing Notes
KR 2002017443 A      1 G06F-003/16

  **System for enabling user to hear voice signal of** computer **with mobile**
  phone

Abstract (Basic):
...      A **computer** voice signal hearing system is provided to transmit
   voice signals, generated from a **computer** , to a **handset** of a mobile
   **phone** so that it enables a user to hear the voice signals at a remote
   place.
...      The system comprises a **computer** , a station(200), and a mobile
   **phone** (300). The station includes a local line interface(201), a
   switching module(202), a voice...

...line interface(201) interfaces the station(200) with the PSTN. The
   switching module(202) selectively **connects** the voice processor(203)
   to the local line interface(201) or the transformer(209). The
   transformer(209) matches an impedance of the voice processor(203) with
   that of a **sound   card** of the **computer** . The voice processor(203)
   amplifies or filters the voice signals from the transformer(209) or...

...the signals of the RF module(204) and receives the RF signals from the
   mobile **phone** (300...
...Title Terms:  **COMPUTER** ;


  **20/3,K/6**     **(Item 5 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

014734726   **Image available**
WPI Acc No: 2002-555430/200259
  Telephone **set remotely controlling internet audio listening using**
  computer
Patent Assignee: ALTOTECH CO LTD (ALTO-N)
Inventor: KIM Y C
Number of Countries: 001  Number of Patents: 001
Patent Family:
Patent No    Kind  Date     Applicat No   Kind  Date     Week
KR 2002014520 A   20020225  KR 200047854   A    20000818  200259 B

Priority Applications (No Type Date): KR 200047854 A 20000818
Patent Details:

Patent No  Kind Lan Pg   Main IPC    Filing Notes
KR 2002014520 A      1 H04M-011/00

   Telephone **set remotely controlling internet audio listening using**
computer

Abstract (Basic):
...        A **telephone** set remotely controlling Internet audio listening
using a **computer** is provided to remotely deliver data to the
**computer** using a **handset** or a portable device and install an
Internet audio listening program in the **computer**, so that a user can
select an optionally inputted Internet broadcasting station site and an
Internet download audio program with a keyboard of the **telephone** set
for listening.
...        A **handset**, a base station set(20) wirelessly **connected** with
the **handset**, and a **computer** **connected** with the base station
set(20) and having a **sound** **card** are included. In the **handset**, an
antenna for **handset** receives wireless frequency signals from the **handset**
station set(20) or delivers **handset** signals to the base station
set(20). And a CPU includes a ROM(Read Only Memory) for storing a
program to control the **handset** and a keyboard for selecting necessary
operations. In the base station set(20), an antenna(21) for base
station set receives wireless frequency signals from the **handset** or
delivers signals of the base station set(20) to the **handset**. A trans
unit(29) delivers signals from a **sound** **card** of the **computer** to a
voice processing unit(28) for base station set. And a CPU(25) includes
...

...the base station set(20) and a keyboard(252) for selecting necessary
operations. And the **computer** analyses received data, **connects**
analyzed data to the Web, displays Web contents, and delivers the
displayed contents to the **sound** **card**.

Title Terms:  **TELEPHONE ;**


 **20/3,K/7**    (Item 6 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

014734372    **Image available**
WPI Acc No: 2002-555076/200259
   Telephone **system using voice recognition of** computer **and base station**
**used for the system**
Patent Assignee: ALTOTECH CO LTD (ALTO-N)
Inventor: KIM Y C
Number of Countries: 001  Number of Patents: 001
Patent Family:
Patent No    Kind  Date    Applicat No    Kind  Date    Week
KR 2002013984 A  20020225 KR 200046307  A   20000810 200259 B

Priority Applications (No Type Date): KR 200046307 A 20000810
Patent Details:
Patent No  Kind Lan Pg   Main IPC    Filing Notes
KR 2002013984 A      1 H04M-001/26

   Telephone **system using voice recognition of** computer **and base station**
**used for the system**

Abstract (Basic):

USR000623

...        A **telephone** system using a voice recognition of a **computer**
and a base station used for the system are provided to allow a user to
call by voice an MP3 music by using a **handset** of a wired **phone** set
or a portable unit of a mobile **phone** by installing a voice
recognition instruction program in a **computer** by using a **phone** set.
...        station set(20) includes an antenna(21) for receiving a radio
frequency signal from a **hand    set** or transmitting a signal of a
station set(20) to the **handset** . An RF module(20) is **connected** to
the antenna(21) to transmit the radio frequency signal received from
the **hand    set** to a voice processor(28) or convert a signal received
from the voice processor(28) into a radio frequency to transmit it to
the antenna(21). The voice processor(28) **connected** to the RF
module(21) transmits the received signal to a **telephone** station
through an office line interface(23) or to a transformer(29), or
transmits a...

...29) to the RF module(22). The transformer(29) transmits a received
signal to a **sound    card** of a **computer** or a signal from the **sound
card** to the voice processor(28). An A/D converter(24) is **connected**
to the RF module(22), converts a received signal into a digital signal
and transmits...

...The CPU(25) transmits a signal to the office line interface(23) or to
the **sound    card** of the **computer** through an RS232C IC part and an
RS232C **connector** of the **computer** . A ROM(251) having a program
required for controlling the base station set(20) and a key board(252)
are **connected** to the CPU(25...
Title Terms: **TELEPHONE** ;


 **20/3,K/8      (Item 7 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

014439122    **Image available**
WPI Acc No: 2002-259825/200231
XRPX Acc No: N02-201497
  **Call-answer determination method for IP soft** phones **, involves**
connecting **incoming call to** handset **, only when absence of multi
frequency tone is detected by** sound    card
Patent Assignee: AVAYA TECHNOLOGY CORP (AVAY-N)
Inventor: BECKER G
Number of Countries: 029  Number of Patents: 004
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|---|---|---|---|---|---|---|---|
| EP 1179949 | A1 | 20020213 | EP 2001303419 | A | 20010411 | 200231 | B |
| CA 2345493 | A1 | 20020131 | CA 2345493 | A | 20010430 | 200231 | |
| JP 2002111907 | A | 20020412 | JP 2001230714 | A | 20010731 | 200241 | |
| KR 2002011110 | A | 20020207 | KR 200146021 | A | 20010730 | 200255 | |

Priority Applications (No Type Date): US 2000629069 A 20000731
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|---|---|---|---|---|---|
| EP 1179949 | A1 | E | 10 | H04M-003/42 | |

     Designated States (Regional): AL AT BE CH CY DE DK ES FI FR GB GR IE IT
     LI LT LU LV MC MK NL PT RO SE SI TR

| CA 2345493 | A1 | E | | H04M-011/06 | |
| JP 2002111907 | A | | 6 | H04M-011/00 | |
| KR 2002011110 | A | | | H04L-012/66 | |

USR000624

Call-answer determination method for IP soft phones , involves connecting **incoming call to** handset , **only when absence of multi frequency tone is detected by** sound card

Abstract (Basic):
...         A **handset** (100) is **connected** to a telecommunication switching system (108) through a personal **computer** , when a **telephone** (112) places a call. When the called party picks up the **handset** , the output of the audio transmitter (102) is selected by a switch (104). When the absence of the multi frequency tone is detected by a **sound card** (105), the incoming call is **connected** .
...         CLAIM is also included for an apparatus for determining call answer by an IP soft **phone** .
                ...

...For determining call answer by IP soft **phone** .
        ...

...Ensures that the call is answered only when the called party picks up the **phone** .
        ...

... **Handset** (100...

... **Sound card** (105...

... **Telephone** (112
...Title Terms: **TELEPHONE ;**


20/3,K/9    **(Item 8 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003 Thomson Derwent. All rts. reserv.

014252804    **\*\*Image available\*\***
WPI Acc No: 2002-073504/200210
   Connection **apparatus between** telephone **and data terminal and** telephone **apparatus able to be** connected **to data terminal**
Patent Assignee: LEE N K (LEEN-I)
Inventor: LEE N K
Number of Countries: 001 Number of Patents: 001
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|---|---|---|---|---|---|---|---|
| KR 2001073951 | A | 20010803 | KR 20003166 | A | 20000124 | 200210 | B |

Priority Applications (No Type Date): KR 20003166 A 20000124
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|---|---|---|---|---|---|
| KR 2001073951 | A | | 1 | H04L-012/66 | |

   Connection **apparatus between** telephone **and data terminal and** telephone **apparatus able to be** connected **to data terminal**

Abstract (Basic):
...         A **connection** apparatus between a **telephone** and a data terminal and a **telephone** apparatus able to be **connected** to the data terminal is provided to use an Internet **phone** by using a conventional **telephone** .
...         A main body **connection plug** (12) of a **connection** apparatus(10) is **inserted** into a **handset connection** concentric **plug** (42) of the main body of a **telephone** (40), so that the

USR000625

connection apparatus(10) is mounted in the main body of the **telephone**
(40). A **connector** (44) attached on the cable end of the **handset** (46)
is **inserted** into a **connection** concentric **plug** (14) of the
**connection** apparatus(10), so that the **handset** is **connected** to the
**connection** apparatus(10). **Plugs** arranged in a **computer    connection**
cable end(16) of the **connection** apparatus(10) are **connected** to a
mike terminal and a line-out terminal arranged in a **sound    card** or a
multimedia card of a **computer** .

Title Terms: **CONNECT ;**


 20/3,K/10      (Item 9 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003 Thomson Derwent. All rts. reserv.

013945878    **Image available**
WPI Acc No: 2001-430091/200146
  **Method for implementing multifunction internet** phone
Patent Assignee: SPREADTELECOM INC (SPRE-N)
Inventor: BAEK I G
Number of Countries: 001  Number of Patents: 001
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week |
|---|---|---|---|---|---|---|
| KR 2001000270 | A | 20010105 | KR 200051420 | A | 20000901 | 200146 B |

Priority Applications (No Type Date): KR 200051420 A 20000901
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|---|---|---|---|---|---|
| KR 2001000270 | A | | 1 | H04L-012/66 | |

  **Method for implementing multifunction internet** phone

Abstract (Basic):
...      A method for implementing a multifunction internet **phone** is
  provided to add multifunction to an existing wire **telephone** set, so
  that an internet speech function can be performed, an originator can be
  displayed...
...      If power is supplied to a multifunction **telephone** interface
  unit, a wire **telephone** set is initialized to **connect** a public
  switched **telephone** network(PSTN,9). When performing internet speech,
  predetermined numbers are pressed. A dual tone multi...

...the pressed numbers to a processor(1). The processor(1) controls a
  relay(2) to **connect** a voice signal processor(4). Information on the
  pressed numbers is transmitted to a universal asynchronous **receiver**
  /transmitter(UART) of a **computer** . The **computer** sets up a speech
  path for the internet speech. The voice signal processor(4) operates
  the wire **telephone** set, and transceive separated voice analog signals
  with a **sound    card** of the **computer** . If the internet speech is
  ended, the processor(4) controls the relay(2) again, to **connect** the
  wire **telephone** set with the PSTN port(9). The processor(4) displays
  accumulated charges on a liquid crystal display(LCD,7). A function
  displaying an originator is performed when a **telephone** port(8) is
  **connected** to the PSTN port(9) by the relay(2). Information on the
  originator is frequency...

...between a first ring and a second ring, and transmitted from an
  exchange. A FSK **receiver** (5) receives the data from the exchange and
  transmits information of the data to the...

...1) displays the information on the LCD(7) to decide the originator. If
   another originator **telephones** during speech, the exchange disconnects
   voice speech for a moment. Information on the originator is
   FSK-modulated and transmitted. The FSK **receiver** (5)
   receives/demodulates the FSK-modulated signal, and displays the
   information on the originator on...

...7). While not performing the internet speech function and the originator
   display function, the multifunction **telephone** interface unit performs
   a watch function by displaying information of date and time on the...
...Title Terms: **TELEPHONE**


   **20/3,K/11     (Item 10 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003 Thomson Derwent. All rts. reserv.

012893384     **Image available**
WPI Acc No: 2000-065219/200006
XRPX Acc No: N00-051159
   **Dedicated Automatic Internet** Telephone **(DAIT) apparatus for long
   distance voice and multimedia telecommunications**
Patent Assignee: RODRIGUES M V (RODR-I)
Inventor: RODRIGUES M V
Number of Countries: 001   Number of Patents: 001
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|-----------|------|------|-------------|------|------|------|---|
| GB 2338863 | A | 19991229 | GB 9813849 | A | 19980627 | 200006 | B |

Priority Applications (No Type Date): GB 9813849 A 19980627
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|-----------|------|-----|-----|----------|--------------|
| GB 2338863 | A | | 25 | H04M-001/00 | |

   **Dedicated Automatic Internet** Telephone **(DAIT) apparatus for long
   distance voice and multimedia telecommunications**

Abstract (Basic):
...        The apparatus comprises a **telephone** **handset** enclosure (1)
   embodying a duplex **sound** **card** (6), a volume control (2), microphone
   (3), earphone (4), key pad, LCD monitor (11) and a solid state
   **computer** provided with duplex modem (9) and standard **telephone**
   **connection** **plug** (8). The **computer** is pre-loaded/configured for
   automatic instant booting up, and logging-on ready to make...
...        Provides an affordable DAIT product that seasoned **computer**
   literates as well as illiterates can buy, **plug** into a **telephone**
   socket, instantly operate and enjoy local call rates, (or free) global
   Internet **phone** conversations. Voice application software packages
   available provide for easy, user friendly, simple access to web...

...external 3-D illustration of a DAIT provided with integral color LCD
   monitor within the **handset** enclosure...

... **Telephone** **handset** enclosure (1...

...Duplex **sound** **card** (6...

... **Telephone** **connection** **plug** (8
...Title Terms: **TELEPHONE** ;

USR000627

21/3,K/1      (Item 1 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

015084489   **Image available**
WPI Acc No: 2003-145007/200314
   **Internet** phone speaker
Patent Assignee: JEONG J H (JEON-I); KIM H K (KIMH-I)
Inventor: JEONG J H; KIM H K
Number of Countries: 001  Number of Patents: 001
Patent Family:
Patent No      Kind   Date        Applicat No    Kind    Date       Week
KR 2002064863  A      20020810    KR 200158168   A       20010920   200314  B

Priority Applications (No Type Date): KR 200158168 A 20010920
Patent Details:
Patent No   Kind Lan Pg   Main IPC     Filing Notes
KR 2002064863 A          1 H04L-012/66

   **Internet** phone speaker

Abstract (Basic):
...         An Internet **phone** **speaker** is provided to selectively use
    either a **speaker** or an Internet **phone** without the necessity of
    alternately inserting the **speaker** and a headset into a **sound
    card**

...         A connection line(4) is provided so that electric signals can be
    exchanged between a **sound card** (1) and a **speaker** (7). One end of
    the connection line(4) is connected to the **speaker** (7). A **speaker**
    terminal(2) and a **microphone** terminal(3), formed at the other end of
    the connection line(4), are connected with the **sound card** (1). A
    **handset** (5), composed of a transmitter and a **receiver** in a single
    unit, is configured so as to be connected with the body of the **speaker**
    (7). A changeover switch(6) is provided so as to selectively change the
    circuits in the **speaker** (7). If the changeover switch(6) is pushed, a
    circuit to the **handset** (5) is disconnected and a circuit to the
    **speaker** (7) is formed. On the contrary, when the changeover switch(6)
    is opened, the circuit to the **handset** (5) is connected as the circuit
    to the **speaker** (7) is disconnected...
Title Terms: **TELEPHONE ;**


 21/3,K/2     (Item 2 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

014776015   **Image available**
WPI Acc No: 2002-596721/200264
   **Internet** phone **having radio transmitter and** receiver
Patent Assignee: KIM S T (KIMS-I); LEE D H (LEED-I)
Inventor: KIM S T; LEE D H
Number of Countries: 001  Number of Patents: 001
Patent Family:
Patent No      Kind   Date        Applicat No    Kind    Date       Week
KR 2002019291  A      20020312    KR 200052458   A       20000905   200264  B

Priority Applications (No Type Date): KR 200052458 A 20000905
Patent Details:
Patent No   Kind Lan Pg   Main IPC     Filing Notes
KR 2002019291 A          1 H04L-012/66

USR000628

**Internet** phone **having radio transmitter and** receiver

Abstract (Basic):
...        An Internet **phone** having a radio transmitter and **receiver** is
    provided to conveniently perform a call regardless of a location by
    constructing an IR(infrared) or RF(radio frequency)
    modulator/demodulator and a transmitter/ **receiver** in a **sound    card**
    and an ear **microphone** and wirelessly performing a transmission and
    reception between the **sound    card** and the ear **microphone** .
...        RF signal converted by the modulator(22) to a receiving
    unit(112) of an ear **microphone** (100), and receiving an RF or RF signal
    from a transmitting unit(122) of the ear **microphone** (100). A
    demodulator(24) converts the IF or RF signal received from the ear
    **microphone** (100) into a digital signal and transmits the digital signal
    to a computer(10). A **speaker** (110) outputs a voice signal to a user
    located in a destination. A **microphone** (120) receives the voice signal
    from the user. A transmitting and receiving unit(130) performs a radio
    transmission and reception with the transmitting and receiving unit(26)
    of a **sound    card** (20). A receiving unit(112) receives the IR or RF
    signal radio-transmitted from the **sound    card** (20). A voice
    converter(114) converts the IR or RF signal into a voice signal...

...outputs the IR or RF signal converted by the IR/RF converter(124) to the
    **sound    card** (20). A wired/wireless change switch(40) selectively
    perform transmission and reception of the voice signal between the
    **sound    card** (20) and the ear **microphone** (100...
Title Terms: **TELEPHONE ;**


 **21/3,K/3      (Item 3 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

013945824    **Image available**
WPI Acc No: 2001-430037/200146
    Telephone **having internet domain access keys**
Patent Assignee: C & C TELECOM CO LTD (CCTE-N); TOP INT JH (TOPI-N)
Inventor: YOON G S
Number of Countries: 001  Number of Patents: 002
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|---|---|---|---|---|---|---|---|
| KR 2001000183 | A | 20010105 | KR 200044868 | A | 20000802 | 200146 | B |
| KR 358584 | B | 20021025 | KR 200044868 | A | 20000802 | 200328 | |

Priority Applications (No Type Date): KR 200044868 A 20000802
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|---|---|---|---|---|---|
| KR 2001000183 | A | | 1 | H04L-012/66 | |
| KR 358584 | B | | | H04L-012/66 | Previous Publ. patent KR 2001000183 |

    Telephone **having internet domain access keys**

Abstract (Basic):
...        A **telephone** having Internet domain access keys is provided to
    have the keys automatically pop up a...
...        through the interface. A line selector(52) is capable of
    selecting a PSTN(Public Switched **Telephone** Network) call and an
    Internet **phone** call. A switch(53) switches a **speaker** terminal and a
    **microphone** terminal of a **handset** into **speaker / microphone**

USR000629

terminals of a **telephone** circuit or **speaker / microphone** terminals
of a **sound card** mounted on the PC, according to the selection of
the keypad(13...
Title Terms: **TELEPHONE** ;

**21/3,K/4    (Item 4 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003 Thomson Derwent. All rts. reserv.

013527548   **Image available**
WPI Acc No: 2001-011754/200102
XRPX Acc No: N01-009176
   Telephone **system for internet based teleconferencing, connects
   transceiver and** sound **card when** telephone **is lifted, and connects
   external** microphone **and** speakers **to** sound card **, when** receiver
   **is placed on** telephone
Patent Assignee: LEE J T (LEEJ-I); WHIZZNET KK (WHIZ-N); WIZNET INC
   (WIZN-N)
Inventor: CHOI D S; LEE J T; OH Y S
Number of Countries: 002  Number of Patents: 002
Patent Family:
Patent No      Kind  Date      Applicat No    Kind  Date      Week
JP 2000286952  A     20001013  JP 20008402    A     20000117  200102  B
KR 2000030120  A     20000605  KR 9964396     A     19991229  200110

Priority Applications (No Type Date): KR 9964396 A 19991229; KR 991151 A
   19990115
Patent Details:
Patent No  Kind Lan Pg  Main IPC     Filing Notes
JP 2000286952 A     39 H04M-001/60
KR 2000030120 A        H04L-012/66

   Telephone **system for internet based teleconferencing, connects
   transceiver and** sound card **when** telephone **is lifted, and connects
   external** microphone **and** speakers **to** sound card **, when** receiver
   **is placed on** telephone

Abstract (Basic):
...      which connects transceiver to input-output terminal of acoustic
   card, when the user lifts the **hand set** . When the **receiver** is
   placed on the **telephone** , hook switch connects the card to external
   **microphone** and **speakers** .
...      An INDEPENDENT CLAIM is also included for the **telephone** call
   procedure in internet...

...The figure shows the **telephone** system...
Title Terms: **TELEPHONE** ;

**21/3,K/5    (Item 5 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003 Thomson Derwent. All rts. reserv.

012289041   **Image available**
WPI Acc No: 1999-095147/199908
XRPX Acc No: N99-069210
   **Telephonic customer support method for PC, dryer - involves transmitting
   encoded customer computer operation data in form of audio tones directly
   using** telephone **set to support computer, where data is decoded and**

USR000630

**displayed**
Patent Assignee: DELL USA LP (DELL-N)
Inventor: KOCIS T J; LARSON M; MORRISON C W; SMITH S K
Number of Countries: 001  Number of Patents: 001
Patent Family:

| Patent No | Kind | Date | Applicat No. | Kind | Date | Week | |
|-----------|------|------|--------------|------|------|------|---|
| US 5854828 | A | 19981229 | US 96699845 | A | 19960820 | 199908 | B |

Priority Applications (No Type Date): US 96699845 A 19960820
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|-----------|------|-----|-----|----------|--------------|
| US 5854828 | A | | 8 | H04M-011/00 | |

...  **involves transmitting encoded customer computer operation data in form
of audio tones directly using** telephone **set to support computer, where
data is decoded and displayed**

...Abstract (Basic): in a modulated tone carrier or dual tone
multi-frequency format so as to generate **audio** tones in a  **speaker**
(26) for transmission using a **telephone** set (14) through
communication lines. The tones are received by a remote support
computer (20) using a **microphone** (38) in a **receiver** (18) of the
support computer...

...file consisting of information regarding the operation of the customer
computer is generated by a **sound   card** (36). The data file is
decoded and the customer computer information is displayed on a...

...ADVANTAGE - Enables transmission of customer computer data using
ordinary **telephone** set. Avoids need for using additional **telephone**
lines. Avoids need for hanging up **telephone** during conversation with
support technician for transmitting required data. Requires no or
minimum additional hardware...
Title Terms: **TELEPHONE ;**


**21/3,K/6     (Item 6 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

011729012    **Image available**
WPI Acc No: 1998-145922/199813
XRPX Acc No: N98-115448
  **Apparatus for sound communication, e.g.** telephone **, in digital form -
provides at least one analogue-digital (A-D) or D-A conversion in a**
handset **, connected to data-processor via interface e.g. printer port**
Patent Assignee: TELEFONAKTIEBOLAGET ERICSSON L M (TELF  )
Inventor: SILEN L
Number of Countries: 078  Number of Patents: 004
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|-----------|------|------|-------------|------|------|------|---|
| WO 9806208 | A2 | 19980212 | WO 97FI462 | A | 19970801 | 199813 | B |
| FI 9603089 | A | 19980206 | FI 963089 | A | 19960805 | 199819 | |
| AU 9737718 | A | 19980225 | AU 9737718 | A | 19970801 | 199829 | |
| FI 103559 | B1 | 19990715 | FI 963089 | A | 19960805 | 199934 | |

Priority Applications (No Type Date): FI 963089 A 19960805
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|-----------|------|-----|-----|----------|--------------|
| WO 9806208 | A2 | E | 19 | H04M-001/00 | |

USR000631

```
Designated States (National): AL AM AT AU AZ BA BB BG BR BY CA CH CN CU
CZ DE DK EE ES FI GB GE GH HU IL IS JP KE KG KP KR KZ LC LK LR LS LT LU
LV MD MG MK MN MW MX NO NZ PL PT RO RU SD SE SG SI SK SL TJ TM TR TT UA
UG US UZ VN YU ZW
Designated States (Regional): AT BE CH DE DK EA ES FI FR GB GH GR IE IT
KE LS LU MC MW NL OA PT SD SE SZ UG ZW
```

|       |          |     |              |                                |
|-------|----------|-----|--------------|--------------------------------|
| AU    | 9737718  | A   | H04M-001/00  | Based on patent WO 9806208     |
| FI    | 103559   | B1  | H04Q-011/04  | Previous Publ. patent FI 9603089 |
| FI    | 9603089  | A   | H04Q-011/04  |                                |

**Apparatus for sound communication, e.g.** telephone **, in digital form...**

...**provides at least one analogue-digital (A-D) or D-A conversion in e.g.**
handset **, connected to data-processor via interface e.g. printer port**

...Abstract (Basic): The inventive system transmits sound received by
   **microphone** (18) in a **handset** (10), and converted from analogue to
   digital format by microcontroller (14) within the **handset**. The
   digital sound is input (19, 22, 23) to a data-processor (20), and fed
   ...

...the data-processor may receive digital sound from the network, and input
   it to the **handset**, where it is converted by an additional controller
   into analogue form for feeding an earpiece/ **loudspeaker** (16).
   Connection between the **handset** and data-processor is preferably via a
   printer port, providing a parallel interface. The connection...

...ADVANTAGE - For two-way (duplex) **telephone** traffic over digital
   communications network, without requiring specific ' **sound - card** '
   fitted in **telephone handset**, with its associated 'priority' problem
   when other data-forms are also being sent over the...
...Title Terms: **TELEPHONE** ;
?

USR000632

25/3,K/1      (Item 1 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

013370036     **Image available**
WPI Acc No: 2000-541975/200049
XRPX Acc No: N00-400764
  **Audio interface configuration for speech recognition in  computer
  system, involves displaying one graphical user interface to select
  microphone with or without** head  set **and displaying other interfaces
  sequentially**
Patent Assignee: INT BUSINESS MACHINES CORP (IBMC  )
Inventor: FADO F; GUASTI P; NASSIFF A; VANBUSKIRK R
Number of Countries: 001  Number of Patents: 001
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week |
|-----------|------|------|-------------|------|------|------|
| US 6067084 | A | 20000523 | US 97960520 | A | 19971029 | 200049 B |

Priority Applications (No Type Date): US 97960520 A 19971029
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|-----------|------|-----|-----|----------|--------------|
| US 6067084 | A | | 59 | G06F-003/14 | |

  **Audio interface configuration for speech recognition in**  computer
  **system, involves displaying one graphical user interface to select**
  microphone **with or without** head  set **and displaying other interfaces**
  **sequentially**

Abstract (Basic):
...        A graphical user interface enabling selection of **microphone**
  with **head   set** and **microphone** without **headset** by user is
  displayed. If **microphone** with **head   set** is selected, a set of GUIs
  including picture of **microphone** with **headset** are displayed for
  **connection** and placement of **head   set** and for adjusting recording
  volume are displayed. If **microphone** without **head   set** is selected,
  the same GUIs with picture of only **microphone** is displayed.
...        display of initial GUIs, the GUI for initiating recording test
  of audio signals received from **microphone** and transmitted to audio
  mixer, is displayed. An INDEPENDENT CLAIM is also included for a
  **computer**  program with routine set of instruction for configuring audio
  interface...

...For configuring one or more **microphones** ,  **speakers** ,  **sound    cards**
  and  **audio** mixers for speech recognition in **computer** system...

...Enables unskilled users to properly configure and adjust the
  **microphones** . Ensures operation over wide range of **microphones** and
  audio systems. Permits user to select between one or more audio cards
  for input...
...Title Terms:  **COMPUTER ;**


25/3,K/2      (Item 2 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

012880289     **Image available**
WPI Acc No: 2000-052122/200004
XRPX Acc No: N00-040647
  **Portable transceiver for wireless** headset  **used in wireless**

USR000633

**communication system**
Patent Assignee: VOICE COMMUNICATION INTERFACE CORP (VOIC-N)
Inventor: CULLEN M F; EGHTESADI K
Number of Countries: 001  Number of Patents: 001
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week |
|---|---|---|---|---|---|---|
| US 5982904 | A | 19991109 | US 989866 | A | 19980122 | 200004 B |

Priority Applications (No Type Date): US 989866 A 19980122
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|---|---|---|---|---|---|
| US 5982904 | A | | 9 | H04R-001/10 | |

   **Portable transceiver for wireless** headset **used in wireless**
·**communication system**
...Title Terms:  **HEADPHONE ;**


  **25/3,K/3    (Item 3 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

012865175    **Image available**
WPI Acc No: 2000-037008/200003
XRPX Acc No: N00-027768
  Microphone  **and**  speaker  **selecting method for configuration of audio
  mixer of speech recognition application in**  computer  **system**
Patent Assignee: INT BUSINESS MACHINES CORP (IBMC  )
Inventor: FADO F; GUASTI P; NASSIFF A; VANBUSKIRK R
Number of Countries: 001  Number of Patents: 001
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week |
|---|---|---|---|---|---|---|
| US 5974383 | A | 19991026 | US 97959754 | A | 19971029 | 200003 B |

Priority Applications (No Type Date): US 97959754 A 19971029
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|---|---|---|---|---|---|
| US 5974383 | A | | 57 | G10L-003/00 | |

  Microphone  **and**  speaker  **selecting method for configuration of audio
  mixer of speech recognition application in**  computer  **system**

Abstract (Basic):
...       The GUI is displayed to select audio input and output devices
   (27,31). The **microphone** input of mixer is selected and adjusted in
   accordance with selected audio input device. The...
...       The audio input and output device is selected from group of
**head  set** with **microphone** and earpiece **speaker** , monitor
**microphone** , desktop **microphone** , external and internal **speaker**
**connected** to **computer** system. An INDEPENDENT CLAIM is also included
for **computer** system for configuring audio interface for speech
recognition...

...For selection of **microphone** and **speaker** for configuration of **audio**
   mixer of speech recognition application in **computer** system...

...interface for speech recognition application. Maintains proper audio
   input and output by testing configuration of **microphone** in both power
   and signal parameters. Facilitates selection of desired audio card.
   Facilitates separate mixer adjustment for each card based on audio card

USR000634

selection. Facilitates listing of **sound    card** that satisfy minimum requirement for selection by user. Enables easy configuration of GUI and associated display for different combination of **microphone** and manufacture-specific information...

...The figure shows block diagram of **computer** system used in selecting **microphone** and **speaker** .
Title Terms: **MICROPHONE** ;
?

USR000635

**29/3,K/1**    · **(Item 1 from file: 347)**
DIALOG(R)File 347:JAPIO
(c) 2003 JPO & JAPIO. All rts. reserv.

06795074    **Image available**
INPUT DEVICE FOR VOICE MAIL

PUB. NO.:       2001-022555 [JP 2001022555 A]
PUBLISHED:      January 26, 2001 (20010126)
INVENTOR(s):    YAJIMA HIDEO
APPLICANT(s):   MITSUMI ELECTRIC CO LTD
APPL. NO.:      11-191421 [JP 99191421]
FILED:          July 06, 1999 (19990706)

                              ABSTRACT
... digitally converts an input voice signal, a means which compresses a
digital signal, and a **connector** for **connection** .

SOLUTION: When a voice is inputted from a **microphone** 2, an A/D converter
6 of a voice input device 1 converts it into...

...a data compressing circuit 7 and sent to an HD or RAM of a personal
**computer** . The CPU of the personal **computer** converts the voice data to
the format of an attached file and attaches them to a new message. The data
are sent to a reception-side personal **computer** together with the new
message through a public **telephone** line and the Internet. To the
transmission-destination personal **computer** , a voice mail output device
having an expanding circuit corresponding to the data compressing circuit 7
is **connected** in the constitution of a voice input device 1 and a receiver
can hear the voice mail from a **headphone** type **speaker** through the voice
mail output device.

COPYRIGHT: (C)2001,JPO


**29/3,K/2**    **(Item 1 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

015164015    **Image available**
WPI Acc No: 2003-224543/200322
XRAM Acc No: C03-057813
  **Thermoplastic resin composition, for e.g. housings of electric component,
  comprises preset refractive index difference of rubber reinforced styrene
  resin and anti-oxidant, and whose alcohol solution has a·preset critical
  strain value**
Patent Assignee: TORAY IND INC (TORA .)
Number of Countries: 001  Number of Patents: 001
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|---|---|---|---|---|---|---|---|
| JP 2002317093 | A | 20021031 | JP 2001119578 | A | 20010418 | 200322 | B |

Priority Applications (No Type Date): JP 2001119578 A 20010418
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|---|---|---|---|---|---|
| JP 2002317093 | A | | 17 | C08L-051/04 | |

Abstract (Basic):
...         For housings, gears, sensors, lamps, **connector** , socket,
    resistor, relay case, switch, coil bobbin, condenser, variable

condenser case, optical pick-up oscillator, terminal boards,
transformer, **plug** , printed wiring board, tuner, **speaker** ,
**microphone** , **headphones** , small motor, magnetic head base, power
module, motor brush holder, parabolic antenna, television components,
hair...

...audio and laser disk, compact disk, components for type writer, word
processor, office electricity product, **telephone** apparatus,
facsimile, copier, and office **computer** -related components, personal
**computers** , mouse and mobile **telephone** . Also for jig, bearing,
microscope, binocular, exhaust pipes, manifolds, fuel feed pumps, main
component and...


**29/3,K/3       (Item 2 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

014950123    **Image available**
WPI Acc No: 2003-010636/200301
Related WPI Acc No: 2002-616067
    Headset  **of voice modulation call system and call method using the same**
Patent Assignee: VOICE WEAR CO LTD (VOIC-N)
Inventor: BAEK J G; LEE Y G
Number of Countries: 002  Number of Patents: 003
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|---|---|---|---|---|---|---|---|
| KR 2002033655 | A | 20020507 | KR 20023017 | A | 20020118 | 200301 | B |
| JP 2003076399 | A | 20030314 | JP 2001291942 | A | 20010925 | 200328 | N |
| JP 2003076400 | A | 20030314 | JP 2002187655 | A | 20020627 | 200328 | |

Priority Applications (No Type Date): KR 20023017 A 20020118; JP 2001291942
 A 20010925
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|---|---|---|---|---|---|
| KR 2002033655 | A | | 1 | H04R-001/10 | |
| JP 2003076399 | A | | 9 | G10L-021/04 | |
| JP 2003076400 | A | | 9 | G10L-021/04 | |

    Headset  **of voice modulation call system and call method using the same**

Abstract (Basic):
...        A **headset**  of a voice modulation call system and a call method
  using the same are provided...
...        A **microphone**  (11) receives a sender' voice. A plurality of
  **speakers**  (12) output other person's voice. A **microphone**   **plug** (13) is
  **connected**  to the **microphone** (11) and sends an input section voice
  signal of a **computer**  to the **microphone** (11). A **speaker**   **plug** (14)
  is **connected**  to an output section of the **computer**  and transmits a
  voice modulated by a voice modulator of the **computer**  to a portable
  **phone** . A portable **phone**   **plug** (15) is **connected**  to the **speaker**
  **plug** (14) and the portable **phone** . An electric wire(16) **connects**
  each **plug**  to one another. A volume controller(17) is **connected**  to
  the **speakers** (12) and the portable **phone** (30...
Title Terms:  **HEADPHONE** ;


**29/3,K/4       (Item 3 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

USR000637

```
014761752    **Image available**
WPI Acc No: 2002-582456/200262
XRPX Acc No: N02-461862
   Integrated headset interfaced with wireless or cordless telephone and
   audio signal source, has microphone that pivots with respect to
   speaker between extended position and retracted position, to conduct
   telephone call
Patent Assignee: BARANOWSKI R (BARA-I); BERG R W (BERG-I)
Inventor: BARANOWSKI R; BERG R W
Number of Countries: 001  Number of Patents: 001
Patent Family:
Patent No     Kind   Date     Applicat No   Kind   Date     Week
US 20020067825 A1   20020606  US 99401315   A      19990923  200262  B

Priority Applications (No Type Date): US 99401315 A 19990923
Patent Details:
Patent No   Kind Lan Pg   Main IPC     Filing Notes
US 20020067825 A1      8  H04M-001/00
```

   Integrated headset interfaced with wireless or cordless telephone and
   audio signal source, has microphone that pivots with respect to
   speaker between extended position and retracted position, to conduct
   telephone call

Abstract (Basic):
...        The headset (100) has a pair of communication links (107,110)
   for linking audio signal source (150) and a telephone unit to a
   speaker (102). A microphone (106) provided on a microphone arm
   (105), pivots with respect to the speaker , between an extended
   position and a retracted position, so as to conduct telephone call.
...        An INDEPENDENT CLAIM is included for method of using headset
   with speaker .
        ...

...Integrated headset interfaced wireless or cordless telephone for
   conducting . telephone conversation and audio source such as compact
   disk (CD) player, cassette tape player, radio tuner, television,
   computer , video cassette recorder (VCR), for listening to music or
   other audio programming...

...Gains the optimal functionality from the headset so as to listen to
   music or other audio programming, and provides the ability to make and
   receive telephone calls. The incoming call is automatically
   connected to headphones and answered, while user's hands remain
   entirely free...

...The figure shows a side view of the headset .
        ...

... Headset (100...

... Speaker (102...

... Microphone arm (105...

... Microphone (106
...Title Terms: HEADPHONE ;


29/3,K/5    (Item 4 from file: 350)

USR000638

DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

014516577    **Image available**
WPI Acc No: 2002-337280/200237
    Headset **device for** computer
Patent Assignee: DREAMID TECHNOLOGY CO LTD (DREA-N)
Inventor: KANG J H
Number of Countries: 001  Number of Patents: 001
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|-----------|------|------|-------------|------|------|------|---|
| KR 2001107311 | A | 20011207 | KR 200028733 | A | 20000526 | 200237 | B |

Priority Applications (No Type Date): KR 200028733 A 20000526
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|-----------|------|-----|----|----------|--------------|
| KR 2001107311 | A | | 1 | G06F-003/16 | |

    Headset **device for** computer

Abstract (Basic):
...      A **headset** device for a **computer** is provided to enable a user
    to feel no pain in an ear caused by a long time use by supplying a
    **headset** structure having a **speaker** **phone** capable of not pressing
    an ear and positioning the center of a pressing force to...
...      A **headset** for a **computer** comprises a **speaker** **phone**
    device provided at the end of a frame(32) of a **headphone** , and a
    **microphone** device provided at one side of the **speaker** **phone**
    device, and a **speaker** **phone** **connection** terminal and a **microphone**
    **connection** terminal being **connected** from a **speaker** **phone** (46)
    and a **microphone** , respectively. The **speaker** **phone** device has an
    elliptical-typed cover(42). The size of the cover is small for...

...42) is contacted on a face portion at the front portion of the ear. The
    **speaker** **phone** (46) is arranged at the external auditory canal
    portion, a supporting plate member(48) is arranged at the face portion
    in the inner portion of the cover(42). The **speaker** **phone** (46) and
    the supporting plate member(48) are **connected** by an elastic joint
    unit(50). Thus, the **speaker** **phone** (46) and the supporting plate
    member(48) elastically press the external auditory canal portion and...
Title Terms: **HEADPHONE** ;


 **29/3,K/6    (Item 5 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

014469685    **Image available**
WPI Acc No: 2002-290388/200233
    Telephone **with multi-** telephone **call function using internet** phone
    **service and multi-** telephone **call system using the same**
Patent Assignee: KIM M J (KIMM-I)
Inventor: KIM M J
Number of Countries: 001  Number of Patents: 002
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|-----------|------|------|-------------|------|------|------|---|
| KR 2001104460 | A | 20011126 | KR 200022953 | A | 20000428 | 200233 | B |
| KR 355712 | B | 20021011 | KR 200022953 | A | 20000428 | 200325 | |

Priority Applications (No Type Date): KR 200022953 A 20000428

USR000639

Patent Details:
Patent No  Kind Lan Pg   Main IPC      Filing Notes
KR 2001104460 A       1 H04L-012/66
KR 355712     B         H04L-012/66   Previous Publ. patent KR 2001104460

Telephone **with multi-** telephone **call function using internet** phone **service and multi-** telephone **call system using the same**

Abstract (Basic):
...         A **telephone** with a multi- **telephone** call function using an
   internet **phone** service and a multi- **telephone** call system using the
   same are provided to realize multi-communication using an internet
   **phone** service and a **telephone** call function using a PSTN(Public
   Switched **Telephone** Network), simultaneously.
...         In this device, a switching circuit controls a **telephone**
   circuit, a **headset** (140), a **microphone** , and a **speaker** (150) to
   transmit a voice data to each **computer** (200) by switching operation. A
   **telephone** (100) performs a **telephone** call function by using a
   PSTN(400). A **PC** (Personal **Computer** )(200) is **connected** with the
   **telephone** (100) in order to receive an internet **phone** service through
   internet. A user can use the **telephone** call function by **connecting**
   a **head set** (140) with the **telephone** (100). In addition, the user
   can use a **speaker phone** function by **connecting** an external
   **speaker** (150) with an additional **microphone** . The **PC** (200) includes a
   sound subsystem and an internet **connection** adapter such as a modem or
   a network card. The **telephone** (100) is **connected** with the **PC** (200)
   in order to input or output a voice signal...
Title Terms:  **TELEPHONE ;**


29/3,K/7      (Item 6 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

014180227    **Image available**
WPI Acc No: 2002-000924/200201
XRPX Acc No: N02-000677
   **Mobile** telephone **fitted with improved** connector **and subprograms for
   broadcasting sound through** loudspeaker **and** microphone **or** headphones
Patent Assignee: SAGEM SA (SAGE  )
Inventor: BEN MATALLAH M N; CHAMBON F; PHAM G; BEN M N
Number of Countries: 026  Number of Patents: 003
Patent Family:
Patent No    Kind  Date      Applicat No   Kind  Date     Week
EP 1134957   A1    20010919  EP 2001400677  A    20010314 200201  B
FR 2806581   A1    20010921  FR 20003272    A    20000314 200201
EP 1134957   B1    20030305  EP 2001400677  A    20010314 200318

Priority Applications (No Type Date): FR 20003272 A 20000314
Patent Details:
Patent No  Kind Lan Pg   Main IPC      Filing Notes
EP 1134957   A1 F  10 H04M-001/60
   Designated States (Regional): AL AT BE CH CY DE DK ES FI FR GB GR IE IT
   LI LT LU LV MC MK NL PT RO SE SI TR
FR 2806581   A1      H04Q-007/32
EP 1134957   B1 F    H04M-001/60
   Designated States (Regional): DE ES GB IT


**Mobile** telephone **fitted with improved** connector **and subprograms for
broadcasting sound through** loudspeaker **and** microphone **or** headphones

USR000640

Abstract (Basic):
...        The mobile **phone** (1) comprises a speech circuit (35), a bus
           (36), a **loudspeaker** (37), a **microphone** (38), and a female
    **connector** (8) for broadcasting sound. The female **connector** (8)
    receives a male **connector** of cylindrical **insertion** type. The female
     **connector** comprises N pins (A-D), at least two of neighboring ones
    (C, D) being situated...

...first zone is equal to the density d of a second zone for another pin.
    **Headphones** (2) are also included with earphones fitted with a male
    **connector** having at least N-1 tracks for accepting the **connector**
    pins (A-D) in the first zone.
...        **Connector** also suitable for personal stereo, mobile dictation
    machine or portable **computer** .
             ...
...The drawing shows a mobile **telephone** according to the invention...

...mobile **phone** (1...

... **headphones** (2...

...female **connector** (8...

...female **connector** pins (A-D...

... **loudspeaker** (37...

... **microphone** (38
...Title Terms:  **TELEPHONE** ;


**29/3,K/8      (Item 7 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

014027491    **Image available**
WPI Acc No: 2001-511705/200156
  **Keyboard combined with** telephone
Patent Assignee: KOREA TELETECH CO LTD (KOTE-N)
Inventor: PARK S C
Number of Countries: 001  Number of Patents: 001
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|---|---|---|---|---|---|---|---|
| KR 2001017924 | A | 20010305 | KR 9933674 | A | 19990816 | 200156 | B |

Priority Applications (No Type Date): KR 9933674 A 19990816
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|---|---|---|---|---|---|
| KR 2001017924 | A | | 1 | G06F-003/02 | |

  **Keyboard combined with** telephone

Abstract (Basic):
...        A keyboard combined with a **telephone** is provided to improve a
    general function of a keyboard by equipping a **telephone** module with
    the keyboard of a **computer** and enabling a user to use the keyboard of
    the **computer** for the **telephone** according to the user's choice.
...        key and key inputting unit(30) in a keyboard and transmits the
    signal to a **computer** . A mode selecting unit(20) is equipped as a form
    of a button or a...

USR000641

...unit(30) is composed of a plurality of numeric keys equipped in the
keyboard. A **telephone** control module(40) is composed of **telephone**
circuits equipped in a general **telephone** . A **speaker** (50) and a
**microphone** (60) enable the user to perform the dialing using the
numeric key of the keyboard and to call the other person. An external
**connecting** terminal(70) enables the user to **connect** a **headphone**
mike and to use the **headphone** mike...
...Title Terms: **TELEPHONE**


   **29/3,K/9    (Item 8 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

013993553    **Image available**
WPI Acc No: 2001-477768/200152
XRAM Acc No: C01-143303
XRPX Acc No: N01-353615
   **Flame retardant resin composition and moldings, having good rigidity,
   impact resistance and thermoresistance**
Patent Assignee: TORAY IND INC (TORA  )
Number of Countries: 001  Number of Patents: 001
Patent Family:
Patent No    Kind   Date     Applicat No    Kind   Date     Week
JP 2001081269  A    20010327  JP 99255553    A    19990909  200152  B

Priority Applications (No Type Date): JP 99255553 A 19990909
Patent Details:
Patent No    Kind Lan Pg   Main IPC     Filing Notes
JP 2001081269 A       14 C08L-051/00

Abstract (Basic):
...       electric equipment: e.g. electrical and electronic parts, e.g.
gear, cases, sensors, LEP lamp, **connector** , socket, resistor, relay
case switch, coil bobbin, condenser, variable condenser case, optical
pick up, vibrator, terminal plate, transformer, **plug** , printed circuit
board, tuner, **speaker** , **microphone** , **headphone** , small-sized motor,
magnetic head base, power module, housing, semiconductor, liquid
crystals, EDD carriage, FDD chassis, motor brush holder, parabola
antenna or **computer** -allied parts; sound equipment parts, e.g. VTR
parts, TV parts, iron, hair dryer, rice...

...disc; illumination parts, refrigerator parts, air conditioner parts,
type writer parts, word processor parts, office **computer** -allied
parts, **telephone** allied parts, facsimile-allied parts, copying
machine-allied parts, pinball game parts, jig for cleaning...

...and precision machine applied parts, e.g. microscope, binocular, camera
or clocks; alternator terminal, alternator **connector** , IC regulator,
valve for exhaust gas, air-intake nozzle snorkel, intake manifold, fuel
pump, joint...

...for transmission, wind washer nozzle, panel switch base of air
conditioner, coil for electromagnetic valve, **connector** for fuse,
**phone** terminal, insulating plate for electronic parts, step motor
rotor, lamp socket, lamp housing, brake piston,
solenoid bobbin, engine oil filter, ignition device case, housing for
personal **computer** , printer, display, CRT display, fax, copying
machine, note personal **computer** , DVD drive, PD drive, floppy disc

drive, etc...

 29/3,K/10      (Item 9 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

013882730    **Image available**
WPI Acc No: 2001-366942/200138
XRPX Acc No: N01-267739
  **Cordless** telephone   headset  **has spring loaded hinge to**  connect
  microphone **boom and** loudspeaker **unit**
Patent Assignee: TELEFONAKTIEBOLAGET ERICSSON L M (TELF  )
Inventor: DE JONGE J
Number of Countries: 087  Number of Patents: 009
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|-----------|------|------|-------------|------|------|------|---|
| WO 200067521 | A1 | 20001109 | WO 99EP3019 | A | 19990429 | 200138 | B |
| AU 9939309 | A | 20001117 | AU 9939309 | A | 19990429 | 200138 | |
| | | | WO 99EP3019 | A | 19990429 | | |
| BR 9917271 | A | 20020115 | BR 9917271 | A | 19990429 | 200214 | |
| | | | WO 99EP3019 | A | 19990429 | | |
| EP 1175809 | A1 | 20020130 | EP 99922164 | A | 19990429 | 200216 | |
| | | | WO 99EP3019 | A | 19990429 | | |
| KR 2001110489 | A | 20011213 | WO 99EP3019 | A | 19990429 | 200238 | |
| | | | KR 2001712633 | A | 20011004 | | |
| CN 1348672 | A | 20020508 | CN 99816596 | A | 19990429 | 200253 | |
| | | | WO 99EP3019 | A | 19990429 | | |
| JP 2002543725 | W | 20021217 | WO 99EP3019 | A | 19990429 | 200312 | |
| | | | JP 2000614772 | A | 19990429 | | |
| EP 1175809 | B1 | 20030212 | EP 99922164 | A | 19990429 | 200313 | |
| | | | WO 99EP3019 | A | 19990429 | | |
| DE 69905409 | E | 20030320 | DE 605409 | A | 19990429 | 200327 | |
| | | | EP 99922164 | A | 19990429 | | |
| | | | WO 99EP3019 | A | 19990429 | | |

Priority Applications (No Type Date): WO 99EP3019 A 19990429
Patent Details:
Patent No  Kind Lan Pg   Main IPC    Filing Notes
WO 200067521  A1 E  21 H04R-001/10
    Designated States (National): AE AL AM AT AU AZ BA BB BG BR BY CA CH CN
    CU CZ DE DK EE ES FI GB GD GE GH GM HR HU ID IL IN IS JP KE KG KP KR KZ
    LC LK LR LS LT LU LV MD MG MK MN MW MX NO NZ PL PT RO RU SD SE SG SI SK
    SL TJ TM TR TT UA UG US UZ VN YU ZA ZW
    Designated States (Regional): AT BE CH CY DE DK EA ES FI FR GB GH GM GR
    IE IT KE LS LU MC MW NL OA PT SD SE SL SZ UG ZW
AU 9939309    A        H04R-001/10
BR 9917271    A        H04R-001/10  Based on patent WO 200067521
EP 1175809    A1 E     H04R-001/10  Based on patent WO 200067521
    Designated States (Regional): AT BE CH CY DE DK ES FI FR GB GR IE IT LI
    LU MC NL PT SE
KR 2001110489 A        H04R-001/10
CN 1348672    A        H04R-001/10
JP 2002543725 W     22 H04R-001/10  Based on patent WO 200067521
EP 1175809    B1 E     H04R-001/10  Based on patent WO 200067521
    Designated States (Regional): AT BE CH CY DE DK ES FI FR GB GR IE IT LI
    LU MC NL PT SE
DE 69905409   E        H04R-001/10  Based on patent EP 1175809
                                    Based on patent WO 200067521

  **Cordless**  telephone   headset  **has spring loaded hinge to**  connect

microphone **boom and** loudspeaker **unit**

Abstract (Basic):
...        A **loudspeaker** unit (13) is **connected** to a **microphone** boom
   (14) with a hinge (16) which is placed in front of the face. The hinge is
   loaded with a spring (17). A hook (18) is **connected** directly to the
   **microphone** boom for attaching the **headset** to the user's ear.
...        Cordless **telephone** , **headset** , or cordless **computer** **headset**
      ...
...ear size, irritating pressure is not caused. Since there is no need for
   adjustable parts, **headset** can be mounted to ear simply...

...The figure shows the schematic view of **headset** .
      ...

... **Loudspeaker** unit (13...

... **Microphone** boom (14
...Title Terms: **TELEPHONE ;**


 29/3,K/11    **(Item 10 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

013843428    **Image available**
WPI Acc No: 2001-327641/200134
XRPX Acc No: N01-235703
   **Full-duplex** headset **with anti-feedback function, has circuit which is**
   **switched between primary mode in which** speakers **are ON and secondary**
   **mode in which** microphone **is ON and** speaker **is adjusted**
Patent Assignee: RESOUND CORP (RESO-N)
Inventor: MERCER W J; PUTHUFF S H
Number of Countries: 092  Number of Patents: 002
Patent Family:
Patent No     Kind  Date       Applicat No    Kind   Date       Week
WO 200064216  A1    20001026   WO 2000US10444  A     20000418   200134   B
AU 200044682  A     20001102   AU 200044682    A     20000418   200134

Priority Applications (No Type Date): US 99293837 A 19990419
Patent Details:
Patent No  Kind Lan Pg   Main IPC     Filing Notes
WO 200064216 A1 E   19 H04R-003/00
   Designated States (National): AE AG AL AM AT AU AZ BA BB BG BR BY CA CH
   CN CR CU CZ DE DK DM DZ EE ES FI GB GD GE GH GM HR HU ID IL IN IS JP KE
   KG KP KR KZ LC LK LR LS LT LU LV MA MD MG MK MN MW MX NO NZ PL PT RO RU
   SD SE SG SI SK SL TJ TM TR TT TZ UA UG US UZ VN YU ZA ZW
   Designated States (Regional): AT BE CH CY DE DK EA ES FI FR GB GH GM GR
   IE IT KE LS LU MC MW NL OA PT SD SE SL SZ TZ UG ZW
AU 200044682  A       H04R-003/00   Based on patent WO 200064216


   **Full-duplex** headset **with anti-feedback function, has circuit which is**
   **switched between primary mode in which** speakers **are ON and secondary**
   **mode in which** microphone **is ON and** speaker **is adjusted**

Abstract (Basic):
...        A full-duplex **headset** (30) has earpiece elements (32,34) which
   has **speakers** (54,56) and **microphones** (58,60), respectively. A
   circuit (50,52) is provided in each element to switch between a primary

mode in which both the **speakers** are ON and secondary mode in which the **microphone** is ON for voice pick-up and the **speaker** is adjusted to prevent feedback.

...      A circuit adjusts the **speaker** in element by turning OFF the **speaker** or by reducing **speaker** output. The earpiece element is a portion of **headset** , which are not physically **connected** to each other and operatively **connected** to remote control (36) by wireless **connection** or wired **connection** . A circuit switches to the primary mode which includes reception of binaural audio signals and secondary mode which includes **telephone** call or bidirectional audio link with a **computer** .

      ...

...Full-duplex **headset** with anti-feedback function...

...Since there is physical separation and head shadowing, acoustic feedback of full-duplex **headsets** is reduced, even when **microphone** and **speaker** are located near each other and hence ambient sound can be heard clearly...

...The figure shows the block diagram of full-duplex **headset** .
      ...

...Full-duplex **headset** (30...

... **Speakers** (54,56...

... **Microphones** (58,60
...Title Terms:  **HEADPHONE** ;


 29/3,K/12      (Item 11 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

013817436    **Image available**
WPI Acc No: 2001-301648/200132
Related WPI Acc No: 2001-139083
XRPX Acc No: N01-216522
  **Wireless, hands-free speaking arrangement, having independent** head - set
  **with audio part and operating power supply** connected **with base station
  over radio or infrared transmission path**
Patent Assignee: BUNZEL W (BUNZ-I); JAEHNERT J (JAEH-I)
Number of Countries: 001  Number of Patents: 001
Patent Family:
Patent No    Kind  Date    Applicat No  Kind    Date     Week
DE 20019585    U1  20010412  DE 2000U2019585  U   20001117  200132  B

Priority Applications (No Type Date): DE 2000U2019585 U 20001117
Patent Details:
Patent No  Kind Lan Pg   Main IPC     Filing Notes
DE 20019585  U1    7  H04M-001/62

  **Wireless, hands-free speaking arrangement, having independent** head - set
  **with audio part and operating power supply** connected **with base station
  over radio or infrared transmission path**

Abstract (Basic):
...      The hands-free speaking arrangement includes a **microphone** (4)
  and a sound reproduction device (1), and consists of two separate

components. A transmission- and reception base module remains nearby
the communication instrument, and an independent **head - set** consists
of an audio part, and an operating power supply which is **connected**
with the base station over a transmission path in the High-Frequency
and/or infrared...

...    For coupling with **telephone** system or **computer** arrangement
in form of multimedia communications instrument, such as **PC** ,
work-station, or similar...

... **microphone**  (4
...Title Terms:  **SPEAKER ;**


 29/3,K/13    (Item 12 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

013590258    **Image available**
WPI Acc No: 2001-074465/200109
XRAM Acc No: C01-021311
XRPX Acc No: N01-056698
 **Polymerization equipment for liquid crystalline resin by efficient
 agitation and preparation of liquid crystalline resin having high
 thermoresistance**
Patent Assignee: TORAY IND INC (TORA   )
Number of Countries: 001  Number of Patents: 001
Patent Family:
Patent No    Kind   Date    Applicat No    Kind   Date     Week
JP 2000281795  A   20001010  JP 9991191    A   19990331  200109  B

Priority Applications (No Type Date): JP 9991191 A 19990331
Patent Details:
Patent No  Kind Lan Pg   Main IPC    Filing Notes
JP 2000281795 A    12 C08G-085/00

Abstract (Basic):
...    polymerization equipment of liquid crystalline resin comprises a
    reactor, a polymerization reactor, a transition tube **connecting** these
    reactors and baffle at side wall in the inside of the reactor. The size
    ...
...    transition port, a polymer-discharging port, a mixing equipment
    and a jacket, a transition tube **connecting** these reactors and a
    baffle at side wall in the inside of the reactor. The...

...composition is suitable for electrical and electronic parts, e.g., gear,
    case, sensor, LED lamp, **connector** , socket, resistor, relay case,
    switch, coil bobbin, condenser, case for variable condenser, optical
    pick-up, vibrator, a terminate plate, a transformer, **plug** , a printed
    circuit board, tuner, **speaker** , **microphone** , **headphone** , a
    small-sized motor, a magnetic head base, a power module, housings,
    semiconductor liquid crystal display parts, FDD chassis, FDD cartridge,
    HDD parts, a motor-brushing holder, parabola antenna or **computer**
    -allied parts; optical equipment and precision machine allied parts,
    e.g., VTR parts, magnetic oven...

...compact disc, illumination parts, refrigerator parts, air conditioner
    parts, typewriter parts, word processor parts, office **computer** -allied
    parts, **telephone** -allied parts, facsimile-allied parts, copying
    machine-allied parts, washing jig, oil-less bearings, various kinds of
    bearings, motor parts, microscope, binocular, camera, watch, alternator

USR000646

terminal, alternator **connector** , IC regulator, a potentiometer meter
base, valve for discharging gas, pipes, air intake nozzle snorkel...
...wire harness for transmission, window-washing nozzle, air conditional
panel switch, coil for electromagnetic valve, **connector** for fuse,
horn terminal, insulating plate for electrical parts, step motor rotor,
lamp socket, lamp...


**29/3,K/14      (Item 13 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003 Thomson Derwent. All rts. reserv.

013084255     **Image available**
WPI Acc No: 2000-256127/200022
XRPX Acc No: N00-190439
    Headset **used in telecommunication industry has signal conducting
  circuit which transmits input signals from first device to first** speaker
  **and output signals from** microphones **to respective devices**
Patent Assignee: MCI COMMUNICATIONS CORP (MCIC-N)
Inventor: GOSS R G
Number of Countries: 001  Number of Patents: 001
Patent Family:
Patent No    Kind  Date    Applicat No   Kind   Date    Week
US 6041130   A    20000321 US 98103114   A    19980623 200022  B

Priority Applications (No Type Date): US 98103114 A 19980623
Patent Details:
Patent No  Kind Lan Pg   Main IPC     Filing Notes
US 6041130   A    9 H04R-025/00

    Headset **used in telecommunication industry has signal conducting
  circuit which transmits input signals from first device to first** speaker
  **and output signals from** microphones **to respective devices**

Abstract (Basic):
...      A **speaker** (50) receives input communication signals converted
  to audible communication. **Microphones** (46) receive audible
  communications from the wearer and converts it into output
  communication signals. A signal conducting circuit transmits input
  communication signals from first device to first **speaker** and output
  communication signals from **microphones** to respective devices.
...      **Headset** (34) is mounted on the head of wearer by a mounting
  unit. The **speaker** is **connected** to the mounting unit for holding
  **speaker** adjacent to ear of the wearer. A boom (44) **connects** the
  **microphones** to the mounting unit for holding the **microphones**
  adjacent to the mouth of the wearer...

...Eliminates the need for an agent at a call center to use two separate
  **headsets** , when sending or receiving voice communication via **telephone**
  and **computer** simultaneously. Provides single **headset** unit that
  allows a person to communicate on a **telephone** as well as on Internet
  ...

...The figure illustrates alternate **headset** having two **speakers** in each
  of two earphones...
... **Headset** (34...

... **Microphones** (46...

... **Speakers** (50

USR000647

Title Terms:  **HEADPHONE ;**


 **29/3,K/15**    (Item 14 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

012275484    **Image available**
WPI Acc No: 1999-081590/199907
XRPX Acc No: N99-058675
   **Device in data network – includes registering and identifying each user**
   connected  **to conference unit and downloading programme to user's**
   computer  **to** connect  **user to particular conference**
Patent Assignee: TELEFONAKTIEBOLAGET ERICSSON L M (TELF ); TELIA AB
   (TELI-N)
Inventor: GUSTAFSSON H; KANTER T
Number of Countries: 082  Number of Patents: 004
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|-----------|------|------|-------------|------|------|------|---|
| WO 9859461 | A2 | 19981230 | WO 98SE1203 | A | 19980622 | 199907 | B |
| SE 9702383 | A | 19981224 | SE 972383 | A | 19970623 | 199912 | |
| AU 9879498 | A | 19990104 | AU 9879498 | A | 19980622 | 199921 | |
| SE 514330 | C2 | 20010212 | SE 972383 | A | 19970623 | 200116 | |

Priority Applications (No Type Date): SE 972383 A 19970623
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|-----------|------|-----|-----|----------|--------------|
| WO 9859461 | A2 | E | 11 | H04L-012/18 | |

   Designated States (National): AL AM AT AU AZ BA BB BG BR BY CA CH CN CU
   CZ DE DK EE ES FI GB GE GH GM GW HU ID IL IS JP KE KG KP KR KZ LC LK LR
   LS LT LU LV MD MG MK MN MW MX NO NZ PL PT RO RU SD SE SG SI SK SL TJ TM
   TR TT UA UG US UZ VN YU ZW
   Designated States (Regional): AT BE CH CY DE DK EA ES FI FR GB GH GM GR
   IE IT KE LS LU MC MW NL OA PT SD SE SZ UG ZW

| SE 9702383 | A | | | H04L-012/18 | |
| AU 9879498 | A | | | H04L-012/18 | Based on patent WO 9859461 |
| SE 514330 | C2 | | | H04L-012/18 | |

... **includes registering and identifying each user** connected  **to**
**conference unit and downloading programme to user's** computer  **to**
connect  **user to particular conference**

...Abstract (Basic): A public service **telephone** network (PSTN) (1) is
   **connected** to an Internet protocol (IP) network (3) via a voice gateway
   (5). The IP network...

...the Internet, a company intranet or other network based on the IP, while
   a personal **computer** ( **PC** ) (7) is **connected** through a **telephone**
   line via a call-up **connection** to the IP network. Another **PC** (9) is
   **connected** directly to the IP network and other **computer** types such
   as workstations may be **connected**. To join a group meeting, the
   **computers** must have a **microphone** and a **headset** or a **loudspeaker**.
      ...

...An ordinary **telephone** (11) **connected** to the PSTN may also be used to
   joint the group meeting. The IP network has a number of web pages (13)
   to which terminals (7,9,11) may **connect** and 1 web page is adapted to
   **connect** whoever opens the web page to a multi-party conference unit
   (15). When a user...

USR000648

...Internet browser is opened and the web page is opened and contains a
    programme to **connect** the user's terminal to the group meeting...

...USE - Multi-party **connection** in Internet protocol network
...Title Terms: **CONNECT ;**


 29/3,K/16     (Item 15 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003 Thomson Derwent. All rts. reserv.

012241364    **Image available**
WPI Acc No: 1999-047471/199905
XRPX Acc No: N99-034731
  **Portable and highly integrated multimedia terminal - has flat display,
  transparent sensor surface area with pen,** loudspeakers , microphone ,
  connection **for** headphones **and external** microphone , **power switch,
  keys, voltage supply, and signal conductors for** connection **to** computer

Patent Assignee: SCHMIDT W (SCHM-I)
Number of Countries: 001  Number of Patents: 001
Patent Family:
Patent No    Kind   Date     Applicat No    Kind   Date     Week
DE 29817564   U1   19981217  DE 98U2017564   U    19981001  199905  B

Priority Applications (No Type Date): DE 98U2017564 U 19981001
Patent Details:
Patent No  Kind Lan Pg   Main IPC      Filing Notes
DE 29817564   U1    12 G06F-003/00


...  **has flat display, transparent sensor surface area with pen,**
  loudspeakers , microphone , connection **for** headphones **and external**
  microphone , **power switch, keys, voltage supply, and signal conductors
  for** connection **to** computer

...Abstract (Basic): comprises a flat display for video output, a
   transparent sensor surface area with a pen, **loudspeakers** , a
   **microphone** , a **connection** for **headphones** and an external
   **microphone** , e.g. a **head  set** , a power switch and keys, as well as a
   voltage supply and signal conductors for a **connection** to a **computer**
   . The terminal comprises optionally a video camera, an identification
   module, e.g. chip card reader...

...least 16 bits colour depth and with a maximum of 40 ms response time.
   The **microphone** is, at least of **telephone** quality...

...USE - For combination of **computer** , TV or radio receiver, video
   reproduction, voice- or video **telephone** , image recording and
   processing...
...Title Terms: **LOUDSPEAKER ;**


 29/3,K/17     (Item 16 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003 Thomson Derwent. All rts. reserv.

011742903    **Image available**
WPI Acc No: 1998-159813/199814
XRPX Acc No: N98-126970
  **Adaptive** headset **interface e.g. for** connection **between any host**

USR000649

**terminal and** telephone **headset - has digital signal processor
equipped with modem block over which** headset **can be programmed by call
to** computer **over** telephone **network with instructions and test signals
are transferred between** computer **and** headset **interface**

Patent Assignee: GN NETCOM AS (GNNE-N)
Inventor: LARSEN L
Number of Countries: 079  Number of Patents: 008
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|-----------|------|------|-------------|------|------|------|---|
| WO 9807233 | A1 | 19980219 | WO 97DK289 | A | 19970702 | 199814 | B |
| DK 9600821 | A | 19980131 | DK 96821 | A | 19960730 | 199818 | |
| AU 9732549 | A | 19980306 | AU 9732549 | A | 19970702 | 199830 | |
| DK 172488 | B | 19981005 | DK 96821 | A | 19960730 | 199846 | |
| EP 940007 | A1 | 19990908 | EP 97928136 | A | 19970702 | 199941 | |
| | | | WO 97DK289 | A | 19970702 | | |
| AU 717531 | B | 20000330 | AU 9732549 | A | 19970702 | 200026 | |
| EP 940007 | B1 | 20021016 | EP 97928136 | A | 19970702 | 200276 | |
| | | | WO 97DK289 | A | 19970702 | | |
| DE 69716459 | E | 20021121 | DE 616459 | A | 19970702 | 200302 | |
| | | | EP 97928136 | A | 19970702 | | |
| | | | WO 97DK289 | A | 19970702 | | |

Priority Applications (No Type Date): DK 96821 A 19960730
Patent Details:

| Patent No | Kind Lan Pg | Main IPC | Filing Notes |
|-----------|-------------|----------|--------------|
| WO 9807233 | A1 E 23 | H03G-003/20 | |

  Designated States (National): AL AM AT AU AZ BA BB BG BR BY CA CH CN CU
  CZ DE DK EE ES FI GB GE GH HU IL IS JP KE KG KP KR KZ LC LK LR LS LT LU
  LV MD MG MK MN MW MX NO NZ PL PT RO RU SD SE SG SI SK SL TJ TM TR TT UA
  UG US UZ VN YU ZW
  Designated States (Regional): AT BE CH DE DK EA ES FI FR GB GH GR IE IT
  KE LS LU MC MW NL OA PT SD SE SZ UG ZW

| | | | |
|---|---|---|---|
| DK 9600821 | A | | H04M-001/60 | |
| AU 9732549 | A | | | Based on patent WO 9807233 |
| DK 172488 | B | | H04M-001/60 | Previous Publ. patent DK 9600821 |
| EP 940007 | A1 E | | | Based on patent WO 9807233 |

  Designated States (Regional): AT BE CH DE ES FI FR GB GR IE IT LI LU MC
  NL PT SE

| | | | |
|---|---|---|---|
| AU 717531 | B | H03G-003/20 | Previous Publ. patent AU 9732549 |
| | | | Based on patent WO 9807233 |
| EP 940007 | B1 E | H03G-003/20 | Based on patent WO 9807233 |

  Designated States (Regional): AT BE CH DE ES FI FR GB GR IE IT LI LU MC
  NL PT SE

| | | | |
|---|---|---|---|
| DE 69716459 | E | H03G-003/20 | Based on patent EP 940007 |
| | | | Based on patent WO 9807233 |

**Adaptive** headset **interface e.g. for** connection **between any host
terminal and** telephone headset - ...

**...has digital signal processor equipped with modem block over which**
headset **can be programmed by call to** computer **over** telephone **network
with instructions and test signals are transferred between** computer **and**
headset **interface**

...Abstract (Basic): The interface comprises a port (3, 4) with
  **connections** to a host **telephone** terminal (1) to its normal handset
  **connections** . The interface has a port with **connections** to a
  **loudspeaker** and a **micro**phone . An amplifier has a separate input and
  output amplifiers for the host terminal ports. A...

USR000650

...D and D/A converters for the inputs and outputs of the host terminal and **headset** ports. The processor has a digital processor, the digital calculation of which are programmable. The...

...A power supply unit (21), a clock unit (17) and a memory unit (18) are **connected** to the processor unit...

...The amplifier unit and the processor unit form a receiver and transmitting signal path, **connecting** the inputs and outputs for the host and the **headset** terminals. The processor unit has a modem block (31) and the digital processor can be coupled to a **computer** when a call is made via the modem block to the supplier of a **telephone** service over the **telephone** line, to allow the processor to be adjusted through programming with the coupled **computer** by the user of the **headset** , during which test signals as well as instructions are exchanged between the adaptive interface and the **computer** over the coupled **telephone** line...

...ADVANTAGE - Improved adaptation between  headset  and terminal while taking into account coupled reference  **telephone**  line which is representative of specific country. Adjusts any  **headset**  to suit any host terminal which complies with country-specific standard for apparatus. Simple to...
...Title Terms:  **HEADPHONE** ;


**29/3,K/18     (Item 17 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

010884063    **Image available**
WPI Acc No: 1996-381014/199638
XRPX Acc No: N96-321225
   **Adaptor appts for** connecting  **information device such as**  PC  **with reproducing appts e.g. disk player - has audio signal processing part which performs necessary processing to audio signal obtained from adaptor box and outputs this processed audio signal through output part**
Patent Assignee: SONY CORP (SONY  )
Number of Countries: 001  Number of Patents: 001
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|---|---|---|---|---|---|---|---|
| JP 8185691 | A | 19960716 | JP 94337437 | A | 19941228 | 199638 | B |

Priority Applications (No Type Date): JP 94337437 A 19941228
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|---|---|---|---|---|---|
| JP 8185691 | A | | 6 | G11B-031/00 | |

   **Adaptor appts for** connecting  **information device such as**  PC  **with reproducing appts e.g. disk player**...

...Abstract (Basic): The appts has an adapter box (1) and a  **PC**  card (3) which are  **connected**  to a reproduction appts (50). An input part comprising a  **microphone**  input terminal element (4) and a line input terminal element (5) input an external audio signal to the adapter box. An interface part (16) is  **connected**  between a  **connection**  part (7) and a control part (11) provided in the adapter box...

...An output part comprising a  **head**   **phones**  output terminal (6) and a  **speaker**  (9) outputs the  **audio**  signal to the reproduction appts from

USR000651

the adapter box through the interface part. A PCMCIA interface part
(31) and an another **connector** part (34) are provided in a **PC** (60).
An audio signal processing part (32) provided in **PC** card performs
necessary processing to the audio signal obtained with adapter box. The
processed audio...
...Title Terms: **CONNECT** ;


 29/3,K/19     (Item 18 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

010159940    **Image available**
WPI Acc No: 1995-061193/199508
XRPX Acc No: N95-048635
   Computer **communications device serving as** telephone **or controller -
 has** microphone , loudspeaker **and control keys allowing audio interface
 for** telephone **operation or audio control mode of operation with**
 computer
Patent Assignee: FREADMAN T (FREA-I)
Inventor: FREADMAN T
Number of Countries: 001  Number of Patents: 003
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|-----------|------|------|-------------|------|------|------|---|
| WO 9501698 | A1 | 19950112 | WO 94US7377 | A | 19940630 | 199508 | B |
| EP 663129 | A1 | 19950719 | EP 94921430 | A | 19940630 | 199533 | |
| | | | WO 94US7377 | A | 19940630 | | |
| JP 8501198 | W | 19960206 | WO 94US7377 | A | 19940630 | 199643 | |
| | | | JP 95503637 | A | 19940630 | | |

Priority Applications (No Type Date): US 9386681 A 19930702
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|-----------|------|-----|----|----------|--------------|
| WO 9501698 | A1 | E | 15 | H04M-011/00 | |
| EP 663129 | A1 | E | 15 | H04M-011/00 | Based on patent WO 9501698 |
| JP 8501198 | W | | 12 | H04M-011/00 | Based on patent WO 9501698 |

   Computer **communications device serving as** telephone **or controller...**

...**has** microphone , loudspeaker **and control keys allowing audio
 interface for** telephone **operation or audio control mode of operation
 with** computer

...Abstract (Basic): 10) has a portable housing (12) and an interface (14).
   The interface includes an external **connector** (16) for direct
   communication to a **computer** as well as a socket for reception of a
   **plug** **connected** to a **telephone** line (18). The interface is
   hard-wired to the housing by a cable (20) or is **connected** by a
   wireless link with the aid of antennae (22,24...

...A **microphone** (26) converts sound from an operator into electrical
   signals. A **speaker** (28) and sockets (30) for **headphones** convert
   incoming electrical voice signals into audible sounds to be heard by
   the operator. A manual control key (32) allows the selection and output
   of **sound** through the **speaker** or **headphones** . A keyboard (34) has
   several manually actuated keys for placing a **telephone** call or
   selecting various functions...

...USE/ADVANTAGE - Accessory for **computer** : Enhances productivity of
   operator. Shares **telephone** line. Provides **computer** audio control.

USR000652

Allows use as control centre enabling operator to communicate by voice
with **computer** .

Title Terms: **COMPUTER ;**


 **29/3,K/20      (Item 19 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

010065815      **Image available**
WPI Acc No: 1994-333527/199441
Related WPI Acc No: 1993-386875; 1994-333526; 1997-052717
XRPX Acc No: N94-261713
   **Unidirectional ear** microphone  and  speaker  **combination** - has
   microphone  **and casing in housing with acoustic absorbing support gasket**
   **around casing forming bridge between housing and casing, and**  speaker
   **acoustically decoupled to avoid feedback**
Patent Assignee: JABRA CORP (JABR-N)
Inventor: MCCLENDON C L; NORRIS E G
Number of Countries: 047  Number of Patents: 003
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|-----------|------|------|-------------|------|------|------|---|
| WO 9423521 | A1 | 19941013 | WO 94US3598 | A | 19940401 | 199441 | B |
| US 5373555 | A | 19941213 | US 92881141 | A | 19920511 | 199504 | |
| | | | US 9342416 | A | 19930402 | | |
| AU 9465290 | A | 19941024 | AU 9465290 | A | 19940401 | 199505 | |

Priority Applications (No Type Date): US 9342416 A 19930402; US 92881141 A
   19920511
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|-----------|------|-----|-----|----------|--------------|
| WO 9423521 | A1 | E | 38 | H04M-001/00 | |

   Designated States (National): AT AU BB BG BR BY CA CH CZ DE DK ES FI GB
   HU JP KG KP KR KZ LK LU MD MG MN MW NL NO NZ PL PT RO RU SD SE SI SK UA
   VN
   Designated States (Regional): AT BE CH DE DK ES FR GB GR IE IT LU MC NL
   OA PT SE

| US 5373555 | A | | 16 | H04M-001/00 | CIP of application US 92881141 |
| AU 9465290 | A | | | H04M-001/00 | Based on patent WO 9423521 |

   **Unidirectional ear** microphone  and  speaker  **combination**...

...**has**  microphone  **and casing in housing with acoustic absorbing support**
   **gasket around casing forming bridge between housing and casing, and**
   speaker  **acoustically decoupled to avoid feedback**

...Abstract (Basic): a housing (11) configured at one end for positioning
   within the ear canal with a  **microphone**  compartment complete with a
   **microphone**  (28). The  **microphone**  is contained in a rigid case (25).
   The compartment has two openings forming sound transmission ports
   passing ambient sound waves to the  **microphone** .
        ...
...to the user's skull. A support gasket forms a bridge between the
   housing, the  **microphone**  case and the  **microphone** . The signal output
   from the  **microphone**  is coupled to the audio circuit for processing...

...USE/ADVANTAGE - **Telephone**  **headset** . Isolates voice of the  **speaker**
   from all extraneous, background noise. Does not require  **insertion**  of
   device into ear canal. Hands free duplex communication without feedback

USR000653

...Abstract (Equivalent): The ear piece is supported at an ear and provides
  **microphone** which detects only sounds generated within the immediate
  vicinity of the skull of a user...

...at the ear canal of the user. The housing includes an interior surface
  defining a **microphone** compartment. A **microphone** is positioned
  within the **microphone** compartment and compares a rigid case having an
  exterior surface and an active **microphone** element contained within
  the rigid case. The **microphone** compartment includes at least two
  openings in the housing forming sound transmission ports operable to
  pass ambient sound waves to the **microphone** . The openings are
  respectively positioned at opposite sides of the **microphone** element
  for enabling cancellation of acoustical waves representing distant
  background sound which enters the compartment...
...relatively adjustable with respect to and positioned around the rigid
  case which contains the active **microphone** element to form a bridge
  between the rigid case and the housing...

...with full duplex and enable hands free communication and direct voice
  command by user through **computer** modems, **telephone** networks and
  other communication systems...
...Title Terms: **MICROPHONE** ;


29/3,K/21       (Item 20 from file: 350)
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

009980989   **Image available**
WPI Acc No: 1994-248703/199430
XRPX Acc No: N94-196507
  **Voice activated control system for hospital bed - enables patient to use
  simple voice commands to control hospital ward functions including
  selected bed movement, and has control card with operational relay switch
  devices**
Patent Assignee: DOUGLAS T L (DOUG-I)
Inventor: DOUGLAS T L
Number of Countries: 001  Number of Patents: 001
Patent Family:

| Patent No | Kind | Date | Applicat No | Kind | Date | Week | |
|---|---|---|---|---|---|---|---|
| US 5335313 | A | 19940802 | US 91801257 | A | 19911203 | 199430 | B |

Priority Applications (No Type Date): US 91801257 A 19911203
Patent Details:

| Patent No | Kind | Lan | Pg | Main IPC | Filing Notes |
|---|---|---|---|---|---|
| US 5335313 | A | | 30 | G10L-007/08 | |

...Abstract (Basic): The voice-actuated **speaker** -dependent control system
  for use with a hospital bed having patient related devices has a
  **computer** including a monitor, a keyboard. The **computer** motherboard
  comprises a main central processor unit having a floppy-disk drive and
  a video...

...A controller card is **connected** to the motherboard and to the
  patient-related devices and functions as an interface between them, and
  is also **connected** to the device for recognising a user-patient's
  voice. A teaching device teaches the system to recognise instructions
  from the patient's voice. A **headset** assembly which is worn by the
  patient-user, has a **microphone** for use as a conventional **telephone**
  transmitter for transmitting voice input to the device for patient

USR000654

voice recognition and to the...


**29/3,K/22      (Item 21 from file: 350)**
DIALOG(R)File 350:Derwent WPIX
(c) 2003  Thomson Derwent. All rts. reserv.

008481380   **Image available**
WPI Acc No: 1990-368380/199049
XRPX Acc No: N90-280931
  **Portable hybrid communication system - integrates personal** computer ,
  **cellular transmitter, modem, and** speaker - phone **into case with
  facility for external** connections
Patent Assignee: SPECTRUM INFORM TEC (SPEC-N)
Inventor: OSULLIVAN H M
Number of Countries: 001  Number of Patents: 001
Patent Family:
Patent No    Kind   Date    Applicat No   Kind   Date     Week
US 4972457    A   19901120  US 89301521    A   19890119  199049  B

Priority Applications (No Type Date): US 89301521 A 19890119

...  **integrates personal** computer , **cellular transmitter, modem, and**
  speaker - phone **into case with facility for external** connections

...Abstract (Basic): The system includes a personal **computer** , a cellular
   transceiver, a **speaker   phone** , and a hybrid communications control
   unit. The system has **connectors** for attaching a **headset** , cellular
   control unit, land **telephone** line, and additional **speakers** and
   **microphones** . The microprocessor-controlled hybrid communications
   control unit includes a modem, a data access arrangement, and...

...communications components and provides, under program control, the
   proper protocols, level, and impedance matching to **connect** the modem,
   **speaker  phone  headset** ,  **speaker / microphone** , or cellullar
   control unit to the landline or to the cellular network via the
   transceiver...

...Matching and switching operations are automatic and transparent to the
   user. The unit can also **connect** two of the terminal devices or
   **connect** the cellular and landlines for call relaying. The device is
   capable of **connecting** several calls at the same time. The hybrid
   communications control unit may be controlled by its internal firmware,
   by toggle switches, or by commands issued from the person **computer** .
       ...

...same time, or provide two voice channels at same time, one channel being
   over public **telephone** network and one channel being over cellular
   network
...Title Terms:  **COMPUTER** ;
?

USR000655

```
File   2:INSPEC 1969-2003/May W1
         (c) 2003 Institution of Electrical Engineers
File   6:NTIS 1964-2003/May W2
        ·(c) 2003 NTIS, Intl Cpyrght All Rights Res
File   8:Ei Compendex(R) 1970-2003/May W1
         (c) 2003 Elsevier Eng.  Info. Inc.
File  34:SciSearch(R) Cited Ref Sci 1990-2003/May W1
         (c) 2003 Inst for Sci Info
File  35:Dissertation Abs Online 1861-2003/Apr
         (c) 2003 ProQuest Info&Learning
File  65:Inside Conferences 1993-2003/May W1
         (c) 2003 BLDSC all rts. reserv.
File  94:JICST-EPlus 1985-2003/May W1
         (c)2003 Japan Science and Tech Corp(JST)
File  95:TEME-Technology & Management 1989-2003/Apr W4
         (c) 2003 FIZ TECHNIK
File  99:Wilson Appl. Sci & Tech Abs 1983-2003/Mar
         (c) 2003 The HW Wilson Co.
File 144:Pascal 1973-2003/May W1
         (c) 2003 INIST/CNRS
File 233:Internet & Personal Comp. Abs. 1981-2003/Apr
         (c) 2003 Info. Today Inc.
File 434:SciSearch(R) Cited Ref Sci 1974-1989/Dec
         (c) 1998 Inst for Sci Info
File 583:Gale Group Globalbase(TM) 1986-2002/Dec 13
         (c) 2002 The Gale Group .
File.603:Newspaper Abstracts 1984-1988
         (c)2001 ProQuest Info&Learning
File 483:Newspaper Abs Daily 1986-2003/May 12
         (c) 2003 ProQuest Info&Learning
? ds
```

| Set | Items | Description |
|-----|-------|-------------|
| S1 | 455441 | TELEPHONE? OR PHONE? |
| S2 | 8665 | S1 AND (HANDSET OR HAND()SET) |
| S3 | 1595088 | CONNECT? OR INSERT? OR PLUG? |
| S4 | 4222881 | COMPUTER? OR WORKSTATION OR PC OR LAPTOP |
| S5 | 3227 | SOUND()CARD? OR SOUNDCARD? |
| S6 | 19597 | (TWO OR 2)(3N)WIRE? |
| S7 | 100722 | SPEAKER? OR LOUDSPEAKER? OR (LOUD OR AUDIO OR MUSIC OR SOU- ND)(3N)SPEAKER? |
| S8 | 29020 | MICROPHONE? OR MICRO()PHONE? |
| S9 | 17 | INPUT()OUTPUT(3N)JACK? |
| S10 | 24124 | INTERNET AND TELEPHONE? |
| S11 | 285 | S2 AND S3 AND S4 |
| S12 | 3 | S11 AND S5 |
| S13 | 0 | S12 NOT PY=>1997 |
| S14 | 1 | RD S12 (unique items) |
| S15 | 30 | S3 AND S10 AND S5 |
| S16 | 0 | S15 AND S6 |
| S17 | 11 | S15 AND S7 AND S8 |
| S18 | 8 | S17 NOT S12 |
| S19 | 8 | RD S18 (unique items) |
| S20 | 13 | S11 AND S7 AND S8 |
| S21 | 10 | S20 NOT (S12 OR S17) |
| S22 | 8 | RD S21 (unique items) |
| S23 | 6 | S11 AND S6 |
| S24 | 3 | S23 NOT (S20 OR S12 OR S17) |
| S25 | 3 | RD S24 (unique items) |
| S26 | 700 | S1 AND S7 AND S8 |
| S27 | 38 | S26 AND S5 |

USR000656

```
S28      27    S27 NOT (S23 OR S20 OR S12 OR S17)
S29      14    S28 NOT PY=>1997
S30      14    RD S29 (unique items)
S31       0    MICROPHONE(1W)IN AND SPEAKER(1W)OUT AND S2
S32       0    S2 AND S9
S33      73    (HEADSET?? OR HEAD()SET?? OR HEADPHONE? OR HEAD()PHONE?) A-
               ND S3 AND S4 AND S7
S34      13    S33 AND S5
S35      11    S34 NOT (S27 OR S23 OR S20 OR S12 OR S17)
S36       7    S35 NOT PY=>1997
S37       7    RD S36 (unique items)
S38      12    (HEADSET?? OR HEAD()SET?? OR HEADPHONE? OR HEAD()PHONE?) A-
               ND S1 AND S4 AND S5
S39       8    S38 NOT (S34 OR S27 OR S23 OR S20 OR S12 OR S17)
S40       1    S39 NOT PY=>1997
```

USR000657

14/3,K/1    (Item 1 from file: 2)
DIALOG(R)File    2:INSPEC
(c) 2003 Institution of Electrical Engineers. All rts. reserv.

5840362    INSPEC Abstract Number: B9804-6210L-009, C9804-5620W-001
  **Title: A** telephone **adapter for Internet telephony systems**
   Author(s): Foo, S.; Yeo, C.K.; Hui, S.C.
   Author Affiliation: Sch. of Appl. Sci., Nanyang Technol. Inst., Singapore
   Journal: Microprocessors and Microsystems    vol.21, no.4    p.213-21
   Publisher: Elsevier,
   Publication Date: 30 Dec. 1997  Country of Publication: UK
   CODEN: MIMID5  ISSN: 0141-9331
   SICI: 0141-9331(19971230)21:4L.213:TAIT;1-Y
   Material Identity Number: M242-98002
   U.S. Copyright Clearance Center Code: 0141-9331/97/$17.00
   Language: English
   Subfile: B C
   Copyright 1998, IEE

  **Title: A** telephone **adapter for Internet telephony systems**
   ...Abstract: a step closer to being a viable replacement of the
conventional telephony system, an Internet telephone adapter (ITA) is
proposed to interface a conventional **telephone** to the host **computer** .
With the ITA, there is no longer the need for the current practice of using
the host **computer** 's microphone as the audio input and the internal or
external speaker as the audio output to carry out a conversation. Users are
able to dial an Internet **telephone** number to make a **connection** , be
notified of an incoming Internet call through ringing of the **telephone**
set, and carry out a conversation using the conventional **telephone**
**handset** . This paper describes the design and development of an ITA which
is **connected** to the parallel port of the host **computer** and optionally,
to an existing **sound** **card** in the host **computer** . This will allow the
ITA to be used as a stand-alone device or in conjunction with a **sound**
 **card** to support full-duplex real-time voice communication across the
Internet.
   Identifiers: **telephone** adapter...
 ?

USR000658

19/3,K/1　　(Item 1 from file: 2)
DIALOG(R)File　2:INSPEC
(c) 2003 Institution of Electrical Engineers. All rts. reserv.

5446462　INSPEC Abstract Number: B9701-6210L-177, C9701-7410F-090
　Title: The promise and threat of Internet telephony and regulation
　Author(s): Naftel, M.
　Journal: Computer Law and Security Report　vol.12, no.6　p.372-81
　Publisher: Elsevier,
　Publication Date: Nov.-Dec. 1996　Country of Publication: UK
　CODEN: CLSRE8　ISSN: 0267-3649
　SICI: 0267-3649(199611/12)12:6L.372:PTIT;1-7
　Material Identity Number: I919-96006
　Language: English
　Subfile: B C
　Copyright 1996, IEE

　Title: The promise and threat of Internet telephony and regulation
　Abstract: Internet telephone communications can be accomplished by
using at least a 486 personal computer or its equivalent, with 8 Mb RAM, a
sound card , a modem, enabling software, speakers , a microphone , and
Internet access. Software in effect can allow sound to be converted to
digits, briefly captured on the hard drive of a computer, and sent via the
Internet to a destination, where the process can be reversed. The
potential of the Internet to deliver real time telephone service
throughout the world is perceived as a threat by telephone companies.
This is particularly so since for the cost of Internet access alone, a
user can theoretically connect to anywhere in the world. As Internet
access is often provided on a flat rate basis, at least in the US, the
price for Internet telephony is quite attractive compared with existing
prices for domestic long distance or international calls. It has been
estimated that the average cost for computer to computer domestic long
distance Internet telephony in the US is one to three cents a minute,
while traditional long distance...

...22 cents per minute. Some businesses with large volumes of international
calls are already trying Internet telephony as a means of holding down
telephone costs. If the technical difficulties with Internet telephony
are resolved, making it an efficient alternative to traditional telephone
calling, telephone companies might lose a great deal of revenue. The
legal implications and government responses to...
　...Descriptors: Internet ;
　Identifiers: Internet telephony...

... Internet telephone communications...

... Internet access...

...real time telephone service...

... telephone companies...

...computer to computer domestic long distance Internet telephony...

... telephone costs

19/3,K/2　　(Item 1 from file: 233)
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

USR000659

00666425   02SO07-019
    Internet **telephony -- Say goodbye to Baby Bells**
    Sweet, Michael
    Smart Computing in Plain English , July 1, 2002 , v13 n7 p68-69, 2
Page(s)
    ISSN: 1093-4170


    Internet **telephony -- Say goodbye to Baby Bells**
    Talks about **Internet** telephony, also known as Voice over **Internet**
Protocol (VoIP), technology which lets users place long-distance
**telephone** calls from their PC to another PC or to an old-fashioned
1 telephone . Says that placing a long-distance call over the **Internet** is
much less expensive than using a phone company's long-distance service, and
it is easy to set up the PC for **Internet** phone calls. Cites hardware
requirements: PC with at least a 200MHz processor running Windows 95 or a
newer operating system; full-duplex **sound card** , **speakers** , and headset
with an attached **microphone** ; **Internet connection** , preferably cable or
Digital Subscriber Line (DSL). Suggests downloading a VoIP program from an
**Internet** phone service provider or taking advantage of **Internet**
telephony features of popular instant messaging services. Includes a photo
and a screen display. (MEM)
    Descriptors: Telephony; **Internet** Protocols; **Telephone** ;
Telecommunications; Online Services; Instant Messaging


    **19/3,K/3     (Item 2 from file: 233)**
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00474828   97PM10-032
    **Make calls on the Net**
    Schwerin, Rich
    PC/Computing , October 1, 1997 , v10 n10 p160, 1 Page(s)
    ISSN: 0899-1847
    Company Name: Integrated Technology USA;  InterAct Accessories
    URL: http://www.iti2000.com  http://www.interact-acc.com
    Product Name: CompuNet 2000;  WorldTalk **Internet** Phone


    Product Name: CompuNet 2000;  WorldTalk **Internet** Phone
    ... 2000 ($179) from Integrated Technology USA (800, 201) and a very
unfavorable review of WorldTalk **Internet** Phone ($49) from InterAct
Accessories (800, 410), two **Internet telephone** packages. CompuNet 2000
includes a keyboard and a phone hybrid and is bundled with VocalTec
**Internet** Phone 3.2, which is more than a year old. **Internet** Phone
requires a full-duplex **sound card** and includes a **microphone** , add-on
**speakers** , outdated software, and a cheap, injection-mold plastic phone.
In testing, the reviewer found that ``voice quality on both phones is
actually worse than a bad, static-filled cellular **connection** .'' These
products do not justify their prices. For now, a user's existing
**microphone** and **speakers** , together with free **Internet** telephony
applications like Microsoft NetMeeting 2.0, provide equivalent performance.
Includes one photo and one...
    Descriptors: Telecommunications; Bundled Software; **Internet** ; **Sound
Cards** ; **Web** Tools
    Identifiers: CompuNet 2000;  WorldTalk **Internet** Phone; Integrated
Technology USA;  InterAct Accessories


    **19/3,K/4     (Item 3 from file: 233)**

USR000660

DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00462167   97PW06-031
    **Internet** **phones** **take** **on** **Ma** **Bell** **-- Sick of paying long-distance**
**charges?** **We** **review** **nine** Internet **phones** **that let you call anyone in the**
**world for virtually nothing**
    Bass, Steve;  Silvius, Susan;  McDonald, Glenn
    PC World , June 1, 1997 , v15 n6 p165-178, 8 Page(s)
    ISSN: 0737-8939

    **Internet** **phones** **take** **on** **Ma** **Bell** **-- Sick of paying long-distance**
**charges?** **We** **review** **nine** Internet **phones** **that let you call anyone in the**
**world for virtually nothing**
    .Presents a buyers' guide to nine **Internet** phones, products that allow
users to contact anyone in the world.at no charge, except...

... the problems with these devices are the call quality is well below that
of  standard **telephones** , the person being called must be online and using
the same software the caller is...

... troubleshooting will be required to get  acceptable sound quality.
Includes a sidebar discussing programs that **connect** a computer to a real
**telephone** using  the  **Internet**  while  another  sidebar  discusses the
limitations  of  **Internet**  videoconferencing. Explains that  **Internet**
phones require a Windows PC, a **sound**  **card** and **speakers** , a
**microphone** , and a modem. A table summarizes the features of the **Internet**
phones tested and the results of subjective testing of the phones are also
include Includes...
    Descriptors:  **Telephone** ;    **Internet Service Providers** ;    **Internet** ;
Software Review; Vendor Guide; Window Software

    **19/3,K/5     (Item 4 from file: 233)**
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00438286   96PI10-215
    **Net2Phone** **makes** **the** **call** **-- Net2Phone** connects   Internet **calls to**
**circuit-switchcard** telephone **systems, but you won't hear a.pin drop**
    Hill, Jon
    PC Magazine , October 22, 1996 , v15 n18 p58, 1.Page(s)
    ISSN: 0888-8507
    Company Name: IDT
    Product Name: Net2Phone

    **Net2Phone** **makes** **the** **call** **-- Net2Phone** connects   Internet **calls to**
**circuit-switchcard** telephone **systems, but you won't hear a pin drop**
    Presents a mixed review of Net2Phone (free online), an **Internet** phone
program  from IDT Corp. of Hackensack, NJ (800). Runs on IBM PC compatibles
with  4MB  RAM,  1MB  hard disk space, Windows 3.1 or 95, a **sound**   **card** ,
**speakers**  , **microphone** , and a PPP **Internet**   **connection** . Explains that
Net2Phone completes the link between the packet-switched **Internet** and the
traditional  **telephone**  system, enabling you to call any **telephone** from
your computer. Indicates that you  must  use  an  IDT debit card to use
Net2Phone...
    Descriptors: Telephony; **Telephone** ;   **Internet** ; Window Software;
Software Review; Telecommunications

USR000661

19/3,K/6      (Item 5 from file: 233)
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00426116   96WC06-014
   **Reach out and touch someone you don't know**
   Hacker, Scot
   Windows Sources , June 1, 1996 , v4 n6 p82, 1 Page(s)
   ISSN: 1065-9641
   Company Name: Voxware
   Product Name: TeleVox

   Presents  a  favorable  review  of  Voxware TeleVox ($NA), an  **Internet
 telephone**  program  for  Windows  3.1 and Windows 95, available free from
Voxware  of  Skillman,  NJ  (609).  Requires a  **sound   card** with **speakers**
 and  a  **microphone**  .  Features a detailed status window, Caller ID, Call
Blocking, and private meeting rooms. Also includes...

 ...chat window and file-transfer capabilities. Comments that TeleVox offers
good  sound  quality  and  speedy  **connections** , and very few dropouts were
experienced  during  testing.  Warns that pending FCC regulations may limit
the  future  of  **Internet**  phone  tools,  making these programs obsolete.
However, suggests that this free program is a good...
   Descriptors:  Telecommunications;  **Internet** ;  Voice  Synthesis;
 Software Distribution; Window Software; Software Review; Telephony


 19/3,K/7     (Item 1 from file: 583)
DIALOG(R)File 583:Gale Group Globalbase(TM)
(c) 2002 The Gale Group. All rts. reserv.

09022435
TELE2 FORST MED PHONE DOUBLER
  SWEDEN: TELE2 USES ERICSSON EQUIPMENT
NUtvUrlden (YYU)    18/1998  p.06
Language: SWEDISH

The  Swedish  **telephone**  operator  company Tele2 has been using equipment
supplied  by  Ericsson since October 1998. This equipment makes it possible
to  be  **connected**  to the  **Internet**  and at the same time use one's phone
for incoming and outgoing calls. However...

 ...on the phone one has to use the computer which is why a so-called  **sound
   card** ,  **speaker**  and  **microphone**  are  required.  What is more, the
subscriber  will  have  to  use  Tele2's  **Internet**  service.  Ericsson's
equipment is called Phone Doubler and this is the first time in...

PRODUCT:  Computers & Auxiliary Equip **Telephone**  Communications


 19/3,K/8     (Item 2 from file: 583)
DIALOG(R)File 583:Gale Group Globalbase(TM)
(c) 2002 The Gale Group. All rts. reserv.

09018347
Keppel Bank upgrades Net service
  SINGAPORE: KEPPEL EXTENDS  **INTERNET**  BANKING
The Straits Times (XBB)    13 Nov 1998  p.86
Language: ENGLISH

USR000662

SINGAPORE: KEPPEL EXTENDS **INTERNET** BANKING

Keppel Bank of Singapore has expanded its **Internet** banking service to allow more personalised services. With one **Internet connection**, Keppel Bank customers will be able to access the online banking web pages and use the **Internet telephone** software. They can also speak to bank officers directly over the **Internet** while doing their banking online. However, they will need Microsoft Meeting 2.1 software, which is available free from the bank, a **sound card**, **speakers** and a **microphone connected** to a computer. The system is designed and implemented by Hewlett-Packard. Keppel Bank will...

22/3,K/1    (Item 1 from file: 2)
DIALOG(R)File  2:INSPEC
(c) 2003 Institution of Electrical Engineers. All rts. reserv.

7042831    INSPEC Abstract Number: B2001-10-6220C-002
    **Title:  A  single  chip  terminal  solution  for  high-end**  telephone
**applications**
    Author(s): Nair, V.; Erdmann, M.; Mishra, S.; Povazanec, J.; Shaligram,
A.; Hu Chun Feng
    Author Affiliation: Microelectron. Design Centre, Infineon Technol.,
Singapore
    Conference Title: Proceedings of the IEEE 2001 Custom Integrated Circuits
Conference (Cat. No.01CH37169)  p.417-20
    Publisher: IEEE, Piscataway, NJ, USA
    Publication Date: 2001  Country of Publication: USA    582 pp.
    ISBN: 0 7803 6591 7    Material Identity Number: XX-2001-01143
    U.S. Copyright Clearance Center Code: 0 7803 6591 7/2001/$10.00
    Conference Title: Proceedings of the IEEE 2001 Custom Integrated Circuits
Conference
    Conference Sponsor: IEEE Solid State Circuits Soc.; Electron Devices Soc
    Conference Date: 6-9 May 2001  Conference Location: San Diego, CA, USA
    Language: English
    Subfile: B
    Copyright 2001, IEE
    **Title:  A  single  chip  terminal  solution  for  high-end**  telephone
**applications**
    Abstract: The single chip **telephone** IC, INCA (INfineon Codec with U/sub
PN/ transceiver and embedded microcontroller featuring Acoustic echo...

... chip is a smart acoustic echo cancellation and suppression algorithm,
which allows comfortable full-duplex **speakerphone** conversations.
Different digital interfaces allow **connection** to a variety of devices,
including a 12 Mb/s USB (Universal Serial Bus) interface for **PC** host
communication. The basic application of the INCA is in terminal equipment,
where **microphone** , **loudspeaker** , headset and **handset** can be **connected**
directly to the analog front end. Additionally the INCA provides a
mechanism to control other U/sub PN/ terminals. This mode allows one to
cascade U/sub PN/ **telephones** via its IOM-2 (ISDN Oriented Modular)
interface. The INCA is a 0.35 mu...
    ...Descriptors: **telephone** sets
    ...Identifiers: high-end **telephone** applications...

...full-duplex **speakerphone** conversations...


22/3,K/2    (Item 1 from file: 6)
DIALOG(R)File  6:NTIS
(c) 2003 NTIS, Intl Cpyrght All Rights Res. All rts. reserv.

0510013 NTIS Accession Number: PB-243 230/0/XAB
    **Portable Remote Pilot Terminal**
    (Patent Application)
    Long, L. E. ; Hubbard, R. M. ; Hilborn, E. H. ; Vrabel, J. D. ; Canniff,
J. F.
    Department of Transportation, Washington, D.C.
    Corp. Source Codes: 403753
    Report No.: PAT-APPL-590 192; DOT/CASE-TSC-10068
    Filed 25 Jun 75   13p
    Document Type: Patent
    Journal Announcement: GRAI7519

USR000664

Government-owned invention available for licensing. Copy of application available NTIS. Order this product from NTIS by: phone at 1-800-553-NTIS (U.S. customers); (703)605-6000 (other countries); fax at (703)321-8547; and email at orders@ntis.fedworld.gov. NTIS is located at 5285 Port Royal Road, Springfield, VA, 22161, USA.
NTIS Prices: PC A02/MF A01

... data entered and a tone generator for generating tones representing the entered data. A data **speaker** and a **microphone** are coupled to the data module and are positioned for interface to a conventional **telephone handset** . **Connected** to receive and record audio signals from the **microphone** is a tape recorder and the various components of the system are interconnected by a...

... plans into the data module which transmits the information in digital form to a central **computer** via **telephone** lines.


**22/3,K/3    (Item 1 from file: 233)**
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00558490   00S001-006
    **Talk is cheap -- Save money by placing your long-distance** phone **calls through the Internet**
    Cranford-Petelle, Buffy
    Smart Computing in Plain English , January 1, 2000 , v11 n1 p30-32, 3 Page(s)
    ISSN: 1093-4170
    Company Name: Aplio; CT&R; visitalk.com
    URL: http://www.aplio.com http://www.ezfone.com http://www.visitalk.com

    Product Name: Aplio/ **Phone** ; COMPRO EZfone; visitalk.com

    **Talk is cheap -- Save money by placing yo**ur long-distance phone **calls through the Internet**
    Product Name: Aplio/ **Phone** ; COMPRO EZfone; visitalk.com
    ... three Internet telephony options. Explains different methods for making calls over the Internet, such as **PC** -to- **PC** , using Internet Protocol (IP). Mentions the additional requirements such as **connection** to an Internet service provider (ISP), an external **microphone** and **speakers** , or a headset combo. Recommends visitalk.com (free), a voice and video service that provides simple and free **phone** calls. Explains how to register and receive software and how the service works. Describes the Aplio/ **Phone** ($199) from Aplio Inc. (888) as a device that **connects** to a **telephone** and routes calls through the Internet. Points out that both sender and **receiver** must have the product. Says that the COMPRO EZfone Internet Telephony Kit ($149) from CT...

    ...an Intel 486 or faster processor, 16MB of RAM, Windows 95 or 98, an ISP **connection** , and a Touch-Tone **phone** . Includes two photos, one screen display, and one product source guide. (amg)
    Identifiers: Aplio/ **Phone** ; COMPRO EZfone; visitalk.com; Aplio; CT&R ; visitalk.com


**22/3,K/4    (Item 2 from file: 233)**
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

USR000665

00462804    97WN06-025
**Bad software spoils a good modem: Practical Peripherals External 336 Voice/Data/Fax** Speakerphone **Modem**
Powell, James E
Windows Magazine , June 1, 1997 , v8 n6 p180, 1 Page(s)
ISSN: 060-1066
Company Name: Practical Peripherals
Product Name: Practical Peripherals External 336 Voice/Data/Fax **Speakerphone** Modem

**Bad software spoils a good modem: Practical Peripherals External 336 Voice/Data/Fax** Speakerphone **Modem**
Product Name: Practical Peripherals External 336 Voice/Data/Fax **Speakerphone** Modem
Presents a mixed review of the Practical Peripherals External 336 Voice/Data/Fax **Speakerphone** Modem ($179), a telephony modem from Practical Peripherals (800, 770). Runs with IBM **PC** compatibles with Windows 3.x or 95. Indicates that this 33.6 Kbps modem has a built-in **microphone** and **speaker** at a good level, with power, **phone** , external-**handset** , nine-pin serial-cable **connections** at the rear along with external- **speaker** and **microphone** jacks. Reports that the External 336 sends and receives faxes at up to 14.4Kbps and data up to 33.6Kbps; and says **speaker** and **microphone** quality is very good. Features include support for V.34, LAP-M, and MNP 2...
Identifiers: Practical Peripherals External 336 Voice/Data/Fax **Speakerphone** Modem; Practical Peripherals


**22/3,K/5    (Item 3 from file: 233)**
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00406020    95PQ12-006
**The C- Phone gets an A-plus**
Freed, Les
PC Magazine-Network Edition , December 5, 1995 , v14 n21 pNE23-NE26, 2 Page(s)
ISSN: 0888-8507
Company Name: Target Technologies
Product Name: C- **Phone** Video Conferencing System

**The C- Phone gets an A-plus**
Product Name: C- **Phone** Video Conferencing System
Presents a very favorable review of the C- **Phone** Video Conferencing System ($1,995 per **workstation** ), a videoconferencing system from Target Technologies Inc., Wilmington, NC (910). The system includes a monitor-mounted camera/ **speaker** / **microphone** unit, a video interface module, an ISA interface card, and a **telephone** **handset** . It requires a Windows **PC** with 4MB RAM, a Network Interface card, and a video card with a VESA feature **connector** . The system works on 10Base-T or 10Base2 networks and adds no traffic to LANs...
Identifiers: C- **Phone** Video Conferencing System; Target Technologies


**22/3,K/6    (Item 4 from file: 233)**
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00382078    95PI04-263
**C-** Phone

USR000666

Chen, Steven C M
PC Magazine , April 25, 1995 , v14 n8 p251-252, 2 Page(s)
ISSN: 0888-8507
Company Name: Target Technologies
Product Name: C- **Phone**

C- Phone
Product Name: C- **Phone**
   Presents   a   favorable   review   of   C-  **Phone**     ($1,995  per  node),  a
videoconferencing  package  from  Target  Technologies Inc., Wilmington, NC
(800, 910). The package includes a color camera with built-in **speakerphone**
/  **microphone**  ,  an  interface  module  that  syncs  audio  and  video,
videoconferencing software, and a  **handset** . It requires a 386DX or better
 **PC**  with VGA (with VESA feature **connector** ), Windows 3.1, and a LAN. Over
its proprietary PBX-style network, using UTP category...
   Descriptors:   Teleconferencing;   **Computer**   Conferencing;   Hardware
Review
   Identifiers: C- **Phone** ;  Target Technologies


 **22/3,K/7**     (Item 1 from file: 583)
DIALOG(R)File 583:Gale Group Globalbase(TM)
(c) 2002 The Gale Group. All rts. reserv.

03360493
NEC AMERICA LAUNCHES M4700, M3700 AND P9100  **TELEPHONES**
   US - NEC AMERICA LAUNCHES M4700, M3700 AND P9100   **TELEPHONES**
Cellular Business (CBS)    0 March 1990  p95
ISSN: 0741-6520

NEC AMERICA LAUNCHES M4700, M3700 AND P9100  **TELEPHONES**
   US - NEC AMERICA LAUNCHES M4700, M3700 AND P9100  **TELEPHONES**

NEC  America  has  launched  the  M4700,  featuring  hands-free  answering,
automatic  **connection**  of calls after two rings, and an automatic message
recorder, which displays numeric or caller...

... alphanumeric memory,  expanded  spectrum  capability,  and  long-distance
restriction  so that unauthorised use of the  **phone**  is limited. Its secret
memory prevents unathorised access to special speed dial numbers. Its AM...

... on  and off during conversations, a horn signals incoming calls, and up
to four different  **telephone**  numbers can be registered. Also new is the
M3700, which has most of the features...
... 16-character number LCD display. Placing and receiving calls is made
easier  by  a dual  **telephone**  number option. NEC America has also launched
the P9100, a cellular portable which may be...

...car. It features on-dash mounting capability, alphanumeric display of up
to 40 names and  **phone**  numbers, two separate  **phone**  numbers, last number
re-dial,  call duration timer option, and extended spectrum capability. The
P9100...

...Cd battery and carrying strap. The P9110, has the same equipment as well
as external  **microphone**  , vehicle trickle charge,  **handset**  for private
 **telephone**  calls and a vehicle adapter allowing hands-free operation. The
P9130 comes with this equipment...

... operated at  3 W while inside the car. A rapid desktop charger, travel
charger, external  **speaker**  and interface for use with  **computer**  and fax

are optional accessories.


**22/3,K/8     (Item 1 from file: 483)**
DIALOG(R)File 483:Newspaper Abs Daily
(c) 2003 ProQuest Info&Learning. All rts. reserv.

06026474      SUPPLIER NUMBER: 54579464
**Internet Talk Is Cheap, but There's a Price to Pay in Quality and Service;
  Telephony:  PC -voice calls, live Web chat and discount  phone  networks
  hampered by poor sound, inconvenience--but improving.**
Hiltzik, Michael A
Los Angeles Times, p 1
 Jun 1, 2000
  ISSN:  0458-3035        NEWSPAPER CODE:  ANGE
 ; Newspaper article
 LANGUAGE:  English        RECORD TYPE:  ABSTRACT

 ...**Talk Is Cheap, but There's a Price to Pay in Quality** and Service;
  **Telephony:  PC** -voice calls, **live Web chat and discount**  phone  **networks
  hampered by poor sound, inconvenience--but improving.**

ABSTRACT:  The catch with these **PC** -to- **PC**  services is that users who
want to be  **connected**  must download.the same  **plug** -in and arrange to be
online together. That can be tough without an always-on Internet
**connection** , such as a cable modem, DSL line or an office  **connection** .
Numerous companies are using data networks to provide domestic and
international  **phone** -to- **phone**  service at a discount, which varies by
country. DeltaThree, for example, bills calls to Mexico...

...Europe are closer: 16 cents for DeltaThree and 17 cents for AT&T. Other
Internet  **phone**  services match or improve on DeltaThree's rates.   Voice
quality on  **PC** -originated calls is often a poor substitute for the clarity
of land lines. Not only...

...and delays because of the technology of compressing sound to travel over
the Internet, but  **computer**  audio equipment--often a  **microphone**  and
**speakers**  rather than a  **handset**  or headset--is typically of poor quality,
degrading the sound. The experience is even worse if the user is on a slow
**connection**  to the Internet such as a dial-up modem.
?

USR000668

25/3,K/1    (Item 1 from file: 2)
DIALOG(R)File  2:INSPEC
(c) 2003 Institution of Electrical Engineers. All rts. reserv.

02629204   INSPEC Abstract Number: B86023584, C86018910, D86000876
 **Title: A** plug  **to outmode modems (Plessey Dataplug)**
  Author(s): Shain, M.
  Journal: PC: The Independent Guide to IBM Personal Computers (UK Edition)
     vol.3, no.2  p.35
  Publication Date: Feb. 1986  Country of Publication: UK
  CODEN: PIGCDO  ISSN: 0267-4815
  Language: English
  Subfile: B C D


 **Title: A** plug  **to outmode modems (Plessey Dataplug)**
  Abstract: Th  **PC** 's  relationship with the PABX for corporate planning
needs  to  be  assessed  now  that  the  **PC** has become the accepted office
 **workstation** . It is now possible to combine voice and data over the same
 **two    wires** with a new device that Plessey is now marketing called the
Dataplug. This small box...

 ... around  Pounds  200, the price of an inexpensive modem, and takes input
from  both  the  **telephone    handset** and a data terminal such as the  **PC** ,
but it only needs one wire to a BT wall socket. The Dataplug has two...
  ...Identifiers:  **telephone    handset** ;


 25/3,K/2    (Item 1 from file: 483)
DIALOG(R)File 483:Newspaper Abs Daily
 (c) 2003 ProQuest Info&Learning. All rts. reserv.

06154664    SUPPLIER NUMBER: 59369499
 **Sprint offering wireless Web in Metro Detroit**
Ramirez, Charles E
Detroit News, p C.4
 Aug 31, 2000
NEWSPAPER CODE: DETN
DOCUMENT TYPE: News; Newspaper article
LANGUAGE: English    RECORD TYPE: ABSTRACT

...ABSTRACT: offer business users who subscribe to its $49.99 or above
monthly Free & Clear cellular  **phone** plans unlimited use of its wireless
Web browser for an additional $40 a month. They...

...is making the offer available through Dec. 31.   Later in the month,
Sprint will offer  **wireless** Web business users  **two    wireless** modems.
The devices are programed with a cellular  **phone** number and can  **connect**
 **laptop    computers** to corporate  **computer** networks or the Internet. One
-- dubbed the AirCard --  **connects    computers** to the Internet without a
cellular  **phone** or data cables and costs $399. The other hooks up to a
cellular  **phone    hand    set** and costs $99.
...DESCRIPTORS: Cellular  **telephones**


 25/3,K/3    (Item 2 from file: 483)
DIALOG(R)File 483:Newspaper Abs Daily
(c) 2003 ProQuest Info&Learning. All rts. reserv.

05162100
 **Finding Your Way In the Tangled World Of Wireless Service**

USR000669

Jaroslovsky, Rich
Wall Street Journal, Sec B, p 1, col 1
Aug 13, 1998
ISSN: 0099-9660          NEWSPAPER CODE: WSJ
DOCUMENT TYPE: Commentary; Newspaper
LANGUAGE: English          RECORD TYPE: ABSTRACT
LENGTH: Long (18+ col inches)

ABSTRACT: In the **PC** world, you're either a Windows person or a Mac
person. But in the wireless...

...while the same service may be sold under different names in different
areas. There are **two** broad categories of **wireless** service: analog, in
which your voice is carried through the air via radio waves, and...

...PCS for personal communications services, comes in many flavors, and
they aren't complementary. Your **phone** can become useless if you wander
out of reach of a network using its particular technology. GSM: Recipients
of our test **phone** calls, using a service marketed in the New York area by
Omnipoint, felt the sound...

...on a different frequency, you can still use your service while overseas
by transferring a **plug** -in card that contains your **phone** number and
other information into a compatible **handset** .
?

USR000670

30/3,K/1    (Item 1 from file: 99)
DIALOG(R)File  99:Wilson Appl. Sci & Tech Abs
(c) 2003 The HW Wilson Co. All rts. reserv.

2074912 H.W. WILSON RECORD NUMBER: BAST95069508
**The changing face of amateur radio**
Bible, Steven R;
QST v. 79 (Nov. 1995) p. 68
DOCUMENT TYPE:  Feature Article ISSN:  0033-4812

...ABSTRACT:  computers connected to the Internet via a modem and a piece
of software called Internet **Phone** , it is possible for computer operators
to speak to one another from distant locations.  The only other hardware
needed are a **sound   card** , **speakers** , and a **microphone** . This mode of
communication has no license requirements, no antenna, no interference
problems, and no...


 30/3,K/2    (Item 2 from file: 99)
DIALOG(R)File  99:Wilson Appl. Sci & Tech Abs
(c) 2003 The HW Wilson Co. All rts. reserv.

1236782 H.W. WILSON RECORD NUMBER: BAST95032370
**Net hijacks international** phone **calls**
Arthur, Charles;
New Scientist v. 146 (Apr. 22 '95) p. 6
DOCUMENT TYPE:  Feature Article ISSN:  0262-4079

**Net hijacks international** phone **calls**

...ABSTRACT:  New Jersey, that allows people to use the Internet to make
long-distance and international **phone** calls for the cost of a local call
could cause **phone** companies to take a drop in profits.  The software
itself costs $49 and needs a powerful PC with a **microphone** , a **sound
card** , **speakers** , and a modem to run.  However, it appears that neither
British Telecom nor Mercury is...

DESCRIPTORS:  ... **Telephone** --;


 30/3,K/3    (Item 1 from file: 233)
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00429397   96H007-012
    **Voice commands (and sound multimedia): NEC Ready 9617**
    Busch, David D
    HomePC , July 1, 1996 , v3 n7 p169, 1 Page(s)
    ISSN: 1073-1784
    Company Name: NEC
    Product Name: NEC Ready 9617

    ... and  data  fax/modem.  Indicates that the NEC Ready 9617 provides an
Opti 930 wavetable **sound   card** , an Alliance ProMotion video/MPEG card, a
**microphone**   , and two  high-quality 8-watt **speakers** . Bundled software
includes  Microsoft  Works,  Money, Publisher, Encarta 96 and Explorapedia;
various children's programs...

... the  computer  what to do. Notes that you can also use remote control to
perform **phone**  and  fax  functions on this PC, commends its performance.

USR000671