Rates the NEC Ready 9617 four...


30/3,K/4    (Item 2 from file: 233)
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00427138    96NG06-008
    **The    Internet**    phone    **craze -- 7 inventions for making cheap
long-distance calls**
    Reichard, Kevin; King, Nelson
    NetGuide , June 1, 1996 , v3 n6 p52-58, 6 Page(s)
    ISSN: 1078-4632

    **The    Internet**    phone    **craze -- 7 inventions for making cheap
long-distance calls**
    Presents a buyers' guide to Internet **phone** utility programs. Features
a table comparing the platform, price, and style of seven products from
seven companies. Contains vendor contact information. Says the products
require a 16-bit **sound card , speakers** , and a **microphone** and are
differentiated mainly through their compression schemes. Adds that the
endorsement of Metavoice for...
    Descriptors:    **Telephone ;**    Vendor Guide;    Internet;    Software Review;
Telecommunications;    Audio Processing


30/3,K/5    (Item 3 from file: 233)
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00394203    95MT08-012
    **Could you get that for me? -- Too much to do in too little time? Check
out the first wave of telephony boards, the hottest new PC peripherals. We
test five of...**
    Meyer, Gordon
    Multimedia World , August 1, 1995 , v2 n9 p78-82, 5 Page(s)
    ISSN: 1073-4759
    Company Name: Best Data Products; Boca Research; Creative Labs; IPC;
Spectrum Signal
    Product Name: Best Data Products Ace 5000; Boca Research
SoundExpression 14.4; Creative Labs **Phone** Blaster; IPC Media Magic
Telemetry 32; spectrum Signal OfficeFX

    Product Name: Best Data Products Ace 5000; Boca Research
SoundExpression 14.4; Creative Labs **Phone** Blaster; IPC Media Magic
Telemetry 32; spectrum Signal OfficeFX
    Presents a buyers' guide to telephony boards, add-ins that combine fax
modems with **sound cards** . Features a table comparing five products from
five manufacturers on price, chip- or DSP-based, modem speed, synthesizer
type, CD-ROM support, **microphone** included, **speakerphone** type, pager
notification, and upgrade options. Included are: Ace 5000 ($249) from Best
Data Products...

... three out of five stars; SoundExpression 14.4 ($199) from Boca Research
(407), three stars; **Phone** Blaster ($299) from Creative Labs (800), four
stars; Media Magic Telemetry 32 ($279) from IPC...
    Identifiers: Best Data Products Ace 5000; Boca Research SoundExpression
14.4; Creative Labs **Phone** Blaster; IPC Media Magic Telemetry 32;
spectrum Signal OfficeFX; Best Data Products; Boca Research; Creative
...

USR000672

**30/3,K/6     (Item 4 from file: 233)**
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00375419    95PM02-010
   **Voice mail on a shoestring: SoundExpression 14.4VSp**
   Taschek, John
   PC/Computing , February 1, 1995 , v8 n2 p72, 1 Page(s)
   ISSN: 0899-1847
   Company Name: Boca Research
   Product Name: SoundExpression 14.4VSp

   ... 4VSp ($199), a multi-purpose card which incorporates a 14.4
voice-capable fax modem, **sound card** , and answering machine, from Boca
Research (407). Says the card includes a 16-bit SoundBlaster-compatible
**sound card** , interfaces for most CD-ROM drives, a voice chip which adds
**speaker phone** and answering machine features, bundled utility and
faxing software, and optional **microphone** and **speaker** add-ons. Complains
that the card is tricky to install, noting interrupt problems in testing...


**30/3,K/7     (Item 5 from file: 233)**
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00369823    94HO12-017
   **IBM Aptiva 530**
   Fulton, Sean
   HomePC , December 1, 1994 , v1 n6 p234, 1 Page(s)
   ISSN: 1073-1784
   Company Name: IBM Corp.
   Product Name: Aptiva 530

   ... of RAM, a 420MB hard disk drive, a double-speed CD-ROM drive, a
Wavetable **sound card** , a Super VGA video card, a 15-inch non-interlaced
monitor, 30-watt external **speakers** , and 18 software titles. Says that the
system automatically restores the work that a user has finished in the
event of a power failure, and it answers **phone** calls even when the
computer is turned off. Adds that it has a **microphone** , and voice
recognition capabilities. However, says that some users may not like its
external design...
   Descriptors: Microcomputer System;  Hardware Review;  80486;  Color
Display;  **Speakers** ;  CD-ROM Drive


**30/3,K/8     (Item 6 from file: 233)**
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00369821    94HO12-015
   **Compaq Presario CDS 860**
   Fulton, Sean
   HomePC , December 1, 1994 , v1 n6 p230, 1 Page(s)
   ISSN: 1073-1784
   Company Name: Compaq Computer
   Product Name: Compaq Presario CDS 860

   ...ROM drive, an enhanced VGA card, a 15-inch non-interlaced monitor, an

USR000673

FM synthesis **sound   card** , 1-watt external **speakers** , a **microphone** and
14 software titles. Says that the system comes with an alternative to the
Windows program manager, has an attractive software selection, and has a
**telephone** -answering system. However, says its mini-tower design is
awkward, its **speakers** produce poor quality **sound** , and it has a lengthy
software installation. Considers it ``a multimedia computer designed
specifically for...
    Descriptors: Microcomputer System;   Hardware Review;   80486SX;   Color
Display;   **Speakers** ;   CD-ROM Drive


**30/3,K/9    (Item 7 from file: 233)**
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00369565   94PI12-259
    Phonetic **Engine 500 Speech Recognition System**
    Holzer, Elizabeth H
    PC Magazine , December 20, 1994 , v13 n22 p218-219, 2 Page(s)
    ISSN: 0888-8507
    Company Name: Speech Systems
    Product Name: **Phonetic** Engine 500 Speech Recognition System

    Phonetic **Engine 500 Speech Recognition System**
    Product Name: **Phonetic** Engine 500 Speech Recognition System
    Presents a favorable review of the **Phonetic** Engine 500 Speech
Recognition System ($995), a voice-recognition development program from
Speech Systems Inc...

...better with 8MB RAM, 20MB hard disk space, and Windows 3.0 or later. A
**microphone** and **sound   card** are included. It provides tools for
building voice-aware applications in C, C++, and Microsoft...

...Basic. It supports any Windows applications that can call DLL functions,
including databases. It is **speaker** -independent, supports continuous
speech, and comes with a simple development environment, a Windows DLL, a
...
    Identifiers: **Phonetic** Engine 500 Speech Recognition System; Speech
Systems


**30/3,K/10    (Item 8 from file: 233)**
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00369471   94PI12-232
    **Compaq Presario CDS 520 Model 420**
    Flanagan, William P
    PC Magazine , December 20, 1994 , v13 n22 p184, 1 Page(s)
    ISSN: 0888-8507
    Company Name: Compaq Computer
    Product Name: Compaq Presario CDS 520 Model 420

    ... reviewed included 8MB RAM (expandable to 64MB, 422MB hard disk,
double-speed CD-ROM drive, **sound     card** , modem, **sound   card** , and
**speakers** . The system is very easy to set up as it is all in one piece,
with integrated **speakers** and **microphone** . Expandability is mixed, there
are two free ISA slots but no free drive bays. Preloaded...

... startup and allow the user to configure the Compaq Operator's message

USR000674

center, which provides **phone** , fax, and answering machine capabilities.
All benchmark scores were below average for this system except...


**30/3,K/11    (Item 1 from file: 583)**
DIALOG(R)File 583:Gale Group Globalbase(TM)
(c) 2002 The Gale Group. All rts. reserv.

06354959
3-month Net access with NEC's V, Ve series
   SINGAPORE: NEW PERSONAL COMPUTERS FROM NEC
The Straits Times (XBB)    21 Aug 1996  COMPUTER TIMESP.38
Language: ENGLISH

... personal computers in Singapore. The PCs feature an NEC MultiSpin 8X
CD-ROM drive, Creative **Phone** Blaster 28.8Kbps **sound** **card** and fax
modem, **microphones** and **speakers** . In addition, they are Novell NetWare,
Windows 95 Plug and Play, and EPA energy saving...


**30/3,K/12    (Item 2 from file: 583)**
DIALOG(R)File 583:Gale Group Globalbase(TM)
(c) 2002 The Gale Group. All rts. reserv.

06239492
Human 5 organs join the development of 3C products
   TAIWAN: TWO NEWLY INVENTED 3C PRODUCTS
Commercial Times (XKC)    05 Dec 1995  p.14
Language: CHINESE

Non-defining **speaker** Chinese Phonology Recognition System for Personal
Computer' and 'Optical Hand-written Chinese Reading system' are...

... Recognition System can recognise vocabulary of 1000, especially human's
voice after the installation of **sound** **card** and **microphone** . New words
can be added and the accuracy of this system is about 95%. The speed of the
system is rapid, within 1 second. The system is suitable for **telephone**
auto-dialling, personal sound information consultation or sound instruction
control. The Optical Reading system has...


**30/3,K/13    (Item 3 from file: 583)**
DIALOG(R)File 583:Gale Group Globalbase(TM)
(c) 2002 The Gale Group. All rts. reserv.

06149566
Cheap **phone** calls on Net
   HONGKONG: INTERNET OFFERS CHAP CALLS ILLEGALLY
South China Morning Post (XKT)    08 May 1995  p.5
Language: ENGLISH

Cheap **phone** calls on Net

Internet in Hong Kong is offering global **telephone** calls for a fraction
of the fee charged by Hong Kong Telecom (HKT), although HKT has an
exclusive licence for international calls under the Telecommunications
Ordinance. Using the Internet **Phone** software program, a **microphone** ,
**sound** **card** and **speakers** , Internet users can call someone else with
the program anywhere in the world for between...

USR000675

**30/3,K/14      (Item 1 from file: 483)**
DIALOG(R)File 483:Newspaper Abs Daily
(c) 2003 ProQuest Info&Learning. All rts. reserv.

03940711
**Ringing in the new**
Bray, Hiawatha
Boston Globe, p 79, col 5
Mar 10, 1996
 ISSN: 0743-1791          NEWSPAPER CODE:  BG
DOCUMENT TYPE:  News; Newspaper
LANGUAGE:  English        RECORD TYPE:  ABSTRACT
LENGTH:  Long  (18+ col inches)

ABSTRACT:  With an Internet account, a **sound    card** , **speakers** and a
**microphone** , computer users can make **telephone** calls around the world
without paying long-distance rates.  At this point, the practice is...

...DESCRIPTORS:   **Telephone** service
?

USR000676

37/3,K/1      (Item 1 from file: 233)
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00421206    96DG04-010
    **Sound Blaster AWE32 PnP**
    Thomas, Dave
    Digital Video Magazine , April 1, 1996 , v4 n4 p49-50, 2 Page(s)
    ISSN: 1075-251X
    Company Name: Creative Labs
    Product Name: Creative Labs Sound Blaster AWE32 PnP

    Presents a favorable review of the Sound Blaster AWE32 PnP ($250), a **PC**
audio board from Creative Labs of Milpitas, CA (408). Requires a
386SX-based **PC** or better with 4MB RAM, full-length 16-bit slot, **speakers**
or  **headphones** , DOS 5.0 or later, and Windows 3.1 or later. Says it is a
...

...powerful board. Adds that it includes 512K RAM for sound samples as well
as a  **connection**  for a daughterboard that can expand its polyphony to 64
voices. Comes with sound-manipulation...
    Descriptors: Audio Processing;   Hardware Review;   **Sound    Cards** ;
Digital Audio;  Bundled Software

37/3,K/2      (Item 2 from file: 233)
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00421205    96DG04-009
    **Sound Blaster 32 PnP**
    Thomas, Dave
    Digital Video Magazine , April 1, 1996 , v4 n4 p49, 1 Page(s)
    ISSN: 1075-251X
    Company Name: Creative Labs
    Product Name: Creative Labs Sound Blaster 32 PnP

    Presents a   favorable   review of the Sound Blaster 32 PnP ($170), a **PC**
audio board from Creative Labs of Milpitas, CA (408). Requires a 386-based
**PC**  or better with 4MB RAM, a full-length 16-bit slot, **speakers**  or
**headphones**  , DOS 5.0 or later, and Windows 3.1 or later. Says it delivers
excellent...

...drivers for DOS, Windows 3.x, and Windows 95 as well as all the standard
**connectors** . Also includes SIMM sockets for loading additional sounds, and
features digital sampling software. However, says...
    Descriptors: Audio Processing;   Hardware Review;   **Sound    Cards** ;
Bundled Software;  Digital Audio

37/3,K/3      (Item 3 from file: 233)
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00409417    96HO03-019
    **Maxi Sound Multimedia Keyboard -- Key change (sounds like  PC  major)**
    Busch, David D
    HomePC , January 3, 1996 , v3 n3 p182, 1 Page(s)
    ISSN: 1073-1784
    Company Name: Maxi Switch

USR000677

Product Name: Maxi Sound Multimedia Keyboard

**Maxi Sound Multimedia Keyboard -- Key change (sounds like** PC **major)**
   ... DOS from Maxi Switch (520). Says that this keyboard places a pair of Altec-Lansing **speakers** , an omnidirectional microphone, volume control, and mike and **headphone** jacks at your fingertips. States that it offers great sound, fine stereo separation, a 3...

...side-to-side fader, no independent channel volume controls, has only one thick cable for **connecting** keyboard, **sound card** input/output, and a power **connector** . Says it also requires an AC adapter. Concludes that it is a top-flight keyboard...
   Descriptors: Keyboard; **Speakers** ; **Sound** ; **Music** ; Hardware Review


**37/3,K/4    (Item 4 from file: 233)**
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00396334    95PI09-027
   **IBM 17S/S**
   Fikes, Brian
   PC Magazine , September 12, 1995 , v14 n15 p166, 1 Page(s)
   ISSN: 0888-8507
   Company Name: IBM Personal **Computer** Co.
   Product Name: IBM 17S/S

   Company Name: IBM Personal **Computer** Co.
   ...review of the IBM 17S/S ($1,410), a 17-inch monitor from IBM Personal **Computer** Co., Somers, NY (800). The monitor is designed for multimedia and videoconferencing users, as it includes a built-in microphone, internal stereo **speakers** , **headphone** and microphone jacks, and a cable to **connect** to a **sound card** and camera input. In benchmark testing, its performance was only average, so clearly the price...
   Identifiers: IBM 17S/S; IBM Personal **Computer** Co.


**37/3,K/5    (Item 5 from file: 233)**
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00367611    94EL11-003
   **One-upping your old** PC **-- Straight advice about multimedia upgrade kits**
   Holzberg, Carol S
   Electronic Learning , November 1, 1994 , v14 n3 p42-46, 4 Page(s)
   ISSN: 0278-3258
   Company Name: Creative Labs; MediaVision
   Product Name: Discovery CD 16; Super Deluxe Multimedia Kit

   **One-upping your old** PC **-- Straight advice about multimedia upgrade kits**
   Presents a buyers' guide to two multimedia upgrade kits for IBM **PC** compatibles. Says that the development of the **Plug** and Play standard may reconcile installation and compatibility problems. Provides a pictorial description on how...

   ... Vision , of Fremont, CA (800); and favorable reviews of each product. Includes price, hardware platform, **sound card** , synthesizer, maximum audio resolution/sampling rate, FM voices, joystick port/MIDI port,

USR000678

microphone/ **headphones** , CD-ROM player, **headphone** jack, volume control, **speakers** , cables included, bundled software, and warranty. Includes a table, 10 photos and a sidebar. (ACD)

**37/3,K/6     (Item 6 from file: 233)**
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00300588    93PI01-077
    **Microsoft's Cinemania on CD-ROM: everything but popcorn for film buffs**
    Trivette, Don
    PC Magazine , January 12, 1993 , v12 n1 p485, 1 Page(s)
    ISSN: 0888-8507
    Company Name: Microsoft
    Product Name: Cinemania

    ... ROM from Microsoft Corp., Redmond, WA (800, 206). The package requires a 386SX or better **PC** with 2MB RAM, Microsoft Windows 3.0 or later with CD-ROM extensions, a CD-ROM drive, **sound card** and **speakers** or headphone . It includes reviews of 19,000 movies from 1914 through 1991; biographies of 3,000...

    ... control metaphor and is easy to use. The software includes an excellent search engine. Hyper- **connections** and hot links allows multiple branching--while reading a review, the user can click on...

**37/3,K/7     (Item 7 from file: 233)**
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00294128    92CO11-034
    **Media Vision Audioport**
    English, David
    COMPUTE , November 1, 1992 , v14 n10 p130-132, 2 Page(s)
    ISSN: 0194-357X
    Company Name: Media Vision
    Product Name: Audioport

    Presents a favorable review of Media Vision Audioport ($199), a **sound card** that **plugs** into a parallel port from Media Vision of Fremont, CA (800, 510). Runs on IBM **PC** compatibles. Features include volume control, 1/8-inch microphone input, audio output jacks, and a built-in 1 1/2-inch **speaker** . Says the Audioport has Thunder Board circuitry as well as Sound Blaster and Ad Lib...

    ...Calls Audioport a good compromise between portability and sound quality, given that the user can **plug** in **headphones** or external **speakers** . However, there is no parallel-port pass-through allowing both the Audioport and a printer...
    ?

USR000679

40/3,K/1      (Item 1 from file: 233)
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00426724   96CZ06-016
    **Free speech? -- CyberChat**
    Fischer, Andy
    Computer Life , June 1, 1996 , v3 n6 p118, 1 Page(s)
    ISSN: 1076-9862
    Company Name: IPC Peripherals
    Product Name: CyberChat


    Presents  a  very unfavorable review of CyberChat ($129.95), an Internet
 **telephone**   from  IPC Peripherals (800, 510). Runs on IBM  **PC**  compatibles
with  Windows  3.x.  Requires  a  modem and full SLIP connection through an
Internet service provider. Features a full-duplex  soundcard , a  **headset** ,
and  VocalTec's  Internet   **Phone**   Software.  Ostensibly, CyberChat allows
conversations  to  be  more  like   **phone**   calls  rather  than  the
``walkie-talkie'' experience offer most boards. Unfortunately, all existing
 **soundcards**   must  be  out in order to install the CyberChat board, which
provides onl modest quality...
    Descriptors:      **Telephone**     ;     Internet;     Hardware    Review;
 Telecommunications
?

USR000680

**WEST**

☐ | Generate Collection |   | Print |

L2: Entry 2 of 3          File: TDBD          Jul 1, 1998

TDB-ACC-NO: NNRD411107

DISCLOSURE TITLE: Method for Sending E-mail through an Ordinary Telephone Handset

PUBLICATION-DATA:
Research Disclosure, July 1998, UK

VOLUME NUMBER: 41
ISSUE NUMBER: 411
PUBLICATION-DATE: July 1, 1998 (19980701)

CROSS REFERENCE: 0374-4353-41-411-0

DISCLOSURE TEXT:

Disclosed is a method for providing for Internet e-mail transmission over the standard telephone network through an ordinary telephone handset. A server also connected to the telephone network is used to convert DTMF (Dual Tone Multi-Frequency) signals generating using the telephone keypad into e-mail messages. As in conventional methods for transmitting e-mail, each user has an e-mail address within a specific Internet domain address. With the new method, each Internet domain, the e-mail ID within a domain, and common phrases are all coded as numeric messages. Optionally, a large vocabulary may be encoded as numeric data, with the encoding process being facilitated through the use of a hand-held translation device not needing communication capabilities.

The server is a standard (IVR Interactive Voice Response) unit, which accepts input in the form of DTMF signals, and which plays back voice prompts for the user. The server may be commercial system or a peripheral device within the public switched telephone network. For example, e-mail transmission is begun when the user dials a phone-based e-mail facility server. Next, the server prompts the user for the destination domain, and the user presses the telephone buttons in a sequence sending a numeric message representing the destination domain, such as "ibm.com." Next, the server prompts the user for the destination id/address, and the user sends a numeric message representing this information, such as "johndoe@ibm.com." Next, the server prompts the user for the sender domain, and the user sends a numeric message representing this information, such as "prodigy.com." Next, the server prompts the user for the sender id/address, and the user sends a numeric message representing this information, such as "smith@prodigy.com." Next, the server prompts the user for the message, and the user sends a numeric message representing this information, such as "Safely reached home. "

SECURITY: Use, copying and distribution of this data is subject to the restictions in the Agreement For IBM TDB Database and Related Computer Databases. Unpublished - all rights reserved under the Copyright Laws of the United States. Contains confidential commercial information of IBM exempt from FOIA disclosure per 5 U.S.C. 552(b)(4) and protected under the Trade Secrets Act, 18 U.S.C. 1905.

COPYRIGHT STATEMENT: The text of this article is Copyrighted (c) IBM Corporation 1998. All rights reserved.

USR000681

**WEST**

☐ [ Generate Collection ]  [ Print ]

L4: Entry 3 of 25                    File: TDBD                    Jan 1, 1996

TDB-ACC-NO: NN9601393

DISCLOSURE TITLE: Apparatus for Attachment of Multiple Devices to a Notebook Computer

PUBLICATION-DATA:
IBM Technical Disclosure Bulletin, January 1996, US

VOLUME NUMBER: 39
ISSUE NUMBER: 1
PAGE NUMBER: 393 - 394

PUBLICATION-DATE: January 1, 1996 (19960101)

CROSS REFERENCE: 0018-8689-39-1-393

DISCLOSURE TEXT:

This document contains drawings, formulas, and/or symbols that will not appear on line. Request hardcopy from ITIRC for complete article. Disclosed is apparatus allowing the attachment of multiple communication devices to an opening of limited accessability on a notebook computer. This apparatus provides for the connection of radio antennas, for an interface to the Public Switched Telephone Network (PSTN) through a Direct Access Arrangement (DAA), and for the attachment of a handset for voice communication over the Advanced Mobile Phone System (AMPS) cellular network or over the PSTN. The telephone "hook switch" function is provided by a pushbutton, allowing the user to answer incoming calls with the computer in an open or closed position.

The Figure is an exploded isometric view of this apparatus, together with a note book computer 10 having a side opening 12 through which access to two antenna OSX jacks (not shown) and a 15-pin, sub-miniature, low-profile connector (also not shown) is provided. One of the OSX jacks is used for a diversity antenna (not shown), while the other OSX jack is used for a transmit/receive dipole antenna (also not shown). The 15-pin connector provides multiple interfaces to the DAA, handset, and hook switch features. This apparatus includes a side housing 14, providing a cable path with internal cable separation. An extending arm 16 of this housing 14 protects the antenna cables (not shown) while avoiding system controls 18. This housing 14 is used with a steel flange 20 configured to engage the side 22 of computer 10. This apparatus also includes a Y-connector 24 having a 9-pin DIN connector 26 for connection to the PSTN network, an RJ-9 jack 28 for connection to a conventional handset, and a pushbutton hook switch 30. This Y-connector 24 fits on a bracket 32, within an outer cover 34, with apertures 36 providing external access to the connectors 26, 28 and to the pushbutton switch 30. A thumbscrew 38 engages the side housing 14. With the computer display 42 either open or closed, the user answers an incoming call by depressing the pushbutton hook switch 30. When a call is completed, the user depresses the switch 30 to end the call. In this way, a mobile user with the display 42 closed can answer an incoming call without opening the computer and without activating an application. When communication applications requiring the use of this apparatus are not being used, external cover 34 may be removed, along with Y-connector 24 and bracket 32, by loostening thumbscrew 38. A cover 40 is then snapped in place over side housing 14, keeping dust and other foreign objects out of the computer 10. This cover 40 also includes an end slot 42, which is used to install the antenna OSX connectors (not shown) on a Cellular Digital Packet Data (CDPD) logic unit (also not shown) within the computer 10.

SECURITY: Use, copying and distribution of this data is subject to the restictions in the Agreement For IBM TDB Database and Related Computer Databases. Unpublished - all rights reserved under the Copyright Laws of the United States. Contains confidential commercial information of IBM exempt from FOIA disclosure per 5 U.S.C. 552(b)(4) and protected under the Trade Secrets Act, 18 U.S.C. 1905.

COPYRIGHT STATEMENT: The text of this article is Copyrighted (c) IBM Corporation 1996. All rights reserved.

USR000682

## WEST

☐ | Generate Collection | | Print |

L4: Entry 5 of 25                              File: TDBD                              Dec 1, 1995

TDB-ACC-NO: NN9512355

DISCLOSURE TITLE: Employing Speech Recognition through Common Telephone Equipment

PUBLICATION-DATA:
IBM Technical Disclosure Bulletin, December 1995, US

VOLUME NUMBER: 38
ISSUE NUMBER: 12
PAGE NUMBER: 355 - 356

PUBLICATION-DATE: December 1, 1995 (19951201)

CROSS REFERENCE: 0018-8689-38-12-355

DISCLOSURE TEXT:

This document contains drawings, formulas, and/or symbols that will not appear on line. Request hardcopy from ITIRC for complete article. Disclosed is a speech recognition system connected between a telephone handset and a telephone wall outlet. This method avoids requiring the usage of a separate microphone for speech recognition tasks or the replacement of a standard telephone handset with a specialized device.

The Figure is a block diagram of this system, which is installed when the user disconnects his telephone handset 1 from the wall outlet 2, plugs it in to an RJ-11 connector available on a computing system 3 with speech recognition capabilities, and connects another telephone cord 4 to extend between the computing system and the wall outlet. The computing system 3 includes a microprocessor 5, memory 6, speech recognition software 7, an analog to digital convertor 8, and, optionally, a digital signal processor 9. After the system is installed, when the user picks up the handset 1, he hears a dial tone and can dial in the conventional manner, as the computing system 3 is silent on the line.

Alternately, the user can depress a specific key sequence, such as "," or speak a specific word, such as "computer," causing the system 3 to drop the dial tone, waiting for a recognizable command, such as "call" followed by the name of a person listed in system memory 6. The system then places the call. In an alternate implementation of the system, the dial tone is suppressed when the handset 1 is picked up, and the user issues a command to call a specific person or to get an outside line, with a dial tone. The computing system 3 is also used to trap incoming calls immediately, or after a pre-determined number of rings, providing the message transmission and recording functions of a conventional telephone answering machine and using speech recognition capabilities to answer simple questions. Certain command sequences or code words allow an authorized user to retrieve stored messages and to log onto the system to access computer applications. As office and home telephones are routed through computers in this manner, users can add various additional voice-driven programs, such as word processing, spreadsheets, games, and calendar management. When the computing system 3 is powered off, or during a power outage, telephone handset 1 is electrically connected to line 4, so that the handset can be used as a normal telephone.

SECURITY: Use, copying and distribution of this data is subject to the restictions in the Agreement For IBM TDB Database and Related Computer Databases. Unpublished - all rights reserved under the Copyright Laws of the United States. Contains confidential commercial information of IBM exempt from FOIA disclosure per 5 U.S.C. 552(b)(4) and protected under the Trade Secrets Act, 18 U.S.C. 1905.

COPYRIGHT STATEMENT: The text of this article is Copyrighted (c) IBM Corporation 1995. All rights reserved.

USR000683

# WEST

☐  Generate Collection    Print

L4: Entry 6 of 25                    File: TDBD                    Aug 1, 1995

TDB-ACC-NO: NN9508107

DISCLOSURE TITLE: Mounting Microphone Arrays on Computer and Television Displays

PUBLICATION-DATA:
IBM Technical Disclosure Bulletin, August 1995, US

VOLUME NUMBER: 38
ISSUE NUMBER: 8
PAGE NUMBER: 107 - 108

PUBLICATION-DATE: August 1, 1995 (19950801)

CROSS REFERENCE: 0018-8689-38-8-107

DISCLOSURE TEXT:

This document contains drawings, formulas, and/or symbols that will not appear on line. Request hardcopy from ITIRC for complete article. Disclosed is the attachment of several microphones to the front and/or sides of a computer or television display. The Figure is a front elevational view of a preferable configuration, in which microphones 1 are attached around a display screen 2 in upper left, upper right, and lower center positions. Alternately, microphones may be attached similarly around the flat screen of a laptop computer or around a horizontal flat screen lying along the top surface of a desk. Signals from the microphones are provided as inputs to Analog to Digital Converter (ADC) circuits, which in turn provide inputs to a Digital Signal Processor (DSP), to a microprocessor, or to a coprocessor for noise cancellation. A resulting signal is then passed to a speech recognition system, a voice annotation system, a natural language processing application, or another type of application program. This arrangement provides an envelope of speech recognition, in which words spoken by the user can be recognized, extending outward from the display screen 2. The limits of the envelope can also be used to eliminate noise from other sources, such as a computer keyboard, a telephone, a door, and an air conditioning vent, which may interfere with the speech recognition process.

In the simplest configuration, separate controls are not provided for varying the characteristics of the speech recognition envelope, which is therefore adjusted by moving the screen 2 by means of a swivel base 3 of the display unit. Preferably, the configuration is also provided with one to three controls for varying the diameter of the envelope of speech recognition and for steering this envelope. For example, the envelope may be moved up or down by varying the timing, or phasing, between the lower microphone and the two upper microphones. The envelope may similarly be moved to the left or right. The controls for providing this adjustment may be operated, for example, by knobs 4 or by software sliders displayed on the screen 2 to be moved using a pointing device, such as a mouse. The ability thus provided, to control the speech recognition envelope independently from the angular orientation of the screen 2, allows the user to adjust the angle of the screen to minimize glare, as the speech recognition envelope is adjusted to optimize acoustic performance. In one version of the microphone system, the microphones are wired to ADC and DSP circuits within the display unit. These circuits provide an output signal through a long cord ending in a microphone jack connector for attachment to a video game or speech recognition system. Alternately, such a connection may be made through an RJ- series telephone jack to operate as a speaker phone while replacing a telephone handset.

SECURITY: Use, copying and distribution of this data is subject to the restictions in the Agreement For IBM TDB Database and Related Computer Databases. Unpublished - all rights reserved under the Copyright Laws of the United States. Contains confidential commercial information of IBM exempt from FOIA disclosure per 5 U.S.C. 552(b)(4) and protected under the Trade Secrets Act, 18 U.S.C. 1905.

COPYRIGHT STATEMENT: The text of this article is Copyrighted (c) IBM Corporation 1995. All rights reserved.

USR000684

## WEST

☐ | Generate Collection | | Print |

L4: Entry 7 of 25        File: TDBD        Apr 1, 1995

TDB-ACC-NO: NN9504217

DISCLOSURE TITLE: External Package for Mobile Computer Options

PUBLICATION-DATA:
IBM Technical Disclosure Bulletin, April 1995, US

VOLUME NUMBER: 38
ISSUE NUMBER: 4
PAGE NUMBER: 217 - 218

PUBLICATION-DATE: April 1, 1995 (19950401)

CROSS REFERENCE: 0018-8689-38-4-217

DISCLOSURE TEXT:

This document contains drawings, formulas, and/or symbols that will not appear on line. Request hardcopy from ITIRC for complete article. Disclosed is an external electronic package containing multiple components required to add function, such as communications capabilities, to a portable computer system. While these additional components are too large to fit within the covers of the portable system, the external package provides a convenient way to carry them with the system, while preserving the mobility and low-profile appearance of the system. Fig. 1 is an isometric view of the external electronic package 10, in an exploded relationship with a holster 12, in which the package 12, in which package 12 is carried. This package 10 includes a subscriber unit 14, which enables the connection of a computer to the Cellular Digital Packet Data (CDPD) network. the Advanced Mobile Phone Service (AMPS) network, or the Public Switched Telephone Network (PSTN), a 9.6-volt battery package 16, an internal diversity-receive antenna (not shown), a dipole antenna 18, an on/off switch 20, and a number of associated connectors. The external package 10 fits snugly within a cavity 22 provided in the holster 12, with flanges 23 extending over adjacent portions of the outer surface 24 of the external package 10. To provide for the easy attachment and removal of holster 12 from another device, such as a portable computer, several VELCRO* strips 25 are attached to the reverse surface of rear wall 26 of the holster.

Fig. 2 is an isometric view showing electronic package 10 within holster 12, which is in turn fastened to a surface of a portable computer. For example, holster 12 is fastened to the outer surface 30 of the display screen portion 32 of a laptop computer 34. Referring again to Fig. 1, the external connectors of electronic package 10 include a 9-pin mini DIN connector, for connection to the Public Switched Telephone Network through a data access arrangement, and a RJ9 jack for connection to a standard telephone handset. Both of these connectors are located on the right end surface 36 of package 10. A 9-pin D-shell connector for connection to the serial port of the host computer and a 2 pin barrel plug connector for connection to DC power either through AC transformer or an automobile cigarette lighter are located on the lower surface 38 of package 10. This configuration keeps the visible design clean while allowing easy access for the battery changing, and for the computer connection through a short cable 40 (shown in Fig 2). The half-wave dipole antenna 18 is connected to package 10 by means of a TNC connector 42. This arrangement allows the alternate connection of a remote, more powerful antenna. External electronic package 10 also includes power control circuitry to implement battery changing and discharging functions.

Light Emitting Diodes (LEDs) 44, indicating "power on" and "battery charging" conditions, are located on an upper surface 46 of the package 10 for good visibility. * Trademark of Velcro, U.S.A.

SECURITY: Use, copying and distribution of this data is subject to the restictions in the Agreement For IBM TDB Database and Related Computer Databases. Unpublished - all rights reserved under the Copyright Laws of the United States. Contains confidential commercial information of IBM exempt from FOIA disclosure per 5 U.S.C. 552(b)(4) and protected under the Trade Secrets Act, 18 U.S.C. 1905.

COPYRIGHT STATEMENT: The text of this article is Copyrighted (c) IBM Corporation 1995. All rights reserved.

USR000685

**WEST**

☐ | Generate Collection | | Print |

L4: Entry 8 of 25                    File: TDBD                    Feb 1, 1995

TDB-ACC-NO: NN950257

DISCLOSURE TITLE: Voice Augmented Menu Automated Telephone Response System

PUBLICATION-DATA:
IBM Technical Disclosure Bulletin, February 1995, US

VOLUME NUMBER: 38
ISSUE NUMBER: 2
PAGE NUMBER: 57 - 62

PUBLICATION-DATE: February 1, 1995 (19950201)

CROSS REFERENCE: 0018-8689-38-2-57

DISCLOSURE TEXT:

This document contains drawings, formulas, and/or symbols that will not appear on line. Request hardcopy from ITIRC for complete article. Described is a technique to provide a Voice Augmented Menu (VAM) automated telephone response system that permits the text of Voice Response Unit (VRU) menus to be displayed onto modified telephone sets. The implementation is designed to enable a caller to navigate through complex tree menus by providing both an audible menu prompt as well as a display of the text. Several option additions are also presented.

Typically, businesses are utilizing automated call handling equipment, commonly referred to as VRUs, where the caller is presented with a recorded voice which describes various menu options. Requests are made to the caller to respond with key depressions so as to cause the system to route a call, or to perform programmed functions. While some VRU systems present the caller with a few easily memorized options, many systems present the user with a large number of options. For example, the first menu might contain as many as a dozen choices such that when one of option is selected, the user is often faced with another menu of options. The complexity of the menu structures is often unavoidable in VRU implementations and can easily frustrate the callers.

The disclosed concept is designed to assist the callers by simultaneously providing both an audible menu prompt as well as a display of the menu on a screen built into the phoneset (PS). Although the idea of combining text and audible prompts is not new, prior art implementations required special telephone systems which usually employed non-standard, or proprietary, interfaces between the PS and a PBX switch, or central office. The VAM automated telephone response system, described herein, eliminates the need for special interface systems. Fig. 1 shows a block diagram of the VAM automated response system. Within the telephone, microprocessor 10 monitors keypad 11 so as to drive alphanumeric display 12 and to control the general operation. Modem 13 is used to receive the menus and to control information from the VRU for storage in Random Access Memory (RAM). DTMF tones for dialing and other functions are provided by DTMF tone generator block 14. Telephone audio from the line passes through hybrid 15, two and four wire adapter, and is switched by microprocessor 10 to either handset 16 or to modem 13. By using this method, a properly equipped VRU system will transmit, both the text of the voice menus and cause the menus to be presented on an alphanumeric display, to the caller's phone by using existing analog phone lines and facilities in the callers phone. Table 1 shows a typical operational interaction between a user, PS, and VRU during VAM operation. The vertical axis represents time. First, the caller dials the VRU in the usual fashion. The calling PS will monitor the progress of the call, first the outgoing DTMF digits, then the ringing tones, and finally the connected status. A protocol will now take place which will determine if the VAM capability exists between the PS and the VRU. The calling PS, after sensing connect status, will wait for a string of DTMF digits from the VRU. Table 2 shows the typical handshaking DTMF string for VAM-capable. If the PS does not detect the VAM-capable identification (ID) after a nominal timeout period, then the PS will assume that the VRU is not VAM equipped and the PS will operate as a standard analog phone. If the PS detects the VAM-capable ID, it will mute the handset and will transmit a DTMF acknowledgement string back to the VRU.

With the VAM capability, the PS and the VRU will each engage compatible high-speed modem synchronized operation. During this time, the PS will prepare to store incoming data which will contain menu text and will control the information. The PS should have at least 2K bytes of RAM for menu storage. The VRU will download the complete set of menu prompts to the PS using Information Frames (IF). Fig. 2 shows a typical IF frame with the menu text and error control information packetized in the frame. After the VRU modem completes the downloading of the menu information, it will issue an end of

USR000686

menu command to the PS. Table 3, within Fig. 2, shows the typical control field and definition.

When both modems disengage, the microprocessor will un-mute the handset to allow normal audio communication across the phone line. At this point, the PS will display the main menu on the built-in screen. Simultaneously, the VRU will provide audible menu prompting in the usual manner. The difference between the prior art and this concept is that the text of the VRU menu is now conveniently displayed on the PS along with the voice prompts. As an option, the PS could be equipped with a touch sensor so that the caller could press the desired menu option on the display. A corresponding DTMF tone would be generated in the same manner as if a key on a numeric keypad had been depressed. Only one menu is displayed at a time and the first menu displayed is known as the main menu. All of the menus are linked to each other, so that pressing the DTMF keys while menu x is displayed may cause menu y to be displayed. All menus are downloaded at the beginning of a call and stored in the PS RAM. When the used selects a menu function by way of the DTMF keys, the PS queries the menu data structures in RAM to determine if the key sequence should cause a different menu to be displayed. The PS also generates the tones corresponding to the DTMF keys pressed and presents them to the phone line in the same manner as used in touch-tone phones. Therefore, once the menus have been downloaded, they are displayed transparently on the PS without any interaction from the VRU.

An advantage in this concept is that the VRU operates in a similar manner, whether or not the PS is VAM equipped, in that the VRU listens for the DTMF tones from the PS and responds with audible prompts. A VAM equipped PS differs from a standard PS in that it monitors the DTMF keystrokes and responds by displaying the programmed menus which were downloaded at the beginning of a call. The IF (Fig. 2) starts and ends with framing flags which identify the frame boundaries. HDLC bit stuffing is used to assure data transparency. The menu text is embedded into the data field which is of variable length. The IF also contains the address, control and Cyclic Redundancy Check (CRC) fields which provide for error detection and frame re-transmission in the event errors occur. The error handing protocol is shown in Fig. 2. The menu text contained in the data field of the IF is composed of human-readable text for display on the PS screen, as well as information which identifies the menu which the text is associated, the position (POS) of the text on the screen, and the information which controls how the menus are linked together. Fig. 3 shows the layout of a Menu Text Frame (MTF). The MTF starts with an escape character and contains one line of ASCII text which is stored in the text field. The menu tag field identifies the menu which the text is associated. All of the text for a given menu will have the same menu tag value. The main menu, which is the first menu displayed by the VRU, has a menu tag value of zero. Up to 255 additional menus can be defined. Each screen menu should have one or more lines of menu text. Each of which describes a menu option and indicates a DTMF key to press so as to select that option. When the DTMF key is pressed, another menu screen will be displayed with additional options. The DTMF field associates a DTMF key with the display text. If the DTMF key identified in the DTMF field is pressed, the contents of the link field will be accessed and a menu whose menu tag matches the value in the link field will be displayed. The POS field specifies the location on the display screen (row, column) at which the text line will begin.

Since a high speed modem is employed and the menus, by their nature, are relatively short, the transmit time of the menus should be typically less than three seconds. To prevent the sound of the modem communication from being heard by the calling party, the microphone and speaker in the handset is muted while the modems are engaged. As an extension to the concept, the following implementations are presented: o Non-volatile menu caching - This feature would store the most frequently downloaded menus in non-volatile PS cache RAM between calls. When calls to a VRU are made, the time spent in the modem download phase can be shortened because the PS would send the VRU a list of the menus already in cache, along with the version and level information. Consequently, the VRU can avoid down-loading menus which are already cached. o Computer-based telephony application - Personal Computer (PC) based programs can utilize the VAM to present the user with text menus and voice prompting in the same manner as the PS. The PC based applications can access the VRU systems and allow users to employ a Keyboard, and/or mouse based, interface to the VRU systems instead of using the traditional touch-tone keypad interface. The advantages of the PC interface include the ability to execute programmed macros to negotiate the VRU menu tree. o Multi-media applications - When the VAM is accessed with a PC, a true multi-media environment is enabled. The downloaded commands can represent text, or graphics, and are augmented with sound from the VRU. Such a system can be used to communicate a slide presentation from one computer to another. The multi- media presentation can employ text, graphics, and sound using a single telephone line. Other VAM applications include dial-up captioned news, weather, and information services presenting text displays along with voice narration.

SECURITY: Use, copying and distribution of this data is subject to the restictions in the Agreement For IBM TDB Database and Related Computer Databases. Unpublished - all rights reserved under the Copyright Laws of the United States. Contains confidential commercial information of IBM exempt from FOIA disclosure per 5 U.S.C. 552(b)(4) and protected under the Trade Secrets Act, 18 U.S.C. 1905.

COPYRIGHT STATEMENT: The text of this article is Copyrighted (c) IBM Corporation 1995. All rights reserved.

USR000687

# WEST

☐ | Generate Collection |   | Print |

L4: Entry 10 of 25                    File: TDBD                    Oct 1, 1994

TDB-ACC-NO: NN9410151

DISCLOSURE TITLE: Minimizing Power Consumption in Micro-Processor Based Systems which Utilize Speech Recognition Devices

PUBLICATION-DATA:
IBM Technical Disclosure Bulletin, October 1994, US

VOLUME NUMBER: 37
ISSUE NUMBER: 10
PAGE NUMBER: 151 - 154

PUBLICATION-DATE: October 1, 1994 (19941001)

CROSS REFERENCE: 0018-8689-37-10-151

DISCLOSURE TEXT:

Described are hardware implementations designed to minimize power consumption in micro-processor based systems which utilize speech recognition devices. The implementation provides multi-state power management and resource allocation techniques for micro-processor based systems, such as portable/laptop type of systems. Five scenarios describe how the technique can be used. Typically, battery powered micro-processor systems can consume large amounts of power, particularly in systems which are equipped with speech recognition capabilities. This is because power is being consumed while waiting for the user to say something, as well as during the implementation of word-spotting functions, where a control word activates an entire speech-recognition subsystem. Active microphones, used in speech recognition systems, not only cause excessive power consumption, but, in some situations, generate defective recognition causing the system to perform an incorrect action. If a micro-processor based system is unable to sense the presence of the user, the microphone is being operated needlessly and inevitably will cause mis-recognition. The concept described herein utilizes various electro-mechanical and optical sensors to activate and de-activate microphones in speech recognition systems based on the presence and the appropriate human orientation. In this way, power consumption can be reduced. A multi-state power management and resource allocation technique is used to distinguish between three states.

The three states are as follows: 1. Microphone off. 2. Microphone on and waiting for a control word, or control phases, as in word-spotting applications. 3. A fully active speech-recognition system. The following five scenarios illustrate how the power saving concept can be used: Scenario #1 - User approaches a kiosk o The microphone is off. The Disk Access Storage Device (DASD) is powered down. The micro-processor and memory are in their lowest power state, capable of monitoring external interrupts.

The control program, speech-recognition sub-system, and initial power state devices of the application are loaded and ready to be powered. o The kiosk senses the approach of a user. This could be by way of pressure sensitive pads, infrared detectors, motion detectors, push buttons, touch-screen or other electro mechanical means of detecting a large object. The microphone is opened, on-screen prompts are displayed, the DASD is spun and the entire system is activated.

Scenario #2 - Word Spotting and Phrase Spotting This scenario would be used in most offices, client server, and home-automation applications and consists of three or more state solutions where the presence of the user wakes up or partially wakes up the computer, but does not necessarily activate the entire system because the user is frequently present and not talking to the computer. Scenario #2 might be a user entering an office or walking by an intercom or speaker phone. The following illustrates scenario #2: o An infrared detector, motion detector, or other electro-mechanical optical means to detect the presence of a human being or object in motion is activated.

o The microphone is turned On. o The system ensures that the control program and word spotting, or phrase spotting programs are loaded. DASD is spun up only on an exception basis. For example, the system has been completely powered down over a weekend, or during a vacation. o The system then word spots, or phrase spots, until an attention word, such as "computer" or "wake-up" type of command, is spoken. o Typically, word spotting and phrase spotting algorithms can be implemented on micro-processors with little memory, thus avoiding powering up the complete system or server.

o Once the word spotting or phrase spotting front-end detects the control sequence, the system is powered up. At this point,

USR000688

the speech recognition system may engage the user displayed prompts, or may re-validate the word spotting sequence. It may determine, for example, that a phone ring, or other background noise, was responsible for the interrupt. This duplicate, or repeat, analysis of the acoustics may be useful because the primary speech recognition system may have much more involved word spotting and phase spotting abilities than an always active, or initially activated speech recognition front end.

Scenario #3 - Buffered Front-Ends and Mimicked Phrase Spotting In this scenario, the microphone is turned on as before by electrical, mechanical, or optical sensors, or the microphone may always be on simply waiting for noise above a certain threshold level, or noise at a certain level above the background acoustics. The user proceeds, as in prior scenarios, to either issue a command phrase, or to start into the dialogue depending upon the screen prompts. In this instance, the user is not actually talking to the speech recognition sub-system which may still be in an Off mode. The input acoustics are saved, buffered, or compressed at the user station or at the microprocessor while the speech recognition system is powered up. To the user, it may appear that the microphone in the system has been activated instantaneously. The buffering technique allows many microphones to be attached to one server. The technique is also useful other devices, such as portable phones or cellular phones, where the minimizing of power consumption is critical. For example, the portable or cellular phone might turn on the microphone when motion has been detected in the last five seconds. Once sound is detected over a threshold or background level, the speech system is activated and the buffered acoustic data is sent.

Scenario #4 - Handset Activation In situations where the speech recognition sub-system is driven by a dedicated telephone handset, the system must maintain an alert status capable of buffering speech input as soon as the phone handset is picked up and be capable of fully activating the speech recognition sub-system in one to three seconds. Therefore, the sub-system can be powered down and the processor can be off, or in a low power usage state until the telephone handset is picked up. Similarly, in situations where the speech recognition sub-system is activated by a specific keystroke sequence on the telephone, or handset, the sub-system does not need to be fully activated until those key strokes are hit.

Scenario #5 - Buffered Client Server and Dial Environments Certain situations arise where the speech recognition sub-system is infrequently used. Other situations might arise in a network of kiosk, or roadside call boxes. In this situation, the client, or microphone, must be capable of prompting the user and to buffer the first response as the session is established with the speech recognition server.

SECURITY: Use, copying and distribution of this data is subject to the restictions in the Agreement For IBM TDB Database and Related Computer Databases. Unpublished - all rights reserved under the Copyright Laws of the United States. Contains confidential commercial information of IBM exempt from FOIA disclosure per 5 U.S.C. 552(b)(4) and protected under the Trade Secrets Act, 18 U.S.C. 1905.

COPYRIGHT STATEMENT: The text of this article is Copyrighted (c) IBM Corporation 1994. All rights reserved.

USR000689

# WEST

☐ [ Generate Collection ]  [ Print ]

L4: Entry 12 of 25    File: TDBD    Jun 1, 1994

TDB-ACC-NO: NA9406449

DISCLOSURE TITLE: Personal Communicator Configurations

PUBLICATION-DATA:
IBM Technical Disclosure Bulletin, June 1994, US

VOLUME NUMBER: 37
ISSUE NUMBER: 6A
PAGE NUMBER: 449 - 454

PUBLICATION-DATE: June 1, 1994 (19940601)

CROSS REFERENCE: 0018-8689-37-6A-449

DISCLOSURE TEXT:

This document contains drawings, formulas, and/or symbols that will not appear on line. Request hardcopy from ITIRC for complete article. - Disclosed are a number of configurations for small devices combining computer and communications functions. While large-scale integration of electronic chips and advanced packaging techniques may allow the containment of a number of functions within the form of a typical portable phone, a number of modifications to this form are required to allow the more sophisticated input and output devices required for computer functions to be included in an ergonomically acceptable manner. - Figs. 1a and 1b are both plan views of portable handset 10 having a touch-sensitive Liquid Crystal Display (LCD) screen 12 on its upper surface. Portable telephone elements include a speaker slot pattern 14, behind which a speaker is mounted, a microphone slot pattern 16, behind which a microphone is mounted, and an antenna 18. Fig. 1a shows the device in a telephone call-up mode, in which telephone numbers can be entered by pressing the touch-sensitive screen at the key icons 20 displayed by means of the LCD. Each keystroke may be verified by an acoustic signal, as the number itself is written for visual verification in a display area 22 above the LCD. Fig. 1b shows the device in a computer/organizer mode, in which a number of program selection icons 24 are displayed on screen 12. The device may be switched between typical organizer functions, such as address/phone, memo, calculator, and fax, by touching an associated icon 24. A card 26, built in accordance with PCMCIA standards, may be inserted to engage a connector (not shown), providing optional memory, communications, and application program extensions. An RJ-11 connector (not shown) provides access to the standard wired telephone network. - Figs. 2a through 2c show a somewhat more compact handset 30. Fig. 2a is a plan view of the device in a telephone call-up mode, while Fig. 2b is a plan view of the device in a computer/organizer mode. These modes operate as described above. Fig. 2c is a right elevational view of the device. To form a compact device, the microphone section 32 is mounted to pivot at a hinge 34 between an open position and a closed position, indicated in Fig. 2c by dashed lines 36. While the telephone-type keypad is still displayed as a pattern of icons 38 on a touch-sensitive screen 40, application selection keys 42 are mounted within microphone section 32. In the computer/organizer mode, screen 40 may display, for example, a number of program feature icons 44, along with alphanumeric data. Handset 30 also includes a speaker behind a slot pattern 46, an antenna 48, a slot for receiving a PCMCIA-type card 50, and an RJ11 connector 52. - Figs. 3a and 3b show a handset 54 having a full alphanumeric keyboard 55 on an upper surface 56. An LCD screen 58 is attached to a lower surface 60 of a hinged section 62. When the device is used as a telephone, this hinged section 62 is left closed, as shown in the left elevational view of Fig. 3a, and the numeric keys of keyboard 55 are used to indicate the number being called. When the device is used in a computer/organizer mode, hinged section 62 is pivoted to extend outward, as shown in the plan view of Fig. 3b, bringing screen 58 into view as keyboard 55 is used. In this way, both telephone and computer functions can be provided without requiring the use of a touch-sensitive display screen. Handset 54 also includes a microphone behind a slot pattern 64, a speaker behind a slot pattern 68, an antenna 70, a slot for receiving a PCMCIA-type card 72, and an RJ11 connector 74. - Fig. 4a, a left side elevational view, and Fig. 4b, a plan view, show a handset 76, which is similar in operation to handset 54 of Figs. 3a and 3b. However, the hinged section 78 of handset 76 forms a part of the top surface, instead of a part of the lower surface, of the handset 76, being mounted to pivot along a side of main section 77. When the device is used in the telephone mode, hinged section 78 is closed as shown in Figs. 4a and 4b, with telephone numbers being selected through the use of key buttons 80 on the top surface of the hinged section 78. Telephone networks can be accessed by means of antenna 82 or by means of an RJ-11 connector 84. Audio communication is achieved through a microphone behind slot pattern 86 and a speaker behind slot pattern 88. When handset 76 is used in a computer/organizer mode, hinged section 78 is pivoted open, exposing an LCD display screen on the underside 90 of hinged section 78 and an alphanumeric keyboard on an upper surface 92 of lower section 77. - Fig. 5a, a plan view, and Fig. 5b, an underside plan view, show a handset 94 having a microphone section 96 pivotally mounted at a hinge 98 to flip between an open position

USR000690

(shown, in which the device can be used as a portable telephone or as a computer/organizer) and a closed position, in which the device can be more easily carried, because of its compact size. Thus, a side elevational view of the handset 94 is similar to that shown in Fig. 2c. Keybuttons 100 are provided on the underside of handset 94 for telephone use, while application keys 101 are mounted on microphone section 96. An LCD display screen 102 is shown displaying the calendar mode. Icons 104 may be displayed on screen 102 for use with a touch-sensitive feature. Other features are as described above in reference to Figs. 2a through 2c. - Fig. 6 is a plan view of a handset 106, which is similar to device 94 of Figs. 5a and 5b, except that the microphone section 108 has been elongated to accommodate telephone-type keybuttons 110 and function keys 112, along with application keys 114. A microphone is placed behind a single slot 116. - Fig. 7 is a plan view of a handset 118, which is similar to device 106 of Fig. 6, except that the positions of the LCD display screen and the keybuttons are reversed, with screen 120 being placed on microphone section 122, while telephone-type keybuttons 124, application keys 126, and function keys 128 are placed on the upper surface of main section 130. - Fig. 8a through 8c are plan views of a handset 132, having a microphone section 134 widened to accommodate an alphanumeric keyboard 136 placed on its upper surface, and having a speaker section 138 widened to accommodate an LCD display screen 140 (shown in Fig. 3b) placed on its lower surface. Fig. 8a shows the handset as it would be used in a telephone mode, with microphone slot 142 and speaker slot pattern 144 being upwardly exposed, and with telephone-type keybuttons 148 also being upwardly exposed in a central section 150 for selecting the number being called. The upper end 152 and lower end 154 of central section 150 provide flexibility allowing the speaker section 138 and microphone section 134 to be folded inward. Fig. 8b shows the handset with speake r section 138 folded inward by flexing upper end 152 of central section 150, so that display screen 140 is upwardly exposed adjacent to keyboard 136. Fig. 8c shows the handset with microphone section 134 also folded inward, by flexing lower end 154 of central section 150, to further reduce the size of the device so that it can be easily carried. The handset 132 also includes a slot for a PCMCIA-type card 156, an RJ-11 connector (not shown), and an antenna 158. The electronics within the handset may be generally packaged on a flex/rigid printed circuit board, having rigid portions within microphone section 134 and speaker section 138, and having a flexible portion extending through central section 150.

SECURITY: Use, copying and distribution of this data is subject to the restrictions in the Agreement For IBM TDB Database and Related Computer Databases. Unpublished - all rights reserved under the Copyright Laws of the United States. Contains confidential commercial information of IBM exempt from FOIA disclosure per 5 U.S.C. 552(b)(4) and protected under the Trade Secrets Act, 18 U.S.C. 1905.

COPYRIGHT STATEMENT: The text of this article is Copyrighted (c) IBM Corporation 1994. All rights reserved.

USR000691

IEEE HOME I SEARCH IEEE I SHOP I WEB ACCOUNT I CONTACT IEEE

Membership    Publications/Services    Standards    Conferences    Careers/Jobs

# IEEE Xplore®
### RELEASE 1.4

Welcome
United States Patent and Trademark O

Help    FAQ    Terms    IEEE Peer Review    Quicklinks

**Welcome to IEEE Xplore®**

○ Home
○ What Can I Access?
○ Log-out

**Tables of Contents**

○ Journals & Magazines
○ Conference Proceedings
○ Standards

**Search**

○ By Author
○ Basic
○ Advanced

**Member Services**

○ Join IEEE
○ Establish IEEE Web Account
○ Access the IEEE Member Digital Library

🖶 Print Format

Your search matched **19** of **301046** documents.
Results are shown **10** to a page, sorted by **title** in **ascending** order.

**Results:**
Journal or Magazine = **JNL**    Conference = **CNF**    Standard = **STD**

1  **10 base-T transmission over existing telephone wire within homes**
*Kerpez, K.J.;*
Consumer Electronics, IEEE Transactions on , Volume: 44 Issue: 4 , Nov 1998
Page(s): 1250 -1260

[Abstract]    [PDF Full-Text (908 KB)] IEEE JNL

2  **A low-cost approach to cellular mobile telephones**
*Hart, P.J.; Hall, T.G.R.;*
Consumer Electronics, IEEE Transactions on , Volume: 37 Issue: 1 , Feb 1991
Page(s): 32 -38

[Abstract]    [PDF Full-Text (448 KB)] IEEE JNL

3  **A network MPEG camera**
*Kami, H.; Kurashige, T.; Higashi, M.; Imaide, T.; Kinugasa, T.;*
Consumer Electronics, IEEE Transactions on , Volume: 45 Issue: 4 , Nov 1999
Page(s): 1206 -1212

[Abstract]    [PDF Full-Text (528 KB)] IEEE JNL

4  **A phone-based remote controller for home and office automation**
*Wong, E.M.C.;*
Consumer Electronics, IEEE Transactions on , Volume: 40 Issue: 1 , Feb 1994
Page(s): 28 -34

[Abstract]    [PDF Full-Text (360 KB)] IEEE JNL

5  **A telephone line interface for portable computers**
*Jobling, D.T.; Frund, J.D.; Le Bars, P.; Gay, M.J.;*
Consumer Electronics, IEEE Transactions on , Volume: 40 Issue: 3 , 21-23 Jun 1994
Page(s): 671 -678

[Abstract]    [PDF Full-Text (672 KB)] IEEE JNL

6  **Acoustic noise and echo cancellation microphone system for videoconferencing**
*Kuo, S.M.; Huang, Y.C.; Zhibing Pan;*
Consumer Electronics, IEEE Transactions on , Volume: 41 Issue: 4 , Nov 1995
Page(s): 1150 -1158

[Abstract]    [PDF Full-Text (660 KB)] IEEE JNL

USR000692

7  **Advanced energy management for home use**
*Matty, T.C.;*
Consumer Electronics, IEEE Transactions on , Volume: 35 Issue: 3 , 6-9 Jun 1989
Page(s): 584 -588

[Abstract]    [PDF Full-Text (300 KB)]  **IEEE JNL**

8  **Apple Macintosh-PC based Teleview Terminal**
*Sriskanthan, N.; Chan Kai-Yun Tony;*
Consumer Electronics, IEEE Transactions on , Volume: 42 Issue: 1 , Feb 1996
Page(s): 22 -32

[Abstract]    [PDF Full-Text (676 KB)]  **IEEE JNL**

9  **Connectivity solution to link a Bluetooth camera to the Internet**
*Bigioi, P.; Ionas, A.; Susanu, G.; Corcoran, P.;*
Consumer Electronics, IEEE Transactions on , Volume: 47 Issue: 3 , Aug 2001
Page(s): 294 -299

[Abstract]    [PDF Full-Text (950 KB)]  **IEEE JNL**

10  **Enhanced telephone set on the Inter-IC bus**
*Ooi, T.H.; Lau, K.T.;*
Consumer Electronics, IEEE Transactions on , Volume: 36 Issue: 1 , Feb 1990
Page(s): 18 -22

[Abstract]    [PDF Full-Text (232 KB)]  **IEEE JNL**

Home | Log-out | Journals | Conference Proceedings | Standards | Search by Author | Basic Search | Advanced Search
Join IEEE | Web Account | New this week | OPAC Linking Information | Your Feedback | Technical Support | Email Alerting
No Robots Please | Release Notes | IEEE Online Publications | Help | FAQ | Terms | Back to Top

Copyright © 2003 IEEE — All rights reserved

USR000693

IEEE HOME I SEARCH IEEE I SHOP I WEB ACCOUNT I CONTACT IEEE

Membership  Publications/Services  Standards  Conferences  Careers/Jobs

# IEEE Xplore®
### RELEASE 1.4

Welcome
United States Patent and Trademark O

Help   FAQ   Terms   IEEE Peer Review   Quick Links

**Welcome to IEEE Xplore®**

- Home
- What Can I Access?
- Log-out

**Tables of Contents**

- Journals & Magazines
- Conference Proceedings
- Standards

**Search**

- By Author
- Basic
- Advanced

**Member Services**

- Join IEEE
- Establish IEEE Web Account
- Access the IEEE Member Digital Library

Print Format

Your search matched **19** of **301046** documents.
Results are shown **10** to a page, sorted by **title** in **ascending** order.

**Results:**
Journal or Magazine = **JNL**   Conference = **CNF**   Standard = **STD**

---

11  **Investigation of a visual telephone prototyping on personal computers**
Chung-Wei Ku; Liang-Gee Chen; Chang-Hong Chen; Juing-Yin Jiu; Chau-Tan Huang;
Consumer Electronics, IEEE Transactions on , Volume: 42 Issue: 3 , Aug 1996
Page(s): 750 -759

[Abstract]   [PDF Full-Text (964 KB)]  IEEE JNL

---

12  **ISDN communication board providing advanced serviceability on PC**
Okazaki, M.; Intoh, K.; Sakai, T.; Kawashima, M.;
Consumer Electronics, IEEE Transactions on , Volume: 38 Issue: 3 , 2-4 Jun 1992
Page(s): 654 -659

[Abstract]   [PDF Full-Text (508 KB)]  IEEE JNL

---

13  **PC remote control of appliances by using telephone lines**
Koyuncu, B.;
Consumer Electronics, IEEE Transactions on , Volume: 41 Issue: 1 , Feb 1995
Page(s): 201 -209

[Abstract]   [PDF Full-Text (468 KB)]  IEEE JNL

---

14  **Programmable compact disk picture memory and video processing system**
Hildering, W.C.; Reijns, G.L.; Kraus, U.E.; Jinsi, S.; Danuhyarso, I.W.;
Consumer Electronics, IEEE Transactions on , Volume: 34 Issue: 3 , 8-10 Jun 1988
Page(s): 838 -846

[Abstract]   [PDF Full-Text (686 KB)]  IEEE JNL

---

15  **Remote telephone control system**
Schneider, S.; Swanson, J.; Peng-Yung Woo;
Consumer Electronics, IEEE Transactions on , Volume: 43 Issue: 2 , May 1997
Page(s): 103 -111

[Abstract]   [PDF Full-Text (700 KB)]  IEEE JNL

---

16  **Residential customer premises equipment in a telecommuting application**
Farmer, J.O.;
Consumer Electronics, IEEE Transactions on , Volume: 41 Issue: 4 , Nov 1995
Page(s): 1000 -1009

[Abstract]   [PDF Full-Text (776 KB)]  IEEE JNL

USR000694

17  **Standard subscriber line compatible color videophone**
*Suzuki, M.; Saitoh, Y.; Hayasaki, H.; Furusawa, T.; Iue, N.;*
Consumer Electronics, IEEE Transactions on , Volume: 34 Issue: 3 , 8-10 Jun 1988
Page(s): 759 -768

[Abstract]    [PDF Full-Text (680 KB)]  **IEEE JNL**

18  **State problems in programming human-controlled devices**
*Konstan, J.A.;*
Consumer Electronics, IEEE Transactions on , Volume: 40 Issue: 4 , 21-23 Jun 1994
Page(s): 812 -820

[Abstract]    [PDF Full-Text (784 KB)]  **IEEE JNL**

19  **Telematique Home-Bus System equipped with multi-service switcher function**
*Sakon, T.; Ikezaki, M.; Yamamoto, T.;*
Consumer Electronics, IEEE Transactions on , Volume: 35 Issue: 3 , 6-9 Jun 1989
Page(s): 597 -604

[Abstract]    [PDF Full-Text (476 KB)]  **IEEE JNL**

[Prev] 1 2

Home | Log-out | Journals | Conference Proceedings | Standards | Search by Author | Basic Search | Advanced Search
Join IEEE | Web Account | New this week | OPAC Linking Information | Your Feedback | Technical Support | Email Alerting
No Robots Please | Release Notes | IEEE Online Publications | Help | FAQ | Terms | Back to Top

Copyright © 2003 IEEE — All rights reserved

5/14/03 8:22 AM

USR000695

Bad software spoils a good modem: Practical Peripherals External 336
Voice/Data/Fax Speakerphone Modem
Snell, James E
Windows Magazine , June 1, 1997 , v8 n6 p180, 1 Page(s)
    ISSN: 060-1066
    Company Name: Practical Peripherals
    Product Name: Practical Peripherals External 336 Voice/Data/Fax
Speakerphone Modem

    Bad software spoils a good modem: Practical Peripherals External 336
Voice/Data/Fax Speakerphone Modem
    Product Name: Practical Peripherals External 336 Voice/Data/Fax
Speakerphone Modem
    Presents a mixed review of the Practical Peripherals External 336
Voice/Data/Fax Speakerphone Modem ($179), a telephony modem from
Practical Peripherals (800, 770). Runs with IBM PC compatibles with
Windows 3.x or 95. Indicates that this 33.6 Kbps modem has a built-in
microphone and speaker at a good level, with power, phone , external-
handset , nine-pin serial-cable connections at the rear along with
external- speaker and microphone jacks. Reports that the External 336
sends and receives faxes at up to 14.4Kbps and data up to 33.6Kbps; and
says speaker and microphone quality is very good. Features include
support for V.34, LAP-M, and MNP 2...
    Identifiers: Practical Peripherals External 336 Voice/Data/Fax
Speakerphone Modem; Practical Peripherals

    22/3,K/5    (Item 3 from file: 233)
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00406020  95PQ12-006
    The C- Phone gets an A-plus
    Freed, Les
    PC Magazine-Network Edition , December 5, 1995 , v14 n21 pNE23-NE26, 2
Page(s)
    ISSN: 0888-8507
    Company Name: Target Technologies
    Product Name: C- Phone Video Conferencing System

    The C- Phone gets an A-plus
    Product Name: C- Phone Video Conferencing System
    Presents a very favorable review of the C- Phone Video Conferencing
System ($1,995 per workstation ), a videoconferencing system from Target
Technologies Inc., Wilmington, NC (910). The system includes a
monitor-mounted camera/ speaker / microphone unit, a video interface
module, an ISA interface card, and a telephone handset . It requires a
Windows PC with 4MB RAM, a Network Interface card, and a video card with
a VESA feature connector . The system works on 10Base-T or 10Base2
networks and adds no traffic to LANs...
    Identifiers: C- Phone Video Conferencing System; Target Technologies

    22/3,K/6    (Item 4 from file: 233)
DIALOG(R)File 233:Internet & Personal Comp. Abs.
(c) 2003 Info. Today Inc. All rts. reserv.

00382078  95PI04-263
    C- Phone

USR000696

***** Computer Select, December 1995 : Articles *****

Journal:    PC Magazine  Dec 5, 1995 v14 n21 pNE23(2)
COPYRIGHT Ziff-Davis Publishing Company 1995
------------------------------------------------------------------
Title:      The C-Phone gets an A-Plus.
            (Target Technologies C-Phone Video Conferencing
            System)(Network Edition First Looks)
Author:     Freed, Les

Abstract:   Target Technologies' LAN-based C-Phone Video Conferencing
            System, priced at $1,995 per client, cleverly combines analog
            and digital technologies to offer first-rate performance. It
            takes advantage of NTSC video, overlaying a TV signal over the
            VGA board's output. The picture is very sharp and clear
            because the design eliminates the overhead associated with
            analog/digital conversion. C-Phone uses LAN resources very
            effectively, taking full advantage of the bandwidth available
            over the twisted-pair cable used in 10BaseT networks.
            Connecting the client devices requires a special C-Phone hub,
            priced at $699 for an eight-port version; multiple hubs can be
            stacked to support more users. The bundled fixed-focus camera
            produces a good picture, and users can also plug in a TV
            tuner, VCR, camcorder or other NTSC video device. Target
            offers an optional WAN interface for ISDN conferencing that
            can share codecs and phone lines among several users.
------------------------------------------------------------------
Full Text:

Articles about LAN-based videoconferencing systems are typically
sprinkled with terms like "bandwidth bottleneck," "grainy," "jerky
motion," and other less-than-favorable expressions. But this isn't one of
those articles. Target Technologies' C-Phone Video Conferencing System
wouldn't allow it. The C-Phone ($1,995 per client) is a clever blend of
analog and digital technologies that provides first-rate
videoconferencing without the usual bandwidth demands and picture quality
problems.

To put the C-Phone's operating method in perspective, it helps to
consider a little video history. The National Television Standards
Committee (NTSC) standard, which is used for full-motion color video--the
kind you see on broadcast TV--was created in the late 1940s. Because the
standard was designed for over-the-air broadcast television, signal
bandwidth wasn't an issue. (Television channels are spaced 6 MHz apart.
So even with a 1-MHz guard band between channels, there was still room
for a 3-MHz-wide video signal.) And because it was developed in the
1940s, NTSC is entirely analog.

The NTSC picture consists of 525 lines scanned at a rate of 30 frames per
second. Converting that analog signal to digital form is possible, but
the resulting data stream is huge--about 72 megabits per second for a
640-by-480 256-color image. Though the data can be compressed to a more
reasonable size by using MPEG or other data compression schemes, the
resulting picture is often grainy or jerky.

The C-Phone Video Conferencing System capitalizes on the NTSC system,
however; it transmits a real NTSC video signal in analog form when
connecting over the LAN. The C-Phone VIM (Vendor Independent Messaging)

unit overlays the NTSC video over your VGA board's output. There is no analog-to-digital-and-back-again conversion, so the resulting picture is remarkably sharp and clear.

The C-Phone Video Conferencing System is also quite progressive in its use of the LAN's resources. Most corporate LANs run over 10Base-T unshielded twisted-pair (UTP) cabling. While 10Base-T networks don't have enough bandwidth for full-motion video, the twisted-pair cable used in those networks does. Although the 10Base-T specification calls for four-pair cabling, only two pairs are actually used for the LAN. The other two are not connected to anything at all.

The folks at Target Technologies saw these unused pairs and decided they'd make a great video distribution system. Target offers another version of the C-Phone Video Conferencing System that operates over 10Base2 Ethernet cable. In addition, the C-Phone system places virtually no computing load on the workstation PC, nor does it add any LAN traffic to the 10Base-T network.

The C-Phone system consists of a monitor-mounted camera/speaker/microphone unit (CSM), a video interface module (VIM), an ISA interface card, and a telephone handset. The system requires a Windows PC with at least 4MB of RAM, a Network Interface card, and a video card with a VESA feature connector.

To connect the C-Phones, you need a special C-Phone 10Base-T hub. Target's 8-port hub is an additional $699, and multiple hubs may be stacked to add additional users.

Installing the C-Phone system is complicated, but only because there are so many connections to make. The board uses one or two IRQ lines, a DMA channel, and an I/O address. The second IRQ line is necessary only if you plan to record video from the conferencing system onto your hard disk.

The C-Phone Video Conferencing System is a hardware-based system, so there's very little software to install. The entire C-Phone package fits on three 3.5-inch disks, and the installation process takes only a few minutes.

Once installed, the C-Phone is extremely simple to operate. Target calls the C-Phone a "Video PBX," and the telephone switchboard analogy is appropriate. The C-Phone software provides telephone-like features, including station-to-station calling, call transfer, and voice mail. And the system uses a visual dialing directory; each directory entry can hold a thumbnail image of the person being called. An optional Multipoint Control Unit ($3,995) provides four-way conference calling.

The supplied fixed-focus CCD camera produces a decent picture, but you can also plug a VCR, camcorder, TV tuner, or laserdisk player into the C-Phone system. We connected a Sony Handycam camcorder to the C-Phone and were impressed with the clarity of the picture and sound.

An optional WAN interface provides shared access to the outside world via an ISDN, T-1, or T-3 line. The $2,495 C-Phone WAN Server is a dedicated, rack-mountable PC with an H.320 codec board and BRI ISDN interface, providing compatibility with most ISDN videoconferencing systems. One WAN server can host several codecs and ISDN interfaces.

This arrangement allows you to share expensive codecs and ISDN lines

USR000698

among several users. We placed several H.320 calls; all recipients
reported that the C-Phone's H.320 mode was as good as any they've seen.

The C-Phone package also includes DataBeam's FarSite document-sharing
software. FarSite complies with the T.120 document-sharing standard and
operates on the LAN as well as over H.320 connections.

C-Phone Video Conferencing System. List price: $1,995 per workstation.
Target Technologies Inc., Wilmington, NC 28405; 910-395-6100; fax,
910-395-6108; e-mail, 75457,3165@ compuserve.com.
-------------------------------------------------------------------
Type:       Hardware Review
            Evaluation
Company:    Target Technologies Inc.
Product:    Target Technologies C-Phone (Videoconferencing equipment)
Topic:      Hardware Single Product Review
            Videoconferencing Equipment


Record#:   17 603 454
                        *** End ***

USR000699

1/7,K/4
DIALOG(R)File 636:Gale Group Newsletter DB(TM)
(c) 2003 The Gale Group. All rts. reserv.

02422017     Supplier Number: 44812589  (THIS IS THE FULLTEXT)
 Interactive   Inc .-**New** Videoconferencing **System**
Interactive Facts, v1, n16, pN/A
July 4, 1994
TEXT:
 **InterActive   Inc** . announced today its new SoundXchange Model T which is
designed specifically for the rapid growth videoconferencing/telephony
market. The Company anticipates that this new model SoundXchange could
become the standard "Model T" for widespread use for all computer telephone
integrated voice applications on the information superhighway. The patented
SoundXchange Model T, like the other models of InterActive's popular
SoundXchange, is designed as a conference-style business telephone which
mounts on the side of the computer monitor. It has a built-in amplified
speaker and microphone for hands-free communications, a telephone-style
handset for privacy, plus an input jack for a headset with attached
microphone. What differentiates this model from the other SoundXchange
models is that it includes special teleconferencing circuitry for use with
videoconferencing and computer telephony boards. The SoundXchange Model T
can be instantly switched from multimedia mode for voice
annotation/messaging to teleconferencing mode for use in videoconferencing.
Teloquent, a leading developer of software-based telecommunications
systems, was a beta test site for the SoundXchange Model T. Mr. David
Penzias, Vice President of Marketing for Teloquent, stated: "Businesses are
discovering that computer -telephone integration is a key element to
improving productivity and reducing costs, while at the same time
increasing customer service." He concluded by saying that "We had been
searching for the right telephone-style hardware solution for a long time
before finding InterActive's SoundXchange Model T. It is the perfect
solution for the integration of telephone and computer technology."
InterActive designs, manufactures and markets personal computer- based
multimedia products for business communications. The company's product
lines include a SoundXchange Model A for use with PC sound cards such as
Microsoft's Windows Sound System and Creative Labs' Sound Blaster,
SoundXchange Models B/BX which include sound digitizing and playback
hardware and plug into a PC's parallel printer port to allow a user to
instantly add voice annotation and messaging capabilities without opening
the PC, M-Message software to upgrade standard e-mail packages such as
cc:Mail and Microsoft Mail with full multimedia capabilities, M-Mail
software which is a full featured multimedia electronic mail application,
InterActive Communicator upgrade kits which include hardware and software
for PC based telephone, voice messaging, fax, modem and multimedia
applications, and fully integrated, voice- activated InterActive
Communicator systems for the computer telephone integrated (CTI) market.
     Copyright 1994 SCTT Markering Inc.
     THIS IS THE FULL TEXT: COPYRIGHT 1994 SCTT Marketing Inc. Subscription:
     $150 per year as of 6/94. Published 26 times per year. Contact SCTT
     Marketing Inc., P.O. Box 443, Lake Forest, IL 60045. Phone (708)
     615-7288. FAX (708)615-7289.
     COPYRIGHT 1999 Gale Group

   (USE FORMAT 7 FOR FULLTEXT)
 Interactive   Inc .-**New** Videoconferencing **System**
TEXT:
 **InterActive   Inc** . announced today its new SoundXchange Model T which is
designed specifically for the rapid growth...
?

USR000700

3/7,K/1
DIALOG(R)File 275:Gale Group Computer DB(TM)
(c) 2003 The Gale Group. All rts. reserv.

01925957    SUPPLIER NUMBER: 18166528    (THIS IS THE FULL TEXT)
**But wait, there's more .... (Connectware's** PhoneWorks **communications
card)(TELECONNECT Editors Choice) (Hardware Review)(Evaluation)**
Graves, Lucas
Teleconnect, v14, n4, p30(1)
April, 1996

TEXT:
    Connectware's (Richardson, TX--214-907-1093) **PhoneWorks** 28.8 package
is part of the first generation of PC communications hardware that takes
advantage of shrinking chips and falling prices to combine what used to be
several different products into one.
    **PhoneWorks** offers a 28.8 kbps modem, a 14.4 kbps fax and a
DTMF-detecting voice unit. all on a three-quarters length, eight-bit ISA
card. The V.34 modem supports industry-standard error correction
(V.42/MNP1-4 and 10) and data compression (V.42 bis/MNP5); the fax is V.17
Group III, Class 1 or 2.
    **PhoneWorks** plays audio (e.g. messages, voice prompts, live
conversations) through your telephone handset or connected to standard
computer speakers. Or, an included cord lets you redirect audio to most
sound cards. The card also comes with a sleek desktop microphone for
hands-free conversations, recording prompts, etc.
    On the software end, the included FaxWorks program packs a PC phone,
1,000 boxes of voicemail, audiotex, fax-on-demand and fax broadcasting, on
top of a full-featured terminal emulator for standard data communications.
Everything is managed through one Windows (3.1 or 95) interface, Call
Center. INSTALLATION AND SETUP FaxWorks configures itself by scanning your
COM ports to see what hardware you have and its capabilities.
    Customizing the voicemail, audiotex and fax-on-demand is also fairly
intuitive through the Call Center interface-we barely cracked the manual. A
simple dialogue box lets you create a new mailbox, record its greeting and
set a password. Once your mailbox is set up, other pop-up dialogues make it
easy to do anything from changing the message to setting up a personal
faxon-demand service.
    Disk-space permitting, every mailbox (up to 1,005) can have 10 private
fax-on-demand documents associated with it, each with its own voice
description. In addition, you can store 10 documents (and their
descriptions) in a fax library accessible from the main greeting, and
another 1,000 for retrieval with individual document codes and pass words.
The system stores up to 1,000 audiotex messages accessed with passwords.
    FaxWorks sports many of the features of stand-alone voicemail systems.
Callers can send a public fax through the main greeting, or to an
individual mailbox (attached to a voice message). Box holders can retrieve
their messages and faxes remotely. or have them automatically forwarded to
any number. Remote users can also program their voicemail to issue a
numeric page when calls come in, coded to tell you the number of
messages/faxes received.
    Our only complaint:  **PhoneWorks** can take several seconds to cue up a
voice prompt or react to DTMF input. We also noticed that there is no way
to disable the two-call, fax-on-demand option if you don't want to pay for
long-distance document requests. (Connectware says future versions of
FaxWorks will include this option.)
    With a single-line communications product, there really is no
practical way to run voice, fax and data traffic on one CO line without
isolating your office behind a wall of busy signals. So look to  **PhoneWorks**
 as a lowcost-$299 suggested retail-highspeed fax/modem and consider the

voice capabilities a free bonus.)
        COPYRIGHT 1996 Telecon Library Inc.

**But wait, there's more .... (Connectware's** PhoneWorks **communications
    card)(TELECONNECT Editors Choice) (Hardware Review)(Evaluation)
    Graves, Lucas**

ABSTRACT: Connectware's **PhoneWorks** provides a 28.8-Kbps modem, a
14.4-Kbps fax and a Dual Tone...
...correction and compression, and the fax is V.17 Group III, Class 1 or 2.
 **PhoneWorks** delivers audio, such as messages, voice prompts or live
conversations, via a telephone handset or...

...accomplished using Call Center, which functions as a Windows 3.1 or
Windows 95 interface. **PhoneWorks** ' suggested retail price is $299.

TEXT:
        Connectware's (Richardson, TX--214-907-1093) **PhoneWorks** 28.8 package
is part of the first generation of PC communications hardware that takes...
        **PhoneWorks** offers a 28.8 kbps modem, a 14.4 kbps fax and a
DTMF-detecting...

...V.42 bis/MNP5); the fax is V.17 Group III, Class 1 or 2.
        **PhoneWorks** plays audio (e.g. messages, voice prompts, live
conversations) through your telephone handset or connected...

...come in, coded to tell you the number of messages/faxes received.
        Our only complaint: **PhoneWorks** can take several seconds to cue up a
voice prompt or react to DTMF input...

...CO line without isolating your office behind a wall of busy signals. So
look to **PhoneWorks** as a lowcost-$299 suggested retail-highspeed fax/modem
and consider the voice capabilities a...

 TRADE NAMES: Connectware **PhoneWorks** 28.8 (Multifunction I/O device...
?

USR000702



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 08/734,857 | 10/23/1996 | DAVID MCELVANEY | | 1857 |

7590      08/05/2003

MAX STUL OPPENHEIMER
P O BOX 50
STEVENSON, MD  21153

| EXAMINER |
|---|
| HOOSAIN, ALLAN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2645 | 22 |

DATE MAILED: 08/05/2003

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

USR000703

| | Application No. | Applicant(s) |
|---|---|---|
| ***Office Action Summary*** | 08/734,857 | MCELVANEY, DAVID |
| | Examiner | Art Unit | |
| | Allan Hoosain | 2645 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>*31 March 2003*</u> .

2a) ☐ This action is **FINAL**.      2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>*1-7*</u> is/are pending in the application.

     4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5) ☐ Claim(s) _____ is/are allowed.

6) ☒ Claim(s) <u>*1-7*</u> is/are rejected.

7) ☐ Claim(s) _____ is/are objected to.

8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.

     Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

11) ☐ The proposed drawing correction filed on _____ is: a) ☐ approved b) ☐ disapproved by the Examiner.

     If approved, corrected drawings are required in reply to this Office action.

12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

     a) ☐ All  b) ☐ Some * c) ☐ None of:

         1. ☐ Certified copies of the priority documents have been received.

         2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

         3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

     * See the attached detailed Office action for a list of the certified copies not received.

14) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

     a) ☐ The translation of the foreign language provisional application has been received.

15) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)                4) ☐ Interview Summary (PTO-413) Paper No(s). _____ .
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)   5) ☐ Notice of Informal Patent Application (PTO-152)
3) ☐ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _____ .   6) ☐ Other: _____

USR000704

Application/Control Number: 08/734,857                     Page 2
Art Unit: 2645

## DETAILED ACTION

1. In view of the Board of Patent Appeals (BPA) decision filed on 3/31/03, reversing the

Examiner, PROSECUTION IS HEREBY REOPENED as approved by the Technology Center

2600 Director, **James W. Dwyer** under 37 CFR 1.198.

     The BPA found that the evidence in the **Schindler's** reference was insufficient to support

a telephone handset connected to a computer sound card and used for Internet telephony. The

BPA concluded that speculation would have been necessary to sustain the Examiner's rejection

and more evidence would have been needed to prove the obviousness of the claimed subject

matter.

     The BPA's findings led to the discovery of new prior art which provide strong evidence

that connecting a telephone handset to a sound card of a personal computer and used for Internet

telephony was known to artisans. The new references which indicate nonpatentability of the

appealed claims to which the Examiner was reversed are set forth in the attached new rejection

below.

### *Claim Rejections - 35 USC § 103*

2. The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

USR000705

Application/Control Number: 08/734,857                                    Page 3

Art Unit: 2645

3. Claims 1, 2-3, 7 are rejected under 35 U.S.C. 103(a) as being unpatentable over **Andrea et al.**

**(Andrea '321)** (US 5,715,321) in view of **Andrea et al.** (US 5,673,325) **(Andrea '325)** and

further in view of **Mattaway et al.** (US 6,226,678).


As to Claim 1, with respect to Figures 1 and 3, **Andrea '321** teaches a computer (digital network

telephony device) comprising:

     a telephone (headset) comprising a microphone and a speaker (Figure 1), said microphone

being connected to at least two microphone wires, 80, and said speaker being connected to at

least two microphone wires, 80, (Figure 5 and Col. 10, lines 5-10);

     a computer system comprising a computer sound card having an input jack and an output

jack and computer telephone (means) for receiving and transmitting digital audio signals (Col. 8,

lines 5-11 and 15-20),

     leads (means) for connecting the microphone wires to the input jack and for connecting the

speaker wires to the output jack (Figure 3B, labels 96,97);

     **Andrea '321** fails explicitly to teach a telephone handset being used for noise cancellation

technology as stated in the patent. However, **Andrea '321** teaches that the invention can be used

in a telephone (Col. 4, lines 34-36). This teaching suggests that the invention can be used in a

telephone. Furthermore, **Andrea '325**, a patent related to **Andrea '321** (see Col. 13, line 54 of

**Andrea '321**) teaches that the noise cancellation technology can be used in a telephone handset

as well (see Figure 1 of **Andrea '325**).

Application/Control Number: 08/734,857                                    Page 4
Art Unit: 2645

    **Andrea '321** further fails to teach the details of performing computer telephony using the sound card mentioned at Col. 8, line 11 and Col. 12, line 44 and Col. 14, line 22 that includes the following:

          (i) means for compressing and decompressing said audio signals

          (ii) means for transmitting compressed audio signals to a digital network,

          (iii) means for receiving compressed audio signals from said digital network

    However, it would be very obvious that the teachings suggest compression and decompression of analog signals for providing computer telephony from the home to the office (see **Andrea '321**, Col. 14, lines 50-51). **Mattaway** teaches a soundcard and codec which performs compression and decompression of audio signals in providing computer telephony with reduced data transmission over digital networks (Col. 14, lines 10-25 and Col. 16, lines 10-16, 31-36). Therefore, it would have been obvious for one skilled in the art at the time the invention was made, to modify the headset of **Andrea '321** to a telephone handset as taught by **Andrea '325** and to add soundcard with codec capabilities for compressing and decompressing analog signals as taught by **Mattaway's** invention in order to provide computer telephony using a handset with adequate data transmission rate. The modification broadens the application of the noise cancellation technology stated in **Andrea '321** patent to all telephone handsets and equipping the sound card of **Andrea '321** patent with compression and decompression features would enhance the voice quality of a telephone call since more voice data can be transmitted and received through compression technology.

    As to Claim 2, **Andrea '321** teaches a device as in claim 1 wherein said means for connecting the microphone wires to the input jack and for connecting the speaker wires to the output jack

Application/Control Number: 08/734,857 Page 5

Art Unit: 2645

comprises a cable having a four-wire head set at a first end thereof and two mini-plugs at the

second end thereof, one of said mini-phone plugs being designated a microphone plug and being

connected to the microphone wires and the second of said mini-phone plugs being designated a

speaker plug and being connected to the speaker wires (Figure 1, labels 80 and 95 and Figure 3B,

labels 96,97 and 40);

**Andrea '321** does not teach the following limitation:

"a four-wire handset jack" on one end of cable 80

However, based on the modification for changing the headset to a handset as stated in the

rejection above for Claim 1, it is inherent that a 4-wire jack is used for connection of cable 80 in

**Andrea '321** to the handset 8 of **Andrea '325**.


As to Claim 3, **Andrea '321** teaches a device as in claim 1, further comprising:

**Andrea '321** does not teach the following limitation:

"a resistive volume control for controlling the loudness of the speaker"

**Andrea '321** teaches amplifying (volume control) signals sent to the speaker and using the

headset in noisy areas so that users with hearing problems can perform computer telephony in

the presence of noise (Col. 13, lines 11-16 and Col. 14, lines 38-42). **Andrea '325** teaches a

handset with a resistive volume control for speakers (Figure 1, label 40 and Col. 4, lines 41-42,

Col. 5, lines 6-12). Therefore, it would have been obvious to one of ordinary skill in the art at

the time the invention was made, to add the resistive volume control feature to **Andrea '321** for

controlling signal volume as taught by **Andreas '325** invention in order to provide computer

telephony for users with hearing problems in noisy areas.

USR000708

Application/Control Number: 08/734,857                                                 Page 6
Art Unit: 2645

As to Claim 7, the limitations are all contained in Claims 1 and 2 and are rejected for the same

reasons given for Claims 1 and 2.

4. Claims 4-5 are rejected under 35 U.S.C. 103(a) as being unpatentable over **Andrea '321** in

view of **Andrea '325** and **Mattaway** and further in view of **Kahn** (US 5,838,665).

As to Claim 4, **Andrea '321** teaches a device as in claim 1, further comprising:

    **Andrea '321** does not teach the following limitation:

      "a keytone generator operatively connected to the microphone wires"

    **Kahn** teaches a handset with a DTMF (keytone) generator connected to microphone wires

and used for dialing in computer telephony applications (Figure 3, label 55 and Col. 4, lines 22-

24). Therefore, it would have been obvious to one of ordinary skill in the art at the time the

invention was made to add DTMF capability to **Andreas '321** invention for performing dialing

as taught by **Kahn's** invention in order to provide computer telephony phone calls.

As to Claim 5, **Andrea** teaches a device as in claim 1, further comprising:

    **Andrea '321** does not teach the following limitation:

      "an external power supply for powering said microphone"

    The modification of **Andrea '321** in Claim 1 teaches a handset with electronic

components which requires power for its operation as is old and well known in the art. Since,

**Andrea '321** does not teach any power supply for the handset, then it is inherent that an external

Application/Control Number: 08/734,857                                    Page 7
Art Unit: 2645

power source is available to power the electronic components of the handset so as to provide

computer telephony from the home to the office.

5. Claims 1-2, 4-5 and 7 are rejected under 35 U.S.C. 103(a) as being unpatentable over **Kahn et**

**al.** (US 5,838,665) in view of **Andrea et al.** (US 5,715,321) and further in view of **Mattaway et**

**al.** (US 6,226,678).


As to Claim 1, with respect to Figures 1-3, **Kahn** teaches a computer (digital network telephony

device) comprising:

a telephone handset comprising a microphone, 34, and a speaker, 18, said microphone

being connected to a telephone cord and said speaker being connected to the telephone cord

(Figure 2, telephone cord which comprises the cord connecting the handset to adaptor 12, the

adaptor 12 itself and the lines 30 and 32 connecting the adaptor to the sound card 38);

a computer system comprising a computer sound card and means for receiving and

transmitting digital audio signals (Figure 2, label 38 and Col. 2, lines 14-19),

voice encoding and converting means for compressing and decompressing said audio

signals (Col. 3, lines 31-32 and Col. 4, lines 29-34),

communication means for transmitting compressed audio signals to a digital network (Col.

3, lines 26-28 and Col. 4, lines 29-34),

converting means for receiving compressed audio signals from said digital network (Col. 4,

lines 41-52)

means for connecting the microphone wires to the sound card and for connecting the

speaker wires to the sound card (Col. 2, lines 20-25 and Figure 2);

Application/Control Number: 08/734,857                              Page 8
Art Unit: 2645

**Kahn** fails to teach compression and decompression of audio signals that is included in the encoding and converting of digital signals. **Mattaway** teaches a soundcard and codec which performs encoding functions that include compression and decompression of audio signals in providing computer telephony with reduced data transmission over digital networks (Col. 14, lines 10-25 and Col. 16, lines 10-16, 31-36).

Further, **Kahn** does not teach the following limitations:

> (i) at least two microphone wires

> (ii) at least two speaker wires

> (iii) a sound card input jack and an output jack

However, **Kahn's** telephone cord connects to a handset or headset and computer sound card (Figure 2, labels 12,30,32 and 38 and Col. 3, lines 47-49). **Andrea** teaches a telephone cord including an adapter with two microphone and two speaker wires for connection to a telephone (handset) or headset and a computer soundcard input and output jacks (Figure 3B, labels 96,97 and Col. 8, lines 5-12). Therefore, at the time the invention was made, it would have been obvious to one of ordinary skill in the art to add **Andrea's** telephone cord and **Mattaway's** codec to **Kahn's** invention for connecting a sound card's input and output jacks and a telephone handset's microphone and speaker using two speaker wires and two microphone wires as taught by **Andrea's** and **Mattaway's** inventions in order to provide computer telephony voice communications with reduced data transmission.

USR000711

Application/Control Number: 08/734,857                                      Page 9
Art Unit: 2645

As to Claim 2, **Kahn** teaches a device as in claim 1 wherein said means for connecting the

microphone wires to the input jack and for connecting the speaker wires to the output jack

comprises a cable having a four-wire handset jack at a first end thereof and (Figure 2);

> **Kahn** does not teach the following limitation:

>> "two mini-plugs at the second end thereof, one of said mini-phone plugs being
>> designated a microphone plug and being connected to the microphone wires and the
>> second of said mini-phone plugs being designated a speaker plug and being connected
>> to the speaker wires"

However, based on the modification for connecting the handset in Claim 1, it is inherent

that the mini-plugs are taught in the cable 80 of **Andrea** (Figure 3B, labels 96,97 and Col. 8,

lines 5-12).


As to Claim 4, **Kahn** teaches a device as in claim 1, further comprising a DTMF (keytone)

generator operatively connected to the microphone wires (Figure 3, label 55).


As to Claim 5, **Kahn** teaches a device as in claim 1, further comprising an inherent central office

power supply (an external power supply) for powering said handset (microphone) (Figure 1,

labels 28,26).


As to Claim 7, the limitations are all contained in Claims 1 and 2 and are rejected for the same

reasons given for Claims 1 and 2.

Application/Control Number: 08/734,857                                    Page 10
Art Unit: 2645

6. Claim 3 is rejected under 35 U.S.C. 103(a) as being unpatentable over **Kahn** in view of
**Andrea et al. (Andrea '321)** (US 5,715,321) and **Mattaway** and further in view of **Andrea et
al. (Andrea '325)** (US 5,673,325).


As to Claim 3, **Kahn** teaches a device as in claim 1, further comprising:

    **Kahn** does not teach the following limitation:

      "a resistive volume control for controlling the loudness of the speaker"

**Andrea '321** teaches amplifying (volume control) signals sent to the speaker and using the

headset in noisy areas so that users with hearing problems can perform computer telephony in

the presence of noise (Col. 13, lines 11-16 and Col. 14, lines 38-42). **Andrea '325** teaches a

handset with a resistive volume control for speakers (Figure 1, label 40 and Col. 4, lines 41-42,

Col. 5, lines 6-12). Therefore, it would have been obvious to one of ordinary skill in the art at

the time the invention was made, to add the resistive volume control feature to **Andrea '321** to

for controlling signal volume as taught by **Andreas '325** invention in order to provide computer

telephony for users with hearing problems in noisy areas.


7. Claim 6 is rejected under 35 U.S.C. 103(a) as being unpatentable over **Kahn** in view of
**Andrea** and **Mattaway** and further in view of **Bentley et al.** (US 5,727,047).


As to Claim 6, **Kahn** teaches a device as in Claim 1, further comprising:

    **Kahn** does not teach the following limitation:

      "an automatic bypass switch to deactivate any external speakers and activate the
      handset microphone and speaker when the handset is in use"

USR000713

Application/Control Number: 08/734,857            Page 11
Art Unit: 2645

**Kahn** teaches having private Internet phone calls and placing external telephone calls (external speakers) on hold (Col. 3, lines 10-16 and Col. 4, lines 56-63). These teachings suggest an automatic bypass switch for disconnecting external speakers when privacy is required. **Bentley** teaches a switch hook (automatic bypass switch) which performs the limitation (Col. 13, lines 54-58). Therefore, at the time the invention was made, it would have been obvious to one of ordinary skill in the art to add switch hook capability to **Kahn's** invention for bypassing speakerphones (external speakers) as taught by **Bentley's** invention in order to provide private computer telephone communications.

## *Conclusion*

8. The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

**Kikinis et al.** (US 5,633,920) teach a smart phone with connections to PCs.

**Morse** (US 5,835,585) teach a telephone handset cord with plugs and two wire connections to the handset speaker and microphone.

9. Any response to this action should be mailed to:

> Commissioner of Patents and Trademarks
> Washington, D.C. 20231
> **or faxed to:**
>
> (703) 872-9314, (for formal communications intended for entry)

    **Or:**

> (703) 306-0377 (for customer service assistance)

USR000714


Application/Control Number: 08/734,857                                        Page 12
Art Unit: 2645

> Hand-delivered responses should be brought to Crystal Park II, 2121 Crystal Drive,
> Arlington. VA., Sixth Floor (Receptionist).

Any inquiry concerning this communication or earlier communications from the examiner should be directed to **Allan Hoosain** whose telephone number is (703) 305-4012. The examiner can normally be reached on Monday to Friday from 7 am to 5:30 pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, **Fan Tsang**, can be reached on (703) 305-4895.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 305-3900.

**Allan Hoosain**
**Primary Examiner**
**7/30/03**

JAMES L. DWYER
DIRECTOR, T.C. 2600

USR000715

| | | | | |
|---|---|---|---|---|
| *Notice of References Cited* | Application/Control No.<br>08/734,857 | | Applicant(s)/Patent Under Reexamination<br>MCELVANEY, DAVID | |
| | Examiner<br>Allan Hoosain | | Art Unit<br>2645 | Page 1 of 1 |

## U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-5,673,325 | 09-1997 | Andrea et al. | 381/92 |
| | B | US-5,715,321 | 02-1998 | Andrea et al. | 381/92 |
| | C | US-6,226,678 | 05-2001 | Mattaway et al. | 709/230 |
| | D | US-5,838,665 | 11-1998 | Kahn et al. | 370/260 |
| | E | US-5,727,047 | 03-1998 | Bentley et al. | 379/93 |
| | F | US-5,633,920 | 05-1997 | Kikinis et al. | 379/130 |
| | G | US-5,835,585 | 11-1998 | Morse | 379/424 |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

## FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

## NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 22

USR000716

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of: McElvaney
For:    **Internet Telephony Device**
Filed:  Oct 23 1996
Serial No.: 08/734,857    Art Unit: 2742    Examiner: Hoosain, A.

RESPONSE TO OFFICE ACTION

**RECEIVED**

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

FEB 0 3 2004

Technology Center 2600

Sir:

In response to action dated October 27, 2003, please reconsider the rejections, for the following reasons.

On remand from the Board of Appeals, all claims of this application have been rejected under 35 USC 103 as obvious in light of the following newly cited U.S. patents:

        *Andrea et. al. (US 5,715,321)
        Andrea et. al. (US 5,673,325)
        *Mattaway et. al. (US 6,226,678)
        *Kahn et. al. (US 5,838,665)

Those marked with an asterisk appear to have been filed less than one year prior to the Applicant's filing date.

Applicant respectfully urges that the reasoning of the decision of the BPA leads to the conclusion that combining the new references still requires "resort to speculation" in order to supply the required motivation to combine.

Should the examiner disagree, Applicant requests the courtesy of an interview in order to bring prosecution to a prompt conclusion.

Respectfully submitted,

03/01/2004 VTOWLER 00000001 150620  08734857
01 FC:2253      415.00 DA

Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD  21153
(410) 837-5127

USR000717

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: McElvaney
For:    Internet Telephony Device
Filed:  Oct 23 1996

Serial No.: 08/734,857    Art Unit: 2742    Examiner: Hoosain, A.


Authorization to Charge Deposit Account


Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

**RECEIVED**

FEB 0 3 2004

Technology Center 2600

Sir:

Transmitted for filing in the above-referenced case are:

**Response to Office Action**

**No fee is believed due; however, if a fee is required,**
the Commissioner is authorized to charge any fees relating to the
above filing or credit any overpayment to our Deposit Account No.
15-0620.  A duplicate copy of this sheet is enclosed.

**Applicant is entitled to Small Entity status.**


Respectfully submitted,


Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD  21153
(410) 837-5127

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: McElvaney
For:    Internet Telephony Device
Filed:  Oct 23 1996
           Serial No.: 08/734,857    Art Unit: 2742    Examiner: Hoosain, A.

# RECEIVED

FEB 0 3 2004

Technology Center 2600

TRANSMITTAL LETTER

January 27, 2004

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450


Sir:

Transmitted for filing in the above-referenced case are:

        **Response to Office Action**
        **Certificate of Mailing**
        **Authorization to Charge Deposit Account (2)**
        **Return Postcard**

No fee is believed to be due for this response.  However, should
any extension of time be required, or any fee be due, an
authorization to charge our deposit account is enclosed.

Kindly acknowledge receipt of the above by date-stamping and
returning the enclosed prepaid postcard.


Respectfully submitted,

Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD  21153
(410) 837-5127

**CERTIFICATE OF MAILING**

I hereby certify that the above listed attached paper(s) or fee are being deposited with the U.S.
Postal Service with sufficient first class postage on the date indicated above, addressed to the
Commissioner for Patents, PO Box 1450, Alexandria, VA  22313-1450.

USR000719

INFORMAL – NOT FOR FILING

March 11, 2004
Fax to: 703-746-5744

Please let me have your comments.

Thanks.

Max Oppenheimer
410-837-5127

USR000720

1.  A digital network telephony device comprising:

a telephone handset comprising a microphone and a speaker, said microphone being connected to at least two microphone wires and said speaker being connected to at least two speaker wires;

a computer system comprising a computer sound card having an input jack and an output jack and means for receiving and transmitting digital audio signals, means for compressing and decompressing said audio signals, means for transmitting compressed audio signals to a digital network, means for receiving compressed audio signals from said digital network; and

connecting means for connecting the microphone wires to the input jack and for connecting the speaker wires to the output jack, said connecting means further providing power to said microphone and said speaker, either from said computer sound card or from a source external to said computer sound card.

2.  A device as in claim 1 wherein said means for connecting the microphone wires to the input jack and for connecting the speaker wires to the output jack comprises a cable having a four-wire handset jack at a first end thereof and two mini-phone plugs at a second end thereof, one of said mini-phone plugs being designated a microphone plug and being connected to the microphone wires and the second of said mini-phone plugs being designated a speaker plug and being connected to the speaker wires.

3.  A device as in claim 1, further comprising a resistive volume control for controlling the loudness of the speaker.

4.  A device as in claim 1, further comprising a keytone generator operatively connected to the microphone wires.

5.  A device as in claim 1, further comprising an external power supply for powering said microphone.

6.  A device as in claim 1, further comprising an automatic bypass switch to deactivate any external speakers and activate the handset microphone and speaker when the handset is in use.

USR000721

7.   A device for connecting

a telephone handset comprising a microphone and a speaker, said microphone being connected to at least two microphone wires and said speaker being connected to at least two speaker wires; with

a computer system comprising a computer sound card having an input jack and an output jack and means for receiving and transmitting audio signals, means for compressing and decompressing said audio signals, means for transmitting compressed audio signals to a digital network, means for receiving compressed audio signals from the digital network;

said device comprising a cable comprising two microphone wires and two speaker wires, each wire having a first and a second end, said wires being connected at said first end to a plug adapted to connect to said telephone handset and being connected at said second end to a plug adapted to connect to said computer sound card, <u>said cable providing power to said microphone and said speaker, either from said computer sound card or from a source external to said computer sound card.</u>

USR000722



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 08/734,857 | 10/23/1996 | DAVID MCELVANEY | | 1857 |

7590    04/13/2004

MAX STUL OPPENHEIMER
P O BOX 50
STEVENSON, MD  21153

| EXAMINER |
|---|
| HOOSAIN, ALLAN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2645 | 24 |

DATE MAILED: 04/13/2004

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

USR000723

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 08/734,857 | MCELVANEY, DAVID |
| | Examiner | Art Unit |
| | Allan Hoosain | 2645 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>30 January 2004</u>.

2a)☒ This action is **FINAL**.    2b)☐ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1-7</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>1-7</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All  b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☐ Information Disclosure Statement (PTO-1449 or PTO/SB/08) Paper No(s)/Mail Date _____.

4)☒ Interview Summary (PTO-413) Paper No(s)/Mail Date. <u>24</u>.

5)☐ Notice of Informal Patent Application (PTO-152)

6)☐ Other: _____.

USR000724

Application/Control Number: 08/734,857                              Page 2
Art Unit: 2645

## FINAL DETAILED ACTION

### *Claim Rejections - 35 USC § 103*

1. The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

2. Claims 1, 2-3, 7 are rejected under 35 U.S.C. 103(a) as being unpatentable over **Andrea et al.**

**(Andrea '321)** (US 5,715,321) in view of **Andrea et al.** (US 5,673,325) **(Andrea '325)** and

further in view of **Mattaway et al.** (US 6,226,678).


As to Claim 1, with respect to Figures 1 and 3, **Andrea '321** teaches a computer (digital network

telephony device) comprising:

a telephone (headset) comprising a microphone and a speaker (Figure 1), said microphone

being connected to at least two microphone wires, 80, and said speaker being connected to at

least two microphone wires, 80, (Figure 5 and Col. 10, lines 5-10);

a computer system comprising a computer sound card having an input jack and an output

jack and computer telephone (means) for receiving and transmitting digital audio signals (Col. 8,

lines 5-11 and 15-20),

leads (means) for connecting the microphone wires to the input jack and for connecting the

speaker wires to the output jack (Figure 3B, labels 96,97);

Application/Control Number: 08/734,857                                    Page 3
Art Unit: 2645

Andrea '321 fails explicitly to teach a telephone handset being used for noise cancellation
technology as stated in the patent. However, Andrea '321 teaches that the invention can be used
in a telephone (Col. 4, lines 34-36). This teaching suggests that the invention can be used in a
telephone. Furthermore, Andrea '325, a patent related to Andrea '321 (see Col. 13, line 54 of
Andrea '321) teaches that the noise cancellation technology can be used in a telephone handset
as well (see Figure 1 of Andrea '325).

Andrea '321 further fails to teach the details of performing computer telephony using the
sound card mentioned at Col. 8, line 11 and Col. 12, line 44 and Col. 14, line 22 that includes the
following:

   (i) means for compressing and decompressing said audio signals

   (ii) means for transmitting compressed audio signals to a digital network,

   (iii) means for receiving compressed audio signals from said digital network

However, it would be very obvious that the teachings suggest compression and
decompression of analog signals for providing computer telephony from the home to the office
(see Andrea '321, Col. 14, lines 50-51). Mattaway teaches a soundcard and codec which
performs compression and decompression of audio signals in providing computer telephony with
reduced data transmission over digital networks (Col. 14, lines 10-25 and Col. 16, lines 10-16,
31-36). Therefore, it would have been obvious for one skilled in the art at the time the invention
was made, to modify the headset of Andrea '321 to a telephone handset as taught by Andrea
'325 and to add soundcard with codec capabilities for compressing and decompressing analog
signals as taught by Mattaway's invention in order to provide computer telephony using a
handset with adequate data transmission rate. The modification broadens the application of the

USR000726

Application/Control Number: 08/734,857    Page 4
Art Unit: 2645

noise cancellation technology stated in **Andrea '321** patent to all telephone handsets and

equipping the sound card of **Andrea '321** patent with compression and decompression features

would enhance the voice quality of a telephone call since more voice data can be transmitted and

received through compression technology.

As to Claim 2, **Andrea '321** teaches a device as in claim 1 wherein said means for connecting

the microphone wires to the input jack and for connecting the speaker wires to the output jack

comprises a cable having a four-wire head set at a first end thereof and two mini-plugs at the

second end thereof, one of said mini-phone plugs being designated a microphone plug and being

connected to the microphone wires and the second of said mini-phone plugs being designated a

speaker plug and being connected to the speaker wires (Figure 1, labels 80 and 95 and Figure 3B,

labels 96,97 and 40);

   **Andrea '321** does not teach the following limitation:

        "a four-wire handset jack" on one end of cable 80

   However, based on the modification for changing the headset to a handset as stated in the

rejection above for Claim 1, it is inherent that a 4-wire jack is used for connection of cable 80 in

**Andrea '321** to the handset 8 of **Andrea '325**.


As to Claim 3, **Andrea '321** teaches a device as in claim 1, further comprising:

   **Andrea '321** does not teach the following limitation:

        "a resistive volume control for controlling the loudness of the speaker"

   **Andrea '321** teaches amplifying (volume control) signals sent to the speaker and using the

headset in noisy areas so that users with hearing problems can perform computer telephony in

USR000727

Application/Control Number: 08/734,857                                    Page 5

Art Unit: 2645

the presence of noise (Col. 13, lines 11-16 and Col. 14, lines 38-42). **Andrea '325** teaches a

handset with a resistive volume control for speakers (Figure 1, label 40 and Col. 4, lines 41-42,

Col. 5, lines 6-12). Therefore, it would have been obvious to one of ordinary skill in the art at

the time the invention was made, to add the resistive volume control feature to **Andrea '321** for

controlling signal volume as taught by **Andreas '325** invention in order to provide computer

telephony for users with hearing problems in noisy areas.

As to Claim 7, the limitations are all contained in Claims 1 and 2 and are rejected for the same

reasons given for Claims 1 and 2.

3. Claims 4-5 are rejected under 35 U.S.C. 103(a) as being unpatentable over **Andrea '321** in

view of **Andrea '325** and **Mattaway** and further in view of **Kahn** (US 5,838,665).

As to Claim 4, **Andrea '321** teaches a device as in claim 1, further comprising:

    **Andrea '321** does not teach the following limitation:

        "a keytone generator operatively connected to the microphone wires"

    **Kahn** teaches a handset with a DTMF (keytone) generator connected to microphone wires

and used for dialing in computer telephony applications (Figure 3, label 55 and Col. 4, lines 22-

24). Therefore, it would have been obvious to one of ordinary skill in the art at the time the

invention was made to add DTMF capability to **Andreas '321** invention for performing dialing

as taught by **Kahn's** invention in order to provide computer telephony phone calls.

Application/Control Number: 08/734,857                                    Page 6
Art Unit: 2645

As to Claim 5, **Andrea** teaches a device as in claim 1, further comprising:

  **Andrea '321** does not teach the following limitation:

   "an external power supply for powering said microphone"

  The modification of **Andrea '321** in Claim 1 teaches a handset with electronic

components which requires power for its operation as is old and well known in the art. Since,

**Andrea '321** does not teach any power supply for the handset, then it is inherent that an external

power source is available to power the electronic components of the handset so as to provide

computer telephony from the home to the office.

4. Claims 1-2, 4-5 and 7 are rejected under 35 U.S.C. 103(a) as being unpatentable over **Kahn et**

**al.** (US 5,838,665) in view of **Andrea et al.** (US 5,715,321) and further in view of **Mattaway et**

**al.** (US 6,226,678).

As to Claim 1, with respect to Figures 1-3, **Kahn** teaches a computer (digital network telephony

device) comprising:

  a telephone handset comprising a microphone, 34, and a speaker, 18, said microphone

being connected to a telephone cord and said speaker being connected to the telephone cord

(Figure 2, telephone cord which comprises the cord connecting the handset to adaptor 12, the

adaptor 12 itself and the lines 30 and 32 connecting the adaptor to the sound card 38);

  a computer system comprising a computer sound card and means for receiving and

transmitting digital audio signals (Figure 2, label 38 and Col. 2, lines 14-19),

  voice encoding and converting means for compressing and decompressing said audio

signals (Col. 3, lines 31-32 and Col. 4, lines 29-34),

Application/Control Number: 08/734,857                                    Page 7
Art Unit: 2645

communication means for transmitting compressed audio signals to a digital network (Col.

3, lines 26-28 and Col. 4, lines 29-34),

converting means for receiving compressed audio signals from said digital network (Col. 4,

lines 41-52)

means for connecting the microphone wires to the sound card and for connecting the

speaker wires to the sound card (Col. 2, lines 20-25 and Figure 2);

**Kahn** fails to teach compression and decompression of audio signals that is included in the

encoding and converting of digital signals.  **Mattaway** teaches a soundcard and codec which

performs encoding functions that include compression and decompression of audio signals in

providing computer telephony with reduced data transmission over digital networks (Col. 14,

lines 10-25 and Col. 16, lines 10-16, 31-36).

Further, **Kahn** does not teach the following limitations:

(i) at least two microphone wires

(ii) at least two speaker wires

(iii) a sound card input jack and an output jack

However, **Kahn's** telephone cord connects to a handset or headset and computer sound

card (Figure 2, labels 12,30,32 and 38 and Col. 3, lines 47-49).  **Andrea** teaches a telephone cord

including an adapter with two microphone and two speaker wires for connection to a telephone

(handset) or headset and a computer soundcard input and output jacks (Figure 3B, labels 96,97

and Col. 8, lines 5-12).  Therefore, at the time the invention was made, it would have been

obvious to one of ordinary skill in the art to add **Andrea's** telephone cord and **Mattaway's**

codec to **Kahn's** invention for connecting a sound card's input and output jacks and a telephone

USR000730

Application/Control Number: 08/734,857 Page 8
Art Unit: 2645

handset's microphone and speaker using two speaker wires and two microphone wires as taught
by **Andrea's** and **Mattaway's** inventions in order to provide computer telephony voice
communications with reduced data transmission.

As to Claim 2, **Kahn** teaches a device as in claim 1 wherein said means for connecting the
microphone wires to the input jack and for connecting the speaker wires to the output jack
comprises a cable having a four-wire handset jack at a first end thereof and (Figure 2);

> **Kahn** does not teach the following limitation:
>
>> "two mini-plugs at the second end thereof, one of said mini-phone plugs being
>> designated a microphone plug and being connected to the microphone wires and the
>> second of said mini-phone plugs being designated a speaker plug and being connected
>> to the speaker wires".

However, based on the modification for connecting the handset in Claim 1, it is inherent
that the mini-plugs are taught in the cable 80 of **Andrea** (Figure 3B, labels 96,97 and Col. 8,
lines 5-12).

As to Claim 4, **Kahn** teaches a device as in claim 1, further comprising a DTMF (keytone)
generator operatively connected to the microphone wires (Figure 3, label 55).

As to Claim 5, **Kahn** teaches a device as in claim 1, further comprising an inherent central office
power supply (an external power supply) for powering said handset (microphone) (Figure 1,
labels 28,26).

Application/Control Number: 08/734,857                                    Page 9
Art Unit: 2645

As to Claim 7, the limitations are all contained in Claims 1 and 2 and are rejected for the same

reasons given for Claims 1 and 2.

5. Claim 3 is rejected under 35 U.S.C. 103(a) as being unpatentable over **Kahn** in view of

**Andrea et al. (Andrea '321)** (US 5,715,321) and **Mattaway** and further in view of **Andrea et**

**al. (Andrea '325)** (US 5,673,325).

As to Claim 3, **Kahn** teaches a device as in claim 1, further comprising:

    **Kahn** does not teach the following limitation:

      "a resistive volume control for controlling the loudness of the speaker"

    **Andrea '321** teaches amplifying (volume control) signals sent to the speaker and using the

headset in noisy areas so that users with hearing problems can perform computer telephony in

the presence of noise (Col. 13, lines 11-16 and Col. 14, lines 38-42). **Andrea '325** teaches a

handset with a resistive volume control for speakers (Figure 1, label 40 and Col. 4, lines 41-42,

Col. 5, lines 6-12). Therefore, it would have been obvious to one of ordinary skill in the art at

the time the invention was made, to add the resistive volume control feature to **Andrea '321** to

for controlling signal volume as taught by **Andreas '325** invention in order to provide computer

telephony for users with hearing problems in noisy areas.

6. Claim 6 is rejected under 35 U.S.C. 103(a) as being unpatentable over **Kahn** in view of

**Andrea** and **Mattaway** and further in view of **Bentley et al.** (US 5,727,047).

USR000732

Application/Control Number: 08/734,857                Page 10

Art Unit: 2645

As to Claim 6, **Kahn** teaches a device as in Claim 1, further comprising:

> **Kahn** does not teach the following limitation:

>> "an automatic bypass switch to deactivate any external speakers and activate the handset microphone and speaker when the handset is in use"

**Kahn** teaches having private Internet phone calls and placing external telephone calls (external speakers) on hold (Col. 3, lines 10-16 and Col. 4, lines 56-63). These teachings suggest an automatic bypass switch for disconnecting external speakers when privacy is required. **Bentley** teaches a switch hook (automatic bypass switch) which performs the limitation (Col. 13, lines 54-58). Therefore, at the time the invention was made, it would have been obvious to one of ordinary skill in the art to add switch hook capability to **Kahn's** invention for bypassing speakerphones (external speakers) as taught by **Bentley's** invention in order to provide private computer telephone communications.

### *Response to Arguments*

7. Applicant's arguments filed in the 1/30/04 Response have been fully considered but they are not persuasive.

Examiner respectfully disagree that 'speculation' was used for motivation to combine the prior art to reject the claims. The teachings of the prior art supported the motivation.

Application/Control Number: 08/734,857                                    Page 11
Art Unit: 2645

## *Conclusion*

8. The prior art made of record and not relied upon is considered pertinent to applicant's

disclosure.

None

9. **THIS ACTION IS MADE FINAL.**  Applicant is reminded of the extension of time policy as

set forth in 37 CFR 1.136(a).

    A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within TWO

MONTHS of the mailing date of this final action and the advisory action is not mailed until after

the end of the THREE-MONTH shortened statutory period, then the shortened statutory period

will expire on the date the advisory action is mailed, and any extension fee pursuant to 37

CFR 1.136(a) will be calculated from the mailing date of the advisory action.  In no event,

however, will the statutory period for reply expire later than SIX MONTHS from the mailing

date of this final action.

10. Any response to this final action should be mailed to:

>          **Box AF**
>          Commissioner of Patents and Trademarks
>          Washington, D.C. 20231
>
>     **or faxed to:**
>          (703) 872-9314, (for formal communications; please mark "EXPEDITED
>          PROCEDURE")
>     **Or:**
>          (703) 306-0377 (for customer service assistance)

USR000734

Application/Control Number: 08/734,857                    Page 12
Art Unit: 2645

Hand-delivered responses should be brought to Crystal Park II, 2121
Crystal Drive, Arlington. VA., Sixth Floor (Receptionist).


Any inquiry concerning this communication or earlier communications from the

examiner should be directed to **Allan Hoosain** whose telephone number is (703) 305-4012. The

examiner can normally be reached on Monday to Friday from 8 am to 4:30 pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, **Fan Tsang**, can be reached on (703) 305-4895.

Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the Group receptionist whose telephone number is (703) 305-3900.

**Allan Hoosain**
**Primary Examiner**
**4/6/04**

| *Interview Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 08/734,857 | MCELVANEY, DAVID |
| | Examiner | Art Unit |
| | Allan Hoosain | 2645 |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Allan Hoosain (PTO Personnel)_.          (3)_____.

(2) _Max Stul Oppenheimer (Applicant's Representative)_.          (4)_____.

Date of Interview: _11 March 2004_.

Type:  a)☒ Telephonic   b)☐ Video Conference
       c)☐ Personal [copy given to: 1)☐ applicant   2)☐ applicant's representative]

Exhibit shown or demonstration conducted:   d)☒ Yes   e)☐ No.
     If Yes, brief description: _Informal Amendments_.

Claim(s) discussed: _1 and 7_.

Identification of prior art discussed: _Andrea, Kahn_.

Agreement with respect to the claims f)☐ was reached.   g)☒ was not reached.   h)☐ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: _See Continuation Sheet_.

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached. Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MEPP Section 713.04). If a reply to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. See Summary of Record of Interview requirements on reverse side or on attached sheet.

Examiner Note:  You must sign this form unless it is an Attachment to a signed Office action.

Examiner's signature, if required

USR000736

## Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews**
Paragraph (b)
In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

**37 CFR §1.2 Business to be transacted in writing.**
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

———

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
–   Application Number (Series Code and Serial Number)
–   Name of applicant
–   Name of examiner
–   Date of interview
–   Type of interview (telephonic, video-conference, or personal)
–   Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
–   An indication whether or not an exhibit was shown or a demonstration conducted
–   An identification of the specific prior art discussed
–   An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
–   The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
    (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.

Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

**Examiner to Check for Accuracy**

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

2

USR000737

Continuation Sheet (PTOL-413)                                    Application No.  08/734,857

Continuation of Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments:  Examiner advised Applicant's Representative that the amendments would not overcome the prior art.  Examiner suggested that the claims be further amended to recite "further selectively providing" instead of "further providing".  Applicant's Representative advised Examiner that he would consult with his client and get back with Examiner.  About two weeks ago, Examiner called Applicant's Representative after not receiving a call.  Applicant's Representative and Examiner discussed support for 'selectively' and if the disclosure should be amended.  Examiner advised Applicant's Representative that amending the disclosure was not necessary because there was support in the disclosure.  Applicant's Representative advised Examiner that he will file a formal response.  To date no response was received.

USR000738

**RECEIVED**
**CENTRAL FAX CENTER**

JUL 0 2 2004

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: McElvaney
For:   Internet Telephony Device
Filed:  Oct 23 1996
Serial No.: 08/734,857   Art Unit: 2742   Examiner: Hoosain, A.

**OFFICIAL**

RESPONSE TO OFFICE ACTION

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

In response to action dated April 13, 2004, please enter the
attached Record of Interview and amendments.

Applicant is amending Claims 1 and 7 as discussed in the
interview, as shown in the following proposed claims, marked to
show changes:

USR000739

1. (amended)  A digital network telephony device comprising:

a telephone handset comprising a microphone and a speaker, said microphone being connected to at least two microphone wires and said speaker being connected to at least two speaker wires;

a computer system comprising a computer sound card having an input jack and an output jack and means for receiving and transmitting digital audio signals, means for compressing and decompressing said audio signals, means for transmitting compressed audio signals to a digital network, means for receiving compressed audio signals from said digital network; and

connecting means for connecting the microphone wires to the input jack and for connecting the speaker wires to the output jack, said connecting means further selectively providing power to said microphone and said speaker, either from said computer sound card or from a source external to said computer sound card.

7. (amended)  A device for connecting

a telephone handset comprising a microphone and a speaker, said microphone being connected to at least two microphone wires and said speaker being connected to at least two speaker wires;  with

a computer system comprising a computer sound card having an input jack and an output jack and means for receiving and transmitting audio signals, means for compressing and decompressing said audio signals, means for transmitting compressed audio signals to a digital network, means for receiving compressed audio signals from the digital network;

said device comprising a cable comprising two microphone wires and two speaker wires, each wire having a first and a second end, said wires being connected at said first end to a plug adapted to connect to said telephone handset and being connected at said second end to a plug adapted to connect to said computer sound card, said cable selectively providing power to said microphone and said speaker, either from said computer sound card or from a source external to said computer sound card.

USR000740

As claims 2-6 depend from claim 1, they should be allowable if claim 1 is allowed.

A clean copy of all claims is attached.

Applicant believes this response places the application in condition for allowance.  Should the examiner disagree, Applicant requests the courtesy of an interview in order to bring prosecution to a prompt conclusion.

Respectfully submitted,

Max Stul Oppenheimer
Reg. No. 33,203
P. O. Box 50
Stevenson, MD   21153
(410) 837-5127

USR000741

07/02/2004  13:12   410-837-4492         UNIV OF BALTIMORE              PAGE  05

RECEIVED
CENTRAL FAX CENTER

JUL 0 2 2004

OFFICIAL

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: McElvaney
For:    Internet Telephony Device
Filed:  Oct 23 1996
Serial No.: 08/734,857    Art Unit: 2742    Examiner: Hoosain, A.


INTERVIEW SUMMARY


Applicant adopts the Examiner's summary of the substance of the
March 11, 2004 interview.

PAGE 5/8 * RCVD AT 7/2/2004 12:55:35 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-1/2 * DNIS:8729314 * CSID:410 837 4492 * DURATION (mm-ss):01-58

USR000742

CLAIMS:  CLEAN COPY

1.  A digital network telephony device comprising:

   a telephone handset comprising a microphone and a speaker,
   said microphone being connected to at least two microphone
   wires and said speaker being connected to at least two
   speaker wires;

   a computer system comprising a computer sound card having an
   input jack and an output jack and means for receiving and
   transmitting digital audio signals, means for compressing
   and decompressing said audio signals, means for transmitting
   compressed audio signals to a digital network, means for
   receiving compressed audio signals from said digital
   network; and

   connecting means for connecting the microphone wires to the
   input jack and for connecting the speaker wires to the
   output jack, said connecting means further selectively
   providing power to said microphone and said speaker, either
   from said computer sound card or from a source external to
   said computer sound card.

2.  A device as in claim 1 wherein said means for connecting the
microphone wires to the input jack and for connecting the speaker

USR000743

07/02/2004  13:12    410-837-4492          UNIV OF BALTIMORE          PAGE  07

wires to the output jack comprises a cable having a four-wire
handset jack at a first end thereof and two mini-phone plugs at a
second end thereof, one of said mini-phone plugs being designated
a microphone plug and being connected to the microphone wires and
the second of said mini-phone plugs being designated a speaker
plug and being connected to the speaker wires.

3.  A device as in claim 1, further comprising a resistive volume
control for controlling the loudness of the speaker.

4.  A device as in claim 1, further comprising a keytone
generator operatively connected to the microphone wires.

5.  A device as in claim 1, further comprising an external power
supply for powering said microphone.

6.  A device as in claim 1, further comprising an automatic
bypass switch to deactivate any external speakers and activate
the handset microphone and speaker when the handset is in use.

A device for connecting

        a telephone handset comprising a microphone and a speaker,
        said microphone being connected to at least two microphone
        wires and said speaker being connected to at least two
        speaker wires;  with

USR000744

a computer system comprising a computer sound card having an input jack and an output jack and means for receiving and transmitting audio signals, means for compressing and decompressing said audio signals, means for transmitting compressed audio signals to a digital network, means for receiving compressed audio signals from the digital network;

said device comprising a cable comprising two microphone wires and two speaker wires, each wire having a first and a second end, said wires being connected at said first end to a plug adapted to connect to said telephone handset and being connected at said second end to a plug adapted to connect to said computer sound card, said cable selectively providing power to said microphone and said speaker, either from said computer sound card or from a source external to said computer sound card.

USR000745

**RECEIVED**
**CENTRAL FAX CENTER**

JUL 0 2 2004

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**OFFICIAL**

In re Patent Application of: McElvaney
For:   Internet Telephony Device
Filed: Oct 23 1996
     Serial No.: 08/734,857    Art Unit: 2742    Examiner: Hoosain, A.
           Attorney Docket: RIPVENTEL

---

By Facsimile to Commissioner of Patents and Trademarks
**"EXPEDITED PROCEDURE"**
**FAX NO: 703-872-9314**
**From: Max Stul Oppenheimer (voice 410-837-5127)**
**Date:  July 2, 2004**

### Attention Examiner  HOOSAIN, A.

Transmitted for filing in the above-referenced matter are
 8  pages including this transmittal sheet, consisting of:

  Response to Office Action Dated 4/13/2004
  Record of Interview of 3/11/2004
  Certificate of transmission

### CERTIFICATE OF TRANSMITTAL BY FACSIMILE

I hereby certify that the above attached paper is being transmitted by
facsimile to the Commissioner for Patents, PO Box 1450, Alexandria, VA  22313-
1450, at the above number, under 37 CFR 1.8, in accordance with Rule 1.6(d),
on the date indicated above.

USR000746

# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 1996

**Application or Docket Number**
08734857

## CLAIMS AS FILED - PART I

|  | (Column 1) | (Column 2) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE | FEE | | RATE | FEE |
| BASIC FEE | | | | 385.00 | OR | | 770.00 |
| TOTAL CLAIMS | 7 | minus 20= | * | X$11 = | OR | X$22 = | |
| INDEPENDENT CLAIMS | 2 | minus 3 = | * | X40 = | OR | X80 = | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | | +130 = | OR | +260 = | |
| | | | | TOTAL | 385 | OR | TOTAL |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

7-2-04

### AMENDMENT A

|  | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| Total | * | 7 | Minus ** 20 | = 0 | X$11 = | | OR | X$22 = | 0 |
| Independent | * | 2 | Minus *** 3 | = 0 | X40 = | | OR | X80 = | 0 |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130 = | | OR | +260 = | 0 |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | 0 |

### AMENDMENT B

|  | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | | Minus ** | = | X$11 = | | OR | X$22 = | |
| Independent | * | | Minus *** | = | X40 = | | OR | X80 = | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130 = | | OR | +260 = | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

|  | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | | Minus ** | = | X$11 = | | OR | X$22 = | |
| Independent | * | | Minus *** | = | X40 = | | OR | X80 = | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130 = | | OR | +260 = | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
   The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 8/96)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

BEST AVAILABLE COPY

USR000747



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 7590 | 11/05/2004 |
| --- | --- |

MAX STUL OPPENHEIMER
P O BOX 50
STEVENSON, MD 21153

| EXAMINER |
| --- |
| HOOSAIN, ALLAN |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 2645 | |

DATE MAILED: 11/05/2004

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 08/734,857 | 10/23/1996 | DAVID MCELVANEY | | 1857 |

TITLE OF INVENTION: INTERNET TELEPHONY DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- |
| nonprovisional | YES | $685 | $0 | $685 | 02/07/2005 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 11/04) Approved for use through 04/30/2007.

USR000748

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

**or <u>Fax</u>     (703) 746-4000**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

7590     11/05/2004

MAX STUL OPPENHEIMER
P O BOX 50
STEVENSON, MD 21153

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (703) 746-4000, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 08/734,857 | 10/23/1996 | DAVID MCELVANEY | | 1857 |

TITLE OF INVENTION: INTERNET TELEPHONY DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $685 | $0 | $685 | 02/07/2005 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| HOOSAIN, ALLAN | 2645 | 370-389000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❏ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

❏ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE          (B) RESIDENCE: (CITY and STATE or COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ❏ Individual  ❏ Corporation or other private group entity  ❏ Government

4a. The following fee(s) are enclosed:

❏ Issue Fee
❏ Publication Fee (No small entity discount permitted)
❏ Advance Order - # of Copies _____

4b. Payment of Fee(s):

❏ A check in the amount of the fee(s) is enclosed.
❏ Payment by credit card. Form PTO-2038 is attached.
❏ The Director is hereby authorized to charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)

❏ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.     ❏ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

The Director of the USPTO is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.
NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____     Date _____

Typed or printed name _____     Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 11/04) Approved for use through 04/30/2007.     OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

USR000749




UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 08/734,857 | 10/23/1996 | DAVID MCELVANEY | | 1857 |

7590     11/05/2004

MAX STUL OPPENHEIMER
P O BOX 50
STEVENSON, MD 21153

| EXAMINER |
|---|
| HOOSAIN, ALLAN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2645 | |

DATE MAILED: 11/05/2004

## Determination of Patent Term Extension under 35 U.S.C. 154 (b)
(application filed after June 7, 1995 but prior to May 29, 2000)

The Patent Term Extension is 1226 day(s). Any patent to issue from the above-identified application will include an indication of the 1226 day extension on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Extension is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the **Patent Application Information Retrieval** (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (703) 305-1383. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

PTOL-85 (Rev. 11/04) Approved for use through 04/30/2007.

USR000750

| | Application No. | Applicant(s) |
|---|---|---|
| ***Notice of Allowability*** | 08/734,857 | MCELVANEY, DAVID |
| | Examiner | Art Unit | |
| | Allan Hoosain | 2645 | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to _7/2/04 Amendment_.

2. ☒ The allowed claim(s) is/are _1-7_.

3. ☒ The drawings filed on _23 October 1996_ are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All    b) ☐ Some*    c) ☐ None   of the:
        1. ☐ Certified copies of the priority documents have been received.
        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
           International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.
    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
        Paper No./Mail Date _____.
    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3. ☐ Information Disclosure Statements (PTO-1449 or PTO/SB/08), Paper No./Mail Date _____
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application (PTO-152)
6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____
7. ☐ Examiner's Amendment/Comment
8. ☒ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____.

Allan Hoosain
Primary Examiner
Art Unit: 2645

USR000751

**Continuation Sheet (PTOL-37)**    **Application No.**

Reasons for Allowance

The Independent Claims recite a telephone handset with connecting means to a computer system and a limitation for the following:

"said connecting means further selectively providing power to said microphone and said speaker, either from said computer sound card or from a source external to said computer sound card"

Some prior art teach power from a sound card. Other prior art teach power from a central office. None of the prior art teach selective provision of power as recited in the claims. There is no suggestion to combine the prior art to achieve the limitations in the context of the claims. Therefore, claims 1-7 are indicated allowable.

USR000752



## UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

Bib Data Sheet

**CONFIRMATION NO. 1857**

| SERIAL NUMBER 08/734,857 | FILING DATE 10/23/1996 RULE | CLASS 370 | GROUP ART UNIT 2645 | ATTORNEY DOCKET NO. |
|---|---|---|---|---|

**APPLICANTS**

DAVID MCELVANEY, MONKTON, MD;

** CONTINUING DATA ***************** None AH

** FOREIGN APPLICATIONS ************** None AH

IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** SMALL ENTITY **
** 01/08/1997

| Foreign Priority claimed ☐ yes ☒ no | STATE OR | SHEETS | TOTAL | INDEPENDENT |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☒ no ☐ Met after Allowance | COUNTRY | DRAWING | CLAIMS | CLAIMS |
| Verified and Acknowledged _Examiner's Signature_ _Initials_ | MD | 2 | 7 | 2 |

**ADDRESS**
MAX STUL OPPENHEIMER
P O BOX 50
STEVENSON , MD
21153

**TITLE**
INTERNET TELEPHONY DEVICE

| FILING FEE RECEIVED 385 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

USR000753



| **Issue Classification** | Application No.<br>08/734,857 | Applicant(s)<br>MCELVANEY, DAVID |
|---|---|---|
| | Examiner<br><br>Allan Hoosain | Art Unit<br><br>2645 |

## ISSUE CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | |
|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** | | | |
| 379 | 88.17 | 379 | 88.07 | 88.11 | 88.13 | 265.09 |

| INTERNATIONAL CLASSIFICATION | | | | |
|---|---|---|---|---|
| H | 0 | 4 | M | 1/64 |
| | | | | / |
| | | | | / |
| | | | | / |
| | | | | / |

| --- <br>(Assistant Examiner)     (Date) | | Total Claims Allowed: 7 | |
|---|---|---|---|
| S. Cambrel <br>(Legal Instruments Examiner)   (Date) 10/12/04 | Allan Hoosain, 10/01/04 <br>(Primary Examiner)        (Date) | O.G.<br>Print Claim(s)<br>1 | O.G.<br>Print Fig.<br>1 |

| ☐ Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 211 | | 241 | | 271 | | 301 | | 331 | | 361 | | 391 |
| | 212 | | 242 | | 272 | | 302 | | 332 | | 362 | | 392 |
| | 213 | | 243 | | 273 | | 303 | | 333 | | 363 | | 393 |
| | 214 | | 244 | | 274 | | 304 | | 334 | | 364 | | 394 |
| | 215 | | 245 | | 275 | | 305 | | 335 | | 365 | | 395 |
| | 216 | | 246 | | 276 | | 306 | | 336 | | 366 | | 396 |
| | 217 | | 247 | | 277 | | 307 | | 337 | | 367 | | 397 |
| | 218 | | 248 | | 278 | | 308 | | 338 | | 368 | | 398 |
| | 219 | | 249 | | 279 | | 309 | | 339 | | 369 | | 399 |
| | 220 | | 250 | | 280 | | 310 | | 340 | | 370 | | 400 |
| | 221 | | 251 | | 281 | | 311 | | 341 | | 371 | | 401 |
| | 222 | | 252 | | 282 | | 312 | | 342 | | 372 | | 402 |
| | 223 | | 253 | | 283 | | 313 | | 343 | | 373 | | 403 |
| | 224 | | 254 | | 284 | | 314 | | 344 | | 374 | | 404 |
| | 225 | | 255 | | 285 | | 315 | | 345 | | 375 | | 405 |
| | 226 | | 256 | | 286 | | 316 | | 346 | | 376 | | 406 |
| | 227 | | 257 | | 287 | | 317 | | 347 | | 377 | | 407 |
| | 228 | | 258 | | 288 | | 318 | | 348 | | 378 | | 408 |
| | 229 | | 259 | | 289 | | 319 | | 349 | | 379 | | 409 |
| | 230 | | 260 | | 290 | | 320 | | 350 | | 380 | | 410 |
| | 231 | | 261 | | 291 | | 321 | | 351 | | 381 | | 411 |
| | 232 | | 262 | | 292 | | 322 | | 352 | | 382 | | 412 |
| | 233 | | 263 | | 293 | | 323 | | 353 | | 383 | | 413 |
| | 234 | | 264 | | 294 | | 324 | | 354 | | 384 | | 414 |
| | 235 | | 265 | | 295 | | 325 | | 355 | | 385 | | 415 |
| | 236 | | 266 | | 296 | | 326 | | 356 | | 386 | | 416 |
| | 237 | | 267 | | 297 | | 327 | | 357 | | 387 | | 417 |
| | 238 | | 268 | | 298 | | 328 | | 358 | | 388 | | 418 |
| | 239 | | 269 | | 299 | | 329 | | 359 | | 389 | | 419 |
| | 240 | | 270 | | 300 | | 330 | | 360 | | 390 | | 420 |

USR000754

## Index of Claims

| Application No. | Applicant(s) |
|---|---|
| 08/734,857 | MCELVANEY, DAVID |
| Examiner | Art Unit |
| Allan  Hoosain | 2645 |

| | | | |
|---|---|---|---|
| √ Rejected | – (Through numeral) Cancelled | N Non-Elected | A Appeal |
| = Allowed | ÷ Restricted | I Interference | O Objected |

| Final | Original | 10/1/04 | Final | Original | | Final | Original | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | = | | 51 | | | 101 | |
| 2 | 2 | = | | 52 | | | 102 | |
| 3 | 3 | = | | 53 | | | 103 | |
| 4 | 4 | = | | 54 | | | 104 | |
| 5 | 5 | = | | 55 | | | 105 | |
| 6 | 6 | = | | 56 | | | 106 | |
| 7 | 7 | = | | 57 | | | 107 | |
| | 8 | | | 58 | | | 108 | |
| | 9 | | | 59 | | | 109 | |
| | 10 | | | 60 | | | 110 | |
| | 11 | | | 61 | | | 111 | |
| | 12 | | | 62 | | | 112 | |
| | 13 | | | 63 | | | 113 | |
| | 14 | | | 64 | | | 114 | |
| | 15 | | | 65 | | | 115 | |
| | 16 | | | 66 | | | 116 | |
| | 17 | | | 67 | | | 117 | |
| | 18 | | | 68 | | | 118 | |
| | 19 | | | 69 | | | 119 | |
| | 20 | | | 70 | | | 120 | |
| | 21 | | | 71 | | | 121 | |
| | 22 | | | 72 | | | 122 | |
| | 23 | | | 73 | | | 123 | |
| | 24 | | | 74 | | | 124 | |
| | 25 | | | 75 | | | 125 | |
| | 26 | | | 76 | | | 126 | |
| | 27 | | | 77 | | | 127 | |
| | 28 | | | 78 | | | 128 | |
| | 29 | | | 79 | | | 129 | |
| | 30 | | | 80 | | | 130 | |
| | 31 | | | 81 | | | 131 | |
| | 32 | | | 82 | | | 132 | |
| | 33 | | | 83 | | | 133 | |
| | 34 | | | 84 | | | 134 | |
| | 35 | | | 85 | | | 135 | |
| | 36 | | | 86 | | | 136 | |
| | 37 | | | 87 | | | 137 | |
| | 38 | | | 88 | | | 138 | |
| | 39 | | | 89 | | | 139 | |
| | 40 | | | 90 | | | 140 | |
| | 41 | | | 91 | | | 141 | |
| | 42 | | | 92 | | | 142 | |
| | 43 | | | 93 | | | 143 | |
| | 44 | | | 94 | | | 144 | |
| | 45 | | | 95 | | | 145 | |
| | 46 | | | 96 | | | 146 | |
| | 47 | | | 97 | | | 147 | |
| | 48 | | | 98 | | | 148 | |
| | 49 | | | 99 | | | 149 | |
| | 50 | | | 100 | | | 150 | |

U.S. Patent and Trademark Office

Part of Paper No.  20041001

USR000755

### Search Notes



| Application No. | Applicant(s) |
|---|---|
| 08/734,857 | MCELVANEY, DAVID |
| Examiner | Art Unit |
| Allan Hoosain | 2645 |

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 379 | 88.17,88.18 | 10/1/2004 | AH |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | DATE | EXMR |
|---|---|---|
| East | 10/1/2004 | AH |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |
| | | | |
| | | | |
| | | | |

Part of Paper No.  20041001

**USR000756**

11/15/2004  13:21    410-837-4492    UNIV OF BALTIMORE    PAGE    03

## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: **Mail**    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or Fax** (703) 746-4000

**INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

7590    11/05/2004

MAX STUL OPPENHEIMER
P O BOX 50
STEVENSON, MD 21153

11/16/2004 MBEYENE2 00000169 150620    08734857

01 FC:2501    685.00 DA
02 FC:8001     30.00 DA

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (703) 746-4000, on the date indicated below.

Max Oppenheimer _(Depositor's name)_
_(Signature)_
November 15, 2004 _(Date)_

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 08/734,857 | 10/23/1996 | DAVID MCELVANEY | | 1857 |

TITLE OF INVENTION: INTERNET TELEPHONY DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $685 | $0 | $685 | 02/07/2005 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| HOOSAIN, ALLAN | 2645 | 370-389000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,    1    **Max Stul Oppenheimer**

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.    2

3

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Riparius Ventures, LLC    375 W. Padonia Rd
Timonium, MD  21093

Please check the appropriate assignee category or categories (will not be printed on the patent) :  ☐ Individual  ☒ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are enclosed:    4b. Payment of Fee(s):

☒ Issue Fee    ☐ A check in the amount of the fee(s) is enclosed.

☒ Publication Fee (No small entity discount permitted)    ☐ Payment by credit card. Form PTO-2038 is attached.

☒ Advance Order - # of Copies _____10_____    ☒ The Director is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number ___15-0620___ (enclose an extra copy of this form)

5. Change in Entity Status (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

The Director of the USPTO is requested to apply the Issue Fee and Publication Fee (if required) or to re-apply any previously paid issue fee to the application identified above.
NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date ___November 15, 2004___

Typed or printed name ___Max Stul Oppenheimer___    Registration No. ___33,203___

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

USR000757



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: McElvaney
For:   Internet Telephony Device
Filed:  Oct 23 1996
         Serial No.: 08/734,857   Art Unit: 2742   Examiner: Hoosain, A.
               Attorney Docket: RIPVENTEL

By Facsimile to Commissioner of Patents and Trademarks

FAX NO: 703-746-4000
From: Max Stul Oppenheimer (voice 410-837-5127)
Date: November 15, 2004

### Attention MAIL STOP ISSUE FEE

Transmitted for filing in the above-referenced matter are
_3_ pages including this transmittal sheet, consisting of:

   Part B Issue Fee Transmittal and Duplicate Copy
   Authorization to Charge Deposit Account
   Certificate of transmission

### CERTIFICATE OF TRANSMITTAL BY FACSIMILE

I hereby certify that the above attached paper is being transmitted by
facsimile to the Commissioner for Patents, PO Box 1450, Alexandria, VA  22313-
1450, at the above number, under 37 CFR 1.8, in accordance with Rule 1.6(d),
on the date indicated above.

USR000758

12/06/2004  09:59  410-837-4492    UNIV OF BALTIMORE    PAGE  01

RECEIVED
CENTRAL FAX CENTER
DEC 0 6 2004

Max Stul Oppenheimer, PC
P. O. Box 50
Stevenson, MD 21153

## CONFIDENTIAL

FAX TO:  **EXAMINER HOOSAIN** / ART UNIT 2645
    AT:  USPTO
FAX NO:  703-872-9306
  DATE:  December 6, 2004

  FROM:  Max Oppenheimer

[2] Pages including this cover sheet

If you have received this transmission in error please notify us immediately by telephone at 410-706-1793. Thank you.

The information contained in this transmission is confidential and is intended only for the use of the addressee. Any dissemination, distribution, copying or other use of the information contained in this transmission, except by or by permission of the addressee, is strictly prohibited.

US APPLICATION 08/734,857
Inventor:  McElvaney
Title:  Internet Telephony Device

and

US APPLICATION 09/734,163
Inventor:  McElvaney
Title:  Remote Internet Telephony Device

NOT FOR FILING

USR000759

12/06/2004  09:59   410-837-4492        UNIV OF BALTIMORE              PAGE  02

RECEIVED
CENTRAL FAX CENTER
DEC 0 6 2004

Max Stul Oppenheimer, PC
P. O. Box 50
Stevenson, MD  21153


December 6, 2004


BY FAX TO Examiner Allan Hoosain
703-872-9306

Dear Examiner Hoosain,

This is a follow-up to the phone messages we have been
exchanging.

I would appreciate it if you would check the status of the
following two applications.

In 08/734,857, you had allowed the application and the issue fee
was paid.  The PTO website indicates that the payment was
received, but has not been matched with the application yet.  I
would appreciate it if you could advise me if anything further
needs to be done.

In 09/734,163, I have not received a response to the amendment
dated August 26, 2004, which I think should have placed the
application in condition for allowance (if I understood the
rejections).  I also have not received a postcard receipt.
Again, I would appreciate it if you could let me know where this
application stands.  If the amendment did not resolve your
concerns, and you think a telephone conversation might do so,
please feel free to call me at 410-837-5127, or contact me by
email at oppenhei@alumni.princeton.edu.

Thank you for your assistance.

Sincerely,


Max Oppenheimer

USR000760