IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RIPARIUS VENTURES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Nos. 07-CV-3063 and |
| v. | ) | 07-CV-6121 |
| | ) | |
| ASCALADE COMMUNICATIONS, INC., | ) | Judge John W. Darrah |
| LOGITECH INTERNATIONAL S.A., | ) | Presiding Magistrate Judge Sidney I. |
| KONINKLIJKE PHILIPS | ) | Schenkier |
| ELECTRONICS N.V., | ) | |
| U.S. ROBOTICS and | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## LOGITECH INTERNATIONAL S.A. AND U.S. ROBOTICS'

### PROPOSED CLAIM CONSTRUCTIONS

Defendants LOGITECH INTERNATIONAL S.A and U.S. ROBOTICS (respectively, "Logitech" and "USR") provide the following proposed claim constructions for U.S. Patent Nos. 7,016,481 and 7,139,371. Logitech and USR's inclusion of terms in this list does not mean that they believe at this time that the meaning of any of these terms necessarily will be in dispute. Logitech and USR's investigation is ongoing and Riparius has not yet disclosed its proposed constructions to Logitech or USR. Accordingly, Logitech and USR reserve the right to amend, modify, or supplement this disclosure as appropriate.

## I.    U.S. PATENT NO. 7,016,481 ("THE '481 PATENT")

A.    Claim 1 Of The '481 Patent

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
| A remote cordless Internet telephony device comprising: | |
| a remote cordless telephone comprising _a remote cordless telephone handset_ and _a remote cordless_ | The phrase "_remote cordless telephone handset_" means a cordless telephone |

---

**EXHIBIT 7**

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
| _telephone base unit_; | handset that communicates with a cordless base unit via radio frequency signals.<br><br>The phrase "_remote cordless base unit_" means a cordless base unit that communicates with the cordless telephone handset via radio frequency signals. |
| said remote cordless telephone handset comprising a microphone, a speaker, a dialpad, a handset _rf transceiver for communication with a base unit transceiver_, _circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver_, circuitry for translating input from _said handset rf transceiver means_ to an electrical signal as an input to said speaker, and _circuitry for translating a keypress on said dialpad into a DTMF tone as an input to said handset rf transmitter_; | The phrases "_rf transceiver for communication with a base unit transceiver_" and "_said handset rf transceiver means_" is a means-plus-function limitation. The function recited in the limitation is communication with a base unit transceiver.<br><br>This claim, however, is indefinite under 35 U.S.C. § 112 for failure to disclose the structure that corresponds to the claimed function. The only possible structure contained in the handset disclosed in the specification of '371 patent is a box on the "cordless handset" labeled "401 HS RF Module." (Fig. 4.) The specification, however, does not provide any explanation for the "401 HS RF Module" box sufficient to determine its structure.<br><br>Alternatively, assuming _arguendo_ that claim 1 is not indefinite under § 112 for failure to disclose the structure that corresponds to the claimed function, the corresponding structure for this function should be construed to include the description at 3:4-7; 4:8-15; 4:19-32; 4:55-58; 5:14-20; and Fig. 4 (generally describing circuitry, companders, and control chips that can communicate, via radio frequency, between a handset and a base unit).<br><br>The phrase "_circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver_" means circuitry that converts |

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
|  | the audio signal input to the microphone into radio frequency signals which are then input into the radio frequency transceiver means.<br><br>The phrase "*DTMF tone*" means a combination of high and low audio tones complying with the Dual-Tone Multi-Frequency standard (CCITT Recommendation Q.23) used for indicating which key on a key pad has been pressed. The phrase "*circuitry for translating a keypress on said dialpad into a DTMF tone as an input to said handset rf transmitter*" therefore means that the telephone handset has circuitry that converts a keypress on the dialpad into a combination of high and low audio tones complying with the Dual-Tone Multi-Frequency standard (CCITT Recommendation Q.23) as an input to the handset rf transmitter means. |
| *said remote cordless telephone base unit connected to a computer*, comprising a base unit rf transceiver for communication with said handset rf transceiver, *means for determining whether said communication represents a DTMF signal or audio information*, circuitry for translating communications from said handset rf transceiver into digital form for transmission to a computer, circuitry for receiving digital data from said computer and translating said digital data to a form suitable for transmission to said base unit rf transceiver, and *means for transmitting signals between said base unit rf transceiver and said computer*; | The phrase "*remote cordless telephone base unit connected to a computer*" means that the remote cordless telephone base unit is in electronic communication with a personal computer ("PC") via an I/O port and a sound card.<br><br>The phrase "*means for determining whether said communication represents a DTMF signal or audio information*" is a means-plus-function limitation. The function recited in the limitation is determining whether a communication from the handset represents a DTMF signal[1] or audio information input into the handset microphone.<br><br>This claim, however, is indefinite under 35 U.S.C. § 112 for failure to disclose the |

---

[1] The phrase "DTMF signal" means a signal complying with the DTMF standard (CCITT Recommendation Q.23).

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
| | structure contained in the base unit that corresponds to the claimed function. The only possible structure contained in the base unit disclosed in the specification of '481 patent is a box on the "cordless handset base unit" labeled "110 DTMF decode." (Fig. 1.) The specification, however, does not refer to or provide any explanation for the "110 DTMF decode" box.<br><br>Alternatively, assuming *arguendo* that claim 1 is not indefinite under § 112 for failure to disclose the structure that corresponds to the claimed function, the corresponding structure for this function should be construed to include the description at 3:39-41; 4:37-52; 5:43-6:15; and Figs. 1, 2, 4, 6, 7, and 8 (generally describing chips, analysis, algorithms, and software).<br><br>The phrase "*means for transmitting signals between said base unit rf transceiver and said computer*" is a means-plus-function limitation. The function recited in the limitation is transmitting signals between the base unit rf transceiver and the communication I/O port and sound card of the PC.<br><br>Corresponding structures for transmitting signals between the base unit rf transceiver and the two necessary connections, one to the I/O and one to the sound card, of the PC is disclosed at 3:59-64; 4:1-3; 4:32-37; 5:55-6:9; 6:16-7:9; and Figs. 1-4 (generally describing USB ports, I/O ports, RS232 ports, and PC sound cards with audio in and audio out ports). |
| and a computer having a connection to a digital telephony network and a connection to said remote cordless telephone bas[e] unit, said computer executing software programmed to accept data | |

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
| from said remote cordless telephone base unit, transmit audio information input from said remote cordless telephone base unit to said digital telephony network, receive audio information input from said digital telephony network, convert said audio information input to a form suitable for said remote cordless telephone base unit and transmit said audio information input to said cordless telephone unit; | |
| wherein _said software is compatible with telephony software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call over the Internet_ whereby one user may carry on a voice conversation with a second user over said digital telephony network. | The phrase _"software is compatible with telephony software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call"_ means the software causes the claimed device to emulate a POTS telephone by the ability to sense whether the phone is off hook, issue a dial tone, receive DTMF tones, and provide audible remote ring for an outbound call, as well as ring and connect inbound calls. |

B.    Claim 6 Of The '481 Patent

| Claim 6 | Logitech and USR's Claim Construction |
|---|---|
| A device as in claim 1 | |
| wherein said software is programmed to detect the presence of the remote cordless telephone on any port, | |
| _providing ready status_ where "ready" is defined as either (1) on hook in base or (2) out of base, not in use with radios and security codes synchronized. | The phrase _"providing ready status"_ means the software provides a signal that identifies the ready status of the telephone. |

## II.    U.S. PATENT NO. 7,139,371 ("THE '371 PATENT")

A.    Claim 1 Of The '371 Patent

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
| A remote cordless Internet telephony device | |

5

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
| comprising: | |
| a remote cordless telephone comprising a _remote cordless telephone handset_ and a _remote cordless telephone base unit_; | The phrase "_remote cordless telephone handset_" means a cordless telephone handset that communicates with a cordless base unit via radio frequency signals.<br><br>The phrase "_remote cordless base unit_" means a cordless base unit that communicates with the cordless telephone handset via radio frequency signals. |
| said remote cordless telephone handset comprising a microphone, a speaker, a dialpad, a handset _rf transceiver for communication with a base unit transceiver_, _circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver_, circuitry for translating input from said _handset rf transceiver means_ to an electrical signal as an input to said speaker, and _circuitry for translating a keypress on said dialpad into data representing a keypress as an input to said handset rf transceiver_; | The phrases "_rf transceiver for communication with a base unit transceiver_" and "_said handset rf transceiver means_" is a means-plus-function limitation. The function recited in the limitation is communication with a base unit transceiver.<br><br>This claim, however, is indefinite under 35 U.S.C. § 112 for failure to disclose the structure that corresponds to the claimed function. The only possible structure contained in the handset disclosed in the specification of '371 patent is a box on the "cordless handset" labeled "401 HS RF Module." (Fig. 4.) The specification, however, does not provide any explanation for the "401 HS RF Module" box sufficient to determine its structure.<br><br>Alternatively, assuming _arguendo_ that claim 1 is not indefinite under § 112 for failure to disclose the structure that corresponds to the claimed function, the corresponding structure for this function should be construed to include the description at 3:7-10; 4:10-17; 4:21-34; 4:57-60; 5:16-22; and Fig. 4 (generally describing circuitry, companders, and control chips that can communicate, via radio frequency, between a handset and a base unit). |

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
| | The phrase "*circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver*" means circuitry that converts the audio signal input to the microphone into radio frequency signals which are then input into the radio frequency transceiver means.<br><br>The phrase "*circuitry for translating a keypress on said dialpad into data representing a keypress as an input to said handset rf transceiver*" means circuitry that converts a keypress on the dialpad into data representing a DTMF tone as an input to the handset rf transceiver means. |
| *said remote cordless telephone base unit connected to a computer*, comprising a base unit rf transceiver for communication with said handset rf transmitter, *means for determining whether said communication represents data representing a keypress or audio information*, circuitry for translating communications from said handset [r]f transceiver into digital form for transmission to a computer, circuitry for receiving digital data from said computer and translating said digital data to a form suitable for transmission to said base unit rf transceiver, and *means for transmitting signals between said base unit rf transceiver and said computer*; | The phrase "*remote cordless telephone base unit connected to a computer*" means that the remote cordless telephone base unit is in electronic communication with a personal computer ("PC") via I/O port and a sound card.<br><br>The phrase "*means for determining whether said communication represents data representing a keypress or audio information*" is a means-plus-function limitation. The function recited in the limitation is determining whether a communication from the handset represents the data representing a DTMF signal[2] or information input into the handset microphone.<br><br>This claim, however, is indefinite under 35 U.S.C. § 112 for failure to disclose the structure that corresponds to the claimed function. The only possible structure disclosed in the specification of '481 patent is a box on the "cordless handset |

---

[2] The phrase "DTMF signal" means a signal complying with the DTMF standard (CCITT Recommendation Q.23).

| Claim 1 | Logitech and USR's Claim Construction |
|---------|----------------------------------------|
| | base unit" labeled "110 DTMF decode." (Fig. 1.) The specification, however, does not refer to or provide any explanation for the "110 DTMF decode" box.<br><br>Alternatively, assuming *arguendo* that claim 1 is not indefinite under § 112 for failure to disclose the structure that corresponds to the claimed function, the corresponding structure for this function should be construed to include the description at 3:41-43; 4:39-54; 5:45-6:19; and Figs. 1, 2, 4, 6, 6a thru 6k, 7, 7a, 8, and 8a thru 8f (generally describing chips, analysis, algorithms, and software).<br><br>The phrase "*means for transmitting signals between said base unit rf transceiver and said computer*" is a means-plus-function limitation. The function recited in the limitation is transmitting signals between the base unit rf transceiver and the communication I/O port and sound card of the PC.<br><br>Corresponding structures for transmitting signals between the base unit rf transceiver and the two necessary connections, one to the I/O and one to the sound card, of the PC is disclosed at 3:61-66; 4:3-5; 4:34-39; 5:57-6:13; 6:18-7:14; and Figs. 1-4 (generally describing USB ports, I/O ports, RS232 ports, and PC sound cards with audio in and audio out ports). |
| and *a computer having a direct connection to a digital telephony network* and a connection to said remote cordless telephone bas[e] unit, said computer executing software programmed to accept data from said remote cordless telephone base unit, transmit audio information input from said remote cordless telephone base unit to said digital telephony network, receive audio information input from said digital telephony network, convert said audio information input to a form suitable for said | The phrase "*computer having a direct connection to a digital telephony network*" means that the PC is connected to a digital telephony network without an intervening modem or other communication mechanism. |

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
| remote cordless telephone base unit and transmit said audio information input to said cordless telephone base unit; | |
| wherein _said software is compatible with telephony software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call over the Internet_ whereby one user may carry on a voice conversation with a second user over said digital telephony network. | The phrase "_software is compatible with telephone software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call_" means the software causes the claimed device to emulate a POTS telephone by the ability to sense whether the phone is off hook, issue a dial tone, receive DTMF tones, and provide audible remote ring for an outbound call, as well as ring and connect inbound calls. |

    B.    Claim 6 Of The '371 Patent

| Claim 6 | Logitech and USR's Claim Construction |
|---|---|
| A device as in claim 1 | |
| wherein said software is programmed to detect the presence of the remote cordless telephone on any port, | |
| _providing ready status_ where "ready" is defined as either (1) on hook in base or (2) out of base, not in use with radios and security codes synchronized. | The phrase "_providing ready status_" means the software provides a signal that identifies the ready status of the telephone. |

Respectfully submitted,

Dated: April 18, 2008

/s/ Timothy C. Meece
Timothy C. Meece
Jason S. Shull
Shawn P. Gorman
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone:    (312) 463-5000
Facsimile:    (312) 463-5001

_Attorneys for Defendant/Counterclaim-Plaintiff,_
_Logitech International SA. and U.S. Robotics_

9

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was served this 18th day of April, 2008, pursuant to the Federal Rules of Civil Procedure via first class mail to the following counsel:

| | |
|---|---|
| Joseph N. Hosteny<br>Arthur A. Gasey<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison, Suite 4600<br>Chicago, IL 60602<br>Telephone: (312) 236-0733<br>Facsimile: (312) 236-3137<br><br>*Attorneys for Plaintiff/Counterclaim-Defendant,*<br>*Riparius Ventures LLC* | Douglas E. Lumish<br>Jared Bobrow<br>Joseph H. Lee<br>WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>Richard F. O'Malley, Jr.<br>Nicole E. Kopinski<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>*Attorneys for Defendant/Counterclaim-Plaintiff,*<br>*Cisco Systems, Inc.* |
| Troy Bullock<br>Chief Financial Officer, Corporate Secretary<br>ASCALADE COMMUNICATIONS INC.<br>12051 Riverside Way<br>Richmond, BC<br>Canada V6W 1K7<br><br>*Defendant/Counterclaim-Plaintiff,*<br>*Ascalade Communications, Inc.* | |

Dated: April 18, 2008              /s/ Timothy C. Meece

*One of the attorneys for*
*Defendant/Counterclaim-Plaintiff, Logitech*
*International SA. and U.S. Robotics*

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              3917
RECIPIENT ADDRESS     1998#090000#99999#13122363137
DESTINATION ID
ST. TIME              04/18 17:17
TIME USE              04'53
PAGES SENT              11
RESULT               OK
```



**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

10 SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, ILLINOIS 60606·
TEL: 312·463·5000
FAX: 312·463·5001
www.bannerwitcoff.com

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Joseph N. Hosteny<br>Arthur A. Gasey | Timothy C. Meece |
| **COMPANY:** | **DATE:** |
| NIRO, SCAVONE, HALLER & NIRO | April 18, 2008 |
| **FAX NO.:** | **TOTAL NO. OF PAGES:** (including cover sheet) |
| (312) 236-3137 | 11 |
| **YOUR REFERENCE NO.:** | **OUR REFERENCE (C/M) NO.:** |
| | 007151.00003 |

RE:  Logitech International S.A. and U.S Robotics Proposed Claim Constructions

*If you do not receive all page(s) or have any problems receiving this transmission, please call:*

| NAME: | PHONE: |
|---|---|
| Lydia Vega | 312-463-5539 |

**COMMENTS:**

```
                        ***********************
                        ***  TX REPORT   ***
                        ***********************


        TRANSMISSION OK

        TX/RX NO              3313
        RECIPIENT ADDRESS     1998#090000#99999#13128537036
        DESTINATION ID
        ST. TIME             04/18 17:17
        TIME USE             04'11
        PAGES SENT           11
        RESULT               OK
```



**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

1 O SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, ILLINOIS 60606
TEL: 312·463·5000
FAX: 312·463·5001
www.bannerwitcoff.com

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Richard F. O'Malley, Jr.<br>Nicole E. Kopinski | Timothy C. Meece |

| COMPANY: | DATE: |
|---|---|
| SIDLEY AUSTIN LLP | April 18, 2008 |

| FAX NO.: | TOTAL NO. OF PAGES: (including cover sheet) |
|---|---|
| (312) 853-7036 | 11 |

| YOUR REFERENCE NO.: | OUR REFERENCE (C/M) NO.: |
|---|---|
|  | 007151.00003 |

RE:  Logitech International S.A. and U.S. Robotics Proposed Claim Constructions

*If you do not receive all page(s) or have any problems receiving this transmission, please call:*

| NAME: | PHONE: |
|---|---|
| Lydia Vega | 312-463-5539 |

COMMENTS:

```
                          ***********************
                          ***  TX REPORT   ***
                          ***********************


             TRANSMISSION OK

             TX/RX NO              4580
             RECIPIENT ADDRESS     1998#090000#99999#16508023100
             DESTINATION ID
             ST. TIME              04/18 17:43
             TIME USE              04'03
             PAGES SENT            11
             RESULT                OK
```



**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

10 SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, ILLINOIS 60606
TEL: 312-463-5000
FAX: 312-463-5001
www.bannerwitcoff.com

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Douglas E. Lumish<br>Jared Bobrow<br>Joseph H. Lee | Timothy C. Meece |
| **COMPANY:** | **DATE:** |
| WEIL, GOTSHAL & MANGES LLP | April 18, 2008 |
| **FAX NO.:** | **TOTAL NO. OF PAGES:** (including cover sheet) |
| (650) 802-3100 | 11 |
| **YOUR REFERENCE NO.:** | **OUR REFERENCE (C/M) NO.:** |
|  | 007151.00003 |

**RE:** Logitech International S.A. and U.S. Robotics Proposed Claim Constructions

*If you do not receive all page(s) or have any problems receiving this transmission, please call:*

| NAME: | PHONE: |
|---|---|
| Lydia Vega | 312-463-5539 |

**COMMENTS:**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RIPARIUS VENTURES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Nos. 07-CV-3063 and |
| v. | ) | 07-CV-6121 |
| | ) | |
| ASCALADE COMMUNICATIONS, INC., | ) | Judge John W. Darrah |
| LOGITECH INTERNATIONAL S.A., | ) | Presiding Magistrate Judge Sidney I. |
| KONINKLIJKE PHILIPS | ) | Schenkier |
| ELECTRONICS N.V., | ) | |
| U.S. ROBOTICS and | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

### CISCO SYSTEMS, INC.'S PROPOSED CLAIM CONSTRUCTIONS

Defendant and Counterclaim Plaintiff Cisco Systems, Inc. ("Cisco") provides the following proposed claim constructions for U.S. Patent Nos. 7,016,481 and 7,139,371. Cisco's inclusion of terms in this list does not mean that it believes at this time that the meaning of any of these terms necessarily will be in dispute. Cisco's investigation is ongoing and Riparius has not yet disclosed to Cisco its proposed constructions. Accordingly, Cisco reserves the right to amend, modify, or supplement this disclosure as appropriate.

### I.    U.S. PATENT NO. 7,016,481 ("THE '481 PATENT")

A.    Claim 1 Of The '481 Patent

| Claim 1 | Cisco's Claim Construction |
|---|---|
| A remote cordless Internet telephony device comprising: | |
| a remote cordless telephone comprising *a remote cordless telephone handset* and *a remote cordless telephone base unit*; | The phrase "*remote cordless telephone handset*" means a cordless telephone handset that communicates with a cordless base unit via radio frequency signals.<br><br>The phrase "*remote cordless base unit*" |

<div style="border:1px solid black; text-align:center;">

**EXHIBIT
8**

</div>

| Claim 1 | Cisco's Claim Construction |
|---|---|
| | means a cordless base unit that communicates with the cordless telephone handset via radio frequency signals. |
| said remote cordless telephone handset comprising a microphone, a speaker, a dialpad, a handset *rf transceiver for communication with a base unit transceiver, circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver*, circuitry for translating input from *said handset rf transceiver means* to an electrical signal as an input to said speaker, and *circuitry for translating a keypress on said dialpad into a DTMF tone as an input to said handset rf transmitter*; | The phrases "*rf transceiver for communication with a base unit transceiver*" and "*said handset rf transceiver means*" is a means-plus-function limitation. The function recited in the limitation is communication with a base unit transceiver.<br><br>This claim, however, is indefinite under 35 U.S.C. § 112 for failure to disclose the structure that corresponds to the claimed function. The only possible structure contained in the handset disclosed in the specification of '371 patent is a box on the "cordless handset" labeled "401 HS RF Module." (Fig. 4.) The specification, however, does not provide any explanation for the "401 HS RF Module" box sufficient to determine its structure.<br><br>Alternatively, assuming *arguendo* that claim 1 is not indefinite under § 112 for failure to disclose the structure that corresponds to the claimed function, the corresponding structure for this function should be construed to include the description at 3:4-7; 4:8-15; 4:19-32; 4:55-58; 5:14-20; and Fig. 4 (generally describing circuitry, companders, and control chips that can communicate, via radio frequency, between a handset and a base unit).<br><br>The phrase "*circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver*" means circuitry that converts the audio signal input to the microphone into radio frequency signals which are then input into the radio frequency transceiver means. |

| Claim 1 | Cisco's Claim Construction |
|---|---|
| | The phrase "*DTMF tone*" means a combination of high and low audio tones complying with the Dual-Tone Multi-Frequency standard (CCITT Recommendation Q.23) used for indicating which key on a key pad has been pressed.  The phrase "*circuitry for translating a keypress on said dialpad into a DTMF tone as an input to said handset rf transmitter*" therefore means that the telephone handset has circuitry that converts a keypress on the dialpad into a combination of high and low audio tones complying with the Dual-Tone Multi-Frequency standard (CCITT Recommendation Q.23) as an input to the handset rf transmitter means. |
| *said remote cordless telephone base unit connected to a computer*, comprising a base unit rf transceiver for communication with said handset rf transceiver, *means for determining whether said communication represents a DTMF signal or audio information,* circuitry for translating communications from said handset rf transceiver into digital form for transmission to a computer, circuitry for receiving digital data from said computer and translating said digital data to a form suitable for transmission to said base unit rf transceiver, and *means for transmitting signals between said base unit rf transceiver and said computer*; | The phrase "*remote cordless telephone base unit connected to a computer*" means that the remote cordless telephone base unit is in electronic communication with a personal computer ("PC") via an I/O port and a sound card.<br><br>The phrase "*means for determining whether said communication represents a DTMF signal or audio information*" is a means-plus-function limitation.  The function recited in the limitation is determining whether a communication from the handset represents a DTMF signal[1] or audio information input into the handset microphone.<br><br>This claim, however, is indefinite under 35 U.S.C. § 112 for failure to disclose the structure contained in the base unit that corresponds to the claimed function.  The only possible structure contained in the base unit disclosed in the specification of '481 patent is a box on the "cordless handset base unit" labeled "110 DTMF |

---

[1] The phrase "DTMF signal" means a signal complying with the DTMF standard (CCITT Recommendation Q.23).

| Claim 1 | Cisco's Claim Construction |
|---|---|
| | decode." (Fig. 1.) The specification, however, does not refer to or provide any explanation for the "110 DTMF decode" box.<br><br>Alternatively, assuming *arguendo* that claim 1 is not indefinite under § 112 for failure to disclose the structure that corresponds to the claimed function, the corresponding structure for this function should be construed to include the description at 3:39-41; 4:37-52; 5:43-6:15; and Figs. 1, 2, 4, 6, 7, and 8 (generally describing chips, analysis, algorithms, and software).<br><br>The phrase "*means for transmitting signals between said base unit rf transceiver and said computer*" is a means-plus-function limitation. The function recited in the limitation is transmitting signals between the base unit rf transceiver and the communication I/O port and sound card of the PC.<br><br>Corresponding structures for transmitting signals between the base unit rf transceiver and the two necessary connections, one to the I/O and one to the sound card, of the PC is disclosed at 3:59-64; 4:1-3; 4:32-37; 5:55-6:9; 6:16-7:9; and Figs. 1-4 (generally describing USB ports, I/O ports, RS232 ports, and PC sound cards with audio in and audio out ports). |
| and a computer having a connection to a digital telephony network and a connection to said remote cordless telephone bas[e] unit, said computer executing software programmed to accept data from said remote cordless telephone base unit, transmit audio information input from said remote cordless telephone base unit to said digital telephony network, receive audio information input from said digital telephony network, convert said audio information input to a form suitable for said remote cordless telephone base unit and transmit | |

| Claim 1 | Cisco's Claim Construction |
|---|---|
| said audio information input to said cordless telephone unit; | |
| wherein *said software is compatible with telephony software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call over the Internet* whereby one user may carry on a voice conversation with a second user over said digital telephony network. | The phrase *"software is compatible with telephony software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call"* means the software causes the claimed device to emulate a POTS telephone by the ability to sense whether the phone is off hook, issue a dial tone, receive DTMF tones, and provide audible remote ring for an outbound call, as well as ring and connect inbound calls. |

### B.    Claim 6 Of The '481 Patent

| Claim 6 | Cisco's Claim Construction |
|---|---|
| A device as in claim 1 | |
| wherein said software is programmed to detect the presence of the remote cordless telephone on any port, | |
| *providing ready status* where "ready" is defined as either (1) on hook in base or (2) out of base, not in use with radios and security codes synchronized. | The phrase *"providing ready status"* means the software provides a signal that identifies the ready status of the telephone. |

## II.    U.S. PATENT NO. 7,139,371 ("THE '371 PATENT")

### A.    Claim 1 Of The '371 Patent

| Claim 1 | Cisco's Claim Construction |
|---|---|
| A remote cordless Internet telephony device comprising: | |
| a remote cordless telephone comprising a *remote cordless telephone handset* and a *remote cordless telephone base unit*; | The phrase *"remote cordless telephone handset"* means a cordless telephone handset that communicates with a cordless base unit via radio frequency signals.<br><br>The phrase *"remote cordless base unit"* means a cordless base unit that |

| Claim 1 | Cisco's Claim Construction |
|---|---|
| | communicates with the cordless telephone handset via radio frequency signals. |
| said remote cordless telephone handset comprising a microphone, a speaker, a dialpad, a handset *rf transceiver for communication with a base unit transceiver, circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver,* circuitry for translating input from said *handset rf transceiver means* to an electrical signal as an input to said speaker, and *circuitry for translating a keypress on said dialpad into data representing a keypress as an input to said handset rf transceiver;* | The phrases "*rf transceiver for communication with a base unit transceiver*" and "*said handset rf transceiver means*" is a means-plus-function limitation. The function recited in the limitation is communication with a base unit transceiver. |
| | This claim, however, is indefinite under 35 U.S.C. § 112 for failure to disclose the structure that corresponds to the claimed function. The only possible structure contained in the handset disclosed in the specification of '371 patent is a box on the "cordless handset" labeled "401 HS RF Module." (Fig. 4.) The specification, however, does not provide any explanation for the "401 HS RF Module" box sufficient to determine its structure. |
| | Alternatively, assuming *arguendo* that claim 1 is not indefinite under § 112 for failure to disclose the structure that corresponds to the claimed function, the corresponding structure for this function should be construed to include the description at 3:7-10; 4:10-17; 4:21-34; 4:57-60; 5:16-22; and Fig. 4 (generally describing circuitry, companders, and control chips that can communicate, via radio frequency, between a handset and a base unit). |
| | The phrase "*circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver*" means circuitry that converts the audio signal input to the microphone into radio frequency signals which are then input into the radio frequency transceiver means. |
| | The phrase "*circuitry for translating a* |

| Claim 1 | Cisco's Claim Construction |
|---|---|
| | *keypress on said dialpad into data representing a keypress as an input to said handset rf transceiver*" means circuitry that converts a keypress on the dialpad into data representing a DTMF tone as an input to the handset rf transceiver means. |
| *said remote cordless telephone base unit connected to a computer*, comprising a base unit rf transceiver for communication with said handset rf transmitter, *means for determining whether said communication represents data representing a keypress or audio information*, circuitry for translating communications from said handset [r]f transceiver into digital form for transmission to a computer, circuitry for receiving digital data from said computer and translating said digital data to a form suitable for transmission to said base unit rf transceiver, and *means for transmitting signals between said base unit rf transceiver and said computer*; | The phrase "*remote cordless telephone base unit connected to a computer*" means that the remote cordless telephone base unit is in electronic communication with a personal computer ("PC") via I/O port and a sound card.

The phrase "*means for determining whether said communication represents data representing a keypress or audio information*" is a means-plus-function limitation. The function recited in the limitation is determining whether a communication from the handset represents the data representing a DTMF signal[2] or information input into the handset microphone.

This claim, however, is indefinite under 35 U.S.C. § 112 for failure to disclose the structure that corresponds to the claimed function. The only possible structure disclosed in the specification of '481 patent is a box on the "cordless handset base unit" labeled "110 DTMF decode." (Fig. 1.) The specification, however, does not refer to or provide any explanation for the "110 DTMF decode" box.

Alternatively, assuming *arguendo* that claim 1 is not indefinite under § 112 for failure to disclose the structure that corresponds to the claimed function, the corresponding structure for this function should be construed to include the description at 3:41-43; 4:39-54; 5:45-6:19; |

---

[2] The phrase "DTMF signal" means a signal complying with the DTMF standard (CCITT Recommendation Q.23).

| Claim 1 | Cisco's Claim Construction |
|---|---|
| | and Figs. 1, 2, 4, 6, 6a thru 6k, 7, 7a, 8, and 8a thru 8f (generally describing chips, analysis, algorithms, and software).<br><br>The phrase "*means for transmitting signals between said base unit rf transceiver and said computer*" is a means-plus-function limitation. The function recited in the limitation is transmitting signals between the base unit rf transceiver and the communication I/O port and sound card of the PC.<br><br>Corresponding structures for transmitting signals between the base unit rf transceiver and the two necessary connections, one to the I/O and one to the sound card, of the PC is disclosed at 3:61-66; 4:3-5; 4:34-39; 5:57-6:13; 6:18-7:14; and Figs. 1-4 (generally describing USB ports, I/O ports, RS232 ports, and PC sound cards with audio in and audio out ports). |
| and *a computer having a direct connection to a digital telephony network* and a connection to said remote cordless telephone bas[e] unit, said computer executing software programmed to accept data from said remote cordless telephone base unit, transmit audio information input from said remote cordless telephone base unit to said digital telephony network, receive audio information input from said digital telephony network, convert said audio information input to a form suitable for said remote cordless telephone base unit and transmit said audio information input to said cordless telephone base unit; | The phrase "*computer having a direct connection to a digital telephony network*" means that the PC is connected to a digital telephony network without an intervening modem or other communication mechanism. |
| wherein *said software is compatible with telephony software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call over the Internet* whereby one user may carry on a voice conversation with a second user over said digital telephony network. | The phrase "*software is compatible with telephone software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call*" means the software causes the claimed device to emulate a POTS telephone by the ability to sense whether the phone is off hook, issue a dial tone, receive DTMF tones, and provide audible |

| Claim 1 | Cisco's Claim Construction |
|---|---|
| | remote ring for an outbound call, as well as ring and connect inbound calls. |

B.    Claim 6 Of The '371 Patent

| Claim 6 | Cisco's Claim Construction |
|---|---|
| A device as in claim 1 | |
| wherein said software is programmed to detect the presence of the remote cordless telephone on any port, | |
| *providing ready status* where "ready" is defined as either (1) on hook in base or (2) out of base, not in use with radios and security codes synchronized. | The phrase "*providing ready status*" means the software provides a signal that identifies the ready status of the telephone. |

Dated:    April 18, 2008                    Respectfully submitted,

                                           By:

                                           Douglas E. Lumish (*Admitted Pro Hac Vice*)
                                           Jared Bobrow (*Admitted Pro Hac Vice*)
                                           Joseph H. Lee (*Admitted Pro Hac Vice*)
                                           WEIL, GOTSHAL & MANGES LLP
                                           Silicon Valley Office
                                           201 Redwood Shores Parkway
                                           Redwood Shores, CA  94065
                                           Telephone: (650) 802-3000
                                           Facsimile:  (650) 802-3100
                                           jared.bobrow@weil.com
                                           doug.lumish@weil.com
                                           joseph.lee@weil.com

                                           Richard F. O'Malley, Jr.
                                           Nicole E. Kopinski
                                           SIDLEY AUSTIN LLP
                                           One South Dearborn Street
                                           Chicago, IL  60603
                                           Telephone:  (312) 853-7000
                                           Facsimile:  (312) 853-7036
                                           romalley@sidley.com
                                           nkopinski@sidley.com

                                           ATTORNEYS FOR DEFENDANT
                                           CISCO SYSTEMS, INC.

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was served this 18th day of April, 2008, pursuant to the Federal Rules of Civil Procedure via fax and first class mail to the following counsel:

Joseph N. Hosteny
Arthur A. Gasey
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137

Timothy C. Meece
Jason S. Shull
Shawn P. Gorman
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

Troy Bullock
Chief Financial Officer, Corporate Secretary
Ascalade Communications Inc.
12051 Riverside Way
Richmond, BC
Canada V6W 1K7
(Mail Only)

Joseph H. Lee
One of the attorneys for Defendant
Cisco Systems, Inc.

10

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RIPARIUS VENTURES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.   07-CV-3063 |
| v. | ) | |
| | ) | Honorable John W. Darrah |
| ASCALADE COMMUNICATIONS, INC. | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |
| | ) | |
| RIPARIUS VENTURES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.  07-CV-6121 |
| v. | ) | |
| | ) | Honorable John W. Darrah |
| LOGITECH INTERNATIONAL S.A. | ) | Magistrate Judge Morton Denlow |
| KONINKLIJKE PHILIPS ELECTRONICS N.V., | ) | |
| U.S. ROBOTICS and | ) | |
| CISCO SYSTEMS, INC. | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## RIPARIUS'S PROPOSED CLAIM CONSTRUCTIONS

Riparius proposes the following constructions for the terms identified by the parties.

Riparius reserves the right to supplement or modify these proposals, if necessary.

| Claim | Claim Element | Proposed Construction |
|---|---|---|
| 1, 371 and 481 | remote cordless telephone handset | Plain and ordinary meaning. A telephone that can be held in the hand, and which does not require a wired connection between it and a connecting point to a network or telephone system. |
| 1, 371 and 481 | remote cordless telephone base unit | Plain and ordinary meaning. A base or support for a telephone handset that does not require a wired connection between it and a connecting point to a network or telephone system. |

**EXHIBIT
9**

| Claim | Claim Element | Proposed Construction |
|---|---|---|
| 1, 371 and 481 | rf transceiver for communication with a base unit transceiver | Plain and ordinary meaning. A radio frequency transceiver (transmitter and receiver) that is capable of communicating with another transceiver in a base unit. |
| 1, 371 and 481 | circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver | Plain and ordinary meaning. Circuitry that processes or digitizes the microphone signal and formats it appropriately for the chosen RF transceiver and transmission protocol. Audio cannot be broadcast directly as RF.<br><br>Alternatively, if this is a means plus function limitation, then the function is translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver, and the structure is 440 HS compander, 425 HS Control Chip, 401 HS RF module and equivalents. |
| 1, 371 and 481 | rf transceiver means | Plain and ordinary meaning. A radio frequency transmitter and receiver. This is not a means plus function limitation because a person of skill understands the necessary structure from "rf transceiver."<br><br>Alternatively, if this limitation is a means-plus-function limitation, then the function is as described in the claim, that is, communicating with a base unit transceiver. Structure: transceivers, 3:8-10, 4:25-28, base and HS RF modules 401 and 451 in Figure 4, and equivalents. |
| 1, 371 | circuitry for translating a keypress on said dialpad into data representing a keypress as an input to said handset rf transceiver | Plain and ordinary meaning. Circuitry for scanning a keypad and processing the resulting indication of a keypress into a form and protocol acceptable by the selected RF transceiver.<br><br>Alternatively, if means plus function, then the function is translating a keypress on said dialpad into data representing a keypress as an input to said handset rf transceiver, and the structure is HS Control Chip 425 and Data+Ctl 426. |
| 1, 481 | circuitry for translating a keypress on said | Plain and ordinary meaning. Circuitry for scanning a keypad and processing the resulting indication of a |

2

| Claim | Claim Element | Proposed Construction |
|---|---|---|
| | dialpad into a DTMF tone as an input to said handset rf transmitter | keypress into a form and protocol acceptable by the selected RF transceiver.<br><br>DTMF: Plain and ordinary meaning. Pushbutton dialing rather than rotary dialing.<br><br>Alternatively, if means plus function, then the function is translating a keypress on said dialpad into a DTMF tone as an input to said handset rf transmitter and the structure is 1) HS Control Chip 425, or 2) HS Control Chip 425 and Data+Ctl 426; and equivalents. |
| 1, 371 and 481 | said remote cordless telephone base unit connected to a computer | For remote cordless telephone base unit, see above. For remainder of this clause, see below. |
| 1, 371 and 481 | base unit connected to a computer | Plain and ordinary meaning. A structure including a radio transceiver, and in communication with a computer. The structure may or may not contain a computer. |
| 1, 371 and 481 | computer | Plain and ordinary meaning. A device with a processor, input, output, and memory. The computer can be, but is not necessarily, a PC. |
| 1, 371 | means for determining whether said communication represents data representing a keypress or audio information | 112/6. Plain and ordinary meaning. Function: determining whether said communication represents data representing a keypress or audio information. Structure: a Base RF Module 451 and a Base Control Chip 470, see Figure 4, and equivalents. |
| 1, 481 | means for determining whether said communication represents data representing a DTMF signal or audio information | 112/6. Plain and ordinary meaning. Function: determining whether said communication represents data representing a DTMF signal or audio information. Structure: a Base RF Module 451 and a Base Control Chip 470, see Figure 4, and equivalents.<br><br>DTMF: Plain and ordinary meaning. Pushbutton dialing rather than rotary dialing. |
| 1, 371 and | means for transmitting | 112/6. Function: "transmitting signals between said |

3

| Claim | Claim Element | Proposed Construction |
|---|---|---|
| 481 | signals between said base unit rf transceiver and said computer | base unit rf transceiver and said computer." Structure: Sound card and serial port (Figure 4) ; sound card and USB (claim 5 and Figure 5); solely USB (claim 10); and equivalents of the foregoing. |
| 1, 371 | a computer having a direct connection to a digital telephony network | For computer, see above. For "direct", see below. For a digital telephony network, plain and ordinary meaning: a network not designed to carry analog voice, but to transmit data in digital format.. |
| 1, 371 | Direct | Excluding a connection via a specialized analog POTS line dial-up modem as shown in U.S. Patent No. 6,826,174 to Erickson. |
| 1, 371 and 481 | convert said audio information input to a form suitable for said remote cordless telephone base unit | Plain and ordinary meaning. As multiple methods of communication with the base are claimed in claim 5,10,and 11, and Internet Telephony software almost universally  encodes (compresses) audio transmissions, and often encrypts them, the base may require conversion to standard digital or audio output from the software program. |
| 1, 371 and 481 | said software is compatible with telephony software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call over the Internet | Plain and ordinary meaning. A computer program that is able to be used with a computer program used by Internet telephony providers offering Voice over IP service by, for example, sharing data. |
| 6, 371 and 481 | providing ready status | Plain and ordinary meaning: software that detects when the telephone is able to receive a call, that is, on hook in the base, or out of the base and not in use, with radios and security codes synchronized. |

4

RIPARIUS VENTURES LLC


/s/ Joseph N. Hosteny
Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller and Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
hosteny@nshn.com
gasey@nshn.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **PROPOSED CLAIM CONSTRUCTIONS** was served upon the below-listed counsel of record by facsimile and first class mail.

Timothy C. Meece
Jason S. Shull
Shawn P. Gorman
10 South Wacker Drive – Suite 3000
Chicago, IL 60606
tmeece@bannerwitcoff.com
jshull@bannercoff.com
sgorman@bannerwitcoff.com
Telephone 312-463-5420
Fax: 312-463-5001

Attorneys for Defendants U.S. Robotics
and Logitech International S.A.

Jared Bobrow
Joseph H. Lee
Douglas E. Lumish
Weil, Gotschal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Phone: 650-802-3000 (gen'l)
Fax: 650-802 3100
E-mail: doug.lumish@weil.com
joseph.lee@weil.com
jared.bobrow@weil.com

Richard F. O'Malley, Jr.
Nicole E. Kopinski
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
romalley@sidley.com
nkopinski@sidley.com
Telephone: 312-853-7000
Fax: 312-853-7036

Attorneys for Cisco Systems, Inc.

On April 18, 2008.

_____ /s/ Joseph N. Hosteny _____

# NEWTON'S TELECOM DICTIONARY

by HARRY NEWTON

## 10TH EDITION

### THE OFFICIAL DICTIONARY OF
TELECOMMUNICATIONS
COMPUTER TELEPHONY
DATA COMMUNICATIONS
VOICE PROCESSING
PC TELEPHONY
WINDOWS 95 & NT
COMMUNICATIONS
NETWORKING AND
INTERNET

REF
TK5102
.N483
1996

REFERENCE

c.1
nyc ref



#1 SELLER
125,000+
SOLD

EXHIBIT
10

# NEWTON'S TELECOM DICTIONARY

**DSX** Digital System Cross-connect frame. A bay or panel to which T-1 lines and DS1 circuit packs are wired and that permits cross-connections by patch cords and plugs. A DSX panel is used in small office applications where only a few digital trunks are installed. See also DACS.

**DSX-1** Digital Signal Cross-connect Level 1. The set of parameters for cross connecting DS-1 lines.

**DSX-3** The designation for the DS3 point of interface (cross-connect).

**DTC** 1. Digital Trunk Controller. 2. Digital Transmit Command.

**DTE** 1. Data Terminal Equipment. In the RS-232-C standard specification, the RS-232-C is connected between the DCE (Data Communications Equipment) and a DTE. The main difference between a DCE and a DTE is that pins two and three are reversed. See also DCE and the Appendix. 2. Defense Technology Enterprise.

**DTE-DCE RATE** Data terminal equipment/data communications equipment rate. A designation for the maximum rate at which a modem and a PC can exchange information, expressed in kilobits per second (kbps). For maximum performance, a modem must support a DTE-DCE rate in excess of its maximum theoretical throughput.

**DTERM** A line of proprietary electronic phones made by NEC for use with its PBXs. The Dterm terminal derives its intelligence from its own microprocessor, which detects events and accepts direction from the PBX.

**DTLU** Digital Trunk and Line Unit. Provides system access for T1-carrier lines used for inter office trunks or remote switching module umbilicals.

**DTMF** Dual Tone Multi Frequency. A fancy term describing push button or Touchtone dialing. (Touchtone is a not registered trademark of AT&T, though until 1984 it was.) In DTMF, when you touch a button on a push button pad, it makes a tone, actually a combination of two tones, one high frequency and one low frequency. Thus the name Dual Tone Multi Frequency. In U.S. telephony, there are actually two types of "tone" signaling, one used on normal business or home push button/touchtone phones, and one used for signaling within the telephone network itself. When you go into a central office, look for the test board. There you'll see what looks like a standard touchtone pad. Next to the pad there'll be a small toggle switch that allows you to choose the sounds the touchtone pad will make -- either normal touchtone dialing (DTMF) or the network version (MF).

The eight possible tones that comprise the DTMF signaling system were specially selected to easily pass through the telephone network without attenuation and with minimum interaction with each other. Since these tones fall within the frequency range of the human voice, additional considerations were added to prevent the human voice from inadvertently imitating or "falsing" DTMF signaling digits. One way this was done to break the tones into two groups, a high frequency group and a low frequency group. A valid DTMF tone has only one tone in each group. Here is a table of the DTMF digits with their respective frequencies. One Hertz (abbreviated Hz.) is one cycle per second of frequency.

400

# NEWT

| Digit | Low fre |
|-------|---------|
| 1 | 69 |
| 2 | 69 |
| 3 | 69 |
| 4 | 77 |
| 5 | 77 |
| 6 | 77 |
| 7 | 85 |
| 8 | 85 |
| 9 | 85 |
| 0 | 94 |
| * | 94 |
| # | 94 |

There are four other
ized applications tha

| A | 6 |
| B | 7 |
| C | 8 |
| D | 9 |

Normal telephones (yc
Government Autovon (
tions, the extra four (th
government parlance i
indicate to communicat
handling) of the call an
be noted. See also LO

**DTMF AUTOMATIC**
ing on a Novell file se
number to each user.
answers, it sends a spe
digit number for the co
workstation on the LAN

**DTMF CUT-THROU**
DTMF tones while the
speech playback. This
the machine has play
options). The user car
sage -- when he first h
etc. When the voice pr
through), it stops spea
machine starts to say,
sion in now." But befor

# NEWTON'S TELECOM DICTIONARY

| Digit | Low frequency | High frequency |
|---|---|---|
| 1 | 697 Hz. | 1209 Hz. |
| 2 | 697 | 1336 |
| 3 | 697 | 1477 |
| 4 | 770 | 1209 |
| 5 | 770 | 1336 |
| 6 | 770 | 1477 |
| 7 | 852 | 1209 |
| 8 | 852 | 1336 |
| 9 | 852 | 1477 |
| 0 | 941 | 1336 |
| * | 941 | 1209 |
| # | 941 | 1477 |

There are four other digits defined in the DTMF system and usable for specialized applications that cannot be generated by standard telephones They are:

| | | |
|---|---|---|
| A | 697 Hz. | 1633 Hz. |
| B | 770 | 1633 |
| C | 852 | 1633 |
| D | 941 | 1633 |

Normal telephones (yours and mine) have 12 buttons, thus 12 combinations. Government Autovon (Automatic Voice Network) telephones have 16 combinations, the extra four (those above) being used for "precedence," which in Federal government parlance is a designation assigned to a phone call by the caller to indicate to communications personnel the relative urgency (therefore the order of handling) of the call and to the called person the order in which the message is to be noted. See also LONG TONES and the four following definitions.

**DTMF AUTOMATIC ROUTING** This is a term relating to a fax server operating on a Novell file server. In this system, the fax software assigns a four-digit number to each user. A fax sender dials the fax line, and after the fax server answers, it sends a special auto routing request signal. The sender dials the four-digit number for the correct user, and the fax is automatically sent to the user's workstation on the LAN.

**DTMF CUT-THROUGH** The capability of a voice response system to receive DTMF tones while the voice synthesizer is delivering information, i.e. during speech playback. This capability of DTMF cut-through saves the user waiting until the machine has played the whole message (which typically is a menu with options). The user can simply touchtone his response anytime during the message -- when he first hears his selection number, when the message first starts, etc. When the voice processor hears the touchtoned selection (i.e. the DTMF cut-through), it stops speaking and jumps to the chosen selection. For example, the machine starts to say, "If you know the person you're calling, touchtone his extension in now." But before you hear the "If you know" you push button in 230, which

401

# NEWTON'S TELECOM DICTIONARY

you know is Joe's extension. Bingo, the message stops and Joe's extension starts ringing. DTMF Cut-Through is also known as touchtone type-ahead.

**DTMF REGISTER** A printed circuit card in a switch that converts the DTMF signals coming from the phone into signals which can be used by the switch's stored program control, central computer to do its switching, etc.

**DTMF TO DIAL PULSE CONVERSION** A PBX feature. DTMF (push button) phones are very popular. But sometimes you install a PBX with push button phones in an area which doesn't have a central office which will respond to push button tones. It's old. In this case, anyone dialing on a push button phone will find that the PBX converts that dialing to rotary pulsing when the PBX accesses a trunk which can't handle push button dialing. All this doesn't speed up the time the call takes to get through. It just speeds up the user's dialing and makes him or her feel she is dealing with a more modern phone system.

**DTP** DeskTop Publishing.

**DTR** Data Terminal Ready. A control signal sent from the DTE to the DCE that indicates that the DTE is powered on and ready to communicate. DTR can also be used for hardware flow control.

**DTS** Digital Termination Systems. Microwave based transmission technology designed for bypass functions for short-hop, line-of-sight applications. It never converts to analog. Is useful in high-volume, pure-data applications in urban settings where line costs are high. It requires FCC license and is referred to formally by FCC as Digital Electronic Message Service, or DEMS.

**DTSR** Dial Tone Speed Recording.

**DTU** Digital Test Unit.

**DTX** Battery-saving feature on a cellular phone that cuts back the output power when you stop speaking.

**DU** Fiber Optic Connector developed by Nippon Electric Group.

**DUA** Directory User Agent. The software that accesses the X.500 Directory Service on behalf of the directory user. The directory user may be a person or another software element.

**DUAL** Distributed Update Algorithm. A routing algorithm that provides fast rerouting (convergence) with minimal consumption of resources.

**DUAL ATTACHMENT CONCENTRATOR** A concentrator that offers two connections to the FDDI network capable of accommodating the FDDI dual ring, and additional ports for connection of other FDDI devices.

**DUAL ATTACHMENT STATION** A device used in local area networks to allow access to two separate cable systems at the same time, providing protection against cable failure or damage.

**DUAL CABLE** A two-cable system in broadband LANs in which coaxial cable provides two physical paths for transmission, one for transmit and one for receive, instead of dividing the capacity of a single cable.

**DUAL COAT** An optical fiber coating structure consisting of a soft inner coating and a hard outer coating.

402

**DUAL FIBER CABLE** cables enclosed in an extr peeling back the overjacke

**DUAL HEADSET** Also kr set for the blind. One jack p phone and another jack p voice synthesized output Telephone Sales Repres Security Administration ha Dual headsets allow these in public service. This de specialist for the Social Se

**DUAL HOMING** 1. The port connections, each with tion running critical busine 2. A method of cabling FD path to the dual ring. Can

**DUAL LINE REGISTR/** bers in a single cellular tele lular systems without "roa or to have one number or tem. This assures the cellu Angeles, but spends muc cellular phone with Los Ar

**DUAL LINE SERVICE** nected to the premises. C

**DUAL MODE** Dual mo which will work for both a phone industry is going di digital systems. But some buy them over today's ana mode which you get in yo technology of your local c technology, which works u

**DUAL NAM** Allows a cellu or separate carriers. Very u half in another. For examp Phoenix. His handheld cell

**DUAL PROCESSING** assigns parts of the opera split into two engines (the each engine on a separa unless such a system is e formance. Dual processii being used at near-maxin

**DUAL TONE MULTI-FR

USR000006

THE ULTIMATE COMPUTER REFERENCE

**Microsoft** *Press*



Designed for
Microsoft®
Windows NT®
Windows 98

CD-ROM
Included

Microsoft®
Internet
Explorer

Over
**8,000**
Entries
with online updates
available quarterly

Microsoft®

# Computer
# Dictionary
## Fourth
## Edition

- *Three new appendixes, including Y2K, file extensions, and Internet domains*
- *Searchable text on CD-ROM*
- *Extensive coverage of hardware, software, the Internet, and more!*
- *Detailed illustrations and diagrams for easy reference*

EXHIBIT
11

USR000324.1



**emitter** *n.* In transistors, the region that serves as a source of charge carriers. *Compare* base (definition 3), collector.

**emitter-coupled logic** *n.* A circuit design in which the emitters of two transistors are connected to a resistor so that only one of the transistors switches at a time. The advantage of this design is very high switching speed. Its drawbacks are the high number of components required and susceptibility to noise. *Acronym:* ECL.

**EMM** *n. See* Expanded Memory Manager.

**e-money** or **emoney** \ĕ´mən`ē\ *n.* Short for electronic money. A generic name for the exchange of money through the Internet. *Also called* cybercash, digicash, digital cash, e-cash, e-currency.

**emotag** \ĕ´mō-tag`\ *n.* In an e-mail message or newsgroup article, a letter, word, or phrase that is encased in angle brackets and that, like an emoticon, indicates the attitude the writer takes toward what he or she has written. Often emotags have opening and closing tags, similar to HTML tags, that enclose a phrase or one or more sentences. For example: <joke>You didn't think there would really be a joke here, did you?</joke>. Some emotags consist of a single tag, such as <grin>. *See also* emoticon, HTML.

**emoticon** \ĕ-mō´ti-kon`\ *n.* A string of text characters that, when used sideways, form a face expressing a particular emotion. An emoticon is often used in an e-mail message or newsgroup post as a comment on the text that precedes it. Common emoticons include :-) or :) (meaning "I'm smiling at the joke here"), ;-) ("I'm winking and grinning at the joke here"), :-( ("I'm sad about this"), :-7 ("I'm speaking with tongue in cheek"), :D or :-D (big smile; "I'm overjoyed"), and :-O (either a yawn of boredom or a mouth open in amazement). *Compare* emotag.

**EMS** *n.* Acronym for Expanded Memory Specification. A technique for adding memory to PCs that allows for increasing memory beyond the Intel 80x86 microprocessor real-mode limit of 1 megabyte. In earlier versions of microprocessors, EMS bypassed this memory board limit with a number of 16-kilobyte banks of RAM that could be accessed by software. In later versions of Intel microprocessors, including the 80386 and 80486 models, EMS is converted from extended memory by software memory managers, such as EMM386 in MS-DOS 5. Now EMS is used mainly for older MS-DOS applications because Windows and other applications running in

protected mode on 80386 and higher microprocessors are free of the 1-MB limit. *Also called* LIM EMS. *See also* expanded memory, protected mode. *Compare* conventional memory, extended memory.

**em space** *n.* A typographical unit of measure that is equal in width to the point size of a particular font. For many fonts, this is equal to the width of a capital M, from which the em space takes its name. *Compare* en space, fixed space, thin space.

**emulate** *vb.* For a hardware or software system to behave in the same manner as another hardware or software system. In a network, for example, microcomputers might emulate terminals in order to communicate with mainframes.

**emulation** *n.* The process of a computer, device, or program imitating the function of another computer, device, or program.

**emulator** *n.* Hardware or software designed to make one type of computer or component act as if it were another. By means of an emulator, a computer can run software written for another machine. In a network, microcomputers might emulate terminals in order to communicate with mainframes.

**emulsion laser storage** *n.* A method for recording data in film by selective heating with a laser beam.

**enable** *vb.* To activate or turn on. *Compare* disable.

**encapsulate** *vb.* **1.** To treat a collection of structured information as a whole without affecting or taking notice of its internal structure. In communications, a message or packet constructed according to one protocol, such as a TCP/IP packet, may be taken with its formatting data as an undifferentiated stream of bits that is then broken up and packaged according to a lower-level protocol (for example, as ATM packets) to be sent over a particular network; at the destination, the lower-level packets are assembled, re-creating the message as formatted for the encapsulated protocol. *See also* ATM (definition 1). **2.** In object-oriented programming, to keep the implementation details of a class a separate file whose contents do not need to be known by a programmer using that class. *See also* object-oriented programming, TCP/IP.

**Encapsulated PostScript** *n. See* EPS.

**encapsulated type** *n. See* abstract data type.

**encapsulation** *n.* In object-oriented programming, the packaging of attributes (properties) and functionality (methods or behaviors) to create an object that is es-

USR000325

# GLOSSARY OF TELECOMMUNICATIONS TERMS

FEDERAL STANDARD 1037C
August 7, 1996



TK5102
.G516

c.1
nyc ref



**EXHIBIT
12**

FED-STD-1037C

**dual-tone multifrequency (DTMF) signaling:** In telephone systems, multifrequency signaling in which standard set combinations of two specific voice band frequencies, one from a group of four low frequencies and the other from a group of four higher frequencies, are used. (188) *Synonyms* **multifrequency pulsing, multifrequency signaling.** *Note 1:* DTMF signals, unlike dial pulses, can pass through the entire connection to the destination user, and therefore lend themselves to various schemes for remote control after access, *i.e.,* after the connection is established. *Note 2:* Telephones using DTMF usually have 12 keys. Each key corresponds to a different pair of frequencies. Each pair of frequencies corresponds to one of the ten decimal digits, or to the symbol "#" or "*", the "*" being reserved for special purposes. *Note 3:* The standard signal frequency pairs transmitted by DTMF equipment used by the public exchange carriers are as follows:

| Button or Digit | Frequencies (Hz) |
|---|---|
| 1 | 697/1209 |
| 2 | 697/1336 |
| 3 | 697/1477 |
| 4 | 770/1209 |
| 5 | 770/1336 |
| 6 | 770/1477 |
| 7 | 852/1209 |
| 8 | 852/1336 |
| 9 | 852/1477 |
| 0 | 941/1336 |
| * | 941/1209 |
| # | 941/1477 |

*Note 4:* Tactical telephones have 16 keys, the extra 4 being used for precedence. For DSN (Defense Switched Network) the signal frequency pairs transmitted for the ten decimal digits and the * and #

are the same as those used by the public exchange carriers. The additional four keys, corresponding to four different frequency pairs and the precedence, are as follows:

| Button or Key | Frequencies (Hz) |
|---|---|
| FO (Flash Override) | 697/1633 |
| F (Flash) | 770/1633 |
| I (Immediate) | 852/1633 |
| P (Priority) | 941/1633 |

**dual-use access line:** A user access line normally used for analog voice communication, but which has special conditioning for use as a digital transmission circuit. (188)

**duct: 1.** In interfacility cabling, a conduit, which may be direct-earth buried or encased in concrete, used to enclose communications or power cables. *Note:* For maximum resistance to rodent attack, direct-earth-buried conduit should have an outside diameter equal to or greater than 6 cm (2.25 in.). **2.** *See* **atmospheric duct.**

**ducting:** The propagation of radio waves within an atmospheric duct. (188)

**dumb terminal:** An asynchronous terminal that (a) does not use a transmission control protocol and (b) sends or receives data sequentially one character at a time. *Note:* Dumb terminals usually handle ASCII characters.

**dummy load:** A dissipative impedance-matched network, usually used at the end of a transmission line to absorb all incident energy. *Note:* The dummy load usually converts the incident energy to thermal energy. (188)

**duobinary signal:** A pseudobinary-coded signal in which a "0" (*"zero"*) bit is represented by a zero-level electric current or voltage; a "1" (*"one"*) bit is represented by a positive-level current or voltage if the quantity of "0" bits since the last "1" bit is even,

USR000002

# IEEE 100

# THE

# AUTHORITATIVE

# DICTIONARY

## OF IEEE STANDARDS TERMS

### SEVENTH EDITION

◆IEEE

Published by
Standards Information Network
IEEE Press

EXHIBIT
13

**(2)** (of a relay) A term for contact operation (opening or closing) as a relay just departs from pickup. Also identifies the maximum value of an input quantity that will allow the relay to depart from pickup.    (SWG/PE) C37.100-1992

**(3)** A loss of equipment operation (discrete data signals) due to noise, voltage sags, or interruption.

(IA/PSE) 1100-1999

**drop-out** In the storage and retrieval of data from a magnetic storage device, an error due to the failure to read a binary character. *Note:* Usually caused by defects or the presence of particles in the magnetic surface layer.   (C) 610.10-1994w

**dropout fuse** A fuse in which the fuseholder or fuse unit automatically drops into an open position after the fuse has interrupted the circuit.

(SWG/PE) C37.40-1993, C37.100-1992

**dropout ratio** (of a relay) The ratio of dropout to pickup of an input quantity. *Note:* This term has been used mostly with relays for which reset is not differentiated from dropout. Hence a similar term, reset ratio, the ratio of reset to pickup, is not generally used, though technically correct.

(SWG/PE) C37.100-1992

**dropouts (1)** (data transmission) A loss of discrete data signals due to noise or attenuation hits.    (PE) 599-1985w

**(2)** A subset of gain hit, dropouts are a loss of data caused by a decrease in signal, usually greater than 12 dB and lasting longer than 4 ms. Dropouts interrupt the information flow between two modems. Furthermore, even when the signal returns, some modems will take additional time to recover. Experience suggests that dropouts occur less often than the other types of transients. However, each dropout causes modem errors. *See also:* gain hit or change; phase hit or change.

(PE/IC) 1143-1994r

**dropout time** (of a relay) The time interval to dropout following a specified change of input conditions. *Note:* When the change of input conditions is not specified it is intended to be a sudden change from pickup value of input to zero input.

(SWG/PE) C37.100-1992

**dropout voltage (1)** (or current) The voltage (or current) at which a magnetically operated device will release to its de-energized position. It is a level of voltage (or current) that is insufficient to maintain the device in an energized state.

(IA/PSE) 446-1995

**(2)** The voltage at which a device will revert to its de-energized position, i.e., the voltage at which a device fails to operate.    (IA/PSE) 1100-1999

**drop, voltage, anode** *See:* anode voltage drop.

**drop, voltage, starter** *See:* starter voltage drop.

**drop, voltage, tube** *See:* tube voltage drop.

**drop wire (drop)** (data transmission) A wire suitable for extending an open wire or cable pair from a pole or cable terminal to a building.    (PE) 599-1985w

**DRP** *See:* eardrum reference point.

**DRS** *See:* Digital Reference Sequence.

**DRT box** *See:* anti-transmit-receive switch.

**drum** *See:* magnetic drum.

**drum controller (electric installations on shipboard)** An electric controller which utilizes a drum switch as the main switching element. A drum controller usually consists of a drum switch and a resistor.

(IA/ICTL/MT/IAC) 45-1983s, [60]

**drum factor (facsimile)** The ratio of usable drum length to drum diameter. *Note:* Before a picture is transmitted, it is necessary to verify that the ratio of used transmitter drum length to transmitter drum diameter is not greater than the receiver drum factor if the receiver is of the drum type. *See also:* facsimile.    (COM) [49]

**drum plotter** A plotter that draws an image on a display surface mounted on a rotating drum.   (C) 610.10-1994w

**drum puller (conductor stringing equipment)** A device designed to pull conductors(s) during stringing operations. It is normally equipped with its own engine which drives the

drum(s) mechanically, hydraulically, or through a combination of both. It may be equipped with synthetic fiber rope or wire rope to be used as the pulling line. The pulling line is payed out from the unit, pulled through the travelers in the sag section, and attached to the conductor. The conductor is then pulled in by winding the pulling line back onto the drum. This unit is sometimes used with synthetic fiber rope acting as a pilot line to pull heavier pulling lines across canyons, rivers, etc. *Synonyms:* hoist; tugger; hoist, single drum; winch, single-drum.   (PE/T&D) 524a-1993r, 524-1992r

**drum printer** An element printer in which a full set of type slugs, placed on a rotating print drum, is made available for each printing position.    (C) 610.10-1994w

**drum reference point (DRP)** A point located at the end of the ear canal, corresponding to the eardrum position.

(COM/TA) 1329-1999

**drum speed (facsimile)** The angular speed of the transmitter of recorder drum. *Note:* This speed is measured in revolutions per minute. *See also:* recording; scanning.

(COM) 168-1956w

**drum switch** A switch in which the electric contacts are made of segments or surfaces on the periphery of a rotating cylinder or sector, or by the operation of a rotating cam. *See also:* switch; control switch.    (IA/ICTL/IAC) [60]

**dry-arcing distance (insulators)** The shortest distance through the surrounding medium between terminal electrodes, or the sum of the distances between intermediate electrodes, whichever is the shorter, with the insulator mounted for dry flash-over test. *See also:* insulator.    (EEC/IEPL) [89]

**dry bulb temperature** The temperature of a gas, or a mixture of gases, that is indicated by an accurate thermometer after correction for radiation.    (IA/PSE) 241-1990r

**dry cell** A cell in which the electrolyte is immobilized. *See also:* electrochemistry.    (EEC/PE) [119]

**dry-charged battery (lead-acid batteries for photovoltaic systems)** A battery in which the electrolyte has been removed for ease in shipping or storage or both.    (PV) 937-1987s

**dry-charged cell** A cell that does not contain electrolyte for ease in shipping or storage, or both.    (SCC21) 937-2000

**dry circuit relay** Erroneously used for a relay with either dry or low-level contacts. *See also:* low-level relay contacts.

(EEC/REE) [87]

**dry contact** One through which no direct current flows.

(COM) 312-1977w, [48]

**dry location** A location not normally subject to dampness or wetness. A location classified as dry may be temporarily subject to dampness or wetness, as in the case of a building under construction.   (NEC/NESC/IA/PC) [86], 515.1-1995

**dry-niche lighting fixtures** A lighting fixture intended for installation in the wall of the pool in a niche that is sealed against the entry of pool water by a fixed lens.

(NESC/NEC) [86]

**dry reed relay** A reed relay with dry (nonmercury-wetted) contacts.    (PE/EM) 43-1974s

**dry relay contacts (A)** Contacts which neither break nor make current. **(B)** Erroneously used for relay contacts, low level.

(EEC/REE) [87]

**dry-run test** A test of switching or tripping sequences with equipment not energized or "dry."    (PE/SUB) 1378-1997

**dry-type (1) (grounding device) (current-limiting reactor)** Having the coils immersed in an insulating gas. *See also:* reactor.    (PE/SPD) 32-1972r, C57.16-1958w

**(2) (regulator)** Having the core and coils not immersed in an insulting liquid. *See also:* voltage regulator.

(PE/TR) C57.15-1968s

**(3)** Having the core and coils neither impregnated with an insulating fluid nor immersed in an insulating oil. *See also:* dry-type transformer.    (PE/TR) [57]

**dry-type encapsulated water-cooled transformer (electrical heating applications to melting furnaces and forehearths in the glass industry)** Dry-type (nonoil-cooled) transformer

in which the windings are made from hollow conducting tubes that are cooled by transferring heat to water flowing in the tubes. Since the cooling is internal, the windings are usually totally encapsulated with epoxy resin.

(IA) 668-1987w

**dry-type forced-air-cooled transformer (power and distribution transformers)** (class AFA) A dry-type transformer which derives its cooling by the forced circulation of air.

(PE/TR) C57.12.80-1978r

**dry-type instrument transformer** *See:* dry-type.

**dry-type nonventilated self-cooled transformer (power and distribution transformers)** (class ANV) A dry-type self-cooled transformer which is so constructed as to provide no intentional circulation of external air through the transformer, and operating air through the transformer, and operating at zero gauge pressure.

(PE/TR) C57.12.80-1978r, C57.15-1968s

**dry-type self-cooled/forced-air-cooled transformer (power and distribution transformers)** (Class AA/FA) A dry-type transformer which has a self-cooled rating with cooling obtained by the natural circulation of air and a forced-air-cooled rating with cooling obtained by the forced circulation of air.

(PE/TR) C57.12.80-1978r

**dry-type self-cooled shunt reactor (shunt reactors over 500 kVA)** (class AA) A dry-type shunt reactor which is cooled by the natural circulation of the cooling air.

(PE/TR) C57.21-1981s

**dry-type self-cooled transformer (power and distribution transformers)** (class AA) A dry-type transformer that is cooled by the natural circulation of air.

(PE/TR) C57.12.80-1978r

**dry-type shunt reactor (shunt reactors over 500 kVA)** One in which the coils and magnetic circuit are neither impregnated with an insulating fluid nor immersed in an insulating oil.

(PE/TR) C57.21-1981s

**dry-type transformer (A)** (electrical heating applications to melting furnaces and forehearths in the glass industry) A transformer that relies on convection or forced air rather than liquid, such as oil or water, for cooling. **(B) (power and distribution transformers)** A transformer in which the core and coils are in a gaseous or dry compound insulating medium. *See also:* ventilated dry-type transformer; sealed transformer; nonventilated dry-type transformer; compound-filled transformer; gas-filled transformer.

(IA/PE/TR) 668-1987, C57.12.80-1978r

**dry vault** A ventilated, enclosed area not subject to flooding.

(SWG/PE) C37.100-1992

**DS** *See:* digital signal.

**DSAP** *See:* address signaling.

**D-scan** *See:* D-display.

**D-scope** A cathode-ray oscilloscope arranged to present a D-display.

(AES/RS) 686-1990

**DS/DD** *See:* double-density disk; double-sided disk.

**DSE** *See:* data switching exchange.

**DS-4** *See:* digital signal level four.

**DS/HD** *See:* high-density disk; double-sided disk.

**DS1 frame** The DS1 frame consists of 193 bit positions, the first of which is the frame overhead bit position. The remaining 192 bits are available as payload, and can be divided into 24 blocks (channels) of 8 bits each.

(COM/TA) 1007-1991r

**D64 module** A module whose data space is limited to a 64-bit width.

(C/BA) 14536-1995

**DSK** *See:* Dvorak keyboard.

**DSL** *See:* data sublanguage; digital subscriber line.

**DS-1** *See:* digital signal level one.

**DSS** *See:* decision support system; decision support services.

**D-star (D\*)** (fiber optics) A figure of merit often used to characterize detector performance, defined as the reciprocal of noise equivalent power (NEP), normalized to unit area and unit bandwidth.

$$D^* = \frac{\sqrt{(A\Delta f)}}{\text{NEP}}$$

where A is the area of the photosensitive region of the detector and $(\Delta f)$ is the effective noise bandwidth. *Synonym:* specific detectivity. *See also:* noise equivalent power; detectivity.

(Std D\*) 812-1984w

**DS-3** *See:* digital signal level three.

**DS-2** *See:* digital signal level two.

**DSU** *See:* data service unit.

**DS-0** *See:* digital signal level zero.

**DTB** *See:* data transfer bus.

**DTE (Data Terminal Equipment)** *See:* data terminal equipment.

**DTG** *See:* dynamically tuned gyro.

**D32 module** A module whose data space is limited to a 32-bit width.

(C/BA) 14536-1995

**DTL** *See:* diode-transistor logic.

**DTMF** *See:* dual tone multifrequency.

**DTMF signaling** *See:* dual tone multifrequency signaling.

**d-to-a converter** *See:* digital-to-analog converter.

**D-TRAN** *See:* Decision Table Translator.

**DTS** *See:* digital termination system.

**dual alternate routing (data transmission)** (When applied to the routing of two circuits) The transmission facility assigned to one circuit is geographically separated from the transmission facility assigned to the other circuit throughout their entire length. To meet the aforementioned criteria, dual alternate routes are constructed in such a manner that an interruption on one route will not result in an interruption on the other.

(PE) 599-1985w

**dual-beam oscilloscope** An oscilloscope in which the cathode-ray tube produces two separate electron beams that may be individually or jointly controlled. *See also:* multibeam oscilloscope; oscillograph.

(IM/WM&A) 311-1970w, 181-1977w

**dual benchboard** A combination assembly of a benchboard and a vertical hinged panel switchboard placed back to back (no aisle) and enclosed with a top and ends.

(SWG/PE) C37.100-1992, C37.21-1985r

**dual bus** A pair of buses carrying digital bit streams flowing in opposite directions. One bus is referred to as Bus A and the other bus as Bus B.

(LM/C) 8802-6-1994

**dual buses** Two functional buses (primary and secondary) on the same backplane, each possessing the signals required to transfer data between boards.

(C/BA) 896.3-1993w

**dual cable** A type of broadband coaxial cable system that uses separate cables to carry the inbound and outbound signals.

(LM/C) 802.7-1989r

**dual-channel controller** A controller that enables reading from and writing to a device to occur simultaneously.

(C) 610.10-1994w

**dual coding (software)** A development technique in which two functionally identical versions of a program are developed by different programmers or different programming teams from the same specification. The resulting source code may be in the same or different languages. The purpose of dual coding is to provide for error detection, increase reliability, provide additional documentation, or reduce the probability of systematic programming errors or compiler errors influencing the end result. *See also:* documentation; program; compiler; reliability; specification; error; code.

(C/SE) 729-1983s

**dual control** A term applied to signal appliances provided with two authorized methods of operation.

(EEC/PE) [119]

**dual diversity (data transmission)** The term applied to the simultaneous combining of four signals and their detection through the use of space, frequency or polarization characteristics.

(PE) 599-1985w

**dual duplex** A signaling system that supports simultaneous duplex communication over two cabling pairs.

(C/LM) 802.3-1998

USR000327