

# *Modern*
# *Dictionary*
# *of Electronics*

## SIXTH EDITION

### REVISED
### *and* UPDATED

*Rudolf F. Graf*

EXHIBIT
14

USR000327.1

deteriorates to a point where a specified output cannot be obtained.

**dry-type forced-air-cooled transformer (class AFA)**—A transformer which is not immersed in oil and which derives its cooling by the forced circulation of air.

**dry-type forced-air-cooled/forced-air-cooled transformer (class AA/FA)**—A transformer which is not immersed in oil and which has a self-cooled rating with cooling obtained by the forced circulation of air.

**dry-type self-cooled transformer (class AA)** — A transformer which is cooled by the natural circulation of air and which is not immersed in oil.

**dry-type transformer** — A transformer which is cooled by the circulation of air and which is not immersed in oil.

**dsc** — Abbreviation for double silk-covered.

**D-scope**—A radar display similar to a C-scope except that the blips extend vertically to give a rough estimate of the distance.

**"D" service** — FAA service pertaining to radio broadcast of meteorological information, advisory messages, and notices to airmen.

**DT-cut crystal**—A crystal cut to vibrate below 500 kHz.

**DTE**—*See* Data Termination Equipment.

**DTL** — Abbreviation for diode transistor logic.

**DTMF** — Abbreviation for dual-tone multifrequency.

**D-type flip-flop** — A flip-flop that, on the occurrence of the leading edge of a clock pulse, propagates to the 1 output whatever information is at its D (data) conditioning input prior to the clock pulse.

**dual**—Either of a pair of systems, circuits, etc., that are described by equations of the same form in which the same functional relationships hold provided that the dependent and independent dynamic variables are interchanged between these equations.

**dual-beam oscilloscope** — An oscilloscope in which the cathode-ray tube produces two separate electron beams that may be individually or jointly controlled.

**dual capacitor**—Two capacitors within a single housing.

**dual capstan**—*See* Closed Loop.

**dual-channel amplifier** — An amplifier which has two channels independent of each other, but similar in design, construction, and output.

**dual coaxial cable** — Two individually insulated conductors laid parallel or twisted and placed within an overall shield and sheath.

**dual cone** — Speaker unit containing a main cone for bass and middle frequencies and a smaller, stiffer inner cone for treble frequencies, sometimes called a "full range" speaker unit.

**dual-diversity receiver** — 1. A radio receiver that receives signals from two different receiving antennas and uses whichever signal is the stronger at each instant to offset fading. In one arrangement, two identical radio-frequency systems, each with its own antenna, feed a common audio-frequency channel. In another arrangement, a single receiver is changed over from one antenna to the other by electronic switching at a rate fast enough to prevent loss of intelligibility. 2. The operation of combining two identical signals received over diverse paths to obtain an improvement of up to 3 dB in signal-to-noise ratio.

**dual-emitter transistor** — A passivated pnp silicon planar epitaxial transistor with two emitters; used as a low-level chopper.

**dual-frequency induction heater** — A type of induction heater in which work coils operating at two different frequencies induce energy, either simultaneously or successively, to material within the heater.

**dual-groove record**—*See* Cook System.

**dual in-line package**—1. A type of housing for integrated circuits. The standard form is a molded plastic container about ¾ inch long and ⅓ inch wide (1.9 × 0.8 cm), with two rows of pins spaced 0.1 inch (2.5 cm) between centers. This package is more popular than the flat pack or TO-type can for industrial use because it is relatively inexpensive and is easily dip-soldered into printed circuit boards. 2. Carrier in which a semiconductor integrated circuit or other components such as transistors, diodes, capacitors, inductors, resistors, or film hybrid circuits are assembled and sealed. Package consists of a plastic or ceramic body with two rows of seven or more vertical leads which are inserted into a circuit board and secured by soldering. Abbreviated DIP.



*Dual in-line package.*

**dual meter**—A meter constructed so that two aspects of a circuit may be read simultaneously.

**dual-mode injection**—*See* DMI.

**dual modulation**—The use of two different types of modulation, each conveying separate intelligence, to modulate a common carrier or subcarrier wave.

**dual operation**—A logic operation the result of which is the negation of the result of an original operation when applied to the negation of its operands; for example, the OR operation is the dual of the AND operation. A dual operation is represented by writing 0 for 1 and 1 for 0 in the tabulated values of P, Q, and R for the original operation.

**dual pickup**—*See* Turnover Pickup.

**dual rail**—Pertaining to a method of transferring data in which the data and the complement of the data are available on different input or output lines or wires. Also called double rail.

**dual slope converter** — An integrating a/d converter in which the unknown signal is converted to a proportional time interval which is then measured digitally.

**dual-tone multifrequency**—Abbreviated DTMF. 1. A signaling method in which are employed set pairs of specific frequencies used by subscribers and pbx attendants, if their switchboard positions are so equipped, to indicate telephone address digits, precedence ranks, and end of signaling. 2. A portion of the touch tone telephone dialing system developed by AT&T, DTMF signalling transports precisely defined and matched tone pair signals over sharply tuned amplitude-guarded channels to achieve highly error-immune operation.



| | HIGH-GROUP TONES | | | |
|---|---|---|---|---|
| | 1209 Hz | 1336 Hz | 1477 Hz | 1633 Hz |
| 697 Hz | 1 | 2 | 3 | A |
| 770 Hz | 4 | 5 | 6 | B |
| 852 Hz | 7 | 8 | 9 | C |
| 941 Hz | * | 0 | # | D |

TWO-OUT-OF-SEVEN CODE ○
TWO-OUT-OF-EIGHT CODE □

Telephone-system addressing is generally restricted to the two out-of-seven code, and telephone sets are supplied with 10 or 12-button dials.

Data and specialized signaling applications often make use of the full two-out-of-eight code.

*Dual tone multifrequencies.*

**dual-tone multifrequency signaling** — Sending numerical address information from a telephone by sending, simultaneously, a combination of two tones out of a group of eight. The eight frequencies are: 697, 770, 852, 941, 1209, 1336, 1477, and 1633 Hz.

**dual trace** — A mode of operation in which a single beam in a cathode-ray tube is shared by two signal channels. *See also* Alternate Mode and Chopped Mode.

**dual-track recorder**—Normally a mono-phonic recorder where the recording head covers slightly less than half the width of a standard quarter-inch tape, making it possible to record one track on the tape in one direction and, after turning the reels over, a second track in the opposite direction. Known also as "half-track" or "two-track" recorder.

**dual-use line** — A communications link that normally is used for more than one mode of transmission (e.g., for voice and data).

**dub** — A copy of a recording (noun). To make a copy of a recording by recording on one machine what another machine is playing (verb). Also called rerecording.

**dubbing** — 1. In radio broadcasting, the addition of sound to a prerecorded tape or disc. 2. Copying of already recorded material. In tape recording, playing a tape or disc on one machine while recording it on another. The copy is called a dub.

**duct** — 1. An overhead or underground protective tube or pipe used for carrying electrical conductors. 2. In microwave transmission, atmospheric conditions may cause radio waves to follow a narrower path than usual. The narrower path is called a duct. The presence of ducting sometimes causes unusual transmission because the transmission waves do not follow the intended path.

**ducting**—The trapping of an electromagnetic wave, in a waveguide action, between two layers of the earth's atmosphere, or between a layer of the atmosphere and the earth's surface.

**DUF** — Abbreviation for diffusion under the epitaxial film. A method for providing a low-resistance path between the active region of an IC transistor and the contact electrode at the surface. A region of high conductance is formed by selective diffusion in the required location prior to deposition of the epitaxial layer.

**dumb terminal** — 1. Conversational slave to a host computer in a communication network. 2. An inexpensive means of interactive computer control that is good for on-line fixed-program applications. All software is in the host computer mainframe. A dumb terminal contains no user programming or memory for data manipulation. 3. The minimum equipment necessary to communicate with a computer. It consists of a monitor and a keyboard and will do little more than send and receive data.

**dummy**—1. A device which can be substituted for another, but which has no operating features. 2. A telegraphy network used to simulate a customer's loop for adjustment of a telegraph repeater. The dummy side of the repeater is the side toward the customer. 3. In a computer, an artificial address, instruction, or other unit of information inserted solely for the

USR000328

 INTERNATIONAL  TELECOMMUNICATION  UNION

# ITU-T

**Q.23**

TELECOMMUNICATION
STANDARDIZATION SECTOR
OF  ITU

## GENERAL  RECOMMENDATIONS  ON  TELEPHONE  SWITCHING  AND  SIGNALLING

## INTERNATIONAL  AUTOMATIC  AND  SEMI-AUTOMATIC  WORKING

## TECHNICAL  FEATURES  OF  PUSH-BUTTON  TELEPHONE  SETS

**ITU-T  Recommendation  Q.23**

(Extract from the *Blue Book*)

EXHIBIT
15

USR000301

## NOTES

1        ITU-T Recommendation Q.23 was published in Fascicle VI.1 of the *Blue Book*. This file is an extract from the *Blue Book*. While the presentation and layout of the text might be slightly different from the *Blue Book* version, the contents of the file are identical to the *Blue Book* version and copyright conditions remain unchanged (see below).

2        In this Recommendation, the expression "Administration" is used for conciseness to indicate both a telecommunication administration and a recognized operating agency.

© ITU  1988, 1993

All rights reserved. No part of this publication may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and microfilm, without permission in writing from the ITU.

USR000302

**Recommendation Q.23**

## TECHNICAL FEATURES OF PUSH-BUTTON TELEPHONE SETS

**1**      The introduction of push-buttons on telephone sets may have an effect on the operation of international circuits:

    a)   owing to the greater dialling speed, the post-dialling may be longer, since national and international networks will only be gradually adapted to allow for this greater speed;

    b)   when pressing the buttons after an international call has been set up, the signalling frequencies for push-button sets may cause interference to foreign signalling systems on the connection. However, the subscriber can be warned of the possible disadvantages of touching the buttons in conditions different from those prescribed.

**2**      There can be no doubt that, owing to the high dialling speed which can be obtained with push-button sets, their use is bound to spread widely and rapidly and it is desirable for the signalling methods for such sets to be internationally standardized.

One factor in favour of such standardization is the advantage it offers for countries which have to import their equipments from various other countries. This argument, admittedly, applies to any type of telephone equipment.

Other advantages of standardization are:

-      the possibility of using the push-button of such sets for signalling directly from one subscriber to another subscriber via a national and/or international connection;

-      the standardized allocation of signalling frequencies for push-button sets facilitates the choice of signalling frequencies in the frequency band of a telephone circuit for any other use (data transmission, telephone signalling system, etc.) for which provision might have to be made. The risk of mutual interference among the signalling systems (see Recommendation Q.25) makes it necessary to have an orderly arrangement of the spectrum of frequencies used for signalling.

**3**      The general use of push-button sets for purposes other than telephone dialling is envisaged by some Administrations. However, some Administrations observe that it would seem advisable to reserve such uses for a network of relatively limited extent; in their view the reliability of standards for data transmission should not make any demands on the push-button set system other than those required for the transmission of telephone numerical information to the local exchange, if the design of push-button sets is to remain within economical limits compatible with their widespread use.

However, the CCITT considered, at Mar del Plata in 1968 that, even if the transmission of data from a push-button telephone set is at present to be envisaged in international traffic on a limited scale only, it would nonetheless be wise not to rule out the possibility of such transmission of data on a general scale.

**4**      In choosing a signalling system for push-button sets, Administrations may be guided by conditions which vary considerably from one country to another. Economic considerations may, for instance, lead them to prefer a direct current system which might be less expensive than a voice-frequency system. The numerical dialling information would then be transmitted only as far as the telephone exchange to which the subscriber is connected. There are no tones that could affect the connection after its establishment. Data would not be transmitted from the push-button sets unless a suitable converter were used in the exchange.

Standardization of a direct current system for signalling from push-button sets does not seem justified at the international level; it may depend on the conditions peculiar to the local networks of the country concerned.

**5**      The signalling system for push-button sets recommended by the CCITT applies solely to voice-frequency signals.

USR000303

A multifrequency code for such signalling is recommended in which the dialling signal is composed of two frequencies emitted simultaneously when a button is pressed. It is planned to have 10 decimal digits and 6 reserve signals, making 16 signals in all. The two frequencies composing each signal are taken from two mutually exclusive frequency groups of four frequencies each, a code known as the "2 (1/4) code".

6        The low group frequencies of this 2 (1/4) code are:

697, 770, 852, 941 Hz.

The high group frequencies are:

1209, 1336, 1477 and 1633 Hz.

The allocation of frequencies to the various digits and symbols of a push-button set appears in Figure 1/Q.23.

7        The frequency variation tolerances and the permissible intermodulation products are defined as follows:

7.1        each transmitted frequency must be within ± 1.8% of the nominal frequency;

7.2        the total distortion products (resulting from harmonics or intermodulation) must be at least 20 dB below the fundamental frequencies.

8        The CCITT determined, at Mar del Plata in 1968, that it was not practicable to specify a standardization of the levels for the frequencies transmitted when a push-button is pressed, as these level conditions depend essentially on national transmission plans which are not the same in all countries.

However, the sending level conditions must be such that on an international connection they do not exceed the values specified in Recommendation Q.16 (maximum permissible value for the absolute power level of a signalling pulse).



FIGURE 1/Q.23
**Allocation of frequencies to the various digits and symbols of a push-button set**

USR000304

US006650662B1

(12) **United States Patent**
Arnaud et al.

(10) **Patent No.:**     **US 6,650,662 B1**
(45) **Date of Patent:**     **Nov. 18, 2003**

(54) **METHOD AND SYSTEM FOR TRANSMITTING A DTMF SIGNAL WITH COMPRESSED VOICE IN A PACKET SWITCHING NETWORK**

(75) Inventors: **Charles Arnaud**, Villeneuve-Loubet (FR); **Claude Cesaro**, Le Cannet (FR); **Gerard Richter**, Saint-Jeannet (FR)

(73) Assignee: **International Business Machines Corporation**, Armonk, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/149,913**

(22) Filed: **Sep. 9, 1998**

(30) **Foreign Application Priority Data**

Dec. 12, 1997     (EP) .............................. 97480091

(51) Int. Cl.[7] ............................. **H04J 3/12; H04L 12/66**

(52) U.S. Cl. ....................................... **370/526; 370/352**

(58) Field of Search .............................. 370/352, 353, 370/354, 355, 356, 252, 526; 379/283, 286, 351, 90.01, 93.01, 93.08, 93.09, 93.15, 93.26; 375/240

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,189,625 | A | * | 2/1980 | Strandberg .................. | 375/240 |
| 5,140,627 | A | | 8/1992 | Dahlin ........................ | 379/60 |
| 5,666,383 | A | | 9/1997 | Jangi ......................... | 370/345 |
| 5,889,851 | A | * | 3/1999 | Hsieh ........................ | 379/351 |
| 6,122,353 | A | * | 9/2000 | Brady et al. ............... | 379/142 |
| 6,226,303 | B1 | * | 5/2001 | Levens et al. ............. | 370/526 |

* cited by examiner

*Primary Examiner*—Steven Nguyen
(74) *Attorney, Agent, or Firm*—Carlos Munoz-Bustamante

(57) **ABSTRACT**

The present invention discloses a system and a method for transmitting DTMF signals over high speed digital networks using voice compression algorithms, and particularly to a system for ensuring the integrity of DTMF signals at the destination node of a network after compression and decompression of data on a voice connection. A DTMF Detector is placed in parallel with a voice compression unit performing the compression algorithm. When a candidate DTMF signal is detected, the signal component at the higher frequency in the candidate is filtered out to eliminate the possibility of double DTMF detection at end user equipment. When the candidate DTMF signal is finally validated by the source node as representing a true DTMF signal, only the data essential for reconstituting the DTMF signal are transferred to the destination node.

**4 Claims, 12 Drawing Sheets**



EXHIBIT
16



FIG. 1

# FIG. 2





FIG. 3

USR000334

FIG. 4

*400*

| *401* | *402* | *403* | *404* | *405* |
|-------|-------|-------|----------|----------|
| Packet id | Key | Type | Energy 1 | Energy 2 |

# FIG. 5



# FIG. 6



USR000337

FIG. 7 (Prior Art)





FIG. 9A
Prior Art

FIG. 9B



FIG. 10

# FIG. 11



# FIG. 12



US 6,650,662 B1

1

# METHOD AND SYSTEM FOR TRANSMITTING A DTMF SIGNAL WITH COMPRESSED VOICE IN A PACKET SWITCHING NETWORK

## TECHNICAL FIELD

The present invention relates to voice transmission in high speed packet switching networks and more particularly to a method and system for ensuring the integrity of a Dual-Tone MultiFrequency (DTMF) signal in a compressed voice connection.

## BACKGROUND ART

The evolution of digital networks in the last past years caused a fundamental shift in the customer traffic profile. Now, high speed packet switching networks allow the customer to integrate data, voice and video information which is digitally encoded, chopped into small packets and transmitted through the network. The efficient transport of mixed traffic streams on very high speed lines imposes a set of requirements for new network architectures in term of performance and resource consumption. The requirements are summarized below:

One key requirement is that the nodes must provide total connectivity; that is, support for attachment of a user's devices, regardless of vendor or protocol, and support for an ability to communicate with any other device. Networks have to support any type of traffic including data, voice, video, fax, graphic or image. Nodes must be able to take advantage of all common carrier facilities and to be adaptable to a plurality of protocols. All needed conversions must be automatic and transparent to the end user.

Another key requirement of high speed packet switching networks is reduction of end-to-end delay in order to satisfy real time delivery constraints and to achieve the necessary high throughput for the transport of voice and video. Increases in link speeds have not been matched by proportionate increases in the processing speeds of communication nodes and a fundamental challenge for high speed networks is to minimize the packet processing time within each node. In order to minimize the processing time and to take full advantage of the high speed/low error rate technologies, most of the transport and control functions provided by the new high bandwidth network architectures are performed on an end-to-end basis.

Communication networks have at their disposal limited resources to ensure an efficient packets transmission. An important requirement is an efficient bandwidth management scheme to take full advantage of a high speed network. While transmission costs per byte continue to drop year after year, transmission costs are likely to continue to represent the major expense of operating future telecommunication networks as the demand for bandwidth increases driven by new applications and new technologies.

A major goal of almost every customer is to reduce transmission costs in its networks by minimizing required bandwidth. One solution is to use bandwidth management algorithms to adjust the bandwidth according to the quality of service requested. For voice transmission, bandwidth can be saved by using voice compression algorithms capable of reducing significantly the data rate in voice circuits without measurable loss of quality. There are various possible ways to reduce the data rate required in a voice circuit from the 64 kbps standard data rate. Many voice compression algorithms rely on the fact that a voice signal has considerable

2

redundancy, so the characteristics of the next few samples can be predicted from the last few samples. One of the most common voice compression algorithms based on the prediction method is the GSM technique. The GSM voice compression algorithm has been defined as a standard for the European digital cellular telecommunications system by the European Telecommunications Standards Institute (recommendation I-ETS 300 036).

According to international standards, when voice is converted to digital form, the analog signal is sampled at the rate of 8000 times per second (one sample every 125 microseconds) and each sample is represented or coded in 8 bits. This gives a constant bit rate of 64 000 bits per second. The coding system is called "Pulse Code Modulation" (PCM). The basic concept of PCM is that each eight bit sample is simply a coded measure of the amplitude of signal at the moment of sampling. This process is improved upon by a system called "Companding" (Compression/Expansion) where the lower amplitude parts of the scale are coded with more precision than the peaks. In practice, PCM is always encoded generally this way but the details of the standard differ in specific countries. One system is called "Mu-law" and the other is called "A-law". The "Companding" process, defined in CCITT recommendation G.711, performs a conversion between the 8-bit A-law or Mu-law companded format and the 13-bit uniform format used in the GSM algorithm. The GSM algorithm takes a block or window of 160 samples in this 13-bit uniform PCM format and encodes it in a compressed data stream of 260 bits. Therefore, the average bit rate of this compressed data stream is 13 kbps compared to the initial bit rate of 64 kbps. In the receive node, the voice decoder performs inverse operations.

This coding scheme is well suited for pure voice traffic in high speed digital networks and efficiently reduces the bandwidth actually occupied. However, for voice connections, some control signals such as Dual-Tone MultiFrequency (DTMF) signals, which have different characteristics than voice traffic, may be transmitted over the network.

Dual-Tone MultiFrequency DTMF signals are used either during the call establishment, from the customer telephone set, for pushbutton signaling, or once the call established, for signal recognition in particular applications.

In both cases, DTMF signals are transmitted through the packet switching network using the voice transmission path. The DTMF code provides 16 distinct signals. The signalling is based on the simultaneous transmission of two frequencies each one belonging to a group of 4 frequencies. The signal frequencies are geometrically spaced and are not harmonically related. The CCITT recommendation Q.23 defines the characteristics of the DTMF signalling in term of frequencies (to generate a tone), as well as in term of tolerance.

When the voice traffic in a digital network is compressed using the GSM techniques briefly described above, the DTMF signals may be corrupted by the voice compression algorithm. After compression and decompression, the DTMF signals may not be recognizable by a DTMF Detector at the destination node of the network. Such a situation is often unacceptable to an end user. This problem of DTMF corruption does not occur with low compression rate speech algorithms because such algorithms are able to transmit DTMF signals without any deterioration. For example, Adaptive Differential PCM (ADPCM) reduces the data rate required in a voice circuit from the 64 kbps standard rate to

USR000344

US 6,650,662 B1

3

32 kbps without measurable loss of quality. In concept, the ADPCM algorithm encodes each sample as the difference between it and the last sample, rather that as an absolute value. Voice is real time traffic. Voice packets must be delivered to the receiver at a steady, uniform state and not in burst. No transit delay is permitted and a short response time is required to satisfy the CCITT recommendations. That means it is not possible to wait for receiving a complete DTMF signal before resending it towards the destination node. Otherwise: the receiver could detect the same DTMF signal more than once; and the voice signal received on the other side by the destination node during the DTMF regeneration process, could be lost.

For these reasons, early detection of candidate DTMF signal is essential for triggering the DTMF process as soon as possible. Early detection consists of analyzing a window of 160 samples to find a candidate for a DTMF signal at the beginning of a DTMF cycle. An obvious alternative would be to stop the compression process as soon as the candidate DTMF signal is detected, and to transmit it at 64 kbps standard rate (clear channel). This raises a problem when the connection has reserved bandwidth for compressed voice but not enough reserved capacity for transmitting data in clear channel.

As illustrated in FIGS. 7, 8a and 9a, European Patent Application 95480109.8 (IBM's reference FR 9 94 036) entitled "Method and System for Transmitting a DTMF signal with Compressed Voice in a Packet Switching Network" relates to a mechanism for ensuring the integrity of DTMF (Dual Tone Multifrequency) signals at the destination node of a high speed packet switching network after compression and decompression of the traffic on a voice connection. The mechanism includes, in the source node where the voice compression is performed, a DTMF Detector placed in parallel with a voice compression unit performing the compression algorithm. The DTMF Detector complies with the CCITT recommendation Q.24. When a DTMF signal is detected by the source node, only the features essential for reconstituting the DTMF signal, are transferred to the destination node. In the destination node where the voice decompression is performed, a DTMF generator is placed in parallel with a voice decompression unit performing the decompression algorithm. At reception of the DTMF features, the DTMF generator reconstitutes the DTMF signal without corruption. The DTMF generator complies with the CCITT recommendation Q.23.

More particularly, the subject application discloses a source node method including the steps of: receiving from a network incoming link an input signal comprising voice traffic and DTMF signals; detecting and validating the DTMF signals; coding the DTMF signals to be able to fully reconstitute them in the output node; building coded DTMF signal packets with the coded DTMF signals; detecting voice traffic; compressing voice traffic; building compressed voice packets; and transmitting the coded DTMF signal packets and the compressed voice packets to a destination node through the network.

On one hand, the step of detecting and validating the DTMF signal as described in prior art can be the cause of a high number of erroneous DTMF detections because a window of 160 samples (20 ms) is generally not large enough to be sure that the signal which has been detected and identified as a DTMF signal is really a DTMF signal and not a voice signal with similar features. On another hand, it is not possible to stop the voice compression process and to wait to be sure that the pre-detected DTMF is a true DTMF signal.

4

## SUMMARY OF THE INVENTION

The present invention discloses a system and a method for transmitting DTMF signals over high speed digital networks using voice compression algorithms, and particularly to a method for ensuring the integrity of DTMF signals at the destination node of a network after compression and decompression of data on a voice connection. At the source node, where the voice compression is performed, a DTMF Detector is placed in parallel with a voice compression unit performing the compression algorithm. The DTMF Detector complies with the CCITT recommendation Q.24. When the presence of a DTMF signal is assumed during a predetermined period of time, a frequency among the identified DTMF frequencies is removed from the assumed DTMF signal to avoid any double DTMF detection at end user equipment. In a preferred embodiment, the removed frequency belongs to the high group frequencies. When the DTMF signal is finally validated by the source node, only features essential for reconstituting the DTMF signal are assembled in packets and transferred to the destination node.

## BRIEF DESCRIPTION OF THE DRAWINGS

While the specification concludes with claims particularly pointing out and distinctly claiming that which is regarded as the present invention, details of a preferred embodiment of the invention may be more readily ascertained from the following detailed description, when read in conjunction with the accompanying drawings wherein:

FIG. 1 shows a general view of a voice connection over a high speed packet switching network according to the present invention;

FIG. 2 shows the general structure of the input and destination nodes of the high speed digital network supporting the voice connection according to the present invention;

FIG. 3 illustrates in detail the internal functioning of a DTMF Detector within a source node according to the present invention;

FIG. 4 depicts a packet structure containing a coded DTMF signal according to the present invention;

FIG. 5 illustrates a buffering and filtering process according to the present invention;

FIG. 6 is the data flow diagram of a transmission process according to the present invention;

FIG. 7 shows a method of detecting voice and transmitting compressed voice packets known in the prior art;

FIG. 8a shows a prior art method of identifying candidate DTMF signal and transmitting candidate DTMF packets;

FIG. 8b show a method of identifying candidate DTMF signal and transmitting candidate DTMF packets in accordance with the present invention;

FIG. 9a shows a prior art method of detecting candidate DTMF signal, for validating the candidates and for transmitting coded DTMF signal packets;

FIG. 9b shows a method of detecting candidate DTMF signal, for validating the candidates and for transmitting coded DTMF signal packets in accordance with the present invention.

FIG. 10 shows a method of pre-detecting, validating, coding and transmitting consecutive DTMF signals according to the present invention;

FIG. 11 shows a cyclic buffer structure according to the present invention; and

FIG. 12 shows a general flow chart of the DTMF transmission process according to the present invention.

US 6,650,662 B1

5

## DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 shows a typical model of a voice connection over a high speed packet switching network. A telephone set (100) is linked via a subscriber line to a PBX (Private Branch office Exchange) (101). This PBX is connected to a source node (102), via a digital trunk (for example, an E1 or T1 trunk, respectively at 2,048 Mbps and 1,544 Mbps). The source node (102) communicates via multiple transit nodes (104) to a destination node (105). The connection between the destination node (105) and the source node (102) is achieved by means of network management functions, or is realized dynamically by analyzing the dialed number. On the other side of the network, the destination node (105) is linked to a remote PBX (106), which connects the call to the corresponding telephone set (107). The digital link between the PBX and the destination node may be, for example, a E1 or T1 trunk, at 64 kbps per voice channel. Inside the network (103), voice channels compressed with the GSM technique only require a bandwidth of 13 kbps each.

FIG. 2 illustrates processes carried out in the source (102) and destination (105) nodes for detecting, transmitting and reconstituting a DTMF signal according to the present invention. A signal coming from a 64 kbps channel (200) includes voice traffic and DTMF signals. This incoming signal is presented in parallel to: a DTMF detector (203) for detecting candidate DTMF signal and validating DTMF signals, a filter (201) for removing a frequency among the pre-detected DTMF frequencies so that any double DTMF detection can be avoided at end user equipment, a voice compression system (204) for compressing filtered voice traffic (201) or pure voice traffic (202) depending on whether a candidate DTMF signal is detected. After compression the traffic is assembled in packets (205) and transmitted to the destination node (105).

Before determining whether the candidate DTMF signal is a true DTMF signal or voice traffic, the candidate DTMF signal at the output of the DTMF detector is filtered (201) to remove the value of the second group frequency. The filtered candidate DTMF signal is then compressed (201, 204), assembled in packets (205) and sent to the destination node (105).

After the DTMF Detector (203) has determined that the candidate DTMF signal is a true DTMF signal and not voice traffic, all the features essential for reconstructing the DTMF signal at the destination, are forwarded to a Transmit Interface (205). The Transmit Interface (205) handles the compressed voice traffic (204) and the output of the DTMF Detector (203). Depending on whether the signal on the channel is voice (filtered or not) or a true DTMF signal, different packets are assembled and sent on the network (103) towards the destination node (105).

On the other side of the network, incoming packets are received and processed in a Receive Interface (207). Depending on the type of information contained in the packets (voice or DTMF), the Receive Interface (207) sends the packets either to a voice decompression system (208) or to a DTMF generator (209). The corresponding signal (voice or DTMF) is then sent to the end user via an outgoing voice channel (210).

FIG. 7 shows the method of detecting, compressing, assembling voice when no DTMF signal is pre-detected. FIG. 8b shows the inventive method of detecting candidate DTMF signals and filtering, compressing, assembling, transmitting such candidate DTMF signals. FIG. 9b shows the inventive method of pre-detecting, validating, buffering, coding, assembling and transmitting DTMF signals.

6

FIG. 3 describes in detail the internal functioning of the DTMF Detector (203) within the source node (102). DTMF signals enable pushbutton signalling from a customer telephone set using the voice transmission path. DTMF coding defines 16 distinct symbols. Table 1 shows the matrix of frequencies used to encode the 16 DTMF symbols. Each symbol is represented by the sum of the two frequencies. The row frequencies are in a low frequency band, below 1 kHz, and the column frequencies are in a high frequency band, above 1 kHz and 2 kHz. The digits are displayed as they appear on a telephone's 4×4 matrix keypad (on standard telephone sets, the fourth column is omitted). The frequencies are geometrically spaced and are not harmonically related.

|  |  | HIGH GROUP FREQUENCIES (Hz) | | | |
|---|---|---|---|---|---|
|  |  | 1209 | 1336 | 1477 | 1633 |
| LOW | 697 | 1 | 2 | 3 | A |
| GROUP | 770 | 4 | 5 | 6 | B |
| FREQUEN- | 852 | 7 | 8 | 9 | C |
| CIES (Hz) | 941 | * | 0 | # | D |

A valid DTMF signal comprises a ON period (when signal components at two frequencies are present), followed by a silence period (also called interdigit period, or OFF period). In the following, a frequency belonging to the low group will be called first frequency. In the same way, a frequency belonging to the high group will be called second frequency. The requirements of a DTMF Detector according to the Q.24 recommendation are described below:

Each signal consists of components at each of two frequencies as specified in recommendation Q.23. In the following description, references to detecting "frequencies" or "energy levels" shall be construed as referring to signal components at those frequencies or having those energy levels. The Detector shall provide a check for the simultaneous presence of one and only one frequency from the high group and one and only one frequency from the low group.

DTMF Detectors are designed to detect frequencies with a tolerance of 1.8% of their nominal value. Some country telephony administrations add a non-operation range on frequency tolerance. This last requirement is necessary to inhibit the Detector from falsely detecting speech and other signals as valid DTMF digits.

The DTMF Detector must detect DTMF signals in a predefined range of energy levels. A non- operation level, below which a DTMF signal must not be detected, is also defined. These two ranges of levels are country dependent.

The DTMF Detector must be able to detect DTMF signals when the two frequencies are received at different power levels. The second frequency may be received at a power lower level than the first frequency because of the attenuation characteristics of the telephone network. This level difference is called twist, and the situation described above is called normal twist. Reverse twist occurs when the first frequency is received at a lower power level than the second frequency. The operation range for normal and reverse twist is country dependent.

The DTMF Detector should recognize signals whose duration exceeds the minimum expected value. To guard against false signal indication, the Detector should not respond to signals whose duration is less than a specified value. Similarly, pause intervals greater than a specified minimum value should be recognized by the Detector. To

US 6,650,662 B1

7

minimize erroneous double-registration of a signal if reception is interrupted by a short break in transmission, or by a noise pulse, interruptions shorter than a specified value must not be recognized. The maximum rate at which signals can be received (signalling velocity) may be related to the above values. All these maximum and minimum values are country dependent.

The Detector must operate in the presence of speech without incorrectly identifying the speech signal as a valid DTMF signal. This is called talk-off performance.

The invention described in this patent is based on a classical DTMF Detector. A detailed description of the DTMF Detector is needed to better understand the modifications made to pre-detect the DTMF signal. In particular, the pre-detection process is based on: the number of samples which compose the ON period of a DTMF signal; and the number of samples which compose the OFF period of a DTMF signal.

The DTMF Detector (203) in the source node described in FIG. 3 is divided in three parts:

a) One for the processing of the low group frequencies range.

b) Another for the processing of the high group frequencies range. Each branch consists in a band stop filter followed by a limiter. The output of the limiter is used as input for 4 identical sub-branches, since there are 4 possible frequencies in a given group. Each of these 4 sub-branches is tuned on one of these 4 possible frequencies.

c) The last part (337) detects whether a DTMF signal is present in the digital input signal.

The digital input signal (300) is applied to 2 band stop filters. The first band stop filter (301) rejects signals in the frequency range of the high group of frequencies. The second filter (302) rejects signals in the frequency range of the low group of frequencies. The energy is computed on the output of each band stop filter.

The output of each band stop filter, is used as input for 2 limiters (303 and 304). At this point, the energy level of the signal is lost and only the frequency remains unchanged. For this reason, the signal energy levels are computed directly before applying the signals to the limiters..

These limiters allow make use of the same thresholds (which will be defined later in the low pass filter description) to handle the output signal from the stop band filters independent of what the input level might have been.

There are 8 identical sub-branches, each tuned to one of the eight possible frequencies used in generating DTMF signals. Each sub-branch consists of a narrow band pass filter (305, 306, 307, 308, 309, 310, 311, 312), followed by a wave rectifier (313, 314, 315, 316, 317, 318, 319, 320), itself followed by a low pass filter (321, 322, 323, 324, 325, 326, 327, 328) and an associated counter subsystem (329, 330, 331, 332, 333, 334, 335, 336).

Each narrow band pass filter has two main characteristics: a maximum amplification at 0 dB for one of the frequencies defined in recommendation Q.23, and an attenuation at 3 dB for the limits of the operation range of the frequency tolerance defined by the country specification.

The wave rectifier applies an absolute value function to the output of the narrow band pass filter. This operation creates a DC component and harmonics. The function of the low pass filter following the wave rectifier is to reject the harmonics, resulting in a signal depending directly on the DC component. Two thresholds are employed at the output of the low pass filter. The first is called a "Raising Thresh-

8

old" (RT) and is used to identify valid DTMF samples. These samples have a value greater than the value of RT. The RT value is defined to be: below the value reached by the output of the low pass filter when the frequency is within the operation range taking into account the frequency tolerance; but above the value reached by the output of the low pass filter when the frequency is within the non-operation range taking into account the frequency tolerance.

The second threshold is called "Falling Threshold" (FT) and is used to identify samples of the interdigit signal. These samples have a value lower than the value of FT. The FT value is defined as the output of the low pass filter when only background noise is present in input (300).

Each sub-branch includes two types of counters: 20 ms counters and counters accumulating the result of the previous counters. There are four counters per sub-branch:

a) a BCRT counter for the samples which are above the Raising Threshold RT. This counter contains the number of samples at one of the frequency of the DTMF signal;

b) a CCRT counter which is the clamped accumulation of the successive BCRT counters;

c) a BCFT counter for the samples which are below the Falling Threshold FT. This counter contains the number of samples which compose the interdigit signal in the sub-branch; and

d) a CCFT counter which is the clamped accumulation of the successive BCFT counters.

BCRT and BCFT counters are used for respectively updating CCRT and CCFT. They are also used in the detection of candidate DTMF signals. The CCRT and CCFT counters are clamped to avoid overflow. CCRT is used to verify that the ON period of the DTMF signal is long enough to satisfy the relevant country specification. If the CCRT value is greater than the allowed minimum ON time interval, then the ON period validation flag is raised. The candidate detection process uses a minimum ON time interval equal to 20 ms, to detect the DTMF signal as soon as possible. In the same way, CCFT is used to verify that the OFF period is long enough to satisfy the country specification. If the CCFT value is greater than the minimum OFF time interval, then the OFF period validation flag is raised. A OFF period validation flag can be raised only if its associated ON period validation flag is raised. When no signal is detected (neither ON nor OFF flag is raised), a NOTHING flag is raised.

The final decision (337) requires verification of certain signal properties before deciding whether the digital input signal can be considered to be a valid DTMF signal. These verifications are divided in two types: a) the verification explicitly performed during the decision process taking into account energy level of the frequencies, twist, one and only one frequency per group; etc.; and b) the verification implicitly done by the DTMF Detector during other processes: frequency variation, timing, etc.

Explicit Verification

The first verification operation is to verify that each energy level computed after band stop filtering is within a valid range of energy levels according to the relevant country standard. If the energy level of signals at both of the frequencies in the suspected DTMF signal is within the valid range, the verification are continued. If the energy level at either or both of the frequencies are not within the applicable valid ranges, the digital input signal is not considered as being a DTMF signal. No further verification operations are performed.

US 6,650,662 B1

9

The second operation is twist verification. The energy of the two signals resulting following stop band filtering are evaluated: Determine which signal has the higher energy level. A twist threshold level is established by subtracting 12 dB from the higher energy level. The lower of the two energy levels is compared to the twist threshold level. If the lower energy level is greater than the twist threshold level, the twist is valid and verification operations continue. If the lower energy level is less than the twist threshold level, the twist is not valid and the verification operations are stopped. The digital input signal is discarded as a DTMF candidate.

Finally a check is made to confirm that only one ON period validation flag and one OFF period validation flag are set in each group.

### Implicit Verification

Frequency verification is implicitly performed by the low pass filter and the BCRT and CCRT counters If a detected frequency is in the operation range (defined by the country specifications), then the output of the low pass filter is above the RT value, and some samples values are above the RT value. If the frequency is out of the operation range, then the output of the low pass filter is below the RT value, and no sample has a value greater than RT value. The BCRT counter remains equal to 0, which means there is no valid frequency in this sub-branch.

Timing verification is performed after updating the counters CCRT and CCFT and during the setting of the ON and OFF period validation flags.

If the conditions discussed above are, the candidate DTMF signal is considered valid, and the END flag is raised. Three flags (ON, OFF, or NOTHING) are used as input to the transmit interface as described below. The DTMF Detector Exit Status is then updated, and the DTMF key is computed as described in the following.

The DTMF Detector (203) provides the Transmit Interface (205) with the following information:

a) DTMF Detector Exit Status (DTMF or NO_DTMF)—This variable identifies whether the DTMF Detector (203) has detected a valid DTMF signal and consequently whether all other DTMF Detector (203) outputs are valid or not.

b) DTMF Key—This variable identifies the couple of frequencies within the pre-detected DTMF signal.

c) DTMF type—This variable identifies the period of the DTMF signal. The possible values for the DTMF type may be:

  1) TONE_ON—This value is used to indicate that a complete 20 ms window of DTMF signal on period has been detected.

  2) TONE_OFF—This value is used to indicate that a complete 20 ms window of DTMF signal off period has been detected after at least two windows of DTMF signal on period. The final validation of the DTMF occurs after two consecutive windows of DTMF signal off period.

  3) TONE_END—This value is used to indicate that a DTMF signals is confirmed. That means that after a TONE_ON a DTMF off signal is detected during at least 35 ms.

  4) DTMF energies—This variable identifies the energy of each of both frequencies within the DTMF signal detected.

  5) DTMF counters—The four CCRT counters associated with the four high frequencies verify that the ON period of the DTMF signal is long enough compared to the country specifications.

10

As shown in FIG. 10, during validation, coding, assembling and transmission of a DTMF signal (DTMF 1) at the source node, another DTMF (DTMF 2) signal may occur and must be processed by the DTMF Detector (203). Thus, the transmission of the current DTMF signal (DTMF 2) is delayed as long as the transmission of the previous one (DTMF 1) is not yet completed. The information relative to the current DTMF (DTMF 2) signal is temporaly stored in a buffer—preferably a cyclic buffer. This cyclic buffer (1100), as illustrated in FIG. 11, collects the DTMF essential features required to reconstruct valid DTMF signals in the destination node, in particular: the DTMF key (1101), the energy of the first frequency (1102), the energy of the second frequency (1103), the number of TONE_ON and TONE_OFF periods (TONE_COUNT—1104).

The cyclic buffer includes an entry (1105) for each DTMF signal so that it is possible to process consecutive DTMF signals. The buffering process is characterised in that it comprises the following steps:

  a) as soon as a DTMF signal is pre-detected, the DTMF essential features—DTMF key (1101), DTMF energies (1102, 1103)—are stored in a temporary buffer;

  b) each time a DTMF signal is pre-detected, the TONE_COUNT field of the temporary buffer is incremented by one;

  c) once the DTMF signal is validated, the contents of the temporary buffer are stored in the first available place within the cyclic buffer (1100). If the candidate DTMF is not validated, the contents of the temporary buffer are erased;

  d) incrementing the TONE_COUNT field by two (a DTMF signal must be followed by at least two windows of DTMF signal off period (TONE_OFF)); and

  e) scanning said cyclic buffer (1100).

As long as the value of the TONE_COUNT field (1104) is greater than zero, a pre-detected DTMF signal is coded and assembled in a packet. Then, the TONE_COUNT value (1104) is decremented by one. The transmission of coded pre-detected DTMF signals goes on until the TONE_COUNT value reaches the value zero. As long as the TONE_COUNT value (1104) is greater than two, the DTMF type field (403) is set to TONE_ON, otherwise the DTMF type is set to TONE_OFF. As soon as the TONE_COUNT value (1104) is equal to zero, the place in the cyclic buffer (1100) allocated to that DTMF signal is released and can be used again for another DTMF signal.

### Filtering

Before determining whether candidate DTMF signals are true DTMF signals or voice traffic, to avoid any double DTMF detection at end user equipment, candidate DTMF signals are filtered (201) to remove the signal component one of the candidate DTMF frequencies. The filtered candidate DTMF signals are then compressed ((204), assembled in packets (205) and sent to the destination node (105). In a preferred embodiment, to limit the alteration of the voice traffic, the filtered frequency is chosen in the high group frequencies. The buffering and filtering process as illustrated in FIG. 5 can be expressed in the following pseudo-code language:

  (500) if DTMF_DETECTOR_EXIT_STATUS=DTMF then

  (501) if DTMF validated then */DTMF is a true DTMF */temp.buffer initialization

  (502) TONE_COUNT=TONE_COUNT+2 */addition of 2 TONE_OFF

US 6,650,662 B1

11

(503) if TONE__COUNT<12 then */DTMF length limited to

(504) TONE__COUNT=12 */12 windows
end if

(505) if CYCLIC__BUFFER (DTMF__ID).TONE__
COUNT=0 then
*/copy of temporary buffer
*/into cyclic buffer

(506) CYCLIC__BUFFER(DTMF__ID).TONE__
COUNT=TONE__COUNT
DTMF__ID=DTMF__ID+1 */next entry in cyclic buffer

(507) if DTMF__ID< or =DTMF__NB then

(508) DTMF__ID=0 */cyclic buffer management
end if

(509) TONE__COUNT=0
end if
end if

(501) if pre-detected DTMF still not validated then

(520) if TONE__COUNT=0 then */cyclic buffer initiali-
sation

(521) CYCLIC__BUFFER (DTMF_ID).DTMF__KEY=
detected DTMF_KEY

(522) CYCLIC__BUFFER (DTMF__ID).DTMF__
ENERGY=detected DTMF_ENERGY
end if

(523) if DTMF__TYPE=TONE__ON then

(524) TONE__COUNT=TONE__COUNT+1/* TONE__
COUNT temp.buff incrementation
end if

(525) Remove from the pre-detected DTMF the high
frequency stored
in CYCLIC__BUFFER (DTMF__ID).DTMF—KEY
end if
end if

(500) if DTMF__DETECTOR__EXIT__STATUS=NO__
DTMF then
*/no pre-detected DTMF

(526) TONE__COUNT=0 *no DTMF storage

(527) if MAX__CCRT high frequency<MIN__FILTER
then

(528) Remove from input signal the frequency associated
with MAX__CCRT
end if
end if

In a preferred embodiment, the length of the DTMF signal
is limited to 12 windows (12×20 ms), the DTMF__ID
variable identifies the cyclic buffer entry, the DTMF__NB
constant represents the number of entries in the cyclic buffer
(this constant is preferably equal to 4. The cyclic buffer
comprises one entry per DTMF, thus four DTMFs can be
processed consecutively), the MAX__CCRT variable repre-
sents the highest CCRT value, and the MIN__FILTER con-
stant represents the minimum number of samples where the
filtered output energy is above the Raising Threshold (RT).
In the preferred embodiment, this constant is equal to 60.

Transmit Interface

The Transmit Interface (205) is responsible for building
packets containing coded DTMF signals or compressed
voice and transmitting those packets to the destination node.

Packet Assembly and Transmission

Every 20 ms window, the Transmit Interface (205)
decides either to build a coded DTMF signal packet and to

12

send it over the network (206), or to send compressed (204)
traffic (202)—including filtered voice traffic (201) or filtered
DTMF signal—formatted in packets.

Here is a description expressed in pseudo code of the
coded DTMF signals transmission process as illustrated in
FIG. 6.

(600) if CYCLIC__BUFFER (DTMF__ID).TONE__
COUNT>0 then

(601) CYCLIC__BUFFER (DTMF__ID).TONE__
COUNT=

(602) CYCLIC__BUFFER (DTMF__ID).TONE__
COUNT−1

(603) if CYCLIC__BUFFER (DTMF__ID).TONE__
COUNT>1 then

(604) CYCLIC__BUFFER(DTMF__ID).DTMF__TYPE=
TONE__ON
end if

(605) if CYCLIC__BUFFER(DTMF__ID).TONE
COUNT=1 or <1 then

(606) CYCLIC__BUFFER(DTMF__ID).DTMF__TYPE=
TONE__OFF
end if

(607) Prepare DTMF packet (DTMF__KEY, DTMF__
TYPE, DTMF__ENERGIES)
end if

DTMF Packet Structure

The packet structure of the coded DTMF signal is shown
in FIG. 4. The packet includes the following fields:

(401) Packet id—specific identification of the data packet
for differentiating coded DTMF signal packets with
compressed voice packets;

(402) Key—Contains the DTMF Key;

(403) Type—Contains the DTMF Type.

(404) Energy 1—Contains the energy level of the first
frequency.

(405) Energy 2—Contains the energy of the second
frequency.

Receive Interface

The Receive Interface Unit (207) is responsible for
receiving and analysing the incoming data packets and for
subsequently activating the DTMF Generator (209) or the
Decompression Unit (208).

Events associated with the Receive Interface process are:
COMPRESSED VOICE—The received packet is a
compressed voice Packet;

DTMF_TONE__ON—The received packet is a coded
DTMF signal packet with
TONE__ON type set; and

DTMF_TONE__OFF—The received packet is a coded
DTMF signal packet with
TONE__OFF type set.

The method in the destination node (105) for receiving
compressed voice traffic comprises the steps of:
receiving, identifying and differentiating (203) packets,
said incoming packets comprising
coded DTMF signals (400) and compressed voice;
decoding (208) the incoming coded DTMF signal packets
(400);
reconstructing (208) the DTMF signals;
decompressing (207) voice traffic and filtered voice traffic
from said incoming compressed

US 6,650,662 B1

13

voice packets; and

transmitting on a network outgoing link (209) said reconstructed DTMF signals, said

decompressed voice traffic and said decompressed filtered voice traffic.

FIG. 12 is a general flow chart of the method of transmitting compressed voice traffic according to the present invention. The method comprises the steps of:

receiving (1200) from a network incoming link an input signal comprising voice traffic and

true Dual Tone MultiFrequency (DTMF) signals;

detecting (1201) voice traffic;

pre-detecting (1201) DTMF signals within a given period of time, said pre-detected DTMF

signals comprising true DTMF signals or voice traffic;

storing (1210) said pre-detected DTMF signals;

filtering (1202) said pre-detected DTMF signals to remove one of pre-detected DTMF frequencies;

compressing (1203) voice and compressing filtered predetected DTMF signals;

building packets (1204) with compressed voice and compressed filtered pre-detected DTMF signal;

transmitting (1205) said compressed voice and compressed filtered pre-detected DTMF signal packets to the destination node;

identifying (1206) within said pre-detected DTMF signals, true DTMF signals from voice traffic and validating true DTMF signals;

retrieving validated DTMF signals;

coding (1207) validated DTMF signals;

building (1208) coded DTMF signal packets with said coded true DTMF signals; and

transmitting (1209) said coded DTMF signal packets to the destination node after transmission of the previously stored coded true DTMF signal (1211, 1212).

While there has been described what is considered to be a preferred embodiment of the present invention, variations and modifications therein will occur to those skilled in the art once they learn of the preferred embodiment. It is intended that the appended claims shall be construed to include both the preferred embodiment and all variations and modifications thereto that fall within the true spirit and scope of the invention.

What is claimed is:

1. For use in a source node in a packet switching communication network having a plurality of nodes interconnected with transmission links, a method of transmitting data comprising the steps of:

receiving an input signal comprising voice signals and Dual Tone MultiFrequency (DTMF) signals having two signal components, each at a respective frequency;

detecting candidate DTMF signals in the input signal;

modifying each candidate DTMF signal by filtering the signal component occurring at one of the two frequencies in said candidate DTMF signal;

packetizing the voice signals and modified candidate DTMF signals;

transmitting the resulting packets into the network;

compressing voice signals and modified candidate DTMF signals prior to the step of packetizing such signals;

performing signal verification operations on a candidate DTMF signal to determine whether the signal is a valid DTMF signal;

14

generating a packet representing a valid DTMF signal; and

transmitting said packet into the network;

wherein the packet representing a valid DTMF signal comprises a packet identifier field for identifying the packet as representing a DTMF signal, a key field for identifying the pair of DTMF signals comprising the DTMF signal, a type field for identifying the tone-on and tone-off periods of the DTMF signal, and two energy fields representing, respectively, the energy level of the signal components at one of the two frequencies.

2. A source node for use in a packet switching communication network having a plurality of nodes interconnected with transmission links, said source node comprising:

a Dual Tone MultiFrequency (DTMF) detector for detecting candidate DTMF signals in a received signal comprising voice or DTMF signals wherein each DTMF signal has two signal components, each at a respective frequency;

a filter for modifying each detected candidate DTMF signal by removing the signal component at one of the two frequencies defining said detected candidate DTMF signal;

a packet generator for generating packets representing either voice signals or modified candidate DTMF signals;

a transmit interface for transmitting generated packets into the network;

compression logic for compressing the voice signals and the modified candidate DTMF signals prior to the generation of packets including such signals;

a DTMF verification logic component for determining whether a candidate DTMF signal is a true DTMF signal; and

packet generating logic for generating a packet representing the true DTMF signal;

wherein said packet representing a valid DTMF signal comprises a packet identifier field for identifying the packet as representing a DTMF signal, a key field for identifying the pair of DTMF signals comprising the DTMF signal, a type field for identifying the tone-on and tone-off periods of the DTMF signal, and two energy fields representing, respectively, the energy level of the signal components at one of the two frequencies.

3. A method of receiving data for use in a receiving node in a packet switching communication network having a plurality of nodes interconnected with transmission links, comprising the steps of:

receiving an input signal comprising compressed voice signals and packets representing DTMF signals having two signal components, each at a respective frequency;

detecting a packet representing DTMF signals in the received input signal;

reconstituting a DTMF signal represented by said packet; and,

transmitting a reconstituted DTMF signal;

wherein the step of reconstituting includes decompressing voice packets and packets representing DTMF signals, and wherein said packets representing DTMF signals comprise

a packet identifier field for identifying the packet as representing a DTMF signal;

US 6,650,662 B1

15

a key field for identifying the pair of DTMF signal components comprising the DTMF signal;

a type field for identifying the tone-on and tone-off periods of the DTMF signal;

and two energy fields, wherein each energy field represents a level of energy for a signal components at a respective frequency.

4. A destination node for use in a packet switching communication network having a plurality of nodes interconnected with transmission links, said destination node comprising:

an interface unit for detecting compressed DTMF packets in a received signal;

a DTMF generator for creating reconstituted DTMF signals from said DTMF packets, the reconstituted DTMF signals representing modified DTMF signals;

an interface for transmitting the reconstituted DTMF signals, wherein said compressed DTMF packets in a

16

received signal comprise compressed voice signals, compressed DTMF packets, or both; and

decompression logic means for decompressing the voice signals and DMTF signal generation logic for reconstituting the DTMF signals prior to transmitting the voice signals and DTMF signals;

wherein the packet representing a valid DTMF signal comprises a packet identifier field for identifying the packet as representing a DTMF signal, a key field for identifying the pair of DTMF signals comprising the DTMF signal, a type field for identifying the tone-on and tone-off periods of the DTMF signal, and two energy fields representing, respectively, the energy level of the signal components at one of the two frequencies.

* * * * *

USR000351

**DialABC**

# DTMF Tones

net.neutrality
Learn more about Net Neutrality... and why you
should care.

**Contents**

DialABC
Words
Numbers
Motion
Sound
DITF
Generate
Detect
Music
Anagrams
Links
About

**Tools**

Word Search
Compare
Prefixes
Prefix Word
Search
Multiple Word
Search
Key Pad Map
TollFree
Availability

You are not
logged in.

[Log In]

## DTMF Tones

The sounds used for touch tone dialing are refered to as DTMF (Dual Tone Multiple Frequencies) tones. Each number (as well as the "#" and "*") is represented by a pair of tones. For instance, the number "1" is represented by the frequencies 1209 Hz and 697 Hz.

The following table shows the DTFM frequencies and the corresponding keys.

|  |  | Upper Band | | | |
|---|---|---|---|---|---|
|  |  | 1209 Hz | 1336 Hz | 1477 Hz | 1633 Hz |
| Lower Band | 697 Hz | 1 | 2 | 3 | A |
|  | 770 Hz | 4 | 5 | 6 | B |
|  | 852 Hz | 7 | 8 | 9 | C |
|  | 941 Hz | * | 0 | # | D |

Frequency/Key Matrix for DTMF Key Pads

For example, in order to generate the DTMF tone for "1", you mix a pure 697 Hz signal with a pure 1209 Hz signal, like so:



|  697 Hz Sine Wave  | + |  1209 Hz Sine Wave  | = |  DTMF Tone "1"  |
|---|---|---|---|---|
| .wav, .au | | .wav, .au | | .wav, .au |

Two Pure Sine Waves combine for form the DTMF Tone for "1"

DTMF "Touch" Tones are defined in CCITT Volume VI: *General Recommendations on Telephone Switching and Signalling Recommendation Q.23: Technical Features of Push-Button Telephone Sets.*". This document and its related standard documents will tell you more than you would ever want to know about DTMF tones.

## What about the A, B, C, and D keys?

The standard defines the DTMF tones for 16 keys, but telephones only use 12 of these 16 keys. The remaining 4 tones are sometimes used within the telephone networks, but unless you are a telecommunication geek working for a telephone company or the military, you will probably never get to hear one of these tones, but, if you are anxious to know what these tones sound like, you can use our online DTMF tone generator to create and download computer audio files containing DTMF tones from the elusive 4th column. Just enter uppercase A, B, C, or D instead of a number and you will get those tones.

(C) Copyright 1996-2006 by Helmut Hissen and Zeebar Technology Services, Inc.
All rights reserved.



USR000330

**EXHIBIT 17**

US006826174B1

(12) **United States Patent**
Erekson et al.

(10) Patent No.: **US 6,826,174 B1**
(45) Date of Patent: **Nov. 30, 2004**

(54) **VOICE-OVER-IP INTERFACE FOR STANDARD HOUSEHOLD TELEPHONE**

(75) Inventors: **Rich Erekson**, Roy, UT (US); **Timothy W. Aldridge**, Sandy, UT (US); **Tim Urry Price**, Salt Lake City, UT (US)

(73) Assignee: **3Com Corporation**, Santa Clara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/516,857**

(22) Filed: **Mar. 2, 2000**

(51) Int. Cl.[7] ...................... **H04L 12/66; H04L 12/56**

(52) U.S. Cl. ...................................... **370/352**; 370/401

(58) Field of Search ................................. 370/353, 356, 370/354, 461, 462, 463, 252, 352, 400, 401

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,604,737 A | * | 2/1997 | Iwami et al. | ............... 370/352 |
| 5,742,596 A | * | 4/1998 | Baratz et al. | ............... 370/356 |
| 5,892,764 A | * | 4/1999 | Riemann et al. | ............ 370/401 |
| 5,940,479 A | * | 8/1999 | Guy et al. | ............ 379/93.01 |
| 5,974,043 A | * | 10/1999 | Solomon | .................... 370/352 |
| 6,011,794 A | * | 1/2000 | Mordowitz et al. | ........ 370/389 |
| 6,125,127 A | * | 9/2000 | Smith, Jr. | .................. 370/524 |
| 6,144,670 A | * | 11/2000 | Sponaugle et al. | ......... 370/401 |
| 6,144,852 A | * | 11/2000 | Orosz | ........................ 455/423 |

* cited by examiner

*Primary Examiner*—Chau Nguyen
*Assistant Examiner*—Soon-Dong Hyun
(74) *Attorney, Agent, or Firm*—Workman Nydegger

(57) **ABSTRACT**

The present invention enables a traditional analog telephone to be used with VoIP applications. For example, the user could connect their standard 900 MHz telephone to this invention, establish a VoIP call and enjoy the freedom of movement their cordless telephone provides. The preferred embodiment of the present invention minimizes overhead to the host computer via a dual CODEC modem that incorporates a DSP capable of simultaneous communication with the two CODEC modules. This architecture facilitates a latency and communication overhead reduction as the analog voice signals effectively "stream" from the first CODEC to the second CODEC.

**18 Claims, 6 Drawing Sheets**



EXHIBIT
18

USR000310



FIG. 1



FIG. 2

USR000312



FIG. 3

USR000313



FIG. 4

USR000314



FIG. 5



FIG. 6

US 6,826,174 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# VOICE-OVER-IP INTERFACE FOR STANDARD HOUSEHOLD TELEPHONE

## BACKGROUND OF THE INVENTION

### 1. The Field of the Invention

This invention is in the field of Voice Over Internet Protocol (VoIP) communications and, more particularly, to a system and method of interfacing a standard telephone to a VoIP compatible communication network.

### 2. The Prior State of the Art

Voice Over Internet Protocol (VoIP) is an emerging technology that allows the systems and wires that connect computer networks to act as an alternative to phone lines, delivering real-time voice to both standard telephones and PCs. VoIP allows an individual to utilize their computer connection to transmit voice encapsulated data packets over available local communication lines, such as the Internet, to another user on another computer, thereby creating a long distance phone call at a local connection price.

How VoIP Works

In a Voice-over-IP (VoIP) system, the analog voice signal is typically picked up by a microphone and sent to an audio processor within a PC. There, either a software or hardware CODEC performs analog-to-digital conversion and compression. Considerable research has been devoted to voice compression schemes that are well know to those skilled in the art. The nominal bandwidth required for telephone-type voice ranges from 2.9 Kbps (RT24 by Voxware) to 13 Kbps (GSM cellular standard).

In placing the CODEC output into packets, there is a trade-off between bandwidth and latency. CODECs do not operate continuously. Instead, they sample the voice over a short period of time, known as a frame. These frames are like little bursts of data. One or more frames can be placed in a single IP datagram or packet, and then the packet payload is wrapped in the necessary packet headers and trailers. This packet overhead is at least 20 bytes for IP and 8 bytes for the User Datagram Protocol (UDP). Layer 2 protocols add even more overhead. Waiting longer to fill the IP datagram reduces overall overhead, which in turn reduces the true bandwidth needed to send the digitized voice. However, this waiting creates latency at the source, and too much total latency makes for a difficult conversation. Chart 1 shows the basic trade-off for initial latency versus true bandwidth.

CHART 1



Latency vs. Bandwidth Required for Voice-over-IP

The total network latency and jitter (changes in the latency) have a degrading effect on voice quality. Therefore, real-time voice quality is difficult to maintain over a large wide-area packet network without priority handling. As previously mentioned, VoIP converts standard telephone voice signals into compressed data packets that can be sent locally over Ethernet or globally via an ISP's data networks rather than traditional phone lines. One of the main difficulties with VoIP connections is that the communication network supporting a VoIP platform must be able to recognize that VoIP data packets contain voice signals, and be "smart" enough to know that the communication network has to move the data packets quickly.

Presently, serious voice traffic does not use the public Internet but runs on private IP-based global networks that can deliver voice data with minimal congestion. As such, transmission of voice signals over private data networks offers businesses some great advantages. For ISPs, merging voice and data on one single network allows them to expand their services beyond simple information access and into the realm of voice, fax, and virtual private networking. For businesses, the benefit is big savings on long-distance service. The Internet right now is a free medium on many networks. If businesses can send voice over a computer network, businesses can conceivably make long-distance or international calls for the cost of a local call. VoIP further facilitates electronic commerce by allowing a customer service rep using one data line to answer telephone questions while simultaneously placing a customer's order online, perusing the company's web site, browsing an online information/product database, or sending an E-mail. Similarly, VoIP also creates new possibilities for remote workers, who for the cost of a local call can log in remotely, retrieve voice mail from their laptop PCs, and keep their E-mail and web applications running while conducting multiple voice and data calls over one phone line. Presently, this type of expanded VoIP functionality is exclusively limited to those with access to private IP based networks, such as business users and not the typical household user.

In fact, most household computer users are generally limited to the congested public Internet and cannot implement the VoIP standard effectively. If latency and jitter are too high, or the cost of reducing them is excessive, one alternative is to buffer the CODEC data at the receiver. A large buffer can be filled irregularly but emptied at a uniform rate. This permits good quality reproduction of voice. Such a buffering technique is known as audio streaming, and it is a very practical approach for recorded voice or audio. Unfortunately, excessive buffering of the audio signals leads to generally unacceptable one-sided telephone conversations, where one party dominates the transmissions. What is needed is a packetized telephone system that is able to compensate for latency and jitter, without introducing noticeable buffering.

Traditionally, the operating environment for a household user with a VoIP connection is either a laptop or desktop general-purpose computer. The recording and transmission or interpretation of the VoIP packets takes place in the sound system or modem DSP found on the laptop or desktop. As such, the desktop system has a minor advantage over the laptop, because the desktop sound system traditionally provides stereo surround speakers and an accurate microphone. Thus, the desktop system can more accurately capture an individual's voice for retransmission of these voice signals to the user on the other end of the connection. VoIP telephone software buffering and control structures help improve the connection, but even though the audio signal has been accurately sampled, the processor delays and transmission latency associated with the desktop VoIP connection over the public Internet tends to result in a barely audible VoIP call. What is needed is a household compatible packetized telephone system that is able to compensate for communication network delays and hardware limitations, without introducing noticeable degradation into the voice signal.

One of the main difficulties with using VoIP in a household system is that the protocol requires the user to follow

USR000317

US 6,826,174 B1

3

numerous steps in order to establish a voice connection. In addition to the normal boot-up process associated with general-purpose computers for the operating system and the Internet telephone application, there are several details difficult for the household user to provide. For example, if a user were trying to contact another individual, they would need to know the individual's IP address and punch the address into their software application or web browser to contact the individual. Once the user contacts the individual through either E-mail or at the website, the user must notify them that the user wishes to initiate a VoIP connection. Then the individual being contacted would enable their VoIP to allow the user to begin streaming voice packets between the two devices. What is needed is a simple method of using VoIP with a household telephone, so that at the time the call is placed a user need only dial the access number on the telephone for the VoIP connection to be initiated and if possible connected.

In addition to the start-up delay and the awkward communication setup for most desktop systems, another problem with present VoIP systems is the immobility limitations imposed on the user by the VoIP desktop system. While the sound system is able to make an accurate recording, the user must sit at the desktop location or at least within range of the attached microphones and speakers to communicate. Unlike a telephone, the desktop system is very difficult to move to another room and it is generally considered very impractical to have multiple Internet capable workstations in one house due to the cost for each workstation. In effect, the user is "chained" to the one location and the problems associated with talking over the computer sound system whenever the user desires to make VoIP calls. What is needed is a simple method of integrating a typical cordless phone with a computer to obtain a short-range wireless VoIP connection with the look and feel of a standard household telephone system.

Being mobile by nature, laptop sound systems present a different problem. As these systems are generally a design afterthought, it is often challenging for the user to even turn on the microphone, let alone conduct a VoIP session. The laptop microphone is generally very small, inexpensive, and mounted inconspicuously on the laptop case making it difficult for the microphone to function at quality levels comparable to what users have come to expect from a telephone. Thus, one of the problems facing VoIP is that home users are used to talking on telephones and expect a certain quality of sound in communication between them and another user. What is needed is a method of integrating VoIP communication that also removes the limitations presently associated with computer-based speakerphones.

### SUMMARY OF THE INVENTION

Accordingly, one advantage of the invention is to create the same look, feel, and usage to which the user is accustomed from the standard telephone connection.

Another advantage of the invention is to provide a method and system that facilitates short-range wireless telephone functionality between a handset and a base station, while maintaining VoIP communication between a dialed party and a host computer attached to the short-range wireless base station.

A further advantage of the invention is to provide a packetized telephone system that is able to compensate for latency and jitter, without introducing noticeable buffering delays.

It is another advantage of the present invention to provide a system that integrates a cordless telephone with a host computer system to thereby release the requirement that the user placing a VoIP call be in the near vicinity of the connection origin.

4

Yet another advantage of the invention is transmission of various digitally reproduced audio signals to the telephone headset indicating the status of the VoIP telephone application, wherein the audio signals closely resemble the error and status signals present on the standard telephone system.

The above and other advantages of the invention are satisfied at least in part by providing interface circuitry and software on or between a short-range wireless telephone and a host computer. The interface analyzes and converts analog voice signals from the telephone handset microphone into digital packets for transmission according to a VoIP protocol across an attached communication network. Received digital packets are converted by the interface into an analog signal for transmission by the telephone handset speaker. The circuitry comprises a podule and a dual CODEC modem. The podule is capable of generating voltage for ring signals, dial tones, busy signals, and error codes to the headset according to inputs from the attached modem DSP. The podule also converts the two-wire telephone connection into a four-wire connection and imitates the isolation barrier responses of POTS. The dual CODEC modem is capable of converting voice and data transmissions through the first CODEC pipeline and transceiving encapsulated data packets received or sent via the attached communication network through the second CODEC pipeline. The modem DSP is capable of simultaneously maintaining sessions with both CODECs. The software and modem DSP work in conjunction to generate various logical control signals for the VoIP interface and control communication across the interface circuitry. The software and circuitry interface being able to generate a ring signal in the attached telephone handset after detecting an incoming VoIP call. The interface also generates error tones and dial tones when the software application is running and the handset is off-hook.

In addition to the improved architecture of the dual CODEC modem, the present invention also benefits from the improved network connections available to the household user, such as G-lite DSL, aDSL, or xDSL network connections. While a user can use a standard telephone, plug it into the present invention, and make VoIP calls, through the standard PSTN or POTS connection, the more preferred network connection is a sub-rate DSL connection. A G-lite DSL connection is a sub-rate of a Digital Subscriber Link (DSL). If a full rate DSL connection has a 10 Megabyte bandwidth, a G-lite DSL user could order a portion of that bandwidth and be able to avoid the cost of the full bandwidth. For the average user, a 1.5 Megabyte bandwidth would be sufficient to transmit and receive voice packets at a rate at which the user would not notice a difference in sound between a telephone connection and an Internet connection. In essence, the G-lite DSL connection enables a user to use a sub-rated DSL to obtain the VoIP performance necessary for a comparison phone line connection. In this manner, the present invention facilitates household users of VoIP talking from PC-to-PC, phone-to-phone, or even PC-to-phone.

The present invention allows a VoIP household user to pick up an attached telephone and dial the appropriate DTMF digits, which are intercepted by the modem. The modem references the detected digits in a database or look-up file containing pre-set values that correlate the dialed number to an IP address. If a value is discovered the present invention will attempt to initiate the VoIP connection. In essence, this process enables a user to selectively establish a telephone communication method utilizing the most inexpensive method of connection. For example if a VoIP connection is available for a long distance call, the phone interface will automatically select and contact that type of connection. But if a standard connection is required,

USR000318

US 6,826,174 B1

5

then the phone will utilize attached PSTN lines to establish a standard phone connection.

As previously mentioned, a significant advantage of this invention is the enhanced utilization of a processor which has two separate CODEC modules on board allowing a user to run two CODEC sessions. For example, one device has a CODEC for a cell phone and another for an analog line or PSTN connection. This processor can easily be modified such that an individual may use one CODEC for data through the telephone and communicate back and forth to the telephone using that CODEC, while the other CODEC is utilized with either a G-lite connection or across the standard PSTN phone line. While this particular invention would work over the modem protocol standard V.90, the preferred embodiment utilizes G.lite.

Additional objects and advantages of the invention will be set forth in the description which follows, and in part will be obvious from the description, or may be learned by the practice of the invention. The objects and advantages of the invention may be realized and obtained by means of the instruments and combinations particularly pointed out in the appended claims. These and other objects and features of the present invention will become more fully apparent from the following description and appended claims, or may be learned by the practice of the invention as set forth hereinafter.

BRIEF DESCRIPTION OF THE DRAWINGS

In order that the manner in which the above recited and other advantages and objects of the invention are obtained, a more particular description of the invention briefly described above will be rendered by reference to specific embodiments thereof which are illustrated in the appended drawings. Understanding that these drawing depict only typical embodiments of the invention and are not therefore to be considered to be limiting of its scope, the invention will be described and explained with additional specificity and detail through the use of the accompanying drawings in which:

FIG. **1** illustrates an exemplary system that provides a suitable operating environment for the present invention;

FIG. **2** illustrates another exemplary system that provides a podule interface connector between a household telephone and a laptop computer;

FIG. **3** is a block diagram of a suitable dual CODEC modem useful for the present invention;

FIG. **4** is a schematic illustration of a podule interface for use with the present invention;

FIG. **5** is a flow chart of a VoIP call using the VoIP interface; and

FIG. **6** is a computerless exemplary system that provides a podule interface between a short-range wireless telephone and a communication network.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The invention is described below using diagrams to illustrate either the structure or the processing of embodiments used to implement the systems and methods of the present invention. Using the diagrams in this manner to present the invention should not be construed as limiting of its scope. The present invention contemplates both methods and systems for Voice-over-Internet-Protocol interfacing and communication between a standard household short-range wireless telephone (e.g. a 900 MHz, Bluetooth, 802.11 RF interface or other wireless interface) and a PC. The embodiments of the present invention may comprise a special purpose or general-purpose computer including vari-

6

ous computer hardware configurations, as discussed in greater detail below.

Embodiments within the scope of the present invention also include computer-readable media for carrying or having computer-executable instructions or data structures stored thereon. Such computer-readable media can be any available media that can be accessed by a general purpose or special purpose computer. By way of example, and not limitation, such computer-readable media can comprise RAM, ROM, EEPROM, CD-ROM or other optical disk storage, magnetic disk storage or other magnetic storage devices, or any other medium which can be used to carry or store desired program code means in the form of computer-executable instructions or data structures and which can be accessed by a general purpose or special purpose computer. When information is transferred or provided over a network or another communications connection (either hardwired, wireless, or a combination of hardwired or wireless) to a computer, the computer properly views the connection as a computer-readable medium. Thus, any such connection is properly termed a computer-readable medium. Combinations of the above should also be included within the scope of computer-readable media. Computer-executable instructions comprise, for example, instructions and data which cause a general purpose computer, special purpose computer, or special purpose processing device to perform a certain function or group of functions.

FIG. **1** and the following discussion are intended to provide a brief, general description of a suitable computing environment in which the invention may be implemented. The invention will be described in the general context of computer-executable instructions, such as program modules, being executed by computers in network environments. Generally, program modules include routines, programs, objects, components, data structures, etc. that perform particular tasks or implement particular abstract data types. Computer-executable instructions, associated data structures, and program modules represent examples of the program code means for executing steps of the methods disclosed herein. The particular sequences of such executable instructions or associated data structures represent examples of corresponding acts for implementing the functions described in such steps.

Those skilled in the art will appreciate that the invention may be practiced in network computing environments with many types of computer system configurations, including personal computers, hand-held devices, multi-processor systems, microprocessor-based or programmable consumer electronics, network PCs, minicomputers, mainframe computers, Personal Digital Assistants, and the like. The invention may also be practiced in distributed computing environments where local and remote processing devices perform tasks that are linked (either by hardwired links, wireless links, or by a combination of hardwired or wireless links) through a communications network. In a distributed computing environment, program modules may be located in both local and remote memory storage devices.

With reference to FIG. **1**, an exemplary system for implementing the invention includes a general-purpose computing device in the form of a conventional computer **20**, including a processing unit **21**, a system memory **22**, and a system bus **23** that couples various system components including the system memory **22** to the processing unit **21**. The system bus **23** may be any of several types of bus structures including a memory bus or memory controller, a peripheral bus, and a local bus using any of a variety of bus architectures. The system memory includes read only memory (ROM) **24** and random access memory (RAM) **25**. A basic input/output system (BIOS) **26**, containing the basic routines that help transfer information between elements within the computer **20**, such as during start-up, may be stored in ROM **24**.

US 6,826,174 B1

7

The computer 20 may also include a magnetic hard disk drive 27 for reading from and writing to a magnetic hard disk 39, a magnetic disk drive 28 for reading from or writing to a removable magnetic disk 29, and an optical disk drive 30 for reading from or writing to removable optical disk 31 such as a CD-ROM or other optical media. The magnetic hard disk drive 27, magnetic disk drive 28, and optical disk drive 30 are connected to the system bus 23 by a hard disk drive interface 32, a magnetic disk drive-interface 33, and an optical drive interface 34, respectively. The drives and their associated computer-readable media provide nonvolatile storage of computer-executable instructions, data structures, program modules and other data for the computer 20. Although the exemplary environment described herein employs a magnetic hard disk 39, a removable magnetic disk 29 and a removable optical disk 31, other types of computer readable media for storing data can be used, including magnetic cassettes, flash memory cards, digital video disks, Bernoulli cartridges, magnetic tapes, RAMs, ROMs, and the like.

Program code means comprising one or more program modules may be stored on the hard disk 39, magnetic disk 29, optical disk 31, ROM 24 or RAM 25, including an operating system 35, one or more application programs 36, other program modules 37, and program data 38. A user may enter commands and information into the computer 20 through keyboard 40, pointing device 42, PDA cradle 56, or other input devices (not shown), such as a microphone, joy stick, game pad, digital camera, satellite dish, scanner, or the like. These and other input devices are often connected to the processing unit 21 through a serial port interface 46 coupled to system bus 23. Alternatively, the input devices may be connected by other interfaces, such as a parallel port, a serial port, an infra-red port, a short-range wireless port, an RF port, or a game port or a universal serial bus (USB). A short range wireless telephone handset 66 or another short-range wireless (e.g. 900 MHz, Bluetooth, 802.11 RF or other wireless interface) enabled device is connected to the system bus 23 via antenna 60 attached to short-range wireless base station transceiver 64 that is connected to sound system interface 58. Alternatively, the short-range wireless base station 64 may be connected to computer 20 via other interfaces, such as a modem interface, a podule interface, peripheral port interface 46, or other telephone compatible interface capable of receiving and converting audio signals into data packets and for converting and transmitting digital packets into audio signals. A monitor 47 or another display device is also connected to system bus 23 via an interface, such as video adapter 48. In addition to the monitor, personal computers typically include other peripheral output devices (not shown), such as speakers and printers.

The computer 20 may operate in a networked environment using logical connections to one or more remote computers, such as remote computers 49a and 49b. Remote computers 49a and 49b may each be another personal computer, a server, a router, a network PC, a PDA, a peer device or other common network node, and typically includes many or all of the elements described above relative to the computer 20, although only memory storage devices 50a and 50b and their associated application programs 36a and 36b have been illustrated in FIG. 1. The logical connections depicted in FIG. 1 include a local area network (LAN) 51, a local short-range wireless network 62, and a wide area network (WAN) 52 that are presented here by way of example and not limitation. Multiple area network 57 is a logical connection or bridge between the LAN and WAN resources accessible via network interface 53 or modem 54. Such networking environments are or will be commonplace in office-wide or enterprise-wide computer networks, intranets and the Internet.

When used in a LAN networking environment, the computer 20 is connected to the local area network 51 through

8

a network interface or adapter 53. When used in a WAN networking environment, the computer 20 may include a modem 54, a wireless link, or other means for establishing communications over the wide area network 52, such as the Internet or private IP based network. The modem 54, which may be internal or external, is connected to the system bus 23 via the peripheral port interface 46. The short-range wireless base station transceiver 64 typically exhibits a range dependent on the primary transmission protocol. For example, a device using the Bluetooth protocol typically exhibits a range of approximately 10 to 30 meters, but it is anticipated that this range may expand to over 30 meters. Other protocols exhibit larger operational ranges for example a 900 MHz phone may operate at distances over one mile away. A short-range wireless protocol, such as the Bluetooth protocol may also dictate that the number of remote short-range wireless devices in communication with short-range wireless base station transceiver 64 via antenna 60 at any one time, be limited to eight devices, however; timeslicing and other software semaphore methods could expand the number of devices attached to the eight short-range wireless connections. In a networked environment, program modules depicted relative to the computer 20, or portions thereof, may be stored in the remote memory storage device. It will be appreciated that the network connections shown are exemplary and other means of establishing communications over wide area network 52 may be used.

With reference to FIG. 2, an exemplary system illustrating the podule interface circuitry between an analog or standard telephone, and a computer and communication environment necessary to simulate a central office that allows VoIP via a typical telephone device. The telephone device may be a cordless phone, fax machine, modem, etc. Although other circuit implementations can be used, for example, a subscriber loop interface or a basic ASIC, this figure illustrates the necessary functionality to accomplish the communication.

The apparatus consists of a podule, which, on one end, allows a standard RJ11 cable to be connected to a standard telephone base station. The podule would be powered by an AC adaptor power supply 150. The other end of podule 110 would connect via line 160 through the 15 pin connector on a modem PC card to the laptop 120. The podule performs the following: 1) Provides sufficient voltage and current to charge the telephone's hold circuit, 2) Capable of supplying sufficient voltage upon initiation by a control string for off-hook and ring conditions, 3) Provides a 2–4 wire conversion between the podule 110 an modem of laptop 120, 4) Provides coupling circuitry allowing the desired signal to be passed through the podule (both RX/TX) while providing the electrical isolation required.

The laptop 120 has two CODECs and a DSP capable of running both CODECs simultaneously. The DSP uses one of the CODECs to maintain a connection to the external communication network, such as an Internet connection via a PSTN connection. The other CODEC is used to interface to the standard household telephone. While the preferred method is to use a dual CODEC modem with a DSP capable of handling both CODECs simultaneously, other methods include systems with two modems, a modem and a sound card, a network interface card and a modem or sound card, or any other dual CODEC system wherein once CODEC is dedicated to the telephone communication and the other facilitates network communication. The preferred method is particularly favorable as this configuration keeps voice traffic off of the system bus of the laptop and the DSP services the VoIP phone call. Once the modem and the PC have established the VoIP link, the podule provides an interface to the 900 MHz telephone or headset or the like.

US 6,826,174 B1

9

10

The user could then enjoy the quality of their own telephone instead of the laptop sound system and poor LP speaker phone presently available.

A user may also use this invention to seamlessly correlate DTMF digits to IP addresses used for VoIP. For example, when the users take their household phone off-hook and dials the appropriate phone number, the modem would detect the DTMF digits and input them into the host PC software application that would correlate the numbers dialed to either a local number or an IP address, and make the VoIP connection. This correlation may be accomplished through an IP database or look-up table previously established by the user or downloaded as part of a VoIP phone book database.

An alternative embodiment utilizes podule 110 with an interface port that allows the user to plug in headset 140 via line 180 and interface with the laptop 120 and network connection 130. In this case, the previously described podule 110 could be used or simpler podule could be constructed which would not require AC adaptor 150 necessary for ring generation.

With reference to FIG. 3, a modem 200 illustrates the preferred embodiment with the necessary double CODEC configuration providing a 15 pin interface 220 to a podule, a POTS connector 210 for connecting the PSTN line, and a PCMIA interface 230 for connecting the modem 200 to the host PC. DSP 240 is preferably a TI C54 DSP core, or an equivalent DSP that can simultaneously take and manage CODEC 250 and CODEC 260. Codec 250 and CODEC 260 perform analog to digital and digital to analog translation and interface with DSP 240 via communication bus lines 245a, 245b, and 245c. The DAA 270 is necessary for connection with the PSTN.

Supporting both the International Telecommunications Union (ITU) standard T.120 and H.323 protocol stacks, new VoIP systems should be geared toward standards-based, interactive, multimedia communications. Leveraging the flexibility of DSP technology, the VoIP system may implement standard G.711, G.723.1 and G.729 voice coding and decoding for ensured compatibility with standard global phone systems. The universal design of the access system provides the ability to process voice, fax and multimedia in a single system. The integration of additional applications and technologies in the platform can save an organization from having to deploy additional networking equipment.

The CODEC standard adopted for the H.323 family of standards is G.723 operating at 6.3 Kbps. But the effective bandwidth needed to operate G.723 with IP overhead and reasonable source latency is 10 to 15 Kbps. The total network latency and jitter (changes in the latency) have a degrading effect upon voice quality. Therefore, real-time voice quality is difficult to maintain over a large wide-area packet network with out priority handling. As mentioned, a bandwidth of 1.5 megabits is more than sufficient, but a PSTN connection must maintain 10 to 15 Kbps.

In the simplest embodiment, this invention contains three components: the host application, the modem functionality, and the functionality of the podule. A standard telephone expects the presence of a tip and ring interface such as a central office (CO). The telephone expects certain line characteristics, such as a 40 Volt potential between the tip and ring when a user takes the phone handset off-hook. The hold circuit in the standard telephone will draw between about 15 to 30 mA, more preferably 20 mA, of current from the tip and ring lines. This current draw, in effect, signals the CO that the phone is off-hook. The current also provides power to the standard telephone DAA allowing a user to transmit the signal across the isolation barrier in the telephone. As such, this all must be recreated within the podule for the telephone to function appropriately, meaning that the podule essentially becomes a mini-central office.

FIG. 4 specifically illustrates one embodiment that satisfies the emulation of the CO.

With reference now to FIG. 4, a schematic drawing of podule interface 300 comprising an interface to standard phone or modem connection 310, an interface to a personal computer 320, a two to four wire conversion module 330, a ring generation circuit 340, a low pass gyrator and DC loop generation module 350, and an off-hook circuit 360.

The standard phone or modem interface 310 generally has line connectors to receive the tip and ring lines attached to the phone. After phone interface 310, the two to four wire conversion module 330 splits off the tip and ring into a four-wire connection that eventually goes into the PC interface 320. FIG. 4 specifically illustrates an analog modem connection rather than a digital connection. The PC interface 320 is preferably a 15-pin GPIO connector for interfacing with a DSP, modem card, or PC. The four analog signal lines, Codec OUT+, Codec IN+, Codec OUT−, and Codec IN−, are fed into a hardware or software CODEC via the PC interface 320. These four analog signal lines are generally a differential input and output coming into the CODEC. The CODEC performs the analog to digital and digital to analog conversions of the voice signals and the packetized data that are sent out to the phone or the attached modem. The low pass gyrator circuit and DC loop generation module 350 supplies power to the standard telephone DAA and functions in a manner similar to a modem hold circuit. The loop generation module 350 also generates the required loop current needed to generate 20 mA from a 5-volt source for the hold circuit. Thus, the podule 300 supplies signal isolation, provides power, and completes a two wire to four-wire conversion.

The two to four wire conversion module 330 comprises R1, R2, C1, and C2 that are partially defined by the required AC termination impedance for the standard telephone equipment connected at telephone interface 310. R5, R3, R6, and R4 cancel the transmit signal noise by using phase relationships of the opposing transmit signal to cancel the transmit noise from the received input signal. C6, C3, C4, and C7 are DC blocking capacitors to void any DC offset to or from the CODEC. Exemplary enabling values for the individual components of the two to four wire conversion module 330 are provided in table 1 below:

TABLE 1

| FIG. 4 Components | |
|---|---|
| Component Designation | Value |
| C1 | 10 $\mu$F |
| C2 | 10 $\mu$F |
| R1 | 300 $\Omega$ |
| R2 | 300 $\Omega$ |
| R3 | 20 k$\Omega$ |
| R4 | 20 k$\Omega$ |
| R5 | 9.96 k$\Omega$ |
| R6 | 9.96 k$\Omega$ |
| C3 | 1 $\mu$F |
| C4 | 1 $\mu$F |
| C6 | 1 $\mu$F |
| C7 | 1 $\mu$F |

The ring generation circuit 340 receives ring out control line via the PC interface 320 to signal to the user when there is an incoming call. The ring generation circuit 340 contains a transformer coupled to the incoming tip line on one half of the circuit and a trigger circuit designated as U1 on the other half. One of the difficulties faced by the podule 300 is that a phone interface needs to be able to transmit a ring signal to the attached phone. This ring signal is about a 250V

US 6,826,174 B1

11                                                                                                    12

signal, far more than the 5V available via the PC interface **320**. U1 is a component that provides the ring signal out of pin **3** whenever a control is sensed on pin **5**. U1 can be a 555B timer enabled by its control input. Thus, the DSP controls the activation and cadence of the ring signal. The 5-volt peak to peak, 20 Hz ring signal output from U1 is then transformed into 40 volts peak to peak via the 8 to 1 ring signal transformer. Allowing the ring generation circuit **340** to convert an original control ring signal powered by 5V into a 200V signal. Exemplary enabling values for the individual components of the Ring Generation Circuit **340** are found in table 2 below, where the transformer has about an 8 to 1 turn ratio.

TABLE 2

FIG. 4 Components

| Component Designation | Value |
|---|---|
| The trigger circuit U1 | 555b circuit. |
| R13 | 70 kΩ |
| R14 | 1 kΩ |
| C9 | 1.0 μF |

The off-hook circuit **360** comprises a level switch and sensor that detects when the telephone handset is lifted from the telephone base station. The level switch and sensor can be created in many ways presently known and practiced in the art. One method of detection is depicted in FIG. **4**, wherein the off-hook circuit comprises transistor Q3, a base resistor $R_B$, a switch activation resistor $R_A$, and a biasing resistor Rc. When a connection is made across the Tip and Ring lines, current will begin to flow through $R_A$, which turns on transistor Q3. When Q3 is turned on the off-hook output line is asserted low, indicating that the handset is off-hook. Upon the low-assertion of the off-hook line, the controller requests that the DSP generate a dial tone signal and send it to the handset across the tip and ring via the four analog signal lines from the interface **320**. Appropriate digital files containing data for sound signal reproduction, such as voice, MP3, .WAV, or other digital sound files are translated into audio signals for transmission to the attached telephone. Other acceptable digital sound and video file types include: .WAV, .AVI, .MOV. .QT, .MP3, .DAT, .MPG, .MPA, .MPV, .ASF, .ASX, .IVF, .LSF, .LSX, .WAX, or .SV files. The sound signal reproduction and area codes are then supplied under the direction of the external DSP to the attached telephone. These signals simulate the central office telephone sounds or tones and are generated and sent to the telephone via the four analog signal lines, CODEC OUT+, CODEC IN+, CODEC OUT−, and CODEC IN−. The values of the Resistors $R_A$, $R_B$, and $R_C$ are dependent on the transistor size Q3, and should be set so as to activate the transistor when the phone is off-hook.

As can be appreciated by those skilled in the art, there are many acceptable alternative configurations for the off-hook circuit including circuits that indicate an on-hook state instead of an off-hook state or circuits that both detect and generate the feedback signals without using the DSP, thereby reducing the overhead burden on the DSP. One alternative configuration merges the low-pass gyrator circuit and DC loop generation circuit **350** with the on-hook circuit, by substituting R12 as $R_A$ in the on-hook circuit. In this configuration $R_B$ is attached to R12, C5, and R11 at connection point A. Q3 and $R_C$ would stay attached to the respective components as previously described and illustrated in FIG. **4**.

Optionally included in the off-hook circuit is a signal database containing digital sound files, such as .WAV files,

in the form of voice and error codes. The signal database is selectively located on the controller or DSP module, the host computer, the modem, or the podule. The signal database serves as a status and error code signaling device. For example, when a dialed DTMF digit doesn't match up, the database sends a .WAV file containing a prerecorded voice saying "dialed number does not match IP on file" or "Please hang up and try again." Another useful signal indicates whether the IP interface is active by pulsing or looping a .WAV file so the user can hear the dial tone.

Previously, a VoIP user was restricted to being near the computer, so a graphical error box was sufficient. But with the introduction of the short-range wireless VoIP connection the user may not be in the vicinity of the computer monitor, so an audible feedback signal is necessary to indicate the call status. The podule and modem combination must be able to track the progress of the call and send appropriate signals, such as .WAV files, as feedback to the handset speaker to let the user know how the call is progressing. For example, as the call initiator, the user expects to hear a dial tone. Or when a placed call doesn't go through, the user expects a signal or voice to inform the user that "The system is unable to place your call." One method of accomplishing this signaling is through looped .WAV files. For example, when placing a call a dial tone is simply the host PC sending out a looped .WAV file. After selecting a DTMF digit, host gets an interrupt, turns off the dial tone and handles the interrupt, essentially becoming a central office (CO). Dial tones or DTMF tones pass right through the podule to the CODEC allowing the modem to decode them. Voice signals will travel to and from the CODEC interface via the conversion module **330**.

On handset terminated calls the process is reversed. First the call comes in across the communication network and the ring signal comes in from the modem, pulsing in the cadence of a ring signal to generate a ring from the ring generation circuit **340**. Once the user takes the phone off-hook to answer that call, the on-hook latch is unasserted and the ring stops allowing voice signals to pass through the CODEC interface without interference. The call is terminated when an on-hook state is reasserted or detected by either party to the call.

The PC interface **320** depicted in FIG. 4 contains the following: a five volt pin, an on-hook pin, a ring out pin, a CODEC out+pin, a CODEC in+pin, a CODEC in−pin, a CODEC out−pin, and a ground pin. The PC interface **320** pins may be constructed in a GPIO format or other modem interface. The on-hook output pin and ring out pin are control lines with the attached DSP or controller, indicating to either the DSP whether an on-hook or ring-out signal should be generated. The PC interface **320** receives the four wire signal lines from the conversion module **330** as CODEC in and out lines. These CODEC interface lines are converted from the original tip and ring lines. Capacitor C1 is attached to the tip signal and the tip signal is split into two lines through the parallel connection of R1 and R6. These signals become CODEC OUT+and CODEC IN−on PC interface **320**. The ring line passes through C2 and is divided through R2 and R5 into the CODEC IN+and the CODEC OUT−on PC interface **320**. Following the voltage drop across R5, the CODEC N+line is attached to the CODEC OUT+line via R3. A similar attachment occurs after R6 from the CODEC IN−line to the CODEC OUT−line across R4. PC interface **320** is completely powered from the host computer or modem via the 5V pin and ground pin. This interface can easily be adapted to plug into existing 15 or 34 pin cellular interfaced products to retroactively function with a flash update for users.

As previously mentioned, the low pass gyrator circuit and DC loop generation module **350** supplies power to the telephones' DAA and functions in a manner similar to a

US 6,826,174 B1

13

modem hold circuit. The loop generation module 350 also generates the required loop current needed to generate 20 mA from a 5-volt source for the hold circuit. The components necessary for module 350 consist of a Q2N 2222, diode D2 and charge pump HB1. The exemplary values for these components are provided in table 3 below:

TABLE 3

FIG. 4 Components

| Component Designation | Value |
|---|---|
| R10 | 30 kΩ |
| R11 | 45 kΩ |
| R12 | 50 kΩ |
| C5 | 10 μF |
| Q1, Q2 | are part of a circuit called a Q2N 2222. |
| D2 | D05uz 12 |
| HB1 | Max 1682/3 charge-pump |

With reference to FIG. 5, a flow chart of one embodiment for placing a VoIP phone call. Execution block 505 detects off-hook status and initiates a request to generate a dial tone. Execution block 510 receives the DTMF tones from the DTMF keypad on the telephone and converts the tones into digital values. Once the digital values of the phone number are known, execution block 515 determines the location of the called party. This may be accomplished by referencing a look-up table containing the telephone numbers and contact information, such as IP or E-mail addresses. Other acceptable data recovery methods include linked pointer and linked chain databases, or any other data storage mechanism that allows a user to reference an electronic address with a reference number.

If an associated IP address is found, query block 520 is satisfied and query block 525 will determine whether the dialed party is busy. If the connection is busy then execution block 530 generates a busy signal moves to the end condition 590. If the called party is not busy then execution block 535 begins to transmit a call request. Following a successful call request, execution block 540 reserves bandwidth and establishes VoIP buffers based on the connection type available and overall circuit performance. Execution block 545 sends out a ring signal to the called phone. Once the called phone has been answered, execution block 550 transmits packetized voice data. During the transmission stage this invention waits for the on-hook signal to be detected by execution block 570 and so that it can move to the end condition 590.

If query block 520 is not satisfied, then query block 555 determines whether the dialed call is a local call. If query block 555 is not satisfied, execution block 560 requests additional information concerning the called phone number and returns to execution block 510. If query block 555 is affirmative, then the invention will generate DTMF dial tones similar to the previously dialed phone number along with any necessary exchange instructions in execution block 565. Following dial 565 the invention revisits Busy signal query 525. As before, if a busy signal is detected in query block 525 then execution block 530 generates a busy signal for the handset. A looping digital sound file, such as a .WAV file, or an appropriately pulsing analog signal generates this busy signal until an on-hook state is detected in execution block 580 and the VoIP call is terminated. If no busy signal is detected following the DTMF dial of the local call, then the network CODEC in execution block 570 converts the packetized voice data back into an analog signal for PSTN

14

transmission. The invention allows the data stream to continue until an on-hook signal is detected and then execution block 580 moves to the end condition. There are many arrangements that satisfy the VoIP call requirements and the described flow chart embodiment is to be considered in all respects only as illustrative and not restrictive.

With reference to FIG. 6, an exemplary system that provides a podule interface between a short-range wireless telephone and a communication network, without requiring the services of a general-purpose computer. With the development of an efficient dual CODEC DSP modem, the standard modem configuration may be slightly altered to create an independent podule 600 comprising DSP 610, telephone CODEC 620, network CODEC 630, and database 640.

As previously mentioned, a suitable class of DSP processors includes the TI C54 DSP core and associated DSP SRAM cache and buffers, or any other DSP processor or combination of DSP processors capable of simultaneous communication with the telephone CODEC 620 and network CODEC 630. Database 640 contains look-up tables for telephone numbers and IP address and may also store necessary software applications.

The CODEC devices perform analog-to-digital and digital-to-analog conversion and compression of audio signals. Network CODEC 630 interfaces with network communication line 660 via communication interfaces on podule 600. Network CODEC 630 is responsible for sending out packetized data across communication line 660 to communication network 670. While many Internet voice phone connections possess too much jitter for normal conversations, the present invention drastically reduces the latency and processor overhead corresponding to these signals. These improvements make packetized communication across more congested communication networks, such as Internet 675 possible.

Telephone CODEC 620 interfaces with tip and ring lines 650 via the podule 600 telephone interface. While the tip and ring lines 650 can attach to any standard telephone, the preferred method couples with a short-range wireless telephone, which has a base station 680 and a handset 690. One variation of the present invention integrates podule 600 into base station 680, thereby creating a stand-alone VoIP cordless telephone. FIG. 6 effectively illustrates the low overhead of the dual CODEC design disclosed in FIGS. 1–4 upon the resources of an attached computer, by demonstrating the virtually elimination of outside control, processing, and buffering.

The present invention may be embodied in other specific forms without departing from its spirit or essential characteristics. The described embodiments are to be considered in all respects only as illustrative and not restrictive. The scope of the invention is, therefore, indicated by the appended claims rather than by the foregoing description. All changes that come within the meaning and range of equivalency of the claims are to be embraced within their scope.

What is claimed and desired to be secured by United States letters patent is:

1. A Voice over Internet Protocol (VoIP) interface between a standard telephone and a packetized dial-up network, comprising:

a podule for generating POTS responses, the podule being electrically connected to the telephone via tip and ring lines, wherein analog voice signals are typically picked up by the telephone microphone and transmitted via the tip and ring lines to the podule; and

a modem operably connected to the podule via a detachable interface, the modem including:

a telephone CODEC electrically connected to the podule, the telephone CODEC performing analog-

US 6,826,174 B1

15

to-digital and digital-to-analog conversion and com-
pression of audio signals transmitted with the tele-
phone;

a network CODEC electrically connected to the dial-up
network, the dial-up network CODEC performing
analog-to-digital and digital-to-analog conversion
and compression of audio signals transmitted with
the dial-up network;

a Digital Signal Processor (DSP) electrically connected
to the telephone CODEC and the network CODEC,
the DSP facilitating simultaneous communication
with the telephone CODEC and the network
CODEC, the DSP sending control signals via the
telephone CODEC to the podule to initiate POTS
response generation; and

wherein the modem is operably connected to a host
computing device.

2. The VoIP interface as recited in claim 1, further
comprising a signal database containing sound files repre-
senting various telephone signals, the telephone signals
including a busy signal, a dial tone, a ringing signal, an
off-hook warning signal, error signals, and various other
audio and voice messages that relay information concerning
the status of attempted VoIP calls to the user.

3. The VoIP interface as recited in claim 2, wherein the
sound files in the signal database are looped WAV files.

4. The VoIP interface as recited in claim 1, wherein the
standard telephone comprises a short-range wireless tele-
phone handset and a base station; and wherein the network
connection has a bandwidth greater than 10 kbps.

5. The VoIP interface as recited in claim 1, wherein the
VoIP interface has a bandwidth from about 2.9 Kbps to about
13 Kbps.

6. The VoIP interface as recited in claim 1, further
comprising a computer electrically coupled with the DSP via
a modem interface, the computer including a call database
with DTMF digits and IP addresses for various user selected
VoIP contacts.

7. The VoIP interface as recited in claim 6, wherein the
call database is a look-up table containing at least two of
DTMF reference number, IP address, email address, tele-
phone number, VoIP protocol specification, and related
contact information.

8. The VoIP interface as recited in claim 1, wherein the
podule generates the necessary hold circuit current and ring
voltage upon input from the DSP via the interface between
the telephone CODEC and the podule.

9. A method for using a standard telephone to communi-
cate on a packetized dial-up data network, comprising the
following steps:

creating a database, having at least a first field for tele-
phone numbers and a second field for IP addresses;

dialing a desired telephone number;

referencing the database for the desired IP address accord-
ing to the dialed telephone number;

initiating a packetized dial-up data communication ses-
sion with referenced IP address;

determining an optical buffer and control size based in
part on the quality and speed of the packetized data
communication session connection;

converting received analog signals from a telephone
microphone into packetized data;

transmitting packetized data;

16

receiving packetized data from referenced IP address
including packetized voice data;

converting the packetized voice data into analog voice
signal for transmission over telephone speaker; and

terminating the packetized dial-up data communication
session when on-hook status is detected.

10. The method as recited in claim 9, wherein the step of
dialing a desired telephone number includes receiving
DTMF digits dialed by a user on the standard telephone.

11. The method as recited in claim 10, further comprising
the step of converting DTMF digits into digital values.

12. The method for using a standard telephone as recited
in claim 9, further comprising the following step:

generating telephone signals for transmission over the
standard telephone speaker,

wherein the telephone signals indicate communication
line status to the user.

13. The method for using a standard telephone as recited
in claim 12, wherein the telephone signals include at least
one of dial tone signals, busy signals, ringing signals,
off-hook warning signals, and various voice messages to
indicate communication line status to the user.

14. The method for using a standard telephone as recited
in claim 9, further comprising the following step:

adding artificial noise to the recreated analog signal from
the received packetized data so as to better emulate a
standard telephone session.

15. The method as recited in claim 9, wherein the standard
telephone comprises a short-range wireless handset and a
wireless compatible base station, wherein the handset need
not be in the same general vicinity as the telephone base
station.

16. The method as recited in claim 9, wherein the step of
referencing the database for the desired IP address further
comprises the step of determining whether a standard PSTN
connection or Voice-Over IP connection should be utilized.

17. The method as recited in claim 9, wherein the step of
referencing the database for the desired IP address further
comprises the step of determining whether the DTMF digits
signify a long distance or local phone call.

18. A method for using a standard telephone to commu-
nicate on a packetized dial-up data network, comprising the
following steps:

creating a database, having at least a first field for tele-
phone numbers and a second field for IP addresses;

dialing a desired telephone number;

referencing the database for the desired IP address accord-
ing to the dialed telephone number and determining
whether DTMF digits signify a long distance or local
phone call;

initiating a packetized dial-up data communication ses-
sion with the referenced IP address;

converting received analog signals from a telephone
microphone into packetized data;

transmitting packetized data;

receiving packetized data from the referenced IP address
including packetized voice data;

converting the packetized voice data into analog voice
signal for transmission over a telephone speaker; and

terminating the packetized dial-up data communication
session when on-hook status is detected.

* * * * *