IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RIPARIUS VENTURES, LLC,<br><br>　　　Plaintiff/Counterclaim Defendant,<br><br>　　　v.<br><br>ASCALADE COMMUNICATIONS, INC.,<br><br>　　　Defendants/Counterclaim Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  07 C 3063<br><br>Judge John W. Darrah<br><br>Magistrate Judge Schenkier |
| RIPARIUS VENTURES, LLC,<br><br>　　　Plaintiff/Counterclaim-Defendant,<br><br>　　　v.<br><br>LOGITECH INTERNATIONAL SA,<br>KONINKLIJKE PHILIPS ELECTRONICS<br>N.V., U.S. ROBOTICS and CISCO<br>SYSTEMS, INC.,<br><br>　　　Defendant/Counterclaim-Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  07 C 6121<br><br>Judge John W. Darrah<br><br>Magistrate Judge Schenkier |

**LOGITECH'S IDENTIFICATION OF CLAIM TERMS PURSUANT TO COURT
ORDER OF JANUARY 17, 2008**

In accordance with the Court's Order of January 17, 2008 (Docket Entry No. 30), Defendant and Counterclaim Plaintiff Logitech International SA ("Logitech"), by undersigned counsel, discloses the following list of claim terms, phrases, or clauses that Ascalade contends the Court should construe for U.S. Patent Nos. 7,016,481 and 7,139,371. All claim terms, phrases, or clauses that Ascalade contends should be construed by the Court are indicated in underlined, italicized font in the tables below.

EXHIBIT
E

Defendants' inclusion of terms in this list does not mean that they contend that any of these terms should be given a meaning other than its ordinary meaning, or that Defendants believe at this time that the meaning of any of these terms necessarily will be in dispute. Defendants reserve the right to seek construction of terms identified by Riparius and of constituent portions of identified terms.

## I.    U.S. PATENT NO. 7,016,481 ("THE '481 PATENT")

### A.    CLAIM 1 OF THE '481 PATENT

| Claim 1 |
|---|
| A remote cordless internet telephony device comprising: |
| a remote cordless telephone comprising *a remote cordless telephone handset* and *a remote cordless telephone base unit*; |
| said remote cordless telephone handset comprising a microphone, a speaker, a dialpad, a handset rf transceiver for communication with a base unit transceiver, *circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver*, circuitry for translating input from said handset *rf transceiver means* to an electrical signal as an input to said speaker, and *circuitry for translating a keypress on said dialpad into a DTMF tone as an input to said handset rf transmitter*; |
| *said remote cordless telephone base unit connected to a computer*, comprising a base unit rf transceiver for communication with said handset rf transceiver, *means for determining whether said communication represents a DTMF signal or audio information*, circuitry for translating communications from said handset rf transceiver into digital form for transmission to a computer, circuitry for receiving digital data from said computer and translating said digital data to a form suitable for transmission to said base unit rf transceiver, and *means for transmitting signals between said base unit rf transceiver and said computer*; |
| and *a computer having a connection to a digital telephony network* and a connection to said remote cordless telephone bas[e] unit, said computer executing software programmed to accept data from said remote cordless telephone base unit, transmit audio information input from said remote cordless telephone base unit to said digital telephony network, receive audio information input from said digital telephony network, convert said audio information input to a form suitable for said remote cordless telephone base unit and transmit said audio information input to said cordless telephone unit; |
| wherein *said software is compatible with telephony software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call over the Internet* whereby one user may carry on a voice conversation with a second user over said digital telephony network. |

II.     U.S. PATENT NO. 7,139,371 ("THE '371 PATENT")

A.     CLAIM 1 OF THE '371 PATENT

| Claim 1 |
|---|
| A remote cordless Internet telephony device comprising: |
| a remote cordless telephone comprising a *remote cordless telephone handset* and a *remote cordless telephone base unit*; |
| said remote cordless telephone handset comprising a microphone, a speaker, a dialpad, a handset rf transceiver for communication with a base unit transceiver, *circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver*, circuitry for translating input from said *handset rf transceiver means* to an electrical signal as an input to said speaker, and *circuitry for translating a keypress on said dialpad into data representing a keypress as an input to said handset rf transceiver*; |
| *said remote cordless telephone base unit connected to a computer*, comprising a base unit rf transceiver for communication with said handset rf transmitter, *means for determining whether said communication represents data representing a keypress or audio information*, circuitry for translating communications from said handset [r]f transceiver into digital form for transmission to a computer, circuitry for receiving digital data from said computer and translating said digital data to a form suitable for transmission to said base unit rf transceiver, and *means for transmitting signals between said base unit rf transceiver and said computer*; |
| and *a computer having a direct connection to a digital telephony network* and a connection to said remote cordless telephone bas[e] unit, said computer executing software programmed to accept data from said remote cordless telephone base unit, transmit audio information input from said remote cordless telephone base unit to said digital telephony network, receive audio information input from said digital telephony network, convert said audio information input to a form suitable for said remote cordless telephone base unit and transmit said audio information input to said cordless telephone base unit; |
| wherein *said software is compatible with telephony software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call over the Internet* whereby one user may carry on a voice conversation with a second user over said digital telephony network. |

Respectfully submitted,

Dated: April 4, 2008

/s/ Shawn P. Gorman
Timothy C. Meece
Jason S. Shull
Shawn P. Gorman
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, Illinois  60606
Telephone:     (312) 463-5000
Facsimile:      (312) 463-5001

*Attorneys for Defendant/Counterclaim-Plaintiff,*
*Logitech International SA.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing pleading was served by first class mail and email on the above-identified date on the following counsel of record.

Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller and Niro
181 West Madison Street
Suite 4600
Chicago, Illinois  60602

*Attorneys for Plaintiff/Counterclaim-Defendant,*
*Riparius Ventures LLC*

Jared Bobrow
Joseph H. Lee
Douglas E. Lumish
Weil, Gotschal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Phone: 650-802-3000 (gen'l)

Richard F. O'Malley, Jr.
Nicole E. Kopinski
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

*Attorneys for Defendant/Counterclaim-Plaintiff,*
*Cisco Systems, Inc.*

/s/ Shawn P. Gorman
*One of the Attorneys for Defendant/Counterclaim-Plaintiff,*
*Logitech International SA.*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIPARIUS VENTURES, LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ASCALADE COMMUNICATIONS, INC.,<br><br>    Defendants/Counterclaim Plaintiff. | Civil Action No. 07 C 3063<br><br>Judge John W. Darrah<br><br>Magistrate Judge Schenkier |
| RIPARIUS VENTURES, LLC,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>LOGITECH INTERNATIONAL SA,<br>KONINKLIJKE PHILIPS ELECTRONICS<br>N.V., U.S. ROBOTICS and CISCO<br>SYSTEMS, INC.,<br><br>    Defendant/Counterclaim-Plaintiffs. | Civil Action No. 07 C 6121<br><br>Judge John W. Darrah<br><br>Magistrate Judge Schenkier |

**U.S. ROBOTICS' IDENTIFICATION OF CLAIM TERMS PURSUANT TO COURT ORDER OF JANUARY 17, 2008**

In accordance with the Court's Order of January 17, 2008 (Docket Entry No. 30), Defendant and Counterclaim Plaintiff U.S. Robotics ("USR"), by undersigned counsel, discloses the following list of claim terms, phrases, or clauses that Ascalade contends the Court should construe for U.S. Patent Nos. 7,016,481 and 7,139,371. All claim terms, phrases, or clauses that Ascalade contends should be construed by the Court are indicated in underlined, italicized font in the tables below.

EXHIBIT
F

Defendants' inclusion of terms in this list does not mean that they contend that any of these terms should be given a meaning other than its ordinary meaning, or that Defendants believe at this time that the meaning of any of these terms necessarily will be in dispute. Defendants reserve the right to seek construction of terms identified by Riparius and of constituent portions of identified terms.

## I.    U.S. PATENT NO. 7,016,481 ("THE '481 PATENT")

### A.    CLAIM 1 OF THE '481 PATENT

| Claim 1 |
|---|
| A remote cordless internet telephony device comprising: |
| a remote cordless telephone comprising *a remote cordless telephone handset* and *a remote cordless telephone base unit*; |
| said remote cordless telephone handset comprising a microphone, a speaker, a dialpad, a handset rf transceiver for communication with a base unit transceiver, *circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver*, circuitry for translating input from said handset *rf transceiver means* to an electrical signal as an input to said speaker, and *circuitry for translating a keypress on said dialpad into a DTMF tone as an input to said handset rf transmitter*; |
| *said remote cordless telephone base unit connected to a computer*, comprising a base unit rf transceiver for communication with said handset rf transceiver, *means for determining whether said communication represents a DTMF signal or audio information*, circuitry for translating communications from said handset rf transceiver into digital form for transmission to a computer, circuitry for receiving digital data from said computer and translating said digital data to a form suitable for transmission to said base unit rf transceiver, and *means for transmitting signals between said base unit rf transceiver and said computer*; |
| and *a computer having a connection to a digital telephony network* and a connection to said remote cordless telephone bas[e] unit, said computer executing software programmed to accept data from said remote cordless telephone base unit, transmit audio information input from said remote cordless telephone base unit to said digital telephony network, receive audio information input from said digital telephony network, convert said audio information input to a form suitable for said remote cordless telephone base unit and transmit said audio information input to said cordless telephone unit; |
| wherein *said software is compatible with telephony software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call over the Internet* whereby one user may carry on a voice conversation with a second user over said digital telephony network. |

2

## II.    U.S. PATENT NO. 7,139,371 ("THE '371 PATENT")

### A.    CLAIM 1 OF THE '371 PATENT

| Claim 1 |
| --- |
| A remote cordless Internet telephony device comprising: |
| a remote cordless telephone comprising a *remote cordless telephone handset* and a *remote cordless telephone base unit*; |
| said remote cordless telephone handset comprising a microphone, a speaker, a dialpad, a handset rf transceiver for communication with a base unit transceiver, *circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver*, circuitry for translating input from said *handset rf transceiver means* to an electrical signal as an input to said speaker, and *circuitry for translating a keypress on said dialpad into data representing a keypress as an input to said handset rf transceiver*; |
| *said remote cordless telephone base unit connected to a computer*, comprising a base unit rf transceiver for communication with said handset rf transmitter, *means for determining whether said communication represents data representing a keypress or audio information*, circuitry for translating communications from said handset [r]f transceiver into digital form for transmission to a computer, circuitry for receiving digital data from said computer and translating said digital data to a form suitable for transmission to said base unit rf transceiver, and *means for transmitting signals between said base unit rf transceiver and said computer*; |
| and *a computer having a direct connection to a digital telephony network* and a connection to said remote cordless telephone bas[e] unit, said computer executing software programmed to accept data from said remote cordless telephone base unit, transmit audio information input from said remote cordless telephone base unit to said digital telephony network, receive audio information input from said digital telephony network, convert said audio information input to a form suitable for said remote cordless telephone base unit and transmit said audio information input to said cordless telephone base unit; |
| wherein *said software is compatible with telephony software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call over the Internet* whereby one user may carry on a voice conversation with a second user over said digital telephony network. |

Respectfully submitted,

Dated: April 4, 2008

/s/ Shawn P. Gorman
Timothy C. Meece
Jason S. Shull
Shawn P. Gorman
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone:    (312) 463-5000
Facsimile:    (312) 463-5001

*Attorneys for Defendant/Counterclaim-Plaintiff,*
*U.S. Robotics.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing pleading was served by first class mail and email on the above-identified date on the following counsel of record.

Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller and Niro
181 West Madison Street
Suite 4600
Chicago, Illinois  60602

*Attorneys for Plaintiff/Counterclaim-Defendant,*
*Riparius Ventures LLC*

Jared Bobrow
Joseph H. Lee
Douglas E. Lumish
Weil, Gotschal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Phone: 650-802-3000 (gen'l)

Richard F. O'Malley, Jr.
Nicole E. Kopinski
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

*Attorneys for Defendant/Counterclaim-Plaintiff,*
*Cisco Systems, Inc.*

/s/ Shawn P. Gorman
_____
*One of the Attorneys for Defendant/Counterclaim-Plaintiff,*
*U.S. Robotics Communications, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RIPARIUS VENTURES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Nos. 07-CV-3063 and |
| v. | ) | 07-CV-6121 |
| | ) | |
| ASCALADE COMMUNICATIONS, INC., | ) | Judge John W. Darrah |
| LOGITECH INTERNATIONAL S.A., | ) | Presiding Magistrate Judge Sidney I. |
| KONINKLIJKE PHILIPS | ) | Schenkier |
| ELECTRONICS N.V., | ) | |
| U.S. ROBOTICS and | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

**LOGITECH INTERNATIONAL S.A. AND U.S. ROBOTICS'**

**PROPOSED CLAIM CONSTRUCTIONS**

Defendants LOGITECH INTERNATIONAL S.A and U.S. ROBOTICS (respectively, "Logitech" and "USR") provide the following proposed claim constructions for U.S. Patent Nos. 7,016,481 and 7,139,371. Logitech and USR's inclusion of terms in this list does not mean that they believe at this time that the meaning of any of these terms necessarily will be in dispute. Logitech and USR's investigation is ongoing and Riparius has not yet disclosed its proposed constructions to Logitech or USR. Accordingly, Logitech and USR reserve the right to amend, modify, or supplement this disclosure as appropriate.

**I.      U.S. PATENT NO. 7,016,481 ("THE '481 PATENT")**

      A.      Claim 1 Of The '481 Patent

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
| A remote cordless Internet telephony device comprising: | |
| a remote cordless telephone comprising *a remote cordless telephone handset* and *a remote cordless* | The phrase "*remote cordless telephone handset*" means a cordless telephone |

EXHIBIT
G

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
| _telephone base unit_; | handset that communicates with a cordless base unit via radio frequency signals.<br><br>The phrase "_remote cordless base unit_" means a cordless base unit that communicates with the cordless telephone handset via radio frequency signals. |
| said remote cordless telephone handset comprising a microphone, a speaker, a dialpad, a handset _rf transceiver for communication with a base unit transceiver_, _circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver_, circuitry for translating input from _said handset rf transceiver means_ to an electrical signal as an input to said speaker, and _circuitry for translating a keypress on said dialpad into a DTMF tone as an input to said handset rf transmitter_; | The phrases "_rf transceiver for communication with a base unit transceiver_" and "_said handset rf transceiver means_" is a means-plus-function limitation. The function recited in the limitation is communication with a base unit transceiver.<br><br>This claim, however, is indefinite under 35 U.S.C. § 112 for failure to disclose the structure that corresponds to the claimed function. The only possible structure contained in the handset disclosed in the specification of '371 patent is a box on the "cordless handset" labeled "401 HS RF Module." (Fig. 4.) The specification, however, does not provide any explanation for the "401 HS RF Module" box sufficient to determine its structure.<br><br>Alternatively, assuming _arguendo_ that claim 1 is not indefinite under § 112 for failure to disclose the structure that corresponds to the claimed function, the corresponding structure for this function should be construed to include the description at 3:4-7; 4:8-15; 4:19-32; 4:55-58; 5:14-20; and Fig. 4 (generally describing circuitry, companders, and control chips that can communicate, via radio frequency, between a handset and a base unit).<br><br>The phrase "_circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver_" means circuitry that converts |

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
|  | the audio signal input to the microphone into radio frequency signals which are then input into the radio frequency transceiver means.<br><br>The phrase "*DTMF tone*" means a combination of high and low audio tones complying with the Dual-Tone Multi-Frequency standard (CCITT Recommendation Q.23) used for indicating which key on a key pad has been pressed. The phrase "*circuitry for translating a keypress on said dialpad into a DTMF tone as an input to said handset rf transmitter*" therefore means that the telephone handset has circuitry that converts a keypress on the dialpad into a combination of high and low audio tones complying with the Dual-Tone Multi-Frequency standard (CCITT Recommendation Q.23) as an input to the handset rf transmitter means. |
| *said remote cordless telephone base unit connected to a computer*, comprising a base unit rf transceiver for communication with said handset rf transceiver, *means for determining whether said communication represents a DTMF signal or audio information*, circuitry for translating communications from said handset rf transceiver into digital form for transmission to a computer, circuitry for receiving digital data from said computer and translating said digital data to a form suitable for transmission to said base unit rf transceiver, and *means for transmitting signals between said base unit rf transceiver and said computer*; | The phrase "*remote cordless telephone base unit connected to a computer*" means that the remote cordless telephone base unit is in electronic communication with a personal computer ("PC") via an I/O port and a sound card.<br><br>The phrase "*means for determining whether said communication represents a DTMF signal or audio information*" is a means-plus-function limitation. The function recited in the limitation is determining whether a communication from the handset represents a DTMF signal[1] or audio information input into the handset microphone.<br><br>This claim, however, is indefinite under 35 U.S.C. § 112 for failure to disclose the |

_____

[1] The phrase "DTMF signal" means a signal complying with the DTMF standard (CCITT Recommendation Q.23).

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
| | structure contained in the base unit that corresponds to the claimed function. The only possible structure contained in the base unit disclosed in the specification of '481 patent is a box on the "cordless handset base unit" labeled "110 DTMF decode." (Fig. 1.) The specification, however, does not refer to or provide any explanation for the "110 DTMF decode" box.<br><br>Alternatively, assuming *arguendo* that claim 1 is not indefinite under § 112 for failure to disclose the structure that corresponds to the claimed function, the corresponding structure for this function should be construed to include the description at 3:39-41; 4:37-52; 5:43-6:15; and Figs. 1, 2, 4, 6, 7, and 8 (generally describing chips, analysis, algorithms, and software).<br><br>The phrase "*means for transmitting signals between said base unit rf transceiver and said computer*" is a means-plus-function limitation. The function recited in the limitation is transmitting signals between the base unit rf transceiver and the communication I/O port and sound card of the PC.<br><br>Corresponding structures for transmitting signals between the base unit rf transceiver and the two necessary connections, one to the I/O and one to the sound card, of the PC is disclosed at 3:59-64; 4:1-3; 4:32-37; 5:55-6:9; 6:16-7:9; and Figs. 1-4 (generally describing USB ports, I/O ports, RS232 ports, and PC sound cards with audio in and audio out ports). |
| and a computer having a connection to a digital telephony network and a connection to said remote cordless telephone bas[e] unit, said computer executing software programmed to accept data | |

4

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
| from said remote cordless telephone base unit, transmit audio information input from said remote cordless telephone base unit to said digital telephony network, receive audio information input from said digital telephony network, convert said audio information input to a form suitable for said remote cordless telephone base unit and transmit said audio information input to said cordless telephone unit; | |
| wherein _said software is compatible with telephony software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call over the Internet_ whereby one user may carry on a voice conversation with a second user over said digital telephony network. | The phrase "_software is compatible with telephony software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call_" means the software causes the claimed device to emulate a POTS telephone by the ability to sense whether the phone is off hook, issue a dial tone, receive DTMF tones, and provide audible remote ring for an outbound call, as well as ring and connect inbound calls. |

B.    Claim 6 Of The '481 Patent

| Claim 6 | Logitech and USR's Claim Construction |
|---|---|
| A device as in claim 1 | |
| wherein said software is programmed to detect the presence of the remote cordless telephone on any port, | |
| _providing ready status_ where "ready" is defined as either (1) on hook in base or (2) out of base, not in use with radios and security codes synchronized. | The phrase "_providing ready status_" means the software provides a signal that identifies the ready status of the telephone. |

## II.    U.S. PATENT NO. 7,139,371 ("THE '371 PATENT")

A.    Claim 1 Of The '371 Patent

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
| A remote cordless Internet telephony device | |

5

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
| comprising: | |
| a remote cordless telephone comprising a _remote cordless telephone handset_ and a _remote cordless telephone base unit_; | The phrase "_remote cordless telephone handset_" means a cordless telephone handset that communicates with a cordless base unit via radio frequency signals.<br><br>The phrase "_remote cordless base unit_" means a cordless base unit that communicates with the cordless telephone handset via radio frequency signals. |
| said remote cordless telephone handset comprising a microphone, a speaker, a dialpad, a handset _rf transceiver for communication with a base unit transceiver_, _circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver_, circuitry for translating input from said _handset rf transceiver means_ to an electrical signal as an input to said speaker, and _circuitry for translating a keypress on said dialpad into data representing a keypress as an input to said handset rf transceiver_; | The phrases "_rf transceiver for communication with a base unit transceiver_" and "_said handset rf transceiver means_" is a means-plus-function limitation. The function recited in the limitation is communication with a base unit transceiver.<br><br>This claim, however, is indefinite under 35 U.S.C. § 112 for failure to disclose the structure that corresponds to the claimed function. The only possible structure contained in the handset disclosed in the specification of '371 patent is a box on the "cordless handset" labeled "401 HS RF Module." (Fig. 4.) The specification, however, does not provide any explanation for the "401 HS RF Module" box sufficient to determine its structure.<br><br>Alternatively, assuming _arguendo_ that claim 1 is not indefinite under § 112 for failure to disclose the structure that corresponds to the claimed function, the corresponding structure for this function should be construed to include the description at 3:7-10; 4:10-17; 4:21-34; 4:57-60; 5:16-22; and Fig. 4 (generally describing circuitry, companders, and control chips that can communicate, via radio frequency, between a handset and a base unit). |

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
|  | The phrase "*circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver*" means circuitry that converts the audio signal input to the microphone into radio frequency signals which are then input into the radio frequency transceiver means.<br><br>The phrase "*circuitry for translating a keypress on said dialpad into data representing a keypress as an input to said handset rf transceiver*" means circuitry that converts a keypress on the dialpad into data representing a DTMF tone as an input to the handset rf transceiver means. |
| *said remote cordless telephone base unit connected to a computer*, comprising a base unit rf transceiver for communication with said handset rf transmitter, *means for determining whether said communication represents data representing a keypress or audio information*, circuitry for translating communications from said handset [r]f transceiver into digital form for transmission to a computer, circuitry for receiving digital data from said computer and translating said digital data to a form suitable for transmission to said base unit rf transceiver, and *means for transmitting signals between said base unit rf transceiver and said computer*; | The phrase "*remote cordless telephone base unit connected to a computer*" means that the remote cordless telephone base unit is in electronic communication with a personal computer ("PC") via I/O port and a sound card.<br><br>The phrase "*means for determining whether said communication represents data representing a keypress or audio information*" is a means-plus-function limitation. The function recited in the limitation is determining whether a communication from the handset represents the data representing a DTMF signal[2] or information input into the handset microphone.<br><br>This claim, however, is indefinite under 35 U.S.C. § 112 for failure to disclose the structure that corresponds to the claimed function. The only possible structure disclosed in the specification of '481 patent is a box on the "cordless handset |

---

[2] The phrase "DTMF signal" means a signal complying with the DTMF standard (CCITT Recommendation Q.23).

7

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
| | base unit" labeled "110 DTMF decode." (Fig. 1.) The specification, however, does not refer to or provide any explanation for the "110 DTMF decode" box.

Alternatively, assuming *arguendo* that claim 1 is not indefinite under § 112 for failure to disclose the structure that corresponds to the claimed function, the corresponding structure for this function should be construed to include the description at 3:41-43; 4:39-54; 5:45-6:19; and Figs. 1, 2, 4, 6, 6a thru 6k, 7, 7a, 8, and 8a thru 8f (generally describing chips, analysis, algorithms, and software).

The phrase "*means for transmitting signals between said base unit rf transceiver and said computer*" is a means-plus-function limitation. The function recited in the limitation is transmitting signals between the base unit rf transceiver and the communication I/O port and sound card of the PC.

Corresponding structures for transmitting signals between the base unit rf transceiver and the two necessary connections, one to the I/O and one to the sound card, of the PC is disclosed at 3:61-66; 4:3-5; 4:34-39; 5:57-6:13; 6:18-7:14; and Figs. 1-4 (generally describing USB ports, I/O ports, RS232 ports, and PC sound cards with audio in and audio out ports). |
| and *a computer having a direct connection to a digital telephony network* and a connection to said remote cordless telephone bas[e] unit, said computer executing software programmed to accept data from said remote cordless telephone base unit, transmit audio information input from said remote cordless telephone base unit to said digital telephony network, receive audio information input from said digital telephony network, convert said audio information input to a form suitable for said | The phrase "*computer having a direct connection to a digital telephony network*" means that the PC is connected to a digital telephony network without an intervening modem or other communication mechanism. |

8

| Claim 1 | Logitech and USR's Claim Construction |
|---|---|
| remote cordless telephone base unit and transmit said audio information input to said cordless telephone base unit; | |
| wherein *said software is compatible with telephony software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call over the Internet* whereby one user may carry on a voice conversation with a second user over said digital telephony network. | The phrase "*software is compatible with telephone software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call*" means the software causes the claimed device to emulate a POTS telephone by the ability to sense whether the phone is off hook, issue a dial tone, receive DTMF tones, and provide audible remote ring for an outbound call, as well as ring and connect inbound calls. |

B.    Claim 6 Of The '371 Patent

| Claim 6 | Logitech and USR's Claim Construction |
|---|---|
| A device as in claim 1 | |
| wherein said software is programmed to detect the presence of the remote cordless telephone on any port, | |
| *providing ready status* where "ready" is defined as either (1) on hook in base or (2) out of base, not in use with radios and security codes synchronized. | The phrase "*providing ready status*" means the software provides a signal that identifies the ready status of the telephone. |

Respectfully submitted,

Dated: April 18, 2008

/s/ Timothy C. Meece
Timothy C. Meece
Jason S. Shull
Shawn P. Gorman
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone:    (312) 463-5000
Facsimile:    (312) 463-5001

*Attorneys for Defendant/Counterclaim-Plaintiff, Logitech International SA. and U.S. Robotics*

9

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was served this 18th day of April, 2008, pursuant to the Federal Rules of Civil Procedure via first class mail to the following counsel:

| | |
|---|---|
| Joseph N. Hosteny<br>Arthur A. Gasey<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison, Suite 4600<br>Chicago, IL 60602<br>Telephone: (312) 236-0733<br>Facsimile: (312) 236-3137<br><br>*Attorneys for Plaintiff/Counterclaim-<br>Defendant,<br>Riparius Ventures LLC* | Douglas E. Lumish<br>Jared Bobrow<br>Joseph H. Lee<br>WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>Richard F. O'Malley, Jr.<br>Nicole E. Kopinski<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>*Attorneys for Defendant/Counterclaim-<br>Plaintiff,<br>Cisco Systems, Inc.* |
| Troy Bullock<br>Chief Financial Officer, Corporate Secretary<br>ASCALADE COMMUNICATIONS INC.<br>12051 Riverside Way<br>Richmond, BC<br>Canada V6W 1K7<br><br>*Defendant/Counterclaim-Plaintiff,<br>Ascalade Communications, Inc.* | |

Dated: April 18, 2008          /s/ Timothy C. Meece

*One of the attorneys for
Defendant/Counterclaim-Plaintiff, Logitech
International SA. and U.S. Robotics*

10

04/18/2008 17:21 FAX 13124635001 BANNER & WITCOFF ☑001

```
**********************
***  TX REPORT  ***
**********************

TRANSMISSION OK

TX/RX NO            3917
RECIPIENT ADDRESS   1998#090000#99999#13122363137
DESTINATION ID
ST. TIME            04/18 17:17
TIME USE            04'53
PAGES SENT          11
RESULT              OK
```



**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

10 SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, ILLINOIS 60606
TEL: 312-463-5000
FAX: 312-463-5001
www.bannerwitcoff.com

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Joseph N. Hosteny Arthur A. Gasey | Timothy C. Meece |
| **COMPANY:** | **DATE:** |
| NIRO, SCAVONE, HALLER & NIRO | April 18, 2008 |
| **FAX NO.:** | **TOTAL NO. OF PAGES:** (including cover sheet) |
| (312) 236-3137 | 11 |
| **YOUR REFERENCE NO.:** | **OUR REFERENCE (C/M) NO.:** |
| | 007151.00003 |

RE: Logitech International S.A. and U.S Robotics Proposed Claim Constructions

*If you do not receive all page(s) or have any problems receiving this transmission, please call:*

| NAME: | PHONE: |
|---|---|
| Lydia Vega | 312-463-5539 |

**COMMENTS:**

```
                        ***********************
                        ***   TX REPORT   ***
                        ***********************


        TRANSMISSION OK

        TX/RX NO              3313
        RECIPIENT ADDRESS     1998#090000#99999#13128537036
        DESTINATION ID
        ST. TIME              04/18 17:17
        TIME USE              04'11
        PAGES SENT            11
        RESULT                OK
```

## BANNER & WITCOFF, LTD.
### INTELLECTUAL PROPERTY LAW

10 SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, ILLINOIS 60606
TEL: 312-463-5000
FAX: 312-463-5001
www.bannerwitcoff.com

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Richard F. O'Malley, Jr. | Timothy C. Meece |
| Nicole E. Kopinski | |

| COMPANY: | DATE: |
|---|---|
| SIDLEY AUSTIN LLP | April 18, 2008 |

| FAX NO.: | TOTAL NO. OF PAGES: (including cover sheet) |
|---|---|
| (312) 853-7036 | 11 |

| YOUR REFERENCE NO.: | OUR REFERENCE (C/M) NO.: |
|---|---|
| | 007151.00003 |

RE: Logitech International S.A. and U.S. Robotics Proposed Claim Constructions

*If you do not receive all page(s) or have any problems receiving this transmission, please call:*

| NAME: | PHONE: |
|---|---|
| Lydia Vega | 312-463-5539 |

COMMENTS:

```
                              ***********************
                              ***   TX REPORT   ***
                              ***********************


       TRANSMISSION OK

       TX/RX NO                    4580
       RECIPIENT ADDRESS           1998#090000#99999#16508023100
       DESTINATION ID
       ST. TIME                    04/18 17:43
       TIME USE                    04'03
       PAGES SENT                  11
       RESULT                      OK
```



**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

10 SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, ILLINOIS 60606
TEL: 312-463-5000
FAX: 312-463-5001
www.bannerwitcoff.com

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Douglas E. Lumish<br>Jared Bobrow<br>Joseph H. Lee | Timothy C. Meece |
| **COMPANY:** | **DATE:** |
| WEIL, GOTSHAL & MANGES LLP | April 18, 2008 |
| **FAX NO.:** | **TOTAL NO. OF PAGES:** (including cover sheet) |
| (650) 802-3100 | 11 |
| **YOUR REFERENCE NO.:** | **OUR REFERENCE (C/M) NO.:** |
| | 007151.00003 |

**RE:** Logitech International S.A. and U.S. Robotics Proposed Claim Constructions

*If you do not receive all page(s) or have any problems receiving this transmission, please call:*

| NAME: | PHONE: |
|---|---|
| Lydia Vega | 312-463-5539 |

**COMMENTS:**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIPARIUS VENTURES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.   07-CV-3063 |
| v.     ) | |
| ) | Honorable John W. Darrah |
| ASCALADE COMMUNICATIONS, INC.   ) | Magistrate Judge Schenkier |
| ) | |
| Defendant.   ) | JURY TRIAL DEMANDED |
| ) | |
| RIPARIUS VENTURES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  07-CV-6121 |
| v.     ) | |
| ) | Honorable John W. Darrah |
| LOGITECH INTERNATIONAL S.A.   ) | Magistrate Judge Morton Denlow |
| KONINKLIJKE PHILIPS ELECTRONICS N.V.,   ) | |
| U.S. ROBOTICS and   ) | |
| CISCO SYSTEMS, INC.   ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants.   ) | |

## RIPARIUS'S PROPOSED CLAIM CONSTRUCTIONS

Riparius proposes the following constructions for the terms identified by the parties.

Riparius reserves the right to supplement or modify these proposals, if necessary.

| Claim | Claim Element | Proposed Construction |
|---|---|---|
| 1, 371 and 481 | remote cordless telephone handset | Plain and ordinary meaning. A telephone that can be held in the hand, and which does not require a wired connection between it and a connecting point to a network or telephone system. |
| 1, 371 and 481 | remote cordless telephone base unit | Plain and ordinary meaning. A base or support for a telephone handset that does not require a wired connection between it and a connecting point to a network or telephone system. |

EXHIBIT
H

| Claim | Claim Element | Proposed Construction |
|---|---|---|
| 1, 371 and 481 | rf transceiver for communication with a base unit transceiver | Plain and ordinary meaning. A radio frequency transceiver (transmitter and receiver) that is capable of communicating with another transceiver in a base unit. |
| 1, 371 and 481 | circuitry for translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver | Plain and ordinary meaning. Circuitry that processes or digitizes the microphone signal and formats it appropriately for the chosen RF transceiver and transmission protocol. Audio cannot be broadcast directly as RF.<br><br>Alternatively, if this is a means plus function limitation, then the function is translating audio information input to said microphone to an rf signal as an input to said handset rf transceiver, and the structure is 440 HS compander, 425 HS Control Chip, 401 HS RF module and equivalents. |
| 1, 371 and 481 | rf transceiver means | Plain and ordinary meaning. A radio frequency transmitter and receiver. This is not a means plus function limitation because a person of skill understands the necessary structure from "rf transceiver."<br><br>Alternatively, if this limitation is a means-plus-function limitation, then the function is as described in the claim, that is, communicating with a base unit transceiver. Structure: transceivers, 3:8-10, 4:25-28, base and HS RF modules 401 and 451 in Figure 4, and equivalents. |
| 1, 371 | circuitry for translating a keypress on said dialpad into data representing a keypress as an input to said handset rf transceiver | Plain and ordinary meaning. Circuitry for scanning a keypad and processing the resulting indication of a keypress into a form and protocol acceptable by the selected RF transceiver.<br><br>Alternatively, if means plus function, then the function is translating a keypress on said dialpad into data representing a keypress as an input to said handset rf transceiver, and the structure is HS Control Chip 425 and Data+Ctl 426. |
| 1, 481 | circuitry for translating a keypress on said | Plain and ordinary meaning. Circuitry for scanning a keypad and processing the resulting indication of a |

2

| Claim | Claim Element | Proposed Construction |
|---|---|---|
| | dialpad into a DTMF tone as an input to said handset rf transmitter | keypress into a form and protocol acceptable by the selected RF transceiver.<br><br>DTMF: Plain and ordinary meaning. Pushbutton dialing rather than rotary dialing.<br><br>Alternatively, if means plus function, then the function is translating a keypress on said dialpad into a DTMF tone as an input to said handset rf transmitter and the structure is 1) HS Control Chip 425, or 2) HS Control Chip 425 and Data+Ctl 426; and equivalents. |
| 1, 371 and 481 | said remote cordless telephone base unit connected to a computer | For remote cordless telephone base unit, see above. For remainder of this clause, see below. |
| 1, 371 and 481 | base unit connected to a computer | Plain and ordinary meaning. A structure including a radio transceiver, and in communication with a computer. The structure may or may not contain a computer. |
| 1, 371 and 481 | computer | Plain and ordinary meaning. A device with a processor, input, output, and memory. The computer can be, but is not necessarily, a PC. |
| 1, 371 | means for determining whether said communication represents data representing a keypress or audio information | 112/6. Plain and ordinary meaning. Function: determining whether said communication represents data representing a keypress or audio information. Structure: a Base RF Module 451 and a Base Control Chip 470, see Figure 4, and equivalents. |
| 1, 481 | means for determining whether said communication represents data representing a DTMF signal or audio information | 112/6. Plain and ordinary meaning. Function: determining whether said communication represents data representing a DTMF signal or audio information. Structure: a Base RF Module 451 and a Base Control Chip 470, see Figure 4, and equivalents.<br><br>DTMF: Plain and ordinary meaning. Pushbutton dialing rather than rotary dialing. |
| 1, 371 and | means for transmitting | 112/6. Function: "transmitting signals between said |

3

| Claim | Claim Element | Proposed Construction |
|---|---|---|
| 481 | signals between said base unit rf transceiver and said computer | base unit rf transceiver and said computer." Structure: Sound card and serial port (Figure 4) ; sound card and USB (claim 5 and Figure 5); solely USB (claim 10); and equivalents of the foregoing. |
| 1, 371 | a computer having a direct connection to a digital telephony network | For computer, see above. For "direct", see below. For a digital telephony network, plain and ordinary meaning: a network not designed to carry analog voice, but to transmit data in digital format.. |
| 1, 371 | Direct | Excluding a connection via a specialized analog POTS line dial-up modem as shown in U.S. Patent No. 6,826,174 to Erickson. |
| 1, 371 and 481 | convert said audio information input to a form suitable for said remote cordless telephone base unit | Plain and ordinary meaning. As multiple methods of communication with the base are claimed in claim 5,10,and 11, and Internet Telephony software almost universally  encodes (compresses) audio transmissions, and often encrypts them, the base may require conversion to standard digital or audio output from the software program. |
| 1, 371 and 481 | said software is compatible with telephony software utilized by Internet telephony providers so as to allow emulation of a cordless POTS telephone call over the Internet | Plain and ordinary meaning. A computer program that is able to be used with a computer program used by Internet telephony providers offering Voice over IP service by, for example, sharing data. |
| 6, 371 and 481 | providing ready status | Plain and ordinary meaning: software that detects when the telephone is able to receive a call, that is, on hook in the base, or out of the base and not in use, with radios and security codes synchronized. |

4

RIPARIUS VENTURES LLC


/s/ Joseph N. Hosteny
Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller and Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
hosteny@nshn.com
gasey@nshn.com

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **PROPOSED CLAIM CONSTRUCTIONS** was served upon the below-listed counsel of record by facsimile and first class mail.

Timothy C. Meece
Jason S. Shull
Shawn P. Gorman
10 South Wacker Drive – Suite 3000
Chicago, IL 60606
tmeece@bannerwitcoff.com
jshull@bannercoff.com
sgorman@bannerwitcoff.com
Telephone 312-463-5420
Fax: 312-463-5001

Attorneys for Defendants U.S. Robotics
and Logitech International S.A.

Jared Bobrow
Joseph H. Lee
Douglas E. Lumish
Weil, Gotschal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Phone: 650-802-3000 (gen'l)
Fax:  650-802 3100
E-mail: doug.lumish@weil.com
joseph.lee@weil.com
jared.bobrow@weil.com

Richard F. O'Malley, Jr.
Nicole E. Kopinski
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
romalley@sidley.com
nkopinski@sidley.com
Telephone:  312-853-7000
Fax:  312-853-7036

Attorneys for Cisco Systems, Inc.

On April 18, 2008.

_____ /s/ Joseph N. Hosteny _____