# NEWTON'S TELECOM DICTIONARY

by HARRY NEWTON

## 10TH EDITION

THE OFFICIAL DICTIONARY OF
TELECOMMUNICATIONS
COMPUTER TELEPHONY
DATA COMMUNICATIONS
VOICE PROCESSING
PC TELEPHONY
WINDOWS 95 & NT
COMMUNICATIONS
NETWORKING AND
THE INTERNET

REF
TK5102
.N483
1996

REFERENCE

c.1
nyc ref



#1 SELLER 125,000+ SOLD

EXHIBIT I

USR000003

**DSX** Digital System Cross-connect frame. A bay or panel to which T-1 lines and DS1 circuit packs are wired and that permits cross-connections by patch cords and plugs. A DSX panel is used in small office applications where only a few digital trunks are installed. See also DACS.

**DSX-1** Digital Signal Cross-connect Level 1. The set of parameters for cross-connecting DS-1 lines.

**DSX-3** The designation for the DS3 point of interface (cross-connect).

**DTC** 1. Digital Trunk Controller. 2. Digital Transmit Command.

**DTE** 1. Data Terminal Equipment. In the RS-232-C standard specification, the RS-232-C is connected between the DCE (Data Communications Equipment) and a DTE. The main difference between a DCE and a DTE is that pins two and three are reversed. See also DCE and the Appendix. 2. Defense Technology Enterprise.

**DTE-DCE RATE** Data terminal equipment/data communications equipment rate. A designation for the maximum rate at which a modem and a PC can exchange information, expressed in kilobits per second (kbps). For maximum performance, a modem must support a DTE-DCE rate in excess of its maximum theoretical throughput.

**DTERM** A line of proprietary electronic phones made by NEC for use with its PBXs. The Dterm terminal derives its intelligence from its own microprocessor, which detects events and accepts direction from the PBX.

**DTLU** Digital Trunk and Line Unit. Provides system access for T1-carrier lines used for inter office trunks or remote switching module umbilicals.

**DTMF** Dual Tone Multi Frequency. A fancy term describing push button or Touchtone dialing. (Touchtone is a not registered trademark of AT&T, though until 1984 it was.) In DTMF, when you touch a button on a push button pad, it makes a tone, actually a combination of two tones, one high frequency and one low frequency. Thus the name Dual Tone Multi Frequency. In U.S. telephony, there are actually two types of "tone" signaling, one used on normal business or home push button/touchtone phones, and one used for signaling within the telephone network itself. When you go into a central office, look for the test board. There you'll see what looks like a standard touchtone pad. Next to the pad there'll be a small toggle switch that allows you to choose the sounds the touchtone pad will make -- either normal touchtone dialing (DTMF) or the network version (MF).

The eight possible tones that comprise the DTMF signaling system were specially selected to easily pass through the telephone network without attenuation and with minimum interaction with each other. Since these tones fall within the frequency range of the human voice, additional considerations were added to prevent the human voice from inadvertently imitating or "falsing" DTMF signaling digits. One way this was done to break the tones into two groups, a high frequency group and a low frequency group. A valid DTMF tone has only one tone in each group. Here is a table of the DTMF digits with their respective frequencies. One Hertz (abbreviated Hz.) is one cycle per second of frequency.

| Digit | Low fre… |
|---|---|
| 1 | 69… |
| 2 | 69… |
| 3 | 69… |
| 4 | 7… |
| 5 | 7… |
| 6 | 7… |
| 7 | 8… |
| 8 | 8… |
| 9 | 8… |
| 0 | 9… |
| * | 9… |
| # | 9… |

There are four other… ized applications tha…

| | |
|---|---|
| A | 6 |
| B | 7 |
| C | 8 |
| D | 9 |

Normal telephones (yo… Government Autovon (… tions, the extra four (th… government parlance i… indicate to communicat… handling) of the call an… be noted. See also LO…

**DTMF AUTOMATIC…** ing on a Novell file se… number to each user. … answers, it sends a sp… digit number for the co… workstation on the LA…

**DTMF CUT-THROU…** DTMF tones while th… speech playback. This … the machine has play… options). The user ca… sage -- when he first h… etc. When the voice pr… through), it stops spea… machine starts to say, … sion in now." But befor…

USR000004

# NEWTON'S TELECOM DICTIONARY

| Digit | Low frequency | High frequency |
|---|---|---|
| 1 | 697 Hz. | 1209 Hz. |
| 2 | 697 | 1336 |
| 3 | 697 | 1477 |
| 4 | 770 | 1209 |
| 5 | 770 | 1336 |
| 6 | 770 | 1477 |
| 7 | 852 | 1209 |
| 8 | 852 | 1336 |
| 9 | 852 | 1477 |
| 0 | 941 | 1336 |
| * | 941 | 1209 |
| # | 941 | 1477 |

There are four other digits defined in the DTMF system and usable for specialized applications that cannot be generated by standard telephones They are:

| | | |
|---|---|---|
| A | 697 Hz. | 1633 Hz. |
| B | 770 | 1633 |
| C | 852 | 1633 |
| D | 941 | 1633 |

Normal telephones (yours and mine) have 12 buttons, thus 12 combinations. Government Autovon (Automatic Voice Network) telephones have 16 combinations, the extra four (those above) being used for "precedence," which in Federal government parlance is a designation assigned to a phone call by the caller to indicate to communications personnel the relative urgency (therefore the order of handling) of the call and to the called person the order in which the message is to be noted. See also LONG TONES and the four following definitions.

**DTMF AUTOMATIC ROUTING** This is a term relating to a fax server operating on a Novell file server. In this system, the fax software assigns a four-digit number to each user. A fax sender dials the fax line, and after the fax server answers, it sends a special auto routing request signal. The sender dials the four-digit number for the correct user, and the fax is automatically sent to the user's workstation on the LAN.

**DTMF CUT-THROUGH** The capability of a voice response system to receive DTMF tones while the voice synthesizer is delivering information, i.e. during speech playback. This capability of DTMF cut-through saves the user waiting until the machine has played the whole message (which typically is a menu with options). The user can simply touchtone his response anytime during the message -- when he first hears his selection number, when the message first starts, etc. When the voice processor hears the touchtoned selection (i.e. the DTMF cut-through), it stops speaking and jumps to the chosen selection. For example, the machine starts to say, "If you know the person you're calling, touchtone his extension in now." But before you hear the "If you know" you push button in 230, which

USR000005

you know is Joe's extension. Bingo, the message stops and Joe's extension starts ringing. DTMF Cut-Through is also known as touchtone type-ahead.

**DTMF REGISTER** A printed circuit card in a switch that converts the DTMF signals coming from the phone into signals which can be used by the switch's stored program control, central computer to do its switching, etc.

**DTMF TO DIAL PULSE CONVERSION** A PBX feature. DTMF (push button) phones are very popular. But sometimes you install a PBX with push button phones in an area which doesn't have a central office which will respond to push button tones. It's old. In this case, anyone dialing on a push button phone will find that the PBX converts that dialing to rotary pulsing when the PBX accesses a trunk which can't handle push button dialing. All this doesn't speed up the time the call takes to get through. It just speeds up the user's dialing and makes him or her feel she is dealing with a more modern phone system.

**DTP** DeskTop Publishing.

**DTR** Data Terminal Ready. A control signal sent from the DTE to the DCE that indicates that the DTE is powered on and ready to communicate. DTR can also be used for hardware flow control.

**DTS** Digital Termination Systems. Microwave based transmission technology designed for bypass functions for short-hop, line-of-sight applications. It never converts to analog. Is useful in high-volume, pure-data applications in urban settings where line costs are high. It requires FCC license and is referred to formally by FCC as Digital Electronic Message Service, or DEMS.

**DTSR** Dial Tone Speed Recording.

**DTU** Digital Test Unit.

**DTX** Battery-saving feature on a cellular phone that cuts back the output power when you stop speaking.

**DU** Fiber Optic Connector developed by Nippon Electric Group.

**DUA** Directory User Agent. The software that accesses the X.500 Directory Service on behalf of the directory user. The directory user may be a person or another software element.

**DUAL** Distributed Update Algorithm. A routing algorithm that provides fast rerouting (convergence) with minimal consumption of resources.

**DUAL ATTACHMENT CONCENTRATOR** A concentrator that offers two connections to the FDDI network capable of accommodating the FDDI dual ring, and additional ports for connection of other FDDI devices.

**DUAL ATTACHMENT STATION** A device used in local area networks to allow access to two separate cable systems at the same time, providing protection against cable failure or damage.

**DUAL CABLE** A two-cable system in broadband LANs in which coaxial cable provides two physical paths for transmission, one for transmit and one for receive, instead of dividing the capacity of a single cable.

**DUAL COAT** An optical fiber coating structure consisting of a soft inner coating and a hard outer coating.

NEWTO

**DUAL FIBER CABLE** [cut off] cables enclosed in an extr[cut off] peeling back the overjack[cut off]

**DUAL HEADSET** Also k[cut off] set for the blind. One jack [cut off] phone and another jack p[cut off] voice synthesized output [cut off] Telephone Sales Repres[cut off] Security Administration ha[cut off] Dual headsets allow these [cut off] in public service. This de[cut off] specialist for the Social Se[cut off]

**DUAL HOMING** 1. The [cut off] port connections, each with[cut off] tion running critical busine[cut off] 2. A method of cabling FD[cut off] path to the dual ring. Can [cut off]

**DUAL LINE REGISTR**[cut off] bers in a single cellular tel[cut off] lular systems without "roa[cut off] or to have one number or [cut off] tem. This assures the cell[cut off] Angeles, but spends muc[cut off] cellular phone with Los Ar[cut off]

**DUAL LINE SERVICE** [cut off] nected to the premises. C[cut off]

**DUAL MODE** Dual mo[cut off] which will work for both a[cut off] phone industry is going di[cut off] digital systems. But some [cut off] buy them over today's ana[cut off] mode which you get in y[cut off] technology of your local c[cut off] technology, which works [cut off]

**DUAL NAM** Allows a cell[cut off] or separate carriers. Very u[cut off] half in another. For examp[cut off] Phoenix. His handheld cell [cut off]

**DUAL PROCESSING** [cut off] assigns parts of the opera[cut off] split into two engines (the [cut off] each engine on a separ[cut off] unless such a system is e[cut off] formance. Dual processin[cut off] being used at near-maxim[cut off]

**DUAL TONE MULTI-FR**[cut off]

USR000006

THE ULTIMATE COMPUTER REFERENCE

**Microsoft Press**


Designed for
Microsoft
Windows NT
Windows 98


CD-ROM Included


Microsoft
Internet Explorer

Over **8,000** Entries
with online updates available quarterly

# Microsoft Computer Dictionary
## Fourth Edition

- *Three new appendixes, including Y2K, file extensions, and Internet domains*
- *Searchable text on CD-ROM*
- *Extensive coverage of hardware, software, the Internet, and more!*
- *Detailed illustrations and diagrams for easy reference*

EXHIBIT J

USR000324.1



**emitter** *n.* In transistors, the region that serves as a source of charge carriers. *Compare* base (definition 3), collector.

**emitter-coupled logic** *n.* A circuit design in which the emitters of two transistors are connected to a resistor so that only one of the transistors switches at a time. The advantage of this design is very high switching speed. Its drawbacks are the high number of components required and susceptibility to noise. *Acronym:* ECL.

**EMM** *n. See* Expanded Memory Manager.

**e-money** or **emoney** \ē´mən`ē\ *n.* Short for electronic money. A generic name for the exchange of money through the Internet. *Also called* cybercash, digicash, digital cash, e-cash, e-currency.

**emotag** \ē´mō-tag`\ *n.* In an e-mail message or newsgroup article, a letter, word, or phrase that is encased in angle brackets and that, like an emoticon, indicates the attitude the writer takes toward what he or she has written. Often emotags have opening and closing tags, similar to HTML tags, that enclose a phrase or one or more sentences. For example: <joke>You didn't think there would really be a joke here, did you?</joke>. Some emotags consist of a single tag, such as <grin>. *See also* emoticon, HTML.

**emoticon** \ē-mō´ti-kon`\ *n.* A string of text characters that, when viewed sideways, form a face expressing a particular emotion. An emoticon is often used in an e-mail message or newsgroup post as a comment on the text that precedes it. Common emoticons include :-) or :) (meaning "I'm smiling at the joke here"), ;-) ("I'm winking and grinning at the joke here"), :-( ("I'm sad about this"), :-7 ("I'm speaking with tongue in cheek"), :D or :-D (big smile; "I'm overjoyed"), and :-O (either a yawn of boredom or a mouth open in amazement). *Compare* emotag.

**EMS** *n.* Acronym for Expanded Memory Specification. A technique for adding memory to PCs that allows for increasing memory beyond the Intel 80x86 microprocessor real-mode limit of 1 megabyte. In earlier versions of microprocessors, EMS bypassed this memory board limit with a number of 16-kilobyte banks of RAM that could be accessed by software. In later versions of Intel microprocessors, including the 80386 and 80486 models, EMS is converted from extended memory by software memory managers, such as EMM386 in MS-DOS 5. Now EMS is used mainly for older MS-DOS applications because Windows and other applications running in protected mode on 80386 and higher microprocessors are free of the 1-MB limit. *Also called* LIM EMS. *See also* expanded memory, protected mode. *Compare* conventional memory, extended memory.

**em space** *n.* A typographical unit of measure that is equal in width to the point size of a particular font. For many fonts, this is equal to the width of a capital M, from which the em space takes its name. *Compare* en space, fixed space, thin space.

**emulate** *vb.* For a hardware or software system to behave in the same manner as another hardware or software system. In a network, for example, microcomputers might emulate terminals in order to communicate with mainframes.

**emulation** *n.* The process of a computer, device, or program imitating the function of another computer, device, or program.

**emulator** *n.* Hardware or software designed to make one type of computer or component act as if it were another. By means of an emulator, a computer can run software written for another machine. In a network, microcomputers might emulate terminals in order to communicate with mainframes.

**emulsion laser storage** *n.* A method for recording data in film by selective heating with a laser beam.

**enable** *vb.* To activate or turn on. *Compare* disable.

**encapsulate** *vb.* **1.** To treat a collection of structured information as a whole without affecting or taking notice of its internal structure. In communications, a message or packet constructed according to one protocol, such as a TCP/IP packet, may be taken with its formatting data as an undifferentiated stream of bits that is then broken up and packaged according to a lower-level protocol (for example, as ATM packets) to be sent over a particular network; at the destination, the lower-level packets are assembled, re-creating the message as formatted for the encapsulated protocol. *See also* ATM (definition 1). **2.** In object-oriented programming, to keep the implementation details of a class a separate file whose contents do not need to be known by a programmer using that class. *See also* object-oriented programming, TCP/IP.

**Encapsulated PostScript** *n. See* EPS.

**encapsulated type** *n. See* abstract data type.

**encapsulation** *n.* In object-oriented programming, the packaging of attributes (properties) and functionality (methods or behaviors) to create an object that is es-

USR000325

# GLOSSARY OF TELECOMMUNICATIONS TERMS

FEDERAL STANDARD 1037C
August 7, 1996



TK5102
.G516

c.1
nyc ref



EXHIBIT K

FED-STD-1037C

**dual-tone multifrequency (DTMF) signaling:** In telephone systems, multifrequency signaling in which standard set combinations of two specific voice band frequencies, one from a group of four low frequencies and the other from a group of four higher frequencies, are used. (188) *Synonyms* **multifrequency pulsing, multifrequency signaling.** *Note 1:* DTMF signals, unlike dial pulses, can pass through the entire connection to the destination user, and therefore lend themselves to various schemes for remote control after access, *i.e.*, after the connection is established. *Note 2:* Telephones using DTMF usually have 12 keys. Each key corresponds to a different pair of frequencies. Each pair of frequencies corresponds to one of the ten decimal digits, or to the symbol "#" or "*", the "*" being reserved for special purposes. *Note 3:* The standard signal frequency pairs transmitted by DTMF equipment used by the public exchange carriers are as follows:

| Button or Digit | Frequencies (Hz) |
| --- | --- |
| 1 | 697/1209 |
| 2 | 697/1336 |
| 3 | 697/1477 |
| 4 | 770/1209 |
| 5 | 770/1336 |
| 6 | 770/1477 |
| 7 | 852/1209 |
| 8 | 852/1336 |
| 9 | 852/1477 |
| 0 | 941/1336 |
| * | 941/1209 |
| # | 941/1477 |

*Note 4:* Tactical telephones have 16 keys, the extra 4 being used for precedence. For DSN (Defense Switched Network) the signal frequency pairs transmitted for the ten decimal digits and the * and # are the same as those used by the public exchange carriers. The additional four keys, corresponding to four different frequency pairs and the precedence, are as follows:

| Button or Key | Frequencies (Hz) |
| --- | --- |
| FO (Flash Override) | 697/1633 |
| F (Flash) | 770/1633 |
| I (Immediate) | 852/1633 |
| P (Priority) | 941/1633 |

**dual-use access line:** A user access line normally used for analog voice communication, but which has special conditioning for use as a digital transmission circuit. (188)

**duct: 1.** In interfacility cabling, a conduit, which may be direct-earth buried or encased in concrete, used to enclose communications or power cables. *Note:* For maximum resistance to rodent attack, direct-earth-buried conduit should have an outside diameter equal to or greater than 6 cm (2.25 in.). **2.** *See* **atmospheric duct.**

**ducting:** The propagation of radio waves within an atmospheric duct. (188)

**dumb terminal:** An asynchronous terminal that (a) does not use a transmission control protocol and (b) sends or receives data sequentially one character at a time. *Note:* Dumb terminals usually handle ASCII characters.

**dummy load:** A dissipative impedance-matched network, usually used at the end of a transmission line to absorb all incident energy. *Note:* The dummy load usually converts the incident energy to thermal energy. (188)

**duobinary signal:** A pseudobinary-coded signal in which a "0" *("zero")* bit is represented by a zero-level electric current or voltage; a "1" *("one")* bit is represented by a positive-level current or voltage if the quantity of "0" bits since the last "1" bit is even,

USR000002

# IEEE 100

# THE AUTHORITATIVE DICTIONARY OF IEEE STANDARDS TERMS

## SEVENTH EDITION

◆IEEE

Published by
Standards Information Network
IEEE Press

EXHIBIT L

USR000325.1

(2) (of a relay) A term for contact operation (opening or closing) as a relay just departs from pickup. Also identifies the maximum value of an input quantity that will allow the relay to depart from pickup. (SWG/PE) C37.100-1992
(3) A loss of equipment operation (discrete data signals) due to noise, voltage sags, or interruption.
(IA/PSE) 1100-1999

**drop-out** In the storage and retrieval of data from a magnetic storage device, an error due to the failure to read a binary character. *Note:* Usually caused by defects or the presence of particles in the magnetic surface layer. (C) 610.10-1994w

**dropout fuse** A fuse in which the fuseholder or fuse unit automatically drops into an open position after the fuse has interrupted the circuit.
(SWG/PE) C37.40-1993, C37.100-1992

**dropout ratio (of a relay)** The ratio of dropout to pickup of an input quantity. *Note:* This term has been used mostly with relays for which reset is not differentiated from dropout. Hence a similar term, reset ratio, the ratio of reset to pickup, is not generally used, though technically correct.
(SWG/PE) C37.100-1992

**dropouts (1) (data transmission)** A loss of discrete data signals due to noise or attenuation hits. (PE) 599-1985w
(2) A subset of gain hit, dropouts are a loss of data caused by a decrease in signal, usually greater than 12 dB and lasting longer than 4 ms. Dropouts interrupt the information flow between two modems. Furthermore, even when the signal returns, some modems will take additional time to recover. Experience suggests that dropouts occur less often than the other types of transients. However, each dropout causes modem errors. *See also:* gain hit or change; phase hit or change.
(PE/IC) 1143-1994r

**dropout time (of a relay)** The time interval to dropout following a specified change of input conditions. *Note:* When the change of input conditions is not specified it is intended to be a sudden change from pickup value of input to zero input.
(SWG/PE) C37.100-1992

**dropout voltage (1) (or current)** The voltage (or current) at which a magnetically operated device will release to its de-energized position. It is a level of voltage (or current) that is insufficient to maintain the device in an energized state.
(IA/PSE) 446-1995
(2) The voltage at which a device will revert to its de-energized position, i.e., the voltage at which a device fails to operate. (IA/PSE) 1100-1999

**drop, voltage, anode** *See:* anode voltage drop.
**drop, voltage, starter** *See:* starter voltage drop.
**drop, voltage, tube** *See:* tube voltage drop.
**drop wire (drop) (data transmission)** A wire suitable for extending an open wire or cable pair from a pole or cable terminal to a building. (PE) 599-1985w
**DRP** *See:* eardrum reference point.
**DRS** *See:* Digital Reference Sequence.
**DRT box** *See:* anti-transmit-receive switch.
**drum** *See:* magnetic drum.
**drum controller (electric installations on shipboard)** An electric controller which utilizes a drum switch as the main switching element. A drum controller usually consists of a drum switch and a resistor.
(IA/ICTL/MT/IAC) 45-1983s, [60]

**drum factor (facsimile)** The ratio of usable drum length to drum diameter. *Note:* Before a picture is transmitted, it is necessary to verify that the ratio of used transmitter drum length to transmitter drum diameter is not greater than the receiver drum factor if the receiver is of the drum type. *See also:* facsimile. (COM) [49]

**drum plotter** A plotter that draws an image on a display surface mounted on a rotating drum. (C) 610.10-1994w

**drum puller (conductor stringing equipment)** A device designed to pull conductors(s) during stringing operations. It is normally equipped with its own engine which drives the drum(s) mechanically, hydraulically, or through a combination of both. It may be equipped with synthetic fiber rope or wire rope to be used as the pulling line. The pulling line is payed out from the unit, pulled through the travelers in the sag section, and attached to the conductor. The conductor is then pulled in by winding the pulling line back onto the drum. This unit is sometimes used with synthetic fiber rope acting as a pilot line to pull heavier pulling lines across canyons, rivers, etc. *Synonyms:* hoist; tugger; hoist, single drum; winch, single-drum. (PE/T&D) 524a-1993r, 524-1992r

**drum printer** An element printer in which a full set of type slugs, placed on a rotating print drum, is made available for each printing position. (C) 610.10-1994w

**drum reference point (DRP)** A point located at the end of the ear canal, corresponding to the eardrum position.
(COM/TA) 1329-1999

**drum speed (facsimile)** The angular speed of the transmitter of recorder drum. *Note:* This speed is measured in revolutions per minute. *See also:* recording; scanning.
(COM) 168-1956w

**drum switch** A switch in which the electric contacts are made of segments or surfaces on the periphery of a rotating cylinder or sector, or by the operation of a rotating cam. *See also:* switch; control switch. (IA/ICTL/IAC) [60]

**dry-arcing distance (insulators)** The shortest distance through the surrounding medium between terminal electrodes, or the sum of the distances between intermediate electrodes, whichever is the shorter, with the insulator mounted for dry flashover test. *See also:* insulator. (EEC/IEPL) [89]

**dry bulb temperature** The temperature of a gas, or a mixture of gases, that is indicated by an accurate thermometer after correction for radiation. (IA/PSE) 241-1990r

**dry cell** A cell in which the electrolyte is immobilized. *See also:* electrochemistry. (EEC/PE) [119]

**dry-charged battery (lead-acid batteries for photovoltaic systems)** A battery in which the electrolyte has been removed for ease in shipping or storage or both. (PV) 937-1987s

**dry-charged cell** A cell that does not contain electrolyte for ease in shipping or storage, or both. (SCC21) 937-2000

**dry circuit relay** Erroneously used for a relay with either dry or low-level contacts. *See also:* low-level relay contacts.
(EEC/REE) [87]

**dry contact** One through which no direct current flows.
(COM) 312-1977w, [48]

**dry location** A location not normally subject to dampness or wetness. A location classified as dry may be temporarily subject to dampness or wetness, as in the case of a building under construction. (NEC/NESC/IA/PC) [86], 515.1-1995

**dry-niche lighting fixtures** A lighting fixture intended for installation in the wall of the pool in a niche that is sealed against the entry of pool water by a fixed lens.
(NESC/NEC) [86]

**dry reed relay** A reed relay with dry (nonmercury-wetted) contacts. (PE/EM) 43-1974s

**dry relay contacts (A)** Contacts which neither break nor make current. **(B)** Erroneously used for relay contacts, low level.
(EEC/REE) [87]

**dry-run test** A test of switching or tripping sequences with equipment not energized or "dry." (PE/SUB) 1378-1997

**dry-type (1) (grounding device) (current-limiting reactor)** Having the coils immersed in an insulating gas. *See also:* reactor. (PE/SPD) 32-1972r, C57.16-1958w
(2) **(regulator)** Having the core and coils not immersed in an insulting liquid. *See also:* voltage regulator.
(PE/TR) C57.15-1968s
(3) Having the core and coils neither impregnated with an insulating fluid nor immersed in an insulating oil. *See also:* dry-type transformer. (PE/TR) [57]

**dry-type encapsulated water-cooled transformer (electrical heating applications to melting furnaces and forehearths in the glass industry)** Dry-type (nonoil-cooled) transformer

**dry-type forced-air-cooled transformer** in which the windings are made from hollow conducting tubes that are cooled by transferring heat to water flowing in the tubes. Since the cooling is internal, the windings are usually totally encapsulated with epoxy resin.
(IA) 668-1987w

**dry-type forced-air-cooled transformer (power and distribution transformers)** (class AFA) A dry-type transformer which derives its cooling by the forced circulation of air.
(PE/TR) C57.12.80-1978r

**dry-type instrument transformer** *See:* dry-type.

**dry-type nonventilated self-cooled transformer (power and distribution transformers)** (class ANV) A dry-type self-cooled transformer which is so constructed as to provide no intentional circulation of external air through the transformer, and operating air through the transformer, and operating at zero gauge pressure.
(PE/TR) C57.12.80-1978r, C57.15-1968s

**dry-type self-cooled/forced-air-cooled transformer (power and distribution transformers)** (Class AA/FA) A dry-type transformer which has a self-cooled rating with cooling obtained by the natural circulation of air and a forced-air-cooled rating with cooling obtained by the forced circulation of air.
(PE/TR) C57.12.80-1978r

**dry-type self-cooled shunt reactor (shunt reactors over 500 kVA)** (class AA) A dry-type shunt reactor which is cooled by the natural circulation of the cooling air.
(PE/TR) C57.21-1981s

**dry-type self-cooled transformer (power and distribution transformers)** (class AA) A dry-type transformer that is cooled by the natural circulation of air.
(PE/TR) C57.12.80-1978r

**dry-type shunt reactor (shunt reactors over 500 kVA)** One in which the coils and magnetic circuit are neither impregnated with an insulating fluid nor immersed in an insulating oil.
(PE/TR) C57.21-1981s

**dry-type transformer** (A) (electrical heating applications to melting furnaces and forehearths in the glass industry) A transformer that relies on convection or forced air rather than liquid, such as oil or water, for cooling. (B) **(power and distribution transformers)** A transformer in which the core and coils are in a gaseous or dry compound insulating medium. *See also:* ventilated dry-type transformer; sealed transformer; nonventilated dry-type transformer; compound-filled transformer; gas-filled transformer.
(IA/PE/TR) 668-1987, C57.12.80-1978

**dry vault** A ventilated, enclosed area not subject to flooding.
(SWG/PE) C37.100-1992

**DS** *See:* digital signal.

**DSAP** *See:* address fields.

**D-scan** *See:* D-display.

**D-scope** A cathode-ray oscilloscope arranged to present a D-display.
(AES/RS) 686-1990

**DS/DD** *See:* double-density disk; double-sided disk.

**DSE** *See:* data switching exchange.

**DS-4** *See:* digital signal level four.

**DS/HD** *See:* high-density disk; double-sided disk.

**DS1 frame** The DS1 frame consists of 193 bit positions, the first of which is the frame overhead bit position. The remaining 192 bits are available as payload, and can be divided into 24 blocks (channels) of 8 bits each.
(COM/TA) 1007-1991r

**D64 module** A module whose data space is limited to a 64-bit width.
(C/BA) 14536-1995

**DSK** *See:* Dvorak keyboard.

**DSL** *See:* data sublanguage; digital subscriber line.

**DS-1** *See:* digital signal level one.

**DSS** *See:* decision support system; decision support services.

**D-star (D\*) (fiber optics)** A figure of merit often used to characterize detector performance, defined as the reciprocal of noise equivalent power (NEP), normalized to unit area and unit bandwidth.

$$D^* = \frac{\sqrt{(A\Delta f)}}{NEP}$$

where A is the area of the photosensitive region of the detector and $(\Delta f)$ is the effective noise bandwidth. *Synonym:* specific detectivity. *See also:* noise equivalent power; detectivity.
(Std100) 812-1984w

**DS-3** *See:* digital signal level three.

**DS-2** *See:* digital signal level two.

**DSU** *See:* data service unit.

**DS-0** *See:* digital signal level zero.

**DTB** *See:* data transfer bus.

**DTE (Data Terminal Equipment)** *See:* data terminal equipment.

**DTG** *See:* dynamically tuned gyro.

**D32 module** A module whose data space is limited to a 32-bit width.
(C/BA) 14536-1995

**DTL** *See:* diode-transistor logic.

**DTMF** *See:* dual tone multifrequency.

**DTMF signaling** *See:* dual tone multifrequency signaling.

**d-to-a converter** *See:* digital-to-analog converter.

**D-TRAN** *See:* Decision Table Translator.

**DTS** *See:* digital termination system.

**dual alternate routing (data transmission)** (When applied to the routing of two circuits) The transmission facility assigned to one circuit is geographically separated from the transmission facility assigned to the other circuit throughout their entire length. To meet the aforementioned criteria, dual alternate routes are constructed in such a manner that an interruption on one route will not result in an interruption on the other.
(PE) 599-1985w

**dual-beam oscilloscope** An oscilloscope in which the cathode-ray tube produces two separate electron beams that may be individually or jointly controlled. *See also:* multibeam oscilloscope; oscillograph.
(IM/WM&A) 311-1970w, 181-1977w

**dual benchboard** A combination assembly of a benchboard and a vertical hinged panel switchboard placed back to back (no aisle) and enclosed with a top and ends.
(SWG/PE) C37.100-1992, C37.21-1985r

**dual bus** A pair of buses carrying digital bit streams flowing in opposite directions. One bus is referred to as Bus A and the other bus as Bus B.
(LM/C) 8802-6-1994

**dual buses** Two functional buses (primary and secondary) on the same backplane, each possessing the signals required to transfer data between boards.
(C/BA) 896.3-1993w

**dual cable** A type of broadband coaxial cable system that uses separate cables to carry the inbound and outbound signals.
(LM/C) 802.7-1989r

**dual-channel controller** A controller that enables reading from and writing to a device to occur simultaneously.
(C) 610.10-1994w

**dual coding (software)** A development technique in which two functionally identical versions of a program are developed by different programmers or different programming teams from the same specification. The resulting source code may be in the same or different languages. The purpose of dual coding is to provide for error detection, increase reliability, provide additional documentation, or reduce the probability of systematic programming errors or compiler errors influencing the end result. *See also:* documentation; program; compiler; reliability; specification; error; code.
(C/SE) 729-1983s

**dual control** A term applied to signal appliances provided with two authorized methods of operation.
(EEC/PE) [119]

**dual diversity (data transmission)** The term applied to the simultaneous combining of four signals and their detection through the use of space, frequency or polarization characteristics.
(PE) 599-1985w

**dual duplex** A signaling system that supports simultaneous duplex communication over two cabling pairs.
(C/LM) 802.3-1998

Case 1:07-cv-06121    Document 39-18    Filed 05/08/2008    Page 11 of 14

USR000327

Case 1:07-cv-06121    Document 39-18    Filed 05/08/2008    Page 12 of 14



EXHIBIT M

USR000327.1

deteriorates to a point where a specified output cannot be obtained.

**dry-type forced-air-cooled transformer (class AFA)**—A transformer which is not immersed in oil and which derives its cooling by the forced circulation of air.

**dry-type self-cooled/forced-air-cooled transformer (class AA/FA)**—A transformer which is not immersed in oil and which has a self-cooled rating with cooling obtained by the forced circulation of air.

**dry-type self-cooled transformer (class AA)** — A transformer which is cooled by the natural circulation of air and which is not immersed in oil.

**dry-type transformer** — A transformer which is cooled by the circulation of air and which is not immersed in oil.

**dsc** — Abbreviation for double silk-covered.

**D-scope**—A radar display similar to a C-scope except that the blips extend vertically to give a rough estimate of the distance.

**"D" service** — FAA service pertaining to radio broadcast of meteorological information, advisory messages, and notices to airmen.

**DT-cut crystal**—A crystal cut to vibrate below 500 kHz.

**DTE**—*See* Data Termination Equipment.

**DTL** — Abbreviation for diode transistor logic.

**DTMF** — Abbreviation for dual-tone multifrequency.

**D-type flip-flop** — A flip-flop that, on the occurrence of the leading edge of a clock pulse, propagates to the 1 output whatever information is at its D (data) conditioning input prior to the clock pulse.

**dual**—Either of a pair of systems, circuits, etc., that are described by equations of the same form in which the same functional relationships hold provided that the dependent and independent dynamic variables are interchanged between these equations.

**dual-beam oscilloscope** — An oscilloscope in which the cathode-ray tube produces two separate electron beams that may be individually or jointly controlled.

**dual capacitor**—Two capacitors within a single housing.

**dual capstan**—*See* Closed Loop.

**dual-channel amplifier** — An amplifier which has two channels independent of each other, but similar in design, construction, and output.

**dual coaxial cable** — Two individually insulated conductors laid parallel or twisted and placed within an overall shield and sheath.

**dual cone** — Speaker unit containing a main cone for bass and middle frequencies and a smaller, stiffer inner cone for treble frequencies, sometimes called a "full range" speaker unit.

**dual-diversity receiver**—1. A radio receiver that receives signals from two different receiving antennas and uses whichever signal is the stronger at each instant to offset fading. In one arrangement, two identical radio-frequency systems, each with its own antenna, feed a common audio-frequency channel. In another arrangement, a single receiver is changed over from one antenna to the other by electronic switching at a rate fast enough to prevent loss of intelligibility. 2. The operation of combining two identical signals received over diverse paths to obtain an improvement of up to 3 dB in signal-to-noise ratio.

**dual-emitter transistor** — A passivated pnp silicon planar epitaxial transistor with two emitters; used as a low-level chopper.

**dual-frequency induction heater** — A type of induction heater in which work coils operating at two different frequencies induce energy, either simultaneously or successively, to material within the heater.

**dual-groove record**—*See* Cook System.

**dual in-line package**—1. A type of housing for integrated circuits. The standard form is a molded plastic container about ¾ inch long and ⅓ inch wide (1.9 × 0.8 cm), with two rows of pins spaced 0.1 inch (2.5 cm) between centers. This package is more popular than the flat pack or TO-type can for industrial use because it is relatively inexpensive and is easily dip-soldered into printed circuit boards. 2. Carrier in which a semiconductor integrated circuit or other components such as transistors, diodes, capacitors, inductors, resistors, or film hybrid circuits are assembled and sealed. Package consists of a plastic or ceramic body with two rows of seven or more vertical leads which are inserted into a circuit board and secured by soldering. Abbreviated DIP.



*Dual in-line package.*

**dual meter**—A meter constructed so that two aspects of a circuit may be read simultaneously.

**dual-mode injection**—*See* DMI.

**dual modulation**—The use of two different types of modulation, each conveying separate intelligence, to modulate a common carrier or subcarrier wave.

**dual operation** — A logic operation the result of which is the negation of the result of an original operation when applied to the negation of its operands; for example, the OR operation is the dual of the AND operation. A dual operation is represented by writing 0 for 1 and 1 for 0 in the tabulated values of P, Q, and R for the original operation.

**dual pickup**—*See* Turnover Pickup.

**dual rail**—Pertaining to a method of transferring data in which the data and the complement of the data are available on different input or output lines or wires. Also called double rail.

**dual slope converter** — An integrating a/d converter in which the unknown signal is converted to a proportional time interval which is then measured digitally.

**dual-tone multifrequency**—Abbreviated DTMF. 1. A signaling method in which are employed set pairs of specific frequencies used by subscribers and pbx attendants, if their switchboard positions are so equipped, to indicate telephone address digits, precedence ranks, and end of signaling. 2. A portion of the touch tone telephone dialing system developed by AT&T, DTMF signalling transports precisely defined and matched tone pair signals over sharply tuned amplitude-guarded channels to achieve highly error-immune operation.

**HIGH-GROUP TONES**

| | 1209 Hz | 1336 Hz | 1477 Hz | 1633 Hz |
|---|---|---|---|---|
| 697 Hz | 1 | 2 | 3 | A |
| 770 Hz | 4 | 5 | 6 | B |
| 852 Hz | 7 | 8 | 9 | C |
| 941 Hz | * | 0 | # | D |

← TWO-OUT-OF-SEVEN CODE →
← TWO-OUT-OF-EIGHT CODE →

Telephone-system addressing is generally restricted to the two-out-of-seven code, and telephone sets are supplied with 10 or 12-button dials.

Data and specialized signaling applications often make use of the full two-out-of-eight code.

*Dual tone multifrequencies.*

**dual-tone multifrequency signaling** — Sending numerical address information from a telephone by sending, simultaneously, a combination of two tones out of a group of eight. The eight frequencies are: 697, 770, 852, 941, 1209, 1336, 1477, and 1633 Hz.

**dual trace** — A mode of operation in which a single beam in a cathode-ray tube is shared by two signal channels. *See also* Alternate Mode *and* Chopped Mode.

**dual-track recorder**—Normally a monophonic recorder where the recording head covers slightly less than half the width of a standard quarter-inch tape, making it possible to record one track on the tape in one direction and, after turning the reels over, a second track in the opposite direction. Known also as "half-track" or "two-track" recorder.

**dual-use line** — A communications link that normally is used for more than one mode of transmission (e.g., for voice and data).

**dub** — A copy of a recording (noun). To make a copy of a recording by recording on one machine what another machine is playing (verb). Also called rerecording.

**dubbing** — 1. In radio broadcasting, the addition of sound to a prerecorded tape or disc. 2. Copying of already recorded material. In tape recording, playing a tape or disc on one machine while recording it on another. The copy is called a dub.

**duct** — 1. An overhead or underground protective tube or pipe used for carrying electrical conductors. 2. In microwave transmission, atmospheric conditions may cause radio waves to follow a narrower path than usual. The narrower path is called a duct. The presence of ducting sometimes causes unusual transmission because the transmission waves do not follow the intended path.

**ducting**—The trapping of an electromagnetic wave, in a waveguide action, between two layers of the earth's atmosphere, or between a layer of the atmosphere and the earth's surface.

**DUF** — Abbreviation for diffusion under the epitaxial film. A method for providing a low-resistance path between the active region of an IC transistor and the contact electrode at the surface. A region of high conductance is formed by selective diffusion in the required location prior to deposition of the epitaxial layer.

**dumb terminal**—1. Conversational slave to a host computer in a communication network. 2. An inexpensive means of interactive computer control that is good for on-line fixed-program applications. All software is in the host computer mainframe. A dumb terminal contains no user programming or memory for data manipulation. 3. The minimum equipment necessary to communicate with a computer. It consists of a monitor and a keyboard and will do little more than send and receive data.

**dummy**—1. A device which can be substituted for another, but which has no operating features. 2. A telegraphy network used to simulate a customer's loop for adjustment of a telegraph repeater. The dummy side of the repeater is the side toward the customer. 3. In a computer, an artificial address, instruction, or other unit of information inserted solely for the

USR000328

# DTMF Tones

**net.neutrality**
Learn more about Net Neutrality... and why you should care.

**Contents**
- DialABC
- Words
- Numbers
- Motion
- Sound
  - DTMF
  - Generate
  - Detect
  - Music
- Anagrams
- Links
- About

**Tools**
- Word Search
- Compare Prefixes
- Prefix Word Search
- Multiple Word Search
- Key Pad Map
- TollFree Availability

You are not logged in.

[Log In]

## DTMF Tones

The sounds used for touch tone dialing are refered to as DTMF (Dual Tone Multiple Frequencies) tones. Each number (as well as the "#" and "*") is represented by a pair of tones. For instance, the number "1" is represented by the frequencies 1209 Hz and 697 Hz.

The following table shows the DTFM frequencies and the corresponding keys.

|  |  | Upper Band | | | |
| --- | --- | --- | --- | --- | --- |
|  |  | 1209 Hz | 1336 Hz | 1477 Hz | 1633 Hz |
| Lower Band | 697 Hz | 1 | 2 | 3 | A |
|  | 770 Hz | 4 | 5 | 6 | B |
|  | 852 Hz | 7 | 8 | 9 | C |
|  | 941 Hz | * | 0 | # | D |

Frequency/Key Matrix for DTMF Key Pads

For example, in order to generate the DTMF tone for "1", you mix a pure 697 Hz signal with a pure 1209 Hz signal, like so:



697 Hz Sine Wave    +    1209 Hz Sine Wave    =    DTMF Tone "1"
.wav, .au                 .wav, .au                    .wav, .au

Two Pure Sine Waves combine for form the DTMF Tone for "1"

DTMF "Touch" Tones are defined in CCITT Volume VI: *General Recommendations on Telephone Switching and Signalling Recommendation Q.23: Technical Features of Push-Button Telephone Sets.*". This document and its related standard documents will tell you more than you would ever want to know about DTMF tones.

### What about the A, B, C, and D keys?

The standard defines the DTMF tones for 16 keys, but telephones only use 12 of these 16 keys. The remaining 4 tones are sometimes used within the telephone networks, but unless you are a telecommunication geek working for a telephone company or the military, you will probably never get to hear one of these tones, but, if you are anxious to know what these tones sound like, you can use our online DTMF tone generator to create and download computer audio files containing DTMF tones from the elusive 4th column. Just enter uppercase A, B, C, or D instead of a number and you will get those tones.

Last updated Friday June 29 2007
For more info contact Zeebar Technology Services, Inc..

(C) Copyright 1996-2006 by Helmut Hissen and Zeebar Technology Services, Inc.
All rights reserved.



USR000330



EXHIBIT N