IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIPARIUS VENTURES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  07-CV-3063 |
| v. ) | |
| ) | Honorable John W. Darrah |
| ASCALADE COMMUNICATIONS, INC. ) | Magistrate Judge Schenkier |
| ) | |
| Defendant. ) | JURY TRIAL DEMANDED |
| ) | |
| RIPARIUS VENTURES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  07-CV-6121 |
| v. ) | |
| ) | Honorable John W. Darrah |
| LOGITECH INTERNATIONAL S.A. ) | Magistrate Judge Morton Denlow |
| KONINKLIJKE PHILIPS ELECTRONICS ) | |
| N.V. , ) | |
| U.S. ROBOTICS and ) | |
| CISCO SYSTEMS, INC. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

**RIPARIUS'S AND U.S. ROBOTICS'S AGREED MOTION
FOR ENTRY OF STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Riparius and U.S. Robotics have settled this case pursuant to a confidential settlement agreement. A Stipulated Order of Dismissal, executed by Riparius and U.S. Robotics is Exhibit A to this motion. The stipulation does not affect Riparius's claims against the remaining defendants, or any counterclaims asserted by those remaining defendants.

Riparius and U.S. Robotics therefore respectfully request that the attached Stipulation Order of Dismissal be entered. A copy of the Order, in WordPerfect format, is being forwarded

to Proposed_Order_Darrah@ilnd.uscourts.gov, and a courtesy copy of this motion and Exhibit A is being delivered to Chambers, Room 1288.

    The parties appreciate the Court's attention to this matter.

                                              RIPARIUS VENTURES LLC

                                              /s/ Joseph N. Hosteny
                                              Joseph N. Hosteny
                                              Arthur A. Gasey
                                              Niro, Scavone, Haller and Niro
                                              181 West Madison Street, Suite 4600
                                              Chicago, Illinois 60602
                                              Phone: (312) 236-0733
                                              hosteny@nshn.com
                                              gasey@nshn.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 1, 2008 the foregoing **RIPARIUS'S AND U.S. ROBOTICS'S AGREED MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. A copy was also hand-delivered to Judge John W. Darrah.

| | |
|---|---|
| Timothy C. Meece<br>Jason S. Shull<br>Shawn P. Gorman<br>10 South Wacker Drive – Suite 3000<br>Chicago, IL  60606<br>tmeece@bannerwitcoff.com<br>jshull@bannercoff.com<br>sgorman@bannerwitcoff.com<br>Telephone  312-463-5420<br>Fax:  312-463-5001<br><br>Attorneys for Defendants Ascalade,<br>U.S. Robotics and Logitech International S.A. | Jared Bobrow<br>Joseph H. Lee<br>Douglas E. Lumish<br>Weil, Gotschal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, California 94065<br>Phone: 650-802-3000 (gen'l)<br>Fax:  650-802 3100<br>E-mail: doug.lumish@weil.com<br>joseph.lee@weil.com<br>jared.bobrow@weil.com<br><br>Richard F. O'Malley, Jr.<br>Nicole E. Kopinski<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL  60603<br>romalley@sidley.com<br>nkopinski@sidley.com<br>Telephone:  312-853-7000<br>Fax:  312-853-7036<br><br>Attorneys for Cisco Systems, Inc. |

              /s/ Joseph N. Hosteny