# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIPARIUS VENTURES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  07-CV-3063 |
| v. ) | |
| ) | Honorable John W. Darrah |
| ASCALADE COMMUNICATIONS, INC. ) | Magistrate Judge Schenkier |
| ) | |
| Defendant. ) | JURY TRIAL DEMANDED |
| ) | |
| RIPARIUS VENTURES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  07-CV-6121 |
| v. ) | |
| ) | Honorable John W. Darrah |
| LOGITECH INTERNATIONAL S.A. ) | Magistrate Judge Morton Denlow |
| KONINKLIJKE PHILIPS ELECTRONICS ) | |
| N.V. , ) | |
| U.S. ROBOTICS and ) | |
| CISCO SYSTEMS, INC. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

**STIPULATED ORDER OF DISMISSAL OF CLAIMS**

Plaintiff Riparius Ventures LLC ("Plaintiff" or "Riparius"), and defendant, U.S. Robotics ("U.S. Robotics" or "defendant"), have reached agreement on a settlement of all claims brought in this action between plaintiff and defendant and on the basis of the settlement reached, plaintiff and defendant hereby voluntarily dismiss with prejudice all claims and counterclaims brought against each other, and voluntarily dismiss without prejudice all declaratory judgment counterclaims related to the validity of the Patents-in-Suit brought by defendant IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 41(a)(2), as follows:

1.	Plaintiff and U.S. Robotics hereby dismiss all claims and counterclaims related to infringement of the Patents-in-Suit that were or could have been brought against each other in this Civil Action with prejudice.

2.	U.S. Robotics hereby dismisses all counterclaims related to the validity and enforceability of the Patents-in-suit that were or could have been brought by U.S. Robotics in this Civil Action with prejudice.

3.	Plaintiffs and U.S. Robotics shall bear their own costs and attorneys' fees.

4.	The Plaintiff has reserved all its rights against the remaining defendants and nothing in this order waives, releases, or adjudicates such rights.

SO ORDERED:


Dated:_____          _____
                                     United States District Judge

AGREED:

/s/ Timothy C. Meece                 /s/ Joseph N. Hosteny

Timothy C. Meece                     Joseph N. Hosteny
Jason S. Shull                       Arthur A. Gasey
Banner & Witcoff, Ltd.               NIRO, SCAVONE, HALLER & NIRO
10 S. Wacker Dr. – Suite 3000        181 West Madison, Suite 4600
Chicago, IL  60606                   Chicago, Illinois  60602
Phone:  312-463-5000                 Phone: 312-236-0733
Facsimile:   (312) 236-7516          Facsimile: 312-236-3137

ATTORNEYS FOR
U.S. ROBOTICS                        ATTORNEYS FOR PLAINTIFF