IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIPARIUS VENTURES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  07-CV-3063 |
| v. ) | |
| ) | Honorable John W. Darrah |
| ASCALADE COMMUNICATIONS, INC. ) | Magistrate Judge Schenkier |
| ) | |
| Defendant. ) | JURY TRIAL DEMANDED |
| ) | |
| RIPARIUS VENTURES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  07-CV-6121 |
| v. ) | |
| ) | Honorable John W. Darrah |
| LOGITECH INTERNATIONAL S.A. ) | Magistrate Judge Morton Denlow |
| KONINKLIJKE PHILIPS ELECTRONICS ) | |
| N.V. , ) | |
| U.S. ROBOTICS and ) | |
| CISCO SYSTEMS, INC. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, July 8, 2008, at 9:00 a.m., the undersigned will appear before the Honorable John W. Darrah, or any judge sitting in his stead, in the courtroom usually occupied by him at the United States District Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present **RIPARIUS'S AND U.S. ROBOTICS'S AGREED MOTION**

**FOR ENTRY OF STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**, which was filed today in accordance with the Court's CM/ECF system.

        Respectfully submitted,

        RIPARIUS VENTURES LLC

        /s/ Joseph N. Hosteny
        Joseph N. Hosteny
        Arthur A. Gasey
        Niro, Scavone, Haller and Niro
        181 West Madison Street, Suite 4600
        Chicago, Illinois 60602
        Phone: (312) 236-0733
        hosteny@nshn.com
        gasey@nshn.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 18, 2007, the foregoing **NOTICE OF MOTION** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court. A courtesy copy has been hand delivered to Judge Darrah's office at 219 South Dearborn, Room No. 1288, Chicago, Illinois.

| | |
|---|---|
| Timothy C. Meece<br>Jason S. Shull<br>Shawn P. Gorman<br>10 South Wacker Drive – Suite 3000<br>Chicago, IL  60606<br>tmeece@bannerwitcoff.com<br>jshull@bannercoff.com<br>sgorman@bannerwitcoff.com<br>Telephone  312-463-5420<br>Fax:  312-463-5001<br><br>Attorneys for Defendants Ascalade, U.S. Robotics and Logitech International S.A. | Jared Bobrow<br>Joseph H. Lee<br>Douglas E. Lumish<br>Weil, Gotschal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, California 94065<br>Phone: 650-802-3000 (gen'l)<br>Fax:  650-802 3100<br>E-mail: doug.lumish@weil.com<br>joseph.lee@weil.com<br>jared.bobrow@weil.com<br><br>Richard F. O'Malley, Jr.<br>Nicole E. Kopinski<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL  60603<br>romalley@sidley.com<br>nkopinski@sidley.com<br>Telephone:  312-853-7000<br>Fax:  312-853-7036<br><br>Attorneys for Cisco Systems, Inc. |

    /s/ Joseph N. Hosteny