# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07cv6121 | **DATE** | July 3, 2008 |
| **CASE TITLE** | Riparius v. Logitech, et al. | | |

**DOCKET ENTRY TEXT:**

Riparius's and U.S. Robotic's Agreed Motion For Entry of a Stipulated Order of Dismissal with Prejudice [41, 42] is entered and continued to August 27, 2008 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|