# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6121 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Riparius Ventures vs. Logitech International | | |

**DOCKET ENTRY TEXT**

Plaintiff's agreed motion for entry of stipulated order of dismissal with prejudice as to defendant Logitech International is granted [41, 42]. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|