IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIPARIUS VENTURES LLC, | ) |
| | ) Civil Action No. 07-CV-6121 |
| Plaintiff, | ) |
| | ) |
| v. | ) Honorable John W. Darrah |
| | ) Magistrate Judge Morton Denlow |
| LOGITECH INTERNATIONAL S.A. | ) |
| KONINKLIJKE PHILIPS ELECTRONICS | ) |
| N.V., | ) JURY TRIAL DEMANDED |
| U.S. ROBOTICS and | ) |
| CISCO SYSTEMS, INC. | ) |
| | ) |
| Defendants. | ) |

## STIPULATED ORDER OF DISMISSAL OF CLAIMS

Plaintiff Riparius Ventures LLC ("Plaintiff" or "Riparius"), and defendant, Logitech International S.A. ("Logitech" or "defendant") have reached agreement on a settlement of all claims brought in this action between plaintiff and defendant and on the basis of the settlement reached, plaintiff and defendant hereby voluntarily dismiss with prejudice all claims and counterclaims brought against each other, and voluntarily dismiss without prejudice all declaratory judgment counterclaims related to the validity of the Patents-in-Suit brought by defendant

IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 41(a)(2),

as follows:

1.  Plaintiff and Logitech hereby dismiss all claims and counterclaims related to infringement of the Patents-in-Suit that were or could have been brought against each other in this Civil Action with prejudice.

2.  Logitech hereby dismisses all counterclaims related to the validity and enforceability of the Patents-in-suit that were or could have been brought by Logitech in this Civil Action with prejudice.

3.  Plaintiffs and Logitech shall bear their own costs and attorneys' fees.

4.  The Plaintiff has reserved all its rights against the remaining defendants and nothing in this order waives, releases, or adjudicates such rights.

**SO ORDERED:**

July 29, 2008.

_____
Honorable John W. Darrah
United States District Judge

AGREED:

| /s/ Timothy C. Meece | /s/ Joseph N. Hosteny |
|---|---|
| Timothy C. Meece | Joseph N. Hosteny |
| Jason S. Shull | Arthur A. Gasey |
| Banner & Witcoff, Ltd. | NIRO, SCAVONE, HALLER & NIRO |
| 10 S. Wacker Dr. – Suite 3000 | 181 West Madison, Suite 4600 |
| Chicago, IL 60606 | Chicago, Illinois 60602 |
| Phone: 312-463-5000 | Phone: 312-236-0733 |
| Facsimile: (312) 236-7516 | Facsimile: 312-236-3137 |
| | |
| ATTORNEYS FOR | |
| U.S. ROBOTICS | ATTORNEYS FOR PLAINTIFF |