Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6121 | DATE | 8/1/2008 |
| CASE TITLE | Riparius Ventures vs. Logitech International | | |

**DOCKET ENTRY TEXT**

Riparius and U.S. Robotics Agreed Motion For Entry of a Stipulated Order of Dismissal with Prejudice [41] is granted. Defendant U.S. Robitics is dismissed from this case. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | MF |
|---|---|---|